UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA CAVE**, *et al.*,  PLAINTIFFS

Case No. 4:18-cv-00342-KGB

**MARK MARTIN**, Arkansas Secretary
of State, in his official capacity  DEFENDANT

**ORDER**

Before the Court is a joint motion to consolidate (Dkt. No. 11). Plaintiffs and defendants seek consolidation of the present action and *Anne Orsi, et al. v. Mark Martin*, Case No. 4:18-cv-00343-JM. Per Federal Rule of Civil Procedure 42(a), the Court may consolidate any actions that involve a common question of law or fact. The parties agree that common questions are involved here. After reviewing the filings in both cases, this Court agrees that the two actions involve common questions of law and fact. Therefore, the Court grants the joint motion.

Therefore, the present case and *Anne Orsi, et al. v. Mark Martin*, Case No. 4:18-cv-00343-JM, are consolidated. According to General Order No. 39 of the Eastern District of Arkansas, if a motion for consolidation is granted, "the consolidat[ed] cases will be assigned to the judge with the lower (lowest) case number." As the present case has the lowest case number, all parties are directed to make filings only in the present case, which is captioned *Donna Cave et al. v. Mark Martin*, Case No. 4:18-cv-00342-KGB.

So ordered this the 25th day of June, 2018.

_____
Kristine G. Baker
United States District Judge