# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONNA CAVE**, *et al.*,                                                                                    **PLAINTIFFS**

**v.**                            Case No. 4:18-cv-00342-KGB

**MARK MARTIN,** Arkansas Secretary
of State, in his official capacity                                                              **DEFENDANT**

## NOTICE OF APPEARANCE

Michael D. Berry, hereby enters his appearance as counsel for defendant Secretary of State Mark Martin and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted or otherwise authorized to practice in this Court.

Dated: June 29, 2018

                                  Respectfully Submitted,

                                  /s/ Michael D. Berry
                                  Michael D. Berry (Texas Bar No. 24085835)
                                  FIRST LIBERTY INSTITUTE
                                  2001 West Plano Parkway, Suite 1600
                                  Plano, Texas 75075
                                  Phone:     (972) 941-4444
                                  Fax:          (972) 941-4457
                                  Email:       mberry@firstliberty.org

                                  *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all parties who have entered an appearance.

                                        /s/ Michael D. Berry
                                        Michael D. Berry