IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, *et al.*                                          PLAINTIFFS

vs.                          CASE NO. 4:18-cv-00342-KGB

HONORABLE MARK MARTIN,
Arkansas Secretary of State,
in his Official Capacity                                      DEFENDANT

## NOTICE OF APPEARANCE

AJ Kelly, General Counsel and Deputy Secretary of State, hereby enters his appearance as counsel for Defendant Secretary of State Mark Martin and requests that all future notices, pleadings, motions, service and correspondence be sent accordingly. I hereby certify that I am admitted or otherwise authorized to practice in this Court. I am also included as an attorney on the initial pleading but have not yet been listed in the Clerk's electronic docket as counsel of record.

                                          Respectfully submitted,

                                          /s/ AJ Kelly
                                          _____
                                          A.J. Kelly (92078)
                                          General Counsel and
                                          Deputy Secretary of State
                                          P.O. Box 251570
                                          Little Rock, AR 72225-1570
                                          Phone: (501) 682-3401
                                          Fax: (501) 682-1213
                                          Email: kellylawfedecf@aol.com

                                          *Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I do hereby certify that I filed this in the Court's electronic filing system, and have caused a copy of this Notice of Appearance to be delivered to all counsel of record by the electronic filing system this 16th day of July, 2018.

/s/ AJ Kelly
_____
A.J. Kelly
General Counsel and
Deputy Secretary of State