## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**DONNA CAVE et al.**                                                    **PLAINTIFFS**

**v.**                               **CASE NO. 4:18CV342**

**MARK MARTIN,  ARKANSAS**
**SECRETARY OF STATE IN HIS**
**OFFICIAL CAPACITY**                                             **DEFENDANT**

### DEFENDANT'S MOTION TO WITHDRAW COUNSEL

Comes now the Defendant, by and through counsel, and for his motion to withdraw counsel, state:

1.      After July 20, 2018, the undersigned, formerly Solicitor General, will be leaving his employment with the Arkansas Attorney General's Office to return to work in the private sector.

2.      Defendant therefore requests that the undersigned be relieved as his counsel.

3.      Nicholas Bronni, Solicitor General, has entered his appearance in this case.

WHEREFORE, Defendant requests that this motion to withdraw counsel be granted.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By:     */s/ Lee Rudofsky*
        Lee Rudofsky
        Ark. Bar No. 2015105
        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone:  (501) 682-1681
        Fax:      (501) 682-2591
        Email:  Lee.Rudofsky@ArkansasAG.gov

        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, Dylan L. Jacobs, hereby certify that on July 20, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to any participants.

        */s/ Dylan L. Jacobs*
        Dylan L. Jacobs