UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA CAVE,** *et al.*,                                                                                           **PLAINTIFFS**

**Case No. 4:18-cv-00342-KGB**

**MARK MARTIN, Arkansas Secretary
of State, in his official capacity**                                                                          **DEFENDANT**

## ORDER

Before the Court is a motion to withdraw Lee Rudofsky as counsel of record for defendant Mark Martin, Arkansas Secretary of State, in his official capacity (Dkt. No. 19). The Court notes that attorney Nicholas Bronni has entered his appearance on behalf of Mr. Martin.

For good cause shown, the Court grants the motion (Dkt. No. 19). The Court directs the Clerk to terminate Mr. Rudofsky as counsel of record for Mr. Martin.

So ordered this 24th day of July, 2018.

_____
Kristine G. Baker
United States District Judge