**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONNA CAVE,** *et al.*                                                                                              **PLAINTIFFS**

                         **CASE NUMBER:**

     **V.**

                        **4:18-CV-00342**

**MARK MARTIN,** Arkansas Secretary of State, in his official capacity                    **DEFENDANT**

**THE SATANIC TEMPLE, LUCIEN GREAVES,** and **ERIKA ROBBINS**     **PROPOSED INTERVENORS**

**MOTION PRO HAC VICE**

     **COMES NOW** Movant Stuart P. De Haan, by and through local counsel Matthew A. Kezhaya ABA # 2014161, who states as follows in support of his motion to appear *pro hac vice* of Plaintiffs pursuant to LCvR 83.5.

1. This motion is accompanied by, and incorporates, a completed form Petition for Admission to Practice (Out-of-State Attorney) which also includes a form Personal History Statement promulgated by this Court. **See Exhibit 1**.

2. This motion is accompanied by a completed form Electronic Case Filing Registration Form promulgated by this Court. **See Exhibit 2**.

3. Movant is a member of the Arizona Supreme Court. **Exhibit 3** (certificate of good standing).

4. Pursuant to LCvR 83.5(d), Movant designates Matthew A. Kezhaya, ABA # 2014161, as local counsel. Mr. Kezhaya maintains an office in Rogers, Arkansas for the practice of law. Mr. Kezhaya's office address is 3718 S. Pinnacle Hills Pkwy in Rogers, Arkansas 72758. His office phone number is (479) 431-6112.

5.  Movant has reviewed LCvR 83.5(e) and understands he is bound by the Uniform Federal Rules of Disciplinary Enforcement and other rules generally applicable to Arkansas attorneys.

Respectfully submitted on July 24, 2018,
On behalf of Movants / proposed intervenor plaintiffs

| By | /s/ Matthew A. Kezhaya | and | /s/ Stuart P. De Haan |
|---|---|---|---|
| | Matthew A. Kezhaya, ABA # 2014161 | | Stuart P. de Haan, AZ Bar No. 026664 |
| | Attorney for Intervenor-Plaintiffs | | Attorney for Intervenor-Plaintiffs |
| | Pinnacle Law Group | | de Haan Law Firm, PLLC |
| | 3718 S. Pinnacle Hills Pkwy | | 100 N Stone Avenue, Suite 512 |
| | Rogers, Arkansas 72758 | | Tucson, Arizona  85701 |
| phone | (479) 431-6112 | | (520) 358-4089 |
| fax | (479) 282-2892 | | (520) 628-4275 |
| email | matt@pinnacle.law | | stu.dehaan@gmail.com |

### Certificate and Notice of Service

**Notice is given** that I, Matthew A. Kezhaya, submitted for electronic filing the foregoing document by uploading it to Court's CM/ECF system.  The CM/ECF system sends notification to all counsel of record.

Matthew A. Kezhaya, ABA# 2014161