## PERSONAL HISTORY STATEMENT

1. Name: **Stuart De Haan**

2. Home Address: _____

3. Complete Firm Name: **De Haan Law Firm, PLLC**

   Street Address: **101 E. Pennington St., Suite 201**

   P.O. Box: _____

   City/State/Zip: **Tucson, AZ 85701-1540**   Telephone: **(520) 358-4089**

4. Supreme Court Registration Number: **026664**

5. Place of Birth: **Fort Hood, Texas**

6. Date of Birth: **April 12, 1980**

7. What has been your occupation during the past five years?
   **Attorney**

8. Have you ever been discharged from any position? ☐ Yes   ☒ No   If yes, please describe.

9. Have you ever been arrested and/or convicted for any breach or violation of law other than traffic offenses? ☐ Yes   ☒ No   If yes, please describe.

10. Have you ever been sued? ☒ Yes   ☐ No   If yes, please describe.

    During dissolution of former law partnership, two lawsuits were filed against me and my partner by vendors. The lawsuits were settled.

11. Please provide the Name, Occupation, and Address of three references:

   1. Matthew Kezhaya, Attorney, 3718 S. Pinnacle Hills Parkway, Rogers, AR 72758
   2. Brad Roach, Attorney, 101 E. Pennington St., Suite 201, Tucson, AZ 85701
   3. Elias Damianakos, Attorney, 177 N. Church Ave, Suite 605, Tucson, AZ 85701

12. Education (School, Location, Dates Attended, Degree):

   Gonazaga University School of Law, Spokane, Washington, 2005-2008, Juris Doctor

   Other studies and training for legal profession:

13. Are you now working in State or Federal Government? ☐ Yes  ☒ No

14. Are you now actively engaged in the practice of law? ☒ Yes  ☐ No

15. List a telephone number where you may be reached for purposes of notification regarding this petition: (520) 358-4089

I certify that I have read and understand the Local Rules of this Court and that I agree to attend all conferences set by the Court or I shall associate local counsel to attend in my absence.

_____
Petitioner

NOTARY

SUBSCRIBED AND SWORN TO before me by the above-named applicant this 11th day of July, 2018.

_____
Notary Public

My commission expires: 9.8.2021

OFFICIAL SEAL
TONIA SHAW
Notary Public - Arizona
PIMA COUNTY
My Comm. Exp. 09/08/2021

(Post. 9/9/2013)

UNITED STATES DISTRICT COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

## PETITION FOR ADMISSION TO PRACTICE
(Out-of-State Attorney)

Petitioner respectfully shows to the Court that I am over the age of twenty-one years and of good moral character; that I possess the requisite qualifications of learning and ability to practice as an attorney and counselor at law in this Court; and that I am regularly enrolled as an attorney and counselor at law in the Supreme Court where I principally practice law.

Wherefore, petitioner prays the Honorable Court to enter an order authorizing me to practice as an Attorney at Law in this Court.

_____
Petitioner

APPROVED BY:

_____     _____
United States District Judge                        Date Approved

DATE FEE PAID _____      RECEIPT NO. _____

| Official Use Only |
| --- |
| Verification Check by_____ |
| Date _____ |