http://www.salemnews.com/news/local_news/satanic-temple-cries-foul-over-twitter-treatment/article_b67a2d87-b587-5fd8-9e11-5788c47a2668.html

FEATURED

# Satanic Temple cries foul over Twitter treatment

By Julie Manganis Staff Writer    May 30, 2018



Associated Press Lucien Greaves stands inside the international headquarters of the Satanic Temple in Salem in 2016.

Elise Amendola

SALEM — The pope's got one. So does the Dalai Lama. And so do a host of other religious leaders across a spectrum of faiths.

DEFENDANT'S EXH. B

It's a little blue seal with a checkmark that signifies that Twitter, the social media network, has verified their accounts as authentic.

Douglas Misicko, better known as Lucien Greaves, wants one as well, both for himself, and for the organization he runs, The Satanic Temple.

But he says Twitter has withheld that designation — and alleges that the reason why is religious discrimination and retaliation.

On Wednesday, Misicko's organization announced it had filed a complaint with the Massachusetts Commission Against Discrimination.

The complaint accuses Twitter of refusing to suspend the account of a woman who encouraged followers to set fire to the organization's Bridge Street headquarters, instead suspending the organization's accounts, @LucienGreaves and @SatanicPsalms, back in January.

The organization says that despite the two accounts being reinstated a few days later, amid a public outcry, they have yet to receive verification.

"The failure of Twitter to verify both accounts, which both clearly meet Twitter's documented standards for verification, compounded by the suspension of the accounts, clearly demonstrates a pattern of hostile discriminatory behavior engaged in by Twitter against The Satanic Temple," Misicko, under the name Greaves, said in a press release. "It reveals the biased human agency behind a facade of neutral and evenly enforced standards."

The organization's attorney, Marc Randazza, suggested that Twitter's Trust and Safety Council had become a censorship panel.

"Twitter has decided who it disfavors, politically, ethnically, and religiously, and they get significantly less free expression rights on Twitter than its favored groups," said Randazza in announcing that the complaint had been filed. "Enough is enough. Satanists are equal to any other religious adherents under the law, and deserve to be treated equally."

DEFENDANT'S EXH. B

Emily Horne, a spokeswoman for Twitter, declined to comment on the MCAD complaint, filed in March.

In response to a question from a reporter, Horne did confirm that Twitter suspended its verification program last November and has not reinstated it.

In a series of posts to its own page, Twitter said it was suspending the verification process until it could find a way to verify accounts without appearing to endorse the viewpoints expressed by those accounts. Some accounts lost their verification, including that of white supremacist Richard Spencer.

Molly Jacobson, a spokeswoman for The Satanic Temple, said Greaves had applied for verification on Nov. 7, a week before Twitter suspended verification for public users.

The complaint includes screen shots of a tweet by a Woburn woman, Laurie Gatta, in which she complained about Satanists opening a church in Salem, saying it should not be allowed to exist, followed by the words "Burn it!"

The tweet, one of a number of posts by the user targeting Satanists, was then re-tweeted by former child star Corey Feldman.

Misicko called upon followers to report the tweets.

Twitter then suspended the Greaves and SatanicPsalms accounts, restoring them several days later after media inquiries. But the complaint notes that Twitter took no action against Gatta or Feldman.

Gatta's account now appears to have been suspended.

She could not be reached for comment. Feldman remains a verified user.

DEFENDANT'S EXH. B

The MCAD complaint, a copy of which was released by The Satanic Temple, also suggests that an incident on Jan. 13 in which a man showed up, kicked the cover to the electrical outlet on the outside of the building and threatened two residents with a screwdriver, was in response to the tweets.

A police report of the incident makes no reference to Twitter, and the man arrested in that incident, on charges that include assault with a dangerous weapon and threats to commit murder, was hospitalized for a psychiatric evaluation shortly afterward.

The Satanic Temple has also started a crowdfunding campaign on Flipcause seeking donations to pay legal expenses related to the MCAD complaint.

Courts reporter Julie Manganis can be reached at 978-338-2521, by email at jmanganis@salemnews.com or on Twitter at @SNJulieManganis.

**1 comment**

**Sign in**　　　　　　　　　　　　　　　　　　　　**1 person listening**

+ Follow　　　　　　　　　　　　　Share　　Post comment as...

**Newest** | Oldest


**CaseHardened**　　　　　　　　　　　　　　　　　　　　May 31, 2018

I'm not even going to read their Tweets, so I cannot say if I agree or disagree with a single thing they may say.

but **FREE SPEECH = FREE SPEECH**

Don't be afraid of people with different thoughts.

Like　Reply

DEFENDANT'S EXH. B



DEFENDANT'S EXH. B