(https://archive.org/account/login.php)
(https://faq.web.archive.org/)

http://www.thesatanictemple.com  Go   DEC **JAN** MAR (HTTPS://WEB.ARCHIVE.ORG/WEB/20130...)
◀ **13** ▶ (https://web.archive.org/web/20130115030...)
552 captures (web.archive.org/web/www.thesatanictemple.com)
13 Jan 2013 - 9 Jul 2018   2012 **2013** 2014 (https://web.archive.org/web/20140115192...)
About this capture



(https://web.archive.org/web/20130113023103/http://www.thesatanictemple.com/)

# Home



**Welcome to the official website of The Satanic Temple.**

DEFENDANT'S EXH. D



There are many religions that embrace Satan, and each has its own set of convictions with regards to the Prince of Darkness. Just as Catholics, Mormons, and other variegated schismatic sects participate in unique rituals and hold differing interpretations regarding the teachings of Jesus, our beliefs depart substantially from other Satanic organizations such as the Church of Satan, Diabolus Infinitis Orsus, and the Friends of Satan. Media and popular culture typically, and erroneously, regard all worshippers of Satan collectively in spite of the profound differences among our organizations.

## A History of The Satanic Temple

The truth regarding Satanic tradition and devotion has been unfortunately obscured by a history of delirious, paranoid conspiracy theories, blood libel, and imaginative inaccuracies. Just as ancient Pagans demonized early Christians, and Christians in turn demonized Pagans and Jews, so too are Satanists popularly demonized as a result of misunderstandings, intolerance, and fear-mongering opportunism.

While underlying causes of witch-hunts — ancient and modern — are generally recognized to have their sociological origins in factors independent of the actual existence of witches or Satanists, evidence nonetheless suggests the regular appearance of Satanic devotees extending far back into Western civilized history. Historical reports of early Satanism are often colored by fears of an anti-human "other", however, the literary history of Satan — from Milton to Anatole France — suggests that biblical interpretations of a humanistic, benevolent Satan, driving our highest aspirations and encouraging human compassion have resonated for centuries. Though perhaps not professed Satanists themselves, we nonetheless consider Milton and France's works inspired texts that capture a fundamental truth about our Dark Lord, acknowledging Satan's primacy in the corporeal world from which God is permanently detached.

While certain expressions of organized Satanic thought surfaced publicly in the 1960s, many theistic schools of Satanism maintained their privacy, practicing their worship in silence.
In 2006, Neil Bricke, raised in a multigenerational Satanic Temple tradition of worship, decided, with the blessings of his fellow Satanic devotees, to officially found

DEFENDANT'S EXH. D

the Satanic Temple so that those theistic Satanists who continue to practice their religion in silence might find community and the understanding and support of like-minded individuals now publicly accessible to them.

Though we have far to go before public education leads to a mainstream embrace of our Satanic religion, we feel that our own public "coming out" will go a long way toward raising the consciousness of the populace… and the social environment has never yet been better prepared for the welcoming of a new Satanic era.

Hail Satan!

DEFENDANT'S EXH. D