

# The Commonwealth of Massachusetts
## William Francis Galvin

**Minimum Fee: $35.00**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Articles of Organization
(General Laws, Chapter 180)

**Identification Number:** 001299281

### ARTICLE I

The exact name of the corporation is:

THE SATANIC TEMPLE

### ARTICLE II

The purpose of the corporation is to engage in the following business activities:

THIS CORPORATION IS ORGANIZED AS A TAX-EXEMPT ORGANIZATION EXCLUSIVELY FOR ONE OR MORE OF THE PURPOSES SPECIFIED UNDER SECTION 501(C) OF THE INTERNAL REVENUE CODE. SPECIFICALLY, THE CORPORATION IS ORGANIZED AS A CHURCH OR RELIGIOUS INSTITUTION AS DESCRIBED UNDER 501(C)(3). THE PURPOSE OF THE CORPORATION IS TO ENGAGE IN THE FOLLOWING ACTIVITIES: A) THE PROMOTION OF THE BELIEFS, IDEALS, AND TENETS OF THE RELIGION. B) MUTUAL SUPPORT AND ASSISTANCE OF THE RELIGION'S MEMBERS. C) HOLDING RELIGIOUS EVENTS AND CEREMONIES. D) INTERACTION WITH THE COMMUNITIES WITHIN WHICH THE CHURCH HAS A PRESENCE. E) TO ENGAGE IN SUCH OTHER ACTIVITIES CONSISTENT WITH THE OPERATION OF A NON-PROFIT CHURCH AS DESCRIBED BY SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE OR CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE.

### ARTICLE III

A corporation may have one or more classes of members. If it does, the designation of such classes, the manner of election or appointments, the duration of membership and the qualifications and rights, including voting rights, of the members of each class, may be set forth in the by-laws of the corporation or may be set forth below:

AS STATED IN THE BYLAWS OF THE CORPORATION

### ARTICLE IV

Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the corporation, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the corporation, or of its directors or members, or of any class of members, are as follows:
*(If there are no provisions state "NONE")*

UPON DISSOLUTION OF THIS CORPORATION, ITS ASSETS REMAINING AFTER PAYMENT OR PROVISION FOR PAYMENT, OF ALL DEBTS AND LIABILITIES OF THIS CORPORATION, SHALL BE DISTRIBUTED FOR ONE OR MORE EXEMPT PURPOSES WITHIN THE MEANING OF SECTION 501{C)(3) OF THE INTERNAL REVENUE CODE OR SHALL BE DISTRIBUTED TO THE FEDERAL GOVERNMENT, OR TO A STATE OR LOCAL GOVERNMENT, FOR A PUBLIC PURPOSE. NO

DEFENDANT'S EXH. G

SUBSTANTIAL PART OF THE ACTIVITIES OF THIS CORPORATION SHALL BE THE CARRYING ON OF PROPAGANDA, OR OTHERWISE ATTEMPTING TO INFLUENCE LEGISLATION (EXCEPT AS OTHERWISE PROVIDED BY SECTION 501 (H) OF THE INTERNAL REVENUE CODE) AND THIS CORPORATION SHALL NOT PARTICIPATE IN, OR INTERVENE IN (INCLUDING THE PUBLISHING OR DISTRIBUTION OF STATEMENTS), ANY POLITICAL CAMPAIGN ON BEHALF OF, OR IN OPPOSITION TO ANY CANDIDATE FOR PUBLIC OFFICE. NOTWITHSTANDING ANY OTHER PROVISIONS OF THESE BYLAWS, THIS CORPORATION SHALL NOT CARRY ON ANY ACTIVITIES NOT PERMITTED TO BE CARRIED ON (A) BY A CORPORATION EXEMPT FROM FEDERAL INCOME TAX UNDER SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE OR (B) BY A CORPORATION, CONTRIBUTIONS TO WHICH ARE DEDUCTIBLE UNDER SECTION 170(C)(2) OF THE INTERNAL REVENUE CODE. NO PART OF THE NET EARNINGS OF THIS CORPORATION SHALL INURE TO THE BENEFIT OF, OR BE DISTRIBUTABLE TO. ITS MEMBERS. DIRECTORS. OFFICERS. OR OTHER PRIVATE

*Notes: The preceding four (4) atricules are considered to be permanent and may only be changed by filing appropriate Articles of Amendment.*

### ARTICLE V

The by-laws of the corporation have been duly adopted and the initial directors, president, treasurer and clerk or other presiding, financial or recording officers, whose names are set out on the following page, have been duly elected.

### ARTICLE VI

The effective date of organization of the corporation shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing.

### ARTICLE VII

The information contained in Article VII is not a permanent part of the Articles of Organization.

**a. The street address** *(post office boxes are not acceptable)* **of the principal office of the corporation** *in Massachusetts* **is:**

| | | | | |
|---|---|---|---|---|
| No. and Street: | 64 BRIDGE STREET | | | |
| City or Town: | SALEM | State: MA | Zip: 01970 | Country: USA |

**b. The name, residential street address and post office address of each director and officer of the corporation is as follows:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| TREASURER | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| CLERK | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| DIRECTOR | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |

DEFENDANT'S EXH. G

**c. The fiscal year (i.e., tax year) of the business entity shall end on the last day of the month of:**
December

**d. The name and business address of the resident agent, if any, of the business entity is:**

| | |
|---|---|
| Name: | DOUGLAS MISICKO |
| No. and Street: | 519 SOMERVILLE AVENUE #288 |
| City or Town: | SOMERILLE    State: MA    Zip: 02143    Country: USA |

**I/We, the below signed incorporator(s), do hereby certify under the pains and penalties of perjury that I/we have not been convicted of any crimes relating to alcohol or gaming within the past ten years. I/We do hereby further certify that to the best of my/our knowledge the above-named officers have not been similarly convicted. If so convicted, explain:**


**IN WITNESS WHEREOF AND UNDER THE PAINS AND PENALTIES OF PERJURY, I/we, whose signature(s) appear below as incorporator(s) and whose name(s) and business or residential address (es) beneath each signature do hereby associate with the intention of forming this business entity under the provisions of General Law, Chapter 180 and do hereby sign these Articles of Organization as incorporator(s) this 14 Day of November, 2017.** *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*
DOUGLAS MISICKO 519 SOMERVILLE AVENUE #288 SOMERVILLE, MA 02143

© 2001 - 2017 Commonwealth of Massachusetts
All Rights Reserved

DEFENDANT'S EXH. G

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

November 14, 2017 10:04 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

DEFENDANT'S EXH. G