« Critical report on Florida's campaign finance system finds a fan in Weatherford | Main | Strapped for cash to build, university presidents urge lawmakers for relief »

## You hear the one about the pro-Scott satanic cult?

It sure sounded funny.

An outfit called The Satanic Temple announced last week that it was gathering at the State Capitol on Jan. 25 to show support for Gov. **Rick Scott**, a Christian conservative.

The group's spokesman/overlord, **Lucien Greaves**, explained that his group liked Scott for signing SB 98 last year, which allows school districts to create policies letting students deliver "inspirational messages" at public events.  Greaves said his members liked the bill because it allowed promotional opportunities for the dark master.

Greaves swore to god (his, of course) that this was no joke.

But upon further review, it turns out that Greaves is pulling another kind of joke on us.

Greaves is listed as the casting director of a feature film called …wait for it…The Satanic Temple.

A casting call was posted on the web site Actors Access on Jan. 7 seeking non-union actors for no pay.

"We are seeking people from all walks of life, goths, grandparents, soccer moms, etc to be the followers of a charismatic yet down to earth Satanic cult leader," the post stated. "The shoot will be on January 25th in downtown Tallahassee. Actors will be required to wear tasteful Satanic garb."

The casting call said the movie was a mockumentary about the "nicest Satanic Cult in the world." It was seeking actors for eight speaking roles "to play minions" and 10 featured extras. (The positions have since been filled).

So, wow. This didn't sound like your run-of-a-mill political rally for satanists.

What's really going on here?

DEFENDANT'S EXH. H

Greaves couldn't be reached Wednesday. But he told Naked Politics on Tuesday that he won't reveal the true purpose of the event. He wouldn't explain his Facebook page, which appears to have been launched in January and which posts a scathing MSNBC video of Scott (an odd thing to have for a Scott supporter). Greaves said he lives in Cambridge, Mass and is 30, but on Tuesday acknowledged that he's not revealing his real name.

He wouldn't say why. Perhaps its the film critics he fears the most.

Posted by Michael Van Sickler on Wednesday, Jan. 16, 2013 at 8:30 PM in Rick Perry | Permalink

Share

## Comments

**0 Comments**    Sort by  Oldest

Add a comment...

Facebook Comments Plugin

## Connect With Us

Follow @NakedPoliticsFL

## PolitiFact Florida



**PolitiFact Florida is a partnership of the Tampa Bay Times and the Miami Herald to help you find the truth in politics.**

## Recent Posts

DEFENDANT'S EXH. H

Weeks after allegations surfaced, Ron DeSantis still silent on Jim Jordan

Aramis Ayala, Florida's first elected African-American state attorney, endorses Gillum for governor

Republicans say Rubio's bill is the way for Congress to deter Russian meddling

Donna Shalala, Maria Elvira Salazar lead the money race for Ros-Lehtinen's seat

Congress candidate's husband has financial ties to scandal-plagued Ukrainian oligarch

## Miami Herald: Politics

- Republicans say Rubio's bill is the way for Congress to deter Russian meddling
- Philip Levine and Scott Robins sell Sunset Harbour properties for $69 million
- Congress candidate's husband has financial ties to scandal-plagued Ukrainian oligarch
- Rick Scott on his wealth held in a trust: 'I don't know how they invested the dollars'
- Café con Politics Podcast: David Beckham sings the stadium blues

» More news



**IN PARTNERSHIP WITH THE TAMPA BAY TIMES**
**Recent Posts**

- FSU to move statue of slave owner, but not take his name off building
- Weeks after allegations surfaced, Ron DeSantis still silent on Jim Jordan
- Democratic debate for Florida governor adds new cast member tonight
- Lawmakers, news executives: Tariffs hurting local journalism, communities
- Aramis Ayala, Florida's first elected African-American state attorney, endorses Andrew Gillum for governor

More | Subscribe 

## Contributors



**Mary Ellen Klas,**
**Tallahassee Bureau Chief**
E-mail || About

**Doug Hanks,**
**Miami-Dade County Hall reporter**
E-mail || About

DEFENDANT'S EXH. H





**David Smiley,**
**Miami City Hall reporter**
E-mail  ||  About

## Other Sites

Sayfie Review

State of Florida

Florida House of Rep.

Florida Senate

Florida Commission on Ethics

Florida Department of State - Division of Elections

Florida Election Commission

County supervisors of election

Federal Election Commission

Florida Statutes

The Boardroom Brief

## Categories

Please choose a category

## Archives

Please choose a date range

Syndicate this site XML

Add to Google

DEFENDANT'S EXH. H

Add me to your TypePad People list
Powered by TypePad

DEFENDANT'S EXH. H