



**Malice Amarantine** @BeautyDestroyed · Jul 13
Replying to @LucienGreaves
I too am often offended by erections.

**Susan Drymala** @SusanDryLlama · Jul 13
Replying to @LucienGreaves
I too am personally offended by its erection.

**Tricity Morte** @TricityMorte · Jul 13
Replying to @LucienGreaves
That is just fantastic.

**Dannielle** @nionvox · Jul 13
Replying to @LucienGreaves
[GIF: HEY.]

**Martin Brannan** @mebrannan · Jul 13
Replying to @LucienGreaves
Sounds like that monument was happy to see you

**StSeanoftheKnife** @BlessedStSean · Jul 13
Replying to @LucienGreaves
If you told 10-year-old Catholic-grade-school me that I'd one day hold up Satanists as exemplars of defenders of individual rights, I probably would have cried, but here we are anyway.

**Clap on the Ones and Threes** @davidmay7 · Jul 13
Replying to @LucienGreaves
I'd like to hear more about these erections. Slowly, if you please.

**Sinderella Pussie** @sinpussie · Jul 13
Replying to @LucienGreaves
I live in North Little Rock, Arkansas. Thank you for all that you and your people have done, and still are, doing here. Y'all are awesome!

**Twan** @the_real_Twan · Jul 16
Replying to @LucienGreaves
And what a heinous erection it was.

**thewolverpooh** @badw0lf1 · Jul 13
Replying to @LucienGreaves
😆

**More replies**

**cLarrisse Bird** @BchandSciLuv · Jul 13
Replying to @LucienGreaves
LOL! 👏👏👍🍆 #PersonallyOffendedByItsErection

DEFENDANT'S EXH. J