IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, et al                                              PLAINTIFF

V.                          Case No. 4:18-cv-00342-KGB

MARK MARTIN, Arkansas Secretary of State
in his Official Capacity                                       DEFENDANT

**NOTICE**

Plaintiffs, Anne Orsi,  Eugene Levy, Joan Dietz, Gale Stewart, Teresa

Grider, and Walter Riddick, and Arkansas Society of Freethinkers, American

Humanist Association, and the Freedom from Religion Foundation by and through

their attorneys, J.G. "Gerry" Schulze, David Niose, Monica Miller, and Patrick

Elliott, by and through their attorneys, for their Notice state:

1.      Counsel has reviewed the filings regarding the motion of The Satanic

Temple, LLC, Douglas Misicko (aka Lucien Greaves) and Erika Robbins to

intervene.

1

2.      There has been an issue raised as to whether the proposed intervenors

sought the consent of the "plaintiffs" to intervene.

3.      Candor to the Court compels me to report that on Friday, June 29,

2018, I sent an email to Stuart DeHaan in which I stated:

We have reviewed the motion. We have no objection to the motion.

We believe it makes adequately clear why your position differs from

ours.

Did you run it by the ACLU?

Gerry

4.      It remains the position of the Orsi plaintiffs that we do not object to

the motion so long as it remains clear that the relief sought by the proposed

intervenors is different, indeed contrary, to that sought by the Orsi plaintiffs.  The

Orsi plaintiffs seek the removal of the "Ten Commandments" monument and

would likewise oppose the placement of any other sectarian monument on the State

Capitol Grounds.

5.      Given the representation to the Court by the Secretary of State that the

proposed intervenors had misrepresented their receipt of the Plaintiffs' consent to

intervene and the failure of the proposed intervenors to bring this communication

to the attention of the Court in their response, the undersigned feels that it is his

obligation, in candor to the Court, to disclose this communication.

6.      It is the position of the Orsi plaintiffs that should the intervention be

denied, the proposed intervenors could file their own independent action which

should be consolidated with this action in the interests of judicial economy.  There

is no reason to burden the Court and the parties with any additional pleadings.

Unfortunately, the position of the Secretary of State has made this filing necessary.

WHEREFORE, the Orsi plaintiffs state that they have no objection to the

proposed intervention.

Respectfully Submitted


Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsmp.law


/s/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsmp.law

# CERTIFICATE OF SERVICE

I, J.G. "Gerry" Schulze, hereby certify that I have filed the above and foregoing document through the Court's electronic filing system, which will provide a copy thereof to counsel for all parties.

/s/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze