# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONNA CAVE, JUDITH LANSKY,**
**PAT PIAZZA and SUSAN RUSSELL**                              PLAINTIFFS

vs.                Case Number: 4:18-cv-00342-KGB

**MARK MARTIN, Arkansas Secretary**
**of State, in his Official Capacity**                        DEFENDANT

## CERTIFICATE OF SERVICE

Plaintiff Donna Cave certifies that on the **27th** day of August, 2018, she sent by electronic mail Plaintiffs Donna Cave, Judith Lansky, Pat Piazza and Susan Russell's Rule 26(a)(1) Initial Disclosures to the following counsel of record:

Leslie Rutledge
Nicholas J. Bronni
Michael A. Cantrell
Dylan L. Jacobs
Arkansas Attorney General's Office
323 Center Street – Suite 200
Little Rock, AR   72201
nicholas.bronni@arkansasag.gov
michael.cantrell@arkansasag.gov
dylan.jacobs@arkansasag.gov

A.J. Kelly
General Counsel and Deputy
  Secretary of State
P.O. Box 251570
Little Rock, AR   72225-1570
kellylawfedecf@aol.com

Michael D. Berry
Hiram S. Sasser, III
First Liberty Institute
2001 West Plano Parkway – #1600
Plano, TX   75045
mberry@firstliberty.org
hsasser@firstliberty.org

J.G. "Gerry" Schulze
Baker Schulze Murphy and Patterson
2311 Biscayne Drive – Suite 300
Little Rock, AR   72227
gschulze@b-s-m-law.com

Respectfully submitted,

LAVEY AND BURNETT


By:   */s/ John L. Burnett*                     .
      John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone: (501) 376-2269
Facsimile: (501) 372-1134
E-mail: jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE


By:   */s/ Joshua D. Gillispie*                   .
      Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone: (501) 244-0700
Facsimile: (501) 244-2020
E-mail: josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: /s/ Andrew G. Schultz .
    Andrew G. Schultz*
    Melanie B. Stambaugh*
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
          mstambaugh@rodey.com

*On behalf of the Arkansas Civil Liberties Union Foundation*

*\* admitted pro hac vice*

*Attorneys for Plaintiffs Donna Cave, Judith Lansky, Pat Piazza and Susan Russell*

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2018, the foregoing *Certificate of Service* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

J.G. "Gerry" Schulze
Baker Schulze Murphy and Patterson
2311 Biscayne Drive – Suite 300
Little Rock, AR  72227
gschulze@b-s-m-law.com

Leslie Rutledge
Nicholas J. Bronni
Michael A. Cantrell
Dylan L. Jacobs
Arkansas Attorney General's Office
323 Center Street – Suite 200
Little Rock, AR  72201
nicholas.bronni@arkansasag.gov
michael.cantrell@arkansasag.gov
dylan.jacobs@arkansasag.gov

A.J. Kelly
General Counsel and Deputy
   Secretary of State
P.O. Box 251570
Little Rock, AR  72225-1570
kellylawfedecf@aol.com

Michael D. Berry
Hiram S. Sasser, III
First Liberty Institute
2001 West Plano Parkway –
Suite 1600
Plano, TX  75045
mberry@firstliberty.org
hsasser@firstliberty.org

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By:   */s/ Andrew G. Schultz*                             .
         Andrew G. Schultz