IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, et al                                                    PLAINTIFF

V.                                    NO.  4:18CV00342 KGB/BD

MARK MARTIN, Arkansas Secretary of State
In his official capacity                                             DEFENDANT

## CERTIFICATE OF SERVICE
## OF INITIAL DISCLOSURES
### (Orsi Plaintiffs)


Plaintiffs, Anne Orsi, Joan Dietz, Gale Stewart, Rabbi Eugene Levy, Rev.

Victor H. Nixon, Teresa Grider, Walter Riddick, American Humanist Association,

Freedom from Religion Foundation, Inc., and Arkansas Society of Freethinkers, for

their Initial Disclosures state:

On August 27, 2018, the Orsi plaintiffs provided their Initial Disclosures to

the counsel listed below by electronic mail.

Respectfully Submitted

David A. Niose
Law Offices of David Niose
348 Lunenburg Street, Suite 202
Fitchburg, MA 01420

978-343-0800
dniose@americanhumanist.org

Monica L. Miller
American Humanist Association
1821 Jefferson Place NW
Washington, DC 20036
202-238-9088
202-238-9003 (fax)
mmiller@americanhumanist.org

Patrick C. Elliott
Freedom from Religion Foundation
Post Office Box 750
Madison, WI 53701
608-230-8443
patrick@ffrf.org

Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsmp.law




/s/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsmp.law

## CERTIFICATE OF SERVICE

I, J.G. "Gerry" Schulze, hereby certify that I have filed a copy of the above and foregoing Certificate of Service by filing this pleading with the Clerk of the United States District Court for the Eastern District of Arkansas through the CM/ECF system that will send notification the counsel of record below by electronic mail , this 27th day of August, 2018:

**Michael D. Berry**
First Liberty Institute
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
971-941-4444
mberry@firstliberty.org

**Nicholas Jacob Bronni**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610
501-682-6302
nicholas.bronni@arkansasag.gov

**John L. Burnett**
Lavey & Burnett
904 West 2nd Street
Little Rock, AR 72201
501-376-2269
jburnett@laveyandburnett.com

**Michael Cantrell**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610

501-682-2401
michael.cantrell@arkansasag.gov

**Joshua D. Gillispie**
Green & Gillispie
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
501-244-0700
josh@greenandgillispie.com

**Dylan L. Jacobs**
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street, Suite 200
Little Rock, AR 72201-2610
501-682-2700
dylan.jacobs@arkansasag.gov

**A. J. Kelly**
Kelly Law Firm
Post Office Box 251570
Little Rock, AR 72225-1570
501-374-0400
kellylawfedecf@aol.com

**Hiram S. Sasser, III**
First Liberty Institute
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
972-941-4444
hsasser@firstliberty.org

**Andrew G. Schultz**
Rodey, Dickason, Sloan, Akin
    & Robb, P.A.
Post Office Box 1888
Albuquerque, NM 87103-1888

505-765-5900
505-765-7395 (fax)
aschultz@rodey.com

**Melanie B. Stambaugh**
Rodey, Dickason, Sloan, Akin
    & Robb, P.A.
Post Office Box 1888
Albuquerque, NM 87103-1888
505-765-5900
505-768-7395 (fax)
mstambaugh@rodey.com

<u>/s/ J.G. "Gerry" Schulze</u>
J.G. "Gerry" Schulze