# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONNA CAVE, JUDITH LANSKY,**                                   **PLAINTIFFS**
**PAT PIAZZA, and SUSAN RUSSELL**

v.                 Case No. 4:18-cv-00342-KGB

**MARK MARTIN, Arkansas Secretary of State,**
**in his official capacity**                                                       **DEFENDANT**

## NOTICE OF APPEARANCE

Lea E. Patterson, hereby enters her appearance as counsel for defendant Secretary of State Mark Martin and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted or otherwise authorized to practice in this Court.

Dated: September 6, 2018

                                        Respectfully submitted,

                                        /s/ *Lea E. Patterson*
                                        Lea E. Patterson (Texas Bar No. 24102338)
                                        FIRST LIBERTY INSTITUTE
                                        2001 West Plano Parkway, Suite 1600
                                        Plano, Texas 75075
                                        Phone:      (972) 941-4444
                                        Fax:         (972) 941-4457
                                        Email:       lepatterson@firstliberty.org

                                        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

    I, Lea E. Patterson, hereby certify that on September 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                                                /s/ *Lea E. Patterson*
                                                                 Lea E. Patterson