IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DONNA CAVE, JUDITH LANSKY,**  **PLAINTIFF**
**PAT PIAZZA AND SUSAN RUSSELL**

v.    CASE NO. 4:18CV342

**MARK MARTIN, Arkansas Secretary**   **DEFENDANT**
**of State, in his official capacity**

## ENTRY OF APPEARANCE

Kesia Morrison, Assistant Attorney General, hereby requests the Clerk of the Court enter her appearance on behalf of Defendant Mark Martin, and hereby requests that copies of all future service and correspondence be sent to Kesia Morrison, Assistant Attorney General.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By:   /s/ Kesia Morrison
Kesia Morrison, # 2015244
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201-2610
Telephone: (501) 682-3676
Facsimile:  (501) 682-2591
kesia.morrison@arkansasag.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                       */s/ Kesia Morrison*
                                         Kesia Morrison