IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA CAVE**, *et al.*,                                                  **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                          **CONSOLIDATED PLAINTIFFS**

Case No. 4:18-cv-00342-KGB

**MARK MARTIN**, Arkansas Secretary
of State, in his official capacity                                       **DEFENDANT**

**ORDER**

Before the Court is a motion for admission *pro hac vice* of attorney Stuart P. De Haan filed by the intervenors (Dkt. No. 22). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motion to admit Mr. De Haan *pro hac vice* (*Id.*). Local Rule 83.5(d). Mr. De Haan shall appear as counsel for the intervenors along with the intervenors' Arkansas counsel, Matthew A. Kezhaya.

It is so ordered this 17th day of December, 2018.

_____
Kristine G. Baker
United States District Judge