IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA CAVE**, *et al.*,                                                                                              **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                                         **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                                **INTERVENORS**

v.                                        Case No. 4:18-cv-00342-KGB

**MARK MARTIN, Arkansas Secretary
of State, in his official capacity**                                                                                        **DEFENDANT**

## NOTICE

The Court will conduct a Federal Rule of Civil Procedure 16(b) conference with the parties *via* telephone in this matter on Friday, January 25, 2019, at 10:00 a.m. C.T. The call-in information is as follows:

- Dial-in number:   (877) 402-9753
- Access code:       5922777

So ordered this the 2nd day of January, 2019.

_____
Kristine G. Baker
United States District Judge