IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DONNA CAVE, JUDITH LANSKY, PAT PIAZZA
AND SUSAN RUSSELL                                                                        PLAINTIFFS

v.                              CASE NO. 4:18-cv-342 KGB

MARK MARTIN, Arkansas Secretary of
State in his Official Capacity                                                            DEFENDANT

## MOTION TO SUBSTITUTE COUNSEL
## AND ENTRY OF APPEARANCE

Assistant Attorney General William C. Bird III moves the Court for leave to substitute his appearance as counsel on behalf of Defendant Mark Martin, in his official capacity as Secretary of State, and requests that all future service and correspondence be sent accordingly.

Assistant Attorney General LaKesia Rhea Morrison previously entered her appearance in this matter (DE 37) but no longer is assigned to this case. As such, the undersigned respectfully requests that he be granted leave to be substituted as counsel in this matter for the Defendant.

I hereby certify that I am admitted to practice in this court and respectfully place the Clerk of the Court and all parties of record on notice of my appearance.

WHEREFORE, the undersigned respectfully requests the Court grant him leave to be substituted as counsel for the Defendant in this lawsuit and to remove LaKesia Rhea Morrison as attorney of record for the Defendant.

        Respectfully submitted,

        LESLIE RUTLEDGE
        Attorney General

By:   */s/ William C. Bird III*
        William C. Bird III
        Ark Bar No. 2005149
        Assistant Attorney General
        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone:  (501) 682-1317
        Fax:    (501) 682-2591
        Email:  william.bird@arkansasAG.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I, William C. Bird III, hereby certify that on January 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to any participants.

        */s/ William C. Bird III*
        William C. Bird III