IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA CAVE,** *et al.*                                                     **PLAINTIFFS**

**vs.**                      **CASE NO. 4:18-cv-00342-KGB**

**HONORABLE JOHN THURSTON,**
Arkansas Secretary of State,
in his Official Capacity                                            **DEFENDANT**

## ENTRY OF APPEARANCE

      Gary L. Sullivan, Managing Attorney for the Arkansas Secretary of State, hereby enters his appearance as counsel for Defendant Secretary of State John Thurston and requests that all future notices, pleadings, motions, service and correspondence be sent accordingly. I hereby certify that I am admitted or otherwise authorized to practice in this Court.

                                                           Respectfully submitted,

                                                           HONORABLE JOHN THURSTON
                                                           Secretary of State

                          By:     Gary L. Sullivan
                                                           Ark Bar No. 92051
                                                           Managing Attorney
                                                           Arkansas Secretary of State's Office
                                                           Suite 256- State Capitol
                                                           500 Woodlane Avenue
                                                           Little Rock, AR 72201
                                                           PH: (501) 682-3401
                                                           Fax: (501) 682-1213
                                                           Email: gary.sullivan@sos.arkansas.gov

                                                           *Attorney for John Thurston*