UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, *et al.*                                                              PLAINTIFF

V.                              Case No. 4:18-CV-00342-KGB

JOHN THURSTON,
Arkansas Secretary of State                                                       DEFENDANT

## MOTION TO SUBSTITUTE COUNSEL

For his Motion to Substitute Counsel, separate defendant John Thurston states:

1. A. J. Kelley is no longer employed at the Arkansas Secretary of State's Office.

2. This case has been assigned to Gary L. Sullivan, who now represents John Thurston and he should be substituted as counsel of record.

3. John Thurston requests that the Court, counsel, and Plaintiff direct all future pleadings and correspondence to Gary L. Sullivan at the Secretary of State's Office.

WHEREFORE, Defendant John Thurston respectfully requests that the Court grant his Motion for Substitution of Counsel and that Gary Sullivan be substituted as his counsel of record in the stead of A. J. Kelley.

Respectfully submitted,

HONORABLE JOHN THURSTON
Secretary of State

By:   Gary L. Sullivan, Ark Bar No. 92051
      Managing Attorney
      Arkansas Secretary of State's Office
      Suite 256- State Capitol
      500 Woodlane Avenue
      Little Rock, AR 72201
      PH: (501) 682-3401; Fax: (501) 682-1213
      Email: gary.sullivan@sos.arkansas.gov

*Attorney for John Thurston*