IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, *et al*.                                                                                   PLAINTIFFS

ANNE ORSI, *et al.,*                                                                    CONSOLIDATED PLAINTIFFS

THE SATANIC TEMPLE, *et al.,*                                                                     INTERVENORS

V.                              Case No. 4:18-cv-00342-KGB

JOHN THURSTON, Arkansas Secretary of State
in his Official Capacity                                                                               DEFENDANT

**RESPONSE TO MOTION FOR TEMPORARY STAY PENDING
THE UNITED STATES SUPREME COURT'S DECISION IN
*THE AMERICAN LEGION V. AMERICAN HUMANIST ASSOCIATION***

Plaintiffs, Anne Orsi, Eugene Levy, Joan Dietz, Gale Stewart, Teresa Grider, and Walter Riddick, and Arkansas Society of Freethinkers, American Humanist Association, and the Freedom from Religion Foundation by and through their attorneys, J.G. "Gerry" Schulze, David Niose, Monica Miller, and Patrick Elliott,

1

by and through their attorneys, respond to the Arkansas Secretary of State's Motion for Temporary Stay Pending the U.S. Supreme Court's Decision in *The American Legion v. American Humanist Association,* and state:

1. Defendant's motion is without merit.

2. There are substantial differences between the facts of *The American Legion v. American Humanist Association,* Case No. 17-1717, 139 S.Ct. 451 (2018) and the case at bar. Whatever decision the United States Supreme Court may issue in that case will provide limited guidance in the case at bar.

3. The impracticality of the Defendants' Motion is underscored by the expansion of the Motion in the recent Rule 16 conference to include a request that the Court defer any action until the United States Supreme Court also resolves the Petition for a Writ of Certiorari in *City of Pensacola, Florida v. Kondrat'yev*, United States Supreme Court Case No. 18-351.

4. Exhibits in support of the response are attached hereto:

    a. Exhibit A. Sample of letter by proponents of the monument. Plaintiffs expect to prove that hundreds of similar letters were received by the Secretary of State.

    b. Exhibit B. Excerpt from the address by Sen. Jason Rapert to the Arts and Grounds Commission.

c. Exhibit C.  Facebook post from the Facebook page of the American History and Heritage Foundation.   Plaintiffs expect to prove that this response was made by someone with authority to speak for the Foundation.  Discovery is required to identify that person.

d. Exhibit D.  Petition for Certiorari by Maryland-National Capital Park and Planning Commission, U.S.S.Ct. Docket No. 18-18.

e. Exhibit E.  Petition for Certiorari by The American Legion, U.S.S.Ct. Docket No. 17-1717.

WHEREFORE, Defendants' Motion to Stay should be denied.

    Respectfully Submitted

    MONICA L. MILLER
    Attorney for Plaintiffs
    American Humanist Association
    1821 Jefferson Place N.W.
    Washington, D.C. 20036
    Telephone: (202) 238-9088
    Facsimile: (202) 238-9003
    Email: mmiller@americanhumanist.org
    CA Bar: 288343 / DC Bar: 101625

    DAVID A. NIOSE
    Attorney for Plaintiffs
    American Humanist Association
    1821 Jefferson Place N.W.
    Washington, D.C. 20036
    Telephone: (202) 238-9088
    Facsimile: (202) 238-9003

Email: dniose@nioselaw.com
MA Bar: 556484/ DC Bar 1024530


PATRICK C. ELLIOTT
Senior Counsel
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443
WI Bar No. 1074300


Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsmp.law


/s/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsmp.law


## CERTIFICATE OF SERVICE

I, J.G. "Gerry" Schulze, hereby certify that I have filed the above and foregoing document through the Court's Electronic Filing System, which will serve a copy on all counsel.


/s/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze

4