Public Comment
for the Capitol Arts & Grounds Commission
Public Hearing
at 11:00 a.m. December 14, 2016
Re: Arkansas General Assembly Enactment to
erect a Ten Commandment monument on the grounds of the
Arkansas State Capitol

Comment/Message:

I wish to express my appreciation to the Arkansas General Assembly for the passage of Act 1231 of 2015.

I am submitting this, my written request to the Capitol Arts & Grounds Commission for the purpose of communicating my expectation of seeing a state of the art monument of a reverent and biblical and historical design, erected in an attractive manner and in a location on the front lawn of the Capitol grounds that is prominent and easily accessible for visiting and photography by the general public—i.e. a monument that is befitting of the greatness and eternal endurance of the declaration of God's Law, upon Whose blessing the founders of our great state of Arkansas acknowledged as being "grateful to Almighty God for the privilege of choosing our own form of government…secure{ing} the same to our selves and posterity…" in the Preamble of our Constitution of the State of Arkansas of 1874.

Being of the posterity of the founders of our state and/or our American nation, I am hereby also declaring my support of our General Assembly's enactment to properly memorialize the greatest foundation of Law ever given to mankind—originally engraved by the finger of Almighty God in stone tablets and given to Moses on the Mount Sinai for the benefit of all mankind as the rule of law to be obeyed in honor and expectation of God's Son, the Prince of Peace, Jesus Christ, upon Whose shoulders all government shall ultimately rest.

I further request that the Secretary of State (who has been given the final authority of approval of the monument) submit a complete plan to all the sponsors of the enactment pertaining to the design and location of the monument, *prior to its placement*, to ensure that the Secretary of State and/or Commission has fulfilled the original intent of the sponsors *and the language of the enactment*. I understand that the monument has been constructed and produced with private funds and is ready for permanent placement now awaiting action by the Secretary of State/Grounds Commission. It is my strong opinion that no more delay should occur from the Secretary's office, being that it has now been more than a year and a half since this enactment of law occurred (April 2015). I request that the opening day of the Legislative Session in January 2016 be the day for a ceremonial unveiling of the new Ten Commandment monument in its permanent place on the front lawn of the Arkansas State Capitol building.

Please enter this comment into the official records of the Secretary of State and of the Arts & Grounds Commission, and notify me in writing that it is done at the address below:

Name: Denni My

Address: HC 32 Box 240
MT Judea AR 72655

I am mailing this to:
Arkansas Secretary of State
Attn: Capitol Arts & Grounds Commis.
Arkansas State Capitol Room 256
Little Rock, Ark 72201

or will have it hand delivered

Exhibit A

Cave v. Martin Orsi Documents 000233