1  an unambiguous message that promotes the
2  monument's religious message.
3       This commission, like any government
4  body, has an ultimate responsibility to the
5  constitution.  In our nation our elected
6  officials take an oath to uphold the
7  constitution, not a person, not anything
8  else but the constitution.
9       You should send this commission's own
10 message loud and clear by denying
11 permission for this monument.
12      Thank you very much.
13      MR. BOYD:  Thank you, ma'am.
14 Next up to speak for the proposal is
15 Senator Jason Rapert.
16      SENATOR RAPERT:  Thank you,
17 Mr. Chairman, and I want to also echo and
18 say thank you to the Capitol Grounds
19 Commission.  I thank you for the time and
20 effort that you have given to this.
21      And I appreciate also and echo the
22 sentiments that we thank you for fulfilling
23 your duties.
24      I stand here today on behalf of the
25 Legislature.  99 out of 135 state

Exhibit B

1   legislators representing over three million
2   constituents in the State of Arkansas
3   passed this bill in 2015.  We appreciate
4   the good work that the Secretary of State
5   and the Capitol Grounds Commission is doing
6   on this behalf.
7       Of everything that's been said, the
8   great thing is in your position you don't
9   have to decide whether you do put up this
10  monument or not.  It's about where you put
11  it up and if it's esthetically pleasing for
12  the State of Arkansas.
13      What I would like to say is that much
14  of what I have heard today is really just
15  an attempt to inject fear and to in some
16  ways intimidate the commission about what
17  its duties are.
18      The debate has already been had.  The
19  bill has already been passed.  The Governor
20  has already signed the bill, and it is the
21  law in the State of Arkansas.
22      I leave you with probably the greatest
23  quote that you'll hear today, which is from
24  Chief Justice Rehnquist in the decision in
25  Texas, Van Orden, in the case related to

1    the Van Orden superior case in Texas.
2           He states, In this case we are faced
3    with a display of the Ten Commandments on
4    government property outside the Texas State
5    Capitol.  Such acknowledgments of the role
6    played by the Ten Commandments in our
7    Nation's heritage are common throughout
8    America.  We need only look within our own
9    courtroom -- being the Supreme Court, of
10   course.
11          Since 1935, Moses has stood, holding
12   two tablets that reveal portions of the Ten
13   commandments written in Hebrew, among other
14   lawgivers in the south frieze.
15          Representations of the Ten
16   Commandments adorn the metal gates lining
17   the north and south sides of the Courtroom
18   as well as the doors leading into the
19   Courtroom.
20          Moses also sits on the exterior east
21   facade of the building holding the Ten
22   Commandments tablets.
23          Similar acknowledgments can be seen
24   throughout a visitor's tour of our Nation's
25   Capital.  For example, a large statue of

```
1      Moses holding the Ten Commandments,
2      alongside a statue of the Apostle Paul, has
3      overlooked the rotunda of the Library of
4      Congress Jefferson Building since 1897.
5           And the Jefferson Building's Great
6      Reading Room contains a sculpture of a
7      woman beside the Ten Commandments with a
8      quote above her from the Old Testament,
9      Micah 6:8.
10          A medallion with two tablets depicting
11     the Ten Commandments decorates the floor of
12     the National Archives.  Inside the
13     Department of Justice a statute entitled
14     "The Spirit of Law" has two tablets
15     representing the Ten Commandments lying at
16     its feet.
17          In front of the Ronald Reagan Building
18     is another structure that includes a
19     depiction of the Ten Commandments, and so
20     too a 24-foot-tall, depicting, among other
21     things, the Ten Commandments and a cross,
22     stands outside the federal courthouse that
23     houses both the Court of Appeals and the
24     District Court for the District of
25     Columbia.  Moses is also prominently
```

```
 1        featured in the chamber in the U.S. House
 2        of Representatives.
 3               Our opinions, says Justice Rehnquist,
 4        like our building have recognized the role
 5        the Decalogue plays in America's heritage.
 6               And also the Executive and Legislative
 7        branches have also acknowledged the
 8        historical role of the Ten Commandments.
 9               We thank you for listening to Justice
10        Rehnquist's words, and we thank you for
11        fulfilling your duty here today.
12               Thank you very much.
13               MR. BOYD:  Thank you, sir.
14               That is my list.  Have we missed
15        anyone, or would someone like to speak?
16        Yes, sir?
17               MR. LENSLEY:  I just signed up.
18               MR. BOYD:  Okay.  Please state your
19        name, so we can get you down.  All right.
20        You have already been up?
21               MR. LENSLEY:  I have.  I have, but
22        there's a list out there that has a lot of
23        blank space on it too.
24               My name is Jim Lensley.  I would like
25        to point out the fact that our Forefathers
```