

**Tashia Summers** Please explain why there are 2 stars of Remphan & the all seeing eye on a Ten Commandments monument?????

Like · Reply · 14w



**American History & Heritage Foundation, Inc.** The monument is an exact replica of the monument at the Texas Capitol. This is a design used on all of the Order of the Eagles monuments.

The "All Seeing Eye of God" is an artistic rendering originally used to represent God looking out over everything from heaven above. The Masons later adopted it - it is not "their" symbol. Just as the KKK uses a cross for evil, Christians don't abandon the cross because one group uses it for evil.

The Chi-Rho symbol is commonly used as a symbol for Christ:

"One of the most common symbols in Christian art is the Chi-Rho. It is created by superimposing the first two letters (XP) of the Greek word for Christ, ΧΡΙΣΤΟΣ.

The monogram (also called a "christogram") primarily represents Jesus Christ, while also being a common representation of the crucifixion scene. It is similar in style to the Tau-Rho (T and P superimposed), but has a distinct origin."

We know some people try to infer "nefarious" or "evil" connotations to these symbols - but they are badly mistaken.

Thanks for asking rather than accusing. Lots of research on these items.

Like · Reply · 14w

Exhibit C

Cave v. Martin AHHF Facebook 000053