No. 18-____

In The
# Supreme Court of the United States

———

MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION,

*Petitioner*,

v.

AMERICAN HUMANIST ASSOCIATION, *et al.*,

*Respondents*.

———

**On Petition for a Writ of Certiorari to the United States Court of Appeals for the Fourth Circuit**

———

**PETITION FOR A WRIT OF CERTIORARI**

———

| | |
|---|---|
| ADRIAN R. GARDNER | NEAL KUMAR KATYAL |
| WILLIAM C. DICKERSON | *Counsel of Record* |
| TRACEY A. HARVIN | MITCHELL P. REICH |
| MARYLAND-NATIONAL | HOGAN LOVELLS US LLP |
|   CAPITAL PARK AND | 555 Thirteenth Street, N.W. |
|   PLANNING COMMISSION | Washington, D.C. 20004 |
| 6611 Kenilworth Ave., | (202) 637-5600 |
|   Suite 200 | neal.katyal@hoganlovells.com |
| Riverdale, MD 20737 | |
| | *Counsel for Petitioner* |

Exhibit D

## QUESTION PRESENTED

Whether the Establishment Clause requires the removal or destruction of a 93-year-old memorial to American servicemen who died in World War I solely because the memorial bears the shape of a cross.

(i)