No. 17-____

In The
# Supreme Court of the United States

THE AMERICAN LEGION, *ET AL.*,

*Petitioners,*

v.

AMERICAN HUMANIST ASSOCIATION, *ET AL.*,

*Respondents.*

On Petition for Writ of Certiorari
to the United States Court of Appeals
for the Fourth Circuit

**PETITION FOR WRIT OF CERTIORARI**

| | |
|---|---|
| KELLY J. SHACKELFORD | MICHAEL A. CARVIN |
| HIRAM S. SASSER, III | *Counsel of Record* |
| KENNETH A. KLUKOWSKI | CHRISTOPHER DIPOMPEO |
| ROGER L. BYRON | KAYTLIN L. ROHOLT |
| FIRST LIBERTY INSTITUTE | DANIEL D. BENSON |
| 2001 W. PLANO PARKWAY | JONES DAY |
| SUITE 1600 | 51 Louisiana Ave., NW |
| PLANO, TX 75075 | Washington, DC 20001 |
| (972) 941-4444 | (202) 879-3939 |
| | macarvin@jonesday.com |

*Counsel for Petitioners The American Legion, The American Legion Department of Maryland, and The American Legion Colmar Manor Post 131*

Exhibit E

i

## QUESTIONS PRESENTED

In the decision below, the Fourth Circuit held that a 93-year-old memorial to the fallen of World War I is an unconstitutional establishment of religion, merely because it is shaped like a cross. The Fourth Circuit reached this conclusion even though the memorial was designed to be a war memorial, has only ever been a war memorial, has only ever been regarded by the community as a war memorial, and is on public land only because of traffic safety concerns that arose 40 years after the memorial was built. The questions presented are:

1. Whether a 93-year-old memorial to the fallen of World War I is unconstitutional merely because it is shaped like a cross.

2. Whether the constitutionality of a passive display incorporating religious symbolism should be assessed under the tests articulated in *Lemon v. Kurtzman*, 403 U.S. 602 (1971), *Van Orden v. Perry*, 545 U.S. 677 (2005), *Town of Greece v. Galloway*, 134 S. Ct. 1811 (2014), or some other test.

3. Whether, if the test from *Lemon v. Kurtzman*, 403 U.S. 602 (1971), applies, the expenditure of funds for routine upkeep and maintenance of a cross-shaped war memorial, without more, amounts to an excessive entanglement with religion in violation of the First Amendment.