IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,** <br> **PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v. | No. 4:18CV00342 KGB/BD |
| **JOHN THURSTON, Arkansas Secretary of State,** <br> **in his official capacity** | **DEFENDANT** |

## MOTION FOR LEAVE TO FILE A REPLY BRIEF

Defendant Secretary of State John Thurston, through counsel, states for his motion for leave to file a reply brief as follows:

1. The Defendant respectfully requests leave to file the attached reply brief in support of his motion for a temporary stay pending *The American Legion v. American Humanist Association*, Case No. 17-1717.

2. Section I replies to the *Orsi* Plaintiffs' arguments in opposition to the Defendant's motion, and section II replies to the *Cave* Plaintiffs' arguments. The Satanic Temple Plaintiffs have not timely filed a response.

3. The Defendant's reply brief will assist the Court in evaluating the arguments on his motion for a temporary stay.

Therefore, Defendant Secretary of State John Thurston respectfully requests that this Court grant his motion for leave to file a reply brief as well as his motion for a temporary stay.

                        Respectfully submitted,

                        LESLIE RUTLEDGE
                        Attorney General

By:   */s/ Nicholas J. Bronni*
       Nicholas J. Bronni (2016097)
         Solicitor General of Arkansas
       Michael A. Cantrell (2012287)
       Dylan L. Jacobs (2016167)
         Assistant Solicitors General
       OFFICE OF THE ARKANSAS ATTORNEY GENERAL
       323 Center Street, Suite 200
       Little Rock, AR 72201
       Ph:   (501) 682-2007
       Fax:  (501) 682-2591
       Email: Nicholas.Bronni@ArkansasAG.gov

       Gary L. Sullivan, Ark. Bar No. 92051
       Managing Attorney
       Arkansas Secretary of State's Office
       Suite 256- State Capitol
       500 Woodlane Avenue
       Little Rock, AR 72201
       PH: (501) 682-3401; Fax: (501) 682-1213
       Email: gary.sullivan@sos.arkansas.gov

       Hiram Sasser
       Michael Berry
       Lea Patterson
       FIRST LIBERTY INSTITUTE
       2001 West Plano Parkway, Suite 1600
       Plano, TX 75075
       Tel:  (972) 941-6162
       Fax:  (972) 423-6162
       *hsasser@firstliberty.org*
       *mberry@firstliberty.org*
       *lepatterson@firstliberty.org*

       *Attorneys for Secretary of State John Thurston*

## **CERTIFICATE OF SERVICE**

      I, Michael A. Cantrell, hereby certify that on February 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                      */s/ Michael A. Cantrell*
                                      Michael A. Cantrell