# Michael Cantrell

| | |
|---|---|
| **From:** | Matthew A. Kezhaya <matt@pinnacle.law> |
| **Sent:** | Thursday, February 07, 2019 11:27 AM |
| **To:** | Michael Cantrell |
| **Cc:** | Gerry Schulze; Jacob_White@ared.uscourts.gov; aschultz@rodey.com; dniose@americanhumanist.org; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; hsasser@firstliberty.org; jburnett@laveyandburnett.com; josh@greenandgillispie.com; lepatterson@firstliberty.org; mberry@firstliberty.org; mmiller@americanhumanist.org; mstambaugh@rodey.com; Nicholas Bronni; patrick@ffrf.org; William C. Bird III |
| **Subject:** | Re: 4:18-cv-00342-KGB Cave et al v. Thurston |

I think Michael is correct.  My deadline was yesterday. I think the Cave and Orsi Plaintiffs adequately briefed why the stay was improper.  For the Satanists, we join the well-briefed objection and rest on my oral response (i.e. the stay is improper because the harm is continuing in nature and not compensated by prejudgment interest).

Matthew A. Kezhaya
Pinnacle Law Group
3718 S. Pinnacle Hills Pkwy
Rogers,. AR 72758
matt@pinnacle.law


On Thu, Feb 7, 2019, 11:10 AM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

> Gerry,
>
> I'm afraid you've miscounted. Excluding the day the Defendant's motion was filed (Wednesday, January 23), today is the 15th day. So any response not yet filed would be untimely.
>
> Regards,
>
> Mike
>
> **Michael A. Cantrell**
>
> Assistant Solicitor General
>
> Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401| Cell: 501.813.0857 | Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov



**From:** Gerry Schulze [mailto:gerrysch@b-s-m-law.com]
**Sent:** Thursday, February 07, 2019 10:25 AM
**To:** Michael Cantrell
**Cc:** Jacob_White@ared.uscourts.gov; aschultz@rodey.com; dniose@americanhumanist.org; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; hsasser@firstliberty.org; jburnett@laveyandburnett.com; josh@greenandgillispie.com; lepatterson@firstliberty.org; matt@pinnacle.law; mberry@firstliberty.org; mmiller@americanhumanist.org; mstambaugh@rodey.com; Nicholas Bronni; patrick@ffrf.org; William C. Bird III
**Subject:** Re: 4:18-cv-00342-KGB Cave et al v. Thurston

I don't think this is right.  Both sets of plaintiffs have responded, but I think the Satanic Temple has until the end of the day today to respond.  This is a 14 day motion (Local Rule 7.2(b)), filed Wednesday 1/23/2019.  You don't count the day it was filed (Rule 6(a)(1)(A), Federal Rules of Civil Procedure).  So the Satanic Temple has until midnight (Rule 6(a)(4)(A) Fed. R. Civ. P.) to file any response they may want to file.

The *Orsi* plaintiffs would not object to a reply brief, so long as it doesn't introduce new issues we weren't able to address in the original response.

Gerry Schulze

J.G. "Gerry" Schulze

Attorney at Law

Baker Schulze & Murphy

2311 Biscayne Drive

Little Rock, AR 72227

Telephone (501) 537-1000

Fax (501) 537-1001

gschulze@b-s-m-law.com

gschulze@bsmp.law

www.bsmp.law

On Thu, Feb 7, 2019 at 9:12 AM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

Dear Jacob,

I am writing to inform the Court that the Defendant is preparing a reply in support of his motion for a temporary stay. Because the Plaintiffs' response time has now elapsed, the Defendant will promptly seek leave to file the reply as soon as it is prepared.

Regards,

Mike

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 │ Cell: 501.813.0857 │ Fax: 501.682.2591

[Michael.Cantrell@ArkansasAG.gov](mailto:Michael.Cantrell@ArkansasAG.gov) │ [ArkansasAG.gov](http://ArkansasAG.gov)



Defendant's Exhibit A