IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, et al                                                         PLAINTIFF

V.                                    Case No. 4:18-cv-00342-KGB

MARK MARTIN, Arkansas Secretary of State
in his Official Capacity                                                  DEFENDANT

### *ORSI* PLAINTIFFS' RESPONSE TO MOTION TO QUASH

Plaintiffs, Anne Orsi, Eugene Levy, Joan Dietz, Gale Stewart, Teresa Grider, and Walter Riddick, and Arkansas Society of Freethinkers, American Humanist Association, and the Freedom from Religion Foundation by and through their attorneys, J.G. "Gerry" Schulze, David Niose, Monica Miller, and Patrick Elliott, by and through their attorneys, respond to the Arkansas Secretary of State's Motion to Quash as follows:

1.     It was impractical to hold depositions before the Motion to Intervene of the Satanic Temple et al was still pending, because if the motion were to be granted, the depositions might have to be reconvened to allow all parties to participate.

1

2. That Motion was granted December 17, 2018. Shortly thereafter Plaintiffs sought to take these depositions. (Exhibit 1).

3. Defendants generically contend that the witnesses are busy because of the legislative session in progress, but do not identify any specific conflict for the times set for the depositions.

4. There is a justification in deposing both of these witnesses. The justification is substantially occasioned by the Defendant's litigation position. For instance, the *Orsi* plaintiffs propounded requests for admissions to Defendant, which Defendant denied. Among the matters denied was the authenticity of documents which were generated in regard to the placement of the Ten Commandments monument and the proposed placement of additional monuments including but not limited to the monument proposed by the Satanic Temple, the Gold Star Families monument, the Saline Atheists and Skeptics society, and others. The *Orsi* plaintiffs believe that it will ultimately be proven that the documents in question were provided to the American Civil Liberties Union in response to a Freedom of Information Act request. (Exhibit 2, Response to Request for Admissions No. 6.) One of the proposed Deponents, Kelly Boyd, chaired the meetings at which several transcripts were generated. Both Deponents' names appear in the records. The employees of the Defendant responsible for carrying out the functions of the Secretary of State's office can authenticate the relevant

documents. This exercise would be unnecessary if the Defendant would admit the authenticity of documents Defendant itself produced.

5. There are substantial differences between the facts of *The American Legion v. American Humanist Association,* Case No. 17-1717, 139 S.Ct. 451 (2018) and the case at bar. Those differences are clear from the text of the oral argument. Whatever decision the United States Supreme Court may issue in that case will provide limited guidance in the case at bar.

WHEREFORE, Defendants' Motion to Quash should be denied.

Respectfully Submitted

MONICA L. MILLER
Attorney for Plaintiffs
American Humanist Association
1777 T Street N.W.
Washington, D.C. 20009
Telephone: (202) 238-9088
Facsimile: (202) 238-9003
Email: mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

DAVID A. NIOSE
Attorney for Plaintiffs
Law Offices of David Niose
348 Lunenburg Street, Suite 202
Fitchburg, MA 01420
Telephone: (978) 343-0800
Email: dniose@nioselaw.com
MA Bar: 556484/ DC Bar 1024530

PATRICK C. ELLIOTT

3

Senior Counsel
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443
WI Bar No. 1074300
(Petition for *Pro Hac Vice* pending)



Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsmp.law



J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsmp.law