

Gerry Schulze <gerrysch@b-s-m-law.com>

## Cave v Martin -- Proposed Deposition Dates
1 message

**Andy Schultz** <ASchultz@rodey.com>  Mon, Jan 7, 2019 at 4:40 PM
To: "michael.cantrell@arkansasag.gov" <michael.cantrell@arkansasag.gov>, "dylan.jacobs@arkansasag.gov" <dylan.jacobs@arkansasag.gov>, "kellylawfedecf@aol.com" <kellylawfedecf@aol.com>, "nicholas.bronni@arkansasag.gov" <nicholas.bronni@arkansasag.gov>, "kesia.morrison@arkansasag.gov" <kesia.morrison@arkansasag.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, "kklukowski@firstliberty.org" <kklukowski@firstliberty.org>, "lepatterson@firstliberty.org" <lepatterson@firstliberty.org>, "gerrysch@b-s-m-law.com" <gerrysch@b-s-m-law.com>, "dniose@americanhumanist.org" <dniose@americanhumanist.org>, "mmiller@americanhumanist.org" <mmiller@americanhumanist.org>, "patrick@ffrf.org" <patrick@ffrf.org>, "matt@pinnacle.law" <matt@pinnacle.law>
Cc: "jburnett@laveyandburnett.com" <jburnett@laveyandburnett.com>, "josh@greenandgillispie.com" <josh@greenandgillispie.com>, Melanie Stambaugh <MStambaugh@rodey.com>

Counsel:

The Cave Plaintiffs would like to depose the following 3 individuals associated with the Arkansas Secretary of State's Office:

1) Mark Martin

2) Kerry Jucas

3) Kelly Boyd

We believe that all three depositions can be taken in a 2-day period.

We propose the following days for these depositions:

Wednesday 1/16

Thursday 1/17

Monday 1/28

Wednesday 1/30

Thursday 1/31

Exhibit 1

Wednesday 2/6

Friday 2/8

Please check your calendars and let us know which of these days may work for you. Michael, please check with these individuals in the Secretary's office and let us know their availability.

If none of these 7 proposed dates are convenient, then please provide us with alternative dates so that we can prepare the deposition notices.

We appreciate your anticipated cooperation. Andy

Andy Schultz

Rodey Law Firm

P.O. Box 1888

Albuquerque NM 87103

(505) 768-7205 (direct)

(505) 768-7395 (fax)

aschultz@rodey.com