IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v.   No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

**DEFENDANT'S RESPONSES TO *ORSI*
PLAINTIFFS' REQUESTS FOR ADMISSION**

Defendant Secretary of State John Thurston provides the following responses to the *Orsi* Plaintiffs' Requests for Admissions:

**REQUEST FOR ADMISSIONS NO. 1:**  Admit that the Arkansas Democrat-Gazette, which maintains a website at www.arkansasonline.com, is the most widely published newspaper in the State of Arkansas.

**RESPONSE NO. 1:**  Denied. The Defendant has no knowledge of publication data for newspapers, but countless newspapers maintain websites that are as widely available online in the State of Arkansas. The Defendant admits that the website www.arkansasonline.com identifies itself as "Arkansas Democrat Gazette."

Exhibit 2

1

**REQUEST FOR ADMISSIONS NO. 2:** Admit that the documents labeled Cave v. Martin, Orsi Media Documents, pages 000001 through 000170, provided on the Compact Disc submitted herewith, appeared in the *Arkansas Democrat Gazette* on the dates reflected in the headers identified on each page thereof.

**RESPONSE NO. 2:** Denied. The Defendant is unable to locate any document labeled "Cave v. Martin, Orsi Media Documents" on the compact disc provided.

**REQUEST FOR ADMISSIONS NO. 3:** Admit that the *Arkansas Times,* which maintains a website at www.arktimes.com, is a weekly publication circulated in Central Arkansas.

**RESPONSE NO. 3:** Denied. The Defendant has no knowledge of the *Arkansas Times*'s circulation other than that some *Arkansas Times* editions have appeared in Little Rock. The Defendant admits that the website www.arktimes.com identifies itself as "Arkansas Times."

**REQUEST FOR ADMISSIONS NO. 4:** Admit that the documents labeled Cave v. Martin, Orsi Media Documents, pages 000171 through 000177, provided on the Compact Disc submitted herewith, appeared on the website of the *Arkansas Times*.

**RESPONSE NO. 4:** Denied. The Defendant is unable to locate any document labeled "Cave v. Martin, Orsi Media Documents" on the compact disc provided.

**REQUEST FOR ADMISSIONS NO. 5:** Admit that the documents labeled Cave v. Martin, Orsi Media Documents, pages 000178 through 000186, provided on the Compact Disc submitted herewith, appeared on the website of the *Arkansas Democrat Gazette*.

**RESPONSE NO. 5:** Denied. The Defendant is unable to locate any document labeled "Cave v. Martin, Orsi Media Documents" on the compact disc provided.

**REQUEST FOR ADMISSIONS NO. 6:** Admit that the documents labeled Cave v. Martin, Orsi Documents propounded to Secretary of State Martin, pages 000001 through 000982, provided on the Compact Disc submitted herewith, are records of the Arkansas Secretary of State, obtained in connection with the activities of the office of the Secretary of State, in regard to the placement of the Ten Commandments monument and the proposed placement of additional monuments including but not limited to the monument proposed by the Satanic Temple, the Gold Star Families monument, the Saline Atheists and Skeptics Society, and others.

**RESPONSE NO. 6:** Objection. The request is overbroad, burdensome, and not proportional to the needs of the case, as it seeks an admission that nearly a thousand pages of documents produced en masse by the *Orsi* Plaintiffs are records of the Arkansas Secretary of State. The Defendant further objects that this en masse request fails to state each matter separately under Fed. R. Civ. P. 36(a)(2). The Defendant further objects that he cannot admit or deny this request because it is overly generalized, vague, ambiguous, nonsensical, or otherwise fails to specify who "obtained" the documents and what proposed monument or monuments are referred to.

**REQUEST FOR ADMISSIONS NO. 7:** Admit that the documents labeled Cave v. Martin, Orsi Documents, pages 000001 to 000982, provided on the Compact Disc submitted herewith, are records of the Arkansas Secretary of State, made at or near the time reflected thereon, by or from information transmitted by someone with knowledge, that it was kept in the course of regularly conducted activity, that making the record was a regular practice of that activity, and there is no indication of a lack of trustworthiness.

**RESPONSE NO. 7:** Objection. The request is overbroad, burdensome, duplicative, and not proportional to the needs of the case, as it seeks an admission that the nearly one-thousand pages of documents produced en masse by the *Orsi* Plaintiffs are records of the Arkansas Secretary of State. The Defendant further objects that this en masse request fails to state each matter separately under Fed. R. Civ. P. 36(a)(2) both by virtue of being an en masse request concerning nearly a thousand pages of documents and by virtue of seeking six separate admissions for each document contained therein. The Defendant further objects that the request is overly generalized, vague, ambiguous, nonsensical, and otherwise fails to specify the particular matters on which the Plaintiffs seek an admission.

**REQUEST FOR ADMISSIONS NO 8**:  Admit that the Arkansas History and Heritage Foundation maintains a page on Facebook.

**RESPONSE NO. 8:**  Denied.

**REQUEST FOR ADMISSIONS NO. 9:**  Admit that the documents labeled Cave v. Martin, Orsi AHHF Facebook 000001 through 000052 and Cave v. Martin AHHF Facebook 000053 appeared on the Arkansas History and Heritage Foundation's Facebook page.

**RESPONSE NO. 9:**  Denied.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By:     */s/ Nicholas J. Bronni*
        Nicholas J. Bronni (2016097)
         Solicitor General of Arkansas
        Michael A. Cantrell (2012287)
        Dylan L. Jacobs (2016167)
         Assistant Solicitors General
        OFFICE OF THE ARKANSAS ATTORNEY GENERAL
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Ph:    (501) 682-2007
        Fax:   (501) 682-2591
        Email: Nicholas.Bronni@ArkansasAG.gov

        Gary L. Sullivan, Ark. Bar No. 92051
        Managing Attorney
        Arkansas Secretary of State's Office
        Suite 256- State Capitol
        500 Woodlane Avenue
        Little Rock, AR 72201
        PH: (501) 682-3401; Fax: (501) 682-1213
        Email: gary.sullivan@sos.arkansas.gov

        Hiram Sasser
        Michael Berry
        Lea Patterson
        FIRST LIBERTY INSTITUTE
        2001 West Plano Parkway, Suite 1600
        Plano, TX 75075
        Tel:  (972) 941-6162
        Fax:  (972) 423-6162
        *hsasser@firstliberty.org*
        *mberry@firstliberty.org*
        *lepatterson@firstliberty.org*

        *Attorneys for Secretary of State John Thurston*

**CERTIFICATE OF SERVICE**

      I, Michael A. Cantrell, hereby certify that on February 8, 2019, I served the foregoing by email to counsel for each of the *Cave* Plaintiffs, the *Orsi* Consolidated Plaintiffs, and the Satanic Temple Intervenors, as well as by U.S. Mail, postage prepaid, to the following:

James Gerard Schulze
Baker Schulze Murphy & Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
gerrysch@b-s-m-law.com
*Attorney for Orsi Plaintiffs*

                                                */s/ Michael A. Cantrell*
                                                Michael A. Cantrell