1           IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
2                WESTERN DIVISION

3

    DONNA CAVE, JUDITH LANSKY,
4   PAT PIAZZA and SUSAN RUSSELL,   No.  4:18CV00342 KGB

5            Plaintiffs

6
    ANNE ORSI, WALTER RIDDICK,     Friday, January 25, 2019
7   JOAN DIETZ, TERESA GRIDER,    Little Rock, Arkansas
    ARKANSAS SOCIETY OF          10:04 a.m.
8   FREETHINKERS, REV. VICTOR H.
    NIXON, FREEDOM FROM RELIGION
9   FOUNDATION INC., AMERICAN
    HUMANIST ASSOCIATION, RABBI
10  EUGENE LEVY and GALE STEWART,

11           Consolidated
              Plaintiffs
12
    THE SATANIC TEMPLE; DOUG
13  MISICKO, a/k/a LUCIEN
    GREAVES; and ERIKA ROBBINS,
14
            Intervenors
15
    v.
16

17  JOHN THURSTON, Arkansas
    Secretary of State, in his
18  official capacity,

19           Defendant.

20
    **EXCERPTED TRANSCRIPT OF TELEPHONE CONFERENCE**
21    BEFORE THE HONORABLE KRISTINE G. BAKER,
        UNITED STATES DISTRICT JUDGE
22

23

24

     Proceedings reported by machine stenography; transcript
25  prepared utilizing computer-aided transcription.


          Elaine Hinson, RMR, CRR, CCR
          United States Court Reporter


**EXHIBIT 1**

1   APPEARANCES:

2   On Behalf of the Plaintiffs:

3        MR. JOHN L. BURNETT
          Lavey & Burnett
4         904 West 2nd Street
          Little Rock, Arkansas   72201
5
          MR. ANDREW G. SCHULTZ
6         MS. MELANIE B. STAMBAUGH
          Rodey, Dickason, Sloan, Akin & Robb
7         Post Office Box 1888
          Albuquerque, New Mexico   87103-1888
8
    On Behalf of the Consolidated Plaintiffs:
9
          MR. JAMES GERARD SCHULZE
10        Baker, Schulze, Murphy & Patterson
          2311 Biscayne Drive, Suite 300
11        Little Rock, Arkansas   72227

12  On Behalf of the Defendant:

13        MR. NICHOLAS JACOB BRONNI
          MR. MICHAEL CANTRELL
14        Arkansas Attorney General's Office
          323 Center Street, Suite 200
15        Little Rock, Arkansas   72201-2610

16        MR. MICHAEL D. BERRY
          MS. LEA ELYSE PATTERSON
17        MR. HIRAM S. SASSER III
          First Liberty Institute
18        2001 West Plano Parkway, Suite 1600
          Plano, Texas   75075
19
    On Behalf of the Intervenors:
20
          MR. STUART P. DE HAAN
21        De Haan Law Firm
          100 North Stone Avenue, Suite 512
22        Tuscon, Arizona   85701

23        MR. MATTHEW A. KEZHAYA
          Kezhaya Law Firm
24        609 SW Eighth Street, Suite 600
          Bentonville, Arkansas   72712

25

Elaine Hinson, RMR, CRR, CCR
United States Court Reporter

1   [Excerpted here:]

2       THE COURT:  I think it's prudent to do it all

3   together.  I think your request for a stay impacts what moves

4   forward and what doesn't move forward.  So I'll watch for

5   responses to the motion for stay in writing.  When I receive

6   those, I will review them.  Then we'll take up all these matters

7   in a written order.

8       MR. BRONNI:  Thank you, Your Honor.

9       THE COURT:  I will state in the "for whatever it's

10  worth" column, there's no stay in effect right now.  I

11  anticipate that everyone is cooperating and proceeding forward

12  in good faith with discovery to the extent that's appropriate

13  under the federal rules.

14      [End of excerpt.]

15                  REPORTER'S CERTIFICATE

16      I certify that the foregoing is a correct excerpted
    transcript from the record of proceedings in the above-entitled
17  matter.

18  /s/Elaine Hinson, RMR, CRR, CCR      Date:  March 6, 2019
19  United States Court Reporter

20

21

22

23

24

25