**Andy Schultz**

| From: | Michael Cantrell <michael.cantrell@arkansasag.gov> |
|---|---|
| Sent: | Saturday, January 19, 2019 10:46 AM |
| To: | Andy Schultz |
| Subject: | RE: Cave v Martin -- Proposed Deposition Dates |

Andy,

I'm not sure whether anyone for the Defendant replied to your email while I was out of the office, but if not my apologies for the long delay in getting back with you. As you know I was traveling outside the country for over a week. I did not have the anticipated access to my emails, which means that I am still trying to dig myself out from under the avalanche I encountered when I regained reliable access.

In any case, the Defendant is not in a position at this point to schedule depositions. As you know, among other things, there are outstanding written discovery requests, we have not received even initial disclosures from the Satanic Temple Plaintiffs, and our Rule 16 conference is scheduled for next week in any case. Hopefully in the coming weeks we will be in a better position to see the way forward.

Have a good holiday weekend.

Regards,

Mike

From: Andy Schultz [ASchultz@rodey.com]
Sent: Monday, January 07, 2019 4:40 PM
To: Michael Cantrell; Dylan Jacobs; 'kellylawfedecf@aol.com'; Nicholas Bronni; Kesia Morrison; 'hsasser@firstliberty.org'; 'mberry@firstliberty.org'; 'kklukowski@firstliberty.org'; 'lepatterson@firstliberty.org'; 'gerrysch@b-s-m-law.com'; 'dniose@americanhumanist.org'; 'mmiller@americanhumanist.org'; 'patrick@ffrf.org'; 'matt@pinnacle.law'
Cc: 'jburnett@laveyandburnett.com'; 'josh@greenandgillispie.com'; Melanie Stambaugh
Subject: Cave v Martin -- Proposed Deposition Dates

Counsel:

The Cave Plaintiffs would like to depose the following 3 individuals associated with the Arkansas Secretary of State's Office:

1)   Mark Martin

**EXHIBIT 2**

2)    Kerry Jucas
3)    Kelly Boyd

We believe that all three depositions can be taken in a 2-day period.

We propose the following days for these depositions:

Wednesday 1/16
Thursday 1/17
Monday 1/28
Wednesday 1/30
Thursday 1/31
Wednesday 2/6
Friday 2/8

Please check your calendars and let us know which of these days may work for you.  Michael, please check with these individuals in the Secretary's office and let us know their availability.

If none of these 7 proposed dates are convenient, then please provide us with alternative dates so that we can prepare the deposition notices.

We appreciate your anticipated cooperation.  Andy

Andy Schultz
Rodey Law Firm
P.O. Box 1888
Albuquerque NM 87103
(505) 768-7205 (direct)
(505) 768-7395 (fax)
aschultz@rodey.com<mailto:aschultz@rodey.com>