# Andy Schultz

| | |
|---|---|
| From: | Michael Cantrell <michael.cantrell@arkansasag.gov> |
| Sent: | Tuesday, January 29, 2019 3:20 PM |
| To: | Andy Schultz; David Niose; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; hsasser@firstliberty.org; John Burnett; Josh Gillispie; lepatterson@firstliberty.org; Matthew A. Kezhaya; mberry@firstliberty.org; Michael Cantrell; Monica Miller; Melanie Stambaugh; Nicholas Bronni; Patrick Elliott; William C. Bird III; Gerry Schulze |
| Subject: | RE: Cave v Martin -- Proposed Deposition Dates |

Andy,

Thanks for your message. You sent your previous request to arrange depositions after the Court had scheduled the Rule 16 conference to discuss how discovery should proceed. My response to you noted the upcoming conference as well as the fact that there were outstanding written discovery requests and that the Defendant had not yet received even initial disclosures from the Satanic Temple Plaintiffs.

We are currently proceeding with written discovery:
- You are no doubt aware of the outstanding discovery issues between the Cave Plaintiffs and the Defendant. You have only very recently produced documents identifying numerous fact witnesses that we asked for months ago. We are evaluating these documents and your recent objections to determine what further action is needed
- Second, you may not know that there remain several outstanding written discovery requests between the Orsi Plaintiffs and the Defendant.
- Third, the Defendant received the Satanic Temple Plaintiffs' initial disclosures just last Friday afternoon, and we are currently in the process of evaluating them. We plan to work on drafting written discovery requests to the Satanic Temple Plaintiffs.

As you know, no final scheduling order has been entered in this matter. We are not running up against a discovery deadline. The Rule 16 conference did not manifest any justification for undue haste. There is, in addition, a pending motion to stay based on the *American Legion* case. Therefore, there is no reasonable basis for rushing to depositions in this case.

If our positions were reversed, you would have no trouble seeing how foolhardy it would be for the Defendant to agree to staff for the Secretary of State submitting to depositions without having the ordinary benefit of written discovery concerning all of the Plaintiffs and all of their claims.

I appreciate your good faith cooperation in proceeding with discovery in a reasonable manner.

Regards,

Mike


**Michael A. Cantrell**
Assistant Solicitor General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.2401 | Cell: 501.813.0857 | Fax: 501.682.2591
Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov

**EXHIBIT 3**

> **From:** Andy Schultz [mailto:ASchultz@rodey.com]
> **Sent:** Monday, January 28, 2019 12:52 PM
> **To:** Michael Cantrell; Dylan Jacobs; 'gary.sullivan@sos.arkansas.gov'; Nicholas Bronni; William C. Bird III; 'hsasser@firstliberty.org'; 'mberry@firstliberty.org'; 'kklukowski@firstliberty.org'; 'lepatterson@firstliberty.org'; 'gerrysch@b-s-m-law.com'; 'dniose@americanhumanist.org'; 'mmiller@americanhumanist.org'; 'patrick@ffrf.org'; 'matt@pinnacle.law'; 'stu.dehaan@gmail.com'
> **Cc:** 'jburnett@laveyandburnett.com'; 'josh@greenandgillispie.com'; Melanie Stambaugh
> **Subject:** Cave v Martin -- Proposed Deposition Dates

Counsel:

In response to the Cave Plaintiffs' initial request for deposition dates that we sent earlier this month, Michael stated that Defendant was not in a position to schedule depositions. Following up on the court's comments to all counsel at the end of Friday's Rule 16 Scheduling Conference, the Cave Plaintiffs are repeating their request to depose the following 3 individuals associated with the Arkansas Secretary of State's Office:

1)   Mark Martin
2)   Kerry Jucas
3)   Kelly Boyd

We believe that all three depositions can be taken in a 2-day period.

The majority of the days that we initially suggested already have gone by. Nonetheless, two of those dates still remain:

   Wednesday 2/6
   Friday 2/8

Please check your calendars and let us know if either of these days may work for you. Michael, please check with these individuals and let us know their availability.

If neither of these proposed dates are convenient, then please provide us with alternative dates so that we can prepare the appropriate deposition notices.

We appreciate your cooperation. Andy

Andy Schultz
Rodey Law Firm
P.O. Box 1888
Albuquerque NM 87103

(505) 768-7205 (direct)
(505) 768-7395 (fax)
aschultz@rodey.com

3