AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | |
|---|---|
| Donna Cave, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:18-CV-342 KGB |
| Thurston ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Kerry Jucas Moody

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Offices of the ACLU of Arkansas<br>904 West Second Street<br>Little Rock, Arkansas 72201 | Date and Time:<br>03/14/2019 9:00 am |
|---|---|

The deposition will be recorded by this method: strenograph, audio

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2-21-19

CLERK OF COURT

_____            OR            _____
Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Donna Cave, et al.
_____, who issues or requests this subpoena, are:

John L. Burnett, 904 West Second Street, Little Rock, AR 72201

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 4:18-CV-342 KGB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Kerry Lucas Moody on *(date)* 2-22-19.

☑ I served the subpoena by delivering a copy to the named individual as follows: The Arkansas State Capitol, 500 Woodlane St., Little Rock, AR. 72201 on *(date)* 2-25-19 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 42.00 .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-25-19

Dana Henderson
*Server's signature*

Dana Henderson
*Printed name and title*

1 Riverfront Pl.; Suite 605. North Little Rock, AR 72114
*Server's address*

Additional information regarding attempted service, etc.: