# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| | |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| | |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| | |
| v.  No. 4:18CV00342 KGB/BD | |
| | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

## JOINT STATUS REPORT

The parties, through their respective counsel, state for their joint status report as follows:

1. This Court's May 10, 2019 Order directed the Defendant to file his reply briefs in support of his motion to stay and motion to quash within 10 days. Dkt. No. 62. That Order also directed the parties to advise the Court within 10 days whether the depositions of Mr. Kelly Boyd and Ms. Kerry Jucas Moody have been or will be rescheduled. *Id.*

2. The Defendant has now filed his reply briefs in support of his motion to stay and motion to quash. Dkt. Nos. 64 and 65.

3. The parties jointly advise that the depositions of Mr. Kelly Boyd and Ms. Kerry Jucas Moody will be rescheduled by agreement.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: */s/ Nicholas J. Bronni*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:   (501) 682-2007
Fax:  (501) 682-2591
Email: Nicholas.Bronni@ArkansasAG.gov

Gary L. Sullivan, Ark. Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

LAVEY AND BURNETT
By_____
John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone:    (501) 376-2269
Facsimile:    (501) 372-1134
E-mail:       jburnett@laveyandburnett.com

*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE
By_____
Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone:    (501) 244-0700
Facsimile:    (501) 244-2020
E-mail:       josh@greenandgillispie.com

*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By_____
Andrew G. Schultz*
 Melanie B. Stambaugh*
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
E-mail:       aschultz@rodey.com
mstambaugh@rodey.com

*On behalf of the Arkansas Civil Liberties Union Foundation*

*\* admitted pro hac vice*

3

*Attorneys for Plaintiffs Donna Cave, Judith Lansky, Pat Piazza and Susan Russell*

MONICA L. MILLER
Attorney for Plaintiffs
American Humanist Association
1777 T Street N.W.
Washington, D.C. 20009
Telephone: (202) 238-9088
Facsimile: (202) 238-9003
Email: mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

DAVID A. NIOSE
Attorney for Plaintiffs
Law Offices of David Niose
348 Lunenburg Street, Suite 202
Fitchburg, MA 01420
Telephone: (978) 343-0800
Email: dniose@nioselaw.com
MA Bar: 556484/ DC Bar 1024530

PATRICK C. ELLIOTT
Senior Counsel
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443
WI Bar No. 1074300

BAKER SCHULZE MURPHY AND PATTERSON
By: _____
J.G. "Gerry" Schulze (Ark. Bar No. 83156)
2311 Biscayne Drive, Suite 300
Little Rock, AR 72227
Telephone:    (501) 537-1000
Facsimile:    (501) 537-1001
E-mail:       gschulze@bsmp.law

4

*Attorneys for Plaintiffs Anne Orsi, American Humanist Association, Freedom from Religion Foundation, Inc., Arkansas Society of Freethinkers, Joan Dietz, Gale Stewart, Rabbi Eugene Levi, Rev. Victor H. Nixon, Teresa Grider and Walter Riddick*

By /s/ Matthew A. Kezhaya
Matthew A. Kezhaya, ABA # 2014161
Attorney for Intervenor-Plaintiffs
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

By /s/ Stuart P. de Haan
Stuart P. de Haan, AZ Bar No. 026664
Attorney for Intervenor-Plaintiffs
de Haan Law Firm, PLLC
100 N Stone Avenue, Suite 512
Tucson, Arizona 85701
Phone (520) 358-4089
Fax    (520) 628-4275
Email  stu.dehaan@gmail.com

*On behalf of The Satanic Temple, et al.*

**CERTIFICATE OF SERVICE**

I, Michael A. Cantrell, hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ Michael A. Cantrell*
Michael A. Cantrell