IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE,** *et al.* | **PLAINTIFFS** |
| **ANNE ORSI,** *et al.*, and | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE** *et al.* | **INTERVENOR PLAINTIFFS** |
| v.  **CASE NUMBER:** | |
| **4:18-CV-00342** | |
| **JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

### TST'S MOTION FOR LEAVE TO AMEND COMPLAINT IN INTERVENTION

**COME NOW** TST Plaintiffs, by and through counsel of record, on motion for leave to amend the complaint in intervention pursuant to FRCP 15.

1. On May 13, the Court entered an amended proposed final scheduling order (Doc. 63).

2. The order issues a July 10 cutoff to seek court leave to amend pleadings. (Id. at p. 3).

3. Intervenor-Plaintiffs desire to amend their complaint in intervention to withdraw their claim for monetary damages and withdraw their jury demand.

4. On June 3, 2019, TST Plaintiffs advised all other parties of record of the desire to amend their complaint during a Rule 26(f) conference call. No parties announced an objection.

5. If granted, all relief requested by all plaintiffs would be limited to injunctive relief, declaratory relief, and costs of litigation. See Cave complaint, Doc. 1 at pp. 30-31, Orsi complaint at p. 18 and attached at p. 9. Thus, if this motion is granted, no party would be entitled to a jury trial. See generally FRCP 38 and Northgate Homes v. City of Dayton, 126 F.3d 1095, 1098-

99 (8th Cir. 1997) (finding no right to a jury trial where the only claims for relief are for declaratory relief and injunctive relief).

6. The form of the proposed second amended complaint in intervention is attached for the Court's review.

**WHEREFORE** TST Plaintiffs pray this Court grant leave to file the proposed second amended complaint in intervention and remove this case from the Court's jury trial docket and, instead, set this case for bench trial.

Respectfully submitted on June 3, 2019,
On behalf of TST Plaintiffs

| | | | |
|---|---|---|---|
| By | /s/ Matthew A. Kezhaya | and | /s/ Stuart P. de Haan |
| | Matthew A. Kezhaya, ABA # 2014161 | | Stuart P. de Haan, AZ Bar No. 026664 |
| | Attorney for TST Plaintiffs | | Attorney for TST Plaintiffs |
| | KEZHAYA LAW PLC | | de Haan Law Firm, PLLC |
| | 1202 NE McClain Rd | | 101 E. Pennington, Suite 201 |
| | Bentonville, AR 72712 | | Tucson, Arizona 85701 |
| phone | (479) 431-6112 | | (520) 358-4089 |
| fax | (479) 282-2892 | | (520) 628-4275 |
| email | matt@kezhaya.law | | stu.dehaan@gmail.com |

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, submitted for filing the foregoing document by uploading it to the Court's ECF system. The ECF system sends automated notice to all counsel of record.

_____
Matthew A. Kezhaya, ABA# 2014161