IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |

v.                           No. 4:18CV00342 KGB/BD

**JOHN THURSTON, Arkansas Secretary of State,**
**in his official capacity**                                                     **DEFENDANT**

### RESPONSE TO THE SATANIC TEMPLE'S MOTION FOR LEAVE

Defendant, John Thurston, Arkansas Secretary of State, in his official capacity, states for his response as follows:

1. Defendant does not object to the Satanic Temple Intervenors' dismissal of their claims for monetary damages.

2. Defendant notes his continuing opposition to the Satanic Temple Intervenors' intervention in this action, as set forth more fully in his response to their motion to intervene, his response in opposition to their motion to amend, and supporting memoranda of law. Dkt. Nos. 23, 29.

Therefore, the Defendant requests that the Court dismiss the Satanic Temple Intervenors' claims for monetary damages.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:  (501) 682-2007
Fax: (501) 682-2591
Email: Nicholas.Bronni@ArkansasAG.gov

**CERTIFICATE OF SERVICE**

I, Michael A. Cantrell, hereby certify that on June 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

*/s/ Michael A. Cantrell*
Michael A. Cantrell