## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,** <br> **PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| | |
| **ANNE ORSI, AMERICAN HUMANIST** <br> **ASSOCIATION, FREEDOM FROM RELIGION** <br> **FOUNDATION, INC., ARKANSAS SOCIETY OF** <br> **FREETHINKERS, JOAN DIETZ, GALE STEWART,** <br> **RABBI EUGENE LEVY, REV. VICTOR H. NIXON,** <br> **TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| | |
| **THE SATANIC TEMPLE, DOUG MISICKO** <br> a/k/a "**LUCIEN GREAVES,**" **and ERIKA ROBBINS** | **INTERVENORS** |
| | |
| v.    Case No. 4:18-cv-00342-KGB/BD | |
| | |
| **JOHN THURSTON, ARKANSAS SECRETARY OF STATE,** <br> in his official capacity | **DEFENDANT** |

### NOTICE OF APPEARANCE

I, Vincent M. Wagner, Arkansas Deputy Solicitor General, enter my appearance as counsel for defendant John Thurston in this matter and request that I be included on all future service and correspondence. I certify that I am admitted to practice in this Court.

Dated:  June 7, 2019               Respectfully submitted,

                                    LESLIE RUTLEDGE
                                    Attorney General

                                    Vincent M. Wagner (2019071)
                                      Deputy Solicitor General
                                    OFFICE OF THE ARKANSAS
                                      ATTORNEY GENERAL
                                    323 Center Street, Suite 200
                                    Little Rock, Arkansas  72201
                                    (501) 682-8090
                                    (501) 682-7395 (fax)
                                    vincent.wagner@arkansasag.gov

                                    *Counsel for Defendant*