IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, et al                                            PLAINTIFF

V.                      Case No. 4:18-cv-00342-KGB

MARK MARTIN, Arkansas Secretary of State
in his Official Capacity                               DEFENDANT

### SUGGESTION OF DEATH ON THE RECORD RE PLAINTIFF WALTER RIDDICK

J.G. "Gerry" Schulze, attorney for the *Orsi* Plaintiffs, suggests on the record, pursuant to Rule 25(a)(1), Federal Rules of Civil Procedure, the death of Walter Riddick during the pendency of this action.

Respectfully Submitted

Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000

1

2

Facsimile: (501) 537-1001
www.bsmp.law


/S/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsmp.law