IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, et al                                                            PLAINTIFF

V.                              Case No. 4:18-cv-00342-KGB

MARK MARTIN, Arkansas Secretary of State
in his Official Capacity                                      DEFENDANT

## MOTION OF SEPARATE PLAINTIFF JOAN DIETZ TO WITHDRAW AS PLAINTIFF

Comes separate Plaintiff Joan Dietz, and for her Motion to Withdraw as Plaintiff states:

1. Separate Plaintiff Joan Dietz hereby moves to withdraw as a Plaintiff in this matter.

2. Separate Plaintiff seeks to withdraw due to unforeseen personal complications that have nothing to do with the facts of this case.

3. There remain other Plaintiffs with the same interests as Plaintiff Dietz. This case should continue to proceed on behalf of all other Plaintiffs.

WHEREFORE, the Motion of Joan Dietz to withdraw as a Plaintiff in this matter should be granted.

Respectfully Submitted

MONICA L. MILLER
Attorney for Plaintiffs
American Humanist Association
1777 T Street N.W.
Washington, D.C. 20009
Telephone: (202) 238-9088
Facsimile: (202) 238-9003
Email: mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

DAVID A. NIOSE
Attorney for Plaintiffs
Law Offices of David Niose
348 Lunenburg Street, Suite 202
Fitchburg, MA 01420
Telephone: (978) 343-0800
Email: dniose@nioselaw.com
MA Bar: 556484/ DC Bar 1024530

PATRICK C. ELLIOTT
Senior Counsel
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443
WI Bar No. 1074300
(Petition for *Pro Hac Vice* pending)

Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsmp.law


J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsmp.law