**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,<br>PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| | |
| **ANNE ORSI, AMERICAN HUMANIST<br>ASSOCIATION, FREEDOM FROM<br>RELIGION FOUNDATION, INC.,<br>ARKANSAS SOCIETY OF FREETHINKERS,<br>JOAN DIETZ, GALE STEWART, RABBI<br>EUGENE LEVY, REV. VICTOR H. NIXON,<br>TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| | |
| **THE SATANIC TEMPLE, DOUG MISICKO<br>aka "LUCIEN GREAVES," and ERIKA<br>ROBBINS** | **INTERVENORS** |
| | |
| **v.** | **No. 4:18CV00342 KGB/BD** |
| | |
| **JOHN THURSTON, Arkansas Secretary of State,<br>in his official capacity** | **DEFENDANT** |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW, David A. Niose, undersigned counsel of record for Plaintiffs. Pursuant to this Court's Local Rule 83.5(f), counsel moves to be withdrawn as an attorney of record in this matter and, in support thereof, states as follows:

1. The basis for this withdrawal is that as of August 3, 2019, Mr. Niose will no longer be employed with the American Humanist Association's Appignani Humanist Legal Center, which is one of the nonprofit organizations handling this litigation on behalf of plaintiffs.

2. Attorneys Gerry Schulze, Patrick Elliot, and Monica Miller will continue to represent Plaintiffs in this matter. Undersigned's withdrawal will not prejudice any party in this matter.

1

WHEREFORE, the undersigned respectfully requests this Court to grant the instant Motion to Withdraw as Counsel of Record.

Respectfully submitted,


David A. Niose
Attorney for Plaintiffs


By:     */s/ Gerry Schulze*
J.G. "Gerry" Schulze
Ark. Bar No. 83156
Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
Email: gschulze@bsmp.law
*Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I, J.G "Gerry" Schulze, hereby certify that on July 31, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which shall send notification of the filing to any participants.

*/s/ Gerry Schulze*
J.G. "Gerry" Schulze