<u>**Exhibit 1**</u>



**Sen. Jason Rapert**
December 18, 2018

"The decision to let this vile group even be recognized as having standing to intervene in this litigation is an insult to justice in my opinion. It took Judge Baker 30 pages to rationalize why she would grant standing to a man who literally started the Satanic Temple as a publicity stunt. What reasonable person would conclude that some guy from Boston, MA is "injured" because the state of Arkansas chose to erect a monument to honor the historical and moral foundation of law? None. If a Ten Commandments display is good enough for the U.S. Supreme Court itself, it is good enough for Arkansas as well. The people of Arkansas will prevail - if not here in Judge Baker's courtroom, then at the Eighth Circuit. If not at the Eighth Circuit then we will prevail at the U.S. Supreme Court - which has already set precedent with the Van Orden v Perry decision upholding the Texas Ten Commandments monument. There is a lot more to say and it will all be said before this matter concludes. I remain fully committed to the defense of the Ten Commandments Monument and stand by my pledge - it will be a cold day in hell before anyone forces our state to erect a grotesque monument on the State Capitol grounds."

-Sen. Jason Rapert
www.americanhistoryandheritage.org