## Exhibit 2

