**Home**    **Moments**

"ten commandments" from:jason 🔍     Have an account? **Log in ▾**

# "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts

---

## Search filters · Hide

| From anyone ▼ |

| Anywhere ▼ |

| All languages ▼ |

**Advanced search**



### Want to take advantage of all the new Twitter features?

It's simple – just log in.

**Log in**

**Sign up**

---

## Worldwide trends

**#NeverForget**
Remembering 9/11 on its 18th anniversary

**#HappyBirthdayNamjoon**
BTS rapper and leader RM turns 25

**#September11**
Remembering 9/11 on its 18th anniversary

**#OurJooniverse**
BTS rapper and leader RM turns 25

**Joonie**
BTS rapper and leader RM turns 25

**#remember911**
18 years later, the world remembers 9/11

**Team USA**
62.4K Tweets

**Kim Namjoon**
BTS rapper and leader RM turns 25

**Reno**
16.2K Tweets

**Celtics**
12.6K Tweets

---

 **Sen. Jason Rapert** @jasonrapert · 29 Jun 2017
Arkansas **Ten Commandments** Monument  has reached 50% of its goal. Thanks to EVERYON... gofundme.com/TenCommandment...

💬 18    🔁 11    ♡ 24

 **Sen. Jason Rapert** @jasonrapert · 28 Jun 2017
Hate Crime! Vile Thug Destroys **Ten Commandments** Monument — Todd Starnes @toddstarnes

 **Hate Crime! Vile Thug Destroys Ten Commandment...**
By Todd Starnes/TwitterA Ten Commandments monument on the grounds of the Arkansas state capitol has been destroyed less than 24 hours after it was erec...
toddstarnes.com

💬 19    🔁 1    ♡ 10

 **Sen. Jason Rapert** @jasonrapert · 1 Jul 2017
Executive Producers of 'God's Not Dead' Movies - pledge of $25k made to @Am_Heritage AR **Ten Commandments** Monument.

 **Executive Producers of 'God's Not Dead' Movies D...**
Donations started pouring in just hours after a Van Buren man drove his car into the brand new Ten Commandments monument on state capitol grounds.
kark.com

💬 7    🔁 7    ♡ 24

 **Sen. Jason Rapert** @jasonrapert · 17 Feb 2018
The #Bible is the cure for a lukewarm church and a lukewarm nation. Our country has lived with the godless decisions of the U.S. Supreme Court since 1962 pulling the Bible, Prayer & the **Ten Commandments** out of our public schools. It is time to return to our moral foundation #arpx

🐦 **Home**      ⚡ **Moments**

🔍 "ten commandments" from:jason

Have an account? **Log in ▾**

## "ten commandments" from:jasonrapert

**Top**      Latest      People      Photos      Videos      News      Broadcasts      ⋯

 **Sen. Jason Rapert** @jasonrapert · 4 Aug 2018      ⌄
The Arkansas **Ten Commandments** Monument is under assault from the Satanic Temple, Satan…



**Ten Commandments Monument Projects**
UPDATE August 7, 2018:  We have updated our GoFundMe project campaign name to "Ten Commandments Monument Projects" to reflect the
gofundme.com

💬 20      🔁 6      ♡ 11

 **Sen. Jason Rapert** @jasonrapert · 29 Jun 2017      ⌄
Thank you so much! Since Tuesday June 28, 2017 when the Arkansas **Ten Commandments** Mon… gofundme.com/TenCommandment…

💬 3      🔁 7      ♡ 10

 **Sen. Jason Rapert** @jasonrapert · 25 Mar 2015      ⌄
Thanks to the @ArkansasSenate for overwhelmingly passing SB939 **Ten Commandments** Bill. @ArkansasHouse @ARHouseCaucus



💬 5      🔁 28      ♡ 54

 **Sen. Jason Rapert** @jasonrapert · 2 Apr 2015      ⌄
Bill passes to display holy rules at Capitol - **Ten Commandments** will be honored. Thank you legislators! #arleg m.arkansasonline.com/news/2015/apr/…

 **Home**    **Moments**

"ten commandments" from:jason 🔍

Have an account? **Log in ▾**

## "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts   ⋯



💬 8      🔁 4      🤍 3

 **Sen. Jason Rapert** @jasonrapert · Aug 7                              ⌄
.@rayortlund this kind of unbiblical drivel from pastors is why America has allowed 60 million babies to be slaughtered, the **Ten Commandments** to be scrubbed off classroom walls, homosexuality to be exalted and hairy-legged men to be peeing in women's bathrooms. Get a backbone.

> **Ray Ortlund** @rayortlund
> Count. Me. Out. twitter.com/danielsilliman…

💬 19      🔁 2      🤍 10

 **Sen. Jason Rapert** @jasonrapert · 24 Feb 2016                          ⌄
BREAKING NEWS: Arkansas **Ten Commandments** Monument fundraiser exceeds $10,000 in 7 days! Donate At:   gofund.me/TenCommandment… via gofundme

💬 3      🔁 6      🤍 5

 **Sen. Jason Rapert** @jasonrapert · 14 Sep 2016                          ⌄
Martin: Panel can't reject **Ten Commandments** monument arkansasnews.com/news/20160913/… I agree. #arpx

💬       🔁 5      🤍 6

 **Sen. Jason Rapert** @jasonrapert · 25 Mar 2015                          ⌄
Interesting day - after being called a divider, I unified the Senate in a 27 vote supermajority to honor the **Ten Commandments**.#arleg #UNITY

💬 1      🔁 7      🤍 6

 **Sen. Jason Rapert** @jasonrapert · 27 Apr 2018                          ⌄
The Arkansas **Ten Commandments** Monument was installed yesterday in a dedication ceremo… gofundme.com/TenCommandment…

💬 2      🔁 3      🤍 15

 **Sen. Jason Rapert** @jasonrapert · May 22                              ⌄
Thank you to everyone who has donated to the Arkansas **Ten Commandments** Monument Projec… gofundme.com/TenCommandment…

💬 2      🔁 2      🤍 7

 **Sen. Jason Rapert** @jasonrapert · 27 Apr 2017                          ⌄

🐦 **Home**   ⚡ **Moments**

"ten commandments" from:jason 🔍

Have an account? **Log in** ▾

## "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Texas #TenCommandments monument. Take Note: Van Orden v. Perry 2005 ensures state capitols are allowed to display the **Ten Commandments** no matter what the Atheists, Satanists or the ACLU says.



💬 8   🔁 7   ♡ 26

 **Sen. Jason Rapert** @jasonrapert · 23 Mar 2015                                    ⌄

Witnessing 3 democrats vote against displaying a monument of the **Ten Commandments** further validates how out of touch with Arkansas they are.

💬 4   🔁 5   ♡ 6

 **Sen. Jason Rapert** @jasonrapert · 8 Aug 2015                                    ⌄

Watch @CapitolViewAR tomorrow morning on KARKch4 Little Rock - I defend **Ten Commandments** from Atheist attacks.#arleg



💬 1   🔁 3   ♡ 4

 **Sen. Jason Rapert** @jasonrapert · 26 Apr 2018                                    ⌄

LIVE now with @toddstarnes discussing the Arkansas **Ten Commandments** Monument. @KARK4News @KATVNews @THV11 @FOX16News @lcdonline

🐦 **Home**    ⚡ **Moments**

"ten commandments" from:jason 🔍

Have an account? **Log in ▾**

## "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts



💬 17      🔁 6      ♡ 33

 **Sen. Jason Rapert** @jasonrapert · 24 Feb 2016        ⌄
Arkansas **Ten Commandments** Monument  has reached 60% of its goal. Thanks to Pat, Jas...



**Ten Commandments Monument Projects**
UPDATE August 7, 2018:  We have updated our GoFundMe project campaign name to "Ten Commandments Monument Projects" to reflect the
gofundme.com

💬 2      🔁 7      ♡ 8

 **Sen. Jason Rapert** @jasonrapert · 14 Dec 2016        ⌄
Thanks to all those who came to speak FOR the Arkansas **Ten Commandments** Monument today @FamilyCouncil #arpx
ualrpublicradio.org/post/opponents...

💬      🔁 2      ♡ 10

 **Sen. Jason Rapert** @jasonrapert · 17 Feb 2016        ⌄
I'm raising money for **Ten Commandments** Monument . Click to Donate:
gofund.me/f6pekw2k?pc=tw... via @gofundme

💬 1      🔁 2      ♡ 2

 **Sen. Jason Rapert** @jasonrapert · 22 Feb 2016        ⌄
Be a part of installing Arkansas **Ten Commandments** Monument . Click to Donate: gofund.me/TenCommandment... via @gofundme $6,055 raised so far!

💬 3      🔁 1      ♡ 2

 **Sen. Jason Rapert** @jasonrapert · 10 Oct 2016        ⌄
Read this comment, and sign the petition. I support having the **Ten**

 **Home**    **Moments**

"ten commandments" from:jason 🔍   Have an account? **Log in** ▾

 **"ten commandments" from:jasonrapert**

**Top**   Latest   People   Photos   Videos   News   Broadcasts

💬 1   🔁   ♡ 8

 **Sen. Jason Rapert** @jasonrapert · 5 Jul 2018   ⌄
Replying to @Jackglester

I suggest you study more. The Declaration of Independence itself references God as our Creator, Supreme Judge of the World, Divine Providence and Nature's God. The U.S. Supreme Court displays the **Ten Commandments** with an engraving of Moses. Your answer is altogether amiss.



💬 85   🔁 1   ♡ 3

 **Sen. Jason Rapert** @jasonrapert · 18 Apr 2018   ⌄
We are happy to inform you that we have been advised the Arkansas **Ten Commandments** Mo... gofundme.com/TenCommandment...

💬   🔁 1   ♡ 3

 **Sen. Jason Rapert** @jasonrapert · 8 Jul 2015   ⌄
Replying to @jasonrapert

If you would like to donate to Ark. **Ten Commandments** Monument project, please email senator.jason.rapert@gmail.com



 Home   Moments

"ten commandments" from:jason 🔍

Have an account? **Log in** ▾

# "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts



💬 4   🔁 2   ♡ 4

 **Sen. Jason Rapert** @jasonrapert · 17 May 2017

How many times will @ArkansasOnline let David Barham spit in the eye of Arkansans by calling the **Ten Commandments** a "roadside attraction"?



💬 4   🔁 3   ♡ 6

 **Sen. Jason Rapert** @jasonrapert · 24 Feb 2018

After the Arkansas **Ten Commandments** Monument was run over and destroyed by a criminal... gofundme.com/TenCommandment...

💬 2   🔁 2   ♡ 3

 **Sen. Jason Rapert** @jasonrapert · 24 Mar 2015

Proposed **Ten Commandments** display advances to Senate vote | TheCabin.net Mobile #arleg m.thecabin.net/news/state/201...

💬 1   🔁 2   ♡ 5

**Sen. Jason Rapert** @jasonrapert · 29 Feb 2016

BREAKING NEWS: Arkansas **Ten Commandments** Monument for State Capitol Grounds Funded -  facebook.com/RapertSenate/p... #arpx



 Home    ⚡ Moments

"ten commandments" from:jason 🔍     Have an account? **Log in ▾**

## "ten commandments" from:jasonrapert

**Top**    Latest    People    Photos    Videos    News    Broadcasts    ⋯



💬 5        ↻ 9        ♡ 12

 **Sen. Jason Rapert** @jasonrapert · 8 Jul 2015    ⌄
I'm proud of Act 1231 arkleg.state.ar.us/assembly/2015/...
**Ten Commandments** Monument Act #arleg



💬 2        ↻ 5        ♡ 6

 **Sen. Jason Rapert** @jasonrapert · 7 Apr 2017    ⌄
Proud to visit the Colorado **Ten Commandments** Monument while in meetings in Denver today! Historical moral foundation of law. #arpx #history



💬 5        ↻ 5        ♡ 25

 Home    Moments

"ten commandments" from:jason 🔍   Have an account? **Log in** ▾

## "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts



💬 1      ⟲ 5      ♡ 4

 **Sen. Jason Rapert** @jasonrapert · 27 Jun 2017      ⌄
**Ten Commandments** Installed At Arkansas State Capitol; ACLU Plans Lawsuit :
The Two-Way : NPR @Am_Heritage #arpx



**Ten Commandments Installed At Arkansas State Capitol; ACLU Plans…**
The monument's key backer, state Sen. Jason Rapert, says it honors the
"historical moral foundation of law." But the ACLU says it violates the
npr.org

💬 33      ⟲ 7      ♡ 16

 **Sen. Jason Rapert** @jasonrapert · 9 Mar 2015      ⌄
Replying to @johnbrummett
@johnbrummett The U.S. Supreme Court ruled in Van Orden V. Perry - **Ten
Commandments** monuments are legal to be displayed on Capitol Grounds.

💬 6      ⟲      ♡ 1

 **Sen. Jason Rapert** @jasonrapert · 9 Mar 2015      ⌄
The **Ten Commandments** are part of the foundation of the rule of law-historic
symbol of the basis of law in our nation

 Home     Moments

"ten commandments" from:jason 🔍    Have an account? **Log in** ▾

## "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts   ⋯

**Commandments** in fulfillment of Act 1231?



💬   ⟲ 1   ♡ 5

---

 **Sen. Jason Rapert** @jasonrapert · 10 Oct 2016

Read this comment, and sign the petition. I support the **Ten Commandments**
change.org/p/8379902/c/51... via @Change #maga

💬   ⟲ 1   ♡ 2

---

 **Sen. Jason Rapert** @jasonrapert · 8 Oct 2016

Sen. Jason Rapert : Support the Arkansas **Ten Commandments** Monument - Sign
the Petition! change.org/p/sen-jason-ra... via @Change #arpx



**Sign the Petition**
Support the Arkansas Ten Commandments Monument
change.org

💬 1   ⟲ 3   ♡ 3

---

 **Sen. Jason Rapert** @jasonrapert · 17 Aug 2018

Replying to @_BlakeEddins

Well, the ole devil paid a visit to Arkansas, looking for another soul to steal.

 Home     Moments

"ten commandments" from:jason 🔍    Have an account? **Log in** ▾

## "ten commandments" from:jasonrapert

**Top**    Latest    People    Photos    Videos    News    Broadcasts                    ⋯



💬 3     🔁 4     ♡ 15

**Sen. Jason Rapert** @jasonrapert · 1 Apr 2015                          ⌄
@ArkansasHouse I respectfully ask you to vote YES for SB939 the **Ten Commandments**. Let's Honor the moral foundation of American law. #arleg

💬 3     🔁 2     ♡ 2

**Sen. Jason Rapert** @jasonrapert · Aug 18                             ⌄
Replying to @RandyWendt7
No sir. That would be wrong. I sponsored the Arkansas **Ten Commandments** Monument and those Satanic Temple idiots thought it would be cute to "thank me" when they brought their garbage to our state Capitol for a few hours.



💬 3     🔁      ♡ 1

**Sen. Jason Rapert** @jasonrapert · 29 Dec 2012                        ⌄
32 yrs ago the U.S. Supreme Court banned display of **Ten Commandments** from schools - are our children better off today?

 Home    ⚡ Moments

"ten commandments" from:jason 🔍    Have an account? **Log in** ▾

# "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts   ⋯

beginning of each school day. *Abington v. Schempp, 1963*

• Remove the Ten Commandments from view: "If the posted copies of the Ten Commandments are to have any effect at all, it will be to induce the schoolchildren to read, meditate upon, perhaps to venerate and obey the Commandments . . . this . . . is not a permissible state objective under the establishment clause." *Stone v. Graham, 1980*

• Remove benedictions and invocations from school activities: "Religious invocation . . . in high school commencement exercises conveyed the message that district had given its endorsement to prayer and religion, so that school district was properly [prohibited] from including invocation in commencement exercise." *Graham v. Central, 1985; Kay v. Douglas, 1986; Jager v. Douglas, 1989; Lee v. Weisman, 1992*

💬   🔁 2   ♡

 **Sen. Jason Rapert** @jasonrapert · 23 Feb 2016    ⌄

Replying to @jasonrapert

Looks like Arkansas folks are behind the **Ten Commandments** Monument - great start. @KARK4News @KATVNews @FoxNews



💬 6   🔁 10   ♡ 17

 Home     Moments

"ten commandments" from:jason 🔍     Have an account? **Log in ▾**

# "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts                                              ⋯



💬 1        🔁 2        ♡ 1

---

 **Sen. Jason Rapert** @jasonrapert · 11 Oct 2016                            ⌄
SIGN NOW to Support the Arkansas **Ten Commandments** Monument - Sign the
Petition! change.org/p/join-with-us... #TenCommandments #Liberty #arpx

💬        🔁 4        ♡ 1

---

 **Sen. Jason Rapert** @jasonrapert · 10 Oct 2016                            ⌄
Join with us: Support the Arkansas **Ten Commandments** Monument - Sign the
Petition! change.org/p/join-with-us... #ReligiousLibertyMatters #Arkansas

💬        🔁 2        ♡ 2

---

 **Sen. Jason Rapert** @jasonrapert · 29 May 2018                           ⌄
I believe the **Ten Commandments** are influential and part of the historical moral
foundation of law. #TenCommandments #America #History #Morality
@CBNNews @RapertSenate

💬 5        🔁 6        ♡ 15

---

 **Sen. Jason Rapert** @jasonrapert · 11 Jul 2017                            ⌄
Why Would Anyone Destroy the **Ten Commandments**? - Breaking Israel News
#arpx #tencommandments #israel #america

 **Home**    ⚡ **Moments**

"ten commandments" from:jason 🔍    Have an account? **Log in ▾**

## "ten commandments" from:jasonrapert

**Top**    Latest    People    Photos    Videos    News    Broadcasts    ⋮

 **Sen. Jason Rapert** @jasonrapert · 8 Jan 2017    ⌄
BREAKING: Arkansas Democrat Gazette Condemns **Ten Commandments** - SEN.
JASON RAPERT "the REAL VERSION" #Truth #arpx
m.arkansasonline.com/news/2017/jan/...

💬 2      🔁 3      ♡ 6

 **Sen. Jason Rapert** @jasonrapert · 6 Jul 2017    ⌄
Replying to @Crystalherring

Private donors are funding the AR **Ten Commandments** Monument - no
taxpayer expense. But we welcome all to read about
americanhistoryandheritage.org

💬 1      🔁      ♡ 4

 **Sen. Jason Rapert** @jasonrapert · Apr 25    ⌄
Replying to @wspdav

Absolutely wrong. The US Supreme Court disagrees.
VAN ORDEN V. PERRY
law.cornell.edu/supct/html/03-...
PLEASANT GROVE CITY v. SUMMUM
law.cornell.edu/supct/html/07-...
Arkansas ACT 1231 of 2015
**Ten Commandments** Monument Act
ftp://www.arkleg.state.ar.us/acts/2015/Public/ACT1231.pdf

💬 2      🔁      ♡ 1

 **Sen. Jason Rapert** @jasonrapert · 9 Sep 2016    ⌄
@kuarkauffman why don't you print a picture of the actual **Ten Commandments**
Monument when writing about?



🐦 Home   ⚡ Moments

"ten commandments" from:jason 🔍   Have an account? **Log in ▾**

# "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts   ⋯


**Sen. Jason Rapert** @jasonrapert · 23 Mar 2015
Replying to @jasonrapert
Denying your heritage and history is the apex of liberal revisionism. An historical display of the **Ten Commandments** is perfectly fine.

💬 1     🔁 2     ♡ 3


**Sen. Jason Rapert** @jasonrapert · 23 Mar 2015
Replying to @jasonrapert
There are two depictions of the **Ten Commandments** displayed in the U.S. Supreme Court - but 3 Ark. Democrat Senators can't stand the idea.

💬 3     🔁 3     ♡ 2


**Sen. Jason Rapert** @jasonrapert · Jun 27
We stand with you @GregAbbott_TX - on this same day two years ago #Arkansas put up our own **Ten Commandments** Monument and we are defending it against the same Leftists in court. It's standing strong today as well. #arpx


**Greg Abbott** ✔ @GregAbbott_TX
On this day in 2005 the U. S. Supreme Court issued its decision in the case I argued defending the Ten Commandments Monument on the Texas Capitol...

💬 4     🔁 9     ♡ 21


**Sen. Jason Rapert** @jasonrapert · 9 Aug 2015
Tune into @KARK4News at 8:30 this morning for @CapitolViewAR - I will be defending the **Ten Commandments** monument from Atheist attacks #arleg

💬 2     🔁 2     ♡ 2


**Sen. Jason Rapert** @jasonrapert · 10 Oct 2016
Join us: Support the Arkansas **Ten Commandments** Monument - Sign the Petition! change.org/p/join-with-us... via @Change #arpx #maga


**Sign the Petition**
Support the Arkansas Ten Commandments Monument
change.org

💬 1     🔁 2     ♡ 1


**Sen. Jason Rapert** @jasonrapert · 17 May 2017
The **Ten Commandments** vs. @ArkansasOnline - who would have ever thought an Arkansas newspaper would stoop so low? #arpx #Intolerant #fail



 **Home**   ⚡ **Moments**

"ten commandments" from:jason 🔍      Have an account? **Log in** ⌄

# "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts

Atheist group loses case against Oklahoma **Ten Commandments** monument | Christian News on Christian Today christiantoday.com/article/atheis...

💬 2      ⟲ 3      ♡ 2

**Sen. Jason Rapert** @jasonrapert · 1 Apr 2015      ⌄

Replying to @jasonrapert

@ArkansasHouse thank you for voting FOR The **Ten Commandments** Monument Bill!

72 yes, 7 no and 1 Present. Great statement to honor history.

💬      ⟲ 1      ♡ 1

**Sen. Jason Rapert** @jasonrapert · 14 Oct 2016      ⌄

Replying to @AndrewLSeidel

my comments here are not about the **Ten Commandments** Monument sir. My comments are about your hateful letters to schools, etc.

💬 14      ⟲ 1      ♡

**Sen. Jason Rapert** @jasonrapert · 9 Sep 2016      ⌄

Hatred & killing in America and the atheist zealots want the **Ten Commandments** covered up - you are right #crazy

> **Fox News** ✓ @FoxNews
> Texas high school covers up Ten Commandments after complaint
> insider.foxnews.com/2016/09/09/ten...

💬 1      ⟲ 1      ♡ 1

**Sen. Jason Rapert** @jasonrapert · 21 Dec 2016      ⌄

UPDATE on Arkansas **Ten Commandments** Monument

gofundme.com/TenCommandment... #MAGA #TenCommandments #StandUpForAmerica

🐦 Home    ⚡ Moments

"ten commandments" from:jason 🔍      Have an account? **Log in ▾**

## "ten commandments" from:jasonrapert

**Top**    Latest    People    Photos    Videos    News    Broadcasts    ⋯

💬 1      🔁 4      🤍 7

**Sen. Jason Rapert** @jasonrapert · Jul 3
Replying to @Franklin_Graham @FFRF
We agree with you @Franklin_Graham one of the best answers to these activists waging war against the #TenCommandments is to put up even more in other places. People can contact americanhistoryandheritage.org to support **Ten Commandments** monuments today.

💬 1      🔁 1      🤍 1

**Sen. Jason Rapert** @jasonrapert · 5 Aug 2018
Replying to @ArkansasBlog @Garner4Senate and 4 others
You mean the monument to honor the historical & moral foundation of law? The **Ten Commandments** Monument we have just like Texas, Arizona, Colorado & Missouri? That was just the first monument - we have MANY more planned as promised. You can donate here: gofundme.com/TenCommandment...

Ten Commandment
nt

f $100,000 goal

people in 29 months

💬 11      🔁 1      🤍 2

**Sen. Jason Rapert** @jasonrapert · 14 Mar 2016
Thanks to all of you - the Arkansas **Ten Commandments** Monument is almost complete.  Enj... gofundme.com/TenCommandment...

💬 1      🔁        🤍 1

**Sen. Jason Rapert** @jasonrapert · 4 Mar 2016
Thank you so much to all those who are donating to the Arkansas **Ten Commandments** Monum... gofundme.com/TenCommandment...

💬        🔁        🤍

**Sen. Jason Rapert** @jasonrapert · 28 Mar 2015

 Home    ⚡ Moments

"ten commandments" from:jason 🔍     Have an account? **Log in** ▾

# "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts                    ○○○

@AP) #arpx #arleg m.apnews.com/ap/db_268748/c..." Democrats voted down.

💬 1     🔁 4     ♡ 3

**Sen. Jason Rapert** @jasonrapert · 8 Jul 2015                    ⌄
Oklahoma gov to keep **Ten Commandments** monument on Capitol grounds, report says | Fox News -That is leadership! #arleg foxnews.com/politics/2015/...

💬 2     🔁 6     ♡ 6

**Sen. Jason Rapert** @jasonrapert · 2 Jul 2017                    ⌄
Capitol View: Mass Shooting, Health Care, **Ten Commandments** - @CapitolViewAR #arpx arkansasmatters.com/news/local-new...

💬     🔁 2     ♡ 2

**Sen. Jason Rapert** @jasonrapert · 29 May 2018                    ⌄
Replying to @BettyLPettus @emj5150 @CBNNews
Thanks-You are partially correct Betty. The **Ten Commandments** Monument Act became ACT 1231. The crazy Baphomet proposal by the Satanic Temple could never find a legislator willing to sponsor their outrageous idea. They were not voted down - they just never fulfilled the process.

💬 2     🔁     ♡ 1

**Sen. Jason Rapert** @jasonrapert · 11 Apr 2016                    ⌄
Arkansas Alive 4/11/16: Arkansas **Ten Commandments** Monument @happy_caldwell @Am_Heritage @Franklin_Graham #arpx youtu.be/ZjFKr0_2-jU

💬 1     🔁 3     ♡ 3

**Sen. Jason Rapert** @jasonrapert · 25 Mar 2015                    ⌄
Replying to @jasonrapert
#arleg the courts are on our side Atheists & ACLU lose all their attempts to banish **Ten Commandments** monument in Oklahoma. @AsaHutchinson

💬 3     🔁 4     ♡ 1

**Sen. Jason Rapert** @jasonrapert · 22 Aug 2018                    ⌄
Replying to @johnbrummett
A nugget of truth amongst volumes of snark. Thanks for the nod Sir John. I appreciate that. Also, lest you forget, ACT 1231 The **Ten Commandments** Monument Act was overwhelmingly supported by the legislature, the people of Arkansas and signed by our governor. #arpx #ArkansasValues

➤ Ten Commandments mon-
ument—State Sen. Jason Rapert is
going to win re-election overwhelm-
ingly.

 **Home**    **Moments**

"ten commandments" from:jason

Have an account? **Log in** ▾

# "ten commandments" from:jasonrapert

**Top**    Latest    People    Photos    Videos    News    Broadcasts    ○○○

walls, homosexuality to be exalted & hairy legged men to be peeing in women's bathrooms. Get a backbone. @ChristLawmakers

💬 4    ⟲    ♡ 6

 **Sen. Jason Rapert** @jasonrapert · 4 Aug 2018    ⌄
Replying to @BradleyPhillips
They don't. They are just raising money to fuel their craziness. I know how to respond - we are going to help an Arkansas County install their own **Ten Commandments** Monument as requested. #arpx #arkleg Every time they do this - another #TenCommandments monument project begins.

💬 9    ⟲ 1    ♡ 1

 **Sen. Jason Rapert** @jasonrapert · Aug 18    ⌄
I'm encouraged by this news. It appears the time is now right for Judge Kristine Baker to dismiss the frivolous lawsuit against the state of Arkansas' **Ten Commandments** Monument by @FFRF @AmericanAtheist @ACLU @americnhumanist etc. The Supreme Court is on our side. @AGRutledge twitter.com/1stLiberty/sta…



💬    ⟲ 6    ♡ 12

 **Sen. Jason Rapert** @jasonrapert · 25 Jan 2017    ⌄
Replying to @rich6692000
U.S. Supreme Court has multiple locations displaying **Ten Commandments** since 1935 - Arkansas has the right too.



 Home    Moments

"ten commandments" from:jason 🔍     Have an account? **Log in ▾**

## "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts                    ⋯

 **Sen. Jason Rapert** @jasonrapert · 31 Aug 2015                    ⌄
Replying to @NoahRFeldman
@NoahRFeldman how is it you jump to conclusion a **Ten Commandments**
monument cannot be installed-U.S. Supreme Court itself has them displayed?

💬 1      ⟲            ♡

 **Sen. Jason Rapert** @jasonrapert · 22 Dec 2016                    ⌄
Replying to @johnbrummett
yeah, they've joined you. Calling **Ten Commandments** a "graven image", an
"eyesore" and "garish monument". You are contagious.

💬 2      ⟲            ♡

 **Sen. Jason Rapert** @jasonrapert · 22 Feb 2016                    ⌄
Replying to @PhotoBobYoutube
@boykinhntr this is a false notion/scare tactic -The **Ten Commandments** are
displayed in 3 places at the U.S. Supreme Court. #TenCommandments

💬 4      ⟲            ♡

 **Sen. Jason Rapert** @jasonrapert · 14 Oct 2016                    ⌄
Replying to @jasonrapert @AndrewLSeidel @FFRF
I will continue to help citizens install monuments of the **Ten Commandments** &
our national motto "In God We Trust" #arpx

💬 8      ⟲ 1          ♡

 **Sen. Jason Rapert** @jasonrapert · 2 Jul 2018                    ⌄
Replying to @GwenCombs
That's already been decided by the U.S. Supreme Court in Van Orden v. Perry
2005. Here's a fresh picture of the **Ten Commandments** displayed on the front
doors to the U.S. Supreme Court chamber taken just last week. #History
#Heritage #America Enjoy Moses too! #arpx



🐦 Home    ⚡ Moments

"ten commandments" from:jason 🔍    Have an account? **Log in ▾**

## "ten commandments" from:jasonrapert

**Top**    Latest    People    Photos    Videos    News    Broadcasts    ⠇

multiple buildings and public grounds. Historical foundation of law.

💬 1    🔁 2    ♡

 **Sen. Jason Rapert** @jasonrapert · 8 Aug 2016    ⌄
Plans set for **Ten Commandments** at Arkansas Capitol wpo.st/ZG8r1 #ACLU
misses the mark once again. #HistoricalFoundationOfLaw

💬    🔁 1    ♡ 2

**Sen. Jason Rapert** @jasonrapert · 8 Aug 2016    ⌄
Group sets plans for **Ten Commandments** near Arkansas Capitol | Fox News |
fxn.ws/2aX3nTa @Am_Heritage #arpx #history



**Group sets plans for Ten Commandments near Arkansas Capitol**
A granite monument of the Ten Commandments planned near Arkansas'
Capitol will weigh 6,000 pounds and stand more than 6 feet tall, the group
foxnews.com

💬    🔁 2    ♡ 2

 **Sen. Jason Rapert** @jasonrapert · 13 Sep 2016    ⌄
Replying to @KATVNews
this is an erroneous question. Intentionally misleading. The U.S. Supreme Court
has multiple **Ten Commandments** displays. #FactCheck

💬    🔁    ♡

 **Sen. Jason Rapert** @jasonrapert · 22 Dec 2016    ⌄
Replying to @jasonrapert @johnbrummett
hope you get to read my Op-Ed "Arkansas Democrat Gazette Condemns the **Ten
Commandments**". Bet they whine about printing it.

💬 1    🔁    ♡

 **Sen. Jason Rapert** @jasonrapert · 26 Feb 2018    ⌄
Replying to @flyinthruit
3. The **Ten Commandments** are displayed within the U.S. Supreme Court and on
the outside of the court and in many public places around the nation. Arkansas
has every right to fulfill the law and erect a monument to celebrate the historical

 **Home**   ⚡ **Moments**

"ten commandments" from:jason 🔍      Have an account? **Log in ▾**

# "ten commandments" from:jasonrapert

**Top**   Latest   People   Photos   Videos   News   Broadcasts

innocent blood. The **Ten Commandments** says thou shalt not kill. I absolutely
believe God is clear - killing babies is not Christian.

💬 5        ⟲        ♡

**Sen. Jason Rapert** @jasonrapert · 18 Mar 2015

Replying to @BJMS

@BJMS please review to be educated on why the **Ten Commandments** are
permissible and widely displayed. youtu.be/-8X13cYNxDY

💬        ⟲ 1        ♡

**Sen. Jason Rapert** @jasonrapert · 9 Mar 2015

Replying to @erniebufflo

@erniebufflo The **Ten Commandments** are displayed on public property all over
America-numerous times in Washington D.C. youtu.be/-8X13cYNxDY

💬        ⟲        ♡

**Sen. Jason Rapert** @jasonrapert · 17 May 2017

Replying to @hockeycop @ArkansasOnline @johnbrummett

Come to think of it. He has mocked the **Ten Commandments** too.
#WarAgainstTheTenCommandments

💬 1        ⟲ 1        ♡ 1

**Sen. Jason Rapert** @jasonrapert · 23 Mar 2015

Replying to @jasonrapert

Lesson on the historical display of the **Ten Commandments**:
youtu.be/-8X13cYNxDY #arleg @ARGOP @ARHouseCaucus

> ▶ **Historic Displays of the Ten Commandments in Wa...**
> See for yourself the numerous displays of Moses, the Ten
> Commandments, and other religious symbols in our
> nation's capitol
> youtube.com

💬        ⟲ 4        ♡ 1

**Sen. Jason Rapert** @jasonrapert · 28 Feb 2016

Replying to @Am_Heritage

@Am_Heritage @KARK4News @KATVNews @FOX16News to donate to the
Arkansas **Ten Commandments** CLICK HERE: dt.gofund.me/TenCommandment...
#liberty

💬 1        ⟲        ♡

🐦

Back to top ↑