Home   Moments                                              satanic OR temple OR lucien OR g 🔍       Have an account? **Log in ▾**

# satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...

**Top**   Latest   People   Photos   Videos   News   Broadcasts

**Search filters** · Hide

- From anyone ▾
- Anywhere ▾
- All languages ▾

**Advanced search**



**Want to take advantage of all the new Twitter features?**

It's simple – just log in.

[ Log in ]

**Sign up**

---

**Worldwide trends**

**#NeverForget**
Remembering 9/11 on its 18th anniversary

**#HappyBirthdayNamjoon**
BTS rapper and leader RM turns 25

**#September11**
Remembering 9/11 on its 18th anniversary

**#OurJooniverse**
BTS rapper and leader RM turns 25

**Joonie**
BTS rapper and leader RM turns 25

**#remember911**
18 years later, the world remembers 9/11

**Kim Namjoon**
BTS rapper and leader RM turns 25

**Team USA**
62.7K Tweets

**Reno**
16.5K Tweets

**Celtics**
12.8K Tweets

---

**Sen. Jason Rapert** @jasonrapert · Aug 18
Replying to @RandyWendt7

No sir. That would be wrong. I sponsored the Arkansas Ten Commandments Monument and those **Satanic Temple** idiots thought it would be cute to "thank me" when they brought their garbage to our state Capitol for a few hours.



💬 3    🔁    ♡ 1

**Sen. Jason Rapert** @jasonrapert · 4 Aug 2018

The Arkansas Ten Commandments Monument is under assault from the **Satanic Temple**, Satan… gofundme.com/TenCommandment…

💬 20    🔁 6    ♡ 11

 **Sen. Jason Rapert** @jasonrapert · 12 Oct 2016

Unmasking **Lucien Greaves** FAKE NAME (***Doug** Mesner), Leader of **Satanic Temple** @thv11 @kark4news @katvnews @fox16news vice.com/read/unmasking…

💬 10    🔁 4    ♡ 4

**Sen. Jason Rapert** @jasonrapert · 8 Jul 2015

Today I had a new experience-the national spokesman for the **Satanic Temple** challenged me to a debate…facebook.com/RapertSenate/p… **#arleg**

💬 7    🔁 8    ♡ 6

 **Sen. Jason Rapert** @jasonrapert · 26 Aug 2018
Replying to @MaryBernstein14

Ma'am - the radicals who brought the **Satanic** statue in on the bed of a truck hauled it right back out the same day. They never unloaded it at our Capitol. Thanks.

💬 2    🔁 4    ♡ 4

**Sen. Jason Rapert** @jasonrapert · 15 Sep 2013



 Home Moments satanic OR temple OR lucien OR ( Have an account? **Log in**

# satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...

Top Latest People Photos Videos News Broadcasts

Had an awesome worship service with my friend Bishop Frank Anderson & Zion **Temple** Church of God in Christ in Conway!

COURAGE

"Behave courageously, and the LORD will be with the good." 2 CHRONICLES 19:11

*Dignity and Courage*

Martin Luther King Jr. (1929–1968), a pivotal leader of the civil rights movement, stated:

*If you will protest courageously, and yet with dignity and Christian love, when the history books are written in future generations, the historians will have to pause and say, "There lived a great people—a black people—who injected new meaning and dignity into the veins of civilization."*

*Ammon, Moab, and Mount Seir Defeated*

20 It happened after this *that* the people of Moab with the people of Ammon, and *others* with them besides the Ammonites,[a] came to battle against Jehoshaphat. 2Then some came and told

1 1 1

**Sen. Jason Rapert** @jasonrapert · 10 Mar 2015

So, "**Satanic Temple**" is calling for my removal from office. They join the abortionists, atheists, and ultra liberals.

Home     Moments                satanic OR temple OR lucien OR g 🔍    Have an account? Log in ▾

# satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...

**Top**  Latest  People  Photos  Videos  News  Broadcasts

 **Sen. Jason Rapert** @jasonrapert · 12 Dec 2017    ⌄

Replying to **@JessiTurnure** **@LucienGreaves**

Please use the actual legal name of the **Satanic Temple** leader - his name is Douglas "**Doug**" Mesner. He has used a fake name during all interactions with the Arkansas Secretary of State and Capitol Grounds Commission. Seems to be fraudulent misrepresentation. #arpx @AGRutledge

💬 10    ↻ 1    ♡ 1

 **Sen. Jason Rapert** @jasonrapert · 12 Oct 2014    ⌄

Honored to be guest of my good friend Bishop Frank Anderson at the Zion **Temple** Church of God in Christ Anniversary!



💬    ↻ 1    ♡ 1

 **Sen. Jason Rapert** @jasonrapert · 8 Jul 2015    ⌄

You know you are making a good difference in the world when the **Satanic Temple** & John Wesley Hall  slander you in the newspaper. #arleg

💬 4    ↻ 4    ♡ 14

 **Sen. Jason Rapert** @jasonrapert · 14 Oct 2012    ⌄

Ready for  message from Elder James Otha Jones, Pastor Victory **Temple** COGIC of Hodge, LA.



Home Moments satanic OR temple OR lucien OR ( Have an account? Log in

satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...

Top Latest People Photos Videos News Broadcasts

**Sen. Jason Rapert** @jasonrapert · 12 Oct 2016

Replying to @jasonrapert @THV11 and 3 others

**Lucien Greaves** & **Satanic Temple** members refuse to stand for American Pledge of Allegiance today #arpx

6 7

**Sen. Jason Rapert** @jasonrapert · 29 May 2018

Replying to @BettyLPettus @emj5150 @CBNNews

Thanks-You are partially correct Betty. The Ten Commandments Monument Act became ACT 1231. The crazy Baphomet proposal by the **Satanic Temple** could never find a legislator willing to sponsor their outrageous idea. They were not voted down - they just never fulfilled the process.

2 1

**Sen. Jason Rapert** @jasonrapert · Jun 26

Replying to @jasonrapert @johnbrummett

In some ways, you're my greatest asset-as long as you attack me, the good folks know who to vote for. You, the devils boys at the **Satanic Temple**, the Democrats, liberals & such are in your corner. Then there is me, the Christians, Conservatives & Republicans in the other. #arpx

9



Home Moments satanic OR temple OR lucien OR ( Have an account? Log in

# satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...

Top Latest People Photos Videos News Broadcasts

1 1

**Sen. Jason Rapert** @jasonrapert · Apr 25

Replying to @jasonrapert @hemantmehta and 2 others

Interesting that @lennypane failed to include the real story behind **Doug Misicko**, aka "**Doug** Mesner", aka "**Lucien Greaves**". She didn't make a solid documentary - she made a PR piece for the #SatanicTemple Truth: vice.com/en_uk/article/... @hailsatanfilm #HailSatanFilm

**Unmasking Lucien Greaves, Leader of the Satanic Temple**

Lucien Greaves is actually a Harvard graduate named Doug Mesner.

vice.com

2

**Sen. Jason Rapert** @jasonrapert · Apr 25

Replying to @jasonrapert @hemantmehta and 2 others

If I were the supervisor of the #IRS @IRSnews employee approving the application of this group caught performing lewd sexual acts while desecrating a grave - I would be reviewing the "church" determination ASAP. #SatanicTemple #HailSatanFilm Proof Pics: thegauntlet.com/article/28321/...

3 1 1

**Sen. Jason Rapert** @jasonrapert · Apr 25

Replying to @hemantmehta @satanic_temple_

The leader of the #SatanicTemple "**Greaves** presided over two so-called "pink masses" at the grave of Catherine Johnston, and was photographed putting his penis on the headstone." His real name is **Doug Misicko**=uses multiple aliases #HailSatanFilm huffpost.com/entry/lucien-g... @IRSnews

| | | |
|---|---|---|
| Home | Moments | satanic OR temple OR lucien OR g 🔍    Have an account? Log in ▾ |

# satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...

**Top**   Latest   People   Photos   Videos   News   Broadcasts

huffpost.com

💬 8   🔁   ♡

**Sen. Jason Rapert** @jasonrapert · 15 Dec 2018
@SchimpfPaul stand your ground sir. We support you. Thank you for standing up to the antics of the **Satanic Temple** in Illinois. You are right -your Sec. of State should never have approved their ridiculous display. herald-review.com/news/state-and… #arpx #ChristianLawmakers #AppealToHeaven

> **Resolution denouncing 'disgusting' Satanic statue …**
> CARBONDALE — State Rep. Terri Bryant has introduced a resolution in the Illinois House condemning the decision by the Illinois Secretary of State to allow The Satanic Te…
> herald-review.com

💬   🔁   ♡

**Sen. Jason Rapert** @jasonrapert · 17 Aug 2018
Wow. Man using a fake name from Boston holds a **Satanic Temple** rally making false allegations. They put up a fake "Christian" minister on a stage claiming he's from Conway & no one asks if this is all legitimate? He's an @ArkDems activist #Arpx 1/2



**Speak of the devil: Satanic Temple brings giant Baphomet statue to A…**
The group demanded that the government either remove a nearby Ten Commandments monument or install the Baphomet statue.
newsweek.com

💬 11   🔁 8   ♡ 11
Show this thread

**Sen. Jason Rapert** @jasonrapert · 9 Aug 2018
Replying to @twfarlan @charisma_news and 2 others
No sir. You are incorrect. We have emails from the **Satanic Temple** begging legislators to sponsor their grotesque statue - they got zero takers. A bill was passed AFTER that which required a sponsor to pass a monument bill before an

 Home 

satanic OR temple OR lucien OR g  Have an account? Log in

# satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...

Top Latest People Photos Videos News Broadcasts

failed to have a successful application for lack of a sponsor. That's their problem - not Arkansas' problem. #truth

1 1

**Sen. Jason Rapert** @jasonrapert · 4 Aug 2018

Well #conservatives #Maga @realDonaldTrump @VP supporters - let's let the **Satanic Temple** know the good folks are able to withstand their challenges! Donate $10 for the #ArkansasTenCommandments today at this link: gofundme.com/TenCommandment... #Retweet

> **The Satanic Temple** @satanic_temple_
> We are only $2165 away from bringing Baphomet to Arkansas! Thank you @jasonrapert !
> flipcause.com/secure/cause_p...
>
> BRING BAPHOMET TO ARKANSAS
> Bring Baphomet To Arkansas!
> Help us oppose theocrats and stand up for American values
> $17,835 Raised of $20,000 Goal

9 2 3

**Sen. Jason Rapert** @jasonrapert · 3 Jul 2017

Replying to @crow_janet

Oh Janet, I guess you & the **Satanic Temple** think everything is my fault now. I fought the good fight against Obamacare at the state level.

3

**Sen. Jason Rapert** @jasonrapert · 25 Jan 2017

Replying to @jasonrapert

here is proof **Doug** Mesner has appeared multiple times using fake name "Lucian **Greaves**":

> **Unmasking Lucien Greaves, Leader of the Satanic Temple**
> Lucien Greaves of the Satanic Temple first showed up at my door over a decade ago. He wanted a copy of a book I had republished called Might I...
> vice.com

1

**Sen. Jason Rapert** @jasonrapert · 25 Jan 2017



Home  Moments  satanic OR temple OR lucien OR ( Have an account? **Log in**

# satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...

**Top** Latest People Photos Videos News Broadcasts

---

**Sen. Jason Rapert** @jasonrapert · 14 Dec 2016

The so-called **Satanic Temple** is basically a front group raising money on the backs of atheists & abortionists mashable.com/2016/12/13/sat... 2/2

**Satanic Temple stands up to Ohio's heartbeat bill**
Satan stands up.
mashable.com

1 2 1

---

**Sen. Jason Rapert** @jasonrapert · 13 Oct 2016

Replying to @jasonrapert

That moment when one crazy detractor meets one of your **Satanic Temple** detractors. #MatchMadeInHell
Politics has been quite an education.

3

---

**Sen. Jason Rapert** @jasonrapert · 12 Oct 2016

Replying to @THV11

**Satanic Temple** Leader Charged With Desecration of Grave in Mississippi

**Satanic Temple Leader Charged In Westboro Protest**
The officiant of a ritual in which gay couples kissed at the gravestone of the mother of Westboro Baptist Church founder Fred Phelps Jr., has been cha...
huffpost.com

4

---

**Sen. Jason Rapert** @jasonrapert · 12 Oct 2016

Replying to @jasonrapert @THV11 and 3 others

"**Doug** Mesner/**Lucien Greaves**: the huckster behind the Harvard Black Mass..."
tinfoilhattime.com/2014/05/20/dou...

Home
Moments
satanic OR temple OR lucien OR
Have an account? Log in
satanic OR temple OR lucien OR greaves OR doug OR misicko from:j...
Top
Latest
People
Photos
Videos
News
Broadcasts
Back to top ↑

