# Exhibit A

**To Defendant's Brief In Support of Motion to Quash and for Protective Order**

*Cave, et al v. Thurston*, No. 4:18-cv-00342

**Anne Orsi**
February 18, 2015

You know, when this idiot fictitiously reimagines his own words, I suspect he doesn't think he's prevaricating. That would be because he has no idea what "prevaricating" means.



BLUEHOGREPORT.COM

### Sen. Strangelogic, or: How Jason Rapert Learned to Stop Thinking and Love his Ignorance

Matt Campbell, Daron McClain and 20 others — 11 Comments 1 Share

👍 Like   💬 Comment   ↗ Share

**Skip Smith** You heathen lawyers with all your big words!
3y  Like  👍 4

**Lydia Hickman Grier** ROTF, you are too funny.
3y  Like

**Betsy Jones** "to evade the truth" Webster is my friend
3y  Like  👍 2

**Sharon Turner** Libel,, ha almost snarfed my tic tac
3y  Like  👍 1

**Robin Kaye Laster-Wilson** liar liar pants on fire
3y  Like

**Anne Orsi** Big words? Dude, I MEMORIZED the English portion of the SAT.
3y    Like  👍 3


