IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, et al                                                PLAINTIFF

V.                        Case No. 4:18-cv-00342-KGB

MARK MARTIN, Arkansas Secretary of State
in his Official Capacity                                        DEFENDANT

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS
DIRECTED TO SENATOR JASON RAPERT**

Plaintiffs, Anne Orsi, Eugene Levy, Gale Stewart, Teresa Grider, the Arkansas Society of Freethinkers, American Humanist Association, and the Freedom from Religion Foundation by and through their attorneys, J.G. "Gerry" Schulze, Monica Miller, and Patrick Elliott, by and through their attorneys, for their Motion to Compel Production of Documents state:

    1.     The *Orsi* Plaintiffs issued a subpoena *duces tecum* on Senator Rapert which was accepted by his attorney on August 20, 2019. Exhibit 1.

1

2. The witness, Senator Jason Rapert, appeared at the deposition with the responses and objections to the subpoena duces tecum attached hereto as Exhibit 2.

3. Senator Rapert failed to produce documents of the American History and Heritage Foundation (AHHF) on the basis that he did not possess documents responsive to the request.

4. Senator Rapert is the President of the AHHF. In that capacity, he is entitled to possess or demand possession of the documents of the AHHF.

5. At the deposition, Senator Rapert took the position that he did not have the documents, and that the *Orsi* Plaintiffs had only subpoenaed him in his individual capacity, not in his capacity as President of the AHHF.

6. Senator Rapert admitted that he had the right to request records from the accountant for the AHHF.

7. The argument that Plaintiffs were required to subpoena Senator Rapert in each of his many capacities in order to gather documents in his control that he is entitled to possess upon request is frivolous.

8. Senator Rapert should be required to produce the following documents:

a. Any documents of the AHHF regarding the erection of a Ten Commandments monument on the state capitol grounds.

b. All financial records of the AHHF reflecting funds raised for the erection of a Ten Commandments monument on the state capitol grounds or the expenditure of any funds for the erection of the Ten Commandments monument on the state capitol grounds.

WHEREFORE, Senator Rapert should be compelled to produce the documents listed above.

Respectfully Submitted

MONICA L. MILLER
Attorney for Plaintiffs
American Humanist Association
1777 T Street N.W.
Washington, D.C. 20009
Telephone: (202) 238-9088
Facsimile: (202) 238-9003
Email: mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

PATRICK C. ELLIOTT
Senior Counsel
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443
WI Bar No. 1074300

        Baker Schulze Murphy and Patterson
        2311 Biscayne Drive
        Suite 300
        Little Rock, AR 72227
        Telephone: (501) 537-1000
        Facsimile: (501) 537-1001
        www.bsmp.law


        /s/ J.G. "Gerry" Schulze
        J.G. "Gerry" Schulze
        Attorney at Law
        Ark. Bar No. 83156
        gschulze@bsmp.law