

Gerry Schulze <gerrysch@b-s-m-law.com>

# Re: Subpoena
1 message

**Paul Byrd** <paul@paulbyrdlawfirm.com>                                                 Tue, Aug 20, 2019 at 3:51 PM
To: Gerry Schulze <gschulze@b-s-m-law.com>
Cc: Michael Cantrell <michael.cantrell@arkansasag.gov>, "Matthew A. Kezhaya" <matt@kezhaya.law>, John Burnett <jburnett@laveyandburnett.com>, Joshua Gillispie <josh@greenandgillispie.com>, Melanie Stambaugh <MStambaugh@rodey.com>, "mmiller@americanhumanist.org" <mmiller@americanhumanist.org>, "patrick@ffrf.org" <patrick@ffrf.org>, "stu.dehaan@gmail.com" <stu.dehaan@gmail.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "William C. Bird III" <william.bird@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "Andrew G. Schultz" <aschultz@rodey.com>

Gerry,

I can accept service of this subpoena on behalf of Jason Rapert to prevent you from having to send a process server to him but, as you said, we reserve and preserve the right to object to it.

Thank you.



Paul Byrd
Paul Byrd Law Firm, PLLC
415 N. McKinley St., Suite 210
Little Rock, AR 72205
Office 501-420-3050
Fax 501-420-3128
paul@paulbyrdlawfirm.com
www.PaulByrdLawFirm.com


On Aug 16, 2019, at 9:05 AM, Gerry Schulze <gschulze@b-s-m-law.com> wrote:

> Michael:
>
> It has come to my attention that the first Subpoena I prepared had an erroneous date for the deposition. Here is a copy of the corrected version I intend to serve.
>
> I have spoken to Sen. Rapert's personal attorney. I am expecting to hear back from him on whether he can accept service of this subpoena for Sen. Rapert. Acceptance of service does not imply any agreement with the language of the subpoena, particularly the request to record the subpoena on video. I understand that he reserves the right to object to video of the deposition. I would like to videotape the deposition for purposes of sharing it with co-counsel.
>
> I understand that even with that understanding, Mr. Byrd may not be able to accept service for Sen. Rapert. In that case, I will have to attempt to have him served by process server.
>
> Gerry Schulze
> Baker Schulze Murphy & Patterson
> 2311 Biscayne Drive
> Ste 300
> Little Rock, AR 72227
> Tel.  (501) 537-1000
> Fax  (501) 537-1001
> gschulze@b-s-m-law.com
> gschulze@bsmp.law
> www.bsmp.law

Exhibit 1

On Mon, Aug 12, 2019 at 4:48 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

> Gerry,
>
> Good afternoon. Concerning the subpoena of Sen. Jason Rapert—I am unable to accept service of it. As I mentioned to you last week, Paul Byrd is his personal attorney, and he would be the appropriate person to contact.
>
> Please note that we object to the videotaping of this deposition, which is unusual, unnecessary, and raises concerns about potential harassment of Sen. Rapert.
>
> Regards,
>
> Mike
>
> **Michael A. Cantrell**
>
> Assistant Solicitor General
>
> Office of Arkansas Attorney General Leslie Rutledge
>
> 323 Center Street, Suite 200
>
> Little Rock, Arkansas 72201
>
> Office: 501.682.2401 │ Cell: 501.813.0657 │ Fax: 501.682.2591
>
> Michael.Cantrell@ArkansasAG.gov │ ArkansasAG.gov
>
> <image001.png><image002.png> <image003.png> <image004.png> <image005.png> <image006.png>
>
> **From:** Gerry Schulze [mailto:gschulze@b-s-m-law.com]
> **Sent:** Monday, August 05, 2019 2:46 PM
> **To:** Matthew A. Kezhaya
> **Cc:** Michael Cantrell; John Burnett; Joshua Gillispie; Melanie Stambaugh; mmiller@americanhumanist.org; patrick@ffrf.org; stu.dehaan@gmail.com; Nicholas Bronni; Vincent Wagner; Dylan Jacobs; William C. Bird III; gary.sullivan@sos.arkansas.gov; hsasser@firstliberty.org; mberry@firstliberty.org; Lea Patterson; Andrew G. Schultz
> **Subject:** Re: Emails with Kelly Boyd
>
> Ladies and Gentlemen:

1. **Gryder deposition**.  I had a minor surgical procedure Friday.  I now have a doctor's appointment on the afternoon of August 12.  I will be able to attend the depositions set for this week.  Other than being a little uncomfortable, I'm fine.

My client, Teresa Gryder, already had something come up that was going to make us have to move her deposition anyway.  Now we have two reasons.

2. **Sen. Rapert deposition.**  I believe Sen. Rapert's deposition should be videotaped.  I also have some documents I'd like for him to bring to his deposition.  In order to require him to bring the documents, I need to serve a subpoena duces tecum.  Michael, can you serve this for me, or do I need to have it served?  I'm attaching the subpoena *duces tecum* and an amended deposition notice.  Also, is Sen. Rapert going to ask for his witness fee?  I think the witness fee is $40.00, and the mileage, since he's coming from Bigelow, is $46.00.

3. **Orsi deposition.**  I'm looking forward to seeing you all at my place on Wednesday at noon.  Any special requests, I'll see what we can do.

Gerry Schulze

Baker Schulze Murphy & Patterson

2311 Biscayne Drive

Ste 300

Little Rock, AR 72227

Tel.  (501) 537-1000

Fax  (501) 537-1001

gschulze@b-s-m-law.com

gschulze@bsmp.law

www.bsmp.law

On Mon, Aug 5, 2019 at 1:07 PM Matthew A. Kezhaya <matt@kezhaya.law> wrote:

> See attached for supplemental disclosures pertaining to the State's RFP 6 to intervenors (requesting copies of ESI)
>
> Matthew A. Kezhaya
>
> Kezhaya Law PLC
>
> 1202 NE McClain Rd

Bentonville, AR 72712

p: (479) 431-6112

f: (479) 282-2892

e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient. If it appears that I sent this to you in error, please inform me and delete this message.

---------- Forwarded message ---------
From: **Doug Mesner** <doug.mesner@gmail.com>
Date: Thu, Jun 27, 2019 at 12:46 AM
Subject: Emails with Kelly Boyd
To: Matthew A. Kezhaya <matt@pinnacle.law>

<Subpoena to Sen. Stanley Jason Rapert 8.14.2019.pdf>