IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL | PLAINTIFFS |
| ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS | INTERVENORS |
| v. No. 4:18CV00342 KGB/BD | |
| JOHN THURSTON, Arkansas Secretary of State, in his official capacity | DEFENDANT |

**SEN. JASON RAPERT'S PARTRIAL RESPONSE TO SUBPOENA *DUCES TECUM***

Non-Party Sen. Jason Rapert, in his official capacity ("Respondent"), files these responses and objections to the subpoena *duces tecum* served by the *Orsi* Plaintiffs in this matter.

**Request No. 6:** Any documentation in your possession supporting the findings of fact in Act 1223, including but not limited to:

    a. The Ten Commandments, found in the Bible at Exodus 20:1-17 and Deuteronomy 5:6-21, are an important component of the moral foundation of the laws and legal system of the United States of America and of the State of Arkansas.

    b. The courts of the United States of America and of various states frequently cite the Ten Commandments in published decisions

Exhibit 2

1

      c. The Ten Commandments represent a philosophy of government held by many of the founders of this nation and by many Arkansans and other Americans today, that God has ordained civil government and has delegated limited authority to civil government, that God has limited the authority of civil government, and that God has endowed people with certain unalienable rights, including life, liberty, and the pursuit of happiness;

      d. That the Ten Commandments is one of many sources influencing the development of what has become modem law

      e. That the Ten Commandments is the moral foundation of the law

**Response:** Respondent first notes that there is no "Act 1223" that could be relevant to this case. Respondent assumes that Request No. 6 is directed at Act 1231 of 2015, the Ten Commandments Monument Display Act and will answer accordingly. Respondent first objects because the phrase documents . . . supporting the findings of fact" is vague, overbroad, and subject to varying interpretations. For example, it does not define "support." Respondent further objects because the Interrogatory seeks information not relevant to any party's claim or defense, and not proportional to the needs of the case. Finally, Respondent objects to Request No. 6 because Defendant objects to this Interrogatory because it seeks information that is subject to legislative privilege and therefore outside the scope of permissible discovery under Fed. R. Civ. P. 26(b)(1). Respondent will not produce any documents in response to this request.

Respectfully submitted,

LESLIE RUTLEDGE
  Arkansas Attorney General

Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:   (501) 682-2007
Fax:  (501) 682-2591
Email: Dylan.Jacobs@ArkansasAG.gov

*Counsel for Sen. Jason Rapert, in his official capacity*

## CERTIFICATE OF SERVICE

  On May 24, 2019, I sent this document to the following via hand delivery and electronic mail:

Gerry Schulze
Baker Schulze Murphy & Patterson
2311 Biscayne Drive
Ste 300
Little Rock, AR 72227
Tel. (501) 537-1000
Fax (501) 537-1001
gschulze@b-s-m-law.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DONNA CAVE, ET AL     PLAINTIFFS

V.     CASE NO.: 4:18-CV-00342-KGB/BD

JOHN THURSTON, ARKANSAS SECRETARY OF STATE,
IN HIS OFFICIAL CAPACITY     DEFENDANT

## RESPONSES AND OBJECTIONS TO SUBPOENA DUCES TECUM FILED BY NON-PARTY WITNESS SENATOR JASON RAPERT

**NOW INTO COURT,** through undersigned counsel, comes Senator Jason Rapert, a non-party witness to events underlying the above-captioned matter, who, in response to the subpoena duces tecum issued to him and returnable on Thursday, September 12, 2019 at 9:00 a.m., files these responses and objections pursuant to Federal Rule of Civil Procedure 45(d)(2)(b), which sets for the rule for Subpoenas. Senator Jason Rapert objects to those portions of the subpoena served upon him to the extent it exceeds or is otherwise inconsistent with the requirements of Federal Rules of Civil Procedure, including, but not limited to, as follows:

### REQUEST FOR PRODUCTION NO. 1:

The corporate documents maintained by the American History and Heritage Foundation (AHHF) in regard to its founding and purpose, including:

a. Articles of Incorporation

b. Minutes of the Board of Directors

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

Produced.

### REQUEST FOR PRODUCTION NO. 2:

Any documents of the AHHF regarding the erection of a Ten Commandments monument on the state capitol grounds.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Senator Rapert does not possess documents responsive to this request. The Capitol Commission has documentation on file of all the documentation.

**REQUEST FOR PRODUCTION NO. 3:**

All financial records of the AHHF reflecting funds raised for the erection of a Ten Commandments monument on the state capitol grounds or the expenditure of any funds for the erection of the Ten Commandments monument on the state capital grounds.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Funds raised can be found on the public go-fund-me site. Senator Rapert does not possess documents responsive to the request with respect to funds expended.

**REQUEST FOR PRODUCTION NO. 4:**

All records reflecting any charitable or eleemosynary activities of the AHHF.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Senator Rapert does not possess documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 5:**

A copy of all social media posts written by you in your name, the name of the AHHF, or in the name of any pseudonym you use on the internet, regarding the Ten Commandments monument.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Senator Rapert objects to this request as beyond the scope of discovery because disproportionate to the needs to the case under Federal Rule of Civil Procedure 26(b)(1). Senator

Rapert has maintained a prolific social media presence for years, and continues to do so. His posts are publicly available and, as such, requiring Senator Rapert to search his accounts for posts responsive to this request would impose upon him an undue burden that far outweighs any benefit Plaintiffs believe they might obtain from their production in this litigation.

**REQUEST FOR PRODUCTION NO. 6:**

Any documentation in your possession supporting the findings of fact in Act 1223, including but not limited to:

a. The Ten Commandments, found in the Bible at Exodus 20:1-17 and Deuteronomy 5:6-21, are an important component of the moral foundation of the laws and legal system of the United States of America and of the State of Arkansas.

b. The courts of the United States of America and of various states frequently cite the Ten Commandments in published decisions.

c. The Ten Commandments represent a philosophy of government held by many of the founders of this nation and by many Arkansans and other Americans today, that God has ordained civil government and has delegated limited authority to civil government, that God has limited the authority of civil government, ant that God has endowed people with certain unalienable rights, including life, liberty, and the pursuit of happiness;

d. That the Ten Commandments is one of many sources influencing the development of what has become modern law

e. That the Ten Commandments is the moral foundation of the law.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Plaintiff joins in the response/objections to this request prepared for Senator Rapert by the State's Attorney General's Office.

**REQUEST FOR PRODUCTION NO. 7:**

The videotape of the individual or individuals who placed the shroud with a quote from the New Testament over the Ten Commandments monument on or about July 1, 2018.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Senator Rapert does not possess video responsive to this request.

**REQUEST FOR PRODUCTION NO. 8:**

Any videotape of the ceremony held in the State Capitol regarding the gift of $25,000 by persons connected to the movie *God's Not Dead*.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Senator Rapert does not possess video responsive to this request.

**REQUEST FOR PRODUCTION NO. 9:**

Any videotape of any ceremony unveiling either the original or the replacement monument.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Senator Rapert does not possess video responsive to this request.

Respectfully submitted,

Paul Byrd, Bar No. 85020
**Paul Byrd Law Firm, PLLC**
415 N. McKinley Suite 210
Little Rock, AR 72205
Phone: (501) 420-3050
Fax: (501) 420-3128
paul@paulbyrdlawfirm.com

By:  /s/ Paul Byrd
     Paul Byrd, Ark. Bar No. 85020

## CERTIFICATE OF SERVICE

I, Paul Byrd, the undersigned, hereby certify that a true and correct copy of the foregoing is being served upon the following counsel of record via hand-delivery on the day of September, 12th 2019:

J.G. "Gerry" Schulze
Baker Schulze Murphy & Patterson
2311 Biscayne Drive, Suite 300
Little Rock, AR 72227
gschulze@b-s-m-law.com

Counsel for Orsi Plaintiffs

John L. Burnett
Lavey & Burnett
904 W. 2nd Street
Little Rock, AR 72201
jburnett@laveyandburnett.com

Counsel for the Cave Plaintiffs

Matthew Kezhaya
1202 NE McClain Rd.
Bentonville, AR. 72712
matt@kezhaya.law

Counsel for the Satanic Temple

/s/ Paul Byrd
Paul Byrd

# STATE OF ARKANSAS



## SECRETARY OF STATE

**Mark Martin**
ARKANSAS SECRETARY OF STATE

To All to Whom These Presents Shall Come, Greetings:

I, Mark Martin, Arkansas Secretary of State of Arkansas, do hereby certify that the following and hereto attached instrument of writing is a true and perfect copy of

### Articles of Incorporation for Dom. Non-Profit Corp

of

### AMERICAN HISTORY & HERITAGE FOUNDATION, INC

filed in this office
October 19, 2015



**In Testimony Whereof**, I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 19th day of October 2015.

*Mark Martin*
Mark Martin
Secretary of State

Online Certificate Authorization Code: 5374356256dccb62df
To verify the Authorization Code, visit sos.arkansas.gov

 FILED - Arkansas Secretary of State - Mark Martin - Doc#: 6518651001 - Filing#: 811087885 - Filed On: 10/19/2015 - Page(s): 2

# Articles of Incorporation for Dom. Non-Profit Corp - 501(c)(3)

| Filing Information | |
|---|---|
| **Filing Act:** | 1147 of 1993 |
| **Entity Name:** | AMERICAN HISTORY & HERITAGE FOUNDATION, INC |
| **File Date:** | 2015-10-19 15:28:40 |
| **Effective Date:** | 2015-10-19 |
| **Filing Signature:** | TRAVIS W STORY |
| **Organization Type:** | Public - Benefit Corporation |
| **Asset Distribution:** | Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations as said Court shall determine which are organized and operated exclusively for such purposes. |
| **Power:** | No part of the net earnings of the corporation shall inure to the benefit, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in previous articles hereof. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf or in opposition to any candidate for public office. Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under section 170(c)(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code. |
| **Has Members:** | Yes |
| **Optional Info:** | JASON RAPERT-PRESIDENT; SAM KAUNLEY-VICE PRESIDENT; ROGER QUATTLEBAUM, SECRETARY/TREASURER |

**Primary Purpose:**
The purpose for which this corporation is organized:

1. The primary purpose of the Corporation shall be: Said corporation is organized exclusively for charitable, religious, educational, and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.
2. To conduct any business enterprise not contrary to law.
3. To exercise all the powers enumerated in Section 4-27-302 of the Arkansas Business Corporation Act.

| Registered Agent: | |
|---|---|
| **First Name:** | TRAVIS |
| **Middle Name:** | W |
| **Last Name:** | STORY |
| **Suffix:** | ESQ |
| **Address 1:** | 438 E MILLSAP RD |
| **Address 2:** | STE 103 |
| **City:** | FAYETTEVILLE |
| **State:** | AR |

Zip: 72703
Country: USA
Phone: 479-443-3700
Email: TRAVIS@STORYLAWFIRM.COM

**Officers**

First Name: TRAVIS
Middle Name: W
Last Name: STORY
Title: Incorporator/Organizer
Address 1: 496 E MILLSAP RD
Address 2: STE 103
City: FAYETTEVILLE
State: AR
Zip: 72703
Country: USA

# AMERICAN HISTORY & HERITAGE FOUNDATION, INC
## Waiver of Notice of
## The First Meeting of the Board of Directors

I, the undersigned, being the President of American History & Heritage Foundation, Inc, hereby waive all notice of the first meeting of the Board of Directors of American History & Heritage Foundation, Inc, and agree and consent that this meeting be held at:

*The Law Offices of:*
*Story Law Firm, PLLC*
*438 E. Millsap Rd. Suite 103*
*Fayetteville, AR 72703*

on the 19th day of October, 2015, for the purpose of holding an organizational meeting of the Corporation and for such other business as may be brought before the board meeting or any adjournment thereof.

Dated: October 19, 2015

_____
Jason Rapert

# AMERICAN HISTORY & HERITAGE FOUNDATION, INC
## Minutes of the First Meeting of
## The Board of Directors

The First Meeting of the Board of Directors of American History & Heritage Foundation, Inc was held on October 19th, 2015 at:

*The Law Offices of:*
*Story Law Firm, PLLC*
*438 E. Millsap Rd. Suite 103*
*Fayetteville, AR 72703*

Upon motion duly made and seconded, Jason Rapert, was chosen as President and Chairman of the Board, Sam Kaunley, was chosen as Vice-President, and Roger Quattlebaum was chosen as Secretary/Treasurer. The Secretary called the roll and the following Directors were present:

(a) Jason Rapert;
(b) Sam Kaunley; and
(c) Roger Quattlebaum
(d) Travis W. Story, Esq.

...being all of the Directors of the Corporation.

The Secretary then presented an original Waiver of Notice of the time and place of the meeting signed by the President and Chairman. Upon motion duly made and seconded, it was unanimously:

> RESOLVED, that these waivers be entered in the Minute Book immediately preceding the minutes of this meeting.

The Secretary then presented a copy of the Certificate of Incorporation, the original of which was filed with the Arkansas Secretary of State on October 19th, 2015. After consideration, and upon motion duly made and seconded, it was unanimously:

> RESOLVED, that the Directors of American History & Heritage Foundation, Inc ratify and approve the Certificate of Incorporation and its filing with the Arkansas Secretary of State.

The Secretary then presented the Incorporator's Certificate and By-Laws adopted by the Incorporator, Travis W. Story, Esq. on October 19th, 2015. After consideration, and upon motion duly made and seconded, it was unanimously:

> RESOLVED, that the Incorporator's Certificate adopted and executed by the Incorporator on October 19th, 2015 and all action shown to have been taken or authorized by him are approved and ratified in all respects; and it is further

>RESOLVED, that the By-Laws of this Corporation presented to the meeting be and they are hereby adopted as the By-Laws of the Corporation and that a copy thereof shall be permanently inserted in the Minute Book of the Corporation.

The Chairman stated that the next order of business was the election of the Officers as specified in the By-Laws. Nominations having been made, the following persons were duly elected to the offices set beside their respective names, to serve until the next Annual Meeting of the Board of Directors of the Corporation, and until their respective successors shall be duly elected and shall qualify in their stead:

| | |
|---|---|
| Jason Rapert | President and Chairman of the Board |
| Sam Kaunley | Vice-President |
| Roger Quattlebaum | Secretary/Treasurer |

The Chairman then stated that the next order of business was the designation of a depository for the funds of the Corporation. After consideration, and upon motion duly made and seconded, it was unanimously:

>RESOLVED, that the Chairman was authorized to open any and all bank accounts, which he felt necessary and proper, by his signature alone for the Corporation's banking needs; and it is further
>
>RESOLVED, that the Secretary of the Corporation be and hereby is authorized to certify to the Bank the foregoing resolutions.

The Chairman then stated that the next order of business was the designation of a fiscal year for the Corporation, pursuant to the provisions of Article 8.2 of the By-Laws of the Corporation. After consideration, and upon motion duly made and seconded, it was unanimously:

>RESOLVED, that the year ending December 31 be and it hereby is designated as the fiscal year of the Corporation.

The Chairman then stated that the next order of business was the opening of a bank account, and to designate authorized signers. After consideration, and upon motion duly made and seconded, it was unanimously:

>RESOLVED, that a bank account shall be opened, at any bank which will provide a non-profit bank account, or similar, by any single officer of the Corporation, and they shall designate the authorized signers to be Jason Rapert, Roger Quattlebaum, and Travis W. Story, Esq. The officers are empowered to order corporate checks.

## ANNUAL BOARD MEETING
### American History & Heritage Foundation, Inc.

### Meeting held via Telephone Conference

### January 23, 2018

The Board Meeting was called to order by President Jason Rapert via telephone conference call.

Members present via telephone: Sam Kaunley, Roger Quattlebaum, Jason Rapert.

Motion was made and approved to approve minutes.

Opening prayer was given. Discussion and presentation of financial report was given by Roger Quattlebaum. Motion to accept was approved.

Motion was made and approved for re-election of all existing officers to continue serving in 2018:

Jason Rapert, President
Sam Kaunley, Vice President
Roger Quattlebaum, Secretary/Treasurer
Travis Story, Director
Kim Hammer, Director

Discussion and update given on the progress for the replacement monument of the Ten Commandments on Arkansas Capitol Grounds.

Discussion and update given on our National Motto project. Approximately 2,000 "In God We Trust" posters have been printed and distributed to various Arkansas public schools.

Discussion and update on pending 1023 application for IRS 501c3 designation.

Motion was made to approve reimbursement to Jason Rapert for expenses incurred as needed.

Discussion was had regarding banking service. Motion was made to approve getting Roger Quattlebaum added to signature card in Conway, Arkansas.

There being no further business to come before the meeting, and upon a motion duly made, seconded, and unanimously carried, the meeting was adjourned.

**FOR IMMEDIATE RELEASE**

**MEDIA RELEASE**
April 26, 2018

For more information contact:
Sen. Jason Rapert
President of American History & Heritage Foundation, Inc.
501-336-0918 or senator.jason.rapert@gmail.com

### STATEMENT OF SENATOR JASON RAPERT ON INSTALLATION OF TEN COMMANDMENTS MONUMENT AT THE ARKANSAS STATE CAPITOL

Today, the state of Arkansas installed the second Ten Commandments Monument donated by the American History & Heritage Foundation. On April 8, 2015, the Arkansas General Assembly passed SB939 – THE TEN COMMANDMENTS MONUMENT ACT – and Gov. Asa Hutchinson signed the bill into law becoming ACT 1231. On June 27, 2017, the original Ten Commandments Monument was installed on the grounds of the Arkansas State Capitol using private donations. In the early hours of June 28, 2017, less than 24 hours after the monument was erected, it was intentionally destroyed when a man rammed his vehicle into the monument. Today, just over three years since the laws as first enacted, and less than one year since the monument was destroyed, the replacement monument will be installed and given to the State of Arkansas by the American History & Heritage Foundation, which has fully funded the project.

"The sole reason we donated this monument to the State of Arkansas is because the Ten Commandments are an important component to the foundation of the laws and legal system of the United States of America and of the State of Arkansas," said Senator Jason Rapert, President of the American Heritage & History Foundation. "Passive acknowledgements of the role played by the Ten Commandments in our nation's heritage are common throughout America and the Supreme Court ruled in 2004 that such monuments are constitutional."

###

For more information go to www.americanhistoryandheritage.org

THIS DRAWING IS THE PROPERTY OF WILBERT MEMORIALS, IT MAY NOT BE REPRODUCED WITHOUT WRITTEN CONSENT

PLEASE CHECK THE FOLLOWING:
SPELLING__ LETTER STYLE__ DATES__ DESIGN__
CHECKED & APPROVED
AS IS __
AS AMENDED __
BY__________ DATE______

PLEASE CHECK ONE OF THE FOLLOWING:
POSITIONS ARE CORRECT AS SHOWN___
REVERSE POSITIONS___

LITTLE ROCK 10 COMMANDMENTS-SS-1616
GARY MOSIER
44"X8"X76"
LILY 16

**VERSION 2**

[signature] 02/22/16

