

**Sen. Jason Rapert**
September 13 at 8:53 PM

Personal Thought of the Day

As I faced off against the ACLU, American Humanists, Freedom From Religion Foundation, American Atheists and the Satanic Temple at an anti-Christian inquisition against me conducted under the guise of a Federal Court deposition in downtown Little Rock this week - an interesting fact was revealed. It pleases me to know that they have been pouring over hours of my sermons and reading hundreds of my posts and writings seeking something with which to impugn my integrity. Whether they want to or not they are being exposed to the Gospel of Jesus Christ and the Word of God and IT WILL HAVE AN IMPACT ON THEIR LIVES. Why do they war against me and other Christians and seek to drive any references about God from our public life?

Here is another great program they should view:
https://youtu.be/QGO2mHJFR9c



YOUTUBE.COM
**Arkansas Alive 9/6/19**
Message: Faith and Fortitude Enjoy the ministry of VTN Founder and...

 130                    165 Comments  16 Shares

Exhibit 1