

**Lucien Greaves** @LucienGreaves · Sep 20

Letter from Arkansas.

Helpfully, @jasonrapert likes to publicly announce, on his social media, where I will be, and when, on the occasions that I am scheduled to appear in Arkansas regarding our 10 Commandments litigation.



○ 107     ⟲ 62     ♡ 363     ⬆

Exhibit 5