UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**DONNA CAVE, ET AL**                                                                   **PLAINTIFFS**

V.                    CASE NO.: 4:18-CV-00342-KGB/BD

**JOHN THURSTON, ARKANSAS SECRETARY OF STATE,
IN HIS OFFICIAL CAPACITY**                                                               **DEFENDANT**

### MOTION FOR LEAVE TO FILE MEMORANDUM IN REPLY
### TO RESPONSE TO MOTION TO QUASH AND FOR PROTECTIVE ORDER

**NOW INTO COURT,** through undersigned counsel, comes Movant, Jason Rapert, a non-party witness to events underlying the above-captioned matter, who files this Motion for Leave to File Memorandum in Reply to Motion to Quash and for Protective Order. Jason Rapert's original motion was filed before his deposition on September 12, 2014. Since that time, references and issues have arisen that need to be addressed by JasonRapert, therefore, he respectfully requests that the Court grant leave to file the attached reply memorandum into the record, and that the Court consider the arguments set forth therein.

                         Respectfully submitted,

                         Paul Byrd, Bar No. 85020
                         **Paul Byrd Law Firm, PLLC**
                         415 N. McKinley Suite 210
                         Little Rock, AR 72205
                         Phone: (501) 420-3050
                         Fax: (501) 420-3128
                         paul@paulbyrdlawfirm.com

                    By:   /s/ Paul Byrd_____
                            Paul Byrd, Ark. Bar No. 85020
                            Attorney for Jason Rapert in his individual
                            capacity.

2

**CERTIFICATE OF SERVICE**

I hereby certify that I, Paul Byrd, submitted for filing the foregoing document by uploading it to the Court's ECF system. The ECF system send automated notice to all counsel of record.

By: /s/ Paul Byrd_____
Paul Byrd, Ark. Bar No. 85020
