**TOGETHER**
We can bring Baphomet to Arkansas

Exhibit 1