

# Lucien Greaves
7,661 Tweets

**Tweets** | Tweets & replies | Media | Likes

> What a piece of crap that is beneath and below any other American. I will pray for you. Thats

💬 29   🔁 3   ♡ 80



**Lucien Greaves** @Lucie... · 8/27/19

Shave Your Legs Before Peeing:
The @jasonrapert Story
The Collected Wit, Wisdom, and Commandments of a Senator Minister.
Coming soon!



💬 21   🔁 9   ♡ 142

🔁 Lucien Greaves Retweeted



**Don't believe everythin...** · 8/27/19

Also, racism spreads partly beca
all kinds of people keep viewing
sharing ideas in articles that earn

Exhibit 2