**Lucien Greaves**
7,661 Tweets

**Tweets** | Tweets & replies | Media | Likes

💬 8   🔁 24   ♥ 60   ⤴

🔁 **Lucien Greaves Retweeted**



**Gemini the catting goat** · 5/3/19

@LucienGreaves My girlfriend wants to make buttons of this. "Apparently this photo bothers the good senator. Can't say I see why. 😳 He looks great holding that flag with what I can only assume is his life-partner. Congrats." She wants to donate the proceeds to @FFRF . Opinion?



💬 4   🔁 5   ♥ 38   ⤴

🔁 **Lucien Greaves Retweeted**



**Steve Prokopy** @StevePr... · 5/2
My latest for @musicboxtheatre:

         

Exhibit 3