IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION. FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ. GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| vs.   Case Number: 4:18-cv-00342-KGB | |
| **JOHN THURSTON, Arkansas Secretary of State, in his Official Capacity** | **DEFENDANT** |

**PLAINTIFFS' AMENDED RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26.1, and in light of the current status of discovery in this case, the plaintiffs jointly submit this amended Report:

(5) Date by which discovery should be completed.

    **Cave Plaintiffs, Orsi Plaintiffs and Intervenors:**
    **January 13, 2020**

(9) Any objections to the proposed trial date.

    **Cave Plaintiffs, Orsi Plaintiffs and Intervenors:**
    Trial should be scheduled during the week of March 16, 2020

(12) Proposed deadline for filing motions other than motions for class certification. (Note: In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial.)

**Cave Plaintiffs, Orsi Plaintiffs and Intervenors:**
**February 17, 2020**

Respectfully submitted,

LAVEY AND BURNETT

By: *John L. Burnett*                              .
        John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone:     (501) 376-2269
Facsimile:     (501) 372-1134
E-mail:jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE

By: *Joshua D. Gillispie*                         .
        Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone:     (501) 244-0700
Facsimile:     (501) 244-2020
E-mail:josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Andrew G. Schultz*                           .
        Andrew G. Schultz*
    Melanie B. Stambaugh*
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:     (505) 765-5900
Facsimile:     (505) 768-7395
E-mail:aschultz@rodey.com
   Email: mstambaugh@rodey.com
   *On behalf of the Arkansas Civil Liberties Union Foundation*

   *\* admitted pro hac vice*
   *Attorneys for Plaintiffs Donna Cave, Judith Lansky, Pat Piazza and Susan Russell*

BAKER SCHULZE MURPHY AND PATTERSON
By: *J.G. "Gerry" Schulze*
J.G. "Gerry" Schulze (Ark. Bar No. 83156)
2311 Biscayne Drive, Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
E-mail: gschulze@bsmp.law
*Attorneys for Plaintiffs Anne Orsi, American Humanist Association, Freedom from Religion Foundation, Inc., Arkansas Society of Freethinkers, Joan Dietz, Gale Stewart, Rabbi Eugene Levi, Rev. Victor H. Nixon, Teresa Grider*


KEZHAYA LAW PLC
By: *Matthew A. Kezhaya*
Matthew A. Kezhaya
1202 NE McClain Road
Bentonville, AR 72712
Telephone: (479) 431-6112
Facsimile: (479) 282-2892
E-mail: matt@kezhaya.law

DE HAAN LAW FIRM, PLLC
By: *Stuart P. de Haan*
Stuart P. de Haan
100 N. Stone Avenue – Suite 512
Tucson, AZ 85701
Telephone: (520) 358-4089
Facsimile: (520) 628-4275
E-mail: stu@dehaan@gmail,com

*Attorneys for Intervenors The Satanic Temple, Doug Misicko, aka "Lucien Greaves" and Erika Robbins*