- Rebekah McCoy
  - **$100**
  - 17 d

- 
  Anonymous

  - **$10**
  - 5 mos

- 
  Lewis Hollingsworth

  - **$75**
  - 6 mos

- 
  Lewis Hollingsworth

  - **$150**
  - 12 mos
  
- 
  Robin Sheffield

  - **$10**
  - 13 mos

- 
  Miguel Rodas

  - **$100**
  - 13 mos

- 
  Steve Ruse

  - **$20**
  - 13 mos

- Margherita Zummo
  - **$10**
  - 13 mos

- Amy Tantchou
  - **$10**
  - 13 mos

- Anonymous
  - **$10**
  - 13 mos

- Barb Glenn
  - **$20**
  - 13 mos

- Sandra Caison
  - **$25**
  - 13 mos

- Helen Griepsma
  - **$20**
  - 13 mos



- DaRinda Baggett

- o **$10**
- o 13 mos

---

Anonymous

- o **$10**
- o 14 mos

---

Theresa Price

- o **$40**
- o 14 mos

---

Dorothy Faye Reynolds

- o **$10**
- o 14 mos

---

Richard Bardzik

- o **$100**
- o 14 mos

---

Nancy Anderson

- o **$100**
- o 14 mos

---

Richard Bone

- o **$20**
- o 14 mos

Edward Tonry

- o **$100**
- o 14 mos

---

Marla Wark

- o **$50**
- o 14 mos

---

Benjamin Higginson

- o **$50**
- o 16 mos

---

Robert Herrera

- o **$20**
- o 17 mos

---

Richard Schleifer

- o **$50**
- o 17 mos

---

Cassandra Jones

- o **$25**
- o 17 mos

---

Becky Kennedy

- o **$25**
- o 17 mos

- Anonymous
  - **$50**
  - 17 mos

- Kenneth Rowin
  - **$100**
  - 17 mos

- Dorothy Faye Reynolds
  - **$25**
  - 17 mos

- CARL GERGELL
  - **$20**
  - 17 mos

- Sandra Bickmore
  - **$100**
  - 17 mos

- Benjamin Higginson
  - **$5**
  - 17 mos

- Janice Lee

- o **$25**
- o 17 mos

---

Douglas A Griffiths

- o **$50**
- o 18 mos

---

CDR Richard "Sam" Sansom, USN (Ret)

- o **$25**
- o 19 mos

---

Danny Linn

- o **$200**
- o 19 mos

---

John Williamson

- o **$3,000**
- o 21 mos



Sonia Lucas-Meyer

- o **$100**
- o 21 mos

---

Brian Hettrick

- o **$10**
- o 21 mos

Shara Brown

- **$10**
- 21 mos

Jasmine Sheffield

- **$85**
- 21 mos

Rep Mickey Gates

- **$100**
- 21 mos

Dan Sullivan

- **$100**
- 21 mos

david pinder

- **$26**
- 24 mos

david pinder

- **$25**
- 25 mos

Anonymous

- o **$15**
- o 26 mos

---

•

---

Tracey Riedstra

- o **$50**
- o 26 mos



•

---

Brock Keckritz

- o **$25**
- o 26 mos



•

---

Elizabeth Anderson

- o **$10**
- o 26 mos

•

---

Anonymous

- o **$18**
- o 26 mos

•

---

Matthew Cutter

- o **$20**
- o 26 mos



•

---

Melidee Hall

- o **$10**
- o 26 mos

- Rhonda Lippelgoes

  - **$50**
  - 26 mos

- andrew pope

  - **$7**
  - 26 mos

- Andrew Williamson

  - **$100**
  - 26 mos

- Mark Restivo

  - **$10**
  - 26 mos

- Saline Baptist Church

  - **$500** (Offline)
  - 26 mos

- Anonymous

  - **$20**
  - 26 mos

- Amie Beene

- o **$25**
- o 26 mos

david pinder

- o **$50**
- o 26 mos

Anonymous

- o **$50**
- o 26 mos

Anonymous

- o **$11**
- o 26 mos

Linda E Myers

- o **$50**
- o 26 mos

Anonymous

- o **$10**
- o 26 mos

Anonymous

- o **$5**
- o 27 mos

Anonymous

- $25
- 27 mos

---

Todd Jackson

- $30
- 27 mos

---

Pure Flix

- $25,000 (Offline)
- 27 mos

---

Chris Lambert

- $100
- 27 mos

---

Dara Samuel

- $200
- 27 mos

---

Tom and Robin Lundstrum

- $100
- 27 mos

---

James Jackson

- $50
- 27 mos

- Anonymous
  - **$25**
  - 27 mos

- JOHN ZANNI
  - **$30**
  - 27 mos

- Harold & Susan Browning
  - **$20**
  - 27 mos

- Anonymous
  - **$20**
  - 27 mos

- Anonymous
  - **$10**
  - 27 mos

- Robert Petersen
  - **$50**
  - 27 mos

- Anonymous

- $50
- 27 mos

- Robert Alexander's

  - **$100**
  - 27 mos

- Anonymous

  - **$20**
  - 27 mos

- Karen and John Pool

  - **$75**
  - 27 mos



- Rosemary Volpe

  - **$10**
  - 27 mos

- Berkeley Burch-Martinez

  - **$249**
  - 27 mos

- Anonymous

  - **$250**
  - 27 mos

Tiffany Palmer

- $25
- 27 mos



Richard Bone

- $20
- 27 mos

Rebekah Bryant

- $10
- 27 mos

Jill Van horn

- $15
- 27 mos

Anonymous

- $50
- 27 mos

Edward Tonry

- $20
- 27 mos

Danny Linn

- $250
- 27 mos

- 

## Dianne Kirk

- **$10**
- 27 mos

- 

## Phyllis Howe

- **$10**
- 27 mos

- 

## Vincent Radzilowski Jr

- **$25**
- 27 mos

- 

## Joshua Pursifull

- **$10**
- 27 mos

- 

## Karen Ellis

- **$10**
- 27 mos

- 

## Anonymous

- **$50**
- 27 mos



-

Donny Robinson

- o **$20**
- o 27 mos

David Kelby

- o **$20**
- o 27 mos

wayne connell

- o **$100**
- o 27 mos

Kenneth Ryan James

- o **$50**
- o 27 mos

Robert Warner

- o **$25**
- o 27 mos

David Martelle

- o **$50**
- o 27 mos



Bernice Wittwer

- o **$10**
- o 27 mos

- Erik vonBartheld
  - **$50**
  - 27 mos



- Sara Anglin
  - **$50**
  - 27 mos

- Anonymous
  - **$63**
  - 27 mos

- Amy Wallace
  - **$30**
  - 27 mos

- Anonymous
  - **$25**
  - 27 mos

- Deborah Huckaby
  - **$25**
  - 27 mos

- Jay and Arlene Lukkarila

- - **$50**
  - 27 mos

- 

Allie Brown

- - **$10**
  - 27 mos

- 

Brenda Jackson Staton

- - **$25**
  - 27 mos

-

J Halcro

- - **$5**
  - 27 mos

-

Anonymous

- - **$40**
  - 27 mos

- 

Miriam Honold

- - **$40**
  - 27 mos

-

sarah murphy

- - **$20**
  - 27 mos

- Robert Davis
  - **$25**
  - 27 mos

- Brent Bingham
  - **$100**
  - 27 mos

- Anonymous
  - **$25**
  - 27 mos

- Omega Land
  - **$1,500**
  - 27 mos

- Teriann Shrum
  - **$50**
  - 27 mos

- Anonymous
  - **$20**
  - 27 mos

- Katherine Reynolds

- $200
- 27 mos

---

Noel Diaz

- $25
- 27 mos

---

christopher timmis

- $12
- 27 mos

---

Katherine Stokes

- $50
- 27 mos

---

Marian Danckwerth

- $50
- 27 mos

---

Mary Hunt

- $40
- 27 mos

---

Anonymous

- $20
- 27 mos

---

Anonymous

- o **$10**
- o 27 mos

Wade Poole

- o **$25**
- o 27 mos

Anonymous

- o **$5**
- o 27 mos

Jamie Cosco

- o **$10**
- o 27 mos

Anonymous

- o **$50**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos

Anonymous

- o **$30**
- o 27 mos

- Lisa McIver
  - **$25**
  - 27 mos

- Laurie Leon
  - **$20**
  - 27 mos

- Anonymous
  - **$5**
  - 27 mos

- Luis Garcia
  - **$10**
  - 27 mos

- Robert Kessler
  - **$10**
  - 27 mos

- Kathryn Jurgensen
  - **$25**
  - 27 mos

- Edith Hiatt

- $25
- 27 mos

•

Anonymous

- $100
- 27 mos

•

Anonymous

- $20
- 27 mos

•

James Quinn

- $100
- 27 mos

•

Harl Pike

- $20
- 27 mos

•

Anonymous

- $50
- 27 mos

•

Jacob Carpenter

- $15
- 27 mos

•

Francine Francois

- o **$10**
- o 27 mos

- John Mizerik

- o **$20**
- o 27 mos

- Callie Piazza

- o **$10**
- o 27 mos

- Anonymous

- o **$20**
- o 27 mos

- Anonymous

- o **$25**
- o 27 mos

- Anonymous

- o **$10**
- o 27 mos

- Anonymous

- o **$10**
- o 27 mos

- Ruth Steward
  - **$20**
  - 27 mos

- John Cannon
  - **$10**
  - 27 mos

- William J. Bryant
  - **$50**
  - 27 mos

- Loretta Kusek
  - **$100**
  - 27 mos



- DollarBill Nelson
  - **$20**
  - 27 mos

- Anonymous
  - **$10**
  - 27 mos

- Anonymous

- o **$20**
- o 27 mos

---

Alan & Gail Pate

- o **$20**
- o 27 mos

---

Barbara Scully

- o **$20**
- o 27 mos



Carole Siegel

- o **$20**
- o 27 mos



Diane Johnson

- o **$10**
- o 27 mos

---

Stephen Fawcett

- o **$20**
- o 27 mos



Susan Dunn

- o **$25**
- o 27 mos

- Lyndon Burnham

  - **$40**
  - 27 mos

- johnny rodriguez

  - **$25**
  - 27 mos

- Lee Williamson

  - **$50**
  - 27 mos

- Anonymous

  - **$25**
  - 27 mos



- Raymond Trosper

  - **$50**
  - 27 mos

- Anonymous

  - **$10**
  - 27 mos

- David & Penny Manz

- o **$100**
- o 27 mos

---

Gary Massey

- o **$50**
- o 27 mos

---

Anonymous

- o **$100**
- o 27 mos

---

Brown Burton

- o **$50**
- o 27 mos



Michael Dugas

- o **$100**
- o 27 mos

---

Anonymous

- o **$20**
- o 27 mos

---

Anonymous

- o **$20**
- o 27 mos

James Breitinger
- o **$50**
- o 27 mos

-

Diana Miller
- o **$25**
- o 27 mos

-

Anonymous
- o **$100**
- o 27 mos

-

Ray Smith
- o **$5**
- o 27 mos

-

Anonymous
- o **$10**
- o 27 mos

-

Anonymous
- o **$5**
- o 27 mos

-

Catherine Newman
- o **$50**
- o 27 mos

- Shirley Walker

  - **$10**
  - 27 mos

- Dawn Jesse

  - **$15**
  - 27 mos

- Anthony Arnold

  - **$20**
  - 27 mos

- Deborah Rosford

  - **$25**
  - 27 mos

- Kathryn Tyler

  - **$100**
  - 27 mos

- Kristie Caldwell

  - **$100**
  - 27 mos

- Anonymous

- o **$5**
- o 27 mos

Anonymous

- o **$100**
- o 27 mos

Melanie Rogers

- o **$25**
- o 27 mos

Anonymous

- o **$50**
- o 27 mos

Robert Fejdasz

- o **$40**
- o 27 mos

LeSena Jones

- o **$50**
- o 27 mos

Marilyn DeMoss

- o **$250**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos

Judy Hoffman

- o **$25**
- o 27 mos

Joan Burke

- o **$20**
- o 27 mos

Jeanne Holl

- o **$50**
- o 27 mos



Calvin Wynn

- o **$10**
- o 27 mos

Anonymous

- o **$300**
- o 27 mos

Beth Coyne

- o **$10**
- o 27 mos

- **Fran Rosenblatt**

  - **$10**
  - 27 mos



- **Albert Remington**

  - **$25**
  - 27 mos

- **Robert Thrasher**

  - **$50**
  - 27 mos

- **Brenda Smith**

  - **$50**
  - 27 mos

- **Tommy and Juanita Wilson**

  - **$50**
  - 27 mos

- **Steven Garza**

  - **$15**
  - 27 mos

- **Anonymous**

- o **$50**
- o 27 mos

- 

Richard Bone

- o **$20**
- o 27 mos

- 

Robert Schmidt

- o **$75**
- o 27 mos

- 

Anonymous

- o **$10**
- o 27 mos

- 

Anonymous

- o **$10**
- o 27 mos

- 

Margaret Dombkoski

- o **$25**
- o 27 mos

- 

Anonymous

- o **$50**
- o 27 mos

- anthony smith
  - **$20**
  - 27 mos

- Paul Ferda
  - **$10**
  - 27 mos

- Won Yu
  - **$100**
  - 27 mos

- John Pollara
  - **$20**
  - 27 mos

- Marilyn Arndt
  - **$5**
  - 27 mos

- Tim Brown
  - **$10**
  - 27 mos

- Dianne Berryhill

- ○ **$50**
- ○ 27 mos

- MaryAnn Allen

  - ○ **$20**
  - ○ 27 mos

- Randy Earley

  - ○ **$10**
  - ○ 27 mos

- Vanessa Brosnan

  - ○ **$10**
  - ○ 27 mos

- Mike Tichenor

  - ○ **$10**
  - ○ 27 mos

- Anonymous

  - ○ **$100**
  - ○ 27 mos

- William Gruetter

  - ○ **$20**
  - ○ 27 mos

Misty Anderson

- o **$5**
- o 27 mos

Dennis Huston

- o **$50**
- o 27 mos

Adam Neuhouser

- o **$10**
- o 27 mos

Harry Whiteman

- o **$100**
- o 27 mos

Matt Hunter

- o **$100**
- o 27 mos

Joe Healy

- o **$10**
- o 27 mos

Michael H. Sharpe

- o **$10**
- o 27 mos

- Matt Lowery
  - **$50**
  - 27 mos

- Jon Gjording
  - **$25**
  - 27 mos

- Cyndi and Lee Sparks
  - **$20**
  - 27 mos

- DONALD PARNELLDON
  - **$15**
  - 27 mos

- pat di bella
  - **$20**
  - 27 mos

- Anonymous
  - **$100**
  - 27 mos

- Anonymous

- o **$30**
  - o 27 mos

- 

  Sharon Kelly

  - o **$25**
    - o 27 mos

- 

  mark matijak

  - o **$20**
    - o 27 mos

- 

  Douglas Rahn

  - o **$5**
    - o 27 mos

- 

  Don Posten

  - o **$50**
    - o 27 mos

- 

  Cheyla Marlar

  - o **$25**
    - o 27 mos

- 

  Anonymous

  - o **$15**
    - o 27 mos

-

Alice Harmon

- o **$25**
- o 27 mos

---

Kevin McCarthy

- o **$100**
- o 27 mos

---

Barbra Farnham

- o **$100**
- o 27 mos

---

Bob & Kathryn Corriveau

- o **$20**
- o 27 mos

---

Anonymous

- o **$20**
- o 27 mos

---

Jennifer Potocnak

- o **$50**
- o 27 mos

---

Helen Decker

- o **$25**
- o 27 mos

- Mark Downing
  - **$50**
  - 27 mos

- Anonymous
  - **$100**
  - 27 mos

- David Biggs
  - **$100**
  - 27 mos

- Smita Dsouza
  - **$5**
  - 27 mos

- Dorman & Linda Naylor
  - **$20**
  - 27 mos

- Brenda McLaren
  - **$20**
  - 27 mos

- Colleen Grady

- o **$25**
- o 27 mos

---

- Anonymous
  - o **$5**
  - o 27 mos

---

- Toni Linkinogger
  - o **$100**
  - o 27 mos

---

- Anonymous
  - o **$10**
  - o 27 mos

---

- Patty Myers
  - o **$25**
  - o 27 mos

---

- Linda Treece
  - o **$20**
  - o 27 mos

---

- Randall Rice
  - o **$20**
  - o 27 mos

---

Robert Cote

- $10
- 27 mos

Anonymous

- $20
- 27 mos

Anonymous

- $10
- 27 mos

Carrie Durke

- $50
- 27 mos

Joost van den Berg

- $50
- 27 mos

Lisa Meltzer

- $25
- 27 mos

Anonymous

- $20
- 27 mos

- **Ann Marie**

  - **$10**
  - 27 mos

- **jonathan zarate**

  - **$20**
  - 27 mos

- **Anonymous**

  - **$10**
  - 27 mos



- **Mary Cognata Clyne**

  - **$50**
  - 27 mos

- **Ron Morgan**

  - **$25**
  - 27 mos

- **Anonymous**

  - **$10**
  - 27 mos

Al Rey

- $30
- 27 mos

Jerry Keenehan

- $25
- 27 mos

Randi DeMartini

- $10
- 27 mos

Rick Gray

- $25
- 27 mos

Pam Anderson

- $25
- 27 mos

Donna Boucher

- $100
- 27 mos

Olivia Murphy

- $20
- 27 mos

- Migdalia Machado

  - **$20**
  - 27 mos

- Anonymous

  - **$10**
  - 27 mos

- Linda Auffredou

  - **$25**
  - 27 mos

- Mark Halliday

  - **$50**
  - 27 mos

- Jarret Magbee

  - **$1,000**
  - 27 mos

- Anonymous

  - **$10**
  - 27 mos

- Rachelle Motsinger

- o **$20**
- o 27 mos

- David Daniels
  - o **$5**
  - o 27 mos

- JERRY STALO
  - o **$50**
  - o 27 mos

- Gale Baker
  - o **$20**
  - o 27 mos

- Anonymous
  - o **$10**
  - o 27 mos

- R&B Leach
  - o **$25**
  - o 27 mos

- Ray and Shirley Scott
  - o **$25**
  - o 27 mos

Anonymous

- **$20**
- 27 mos

Tami Doyle

- **$10**
- 27 mos

Hugh O'Neal

- **$25**
- 27 mos

Kimberly Wickes

- **$50**
- 27 mos

douglas ikerd

- **$30**
- 27 mos

Harold Chapman

- **$20**
- 27 mos



Mike Williams

- **$25**
- 27 mos

- Anonymous
  - **$50**
  - 27 mos

- Eugene Maak
  - **$100**
  - 27 mos

- Anonymous
  - **$10**
  - 27 mos

- John Burlison
  - **$25**
  - 27 mos

- Gloria Lucius
  - **$20**
  - 27 mos

- Warren Dedrick
  - **$100**
  - 27 mos

- Valeri Welter

- o **$20**
- o 27 mos

---

- Eric Konvalin

  - o **$10**
  - o 27 mos

---

- Mary Ellen Hawley

  - o **$25**
  - o 27 mos

---

- Anonymous

  - o **$25**
  - o 27 mos

---

- Christine Powell

  - o **$10**
  - o 27 mos

---

- HarryandCindy Anderson

  - o **$10**
  - o 27 mos

---

- Anonymous

  - o **$100**
  - o 27 mos

---

Martha Halter

- $20
- 27 mos

Anonymous

- $25
- 27 mos

Eric Sorensen

- $25
- 27 mos

lisa butler

- $25
- 27 mos

Richard Huval

- $20
- 27 mos

Joyce Harmon

- $15
- 27 mos

PAUL DAVIS

- $50
- 27 mos

- Alice and Larry Fey

  - **$50**
  - 27 mos

- Maggie Casola

  - **$50**
  - 27 mos



- Deb Spicer

  - **$15**
  - 27 mos

- Andrew Stotzer

  - **$20**
  - 27 mos

- Justiin Hemmen

  - **$25**
  - 27 mos

- Bobbie Acker

  - **$50**
  - 27 mos

- Mary Ellen Clark

- $10
- 27 mos

---

Mary Prestridge

- $25
- 27 mos

---

Anonymous

- $50
- 27 mos

---

Peter Hutnick

- $10
- 27 mos

---

Anonymous

- $20
- 27 mos

---

Jean Powell

- $25
- 27 mos

---

Bruce Bennett

- $20
- 27 mos

Maria Martin

- o **$33**
- o 27 mos

•

Dianne Ruhlandt

- o **$50**
- o 27 mos

•

Millie Kirschner

- o **$25**
- o 27 mos

•

Erika Guzman

- o **$20**
- o 27 mos

•

Craig and Ann Revels

- o **$25**
- o 27 mos

•

Anonymous

- o **$10**
- o 27 mos

•

Anonymous

- o **$20**
- o 27 mos

- Jean Kaplan
  - **$25**
  - 27 mos

- Anonymous
  - **$25**
  - 27 mos

- Lynda Leslie
  - **$100**
  - 27 mos

- Donna Shore
  - **$50**
  - 27 mos



- Edmund DeSoto
  - **$10**
  - 27 mos

- Mark Stokes
  - **$10**
  - 27 mos

- Theresa Crowder

- o **$25**
- o 27 mos

---

Kathleen Rush

- o **$50**
- o 27 mos

---

Thomas Farrell

- o **$25**
- o 27 mos

---

Sandi Singleton

- o **$25**
- o 27 mos

---

Gary Sekura

- o **$100**
- o 27 mos



Bill Baird

- o **$20**
- o 27 mos

---

Anonymous

- o **$100**
- o 27 mos

Diana Giannattasio

- o **$40**
- o 27 mos

Richard Weintraub

- o **$50**
- o 27 mos

Kathleen Thibodeaux

- o **$10**
- o 27 mos

Robert Thompson

- o **$10**
- o 27 mos

David Balla

- o **$10**
- o 27 mos

Eleanor Reeves

- o **$20**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos

- Bruce Smith

  - **$100**
  - 27 mos

- Cara Turner

  - **$50**
  - 27 mos

- Anonymous

  - **$25**
  - 27 mos

- Rod Gammill

  - **$50**
  - 27 mos

- Cindy Hardigree

  - **$10**
  - 27 mos

- Anonymous

  - **$10**
  - 27 mos



- Karen Karas

- o **$10**
- o 27 mos

Leigh Mulford

- o **$10**
- o 27 mos

Anonymous

- o **$5**
- o 27 mos

Patrick McCarthy

- o **$25**
- o 27 mos

Linda Burns

- o **$25**
- o 27 mos

Donald Likens

- o **$25**
- o 27 mos

Anonymous

- o **$25**
- o 27 mos

Jack Lathrop

- $10
- 27 mos

- 

Eddie and Melissa Clark

- $25
- 27 mos

- 

dennis smith

- $10
- 27 mos



- 

Lindsey Baudoin

- $20
- 27 mos

- 

Sharon Papadopoulos

- $50
- 27 mos



- 

Michael Skowronski

- $50
- 27 mos

- 

Chris Fortener

- $30

- o 27 mos

- 

Ronald Trotter

  - o **$25**
  - o 27 mos

- 

Sandra Reyman

  - o **$100**
  - o 27 mos

- 

Anonymous

  - o **$50**
  - o 27 mos

- 

Vincent Harman

  - o **$50**
  - o 27 mos

- 

Terry Baker

  - o **$25**
  - o 27 mos

- 

Karen Lange

  - o **$20**
  - o 27 mos

- 

Anonymous

- $25
- 27 mos

Roger Branham

- $20
- 27 mos

Paul Casserly

- $50
- 27 mos

Farrell & MaryAnn Hass

- $100
- 27 mos

Darin DeHart

- $100
- 27 mos

Stevan de Boer

- $10
- 27 mos

Anonymous

- $10
- 27 mos

Marie Knowles

- o **$50**
- o 27 mos



Sheila Bolin

- o **$20**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos



Rosemary Lloyd

- o **$25**
- o 27 mos

Kelly Johnson

- o **$10**
- o 27 mos

Edward Boersma

- o **$100**
- o 27 mos

Anonymous

- o **$25**

- o 27 mos

- 

Nancy Mendolera

- o **$100**
- o 27 mos

- 

Joseph Poole

- o **$25**
- o 27 mos

- 

Kenneth Henshaw

- o **$10**
- o 27 mos

- 

Mark Hackett

- o **$25**
- o 27 mos

- 

Mike Price

- o **$50**
- o 27 mos

- 

Rudy Sutter

- o **$20**
- o 27 mos

- 

Deborah & Steven Damas

- o **$10**
- o 27 mos

---

- 

Sabrina Bower

- o **$100**
- o 27 mos

---

- 

Dennis Gilliland

- o **$100**
- o 27 mos



- 

Jesse Edwards

- o **$10**
- o 27 mos

---

- 

sandra Baumb

- o **$25**
- o 27 mos

---

- 

Gary Baxter

- o **$100**
- o 27 mos

---

- 

Paul Herrick

- o **$100**
- o 27 mos

---

-

Anonymous

- o **$25**
- o 27 mos

Anonymous

- o **$25**
- o 27 mos

Christina Marino

- o **$10**
- o 27 mos

RJ Hamilton

- o **$15**
- o 27 mos



Paul Ambrose

- o **$20**
- o 27 mos

Maureen McCabe

- o **$25**
- o 27 mos

Bob McElhaney

- o **$50**
- o 27 mos

- Charles Post

  - **$20**
  - 27 mos

- Marie Peters

  - **$50**
  - 27 mos

- Dallas Hart

  - **$50**
  - 27 mos

- Robert French

  - **$10**
  - 27 mos

- Linda Pullig

  - **$20**
  - 27 mos

- Stephanie Gaff

  - **$50**
  - 27 mos

- Marty Yaniga

- o **$50**
- o 27 mos

- 

Robert Reyes

- o **$10**
- o 27 mos

- 

Gordon Thibeault

- o **$10**
- o 27 mos

- 

Anonymous

- o **$50**
- o 27 mos

- 

Matthew Adams

- o **$15**
- o 27 mos

- 

Jerry & Ora Duncan

- o **$20**
- o 27 mos

- 

Pam Pearson

- o **$500**
- o 27 mos



-

Sandy Boatright

- o **$20**
- o 27 mos

Tom Hancock

- o **$100**
- o 27 mos

Clifton Buell

- o **$25**
- o 27 mos

JAKE BYWATER

- o **$13**
- o 27 mos

Jill Holmes

- o **$20**
- o 27 mos

George Palchus

- o **$25**
- o 27 mos

Anonymous

- o **$25**
- o 27 mos

- Todd Lua
  - **$25**
  - 27 mos

- Marie Bell
  - **$100**
  - 27 mos



- Shirley Bolin
  - **$20**
  - 27 mos

- David Pannell
  - **$50**
  - 27 mos

- Michael Wilson
  - **$100**
  - 27 mos

- cynthia miller
  - **$30**
  - 27 mos

- Melissa Graves

- o **$20**
  - o 27 mos

- Anonymous
  - o **$20**
  - o 27 mos

- Linda Morrell
  - o **$100**
  - o 27 mos

- Dorothy J Konrad
  - o **$50**
  - o 27 mos

- Renwick Minchin
  - o **$25**
  - o 27 mos

- Deb Herzog
  - o **$20**
  - o 27 mos

- Scott Walker
  - o **$25**
  - o 27 mos

Anonymous

- o **$25**
- o 27 mos

---

Edmund Holt

- o **$100**
- o 27 mos

---

Victoria Jenkins

- o **$25**
- o 27 mos

---

Tim Blackmon

- o **$25**
- o 27 mos

---

Diane Grum

- o **$10**
- o 27 mos

---

Bill Egge

- o **$20**
- o 27 mos

---

Mary Beth Schifano

- o **$25**
- o 27 mos

- Glenn Songer
  - **$30**
  - 27 mos

- Reba Johnson
  - **$25**
  - 27 mos

- Larry Crites
  - **$10**
  - 27 mos

- Anonymous
  - **$10**
  - 27 mos

- Anonymous
  - **$40**
  - 27 mos

- Anonymous
  - **$50**
  - 27 mos

- Ken Stark

- o **$50**
- o 27 mos

•

Michael Webb

- o **$50**
- o 27 mos

•

Vaughn mitchell

- o **$25**
- o 27 mos

•

Kent Grantham

- o **$20**
- o 27 mos

•

Anonymous

- o **$25**
- o 27 mos

•

Anonymous

- o **$12**
- o 27 mos

•

David Lego

- o **$15**
- o 27 mos



•

Dawn Pizzi

- o **$50**
- o 27 mos

- 

J Roebuck

- o **$10**
- o 27 mos

- 

Judy Leathers

- o **$25**
- o 27 mos

- 

chuck alfano

- o **$20**
- o 27 mos

- 

Anonymous

- o **$20**
- o 27 mos

- 

Anonymous

- o **$25**
- o 27 mos

- 

Michael Barr

- o **$15**
- o 27 mos

- Timothy Fowler

  - **$100**
  - 27 mos

- Chris Christensen

  - **$100**
  - 27 mos

- Tom Taube

  - **$10**
  - 27 mos

- Valarie Gelb

  - **$100**
  - 27 mos

- Mark Turner

  - **$100**
  - 27 mos

- Karen Kewley

  - **$50**
  - 27 mos



- Sharon Rennhack

- o **$30**
  - o 27 mos

- Joan Jernigan
  - o **$25**
  - o 27 mos

- Len Norris
  - o **$100**
  - o 27 mos

- Jean Barrette
  - o **$10**
  - o 27 mos

- Don Wilke
  - o **$25**
  - o 27 mos

- Kathryn Garzonie
  - o **$50**
  - o 27 mos

- Nancy Binder
  - o **$20**
  - o 27 mos

Laurie Lama

- o **$25**
- o 27 mos

---

John Jenkins

- o **$50**
- o 27 mos

---

Sally J Zito

- o **$100**
- o 27 mos

---

Anonymous

- o **$15**
- o 27 mos

---

Allison Bitner

- o **$20**
- o 27 mos

---

Anonymous

- o **$5**
- o 27 mos

---

Thomas Adams

- o **$10**
- o 27 mos

- William Fortney

  - **$25**
  - 27 mos



- Roger Staten

  - **$20**
  - 27 mos

- David Lewis

  - **$20**
  - 27 mos

- Anonymous

  - **$20**
  - 27 mos



- Patti Murphy

  - **$5**
  - 27 mos

- Cynthia Pavlos

  - **$50**
  - 27 mos

-

Miryam Howard

- o **$20**
- o 27 mos

Gerald Van Buren

- o **$20**
- o 27 mos

Gary Rado

- o **$25**
- o 27 mos

Linda Jens

- o **$10**
- o 27 mos

Anonymous

- o **$100**
- o 27 mos

john connelly

- o **$10**
- o 27 mos

Betty Wood

- o **$20**
- o 27 mos

- Kelly Laster

  - **$100**
  - 27 mos

- Anonymous

  - **$25**
  - 27 mos

- Anonymous

  - **$20**
  - 27 mos

- Marnie Walker

  - **$25**
  - 27 mos

- Marguerite Klimkowski

  - **$25**
  - 27 mos

- Alyce Michaud

  - **$50**
  - 27 mos

- Susan Meagher

- o **$5**
- o 27 mos



- 

Sharon Genovese

- o **$200**
- o 27 mos

- 

John and Lorna Wilson

- o **$50**
- o 27 mos

- 

Richard Moye

- o **$25**
- o 27 mos

- 

jerome amundson

- o **$100**
- o 27 mos

- 

Melody Dixon

- o **$20**
- o 27 mos

- 

Lonnie Young

- o **$20**
- o 27 mos

-

Annette Wood

- $50
- 27 mos

Sandra Haven

- $20
- 27 mos

Anonymous

- $10
- 27 mos

Deborah Bankston

- $20
- 27 mos

Anonymous

- $1,000
- 27 mos

Billy Morgan

- $20
- 27 mos

bean family Michigan bean

- $25
- 27 mos

- Maria Tinelli
  - **$25**
  - 27 mos

- Patricia Cornell
  - **$25**
  - 27 mos

- Pennygail Christensen
  - **$10**
  - 27 mos

- Anonymous
  - **$20**
  - 27 mos

- Stephen Torretto
  - **$50**
  - 27 mos

- Debra Thompson
  - **$50**
  - 27 mos

- Elizabeth ONeil Nelson

- $20
- 27 mos

---

Donald Mathews

- $25
- 27 mos



Jennifer Barnard

- $25
- 27 mos

Sheryll Jones

- $50
- 27 mos

Robert Raimondo

- $25
- 27 mos

Anonymous

- $10
- 27 mos

Anonymous

- $100
- 27 mos

Anonymous

- o **$10**
- o 27 mos

Suzette Viars

- o **$50**
- o 27 mos

Jay Downs

- o **$27**
- o 27 mos

Emily Thomas

- o **$50**
- o 27 mos

Anonymous

- o **$100**
- o 27 mos

raymond schell

- o **$25**
- o 27 mos

Anonymous

- o **$20**
- o 27 mos

- 
  Anonymous

  - **$10**
  - 27 mos

- 
  Andrew Prestianni

  - **$20**
  - 27 mos

- 
  Ann Marie MacDonald

  - **$25**
  - 27 mos

- 
  Cheri Richardson

  - **$77**
  - 27 mos

- 
  Michael Kusaj

  - **$50**
  - 27 mos

- 
  Michael Kline

  - **$20**
  - 27 mos

- 
  Karen and Bill Spitler

- o **$25**
- o 27 mos

- Chuck Booksh

  - o **$10**
  - o 27 mos

- Briggs Greene

  - o **$50**
  - o 27 mos

- John Selser

  - o **$10**
  - o 27 mos

- Tara Zacharzuk-marciano

  - o **$20**
  - o 27 mos

- Arlene Kelly

  - o **$10**
  - o 27 mos

- Anonymous

  - o **$50**
  - o 27 mos

Anonymous

- o **$5**
- o 27 mos

Anonymous

- o **$20**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos

donnie prather

- o **$100**
- o 27 mos

Moffa Family

- o **$20**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos

Patricia Thornburg

- o **$10**
- o 27 mos

- Ken Wells
  - **$100**
  - 27 mos

- Iris Burgos
  - **$10**
  - 27 mos

- Paula Haywood
  - **$20**
  - 27 mos

- Ronnette Benamati
  - **$100**
  - 27 mos

- Jef Glenn
  - **$50**
  - 27 mos

- Mark Carr
  - **$100**
  - 27 mos

- jim tidwell

- o **$10**
  - o 27 mos

- Deborah Bunn

  - o **$25**
  - o 27 mos

- Matt Bechtold

  - o **$25**
  - o 27 mos

- Paula Mashburn

  - o **$20**
  - o 27 mos

- Michele Preziosi

  - o **$50**
  - o 27 mos

- liliana reyes

  - o **$10**
  - o 27 mos

- Geoff & Lee Suleski

  - o **$20**
  - o 27 mos

Anonymous

- o **$10**
- o 27 mos

Byron Massey

- o **$10**
- o 27 mos

Jacqueline Lopez

- o **$20**
- o 27 mos



Al Desrosiers

- o **$10**
- o 27 mos

A LaManna

- o **$10**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos

Paul Johnson

- o **$50**
- o 27 mos

- Eugene Bressler

  - **$10**
  - 27 mos

- Charlton Martin

  - **$25**
  - 27 mos

- Michael Thayer

  - **$25**
  - 27 mos

- Anonymous

  - **$50**
  - 27 mos

- Louis Ciamillo

  - **$50**
  - 27 mos



- William Bronchick

  - **$100**
  - 27 mos

- Anonymous

- o **$25**
- o 27 mos

---

Leonard Skrezyna

- o **$10**
- o 27 mos

---

Josephine Cozzi

- o **$100**
- o 27 mos

---

Tamara Yount

- o **$20**
- o 27 mos

---

STEVEN STAnford

- o **$10**
- o 27 mos

---

Anonymous

- o **$5**
- o 27 mos

---

Cynthia Cook

- o **$25**
- o 27 mos

Marti Bryant

- **$20**
- 27 mos



Cheryl Chambers

- **$10**
- 27 mos

Anonymous

- **$20**
- 27 mos

Mike Boyle

- **$20**
- 27 mos

Anonymous

- **$25**
- 27 mos



Liza Sarinsky

- **$25**
- 27 mos

Jim Burger

- **$50**

- o 27 mos

-

Dennis Lehr

- o **$20**
- o 27 mos

-

Bev Keller

- o **$50**
- o 27 mos

-

Cindy Graham

- o **$25**
- o 27 mos



Julie Anderson

- o **$20**
- o 27 mos



Jan Wintermyer

- o **$20**
- o 27 mos



Robin Guerrero

- o **$25**
- o 27 mos

- DOUG BUCH

  - **$10**
  - 27 mos

- Sherry I Walker Jimenez

  - **$10**
  - 27 mos

  

- Clark Carroll

  - **$50**
  - 27 mos

- Gina Johnston

  - **$25**
  - 27 mos

- Ronald Spears

  - **$25**
  - 27 mos

- steve mckinley

  - **$20**
  - 27 mos

- David Olthoff

- **$50**
- 27 mos

Phillip Hall

- **$25**
- 27 mos

Nancy Breshears

- **$15**
- 27 mos

Mary Weber-Elias

- **$20**
- 27 mos

Jean Kloss

- **$10**
- 27 mos

Tim Leonard

- **$15**
- 27 mos

Anonymous

- **$20**
- 27 mos

Jan Sigstad

- o **$10**
- o 27 mos

Linda/Lance Yandell

- o **$10**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos

Caterina Rauso

- o **$10**
- o 27 mos

Karry Edmonds

- o **$50**
- o 27 mos

Chris Roche

- o **$100**
- o 27 mos

Philip Overby

- o **$5**
- o 27 mos

- Walter Mahan
  - **$25**
  - 27 mos

- Anonymous
  - **$100**
  - 27 mos

- John Kolar
  - **$50**
  - 27 mos

- Sara Anglin
  - **$100**
  - 27 mos



- Dennis Bennett
  - **$25**
  - 27 mos

- Richard Poulin
  - **$20**
  - 27 mos

- Kevin McCaughey

- **$50**
- 27 mos

---

Anonymous

- **$25**
- 27 mos

---

Tammie Marks

- **$25**
- 27 mos

---

William Welyczko

- **$5**
- 27 mos

---

Clarence Lester

- **$10**
- 27 mos

---

Anonymous

- **$25**
- 27 mos

---

Marilee Watts

- **$25**
- 27 mos

Roger Wray

- o **$10**
- o 27 mos

Connor Whigham

- o **$10**
- o 27 mos

Morris Pridgen

- o **$20**
- o 27 mos

Sandy Meade

- o **$25**
- o 27 mos

Anonymous

- o **$100**
- o 27 mos



Jerry Snow

- o **$10**
- o 27 mos

Mary Williamson

- o **$100**
- o 27 mos

- Chad Heathcote
  - **$25**
  - 27 mos

- Peggy Gerber
  - **$200**
  - 27 mos

- Anonymous
  - **$25**
  - 27 mos

- Amy Jackson
  - **$10**
  - 27 mos

- Rosanne Hughes
  - **$25**
  - 27 mos

- Michelle Mercurio
  - **$20**
  - 27 mos

- Philip Admire

- o **$10**
- o 27 mos

---

Anonymous

- o **$15**
- o 27 mos

---

Rich Dudek

- o **$20**
- o 27 mos

---

Viola Lewko

- o **$20**
- o 27 mos

---

Mark volkomener

- o **$10**
- o 27 mos

---

Anonymous

- o **$50**
- o 27 mos

---

Richard Boswell

- o **$25**
- o 27 mos

Dorothy Hudson

- **$10**
- 27 mos

Andrei Nabakowski

- **$50**
- 27 mos

Paulette jones

- **$10**
- 27 mos



Rennae & Vaughn Christman

- **$25**
- 27 mos

Leila Drawl

- **$20**
- 27 mos

Pamela Sturgis

- **$25**
- 27 mos

Don Dillman

- **$100**
- 27 mos

- Anonymous

  - **$10**
  - 27 mos

- Paul Carpenter

  - **$25**
  - 27 mos



- Chad Spenser

  - **$50**
  - 27 mos

- Rick Milham

  - **$25**
  - 27 mos

- Carlos Lechuga

  - **$17**
  - 27 mos



- Donna Powers

  - **$25**
  - 27 mos

Terry Cobb

- o **$100**
- o 27 mos

Chris Abohosh

- o **$100**
- o 27 mos

Billie Harwood

- o **$25**
- o 27 mos

Anonymous

- o **$100**
- o 27 mos

Marci Kitcho

- o **$20**
- o 27 mos

Adrian Wilson

- o **$50**
- o 27 mos

Jeff Treille

- o **$10**
- o 27 mos

- george volpe

  - **$5**
  - 27 mos

- Brandon Austin

  - **$20**
  - 27 mos

- Corey Mitchell

  - **$10**
  - 27 mos

- Rebecca Brown

  - **$25**
  - 27 mos

- Brenda Funes

  - **$20**
  - 27 mos

- Dean Stuenkel

  - **$50**
  - 27 mos



- Clark Farley

- $25
- 27 mos

---

- Anonymous

  - **$20**
  - 27 mos

---

- Anonymous

  - **$100**
  - 27 mos

---

- Brenda Minter

  - **$50**
  - 27 mos

---

- Nicole Paul

  - **$100**
  - 27 mos

---

- Bryan Benson

  - **$15**
  - 27 mos

---

- Juan Chico Nunez

  - **$7**
  - 27 mos

---

Kevin Rose

- o **$100**
- o 27 mos

Shannon Hoskins

- o **$60**
- o 27 mos

Anonymous

- o **$10**
- o 27 mos

Melissa Nicholas

- o **$20**
- o 27 mos

cindy haughn

- o **$20**
- o 27 mos



Cari Williford

- o **$50**
- o 27 mos

chris russell

- o **$110**
- o 27 mos

- Jeff Watson

  - **$10**
  - 27 mos

- Sandy Crist

  - **$100**
  - 27 mos

- Courtney Russell

  - **$25**
  - 27 mos



- Andy & Florence Rappold

  - **$50**
  - 27 mos



- Matt & Teriann Shrum

  - **$100**
  - 27 mos

- Jerry Klinger

  - **$1,000**
  - 27 mos

Craig Page

- $50
- 27 mos

John Lindskog

- $10
- 27 mos

Tan Dat

- $10
- 28 mos

Joe Basler

- $25
- 33 mos

Anonymous

- $30
- 33 mos

Anonymous

- $10
- 33 mos

John Williamson

- $2,800
- 41 mos

- Kattie Quattlebaum

  - **$15**
  - 41 mos

- Sarah Murphy

  - **$20**
  - 42 mos

- Donald Shamsie

  - **$100**
  - 42 mos

- Bob Johnson

  - **$100**
  - 42 mos

- Travis Ballard

  - **$91**
  - 42 mos



- Jim Hall

  - **$5**
  - 42 mos

- DON COOK

- o **$100**
  - o 42 mos

- Thomas Brennan
  - o **$5**
  - o 43 mos

- Agape Church
  - o **$4,300** (Offline)
  - o 43 mos

- Jerry Sue Guillot
  - o **$25**
  - o 43 mos

- John Williamson
  - o **$1,000**
  - o 43 mos

- John & Cyndi Root
  - o **$100**
  - o 43 mos

- Anonymous
  - o **$200**
  - o 43 mos

Jennifer Seibel

- o **$20**
- o 43 mos

Vida Velasco

- o **$18**
- o 43 mos

Gary Alaniz

- o **$500**
- o 43 mos

JD Gray

- o **$100**
- o 43 mos

John Williamson

- o **$4,500**
- o 43 mos



Matthew Olson

- o **$5**
- o 43 mos

Anonymous

- o **$50** (Offline)
- o 43 mos

- Anonymous
  - **$100** (Offline)
  - 43 mos

- Anonymous
  - **$200** (Offline)
  - 43 mos

- Anonymous
  - **$1,000** (Offline)
  - 43 mos

- Anonymous
  - **$100**
  - 43 mos

- Teriann Shrum
  - **$50**
  - 43 mos

- Leslie Stafford-Smith
  - **$100**
  - 43 mos

- Anonymous

- o **$25**
- o 43 mos

- Kim Pruitt

  - o **$10**
  - o 43 mos

- Anonymous

  - o **$100**
  - o 43 mos

- Mike Ogden

  - o **$100** (Offline)
  - o 43 mos

- Mary Rapert

  - o **$100** (Offline)
  - o 43 mos

- Clay Guinn

  - o **$100**
  - o 43 mos

- Konnie Summers

  - o **$5**
  - o 43 mos

Jeff Jones

- o **$100**
- o 43 mos

Anonymous

- o **$25**
- o 43 mos



Cotton Rohrscheib

- o **$100**
- o 43 mos

James Piraino

- o **$2,000**
- o 43 mos

Eric Duvall

- o **$10**
- o 43 mos

Carl McCool

- o **$20**
- o 43 mos

David Nicholas

- o **$10**
- o 43 mos

- Dan Sullivan

  - **$50**
  - 43 mos

- Jeffrey Moore

  - **$10**
  - 43 mos

- City of Refuge

  - **$500** (Offline)
  - 43 mos

- Richard Henley

  - **$10**
  - 43 mos

- Anonymous

  - **$50**
  - 43 mos

- Anonymous

  - **$20**
  - 43 mos

- Pamela Jenkins

- o **$40**
- o 43 mos

---

Rick Wylie

- o **$5**
- o 43 mos

---

Todd jackson

- o **$20**
- o 43 mos

---

Jason Everett

- o **$500**
- o 43 mos



Billy McPeake

- o **$100**
- o 43 mos

---

Angela Benight

- o **$10**
- o 43 mos

---

Rick Beck

- o **$100**
- o 43 mos

Bernice Tackett

- o **$50**
- o 43 mos

Anonymous

- o **$50**
- o 43 mos

Mike Ogden

- o **$100** (Offline)
- o 43 mos

Ruby Browers

- o **$200**
- o 43 mos

Anonymous

- o **$1,000** (Offline)
- o 43 mos

Anonymous

- o **$1,000** (Offline)
- o 43 mos

Anonymous

- o **$1,000** (Offline)
- o 43 mos

- Dawn Pinson

  - **$20**
  - 43 mos

- Anonymous

  - **$70**
  - 43 mos

- Lek Maz

  - **$50**
  - 43 mos

- Jana Della Rosa

  - **$100**
  - 43 mos

- Anonymous

  - **$10**
  - 43 mos

- Anonymous

  - **$15**
  - 43 mos

- Anonymous

- o **$50**
  - o 43 mos

- Anonymous

  - o **$25**
    - o 43 mos

- Anonymous

  - o **$15**
    - o 43 mos

- Darla Dunkin

  - o **$25**
    - o 43 mos

- Mickey Gates

  - o **$100**
    - o 43 mos

- Anonymous

  - o **$10**
    - o 43 mos

- PJ Puterbaugh

  - o **$100**
    - o 43 mos

Anonymous

- **$10**
- 43 mos

Anonymous

- **$50**
- 43 mos

Crystal Parker

- **$100**
- 43 mos

Harl&Danielle Pike

- **$20**
- 43 mos

Anonymous

- **$100**
- 43 mos

Anonymous

- **$100**
- 43 mos



Eva Kay Couch

- **$25**
- 43 mos

- David Wilson
  - **$25**
  - 43 mos

- Isaac Kovach
  - **$10**
  - 43 mos

- Larry and Melody Winsor
  - **$50**
  - 43 mos

- Rick Mangrum
  - **$100**
  - 43 mos

- Anonymous
  - **$100**
  - 43 mos

- Gary McAnelly
  - **$10**
  - 43 mos



- Brenda Jackson Staton

- o **$20**
- o 43 mos

---

Deborah Jeffs

- o **$100**
- o 43 mos

---

Scott & Courtney Love

- o **$25**
- o 43 mos

---

Connie Jones

- o **$25**
- o 43 mos

---

Fe Barton

- o **$25**
- o 43 mos

---

Anonymous

- o **$25**
- o 43 mos

---

Pat Malmstrom

- o **$500**
- o 43 mos

---

Charles Mathews

- o **$20**
- o 43 mos

---

Robert Sobczak

- o **$25**
- o 43 mos

---

James Quinn

- o **$50**
- o 43 mos

---

John Welsh

- o **$50**
- o 43 mos

---

Raymond Nabholz

- o **$100**
- o 43 mos

---

Ruby Browers

- o **$100**
- o 43 mos

---

Kelly Dollarhide

- o **$100**
- o 43 mos

- Dara Samuel

  - **$100**
  - 43 mos

- Chris Lambert

  - **$100**
  - 43 mos

- Neal Martin

  - **$100**
  - 43 mos



- CityGate Church

  - **$200**
  - 43 mos

- Clay Nash

  - **$100**
  - 43 mos

You've reached the end of the list

Close