### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DONNA CAVE,** *et al.***,**                                                                    **PLAINTIFFS**

**EUGENE LEVY,** *et al.***,**                                              **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE,** *et al.***,**                                                      **INTERVENORS**

**v.**                                         **Case No. 4:18-cv-00342-KGB**

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                                                      **DEFENDANT**

### ORDER

Before the Court is an unopposed motion for leave to file second amended complaint in intervention filed by intervenor plaintiffs the Satanic Temple ("TST") (Dkt. No. 67).   TST represents that the purpose of the proposed amendment is to withdraw its claim for monetary damages and to withdraw its jury demand (*Id.*, ¶ 3).  If the motion is granted, all relief requested by all plaintiffs would be limited to injunctive relief, declaratory relief, and costs of litigation (*Id.*, ¶ 5).  Thus, if this motion is granted, no party would be entitled to a jury trial (*Id.*).  TST attached the form of the proposed second amended complaint in intervention for the Court's review (Dkt. No. 67-1).

On June 3, 2019, TST advised all other parties of record of the desire to amend the complaint during a Rule 26(f) conference call, and no parties announced an objection (Dkt. No. 67, ¶ 4).  Defendant John Thurston filed a response to TST's motion on June 4, 2019 (Dkt. No. 68).  In his response, Mr. Thurston states that he does not object to TST's dismissal of its monetary claims for damages (*Id.*, ¶ 1).

Pursuant to Federal Rule of Civil Procedure 15(a)(2), more than 21 days after a pleading is served, the serving "party may amend its pleading only with the opposing party's written consent

or the court's leave."  Because Mr. Thurston does not oppose TST's motion, and because no other

party opposes the motion, the Court grants TST's motion to file an amended complaint and directs

TST to file its proposed amended complaint within ten days from the entry of this Order.

It is so ordered, this the 22nd day of October 2019.

Kristine G. Baker
United States District Judge