# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONNA CAVE**, *et al.*,                                                                                         **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                               **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                   **INTERVENORS**

v.                                       Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                                                                        **DEFENDANT**

## ORDER

     Before the Court is counsel of record for the plaintiffs David A. Niose's motion to withdraw as counsel of record (Dkt. No. 73). Mr. Niose moves to be withdrawn as an attorney of record in this matter pursuant to Local Rule 83.5(f). Mr. Niose stipulates that he is no longer employed with the American Humanist Association's Appignani Humanist Legal Center, which is one of the nonprofit organizations handling this litigation on behalf of plaintiffs (Dkt. No. 73, ¶ 1). Attorneys Gerry Schulze, Patrick Elliot, and Monica Miller will continue to represent plaintiffs, and Mr. Niose states that his withdrawal will not prejudice any party in this matter (*Id.*, ¶ 2). Thus, for good cause shown, the Court grants Mr. Niose's motion to withdraw as counsel of record. The Court directs the Clerk to terminate Mr. Niose as counsel of record for plaintiffs.

     It is so ordered, this the 24th day of October 2019.

                                                             Kristine G. Baker
                                                             United States District Judge