IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, *et al*                                                  PLAINTIFF

ANNE ORSI, *et al*                              CONSOLIDATED PLAINTIFFS

THE SATANIC TEMPLE, *et al*
INTERVENORS

V.                                Case No. 4:18-cv-00342-KGB

JOHN THURSTON, Arkansas Secretary of State
in his Official Capacity                                         DEFENDANT

**JOINT MOTION FOR LEAVE TO PROVIDE
AUDIO OF DEPOSITION OF SEN. JASON RAPERT
TO COURT REPORTER**

Plaintiffs, Consolidated Plaintiffs, Intervenors, Defendant, and Sen. Jason Rapert jointly move this Court to permit counsel for Consolidated Plaintiffs to provide the audio from the videotape of the deposition to Bonnie Parker, Court Reporter, and as grounds for the motion state:

1

1. The deposition of Sen. Jason Rapert was taken on September 12, 2019.

2. Pursuant to the Order of this Court of September 11, 2019, the electronic video of the deposition was retained by Gerry Shulze, counsel for Consolidated Plaintiffs. No copies of the deposition may be made without a further order of the Court. Doc. 78.

3. The Court Reporter preparing the stenographic record, Bonnie Parker, has had some equipment failures and computer crashes, leading to an inability to transcribe parts of the deposition.

4. Ms. Parker has asked for permission to use, for the sole purpose of preparing a final stenographic record of the deposition, the audio from the video recording of the deposition, which is in Mr. Schulze's possession pursuant to this Court's protective order of September 11, 2019.

5. All parties, and the witness, through their attorneys, have agreed to permit Mr. Schulze to provide the audio from the video recording to Ms. Parker for the sole purpose of making an accurate transcription of the portions of the deposition involved in the equipment failures. The parties expressly agree that the audio will not be used for any other purpose and will not be provided to anyone other than Ms. Parker.

6. The parties agree that Mr. Schulze, as the court-ordered custodian of the deposition recording, will be responsible for informing Ms. Parker of the terms of this agreement and obtaining a signed declaration (see Attachment A) from Ms. Parker to ensure her compliance with the protective order.

7. The parties agree that this limited release should have no bearing on the Court's ultimate ruling on the issues raised in the Motion to Quash and responses filed in opposition or in favor of that Motion.

8. The parties jointly request that the Court enter an order: (1) permitting Mr. Schulze to release the audio to Ms. Parker, and obligating him to obtain a signed declaration ensuring her compliance with the terms of this agreement; and (2) extending its Protective Order to provide that she shall be responsible for maintaining its confidentiality.

Respectfully Submitted

Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsmp.law

/s/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze
Attorney for Consolidated Plaintiffs

Ark. Bar No. 83156
gschulze@bsmp.law

*Attorney for Consolidated Plainitffs*


LAVEY AND BURNETT
By *Electronically Approved 10/25/2019 .*
John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone: (501) 376-2269
Facsimile: (501) 372-1134
E-mail: jburnett@laveyandburnett.corn

*Attorney for the Cave Plaintiffs and
On behalf of the Arkansas Civil Liberties
Union Foundation*


KEZHAYA LAW PLC
By: *Electronically Approved 10/25/2019*
Matthew A. Kezhaya
1202 NE McClain Road
Bentonville, AR 72712
Telephone: (479) 431-6112
Facsimile: (479) 282-2892
E-mail: matt@kezhaya.law

*Attorneys for Intervenors The Satanic
Temple, Doug Misicko, aka "Lucien
Greaves" and Erika Robbins*


LESLIE RUTLEDGE
Attorney General of Arkansas
By: Electronically Approved 10/ /2019
Nicholas J. Bronni (2016097)
Solicitor General of Arkansas

4

Michael A. Cantrell (2012287)
Assistant Solicitor General

ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-2007
Facsimile: (501) 682-8162
E-mail: Nicholas.Bronni@ArkansasAG.gov

*Electronically Approved 10/25/2019*
Gary L. Sullivan (92051)
Managing Attorney
Arkansas Secretary of State's Office
Suite 256 — State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
Telephone: (501) 682-3401
Facsimile: (501) 682-1213

*Electronically Approved 10/25/2019*
Hiram Sasser
Michael Berry
Lea Patterson

FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
hsasser@firstliberty.org
mberry@firstliberty.org
lepatterson@firstliberty.org

*Attorneys for Defendant Secretary of State John Thurston*

5

LESLIE RUTLEDGE
Attorney General of Arkansas
By: Electronically Approved 10/ /2019
Dylan L. Jacobs (2016167)
Assistant Solicitor General
E-mail: Dylan.Jacobs@ArkansasAG.gov
ARKANSAS ATTORNEY GENERAL'S OFFICE
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-2007
Facsimile: (501) 682-8162

*Attorneys for Sen. Jason Rapert
in his official capacity*

*Electronically Approved 10/28/2019*
Paul Byrd, Bar No. 85020
Paul Byrd Law Firm, PLLC
415 N. McKinley Suite 210
Little Rock, AR 72205
Phone: (501) 420-3050
Fax: (501) 420-3128
paul@paulbyrdlawfirm.com
*Attorney for Sen. Jason Rapert in his
individual capacity.*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE,** *et al* | **PLAINTIFF** |
| **ANNE ORSI,** *et al* | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE,** *et al* | **INTERVENORS** |
| **V.**    Case No. 4:18-cv-00342-KGB | |
| **JOHN THURSTON, Arkansas Secretary of State** | |
| **in his Official Capacity** | **DEFENDANT** |

## DECLARATION– ATTACHMENT A

The undersigned agrees as follows:

1. I have received a copy of the Protective Order entered by the Court in the above-captioned case.

2. I have reviewed the Protective Order and hereby agree to be bound by its terms and provisions.

3. I agree to be subject to the jurisdiction of this Court for enforcement of the Protective Order.

Dated: _____

Name: _____

Signature: _____