IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v.        No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

**MOTION TO COMPEL RESPONSES FROM INTERVENORS
AND ENFORCE AGREEMENT BETWEEN COUNSEL**

Arkansas Secretary of State John Thurston, through counsel, states for his motion as follows:

1. The Satanic Temple Intervenors refuse to provide proper responses to Defendant's reasonable discovery requests. Following months of unsuccessful, good-faith efforts to obtain these responses, Defendant now moves this Court for an order compelling *signed* responses from all Intervenors; compelling Intervenors to provide information and documents responsive to their requests; enforcing an agreement between counsel concerning discovery; and deeming all Intervenors' objections waived.

2. First, Intervenors have waived all objections by failing to state them with specificity. Fed. R. Civ. P. 33(b)(5). This includes all generic objections stated by Intervenors in

their initial and supplemental responses. Exh. B; Exh. D. Defendant requests that the Court deem all Intervenors' generic objections waived.

3. Second, the Rules require that the answers to interrogatories must be signed by the party making the answers. Fed. R. Civ. P. 33(b)(5). Counsel for Intervenors admits that Intervenors have failed to provide answers signed by the parties. Exh. G at 1. Defendant requests that this Court order the Satanic Temple, Doug Misicko, and Erika Robbins to provide *signed* answers to the interrogatories.

4. Third, besides the signing issue, the Satanic Temple and Doug Misicko have failed to provide proper responses to many of Defendants' interrogatories and requests for production. Defendant requests that this Court order these Intervenors to provide proper responses to these discovery requests.

5. Finally, there is an agreement between counsel concerning the production of information and documents relating to proceeds from purchases and contributions made through various websites created by the Satanic Temple. Despite counsel's "personal word" that the Satanic Temple would abide by the agreement, it refuses to do so. Defendant requests that this Court enforce the agreement between counsel.

6. Defendant certifies that he has in good faith made repeated efforts to obtain proper, signed responses and production of documents without this Court's intervention.

7. In support of this motion, Defendant relies on his exhibits and brief submitted simultaneously herewith.

Therefore, Defendant respectfully requests that the Court grant its motion.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By: */s/ Michael A. Cantrell*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Vincent M. Wagner (2019071)
  Deputy Solicitor General
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:   (501) 682-2007
Fax:  (501) 682-2591
Michael.Cantrell@ArkansasAG.gov

Gary L. Sullivan, Ark Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*