**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| **v.**          No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

<u>**DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO THE INTERVENORS**</u>

Defendant, Secretary of State John Thurston, in his official capacity, through

counsel, propound the following interrogatories and requests for production to the

Intervenors to be answered in the time and manner prescribed by the Federal Rules of Civil

Procedure.

\*          \*          \*

Please note that in what follows, a pair or list of items using "or" shall be read

inclusively such that "x, y, or z" shall be understood to mean "x or y or z or some of the

preceding or all of the preceding."

**INTERROGATORY NO. 1:** Please state the full legal name, employer, title,

address, and telephone number of every person answering any interrogatory from the

Defendant to any Intervenor, as well as every person who was consulted, supplied information, or otherwise assisted in answering those interrogatories or in responding to the Defendant's requests for production.

**INTERROGATORY NO. 2:** Please state the full legal name, employer, title, address, and telephone number of every person whom the Intervenors intend, or reasonably anticipate, calling as a witness in the trial of this matter, the subject matter to which each person will testify, and the substance of the facts to which each person will testify.

**INTERROGATORY NO. 3:** Please state the full legal name, employer, title, address, and telephone number of every expert witness on whom the Intervenors rely in making the allegations of the "Proposed Amended Complaint in Intervention" (i.e., Doc. 40, hereafter "Amended Complaint"), or whom the Intervenors intend, or reasonably anticipate, calling as an expert witness in the trial of this matter.

**REQUEST FOR PRODUCTION NO. 1:** For every expert witness that the Intervenors intend to call, or reasonably anticipate calling, at trial, please produce a copy of that person's C.V., any report prepared by him or her, and any materials he or she relied on when preparing his or her report.

**REQUEST FOR PRODUCTION NO. 2:** Please produce a copy of every record or item of whatever kind that the Intervenors refer to in the Amended Complaint or on which they rely in making their allegations in the Amended Complaint, including, among others, all webpages, articles, or other records of whatever kind concerning the Satanic Temple, Baphomet (as alleged in paragraphs 15-17), the Satanic Temple's application and presentations (as alleged in paragraph 18-22), statements by Sen. Jason Rapert (as alleged in

paragraph 23), emails and follow-up emails to members of the General Assembly and responses (as alleged in paragraphs 31-34).

**REQUEST FOR PRODUCTION NO. 3:** Please produce a copy of every record or item of whatever kind that the Intervenors intend to introduce, or reasonably anticipate introducing, as evidence in the trial of this matter, or intend to use or reasonably anticipate using to refresh the recollection of any witness or to impeach any witness.

**REQUEST FOR PRODUCTION NO. 4:** Please produce a copy of every record or item of whatever kind to which the Intervenors refer or on which they rely in making their initial disclosures.

**INTERROGATORY NO. 4:**  Please identify which specific regulations and which specific zoning requirements you claim apply generally to monuments on state capitol grounds, as set forth on page two of your Amended Complaint.

**REQUEST FOR PRODUCTION NO. 5:** Please produce a copy of all records, documents, recordings, or other items that evidence or pertain to any loss (whether economic or non-economic) that the Intervenors claim to have suffered, including, without limitation, bills, receipts, and statements or other records of expenses paid or incurred by any Intervenor.

**REQUEST FOR PRODUCTION NO. 6:** Please produce a copy of all documents and electronically stored information (ESI) identified in sections 2 and 3 of the Satanic Temple's initial disclosures.

**REQUEST FOR PRODUCTION NO. 7:** Please produce a copy of any and all email correspondence referred to in Paragraphs 31–34 of the Satanic Temple's Proposed Second Amended Complaint in Intervention.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:    (501) 682-2007
Fax:    (501) 682-2591
Email: Nicholas.Bronni@ArkansasAG.gov

Gary L. Sullivan, Ark. Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael A. Cantrell, hereby certify that on June 21, 2019, I served the foregoing by email to the following:

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Matthew Kezhaya
matt@kezhaya.law
*Attorney for Intervenors*

*/s/ Michael A. Cantrell*
Michael A. Cantrell

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, JUDITH LANSKY,                                    PLAINTIFFS
PAT PIAZZA, and SUSAN RUSSELL

ANNE ORSI, AMERICAN HUMANIST            CONSOLIDATED PLAINTIFFS
ASSOCIATION, FREEDOM FROM
RELIGION FOUNDATION, INC.,
ARKANSAS SOCIETY OF FREETHINKERS,
JOAN DIETZ, GALE STEWART, RABBI
EUGENE LEVY, REV. VICTOR H. NIXON,
TERESA GRIDER, and WALTER RIDDICK

THE SATANIC TEMPLE, DOUG MISICKO                    INTERVENORS
aka "LUCIEN GREAVES," and ERIKA
ROBBINS

v.                         No. 4:18CV00342 KGB/BD

JOHN THURSTON, Arkansas Secretary of State,
in his official capacity                                      DEFENDANT

### DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DOUG MISICKO

Defendant, Secretary of State John Thurston, in his official capacity, through

counsel, propound the following interrogatories and requests for production to Doug

Misicko to be answered in the time and manner prescribed by the Federal Rules of Civil

Procedure.

*       *       *

Please note that in what follows, a pair or list of items using "or" shall be read

inclusively such that "x, y, or z" shall be understood to mean "x or y or z or some of the

preceding or all of the preceding."

**INTERROGATORY NO. 1:** Please identify every date from January 1, 2015, to the

present that you have visited the Arkansas State Capitol grounds, specifying for each date

every reason for your visit; every office, room, or other specific location visited; the specific route across the State Capitol grounds that you traversed; whether you made any alteration in your route across the Arkansas State Capitol grounds; and the nature and duration of any contact with the Ten Commandments monument. If you cannot provide exact dates, then please provide the best estimation of those dates.

**INTERROGATORY NO. 2:** Please state your full legal name, age, address, and all names and aliases used by you or by which you have been known at any time; Social Security Number, present occupation and employer; current and former user names for every social media account you have used to obtain or disseminate information about the Ten Commandments Monument Display Act, the Ten Commandments monument, the American Heritage and History Foundation, Senator Jason Rapert, Representative Kim Hammer, the Arkansas Secretary of State, Arkansas Act 274 of 2017, the Satanic Temple, the Baphomet statue, or this lawsuit.

**INTERROGATORY NO. 3:** Please identify every lawsuit or legal proceeding of whatever kind to which you have been a party or in which you have served as a witness, whether civil or criminal, specifying the court, the court's location and jurisdiction, the case number, the filing date, every claim made or charge brought by or against you (whether or not dismissed, nolle prossed, etc.), and the outcome of the proceeding. Please exclude any misdemeanor charge, or any civil action by or against you unrelated to the First or Fourteenth Amendments, that was brought more than 10 years prior to the filing of the Intervenors' Amended Complaint.

**REQUEST FOR PRODUCTION NO. 1:** Please produce a copy of every document, social media posting, item of web-based content, article, recording, note,

memorandum, word processor or computer entry, letter, diary entry, calendar note, date book, photograph, or any other record of whatever kind created by you or on your behalf that contains any information pertaining to your opinions on or engagement with the Ten Commandments Monument Display Act, the Ten Commandments monument, the American Heritage and History Foundation, Senator Jason Rapert, Representative Kim Hammer, the Arkansas Secretary of State, Arkansas Act 274 of 2017, or this lawsuit.

**INTERROGATORY NO. 4:** Please identify everything that the Ten Commandments Monument Display Act, the Ten Commandments monument, the Arkansas Secretary of State, or any Arkansas state official or entity, has coerced you, by force of law or threat of penalty, to do.

**INTERROGATORY NO. 5:** Please identify every benefit or burden that the Ten Commandments Monument Display Act, the Ten Commandments monument, the Arkansas Secretary of State, or any Arkansas state official or entity has conditioned upon your obeying any or all of the Ten Commandments as set forth in the Ten Commandments Monument Display Act or the Ten Commandments monument.

**REQUEST FOR PRODUCTION NO. 2:** Please produce every record that you or your attorney has received at any time since January 1, 2015, from any person, organization, or entity that is not a party to this lawsuit or pursuant to the Freedom of Information Act in connection with the Ten Commandments Monument Display Act, the Ten Commandments monument, the American Heritage and History Foundation, Senator Jason Rapert, Representative Kim Hammer, the Arkansas Secretary of State, Arkansas Act 274 of 2017, the Baphomet statue, or this lawsuit.

**INTERROGATORY NO. 6:** Please state whether you have sought any kind of treatment, therapy, or counseling as a direct result of the Ten Commandments Display Act, the Ten Commandments monument, or any action or omission of any Arkansas state official or entity, identifying the name, address, telephone number, and occupation of every person providing the treatment, therapy, or counseling and all records documenting that treatment, therapy, or counseling.

**REQUEST FOR PRODUCTION NO. 3:** Please produce every record that you identified in your response to the previous interrogatory.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:    (501) 682-2007
Fax:   (501) 682-2591
Email: Nicholas.Bronni@ArkansasAG.gov

4

Gary L. Sullivan, Ark. Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

## CERTIFICATE OF SERVICE

I, Michael A. Cantrell, hereby certify that on June 21, 2019, I served the foregoing by email to the following:

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Matthew Kezhaya
matt@kezhaya.law
*Attorney for Intervenors*

*/s/ Michael A. Cantrell*
Michael A. Cantrell

5

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,** | **PLAINTIFFS** |
| **PAT PIAZZA, and SUSAN RUSSELL** | |
| | |
| **ANNE ORSI, AMERICAN HUMANIST** | **CONSOLIDATED PLAINTIFFS** |
| **ASSOCIATION, FREEDOM FROM** | |
| **RELIGION FOUNDATION, INC.,** | |
| **ARKANSAS SOCIETY OF FREETHINKERS,** | |
| **JOAN DIETZ, GALE STEWART, RABBI** | |
| **EUGENE LEVY, REV. VICTOR H. NIXON,** | |
| **TERESA GRIDER, and WALTER RIDDICK** | |
| | |
| **THE SATANIC TEMPLE, DOUG MISICKO** | **INTERVENORS** |
| **aka "LUCIEN GREAVES," and ERIKA** | |
| **ROBBINS** | |
| | |
| **v.**          **No. 4:18CV00342 KGB/BD** | |
| | |
| **JOHN THURSTON, Arkansas Secretary of State,** | |
| **in his official capacity** | **DEFENDANT** |

### DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO ERIKA ROBBINS

Defendant, Secretary of State John Thurston, in his official capacity, through counsel, propound the following interrogatories and requests for production to Erika Robbins to be answered in the time and manner prescribed by the Federal Rules of Civil Procedure.

\*          \*          \*

Please note that in what follows, a pair or list of items using "or" shall be read inclusively such that "x, y, or z" shall be understood to mean "x or y or z or some of the preceding or all of the preceding."

**INTERROGATORY NO. 1:** Please identify every date from January 1, 2015, to the present that you have visited the Arkansas State Capitol grounds, specifying for each date

every reason for your visit; every office, room, or other specific location visited; the specific route across the State Capitol grounds that you traversed; whether you made any alteration in your route across the Arkansas State Capitol grounds; and the nature and duration of any contact with the Ten Commandments monument. If you cannot provide exact dates, then please provide the best estimation of those dates.

**INTERROGATORY NO. 2:** Please state your full legal name, age, address, and all names and aliases used by you or by which you have been known at any time; Social Security Number, present occupation and employer; current and former user names for every social media account you have used to obtain or disseminate information about the Ten Commandments Monument Display Act, the Ten Commandments monument, the American Heritage and History Foundation, Senator Jason Rapert, Representative Kim Hammer, the Arkansas Secretary of State, Arkansas Act 274 of 2017, the Satanic Temple, the Baphomet statue, or this lawsuit.

**INTERROGATORY NO. 3:** Please identify every lawsuit or legal proceeding of whatever kind to which you have been a party or in which you have served as a witness, whether civil or criminal, specifying the court, the court's location and jurisdiction, the case number, the filing date, every claim made or charge brought by or against you (whether or not dismissed, nolle prossed, etc.), and the outcome of the proceeding. Please exclude any misdemeanor charge, or any civil action by or against you unrelated to the First or Fourteenth Amendments, that was brought more than 10 years prior to the filing of the Complaint.

**REQUEST FOR PRODUCTION NO. 1:** Please produce a copy of every document, social media posting, item of web-based content, article, recording, note,

2

memorandum, word processor or computer entry, letter, diary entry, calendar note, date book, photograph, or any other record of whatever kind created by you or on your behalf that contains any information pertaining to your opinions on or engagement with the Ten Commandments Monument Display Act, the Ten Commandments monument, the American Heritage and History Foundation, Senator Jason Rapert, Representative Kim Hammer, the Arkansas Secretary of State, Arkansas Act 274 of 2017, or this lawsuit.

**INTERROGATORY NO. 4:** Please identify everything that the Ten Commandments Monument Display Act, the Ten Commandments monument, the Arkansas Secretary of State, or any Arkansas state official or entity, has coerced you, by force of law or threat of penalty, to do.

**INTERROGATORY NO. 5:** Please identify every benefit or burden that the Ten Commandments Monument Display Act, the Ten Commandments monument, the Arkansas Secretary of State, or any Arkansas state official or entity has conditioned upon your obeying any or all of the Ten Commandments as set forth in the Ten Commandments Monument Display Act or the Ten Commandments monument.

**REQUEST FOR PRODUCTION NO. 2:** Please produce every record that you or your attorney has received at any time since January 1, 2015, from any person, organization, or entity that is not a party to this lawsuit or pursuant to the Freedom of Information Act in connection with the Ten Commandments Monument Display Act, the Ten Commandments monument, the American Heritage and History Foundation, Senator Jason Rapert, Representative Kim Hammer, the Arkansas Secretary of State, Arkansas Act 274 of 2017, the Baphomet statue, or this lawsuit.

3

**INTERROGATORY NO. 6:** Please state whether you have sought any kind of treatment, therapy, or counseling as a direct result of the Ten Commandments Display Act, the Ten Commandments monument, or any action or omission of any Arkansas state official or entity, identifying the name, address, telephone number, and occupation of every person providing the treatment, therapy, or counseling and all records documenting that treatment, therapy, or counseling.

**REQUEST FOR PRODUCTION NO. 3:** Please produce every record that you identified in your response to the previous interrogatory.

**INTERROGATORY NO. 7:** Please identify the date you became an official member of the Satanic Temple and what requirements you had to meet to become an official member. If you cannot provide an exact date, then please provide the best estimation of the date.

**REQUEST FOR PRODUCTION NO. 4:** Please produce every record of whatever kind that shows your official membership status in the Satanic Temple.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:    (501) 682-2007
Fax:    (501) 682-2591
Email: Nicholas.Bronni@ArkansasAG.gov

4

Gary L. Sullivan, Ark. Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

## CERTIFICATE OF SERVICE

I, Michael A. Cantrell, hereby certify that on June 21, 2019, I served the foregoing by email to the following:

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Matthew Kezhaya
matt@kezhaya.law
*Attorney for Intervenors*

*/s/ Michael A. Cantrell*
Michael A. Cantrell

5

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONNA CAVE, JUDITH LANSKY,**                                 **PLAINTIFFS**
**PAT PIAZZA, and SUSAN RUSSELL**

**ANNE ORSI, AMERICAN HUMANIST**                    **CONSOLIDATED PLAINTIFFS**
**ASSOCIATION, FREEDOM FROM**
**RELIGION FOUNDATION, INC.,**
**ARKANSAS SOCIETY OF FREETHINKERS,**
**JOAN DIETZ, GALE STEWART, RABBI**
**EUGENE LEVY, REV. VICTOR H. NIXON,**
**TERESA GRIDER, and WALTER RIDDICK**

**THE SATANIC TEMPLE, DOUG MISICKO**                      **INTERVENORS**
**aka "LUCIEN GREAVES," and ERIKA**
**ROBBINS**

**v.**                      **No. 4:18CV00342 KGB/BD**

**JOHN THURSTON, Arkansas Secretary of State,**
**in his official capacity**                                           **DEFENDANT**

**<u>DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS
FOR PRODUCTION OF DOCUMENTS TO THE SATANIC TEMPLE</u>**

Defendant, Secretary of State John Thurston, in his official capacity, through

counsel, propound the following interrogatories and requests for production to the Satanic

Temple to be answered in the time and manner prescribed by the Federal Rules of Civil

Procedure.

\*      \*      \*

Please note that in what follows, a pair or list of items using "or" shall be read

inclusively such that "x, y, or z" shall be understood to mean "x or y or z or some of the

preceding or all of the preceding."

**INTERROGATORY NO. 1:** Please state the Satanic Temple's full legal name; all

names and aliases used by the Satanic Temple or by which the Satanic Temple has been

known at any time; the Satanic Temple's legal entity type and all dates of any current or former incorporation or legal creation, specifying all states under whose laws the Satanic Temple has existed at any time; the full legal name and title of each current and former employee, officer, director, manager, board member, advisory member, or person or entity holding any other position of responsibility or leadership, whether compensated or not.

**REQUEST FOR PRODUCTION NO. 1:** Please produce copies of all current and former articles of incorporation or analogous documents filed with any state evincing the Satanic Temple's creation as a corporate entity; and copies of all current and former bylaws, operating agreements, or analogous documents.

**INTERROGATORY NO. 2:** Please identify all persons or entities in whose name(s) each of the following domains has been registered at any time, and identify all persons or entities that have produced, published, or maintained any content accessible from that domain at any time: http://www.thesatanictemple.com, https://afterschoolsatan.com/, https://religiousreproductiverights.com/, https://protectchildrenproject.com/, https://greyfaction.org/, http://dougmesner.com/, http://www.process.org, http://www.westboro-baptists.com, and https://salemartgallery.com/.

**REQUEST FOR PRODUCTION NO. 2:** Please produce a copy of the Satanic Temple's year-end budgets for the years 2015, 2016, 2017, and 2018, and a copy of the Satanic Temple's current operating budget. Include in each budget, among other things, the Satanic Temple's sources of income, liabilities, categorized expenditures, and recipients of the Satanic Temple's tax-exempt contributions.

**REQUEST FOR PRODUCTION NO. 3:** Please produce a copy of the Satanic Temple's state and federal tax returns for 2015, 2016, 2017, and 2018.

2

**INTERROGATORY NO. 3:** Please identify the Satanic Temple's current and any former tax status (e.g., taxable, tax exempt, etc.) with both its state of incorporation and the Internal Revenue Service, and identify all records relating to those statuses, including among other things, application materials, completed forms, correspondence, etc. Please specifically identify any records that recognize the Satanic Temple as a "church" or religious organization.

**REQUEST FOR PRODUCTION NO. 4:** Please produce a copy of all records identified in your response to the previous interrogatory.

**INTERROGATORY NO. 4:** Please identify all persons or entities that have received proceeds from purchases made through the Satanic Temple's website as well as from contributions made through each of the following webpages: https://thesatanic temple.com/collections/contribute-to-the-satanic-temple-campaigns/products/donate-to-the-satanic-temple, https://thesatanictemple.com/products/after-school-satan-campaign, https://thesatanictemple.com/collections/contribute-to-the-satanic-temple-campaigns/products/support-grey-faction, https://thesatanictemple.com/collections/contribute-to-the-satanic-temple-campaigns/products/protect-children-project, https://religious reproductiverights.com/lawsuit-status/donate-to-religious-reproductive-rights, http://www.indiegogo.com/projects/put-a-satanic-monument-at-ok-capitol/, https://www.indiegogo.com/projects/the-satanic-temple-adopt-a-highway-campaign, https://www.generosity.com/memorial-fundraising/the-satanic-temple-veterans-monument.

**INTERROGATORY NO. 5:** Please identify all persons or entities that received the proceeds when contributions were made through the "Bring Baphomet to Arkansas!" website, accessible at https://www.flipcause.com/secure/cause_pdetails/Mzg4NTY=.

**REQUEST FOR PRODUCTION NO. 5:** Please produce a copy of all records showing all proceeds from contributions made through the "Bring Baphomet to Arkansas!" website received by the persons or entities identified in response to the previous interrogatory.

**INTERROGATOY NO. 6:** Please identify what dollar amount of the proceeds received through the "Bring Baphomet to Arkansas!" website was used to pay for or offset the costs of taking the Baphomet statue to the Arkansas state capitol for the rally on or about August 16, 2018.

**REQUEST FOR PRODUCTION NO. 6:** Please produce a copy of all records showing the use of the proceeds received through the "Bring Baphomet to Arkansas!" website to pay for or offset the costs of taking the Baphomet statue to the Arkansas state capitol for the rally on or about August 16, 2018.

**INTERROGATORY NO. 7:** Please identify all persons or entities that were involved in, or paid costs associated with, the design, construction, or modification of the Baphomet statue as well as all persons or entities that have a legal or equitable interest in the statue.

**REQUEST FOR PRODUCTION NO. 7:** Please produce a copy of all records showing the legal or equitable interests in the Baphomet statute of the persons or entities identified in the previous interrogatory.

4

**INTERROGATORY NO. 8:** Please explain the various symbolic elements or aspects of the Baphomet monument, specifying the inspiration, significance, or meaning of each element or aspect.

**REQUEST FOR PRODUCTION NO. 8:** Please produce copies of all videos and photographs created by or for the Satanic Temple (or by or for any person currently or formerly associated with the Satanic Temple), related to the rally in support of Rick Scott on or about January 25, 2013; the "pink mass" in or around Meridian, Mississippi, on or about July 2013; the installation of the second Ten Commandments monument on the Arkansas state capitol grounds on or about April 26, 2018; and the "rally for religious liberty" on the Arkansas state capitol grounds on or about August 16, 2018.

**REQUEST FOR PRODUCTION NO. 9:** Please produce copies of all videos or promotional materials created or used to publicize or promote the After School Satan Club.

**INTERROGATORY NO. 9:** Please identify all legal and financial relationships the Satanic Temple has had at any time with Doug Misicko, Cevin Soling, United Federation of Churches, LLC; Reason Alliance, Ltd; The Alliance for Self-Directed Education, Inc; Alliance for Integrity and Justice Ltd.; and Spectacle Films.

**INTERROGATORY NO. 10:** Please identify every lawsuit or legal proceeding of whatever kind to which the Satanic Temple has been a party since 2013, whether civil or criminal, specifying the court, the court's location and jurisdiction, the case number, the filing date, every claim made or charge brought by or against the Satanic Temple (whether or not dismissed, etc.), and the outcome of the proceeding.

**REQUEST FOR PRODUCTION NO. 10:** Please produce a copy of all tenets or statements of belief that the Satanic Temple holds as in some manner authoritative or as completely or substantially expressing the commitments of its members or leadership.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:      (501) 682-2007
Fax:    (501) 682-2591
Email: Nicholas.Bronni@ArkansasAG.gov

Gary L. Sullivan, Ark. Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael A. Cantrell, hereby certify that on June 21, 2019, I served the foregoing by email to the following:

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Matthew Kezhaya
matt@kezhaya.law
*Attorney for Intervenors*

<u>*/s/ Michael A. Cantrell*</u>
Michael A. Cantrell

7