IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                              **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                    **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                            **INTERVENORS**

v.                                      Case No. 4:18-cv-00342-KGB

**JOHN THURSTON**, Arkansas Secretary
of State, in his official capacity                                                                       **DEFENDANT**

## ORDER

Pending before the Court is separate plaintiff Joan Dietz's motion to dismiss party (Dkt. No. 72). In her motion, Ms. Dietz moves to withdraw as a plaintiff in this matter due to unforeseen personal complications that she states have nothing to do with the facts of this case (*Id.*, ¶¶ 1-2). Ms. Dietz asserts that there remain other plaintiffs with the same interests as Ms. Dietz and that this case should continue to proceed on behalf of all other plaintiffs (*Id.*, ¶ 3). No party has responded to this motion, and the time to file a response has passed. Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." For good cause shown, the Court grants Ms. Dietz's motion (Dkt. No. 72). Joan Dietz is hereby dismissed without prejudice as a plaintiff from this action.

So ordered this the 5th day of December, 2019.

_____
Kristine G. Baker
United States District Judge