IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, et al                                                                  PLAINTIFF

V.                                       Case No. 4:18-cv-00342-KGB

MARK MARTIN, Arkansas Secretary of State
in his Official Capacity                                                           DEFENDANT

## *ORSI* PLAINTIFFS' RESPONSE TO DEFENDANT'S
## MOTION FOR EXTENSION OF TIME

Come the *Orsi* Plaintiffs through their local counsel, J.G. "Gerry" Schulze, and for their response to Defendant's Motion for Extension of Time state:

1.      The *Orsi* Plaintiffs' local counsel, Gerry Schulze, is currently in trial in Bentonville, Arkansas.  The case has gone on for a week and our ambition is to see it go to the jury sometime Monday, December 16, 2019, however this case has taken longer than expected at every turn.  Even if the case goes to the jury on Monday, it may well put off Plaintiff's counsel's return to Little Rock until Tuesday.

2. The Defendants asked the *Orsi* Plaintiffs if we would have any objection to an extension by an electronic mail sent on Wednesday, December 11, 2019.  Plaintiff's counsel responded that he was in trial.  Defendants asked if the *Orsi* Plaintiffs would agree to an extension by Friday.  Plaintiff's counsel made it clear that he could not consent by Friday because he was in trial and he needed to consult with people before deciding whether to consent.  Exhibit 1.

3. Defendant's expert report and Plaintiff's expert report were both filed on the days provided by the scheduling Order.

4. Plaintiff's expert witness should be no surprise to anyone, given that a book authored by Plaintiff's expert witness was cited as authority in response to an interrogatory on this very subject.  Plaintiff's counsel can retrieve that Interrogatory response when he is back in his office.

5. Defendant's request that all responses be filed within five days is an obvious attempt to exploit the fact that the undersigned is in trial and would likely not be able to confer with clients and co-counsel and respond within the designated five days.

6. Defendant has had ample time to discover anything relevant to this case from the intervenors pursuant to the tentative scheduling orders and the final scheduling order.

7.    Expert witnesses can be deposed by telephone or videoconferencing.

8.    Because of the circumstances described above, the undersigned is filing this partial response on the weekend.

WHEREFORE, Defendant's request for an expedited ruling should be denied. Plaintiff's counsel will endeavor to discuss the matter with the necessary persons *after* returning to Little Rock from trial and will respond to Defendants' motion at that time.

Respectfully Submitted

MONICA L. MILLER
Attorney for Plaintiffs
American Humanist Association
1777 T Street N.W.
Washington, D.C. 20009
Telephone: (202) 238-9088
Facsimile: (202) 238-9003
Email: mmiller@americanhumanist.org
CA Bar: 288343 / DC Bar: 101625

PATRICK C. ELLIOTT
Senior Counsel
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443
WI Bar No. 1074300

Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsmp.law

/s/ Gerry Schulze
J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsmp.law