

Gerry Schulze <gerrysch@b-s-m-law.com>

## Re: Remaining depositions / discovery extension
1 message

**Gerry Schulze** <gschulze@b-s-m-law.com>  Wed, Dec 11, 2019 at 12:43 PM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>
Bcc: Monica Miller <mmiller@americanhumanist.org>, Patrick Elliott <patrick@ffrf.org>

I won't be able to consent by the end of the week. I have people whom I have to consult.

On Wed, Dec 11, 2019, 12:14 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

> Thanks, Gerry. The Cave Plaintiffs have stated that they have no objection to the 90-day extension, just FYI. We'd appreciate your consent as well. We hope to file the motion by the end of the week.
>
> Regards,
>
> Mike
>
> **From:** Gerry Schulze [mailto:gschulze@b-s-m-law.com]
> **Sent:** Wednesday, December 11, 2019 12:11 PM
> **To:** Michael Cantrell
> **Subject:** Re: Remaining depositions / discovery extension
>
> I'm in trial. It will probably go through Friday.
>
> On Wed, Dec 11, 2019, 10:09 AM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:
>
>> Gerry,
>>
>> Good morning. In light of the difficulty of getting discovery from the Satanic Temple and the need to conduct depositions of the recently identified expert witnesses, we plan to seek a ninety-day extension of the discovery deadline and a corresponding continuance of the trial date. That will give us some breathing room and, I hope, enable us to wrap things up. Do you have any objection to such an extension? Thanks.
>>
>> Regards,
>>
>> Mike
>>
>> **Michael A. Cantrell**
>>
>> Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 | Fax: 501.682.8162

Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov

cid:image001.png@01D19594.23CCD560 cid:image002.png@01D19594.23CCD560
cid:image003.png@01D19594.23CCD560 cid:image004.png@01D19594.23CCD560
cid:image005.png@01D19594.23CCD560 cid:image006.png@01D19594.23CCD560