

Matthew A. Kezhaya &lt;matt@kezhaya.law&gt;

## Cave v. Thurston - Discovery Reqs. to Intervenors - Follow Up

**Matthew A. Kezhaya** &lt;matt@kezhaya.law&gt;  Thu, Sep 5, 2019 at 3:09 AM
To: Michael Cantrell &lt;michael.cantrell@arkansasag.gov&gt;
Cc: "Stuart de Haan, Esq." &lt;stu.dehaan@gmail.com&gt;
Bcc: kezhaya-law-plc-TPdAqBFSUX@mycasemail.com

Michael,

I received the attached last week but haven't been able to get to updating our discovery responses.  I hope to have those to you next week.

Matthew A. Kezhaya

Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.

[Quoted text hidden]

**14 attachments**


**20130125_133925.jpg**
1248K


**Attach19691_20151219_214818.jpg**
112K

**DSC00401.JPG**
5600K





**20130125_134341.jpg**
1249K



**DSC_0135.JPG**
6329K

- IRS - TST page 2.pdf
  85K
- Gmail - Fwd_ Re_ Follow Up.pdf
  109K
- Gmail - [FWD_ Re_ Follow Up].pdf
  105K
- TST - Charity Designation 11-29-18.pdf
  180K
- TST Articles.pdf
  31K
- IRS Approval.pdf
  1481K
- 12-17-2018 BSH ORDER REDACTED.pdf
  916K
- CP575Notice_1510694027448.pdf
  14K
- Baphomet Agmt.pdf
  1885K