

Matthew A. Kezhaya <matt@kezhaya.law>

---

## Emails with Kelly Boyd

**Matthew A. Kezhaya** <matt@kezhaya.law>  Mon, Aug 5, 2019 at 1:06 PM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>
Cc: John Burnett <jburnett@laveyandburnett.com>, Joshua Gillispie <josh@greenandgillispie.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Gerry Schulze <gschulze@b-s-m-law.com>, "dniose@americanhumanist.org" <dniose@americanhumanist.org>, "mmiller@americanhumanist.org" <mmiller@americanhumanist.org>, "patrick@ffrf.org" <patrick@ffrf.org>, "stu.dehaan@gmail.com" <stu.dehaan@gmail.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "William C. Bird III" <william.bird@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "Andrew G. Schultz" <aschultz@rodey.com>
Bcc: kezhaya-law-plc-TPdAqBFSUX@mycasemail.com, doug mesner <doug.mesner@gmail.com>

See attached for supplemental disclosures pertaining to the State's RFP 6 to intervenors (requesting copies of ESI)

Matthew A. Kezhaya

Kezhaya Law PLC
[1202 NE McClain Rd
Bentonville, AR 72712](#)
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.

---------- Forwarded message ---------
From: **Doug Mesner** <doug.mesner@gmail.com>
Date: Thu, Jun 27, 2019 at 12:46 AM
Subject: Emails with Kelly Boyd
To: Matthew A. Kezhaya <matt@pinnacle.law>

---

**9 attachments**

- **Gmail - Arkansas Capitol Arts Preliminary Application Request.pdf**
  173K

- **Gmail - Arkansas Monument.pdf**
  92K

- **Gmail - Fwd_ Capitol Arts and Grounds Commission Review Subcommittee Meeting.pdf**
  108K

- **Gmail - Following up re_ monument approval process.pdf**
  166K

- **Gmail - Fwd_ Presentation to the Capitol Arts and Grounds Commission.pdf**
  122K

- **Gmail - Fwd_ Upcoming Monument Hearing.pdf**
  85K

- **Gmail - Fwd_ Satanic Temple Proposal Public Hearing.pdf**

📄 134K

📄 **Gmail - The Satanic Temple Public Comments Hearing Request.pdf**
187K

📄 **Gmail - Upcoming Monument Hearing.pdf**
855K