

Matthew A. Kezhaya <matt@kezhaya.law>

## Cave v. Thurston - Discovery Reqs. to Intervenors - Follow Up

**Matthew A. Kezhaya** <matt@kezhaya.law>   Thu, Sep 5, 2019 at 3:09 AM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>
Cc: "Stuart de Haan, Esq." <stu.dehaan@gmail.com>
Bcc: kezhaya-law-plc-TPdAqBFSUX@mycasemail.com

Michael,

I received the attached last week but haven't been able to get to updating our discovery responses. I hope to have those to you next week.

Matthew A. Kezhaya

Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient. If it appears that I sent this to you in error, please inform me and delete this message.

[Quoted text hidden]

**14 attachments**



**20130125_133925.jpg**
1248K



**Attach19691_20151219_214818.jpg**
112K

**DSC00401.JPG**
5600K





**20130125_134341.jpg**
1249K



**DSC_0135.JPG**
6329K

📄 **IRS - TST page 2.pdf**
85K

📄 **Gmail - Fwd_ Re_ Follow Up.pdf**
109K

📄 **Gmail - [FWD_ Re_ Follow Up].pdf**
105K

📄 **TST - Charity Designation 11-29-18.pdf**
180K

📄 **TST Articles.pdf**
31K

📄 **IRS Approval.pdf**
1481K

📄 **12-17-2018 BSH ORDER REDACTED.pdf**
916K

📄 **CP575Notice_1510694027448.pdf**
14K

📄 **Baphomet Agmt.pdf**
1885K