IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE, JUDITH LANSKY,**                                            **PLAINTIFFS**
**PAT PIAZZA, and SUSAN RUSSELL**

**ANNE ORSI, AMERICAN HUMANIST**                     **CONSOLIDATED PLAINTIFFS**
**ASSOCIATION, FREEDOM FROM**
**RELIGION FOUNDATION, INC.,**
**ARKANSAS SOCIETY OF FREETHINKERS,**
**JOAN DIETZ, GALE STEWART, RABBI**
**EUGENE LEVY, REV. VICTOR H. NIXON,**
**TERESA GRIDER, and WALTER RIDDICK**

**THE SATANIC TEMPLE, DOUG MISICKO**                            **INTERVENORS**
aka "LUCIEN GREAVES," and ERIKA
ROBBINS

v.                     No. 4:18CV00342 KGB/BD

**JOHN THURSTON, Arkansas Secretary of State,**
**in his official capacity**                                                    **DEFENDANT**

**SUPPLEMENT TO MOTION FOR EXTENSION TO COMPLETE**
**DISCOVERY AND REQUEST FOR EXPEDITED CONSIDERATION**

Arkansas Secretary of State John Thurston, through counsel, states for his supplement as follows:

Defendant's motion is now *unopposed*. Defendant is authorized to state that the Orsi Consolidated Plaintiffs have withdrawn their objection and that the Satanic Temple Intervenors do not object to the motion. Defendant previously noted that the Cave Plaintiffs do not object. So Defendant's motion is unopposed.

Defendant respectfully renews his request that the Court expedite consideration of this now-unopposed motion. Defendant and the Satanic Temple Intervenors desire to reschedule depositions that have been scheduled as a precautionary matter for *next week*. So to enable those quickly-approaching depositions to be rescheduled without inconvenience to counsel, parties, or

deponents—including some traveling from out of state—Defendant respectfully requests expedited consideration.

For the reasons stated in Defendant's now-unopposed motion and herein, good cause exists for a ninety-day discovery extension and continuance of trial and associated deadlines not yet passed. Therefore, Defendant respectfully requests that the Court grant a ninety-day extension of the discovery deadline and continuance of the trial and associated deadlines not yet passed; and that it set the discovery deadline not before April 13, 2020, the dispositive-motion deadline not before May 4, 2020, and a bench trial not before not before June 22, 2020.[1]

                                      Respectfully submitted,

                                      LESLIE RUTLEDGE
                                      Attorney General

---

[1] Defense counsel respectfully notes previous commitments for July 9-22, 2020, that would make a trial during that timeframe difficult.

Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Vincent M. Wagner (2019071)
  Deputy Solicitor General
Michael A. Cantrell* (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:     (501) 682-2007
Fax:    (501) 682-2591
Michael.Cantrell@ArkansasAG.gov
*Counsel of Record

Gary L. Sullivan, Ark Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*