IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,** | |
| **PAT PIAZZA and SUSAN RUSSELL** | **PLANITIFFS** |
| | |
| **ANNE ORSI, AMERICAN HUMANIST** | **CONSOLIDATED PLAINTIFFS** |
| **ASSOCIATION. FREEDOM FROM** | |
| **RELIGION FOUNDATION, INC.,** | |
| **ARKANSAS SOCIETY OF FREETHINKERS,** | |
| **JOAN DIETZ. GALE STEWART, RABBI** | |
| **EUGENE LEVY, REV. VICTOR H. NIXON,** | |
| **TERESA GRIDER and WALTER RIDDICK** | |
| **THE SATANIC TEMPLE, DOUG MISICKO** | |
| **aka "LUCIEN GREAVES," and ERIKA** | |
| **ROBBINS** | **INTERVENORS** |
| | |
| vs. | Case Number: 4:18-CV-00342-KGB |
| | |
| **JOHN THURSTON, Arkansas Secretary** | |
| **of State, in his Official Capacity** | **DEFENDANT** |

**JOINT MOTION TO MOVE CASE TO NON-JURY DOCKET**

For their motion to move this case to a non-jury docket setting, all parties state:

1. This case has been set on a jury-trial docket. But now all claims for monetary damages have been dropped in amended complaints, leaving only claims for declaratory and injunctive relief.

2. The scheduling order should now be amended to set this case on a non-jury docket, as no claims for a jury trial remain in this case.

3. As a precautionary matter, Defendant reserves his right to a jury trial on any issue so triable.

Wherefore, all parties move that the scheduling order in this case be amended to set this case for trial on a non-jury docket setting.

Respectfully submitted,

LAVEY AND BURNETT
By: *John L. Burnett*
John L. Burnett (Ark Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone: (501) 376-2269
Facsimile: (501) 372-1134
E-mail: jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil*
 *Liberties Union Foundation*

GREEN & GILLISPIE
By: *Joshua D. Gillispie*
Joshua D. Gillispie (Ark No.2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone: (501) 244-0700
Facsimile: (501) 244-2020
E-mail: josh@greenandgillispie.com
*On behalf of the Arkansas Civil*
 *Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By: *Andrew G. Schultz*
Andrew G. Schultz*
Melanie B. Stambaugh*
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
mstambaugh@rodey.com
*On behalf of the Arkansas Civil*
 *Liberties Union Foundation*
*\* admitted pro hac vice*

*Attorneys for Plaintiffs DonnaCave, Judith Lansky, Pat Piazza and Susan Russell*

Baker Schulze Murphy and Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsmp.law

 J.G. "Gerry" Schulze
  J.G. "Gerry Schulze
Ark. Bar No. 83156
gschulze@bsmp.law

*Attorney for Consolidated Plainitffs*

KEZHAYA LAW PLC
By: *Matthew A. Kezhaya*
Matthew A. Kezhaya
1202 NE McClain Road
Bentonville, AR 72712
Telephone: (479) 431-6112
Facsimile: (479) 282-2892
E-mail: matt@kezhaya.law

*Attorneys for Intervenors The Satanic Temple, Doug Misicko, aka "Lucien Greaves" and Erika Robbins*


LESLIE RUTLEDGE
Attorney General


Nicholas J. Bronni (2016097)
Solicitor General of Arkansas
Michael A. Cantrell* (2012287)
Dylan L. Jacobs (2016167)
Assistant Solicitors General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph: (501) 682-2007
Fax: (501) 682-2591
Email: Michael.Cantrell@
       ArkansasAG.gov

*Counsel of Record*

Gary L. Sullivan, Ark. Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401
Fax: (501) 682-1213
Email:gary.sullivan@
     sos.arkansas.gov


Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway,
  Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John
   Thurston*