IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v.        No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

**SECOND MOTION TO COMPEL DISCOVERY
FROM SATANIC TEMPLE INTERVENORS**

Arkansas Secretary of State John Thurston, through counsel, states for his motion as follows:

1.  The Satanic Temple Intervenors have refused to provide nonevasive, signed responses to Defendant's first, basic set of interrogatories and requests for production. Defendant's first motion to compel concerning this strategic obstructionism is pending with the Court. DE 93.

2.  Adding to the growing list of discovery evasions, Intervenors now—in untimely objections to Defendant's second set of discovery—refuse to produce 126 photographs documenting the Satanic Temple's official unveiling of the very statue that Intervenors claim the Constitution requires Arkansas to place on the State Capitol grounds.

3.	Documentation of the Satanic Temple's official unveiling of the Baphomet statue is relevant to establishing the significance and meaning of that statue, which is at the center of this litigation. Anyone considering the nature, purpose, or meaning of the Baphomet statue—including anyone judging the truthfulness of the Satanic Temple's own explanation of its meaning—would certainly find the setting and activities of the Satanic Temple's official dedication to be highly relevant.

4.	Intervenors have waived their untimely objections—objections that are, in any case, further attempts to evade their discovery obligations.

5.	Defendant certifies that he has in good faith conferred with Intervenors, attempting to resolve this matter without this Court's intervention.

6.	In support of this motion, Defendant relies on his exhibits and brief submitted simultaneously herewith.

Therefore, Defendant respectfully requests that the Court grant his motion, enter an order deeming all Intervenors' objections waived, and compel Intervenors to produce the identified 126 photographs and all other items responsive to Defendant's second set of requests for production.

>	Respectfully submitted,
>
>	LESLIE RUTLEDGE
>	Attorney General

Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Vincent M. Wagner (2019071)
  Deputy Solicitor General
Michael A. Cantrell* (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:    (501) 682-2007
Fax:   (501) 682-2591
Michael.Cantrell@ArkansasAG.gov
*Counsel of Record*

Gary L. Sullivan, Ark Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*