IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v.      No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

**DEFENDANT'S SECOND SET OF REQUESTS
FOR PRODUCTION TO INTERVENORS**

Defendant, Secretary of State John Thurston, in his official capacity, through counsel, propounds the following request for production to Intervenors to be answered in the time and manner prescribed by the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 1:** Please produce copies of all photographs and videos taken between 8:00 p.m. on July 25, 2015, and 2:00 a.m. on July 26, 2015, of the event in or around Detroit, Michigan, that included, among other things, the unveiling of the Baphomet statue.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:     (501) 682-2007
Fax:    (501) 682-2591
Email: Michael.Cantrell@ArkansasAG.gov

Gary L. Sullivan, Ark. Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

## CERTIFICATE OF SERVICE

I, Michael A. Cantrell, certify that on December 6, 2019, I served the foregoing by email to the following:

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Matthew Kezhaya
matt@kezhaya.law
*Attorney for Intervenors*

*/s/ Michael A. Cantrell*
Michael A. Cantrell