**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONNA CAVE,** *et al.*                                                                          **PLAINTIFFS**

**ANNE ORSI**, *et al.*, and                                                      **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*                                        **INTERVENOR PLAINTIFFS**

**CASE NUMBER:**

**v.**

**4:18-CV-00342**

**JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity                  **DEFENDANT**

## INTERVENORS' RESPONSES TO STATE'S SECOND SET OF REQUESTS FOR PRODUCTION

**COME NOW** Intervenors, by and through counsel of record, with responses to the State's second set of requests for production.

**REQUEST FOR PRODUCTION NO. 1**: Please produce copies of all photographs and videos taken between 8:00 p.m. on July 25, 2015, and 2:00 a.m. on July 26, 2015, of the event in or around Detroit, Michigan, that included, among other things, the unveiling of the Baphomet statue.

**Answer**: Intervenors object to the extent this request purports to demand "all" photographs and videos (i.e. including photographs and videos not in any Intervenors' possession, custody, or control). Intervenors also object to the vague nature of the request ("among other things.") Intervenors also object that the requested materials are not relevant because they do not make any facts of consequence more or less probable (i.e. whether either complained-of Act was religiously motivated or any of Defendant's affirmative defenses). Particularly, Intervenors object to providing photographs

depicting individual, non-party, private citizens because the materials could be used for harassment, oppression, or other improper purposes.

Pursuant to the foregoing objections, Intervenors withhold approximately 133 photographs in their possession, custody, or control which were taken around the designated period in the area of Detroit, MI but are not responsive because they did not depict the unveiling of the Baphomet monument (i.e. Intervenors withhold photographs of private non-party individuals which do not include the monument).  The photographs of these private individuals have no bearing on any party's claim or defense.

Subject to and without waiving the foregoing objections, Intervenors have 56 photographs in their possession, custody, or control which were taken during the designated period in or around Detroit, MI and depict the unveiling of the Baphomet monument.  These photographs can be securely downloaded through separate emails.

Last, none of the Intervenors have video footage responsive to the request.  However, Intervenors are aware of two links available on YouTube which are responsive to the request: https://www.youtube.com/watch?v=nT9U0h3a5H4&feature=youtu.be (CNN's This is Life with Lisa Ling, S2 E8 "The Satanists Next Door") and https://www.youtube.com/watch?v=LXuxlB3wZhc&feature=youtu.be (Lovely Star "Why do two half-naked men kiss after unveiling Satanic statue?")

**[remainder intentionally left blank, signature and certificate following]**

Respectfully submitted on January 13, 2020,
on behalf of Intervenors

By:   /s/ Matthew A. Kezhaya
_____

Matthew A. Kezhaya, ABA# 2014161

 **KEZHAYA LAW PLC**

1202 NE McClain Rd
Bentonville, AR 72712

phone:   (479) 431-6112
facsimile:   (479) 282-2892
email:   matt@kezhaya.law

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, emailed the foregoing document to the following individuals on January 13, 2020. /s/ Matthew A. Kezhaya

Michael Cantrell <michael.cantrell@arkansasag.gov>
"stu.dehaan@gmail.com" <stu.dehaan@gmail.com>,
Andy Schultz <ASchultz@rodey.com>,
John Burnett <jburnett@laveyandburnett.com>,
"Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>,
Gerry Schulze <gschulze@b-s-m-law.com>,
Melanie Stambaugh <MStambaugh@rodey.com>,
Nicholas Bronni <nicholas.bronni@arkansasag.gov>,
Vincent Wagner <vincent.wagner@arkansasag.gov>,
Dylan Jacobs <dylan.jacobs@arkansasag.gov>,
"gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>,
"hsasser@firstliberty.org" <hsasser@firstliberty.org>,
"mberry@firstliberty.org" <mberry@firstliberty.org>,
Lea Patterson <lepatterson@firstliberty.org>,
"William C. Bird III" <william.bird@arkansasag.gov>