

| | |
|---|---|
| Michael A. Cantrell | Direct Dial: (501) 682-2401 |
| Assistant Solicitor General | Facsimile: (501) 682-8162 |
| 323 Center Street, Suite 200 | Michael.Cantrell@ArkansasAG.gov |
| Little Rock, AR 72201 | |

January 15, 2020

Matthew A. Kezhaya
Kezhaya Law PLC
1202 North East McClain Road
Bentonville, AR 72712
*Counsel for Satanic Temple Intervenors*

      Re:    *Cave v. Thurston*, Case No. 4:18CV342 KGB

Dear Matthew,

Thanks for speaking on the phone earlier. As we discussed, I am writing again to confer in good faith concerning Intervenors' failures to provide proper discovery responses.

First, Defendant still has not received proper discovery responses to his June 21, 2019 first set of interrogatories and requests for production. Please refer to my July 26 and October 22, 2019 letters, and please provide signed responses and a full production of all requested information and items immediately.

Second, Intervenors' response to Defendants' December 6, 2019 second set of discovery is untimely, evasive, and nonresponsive. That discovery consisted of one very specific request:

> **REQUEST FOR PRODUCTION NO. 1:** Please produce copies of all photographs and videos taken between 8:00 p.m. on July 25, 2015, and 2:00 a.m. on July 26, 2015, of the event in or around Detroit, Michigan, that included, among other things, the unveiling of the Baphomet statue.

Intervenors served an untimely response to this request on January 13, 2020. That response was seven days late. By failing to serve a timely response, Intervenors have waived all objections to producing the requested items. Please produce all responsive items immediately.

323 Center Street, Suite 200, Little Rock, AR 72201
(501) 682-2007 | oag@ArkansasAG.gov
AGRutledge   AGLeslieRutledge   AGLeslieRutledge   Attorney General Leslie Rutledge   ArkansasAG   AGRutledge

Intervenors' response evasively seeks to dismiss Defendant's request for production as vague. But the request is not vague, as it requests copies of all photographs and videos taken during a very specific timeframe at the Detroit event in which the Satanic Temple officially unveiled the Baphomet statue. Intervenors cannot deny that the request gives them notice of exactly what items it seeks.

Intervenors evasively withhold responsive photographs that they concede were "taken around the designated period in the area of Detroit, MI" on the basis that those photographs do not depict the actual physical unveiling of the Baphomet statue. But that is improper. Documentation of the Satanic Temple's event devoted to officially unveiling the statue is clearly relevant to establishing the significance and meaning of that statue. Further, anyone considering the nature and purposes of the Satanic Temple or the propriety of this particular statue's placement on public grounds would no doubt find the activities at the Satanic Temple's official unveiling to be highly relevant.

Intervenors' evasive withholding of responsive items on the ground that "the materials could be used for harassment, oppression, or other improper purposes" is utterly baseless if it is meant to imply that the Arkansas Secretary of State or his counsel is likely to use them to harass or oppress anyone. Neither Defendant nor his counsel uses items obtained in discovery to oppress or harass, and there is no basis for suggesting that either is likely to deviate from a responsible use of such items in this case.

Finally, the photographs that Intervenors produced are plainly nonresponsive. These photographs depict preparations taking place *before* the Baphomet-unveiling event. They are not photographs of the event itself. As such, they are evasive and nonresponsive to Defendant's request, which specifically seeks all photographs and videos of the Baphomet-unveiling event taken "between 8:00 p.m. on July 25, 2015, and 2:00 a.m. on July 26, 2015"—that is, *during* the event. Please produce all responsive items immediately.

Given Intervenors' delay and continuous efforts to evade discovery in this case, Defendant will seek intervention of the Court if he has not received the responsive items by Monday, January 20, 2020.

                                              Respectfully,

                                              Michael A. Cantrell
                                              Assistant Solicitor General

## CERTIFICATE OF SERVICE

I, Michael A. Cantrell, certify that on January 15, 2020, I served the foregoing on the following:

Matthew Kezhaya
matt@kezhaya.law

*/s/* Michael A. Cantrell
Michael A. Cantrell
