

Matthew A. Kezhaya <matt@kezhaya.law>

# 2nd RFPs to Intervenors

8 messages

**Michael Cantrell** <michael.cantrell@arkansasag.gov> Fri, Dec 6, 2019 at 4:51 PM
To: "Matthew A. Kezhaya" <matt@kezhaya.law>
Cc: "stu.dehaan@gmail.com" <stu.dehaan@gmail.com>, Andy Schultz <ASchultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, Michael Cantrell <michael.cantrell@arkansasag.gov>

Matthew,

Good afternoon. Attached is a second set of RFPs to the Intervenors in *Cave v. Thurston*.

Regards,

Mike

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 | Fax: 501.682.8162

Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov

**2nd RFPs to the Intervenors.pdf**
161K

**Michael Cantrell** <michael.cantrell@arkansasag.gov> Tue, Jan 7, 2020 at 1:42 PM
To: "Matthew A. Kezhaya" <matt@kezhaya.law>

Cc: "stu.dehaan@gmail.com" <stu.dehaan@gmail.com>, Andy Schultz <ASchultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>

Matthew,

Good afternoon. Defendant has still not received proper discovery responses from the Satanic Temple Intervenors to his June 21, 2019 first set of interrogatories and RFPs. Please refer to my July 26 and October 22, 2019 letters.

In addition, Defendant served his second set of RFPs on the Satanic Temple on December 6, 2019, which would make the production due on January 6, 2020. That was yesterday. Is the Satanic Temple going to produce the requested items? Please let me know.

[Quoted text hidden]

---

**Matthew A. Kezhaya** <matt@kezhaya.law>　　　　　　　　　　　　　　　　　　　Tue, Jan 7, 2020 at 1:44 PM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>
Cc: "Stuart de Haan, Esq." <stu.dehaan@gmail.com>, Andy Schultz <aschultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>

We will be producing the responses, but your calculation is off.

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville AR 72712
(479) 431-6112
matt@kezhaya.law

[Quoted text hidden]

---

**24 attachments**


**image001.png**
2K


**image002.png**
4K


**image003.png**
3K


**image004.png**
4K


**image005.png**
5K


**image006.png**
3K

**image007.png**
2K

**image008.png**
4K

**image009.png**
3K

**image010.png**
4K

**image011.png**
5K

**image012.png**
3K

**image001.png**
2K

**image012.png**
3K

**image011.png**
5K

**image002.png**
4K

**image005.png**
5K

**image009.png**
3K

**image003.png**
3K

**image004.png**
4K

**image006.png**
3K

**image008.png**
4K

**image007.png**
2K

**image010.png**
4K

---

**Matthew A. Kezhaya** <matt@kezhaya.law> Tue, Jan 7, 2020 at 1:45 PM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>
Cc: "Stuart de Haan, Esq." <stu.dehaan@gmail.com>, Andy Schultz <aschultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry

Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>

To follow up: we will be producing responses to the second requests. The first requests are the subject of a pending motion for protective order.

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville AR 72712
(479) 431-6112
matt@kezhaya.law
[Quoted text hidden]

---

**Michael Cantrell** <michael.cantrell@arkansasag.gov> Tue, Jan 7, 2020 at 2:09 PM
To: "Matthew A. Kezhaya" <matt@kezhaya.law>
Cc: "Stuart de Haan, Esq." <stu.dehaan@gmail.com>, Andy Schultz <aschultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>

Matthew,

What is your position on when the production for the second set is due?

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
>
> > [Quoted text hidden]
> >
> > **Error! Filename not specified.Error! Filename not specified. Error! Filename not specified. Error! Filename not specified. Error! Filename not specified. Error! Filename not specified.**
> >
> > ---
> >
> > **From:** Michael Cantrell
> > **Sent:** Friday, December 06, 2019 4:52 PM
> > **To:** 'Matthew A. Kezhaya'
> > **Cc:** stu.dehaan@gmail.com; Andy Schultz; John Burnett; Joshua Gillispie (josh@greenandgillispie.com); Gerry Schulze; Melanie Stambaugh; Nicholas Bronni; Vincent Wagner; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; hsasser@firstliberty.org; mberry@firstliberty.org; Lea Patterson; Michael Cantrell
> > **Subject:** 2nd RFPs to Intervenors

Matthew,

Good afternoon. Attached is a second set of RFPs to the Intervenors in *Cave v. Thurston*.

Regards,

Mike

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 | Fax: 501.682.8162

Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov

**Error! Filename not specified.Error! Filename not specified. Error! Filename not specified. Error! Filename not specified. Error! Filename not specified. Error! Filename not specified.**

---

**Matthew A. Kezhaya** <matt@kezhaya.law> Tue, Jan 7, 2020 at 2:19 PM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>
Cc: "Stuart de Haan, Esq." <stu.dehaan@gmail.com>, Andy Schultz <aschultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>

The clock doesn't start until the following business day. FRCP 6. January 6 was a Friday. Clock starts Monday, Jan. 9. Adding 30 days to that is tomorrow.

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville AR 72712
(479) 431-6112
matt@kezhaya.law
[Quoted text hidden]

---

**12 attachments**

**image001.png**
2K


---

**Matthew A. Kezhaya** <matt@kezhaya.law> Tue, Jan 7, 2020 at 2:22 PM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>
Cc: "Stuart de Haan, Esq." <stu.dehaan@gmail.com>, Andy Schultz <aschultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>

In addition to the foregoing, we are entitled to another 3 days under Rule 6(d). True deadline isn't until the 13th (it falls on a Saturday, so it rolls over to the following Monday).

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville AR 72712
(479) 431-6112
matt@kezhaya.law
[Quoted text hidden]

---

**Matthew A. Kezhaya** <matt@kezhaya.law> Mon, Jan 13, 2020 at 4:06 PM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>

Cc: "Stuart de Haan, Esq." <stu.dehaan@gmail.com>, Andy Schultz <aschultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>
Bcc: kezhaya-law-plc-TPdAqBFSUX@mycasemail.com, doug mesner <doug.mesner@gmail.com>, Erika Robbins <erikanicolerobbins@gmail.com>, The Satanic Temple <satanictempleorg@gmail.com>

See attached to Intervenors' responses to the second requests for production. You all should have a separate email to download the photographs from MyCase. If you have trouble accessing them, please let me know.

Matthew A. Kezhaya

Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient. If it appears that I sent this to you in error, please inform me and delete this message.

[Quoted text hidden]

---

**2020 01 13 Intervenor responses.pdf**
120K