

Matthew A. Kezhaya <matt@kezhaya.law>

---

## Discovery Letter re: Defs.' 2nd RFPs
2 messages

---

**Michael Cantrell** <michael.cantrell@arkansasag.gov>  Wed, Jan 15, 2020 at 4:54 PM
To: "Matthew A. Kezhaya" <matt@kezhaya.law>
Cc: "stu.dehaan@gmail.com" <stu.dehaan@gmail.com>, Andy Schultz <ASchultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>

Matthew,

Good afternoon. Attached please find a discovery letter concerning Defendants' second RFPs.

Regards,

Mike

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 │ Fax: 501.682.8162

[Michael.Cantrell@ArkansasAG.gov](mailto:Michael.Cantrell@ArkansasAG.gov) │ ArkansasAG.gov



📄 **2020-01-15 Discovery Letter to Intervenors.pdf**
379K

---

**Matthew A. Kezhaya** <matt@kezhaya.law>  Wed, Jan 15, 2020 at 5:06 PM
To: Michael Cantrell <michael.cantrell@arkansasag.gov>
Cc: "stu.dehaan@gmail.com" <stu.dehaan@gmail.com>, Andy Schultz <ASchultz@rodey.com>, John Burnett <jburnett@laveyandburnett.com>, "Joshua Gillispie (josh@greenandgillispie.com)" <josh@greenandgillispie.com>, Gerry

Schulze <gschulze@b-s-m-law.com>, Melanie Stambaugh <MStambaugh@rodey.com>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, Lea Patterson <lepatterson@firstliberty.org>, "William C. Bird III" <william.bird@arkansasag.gov>, "Sonia A. Kezhaya" <sonia@kezhaya.law>, Josie Graves <josie@kezhaya.law>
Bcc: kezhaya-law-plc-TPdAqBFSUX@mycasemail.com

Mike,

Thank you for the phone call. During our call, I requested you provide me an explanation on how the requested and withheld photographs (i.e. private non-party individuals which do not include the Baphomet Monument) relate to the pleaded claims or defenses of the case. I note that you do not address the scope issue in your letter.  As I identified during the call and in our objections, the requested photographs do not address the religious nature of the Ten Commandments Monument or whether Act 274 of 2017 was religiously motivated.  The relevant issue is what the legislature intended when passing the two Acts. These photographs do not shed light on that topic.  Please provide me the State's contention for why these photographs fall within the scope of discovery.

Also, pursuant to our phone call, I reviewed the withheld photographs and noted seven missing ones which do depict the monument.  I am supplementing the share folder with a ZIP archive that should allow everyone to download them more easily.

Matthew A. Kezhaya

Kezhaya Law PLC
[1202 NE McClain Rd
Bentonville, AR 72712](#)
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.

[Quoted text hidden]