**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONNA CAVE,** *et al.*,                                                                                          **PLAINTIFFS**

**EUGENE LEVY,** *et al.*,                                                            **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE,** *et al.*,                                                                        **INTERVENORS**

v.                                    Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                                                                               **DEFENDANT**

**ORDER**

Pending before the Court is a motion to quash subpoenas filed by defendant John Thurston, in his official capacity as Arkansas Secretary of State (Dkt. No. 54). Mr. Thurston's motion addressed subpoenas issued to Kelly Boyd, the Chief Deputy for Commissioner of State Lands Tommy Land, and Kerry Jucas Moody, the Director of Communication and Education for Mr. Thurston, directing them to appear for depositions during what Mr. Thurston contended was the busiest time of the then-current session of the Arkansas General Assembly (*Id.*, ¶ 1). The parties submitted various filings responsive to this motion (Dkt. Nos. 55, 56, 57, 58, 61, 65).

Ultimately, the parties submitted a joint status report on May 20, 2019 (Dkt. No. 66). In that status report, the parties jointly advised the Court that the depositions of Mr. Boyd and Ms. Moody would be rescheduled by agreement (*Id.*, ¶ 3). Accordingly, the Court denies as moot Mr. Thurston's motion to quash subpoenas (Dkt. No. 54).

So ordered this the 11th day of February, 2020.

_____
Kristine G. Baker
United States District Judge