# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,** <br> **PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v.       No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

## MOTION FOR HEARING

Defendant respectfully requests that this Court set a hearing on his motions identified below at the Court's earliest convenience.

Depositions of the Satanic Temple Intervenors are set to occur in the coming weeks, and Defendant wishes to see this discovery proceed smoothly. Therefore, Defendant desires a hearing on any issue that might affect these depositions' efficient, fair, and productive completion. Specifically, Defendant has filed two discovery motions that are now ripe for adjudication: Defendant's First Motion to Compel Responses from Intervenors and Enforce Agreement between Counsel (DE 93) and his Second Motion to Compel Discovery from Satanic Temple Intervenors (DE 104). The Court's rulings on these motions are likely to impact the efficiency, fairness, and productivity of the depositions of Intervenors The Satanic Temple and Doug

Misicko, in particular. Therefore, now that these motions are ripe for adjudication, Defendant respectfully requests a hearing on them at the Court's earliest convenience, per the Court's January 29, 2020 email.

Defendant has ascertained the positions of all other parties, to wit:

1. The Cave Plaintiffs do not oppose Defendant's request.

2. The Orsi Consolidated Plaintiffs have no objection to a hearing on Defendant's motions. They further request that any hearing address nonparty witness Sen. Jason Rapert's Motion to Quash and for Protective Order (DE 74) and their Motion to Compel Production of Documents Directed to Sen. Jason Rapert (DE 79). They note that if either of these motions is to be argued, Sen. Rapert's personal attorney will need to appear as well.

3. The Satanic Temple Intervenors are not opposed to a hearing on all outstanding issues but object to a hearing in advance of the depositions. Intervenors further state that they are entitled to no less than 14 days' notice of a hearing under Rule 6(c) and that counsel for Intervenors will be out of state from March 3 until the evening before the Satanic Temple's deposition.

The parties have scheduled the depositions of Intervenor Erika Robbins and witness Mason Hargett for Monday, March 2, 2020. Depositions of Intervenors The Satanic Temple and Doug Misicko are scheduled during the week of March 9, 2020.

Therefore, Defendant respectfully requests that the Court set a hearing on his motions identified above at the Court's earliest convenience.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Vincent M. Wagner (2019071)
  Deputy Solicitor General
Michael A. Cantrell* (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:     (501) 682-2007
Fax:    (501) 682-2591
Michael.Cantrell@ArkansasAG.gov
*Counsel of Record*

Gary L. Sullivan, Ark Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*