### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DONNA CAVE,** *et al.*                                            **PLAINTIFFS**

**ANNE ORSI**, *et al.*, and                              **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*                          **INTERVENOR PLAINTIFFS**

**CASE NUMBER:**

**v.**

**4:18-CV-00342**

**JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity          **DEFENDANT**

## SUPPLEMENTAL ENTRY OF APPEARANCE

**COMES NOW** Josie N. Graves, who enters her supplemental appearance in this cause for all purposes as counsel for Intervenor Plaintiffs: The Satanic Temple, Doug Misicko, and Erika Robbins.

Respectfully submitted on February 22, 2020,

By: /s/ Josie N. Graves

Josie N. Graves, ABA #2019228
**KEZHAYA LAW PLC**
1202 NE McClain Road
Bentonville, AR 72712
phone: (479) 274-0217
facsimile: (479) 282-2892
email: josie@kezhaya.law

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Josie N. Graves, efiled the foregoing document by uploading it to the Administrative Office of Courts' eFlex system on February 22, 2020. Pursuant to Arkansas Administrative Order 21, Section 7(c), the eFlex system sends service to registered users, which includes opposing counsel in this cause.

/s/ Josie N. Graves