**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## NOTICE

Pending before the Court are several discovery-related motions (Dkt. Nos. 74, 79, 82, 93, 104, 110). The Court reached out to the parties *via* electronic mail to determine when a telephonic hearing on the motions could be held, if necessary. The Court's electronic mail message to all counsel and counsels' responses are attached hereto as Court's Exhibit A.

In accordance with those responses, the Court will hold a conference with the parties *via* telephone on Wednesday, February 26, 2020, at 3:00 p.m. C.T. The call-in information for the telephonic hearing is as follows:

- Dial-in number:   (877) 402-9753
- Access code:   5922777

So ordered this the 24th day of February 2020.

Kristine G. Baker
United States District Judge