**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONNA CAVE**, *et al.*,                                          **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                         **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                       **INTERVENORS**

**v.**                         **Case No. 4:18-cv-00342-KGB**

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                          **DEFENDANT**

## NOTICE

Pending before the Court are several discovery-related motions (Dkt. Nos. 74, 79, 82, 93, 104, 110). The Court reached out to the parties *via* electronic mail to determine when a telephonic hearing on the motions could be held, if necessary. The Court's electronic mail message to all counsel and counsels' responses are attached hereto as Court's Exhibit A.

In accordance with those responses, the Court will hold a conference with the parties *via* telephone on Wednesday, February 26, 2020, at 3:00 p.m. C.T. The call-in information for the telephonic hearing is as follows:

- Dial-in number:   (877) 402-9753

- Access code:   5922777

So ordered this the 24th day of February 2020.

Kristine G. Baker
United States District Judge

# Exhibit A

| From: | Michael Cantrell |
|---|---|
| To: | Jared Lax; Matthew A. Kezhaya |
| Cc: | aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag.gov; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; vincent.wagner_arkansasag.gov; William C. Bird III; stu.dehaan_gmail.com; paul@paulbyrdlawfirm.com; Tracy Washington; Sonia A. Kezhaya; Josie Graves; Tracy Washington |
| Subject: | RE: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| Date: | Monday, February 24, 2020 9:50:58 AM |
| Attachments: | image001.png image002.png image003.png image004.png image005.png image006.png |

Mr. Lax,

I am available Wednesday, Thursday, and Friday between 3:00 and 5:00 p.m.  I have previous commitments all day Tuesday as well as a commitment beginning at 5:00 p.m. on Wednesday evening.

Please also note that, in light of new information, and to simplify the issues before the Court at any hearing, Defendant plans to file a notice this morning withdrawing his Second Motion to Compel Discovery from Satanic Temple Intervenors.

Regards,

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 ¦ Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov ¦ ArkansasAG.gov



**From:** Jared Lax <Jared_Lax@ared.uscourts.gov>
**Sent:** Friday, February 21, 2020 4:37 PM
**To:** Matthew A. Kezhaya <matt@kezhaya.law>; Michael Cantrell <michael.cantrell@arkansasag.gov>
**Cc:** aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; Vincent Wagner <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>;

stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com; Tracy Washington <Tracy_Washington@ared.uscourts.gov>; Sonia A. Kezhaya <sonia@kezhaya.law>; Josie Graves <josie@kezhaya.law>; Tracy Washington <Tracy_Washington@ared.uscourts.gov>
**Subject:** RE: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

Counsel:

In the light of the below emails from Mr. Kezhaya and Mr. Cantrell, the Court still asks all counsel to advise regarding availability for a hearing on the dates and times offered in my previous email.

If you have not already done so, please provide such availability in an email to the Court by noon on Monday, February 24.

Best,

Jared Lax
Law Clerk to the Honorable Kristine G. Baker
U.S. District Court, Eastern District of Arkansas
500 West Capitol Avenue, Room D444
Little Rock, Arkansas 72201
jared_lax@ared.uscourts.gov
(501) 604-5423

**From:** Matthew A. Kezhaya <matt@kezhaya.law>
**Sent:** Friday, February 21, 2020 4:07 PM
**To:** Michael Cantrell <michael.cantrell@arkansasag.gov>
**Cc:** Jared Lax <Jared_Lax@ared.uscourts.gov>; aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag.gov <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; vincent.wagner_arkansasag.gov <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com; Tracy Washington <Tracy_Washington@ared.uscourts.gov>; Sonia A. Kezhaya <sonia@kezhaya.law>; Josie Graves <josie@kezhaya.law>
**Subject:** Re: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

Jared,

TST requests a hearing on all outstanding motions.

Matthew A. Kezhaya

Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112

f:  (479) 282-2892
e:  matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.

On Fri, Feb 21, 2020 at 4:03 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

Mr. Lax,

Thanks for your message. Given that the Court is prepared to rule on the pending discovery motions within the next week, Defendant respectfully withdraws his request for a hearing.

Regards,

Mike


**Michael A. Cantrell**
Assistant Solicitor General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.2401 ¦ Fax: 501.682.2591
Michael.Cantrell@ArkansasAG.gov ¦ ArkansasAG.gov



---

**From:** Jared Lax <Jared_Lax@ared.uscourts.gov>
**Sent:** Friday, February 21, 2020 3:26 PM
**To:** aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>; matt@kezhaya.law; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com
**Cc:** Tracy Washington <Tracy_Washington@ared.uscourts.gov>
**Subject:** Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

Counsel:

The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).

The Court has under advisement and is prepared to rule on the pending discovery motions within the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.

The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.

Please advise.

Jared Lax
Law Clerk to the Honorable Kristine G. Baker
U.S. District Court, Eastern District of Arkansas
500 West Capitol Avenue, Room D444
Little Rock, Arkansas 72201
jared_lax@ared.uscourts.gov
(501) 604-5423

| | |
|---|---|
| **From:** | Gerry Schulze |
| **To:** | Jared Lax |
| **Cc:** | Matthew A. Kezhaya; Michael Cantrell; aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag.gov; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; vincent.wagner_arkansasag.gov; William C. Bird III; stu.dehaan_gmail.com; paul@paulbyrdlawfirm.com; Tracy Washington; Sonia A. Kezhaya; Josie Graves; Helena Schulze |
| **Subject:** | Re: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| **Date:** | Friday, February 21, 2020 9:11:21 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

I have client appointments every afternoon  but Friday.  I can probably reschedule all but Tuesday's.  The client coming in Tuesday will be coming from out of state.

J.G. "Gerry" Schulze
Attorney at Law
Baker Schulze & Murphy
2311 Biscayne Drive
Little Rock, AR 72227
Telephone (501) 537-1000
Fax (501) 537-1001
gschulze@b-s-m-law.com
gschulze@bsmp.law
www.bsmp.law


On Fri, Feb 21, 2020 at 4:36 PM Jared Lax <Jared_Lax@ared.uscourts.gov> wrote:

> Counsel:
>
> In the light of the below emails from Mr. Kezhaya and Mr. Cantrell, the Court still asks all counsel to advise regarding availability for a hearing on the dates and times offered in my previous email.
>
> If you have not already done so, please provide such availability in an email to the Court by noon on Monday, February 24.
>
> Best,
>
> Jared Lax

Law Clerk to the Honorable Kristine G. Baker

U.S. District Court, Eastern District of Arkansas

500 West Capitol Avenue, Room D444

Little Rock, Arkansas 72201

jared_lax@ared.uscourts.gov

(501) 604-5423


**From:** Matthew A. Kezhaya <matt@kezhaya.law>
**Sent:** Friday, February 21, 2020 4:07 PM
**To:** Michael Cantrell <michael.cantrell@arkansasag.gov>
**Cc:** Jared Lax <Jared_Lax@ared.uscourts.gov>; aschultz@rodey.com;
jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com;
gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs
<dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov;
nicholas.bronni_arkansasag.gov <nicholas.bronni@arkansasag.gov>;
hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org;
vincent.wagner.arkansasag.gov <vincent.wagner@arkansasag.gov>; William C. Bird III
<william.bird@arkansasag.gov>; stu.dehaan_gmail.com <stu.dehaan@gmail.com>;
paul@paulbyrdlawfirm.com; Tracy Washington <Tracy_Washington@ared.uscourts.gov>;
Sonia A. Kezhaya <sonia@kezhaya.law>; Josie Graves <josie@kezhaya.law>
**Subject:** Re: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB


Jared,


TST requests a hearing on all outstanding motions.


Matthew A. Kezhaya


Kezhaya Law PLC

1202 NE McClain Rd

Bentonville, AR 72712

p:  (479) 431-6112

f:  (479) 282-2892

e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.

On Fri, Feb 21, 2020 at 4:03 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

Mr. Lax,

Thanks for your message. Given that the Court is prepared to rule on the pending discovery motions within the next week, Defendant respectfully withdraws his request for a hearing.

Regards,

Mike

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 ¦ Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov ¦ ArkansasAG.gov



**From:** Jared Lax <Jared_Lax@ared.uscourts.gov>
**Sent:** Friday, February 21, 2020 3:26 PM
**To:** aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>; matt@kezhaya.law; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com
**Cc:** Tracy Washington <Tracy_Washington@ared.uscourts.gov>
**Subject:** Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

Counsel:

The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).

The Court has under advisement and is prepared to rule on the pending discovery motions within the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.

The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.

Please advise.

Jared Lax

Law Clerk to the Honorable Kristine G. Baker

U.S. District Court, Eastern District of Arkansas

500 West Capitol Avenue, Room D444

Little Rock, Arkansas 72201

jared_lax@ared.uscourts.gov

(501) 604-5423

| | |
|---|---|
| **From:** | Joshua Gillispie |
| **To:** | Jared Lax |
| **Cc:** | Matthew A. Kezhaya; Michael Cantrell; aschultz@rodey.com; jburnett@laveyandburnett.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag@; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; vincent.wagner_arkansasag.gov; William C. Bird III; stu.dehaan_gmail.com; paul@paulbyrdlawfirm.com; Tracy Washington; Sonia A. Kezhaya; Josie Graves |
| **Subject:** | Re: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| **Date:** | Friday, February 21, 2020 7:44:51 PM |
| **Attachments:** | image001.png image002.png image003.png image004.png image005.png image006.png |

Mr. Lax,

I am available the afternoons of February 25, 26, and 27.  Thanks for your time on ths.

Josh

Joshua D. Gillispie



1 Riverfront Place, Suite 605
North Little Rock, AR 72114
(501) 244-0700
(501) 244-2020 fax
www.greenandgillispie.com


On Fri, Feb 21, 2020 at 4:36 PM Jared Lax <Jared_Lax@ared.uscourts.gov> wrote:

> Counsel:
>
>
> In the light of the below emails from Mr. Kezhaya and Mr. Cantrell, the Court still asks all counsel to advise regarding availability for a hearing on the dates and times offered in my previous email.
>
>
> If you have not already done so, please provide such availability in an email to the Court by noon on Monday, February 24.
>
>
> Best,
>
>
> Jared Lax

Law Clerk to the Honorable Kristine G. Baker

U.S. District Court, Eastern District of Arkansas

500 West Capitol Avenue, Room D444

Little Rock, Arkansas 72201

jared_lax@ared.uscourts.gov

(501) 604-5423


**From:** Matthew A. Kezhaya <matt@kezhaya.law>
**Sent:** Friday, February 21, 2020 4:07 PM
**To:** Michael Cantrell <michael.cantrell@arkansasag.gov>
**Cc:** Jared Lax <Jared_Lax@ared.uscourts.gov>; aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag.gov <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; vincent.wagner@arkansasag.gov <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com; Tracy Washington <Tracy_Washington@ared.uscourts.gov>; Sonia A. Kezhaya <sonia@kezhaya.law>; Josie Graves <josie@kezhaya.law>
**Subject:** Re: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB


Jared,


TST requests a hearing on all outstanding motions.


Matthew A. Kezhaya


Kezhaya Law PLC

1202 NE McClain Rd

Bentonville, AR 72712

p: (479) 431-6112

f: (479) 282-2892

e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.

On Fri, Feb 21, 2020 at 4:03 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

Mr. Lax,

Thanks for your message. Given that the Court is prepared to rule on the pending discovery motions within the next week, Defendant respectfully withdraws his request for a hearing.

Regards,

Mike

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 ¦ Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov ¦ ArkansasAG.gov



**From:** Jared Lax <Jared_Lax@ared.uscourts.gov>
**Sent:** Friday, February 21, 2020 3:26 PM
**To:** aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>; matt@kezhaya.law; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com
**Cc:** Tracy Washington <Tracy_Washington@ared.uscourts.gov>
**Subject:** Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

Counsel:

The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).

The Court has under advisement and is prepared to rule on the pending discovery motions within the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.

The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.

Please advise.

Jared Lax

Law Clerk to the Honorable Kristine G. Baker

U.S. District Court, Eastern District of Arkansas

500 West Capitol Avenue, Room D444

Little Rock, Arkansas 72201

jared_lax@ared.uscourts.gov

(501) 604-5423

| | |
|---|---|
| **From:** | Andy Schultz |
| **To:** | Jared Lax; "jburnett@laveyandburnett.com"; "josh@greenandgillispie.com"; Melanie Stambaugh; "gerrysch@b-s-m-law.com"; "mmiller@americanhumanist.org"; "patrick@frrf.org"; "dylan.jacobs@arkansasag.gov"; "gary.sullivan@sos.arkansas.gov"; "nicholas.bronni_arkansasag.gov"; "hsasser@firstliberty.org"; "lepatterson@firstliberty.org"; "mberry@firstliberty.org"; "michael.cantrell@arkansasag.gov"; vincent.wagner_arkansasag.gov; "william.bird@arkansasag.gov"; "matt@kezhaya.law"; stu.dehaan_gmail.com; "paul@paulbyrdlawfirm.com" |
| **Cc:** | Tracy Washington |
| **Subject:** | RE: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| **Date:** | Friday, February 21, 2020 4:49:40 PM |

Mr. Lax:

I am available to appear by telephone at a hearing on the afternoons of either February 25, 26 or 27.  I am not available to appear on the afternoon of Friday, February 28.

I appreciate the Court's willingness to allow me to appear by phone.

Andrew G. Schultz
Rodey Law Firm
P.O. Box 1888
Albuquerque NM 87103
(505) 768-7205 (direct)
(505) 768-7395 (fax)
aschultz@rodey.com

Counsel for Cave Plaintiffs.

---

**From:** Jared Lax [mailto:Jared_Lax@ared.uscourts.gov]
**Sent:** Friday, February 21, 2020 2:26 PM
**To:** Andy Schultz; jburnett@laveyandburnett.com; josh@greenandgillispie.com; Melanie Stambaugh; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@frrf.org; dylan.jacobs@arkansasag.gov; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag.gov; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; michael.cantrell@arkansasag.gov; vincent.wagner_arkansasag.gov; william.bird@arkansasag.gov; matt@kezhaya.law; stu.dehaan_gmail.com; paul@paulbyrdlawfirm.com
**Cc:** Tracy Washington
**Subject:** Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

**This email was sent from someone outside of the Rodey email system.**

Counsel:

The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).

The Court has under advisement and is prepared to rule on the pending discovery motions within

the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.

The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.

Please advise.

Jared Lax
Law Clerk to the Honorable Kristine G. Baker
U.S. District Court, Eastern District of Arkansas
500 West Capitol Avenue, Room D444
Little Rock, Arkansas 72201
jared_lax@ared.uscourts.gov
(501) 604-5423

| From: | Paul Byrd |
|---|---|
| To: | Jared Lax |
| Cc: | aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; dylan.jacobs@arkansasag.gov; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag.gov; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; michael.cantrell@arkansasag.gov; vincent.wagner_arkansasag.gov; william.bird@arkansasag.gov; matt@kezhaya.law; stu.dehaan_gmail.com; Tracy Washington |
| Subject: | Re: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| Date: | Friday, February 21, 2020 4:43:49 PM |

Mr. Lax,

I represent Jason Rapert in this matter who has been a witness.

I am Court ordered by the 10 Circuit to be at an appeal mediation on February 27, and 28 in Denver, Colorado in a multiparty case.

I have a court matter that my clients want me to attend of a criminal matter in which my client was a victim.  This occurs on February 24 and 25.  If I find that this matter has changed or has been rescheduled, I will alert the Court as soon as I know on Monday.

Thank you for your consideration.

Paul Byrd

On Feb 21, 2020, at 3:26 PM, Jared Lax <Jared_Lax@ared.uscourts.gov> wrote:

Counsel:

The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).

The Court has under advisement and is prepared to rule on the pending discovery motions within the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.

The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.

Please advise.

Jared Lax

Law Clerk to the Honorable Kristine G. Baker

U.S. District Court, Eastern District of Arkansas

500 West Capitol Avenue, Room D444

Little Rock, Arkansas 72201

jared_lax@ared.uscourts.gov

(501) 604-5423

| | |
|---|---|
| **From:** | Matthew A. Kezhaya |
| **To:** | Michael Cantrell |
| **Cc:** | Jared Lax; aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag.gov; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; vincent.wagner_arkansasag.gov; William C. Bird III; stu.dehaan_gmail.com; paul@paulbyrdlawfirm.com; Tracy Washington; Sonia A. Kezhaya; Josie Graves |
| **Subject:** | Re: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| **Date:** | Friday, February 21, 2020 4:07:51 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Jared,

TST requests a hearing on all outstanding motions.

Matthew A. Kezhaya

Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.


On Fri, Feb 21, 2020 at 4:03 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

> Mr. Lax,
>
>
> Thanks for your message. Given that the Court is prepared to rule on the pending discovery motions within the next week, Defendant respectfully withdraws his request for a hearing.
>
>
> Regards,
>
>
> Mike

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 ¦ Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov ¦ ArkansasAG.gov



---

**From:** Jared Lax <Jared_Lax@ared.uscourts.gov>
**Sent:** Friday, February 21, 2020 3:26 PM
**To:** aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>; matt@kezhaya.law; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com
**Cc:** Tracy Washington <Tracy_Washington@ared.uscourts.gov>
**Subject:** Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

Counsel:

The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).

The Court has under advisement and is prepared to rule on the pending discovery motions

within the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.

The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.

Please advise.

Jared Lax

Law Clerk to the Honorable Kristine G. Baker

U.S. District Court, Eastern District of Arkansas

500 West Capitol Avenue, Room D444

Little Rock, Arkansas 72201

jared_lax@ared.uscourts.gov

(501) 604-5423

| | |
|---|---|
| **From:** | Michael Cantrell |
| **To:** | Jared Lax; aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; nicholas.bronni_arkansasag.gov; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; vincent.wagner_arkansasag; William C. Bird III; matt@kezhaya.law; stu.dehaan_gmail.com; paul@paulbyrdlawfirm.com |
| **Cc:** | Tracy Washington |
| **Subject:** | RE: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| **Date:** | Friday, February 21, 2020 4:04:14 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Mr. Lax,

Thanks for your message. Given that the Court is prepared to rule on the pending discovery motions within the next week, Defendant respectfully withdraws his request for a hearing.

Regards,

Mike


**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 ¦ Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov ¦ ArkansasAG.gov



**From:** Jared Lax <Jared_Lax@ared.uscourts.gov>
**Sent:** Friday, February 21, 2020 3:26 PM
**To:** aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; gary.sullivan@sos.arkansas.gov; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; Michael Cantrell <michael.cantrell@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>; matt@kezhaya.law; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com
**Cc:** Tracy Washington <Tracy_Washington@ared.uscourts.gov>

**Subject:** Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

Counsel:

The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).

The Court has under advisement and is prepared to rule on the pending discovery motions within the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.

The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.

Please advise.

Jared Lax
Law Clerk to the Honorable Kristine G. Baker
U.S. District Court, Eastern District of Arkansas
500 West Capitol Avenue, Room D444
Little Rock, Arkansas 72201
jared_lax@ared.uscourts.gov
(501) 604-5423

| | |
|---|---|
| **From:** | Matthew A. Kezhaya |
| **To:** | Gary Sullivan |
| **Cc:** | Jared Lax; aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; dylan.jacobs@arkansasag.gov; nicholas.bronni_arkansasag.gov; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; michael.cantrell@arkansasag.gov; vincent.wagner_arkansasag.gov; william.bird@arkansasag.gov; stu.dehaan_gmail.com; paul@paulbyrdlawfirm.com; Tracy Washington |
| **Subject:** | Re: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| **Date:** | Friday, February 21, 2020 4:02:34 PM |

Dear Judge,

I am available each of those days and will block out my schedule. With leave of Court, TST prefers to appear by teleconference.

Matthew A. Kezhaya

Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.


On Fri, Feb 21, 2020 at 3:30 PM Gary Sullivan <gary.sullivan@sos.arkansas.gov> wrote:

> I am available all of the dates/times noted.
>
>
> **Gary L. Sullivan**
>
> Managing Attorney
>
> Arkansas Secretary of State
>
> Suite 256- State Capitol
>
> 500 Woodlane Street
>
> Little Rock, AR  72201
>
> Telephone: (501) 682-3401
>
> Fax: (501) 682-1213

**From:** Jared Lax <Jared_Lax@ared.uscourts.gov>
**Sent:** Friday, February 21, 2020 3:26 PM
**To:** aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; dylan.jacobs@arkansasag.gov; Gary Sullivan <gary.sullivan@sos.arkansas.gov>; nicholas.bronni_arkansasag.gov <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; michael.cantrell@arkansasag.gov; vincent.wagner_arkansasag.gov <vincent.wagner@arkansasag.gov>; william.bird@arkansasag.gov; matt@kezhaya.law; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com
**Cc:** Tracy Washington <Tracy_Washington@ared.uscourts.gov>
**Subject:** Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

# External Message

Counsel:


The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).


The Court has under advisement and is prepared to rule on the pending discovery motions within the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.


The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.


Please advise.


Jared Lax

Law Clerk to the Honorable Kristine G. Baker

U.S. District Court, Eastern District of Arkansas

500 West Capitol Avenue, Room D444

Little Rock, Arkansas 72201

jared_lax@ared.uscourts.gov

(501) 604-5423

| | |
|---|---|
| **From:** | Gary Sullivan |
| **To:** | Jared Lax; aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; dylan.jacobs@arkansasag.gov; nicholas.bronni_arkansasag.gov; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; michael.cantrell@arkansasag.gov; vincent.wagner_arkansasag.gov; william.bird@arkansasag.gov; matt@kezhaya.law; stu.dehaan_gmail.com; paul@paulbyrdlawfirm.com |
| **Cc:** | Tracy Washington |
| **Subject:** | RE: Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB |
| **Date:** | Friday, February 21, 2020 3:30:19 PM |

I am available all of the dates/times noted.

**Gary L. Sullivan**
Managing Attorney
Arkansas Secretary of State
Suite 256- State Capitol
500 Woodlane Street
Little Rock, AR  72201
Telephone: (501) 682-3401
Fax: (501) 682-1213

**From:** Jared Lax <Jared_Lax@ared.uscourts.gov>
**Sent:** Friday, February 21, 2020 3:26 PM
**To:** aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org; dylan.jacobs@arkansasag.gov; Gary Sullivan <gary.sullivan@sos.arkansas.gov>; nicholas.bronni_arkansasag.gov <nicholas.bronni@arkansasag.gov>; hsasser@firstliberty.org; lepatterson@firstliberty.org; mberry@firstliberty.org; michael.cantrell@arkansasag.gov; vincent.wagner_arkansasag.gov <vincent.wagner@arkansasag.gov>; william.bird@arkansasag.gov; matt@kezhaya.law; stu.dehaan_gmail.com <stu.dehaan@gmail.com>; paul@paulbyrdlawfirm.com
**Cc:** Tracy Washington <Tracy_Washington@ared.uscourts.gov>
**Subject:** Motion for Hearing re: Cave v. Thurston, 4:18-cv-00342-KGB

# External Message

Counsel:

The Court writes regarding defendant's motion for hearing regarding the pending discovery motions in this matter filed yesterday (Dkt. No. 110).

The Court has under advisement and is prepared to rule on the pending discovery motions within the next week.  The Court will hold its written ruling and proceed to conduct a hearing on these pending motions prior to ruling, given defendant's motion for hearing, unless the parties advise otherwise.

The Court is available after 3:00 p.m. any afternoon next week from Tuesday, February 25, through Friday, February 28, for a hearing.  The Court is willing to conduct such a hearing in person or by telephone.  The Court directs all counsel to advise the Court by email of their availability for all of those dates and times.

Please advise.

Jared Lax
Law Clerk to the Honorable Kristine G. Baker
U.S. District Court, Eastern District of Arkansas
500 West Capitol Avenue, Room D444
Little Rock, Arkansas 72201
jared_lax@ared.uscourts.gov
(501) 604-5423