(Post. 3/25/13)

# United States District Court
## Eastern District of Arkansas

DONNA CAVE, et al.

**NOTICE**

v.

JOHN THURSTON

CASE NUMBER: 4:18-cv-00342 KGB

TYPE OF CASE: ☒ CIVIL  ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 4C |
| | DATE AND TIME |
| | March 11, 2020 at 2:30 p.m. |

TYPE OF PROCEEDING

Telephone Hearing re Deposition Dispute before United States District Judge Kristine G. Baker.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 4C | |

James W. McCormack, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

03/11/2020
DATE

Tracy M. Washington
(BY) DEPUTY CLERK

To: