IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.* | **PLAINTIFFS** |
| **ANNE ORSI**, *et al.*, and | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.* | **INTERVENORS** |

CASE NUMBER: 4:18-CV-00342

V.

**JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity        **DEFENDANT**

### INTERVENORS' REQUESTS FOR PRODUCTION TO THE STATE OF ARKANSAS

**COME NOW** Intervenors, by and through counsel of record, with requests for production submitted on February 14, 2020.

### INSTRUCTIONS

1. Electronic documents shall be produced in PDF format.

2. Emails shall be produced in PDF format with all emails in a thread collected as one PDF document.

3. Unless otherwise indicated, the time period for each request covers January 1, 2015 to present.

4. To the extent any document is withheld in whole or in part on the assertion of privilege, provide the following:

    a. The date of the document;

    b. The author of the document;

    c. All recipients who have ever received the document;

    d. The type of document (e.g. letter, report, email, memorandum, etc.);

   e. The general subject matter of the document; and

   f. The specific privilege claimed with respect to the document.

5. To the extent any document is redacted in whole or in part, stamp the document "redacted" and separately log each redaction.

6. If you object to a portion or aspect of any request, produce all documents responsive to the remainder of the request.

7. You have an ongoing duty to seasonably supplement or correct your discovery responses.

## DEFINITIONS

1. "Correspondence" includes all written communications, regardless whether in the form of a physical letter, an email, a text message, a memorandum, or any other form of written word.

2. The "Ten Commandments Monument Display Act" includes SB939 of 2015 and Act 1231 of 2015.

3. The "Usurping Act" includes HB1273 of 2017 and Act 274 of 2017.

4. "General Assembly Member" includes both an individual office holder of either house of the Arkansas legislature and all of their staff.

5. The "Governor" includes both the individual office holder and all staff.

6. The "Secretary of State" includes both the individual office holder and all staff.

7. The "AHHF" is the "American History & Heritage Foundation, Inc.," a domestic nonprofit corporation, filing number 811087865, incorporated on October 19, 2015.

8. The "NACL" is the "National Association of Christian Lawmakers, Inc.," a domestic nonprofit corporation, filing number 811201676, incorporated on April 19, 2019.

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NUMBER 1:** Produce all Correspondence, sent or received during the period beginning January 1, 2015 to present, to or from any General Assembly Member or the Governor which contain any of the following "Devil" category words or phrases:

(a) Satan

(b) Satanic

(c) Satanist

(d) Satanists

(e) Baphomet

(f) Devil

(g) Devils

(h) Hail Satan

**REQUEST FOR PRODUCTION NUMBER 2:** Produce all Correspondence, sent or received during the period beginning January 1, 2015 to present, to or from any General Assembly Member, the Governor, or the Secretary of State, which contain any of the following "People" category words or phrases:

(a) Doug Misicko

(b) Doug Mesner

(c) Lucien Greaves

(d) Cevin Soling

(e) Kevin Soling

(f) Malcolm Jarry

(g) Malcolm Jerry

(h) Erika Robbins

(i) Mason Hargett

(j) Harold Cronk

**REQUEST FOR PRODUCTION NUMBER 3:** Produce all Correspondence, sent or received sent during the period beginning January 1, 2015 to present, to or from any General Assembly Member, the Governor, or the Secretary of State, which contain any of the following "People" category words or phrases:

(a) Stu de Haan

(b) Stu deHaan

(c) Matthew A. Kezhaya

(d) Matt Kezhaya

(e) Sonia A. Kezhaya

(f) Sonia Kezhaya

(g) Josie N. Graves

(h) Josie Graves

**REQUEST FOR PRODUCTION NUMBER 4:** Produce all Correspondence, sent or received sent during the period beginning January 1, 2015 to present, to or from any General Assembly Member, the Governor, or the Secretary of State, which contain any of the following "Organizational" category words or phrases:

(a) Church of Satan

(b) COS

(c) The Satanic Temple

(d) TST

(e) United Federation of Churches

    (f)  Reason Alliance Ltd.

    (g)  Alliance for Self-Directed Education

    (h)  Spectacle Films

    (i)  Cinephobia

    (j)  Pure Flix Entertainment

    (k)  American Heritage and History Foundation

    (l)  National Association of Christian Lawmakers

**REQUEST FOR PRODUCTION NUMBER 5:** Produce all Correspondence, sent or received during the period beginning January 1, 2015 to present, to or from any General Assembly Member, the Governor, or the Secretary of State, which contain any of the following "Satanic events" category words or phrases:

    (a)  Rally for Governor Rick Scott

    (b)  Pink Mass

    (c)  Protect Children Project

    (d)  Black Mass at Harvard

    (e)  After School Satan Club

    (f)  Grey Faction

    (g)  The Unveiling

    (h)  Rally for Religious Liberty

    (i)  Devil's Renaissance

**REQUEST FOR PRODUCTION NUMBER 6:** Produce all Correspondence, sent or received during the period beginning January 1, 2015 to present, to or from any General Assembly Member, the Governor, or the Secretary of State, which contain any of the following "Monuments" category words or phrases:

    (a) Ten Commandments

    (b) Baphomet

    (c) Hanuman

    (d) Saline Atheist and Skeptic Society

    (e) Gold Star Families

**REQUEST FOR PRODUCTION NUMBER 7:** To the extent not produced pursuant to the above, produce all Correspondence in the possession of the State of Arkansas or any of its employees that relates to The Satanic Temple or its activities, the Ten Commandments Monument, the Baphomet Monument, or this litigation.

**REQUEST FOR PRODUCTION NUMBER 8:** Produce the complete Secretary of State file on the AHHF. Without limiting the foregoing, provide the documents submitted to create the articles of incorporation, the articles of incorporation, mission statement/statement of purpose, all franchise tax annual reports, all documents pertaining to charity designation, and all annual charity reports.

**REQUEST FOR PRODUCTION NUMBER 9:** Produce the complete Secretary of State file on the NACL. Without limiting the foregoing, provide the documents submitted to create the articles of incorporation, the articles of incorporation, mission statement/statement of purpose, all franchise tax annual reports, all documents pertaining to charity designation, and all annual charity reports.

**REQUEST FOR PRODUCTION NUMBER 10:** Produce all state tax records for the AHHF.

**REQUEST FOR PRODUCTION NUMBER 11:** Produce all state tax records for the NACL.

**REQUEST FOR PRODUCTION NUMBER 12:** To the extent not produced above, produce all documents in the possession of the State of Arkansas or any of its employees that relates to the AHHF or its activities.

**REQUEST FOR PRODUCTION NUMBER 13:** To the extent not produced above, produce all documents in the possession of the State of Arkansas or any of its employees that relates to the NACL or its activities.

**REQUEST FOR PRODUCTION NUMBER 14:** Produce all meeting minutes for any meeting pertaining to the Ten Commandments Monument Display Act.

**REQUEST FOR PRODUCTION NUMBER 15:** Produce all meeting minutes for any meeting pertaining to the Usurping Act.

**REQUEST FOR PRODUCTION NUMBER 16:** Produce all notes created by any employee of the State of Arkansas that pertains to the Ten Commandments Monument Display Act.

**REQUEST FOR PRODUCTION NUMBER 17:** Produce all notes created by any employee of the State of Arkansas that pertains to the Usurping Act.

**REQUEST FOR PRODUCTION NUMBER 18:** Produce all Campaign Contribution & Expenditure disclosures, dating from January 1, 2013 to present, from any elected General Assembly Member which discloses an expenditure of campaign funds at a church or any other Christian affiliated organization, or who received campaign funds from a church or any other Christian affiliated organization.

**REQUEST FOR PRODUCTION NUMBER 19:** Produce all documents provided in discovery to either set of plaintiffs before December 18, 2018.

[**remainder intentionally left blank, signature following**]

|  | Propounded on February 14, 2020, on behalf of Plaintiffs |
|---:|:---|
| By: | /s/ Matthew A. Kezhaya |
|  | Matthew A. Kezhaya, ABA# 2014161 |
|  | **Kezhaya Law PLC** |
|  | 1202 NE McClain Rd |
|  | Bentonville, AR 72712 |
| phone: | (479) 431-6112 |
| facsimile: | (479) 282-2892 |
| email: | matt@kezhaya.law |

### Certificate and Notice of Service

**Notice is given** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Administrative Office of Courts' eFlex system on February 14, 2020. Pursuant to Arkansas Administrative Order 21, Section 7(c), the eFlex system sends service to registered users, which includes opposing counsel in this cause.  /s/ Matthew A. Kezhaya