**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **DONNA CAVE,** *et al.* | **PLAINTIFFS** |
| **ANNE ORSI,** *et al.*, and | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE,** *et al.* | **CASE NUMBER:** 4:18-CV-00342 | **INTERVENORS** |
| v. | |
| **JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## INTERVENORS' SECOND DISCOVERY REQUESTS TO DEFENDANT

**COME NOW** Intervenors, by and through counsel of record, with second discovery requests propounded to Defendant.

## INSTRUCTIONS

1. Electronic documents shall be produced in PDF format.

2. Emails shall be produced in PDF format with all emails in a thread collected as one PDF document.

3. Unless otherwise indicated, the time period for each request covers January 1, 2015 to present.

4. To the extent any document is withheld in whole or in part on the assertion of privilege, provide the following:

    a. The date of the document;

    b. The author of the document;

    c. All recipients who have ever received the document;

    d. The type of document (e.g. letter, report, email, memorandum, etc.);

   e. The general subject matter of the document; and

   f. The specific privilege claimed with respect to the document.

5. To the extent any document is redacted in whole or in part, stamp the document "redacted" and separately log each redaction.

6. If you object to a portion or aspect of any request, produce all documents responsive to the remainder of the request.

7. You have an ongoing duty to seasonably supplement or correct your discovery responses.

## SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NUMBER 1:** Provide the contact information for all individuals who have discoverable information on any legal issue in this cause. For each individual, provide their full name, phone number, email address, and mailing address. Without limiting the foregoing, specifically provide the contact information for each individual who has been in contact with Defendant or any agent of Defendant, including without limitation all counsel of record, with information pertaining to the allegation that The Satanic Temple is a profit-generating front for Lucien Greaves (aka Doug Misicko) or Malcolm Jarry (aka Cevin Soling).

   **ANSWER**:

**REQUEST FOR PRODUCTION NUMBER 1:** Produce PDF copies of all written correspondence between Defendant or any agent of Defendant, including without limitation all counsel of record, and each individual identified in Interrogatory Number 1. Without limiting the forgoing, "written correspondence" means any form of written communication and particularly includes all emails, text messages, letters, and any other written communication.

**REQUEST FOR PRODUCTION NUMBER 2:** Produce all attachments to any written correspondence between Defendant or any agent of Defendant, including without limitation all

counsel of record, and each individual identified in Interrogatory Number 1. Without limiting the forgoing, "written correspondence" means any form of written communication and particularly includes all emails, text messages, letters, and any other written communication.

**REQUEST FOR PRODUCTION NUMBER 3:** To the extent not identified above, provide all documents in the possession of Defendant or Defendants' counsel pertaining to the allegation that The Satanic Temple is a profit-generating front for Lucien Greaves (aka Doug Misicko) or Malcolm Jarry (aka Cevin Soling).

|  | Propounded on February 26, 2020, on behalf of Plaintiff |
|---:|:---|
| By: | /s/ Matthew A. Kezhaya |



Matthew A. Kezhaya, ABA# 2014161
**KEZHAYA LAW PLC**
1202 NE McClain Rd
Bentonville, AR 72712
phone: (479) 431-6112
facsimile: (479) 282-2892
email: matt@kezhaya.law

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, emailed the foregoing document to all counsel of record on February 26, 2020. More particularly:

"Andrew G. Schultz" <aschultz@rodey.com>,
"David A. Niose" <dniose@americanhumanist.org>,
"Gary L. Sullivan" <gary.sullivan@sos.arkansas.gov>,
"Hiram S. Sasser III" <hsasser@firstliberty.org>,
James 'Gerry' Schulze <gerrysch@b-s-m-law.com>,
"John L. Burnett" <jburnett@laveyandburnett.com>,
"Joshua D. Gillispie" <josh@greenandgillispie.com>,
Josie Graves <josie@kezhaya.law>,
Lea Elyse Patterson <lepatterson@firstliberty.org>,
"Melanie B. Stambaugh" <mstambaugh@rodey.com>,
Michael Cantrell <michael.cantrell@arkansasag.gov>,
"Michael D. Berry" <mberry@firstliberty.org>,
Monica Miller <mmiller@americanhumanist.org>,
"Patrick C. Elliot" <patrick@ffrf.org>,
vincent wagner <vincent.wagner@arkansasag.gov>,

"William C. Bird III" <william.bird@arkansasag.gov>

/s/ Matthew A. Kezhaya

## ACKNOWLEDGMENT

I certify that I have read the allegations and statements contained in the preceding document and state under penalty of perjury that they are true and correct to the best of my knowledge.

_____                    _____
NAME                                              Date

State of Arkansas      )
County of Benton       ) ss.          **ACKNOWLEDGMENT**

Before me, the undersigned, a notary public, in and for said County and State on the below written date, personally appeared **NAME** to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that they executed the same as their free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year below written.

My Commission Expires (seal):

_____
Notary public

_____
Date