

Matthew A. Kezhaya <matt@kezhaya.law>

## Cave v. Thurston- Extension of deadline to respond to Requests for Production

**Gary Sullivan** <gary.sullivan@sos.arkansas.gov>     Thu, Mar 12, 2020 at 2:05 PM
To: "Matthew A. Kezhaya" <matt@kezhaya.law>
Cc: Michael Cantrell <michael.cantrell@arkansasag.gov>, "william.bird@arkansasag.gov" <william.bird@arkansasag.gov>

Mr. Kezhaya,

This will confirm our phone conversation today regarding my request for an extension of the deadline to respond to TST's most recent Requests for Production. As discussed, we have agreed to a two-week extension, making the requests due by March 27, 2020. Also, I am only handling the gathering of the documents in the Secretary of State's Office. Co-counsel at the Attorney General's Office may or may not have objections to producing some or portions of some documents.

I appreciate you accommodating our need for additional time as we examine each of the thousands of documents in question.

Gary L. Sullivan

Managing Attorney

Arkansas Secretary of State

Suite 256- State Capitol

500 Woodlane Street

Little Rock, AR  72201

Telephone: (501) 682-3401

Fax: (501) 682-1213