**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONNA CAVE,** *et al.*                                                                              **PLAINTIFFS**

**ANNE ORSI**, *et al.*, and                                                   **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*                                             **INTERVENOR PLAINTIFFS**

**CASE NUMBER:**

**V.**

**4:18-CV-00342**

**JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity          **DEFENDANT**

**INTERVENORS' AGREED MOTION FOR PROTECTIVE ORDER**

**COME NOW** Intervenors, by and through counsel of record, on motion for entry of an agreed

protective order.

1.  The Court recently ordered the production of discovery and invited the parties to confer on

    the terms of a reasonable protective order.  See Doc. 116 at pp. 20 and 23-24.

2.  The parties have conferred on the terms of a protective order and unanimously agree to the

    proposed order attached as **EXHIBIT 1**.

**WHEREFORE** Intervenors pray this Court enter a protective order consistent with the terms set

forth in the attached proposed order.

**[intentionally left blank, signatures and certificate following]**

---

Respectfully submitted on April 14, 2020,
On behalf of Intervenors

By      /s/ Matthew A. Kezhaya          and      /s/ Stuart P. de Haan

Matthew A. Kezhaya, ABA # 2014161          Stuart P. de Haan, AZ Bar No. 026664
Attorney for Intervenors                                  Attorney for Intervenors
**KEZHAYA LAW PLC**                                 de Haan Law Firm, PLLC
1202 NE McClain Rd                                      100 N Stone Avenue, Suite 512
Bentonville, AR 72712                                     Tucson, Arizona  85701
phone   (479) 431-6112                                  (520) 358-4089
fax      (479) 282-2892                                    (520) 628-4275
email    matt@kezhaya.law                            stu.dehaan@gmail.com

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, submitted for filing the foregoing document by uploading it to the Court's ECF system.  The ECF system sends automated notice to all counsel of record. /s/ Matthew A. Kezhaya