IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v. No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

**DEFENDANT'S THIRD SET OF REQUESTS
FOR PRODUCTION TO INTERVENORS**

Defendant, Secretary of State John Thurston, in his official capacity, through counsel, propounds the following request for production to Intervenors to be answered in the time and manner prescribed by the Federal Rules of Civil Procedure.

\* \* \*

Please note that in what follows, a pair or list of items using "or" shall be read inclusively such that "x, y, or z" shall be understood to mean "x or y or z or some of the preceding or all of the preceding."

**REQUEST FOR PRODUCTION NO. 1.** Please produce a copy of all United Federation of Churches, LLC, current and former governance documents (including, but not

limited to, any articles of organization, operating agreement, bylaws, goal statement, leadership policy, or organizational policy).

**REQUEST FOR PRODUCTION NO. 2.** Please produce a copy of all Satanic Temple, Inc., current and former governance documents (including, but not limited to, any articles of organization, operating agreement, bylaws, goal statement, leadership policy, or organizational policy).

**REQUEST FOR PRODUCTION NO. 3.** To the extent not covered by the above Requests for Production, please produce a copy of all Satanic Temple current and former governance documents (including, but not limited to, any articles of organization, operating agreement, bylaws, goal statement, leadership policy, or organizational policy).

**REQUEST FOR PRODUCTION NO. 4.** Please produce a copy of all documents describing or depicting any legal, financial, or organizational relationship between the United Federation of Churches, LLC, and the Satanic Temple, Inc.

**REQUEST FOR PRODUCTION NO. 5.** Please produce a copy of all documents describing or depicting the powers, roles, or responsibilities of the following or of any legal, financial, or organizational relationship of the following to one another or to the Satanic Temple: the Executive Ministry, the National Council, the International Council, and Grey Faction.

**REQUEST FOR PRODUCTION NO. 6.** Please produce a copy of all documents describing the legal, financial, or organizational relationship between the Satanic Temple; the United Federation of Churches, LLC; or the Satanic Temple, Inc., on one hand, and local chapters affiliated in any way with any of those organizations, on the other (including, but not limited to, any affiliation agreement, nondisclosure agreement, or set of local-chapter guidelines).

**REQUEST FOR PRODUCTION NO. 7.** Please produce a copy of all Satanic Temple newsletters that refer to or depict the Baphomet statue, the Ten Commandments monument, or this litigation.

**REQUEST FOR PRODUCTION NO. 8.** Please produce a copy of all correspondence between either Doug Misicko (a.k.a. Doug Mesner, a.k.a. Lucien Greaves) or Cevin Soling (a.k.a. Malcolm Jarry), on one hand, and Erika Robbins, on the other, relating to the Satanic Temple or its activities, the Ten Commandments monument, the Baphomet statue, or this litigation.

**REQUEST FOR PRODUCTION NO. 9.** Please produce all correspondence between either Doug Misicko (a.k.a. Doug Mesner, a.k.a. Lucien Greaves) or Cevin Soling (a.k.a. Malcolm Jarry), on one hand, and Mason Hargett, on the other, relating to the Satanic Temple or its activities, the Ten Commandments monument, the Baphomet statue, or this litigation.

**REQUEST FOR PRODUCTION NO. 10.** Please produce a copy of all records of whatever kind of the remarks given by Doug Misicko (a.k.a. Doug Mesner, a.k.a. Lucien Greaves) at the Satanic Temple Baphomet Unveiling event in Detroit, Michigan, on or about July 25, 2015.

**REQUEST FOR PRODUCTION NO. 11.** Please produce a copy of all records of whatever kind of the remarks given by Doug Misicko (a.k.a. Doug Mesner, a.k.a. Lucien Greaves) at the Satanic Temple Devil's Renaissance event on or about December 28, 2019.

**REQUEST FOR PRODUCTION NO. 12.** Please produce a copy of all records of whatever kind of the remarks given by Stu de Haan at the Satanic Temple Devil's Renaissance event on or about December 28, 2019.

**REQUEST FOR PRODUCTION NO. 13.** Please produce a copy of all records of whatever kind of the remarks given by Matthew Kezhaya at the Satanic Temple Devil's Renaissance event on or about December 28, 2019.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:   (501) 682-2007
Fax:  (501) 682-2591
Email: Michael.Cantrell@ArkansasAG.gov

Gary L. Sullivan, Ark. Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

## CERTIFICATE OF SERVICE

I, Michael A. Cantrell, certify that on January 29, 2020, I served the foregoing by email to the following:

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Matthew Kezhaya
matt@kezhaya.law
*Attorney for Intervenors*

*/s/ Michael A. Cantrell*
Michael A. Cantrell
