IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, JUDITH LANSKY,                    PLAINTIFFS
PAT PIAZZA, AND SUSAN RUSSELL


ANNE ORSI; AMERICAN HUMANIST     CONSOLIDATED PLAINTIFFS
ASSOCIATION; FREEDOM FROM
RELIGION FOUNDATION, INC.;
ARKANSAS SOCIETY OF FREETHINKERS;
JOAN DIETZ; GALE STEWART; RABBI
EUGENE LEVY; REV. VICTOR H. NIXON;
TERESA GRIDER; AND WALTER RIDDICK


THE SATANIC TEMPLE; DOUG MISICKO,             INTERVENORS
AKA "LUCIEN GREAVES"; AND ERIKA
ROBBINS


VS.                          CASE NO. 4:18-CV-00342



JOHN THURSTON, ARKANSAS SECRETARY             DEFENDANT
OF STATE, IN HIS OFFICIAL CAPACITY

_____

VIDEOTAPED ORAL DEPOSITION

OF

DOUGLAS ALEXANDER MISICKO

_____



March 11, 2020

Office of the Arkansas Attorney General
323 Center Street
Little Rock, Arkansas 72201

```
Shyloa Myers, RPR, CCR
Arkansas Lic. No. 710
```

```
                    A P P E A R A N C E S


      ON BEHALF OF THE PLAINTIFFS:


      DARRYL E. "CHIP" BAKER
      Baker Schulze Murphy & Patterson
      2311 Biscayne Drive
      Suite 300
      Little Rock, AR  72227

      E-mail: dbaker@b-s-m-law.com


      JOSHUA D. GILLISPIE
      Green Gillispie
      1 Riverfront Plaza
      Suite 605
      North Little Rock, AR  72114

      E-mail: josh@greenandgillispie.com



      ON BEHALF OF THE DEFENDANT:


      MICHAEL A. CANTRELL
      Assistant Solicitor General
      Arkansas Atttorney General's Office
      323 Center Street
      Suite 200
      Little Rock, AR  72201

      E-mail: michael.cantrell@arkansasag.gov


      LEA PATTERSON
      First Liberty
      2001 West Plano Parkway
      Suite 1600
      Plano, TX  75075

      E-mail: lepatterson@firstliberty.org
```

```
              ON BEHALF OF THE DEFENDANT (Continued):


              GARY SULLIVAN
              Managing Attorney
              Arkansas Secretary of State
              500 Woodlane Street, Suite 256
              Little Rock, AR  72201-1094

              E-mail: gary.sullivan@sos.arkansas.gov



              ON BEHALF OF THE INTERVENORS:


              MATTHEW A. KEZHAYA
              SONIA A. KEZHAYA
              Kezhaya Law, PLC
              1202 Northeast McClain Road
              Bentonville, AR  72712

              E-mail: matt@kezhaya.law




              ALSO PRESENT:

              MICHAEL FINCHER

              RACHEL KLUENDER

              BRITTANY GARCIA

              ERIKA ROBBINS

              TOM HALLUM, Videographer
```

C A P T I O N


    ANSWERS AND ORAL DEPOSITION OF DOUGLAS ALEXANDER
MISICKO, a witness produced at the request of the
Defendant, taken in the above-styled and numbered cause
on the 11th of March, 2020 before Shyloa Myers, CCR, RPR,
and Notary Public, at 9:09 a.m. at the offices of the
Arkansas Attorney General, Civil Department, 323 Center
Street, Little Rock, Arkansas 72201.




S T I P U L A T I O N S


NO STIPULATIONS ON THE RECORD

```
 1              (Deposition commences at 9:09 a.m.)
 2                   PROCEEDINGS
 3              THE VIDEOGRAPHER:  We are on the record.
 4       The date is March 11, 2020. The time is
 5       9:09 a.m. This the deposition of Douglas
 6       Alexander Misicko.
 7              Will you swear the witness in, please.
 8              (Witness sworn.)
 9              MR. CANTRELL:  Okay. So we're on the
10       record. And let's all go around and -- and say
11       who we are and who we represent.
12              I am Michael Cantrell. I represent the
13       Defendant. I am with the Attorney General's
14       Office.
15              MS. PATTERSON:  Lea Patterson from the
16       First Liberty Institute for the Defendant.
17              MR. SULLIVAN: I'm Gary Sullivan from the
18       Secretary of State's Office for the Defendant.
19       And I have observers, staff attorney Michael
20       Fincher and staff attorney Rachel Kluender.
21              MR. GILLESPIE: Josh Gillespie for the Cave
22       plaintiffs.
23              MR. BAKER:  Darryl Baker for the Orsi
24       plaintiffs.
25              MS. KEZHAYA:  Sonia Kezhaya for the
```

1  discussed already?

2  A.   That's correct.

3  Q.   Okay. Since 2017 to now?

4  A.   Well, there's Cinephobia.

5       Are we still considering that part of --

6            MR. KEZHAYA:  No, we're not.

7            MR. CANTRELL:  Matt, would you agree that

8       Cinephobia is an affiliate of The Satanic

9       Temple?

10           MR. KEZHAYA:  I would not.

11           MR. CANTRELL:  Okay. That was one that

12      I -- I could not recall earlier, but I -- I

13      think it is an affiliate.

14           MR. KEZHAYA:  It's not part of the judge's

15      order. We did not agree that Cinephobia is a

16      TST affiliate.

17           MR. CANTRELL:  Okay. All right. And I'll

18      ask the question, just to put it on record.

19  Q.   (Mr. Cantrell) How much in compensation have you

20  received from Cinephobia since 2017?

21           MR. CANTRELL:  And I understand you are

22      objecting to that question.

23           MR. KEZHAYA:  Subject to that objection,

24      go ahead and answer.

25           MR. CANTRELL:  Okay. And the basis for

1        your objection is the Court's order?

2             MR. KEZHAYA:  It is outside the Court's

3        order. We specified there are three affiliates

4        that we all agree are TST. This is not one of

5        those.

6             MR. CANTRELL:  Okay.

7             MR. KEZHAYA:  And we do not agree that

8        this is one of those.

9             MR. CANTRELL:  Okay.

10            MR. KEZHAYA:  I'm going to let him,

11       because I know the answer is zero or next to

12       it.

13            MR. CANTRELL:  All right. Are you -- I'm

14       sorry.

15            MR. KEZHAYA:  Oh, never mind. Go ahead.

16  Q.    (Mr. Cantrell) Are you familiar with someone named

17  Kyn Laroux?

18  A.    Yes.

19  Q.    Okay. Do you have personal knowledge of his -- of

20  his affiliation with The Satanic Temple?

21  A.    Yes.

22  Q.    Okay. Are you aware that he holds any other

23  position with The Satanic Temple?

24  A.    I'm sorry. Any other position than what?

25  Q.    Well, let me ask a better question.

CERTIFICATE

STATE OF ARKANSAS          )
                           )ss
COUNTY OF SALINE           )

    I, Shyloa Myers, CCR, RPR, and Notary Public, do hereby certify that the foregoing testimony of the witness, DOUGLAS ALEXANDER MISICKO, was reported verbatim through the use of the stenographic method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

    I FURTHER CERTIFY that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript WAS NOT requested.

    I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects impartiality or that requires me to provide any service not made available to all parties to the action.

    WITNESS MY HAND AND SEAL this 10th day of April, 2020.


_____          _____
Shyloa Myers, RPR, Notary Public          (SEAL)
Arkansas CCR Lic. No. 710