IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,** **PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v.                         No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State,** **in his official capacity** | **DEFENDANT** |

**MOTION FOR CONTINUANCE**

In light of significant disruptions caused by Covid-19 and remaining discovery-related disputes, Defendant respectfully requests a ninety-day continuance of the motion deadline and trial.

**I.     Good cause exists for a ninety-day continuance of the motion deadline and trial.**

For several weeks the United States and the State of Arkansas has been under a state of emergency resulting from the highly contagious Covid-19 virus. This Court is well aware of the significant widespread disruptions caused by the unprecedented efforts to combat the virus.

More particularly, for the past two months, the Attorney General—who is counsel for Secretary Thurston in this matter—has been handling the novel burden of providing urgently needed advice to State officials concerning their operations in light of the threats and challenges

posed by Covid-19. Further, over the past three weeks, the State's own actions have become the subject of significant litigation involving various plaintiffs' requests for immediate injunctive relief. *E.g.*, *Little Rock Family Planning Services v. Rutledge*, No. 4:19CV449-KGB, reassigned as No. 4:20CV470-BSM (E.D. Ark) (three requests for TROs concerning Covid-19-related restrictions on elective medical procedures); *Frazier v. Kelley*, Nos. 4:20CV434-KGB, 4:20CV435-KGB, 4:20CV436-KGB, 4:20CV437-KGB, & 4:20CV438-KGB (E.D. Ark) (class-action complaint and petition for writ of habeas corpus with two requests for TROs concerning conditions of confinement at facilities operated by the Arkansas Department of Corrections); *Miller v. Thurston*, No. 5:20CV5070-PKH (W.D. Ark) (request for a preliminary injunction, in light of Covid-19, to Arkansas's requirements to place a constitutional amendment on the ballot); *Whitfield v. Thurston*, No. 4:20-cv-00466-KGB (request for a preliminary injunction, in light of Covid-19, to Arkansas's petition-signature requirement for the 2020 general election cycle). All of this has occurred while the Attorney General's offices have been closed (since at least March 16), and staff are working from their respective homes. This urgent Covid-19-related litigation has required, and for the coming weeks is anticipated to continue to require, the expenditure of substantial time and resources that the Attorney General had previously intended to allocate to other matters, including motion briefing in this case.

In addition to the disruptions caused by Covid-19, pending discovery motions and discussions among counsel indicate that outstanding discovery disputes remain that are not yet fully ripe for this Court's adjudication. *See* DE 74, 120, & 124. These matters stand in need of resolution before motion briefing can conclude. Further, Defendant understands that the consensus among counsel is that this case will not be ready for trial by the currently scheduled trial date of July 13, 2020.

In light of these issues, good cause exists for a ninety-day continuance of the approaching May 14, 2020 motion deadline and July 13, 2020 trial, and no party will be prejudiced thereby. Further, in light of what is expected to be significant briefing of the legal issues in this case concerning the many parties, Defendant respectfully requests that the Court allow not less than seven weeks between the dispositive-motion deadline and the trial date.

The Court has previously granted an extension of time to complete discovery. DE 103. The discovery period ended as of April 29, 2020, and Defendant does not request an extension of discovery at this time.

Therefore, for good cause shown, Defendant respectfully requests that this Court enter an amended scheduling order setting the motion deadline not before August 12, 2020; and trial not before September 30, 2020.

## II.     All parties concur that a continuance is appropriate in this case.

Defendant has conferred with counsel for the Cave Plaintiffs, the Orsi Consolidated Plaintiffs, and Intervenors. Defendant is authorized to state that the Orsi Consolidated Plaintiffs and Intervenors have no objection to a ninety-day continuance of the motion deadline and trial and that the Cave Plaintiffs have no objection to a sixty-day continuance of the same.

## CONCLUSION

Defendant respectfully requests that the Court grant its motion for a ninety-day continuance of the current motion deadline and trial (along with its associated deadlines); that it allow not less than seven weeks between the dispositive-motion deadline and the trial date; and that it set the motion deadline not before August 12, 2020, and trial not before September 30, 2020.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Vincent M. Wagner (2019071)
  Deputy Solicitor General
Michael A. Cantrell* (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:    (501) 682-2007
Fax:   (501) 682-2591
Michael.Cantrell@ArkansasAG.gov
*Counsel of record*

Gary L. Sullivan, Ark Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401; Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*