5/1/2020 Kezhaya Law GLB Mail - Cave v. Thurston, 1st Suppl. Rsps. to TST's first discovery reqs

Case 4:18-cv-00342-KGB Document 126-1 Filed 05/01/20 Page 1 of 2



Matthew A. Kezhaya <matt@kezhaya.law>

## Cave v. Thurston, 1st Suppl. Rsps. to TST's first discovery reqs

**Michael Cantrell** <michael.cantrell@arkansasag.gov>  Fri, Apr 24, 2020 at 12:11 PM
To: "aschultz@rodey.com" <aschultz@rodey.com>, "jburnett@laveyandburnett.com" <jburnett@laveyandburnett.com>, "josh@greenandgillispie.com" <josh@greenandgillispie.com>, "mstambaugh@rodey.com" <mstambaugh@rodey.com>, "gerrysch@b-s-m-law.com" <gerrysch@b-s-m-law.com>, "mmiller@americanhumanist.org" <mmiller@americanhumanist.org>, "patrick@ffrf.org" <patrick@ffrf.org>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Michael Cantrell <michael.cantrell@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "William C. Bird III" <william.bird@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, "lepatterson@firstliberty.org" <lepatterson@firstliberty.org>, "matt@kezhaya.law" <matt@kezhaya.law>, "sonia@kezhaya.law" <sonia@kezhaya.law>, "josie@kezhaya.law" <josie@kezhaya.law>, "stu.dehaan@gmail.com" <stu.dehaan@gmail.com>

Matthew,

Good afternoon. Attached please find documents regarding Defendant's First Supplemental Responses to the Satanic Temple's first discovery requests.

Regards,

Mike

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 │ Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov │ ArkansasAG.gov



**2 attachments**

 **1755-1765 SOS File - AHHF.pdf**

5/1/2020 Kozubal Law SLB Mail - Caven/Thurston 1st Suppl. Rsp. w/ 1st/2nd first discovery reqs

Case 4:18-cv-00342-KGB Document 126-1 Filed 05/01/20 Page 2 of 2

1448K

📄 **2020-04-24 Letter - 1st Suppl. Rsp.pdf**
371K