

Matthew A. Kezhaya <matt@kezhaya.law>

# Cave v. Thurston, 2nd Supplemental Disclosures, 2 of 3

**Michael Cantrell** <michael.cantrell@arkansasag.gov>     Sat, Apr 18, 2020 at 8:43 PM
To: "aschultz@rodey.com" <aschultz@rodey.com>, "jburnett@laveyandburnett.com" <jburnett@laveyandburnett.com>, "josh@greenandgillispie.com" <josh@greenandgillispie.com>, "mstambaugh@rodey.com" <mstambaugh@rodey.com>, "gerrysch@b-s-m-law.com" <gerrysch@b-s-m-law.com>, "mmiller@americanhumanist.org" <mmiller@americanhumanist.org>, "patrick@ffrf.org" <patrick@ffrf.org>, Nicholas Bronni <nicholas.bronni@arkansasag.gov>, Vincent Wagner <vincent.wagner@arkansasag.gov>, Dylan Jacobs <dylan.jacobs@arkansasag.gov>, "William C. Bird III" <william.bird@arkansasag.gov>, "gary.sullivan@sos.arkansas.gov" <gary.sullivan@sos.arkansas.gov>, "hsasser@firstliberty.org" <hsasser@firstliberty.org>, "mberry@firstliberty.org" <mberry@firstliberty.org>, "lepatterson@firstliberty.org" <lepatterson@firstliberty.org>, "matt@kezhaya.law" <matt@kezhaya.law>, "sonia@kezhaya.law" <sonia@kezhaya.law>, "josie@kezhaya.law" <josie@kezhaya.law>, "stu.dehaan@gmail.com" <stu.dehaan@gmail.com>

Part 2 of 3

---

**From:** Michael Cantrell <michael.cantrell@arkansasag.gov>
**Sent:** Saturday, April 18, 2020 8:41 PM
**To:** 'aschultz@rodey.com' <aschultz@rodey.com>; 'jburnett@laveyandburnett.com' <jburnett@laveyandburnett.com>; 'josh@greenandgillispie.com' <josh@greenandgillispie.com>; 'mstambaugh@rodey.com' <mstambaugh@rodey.com>; 'gerrysch@b-s-m-law.com' <gerrysch@b-s-m-law.com>; 'mmiller@americanhumanist.org' <mmiller@americanhumanist.org>; 'patrick@ffrf.org' <patrick@ffrf.org>; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>; Michael Cantrell <michael.cantrell@arkansasag.gov>; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>; 'gary.sullivan@sos.arkansas.gov' <gary.sullivan@sos.arkansas.gov>; 'hsasser@firstliberty.org' <hsasser@firstliberty.org>; 'mberry@firstliberty.org' <mberry@firstliberty.org>; 'lepatterson@firstliberty.org' <lepatterson@firstliberty.org>; 'matt@kezhaya.law' <matt@kezhaya.law>; 'sonia@kezhaya.law' <sonia@kezhaya.law>; 'josie@kezhaya.law' <josie@kezhaya.law>; 'stu.dehaan@gmail.com' <stu.dehaan@gmail.com>
**Subject:** Cave v. Thurston, 2nd Supplemental Disclosures, 1 of 3

Counsel,

Good evening. Attached please find part 1 of 3 of Defendant's second supplemental disclosures in *Cave v. Thurston*.

Regards,

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 │ Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov

**7 attachments**

- 📄 **1315-1347 - 2017-05-11 Subcom 2 - AHHF.pdf**
  2847K

- 📄 **1348-1361 - 2017-12-05 Subcom Mtg - AHHF (Security Enhancements).pdf**
  1230K

- 📄 **1362-1365 - 2017-12-07 Pub. Comments Mtg - AHHF.pdf**
  736K

- 📄 **1366-1383 - 2017-12-12 Full Commission Mtg - AHHF.pdf**
  1294K

- 📄 **1384-1386 - August 31, 2015 Letter from the Satantic Temple.pdf**
  652K

- 📄 **1387-1387 - Black Mass at the Satanic Temple.pdf**
  841K

- 📄 **1388-1391 - Lucien Greaves Speech 08-16-18.pdf**
  633K