IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, *et al.*,                                                                                         PLAINTIFFS

EUGENE LEVY, *et al.*,                                                           CONSOLIDATED PLAINTIFFS

THE SATANIC TEMPLE, *et al.*,                                                                     INTERVENORS

v.                              Case No. 4:18-cv-00342-KGB

JOHN THURSTON, Arkansas Secretary
of State, in his official capacity                                                                              DEFENDANT

## ORDER

Pending before the Court is a motion for continuance filed by defendant John Thurston, in his official capacity as Arkansas Secretary of State (Dkt. No. 125). Secretary Thurston asserts that good cause exists for a 90-day continuance of the motion deadline and trial (*Id.*, at 1-3).

Secretary Thurston highlights the widespread disruptions caused by COVID-19 and notes that the Attorney General—who is counsel for him in this matter—has been handling the novel burden of providing urgent advice to State officials concerning their operations in the light of threats and challenges posed by COVID-19, including COVID-19-related litigation involving the State's actions (*Id.*, at 1-2). Secretary Thurston also notes that pending discovery motions and discussions among counsel indicate that outstanding discovery disputes remain that are not yet fully ripe for this Court's adjudication (*Id.*, at 2). In the light of these issues, Secretary Thurston states that good cause exists for a 90-day continuance of the May 14, 2020, motion deadline and July 13, 2020, trial, and he represents that no party will be prejudiced thereby (*Id.*, at 3).

Secretary Thurston represents that all parties concur that a continuance is appropriate in this case (*Id.*). Defense counsel has conferred with counsel for the *Cave* plaintiffs, the *Orsi* consolidated plaintiffs, and Intervenors, and he is authorized to state that the *Orsi* consolidated

plaintiffs and Intervenors have no objection to a 90-day continuance of the motion deadline and trial and that the *Cave* plaintiffs have no objection to a 60-day continuance of the same (*Id.*).

For good cause shown, the Court grants, in part, Secretary Thurston's motion for continuance (Dkt. No. 125).  The Court shall continue the motion deadline and the trial date by at least 60 days and not more than 90 days, and the Court will reset these dates by separate Order.

So ordered this the 11th day of May, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge