

**NEWS AND POLITICAL COMMENTARY**

# Satanist Protest Leader, Unmasked!

By Admin on August 14, 2018  0



A Satanist spokesman who uses the alias Lucien Greaves is one of the promoters of the Satanist rally taking place Thursday, August 16th, at 1 pm cst at the Arkansas State Capitol in Little Rock, Arkansas. The ShieldWall Network Phalanx, along with their allies and other non-affiliated Christians, will counter-protest the Satanist gathering.

In addition to working to stop investigations of ritual child abuse in order to protect their fellow Satanists involved in those activities, Satanists have publicly threatened to kill those

who dare speak out against them during the last week, leading up to the event. This group supports abortion on request, homosexuality, and miscegenation, as well.

Please sign this online petition to fight ritual Satanic child abuse.

Pictures included: Unmasking Lucien Greaves, leader of the Satan Temple.

But THAT, written by an ally of his as misdirection, is not Lucien Greaves' real name. His real name is not Douglas Mesner. His real name is Douglas Alexander Misicko. Born in 1975 in Detroit, Doug is 43.

He and his followers, unlike the lawless, hedonistic rebels they pretend to be, use lawyers and whiny liberal reporting tactics to try to censor those who disagree with them online, all the while pretending to support free speech.

According to Misicko's voter registration, his address was 42708 Wilmington Drive in Sterling Heights, Michigan. You should probably get that updated, Dougie.

It was an act of hubris to file for tax exempt status on his part, though, because that filing is now legally and publicly listed on the internet. Reminder, we do not suggest or condone that anyone do anything illegal to anyone. Strictly for information and educational purposes, though, yeah, would you like to know the head Satanist's listed home address?

Mr. Misicko lives, according to the papers he fired with the IRS, at 519 Somerville Avenue, in Somerville, Massachusetts.

Well, either way, right? Here's information on his mom and dad and other family members. You decide.

I guess using aliases really doesn't work too well.

Not even when somebody is gutless enough to use two of them.

Anyway, we're just scratching the surface here, so to speak. One more service we provide to the public.

Please follow and like us:



ARKANSAS STATE CAPITOL    BILLY ROPER    DOUGLAS MISICKO



Admin

**READ NEXT →**



**NEWS AND POLITICAL COMMENTARY**
Beyond November



**NEWS AND POLITICAL COMMENTARY**
'Stand Down'on Richmond



**NEWS AND POLITICAL COMMENTARY**
Civil war RISK, state by state.

### ✏ LEAVE A REPLY

Comment *

Name *

Email *

Website

POST COMMENT

## DONATE TO THE SHIELDWALL NETWORK!

*Do you enjoy The Roper Report podcasts and the daily updated articles on our websites?*
*Would you be willing to help fund the kind of public activism which The ShieldWall Network does for our people?*
*Would you like to partner with us financially to help with our travel costs and other operational expenses?*
*If so, please send concealed cash or check or money orders made payable to 'cash' to*
**P.O. Box 1937, Mountain View, Arkansas, 72560.**
*Thank you for your support and friendship.*

## THE ROPER REPORT PAGES:

The Roper Report (TRR)

Billy's Balkanization Blog

About Billy

Books by Billy Roper

The ShieldWall Network

## WHO IS BILLY ROPER?

An author of both fiction and nonfiction books, Billy Roper is a former high school and junior high History, Civics, Economics, and Geography teacher. He has been a candidate for public

office, a lifelong political activist, leader, and spokesman. Mr. Roper has a Bachelor's degree in History and Political Science and a Master of Liberal Arts degree in History with a specialty in Anthropology. He currently resides with his wife, stepson, and other animals in what will become New America. Mr. Roper is the Coordinator of The ShieldWall Network.

Bitchute

Archive

Billy Roper's Books On Amazon

Email Me: roper_billy@yahoo.com

Gab: BillyRoper

Gab: The Roper Report

VK: Billy Roper

StormFront: BillyRoper

Mailing Address: P.O. Box 1937
Mountain View, AR 72560

**WHAT IS THE SHIELDWALL NETWORK?**

The ShieldWall Network is a White Nationalist prepper's organization. Our goal is to recognize, anticipate, and prepare for the coming balkanization of America. When the United States fragments due to increasing division and polarization, racially based ethnostates will rise as successors to fill that vacuum. The ShieldWall Network is creating real-world affiliations now in order to be ready for that inevitability in the near future. Read more at 'The ShieldWall Network' above.

**ARCHIVES** Select Month ▼

 **Beyond November**
JANUARY 1, 2020

 **'Stand Down' on Richmond**
DECEMBER 31, 2019

 **Civil war RISK, state by state.**
DECEMBER 30, 2019

 **The Coming Second Civil War in America: Part One**
DECEMBER 29, 2019

 **Strength of Convictions vs. Basic Human Needs**
DECEMBER 28, 2019



© 2020 THE ROPER REPORT

THEME BY ANDERS NORÉN