

**City of Little Rock**

Police Department

700 West Markham
Little Rock, Arkansas 72201-1329

# MEMORANDUM

TO: Sgt. ▮▮▮▮▮▮▮▮▮▮

FROM: Detective ▮▮▮▮▮▮▮▮▮▮

DATE: 08/17/18

SUBJECT: Satanists Temple Rally

On 8/16/18, members of the Little Rock Police Department Intelligence Detail monitored the Rally for Religious Liberty at the Arkansas State Capitol. The rally, put on by The Satanic Temple headquartered in Salem MA., began at approximately 1300 hours with the Baphomet statute arriving about 15-20 minutes later. The statute arrived on large flatbed trailer where it remained for the duration of the rally. A group of 10-15 opposition arrived around 1230 hours and stayed near their vehicles parked at Victory and Captiol where they were observed in a prayer circle. This group moved onto the sidewalk area on Woodlawn near the rear of the statute and remained there during the speeches. Also present were members of the Bread of Life Ministry. This group of 3-5 remained on the sidewalk southwest of the Capitol steps and used a sound system to preach to the crowd. The majority of the crowd of 120-150 appeared to be supporters of the monument and the message of religious equality. Standing in the back of the rally supporters were three men holding Christian flags and a Confederate flag. Thom Robb was identified as the individual holding the Confederate flag. Robb is the leader of the white nationalist group Knights Party (KKK) out of Harrison, AR. Harold Sadler was also identified as the individual holding the yellow Gadsden flag in the intersection. Sadler has been observed at several anti-immigration rallies in the past and is affiliated in someway with Shield Wall and their beliefs. Also identified were members of the Childress family from DeValls Bluff, AR who are well known abortion protesters at the clinic in Little Rock. Lucas Childress (w/m 12/21/84) was taking video of the event. His father, Allen Childress (10/21/61) was observed attempting to stand close to and interact with police officers in several different locations. Of particular interest were the 2-3 members of the Satanist Temple wearing ballistic vests, as was their leader Lucien Greaves, most likely due to the death threats Greaves has received in the past. Overall, the rally ended without major incident, one Satanist supporter interrupted speaker Chad Jones, but he was escorted away by Capitol Police. This interruption did not incite others to cause trouble and the event ended quietly with little interaction between the various groups represented. Subjects wearing middle age knight armor were initially thought to be members of Antifa, it was later determined they were part of the display of Baphomet.