As followers of Christ we speak up and out for our God. And you pieces of filth are devil worshipping beast that will indeed be killed, murdered. Going around state to state teaching people to worship Satan. Y'all need to be killed.

Jesus came and died for our sins and rose from the dead with all power in his hands. To give us a 2nd chance, and this is what y'all do. To even support this filth is a disgrace. And you need to be lynched and killed.

And God has given me power and authority to do it.

Lucien Greaves need to die.

m Pointe
Parham
Rock, A
72204



**Sen. Jason Rapert**
11 September at 23:39

The War Against the Ten Commandments

"If the Ten Commandments display is good enough for all of those other state capitols and the U.S. Supreme Court, it's good enough for the people of Arkansas and we will defend the law," Rapert said.

Tomorrow at 9 a.m. I will be sitting at a table in the Arkansas Attorney General's office compelled to answer questions from all of the plaintiffs suing the state of Arkansas trying to tear down the Arkansas Ten Commandments Monument. Those trying to destroy ACT 1231, oppose the will of the Arkansas people and overturn a duly passed law that had 99 out of 135 yes votes and the signature of Gov. Asa Hutchinson include the ACLU, American Humanists (atheists), Freedom From Religion Foundation (atheists) and the Satanic Temple (satanists/atheists/LGBTQ activists).

To insult the process even further, of all the people being deposed, I am the only person they have demanded to videotape and they demand that the leader of the Satanic Temple be present during my deposition - his real name is Doug Misicko aka Lucien Greaves. These people are not to be taken seriously, they just want to continue their

Dexati
www.dexati.com