Douglas Misicko 3/11/2020                    Donna Cave, et al. v. John Thurston

Page 9

1              intervenors.

2                   MR. KEZHAYA:  Matt Kezhaya for

3              intervenors.

4                   And we have Erika Robbins with us as well.

5                   MR. CANTRELL:  All right. Thank you.

6                   DOUGLAS ALEXANDER MISICKO,

7              Called as a witness, having been first duly

8    sworn to tell the truth, the whole truth, and nothing but

9    the truth, was examined and testified as follows:

10                          EXAMINATION

11   BY MR. CANTRELL:

12   Q.    Okay. So, as I said, we're on the record. We're

13   conducting this deposition under the Federal Rules of

14   Civil procedure.

15         And, Mr. Misicko, good morning.

16   A.    Good morning.

17   Q.    You were the designated representative for the

18   30(b)(6) deposition yesterday, correct?

19   A.    Correct.

20   Q.    Okay. And today you're appearing in your individual

21   capacity?

22   A.    Correct.

23   Q.    Okay. And, just like yesterday, you understand that

24   you're under oath?

25   A.    Yes.

Page 10

```
 1   Q.    Okay. Any reason why you can't give full and
 2   complete testimony today?
 3   A.    No.
 4   Q.    Okay. No -- no drugs or alcohol of any nature that
 5   would prevent you from testifying?
 6   A.    Correct.
 7   Q.    Okay. All right. Did you review any documents to
 8   prepare for today?
 9   A.    I did not.
10   Q.    Okay. And, other than your attorney, did you speak
11   with anyone else in preparation for today?
12   A.    I did not.
13   Q.    All right. And was -- Misicko is your last name,
14   correct?
15   A.    Correct.
16   Q.    M-I-S-I-C-K-O?
17   A.    Correct.
18   Q.    Okay. I've got the spelling right.
19         Was Misicko-- am I -- am I pronouncing it
20   correctly? "Miss-sicko" or how do you say it?
21   A.    Whichever. I'm not sure what its origins are.
22   Q.    Okay. Was that the surname of your father or your
23   mother?
24                MR. KEZHAYA:  What's the relevance of that
25           question?
```

Douglas Misicko 3/11/2020                Donna Cave, et al. v. John Thurston

                                                              Page 11

 1              MR. CANTRELL:  Just background.

 2              MR. KEZHAYA:  Don't answer that.

 3              He uses a pseudonym to protect his

 4         identify for a reason. His family is off

 5         limits.

 6              MR. CANTRELL:  Okay. Well --

 7              MR. KEZHAYA:  No questions about his

 8         family.

 9              MR. CANTRELL:  We may -- I'll pass on that

10         now. Let me think about that. We may come back

11         to that. I mean, I understand your concern; but

12         we may come back to that.

13              THE WITNESS:  Well, I'll pass on it later

14         too.

15    Q.   (Mr. Cantrell) Okay. All right. Have you ever used

16    any aliases?

17    A.   I have, yes.

18    Q.   Okay. What aliases have you used?

19    A.   Doug Mesner and Lucien Greaves.

20    Q.   Any others?

21    A.   Not that I can readily think of.

22    Q.   Okay. Have you used others that you can't recall?

23    A.   I'm sure I have online and that type of thing.

24    Q.   Okay. For what purpose would you use an alias?

25    A.   For the purposes of keeping myself safe from people

Douglas Misicko 3/11/2020                    Donna Cave, et al. v. John Thurston

Page 12

1    who would wish to do me harm.

2    Q.    Is that the only reason?

3    A.    As I sit here right now, it's the only reason I can

4    think of.

5    Q.    Okay. Have you ever used the alias Konrad

6    Josefsson?

7    A.    Yes.

8    Q.    Okay. For what purpose did you use that alias?

9    A.    That was a Facebook identity to -- to keep it

10   separated from the fandom or whoever else might want to

11   have a -- a relationship with my personal page.

12         Facebook doesn't allow you to run business accounts

13   or even a fan page, and I have a fan page for Lucien

14   Greaves without a personal account. And I don't like to

15   have a personal account on Facebook.

16   Q.    Okay. So do you have a personal account under the

17   name of Konrad Josefsson on Facebook?

18   A.    I used to. I do not any longer.

19   Q.    Okay. All right. When did you begin using the name

20   Doug Mesner?

21   A.    I don't know. A long -- long time.

22   Q.    A long time ago. Can you be more --

23   A.    Probably --

24   Q.    -- precise?

25   A.    -- around 20 years ago.