# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v.  Case No. 4:18-cv-00342-KGB | |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## NOTICE OF HEARING

Pending before the Court are a motion to compel discovery filed by the Satanic Temple Intervenors and a motion for an order to show cause and compel the Satanic Temple Intervenors to make court-ordered productions of documents filed by defendant John Thurston, in his official capacity as Arkansas Secretary of State (Dkt. Nos. 120; 124). The Court reached out to the parties *via* electronic mail to determine when a telephonic hearing on the motions could be held, if necessary. Having considered the record in this matter and conferred with counsel for all parties, the Court will conduct a hearing *via* telephone on Friday, May 22, 2020, at 9:00 a.m. C.T.

The Court will conduct the hearing in this matter at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas 72201, Courtroom 4C. The parties and counsel will participate by telephone, with participation information to be provided by the Court to individual participants. All other persons, including members of the public, may attend the hearing at the Courthouse, where appropriate COVID-19 precautions and social distancing requirements will be strictly enforced.

So ordered this the 15th day of May 2020.

_____
Kristine G. Baker
United States District Judge