IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **DONNA CAVE**, *et al.* | | **PLAINTIFFS** |
| **ANNE ORSI**, *et al.*, and | **CASE NUMBER:** | **CONSOLIDATED PLAINTIFFS / MOVANT** |
| **THE SATANIC TEMPLE**, *et al.* | **4:18-CV-00342** | **INTERVENOR PLAINTIFFS** |
| v. | | |
| **JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity | | **DEFENDANT** |
| **STANLEY "JASON" RAPERT** | | **RESPONDENT** |

**TST'S RESPONSE IN SUPPORT OF ORSI PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE**

**COME NOW** Intervenors, by and through counsel of record, with a response in support of the Orsi Plaintiffs' motion for order to show cause (doc. 135).

1. The Orsi Plaintiffs adequately argue against the AHHF's (American Heritage and History Foundation's) tardy objection to the subpoena. Doc. 136 (Orsi Plaintiffs' brief in support of motion for order to show cause). Intervenors join in the argument that this case is easily distinguished from Van Orden v. Perry, 545 U.S. 677 (2005). Not least of which because the plurality opinion, upon which the AHHF relies, has no more precedential value than a dissent.

2. Intervenors write separately on the narrow issue of whether the Court should permit depositions on the bare conclusory affidavits. There should be no more depositions. Depositions will delay these proceedings and will incur additional expenses. The delay and expense cannot be justified when considering the Court could (and should) disregard the affidavits for failure to set forth actual facts that lead to the conclusions proffered.

3. The Court should permit testimony, but that testimony should be procured at the hearing.

**WHEREFORE** Intervenors pray this Court enter an order for Rapert to show cause why he should not be held in contempt for failure to timely produce the subpoenaed records.

|        | Respectfully submitted on June 18, 2020, |
|-------:|:-----------------------------------------|
|    By: | /s/ Matthew A. Kezhaya                   |
|        | Matthew A. Kezhaya, ABA# 2014161         |
|        | **Kezhaya Law PLC**                      |
|        | 1202 NE McClain Rd.                      |
|        | Bentonville, Arkansas  72712             |
| phone: | (479) 431-6112                           |
|   fax: | (479) 282-2892                           |
| email: | matt@kezhaya.law                         |

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on June 18, 2020 which sends service to registered users, which includes all other counsel in this cause.

/s/ Matthew A. Kezhaya
Matthew A. Kezhaya, ABA# 2014161