IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, et al.,                                           PLAINTIFFS

ANNE ORSI, et al.,                            CONSOLIDATED PLAINTIFFS

THE SATANIC TEMPLE, et al.,                         INTERVENORS

v.                      Case No. 4:18-cv-00342-KGB

JOHN THURSTON, Arkansas Secretary
of State, in his official capacity                               DEFENDANT

## AGREED ORDER

On February 26, 2020, a hearing was held on the motion of Arkansas State Senator Jason Rapert to quash the notice of video deposition (Dkt. No. 74). Various responses and replies have been filed. A temporary order regarding that motion was entered on September 11, 2019 (Dkt. No. 78), permitting the video deposition to go forward but directing that the recording would be provided to the *Orsi* Plaintiffs' counsel, who be responsible for maintaining the confidentiality of the video recording. No copy was to be made of the video except by Order of the Court. The Order provided that no copies of the video recording could be distributed to any other counsel, parties, or third-parties in the litigation.

The parties have been given full opportunity to brief the issues raised in Sen. Rapert's motion to quash. In the interim, Sen. Rapert and the *Cave* Plaintiffs, the *Orsi* Plaintiffs, the Satanic Temple Intervenors, and the defendant have agreed to a temporary arrangement as follows:[1]

---

[1] Counsel proposed this Agreed Order to the Court in an electronic mail message, a copy of which is attached hereto as Court's Exhibit A.

1.	Mr. Schulze may provide copies of the video deposition to any attorney who has entered an appearance in this case and as to out-of-state lawyers any attorney who has entered an appearance *pro hac vice* for any party.

2.	Counsel of record may view the video deposition and may show the video deposition to the individual named plaintiffs and to directors and officers of the institutional plaintiffs in the offices of counsel but may not provide a copy of the video deposition to any party until further Order of this Court.

3.	The attorneys shall not permit their clients to make audio recordings or video recordings of the video deposition of Sen. Rapert.

4.	The parties acknowledge that this is a temporary order, and by their agreement the parties do not waive any argument as to whether any permanent protective order should be entered or the scope of any such order. The parties agree that the Court may resolve any remaining issues with regard to the videotape of the deposition of Sen. Rapert.

So ordered this the 30th day of November, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge