IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                    **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                              **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                       **INTERVENORS**

v.                              Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                          **DEFENDANT**

## MOTION TO BE RELIEVED AS COUNSEL

Comes now Gary L. Sullivan, co-counsel herein for Secretary of State John Thurston, and for his Motion to be Relieved as Counsel states:

1. Gary Sullivan and several attorneys from the Arkansas Attorney General's Office are currently co-counsel for Secretary Thurston.

2. Gary Sullivan is leaving employment with the Secretary of State's Office effective March 19, 2021.

3. Gary Sullivan should be relieved of any further responsibility herein.

4. The Arkansas Attorney General's Office will continue to represent Secretary Thurston herein.

WHEREFORE, Gary Sullivan prays that he be relieved as counsel herein; and for all other just and proper relief.

Respectfully submitted,

Gary L. Sullivan, #92051
Managing Attorney,

Arkansas Secretary of State's Office

Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
Phone: (501) 682-3401
Fax: (501) 682-1213
gary.sullivan@sos.arkansas.gov