IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                            **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                             **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                              **INTERVENORS**

v.                                        Case No. 4:18-cv-00342-KGB

**JOHN THURSTON**, Arkansas Secretary
of State, in his official capacity                                                                    **DEFENDANT**

## ORDER

Before the Court is Gary L. Sullivan's motion to be relieved as counsel for Secretary of State John Thurston (Dkt. No. 142). Mr. Sullivan states that he is leaving employment with the Secretary of State's office effective March 19, 2021 (*Id*., ¶ 2). He further states that Secretary Thurston will continue to be represented by other counsel of record from the Arkansas Attorney General's office (*Id*., ¶ 4). For good cause shown, the Court grants the motion (*Id*.). The Court directs the Clerk to terminate Mr. Sullivan as counsel of record for Secretary Thurston.

So ordered this the 17th day of March, 2021.

_____
Kristine G. Baker
United States District Judge