IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

### ORDER

Pending before the Court is a motion for order to show cause filed by the *Orsi* Plaintiffs (Dkt. No. 135). Having reviewed the parties' filings, including but not limited to filings by the American History and Heritage Foundation ("AHHF"), the *Orsi* Plaintiffs, and State Senator Jason Rapert (Dkt. Nos. 133, 135, 137), for good cause shown the Court grants the motion filed by the *Orsi* Plaintiffs (Dkt. No. 135). The Court will set a date for the show cause hearing by separate Order.

So ordered this the 30th day of March, 2021.

Kristine G. Baker
United States District Judge