IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## ORDER

Pending before the Court are two motions related to discovery in this matter. The Satanic Temple, Lucien Greaves, and Erika Robbins (collectively the "Satanic Temple Intervenors") filed a motion to compel discovery (Dkt. No. 120). John Thurston, Arkansas Secretary of State, in his official capacity, filed a motion for an order to show cause and compel the Satanic Temple to make court-ordered production of documents (Dkt. No. 124). The Court held a hearing on these motions on May 22, 2020 (Dkt. No. 134). The Court grants, in part, and denies, in part, each of the two motions related to discovery in this matter (Dkt. Nos. 120, 124). The Court will set forth its reasons separately in a forthcoming ruling by the Court.

The Court also directs that, going forward in this litigation, the Court will conduct status conferences on the record with the parties periodically to monitor the progress of this case. The Court will set by separate Order the schedule for the first status conference.

So ordered this the 31st day of March, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge