# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE,** *et al.*,                                                                                               **PLAINTIFFS**

**EUGENE LEVY,** *et al.*,                                                              **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE,** *et al.*,                                                                    **INTERVENORS**

v.                                          Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                                                                       **DEFENDANT**

## NOTICE OF HEARING

Pending before the Court is the status of this case.  In previous Orders, the Court stated that it would conduct periodic status conferences in this case and that it would conduct a show cause hearing (Dkt. Nos. 144; 145).  The Court reached out to counsel for all of the parties *via* electronic mail to determine when it could hold a status conference and show-cause hearing.  Having considered the responses of counsel, the Court will conduct an in-person hearing on Tuesday, September 8, 2021, at 9:00 a.m. Central Standard Time.

The Court will conduct the status conference and show-cause hearing in this matter at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas 72201, Courtroom 4D.  Any party or lawyer wanting to participate remotely in the status conference and show-cause hearing, must seek permission from the Court in advance of the hearing in a written filing and must demonstrate good cause.  The COVID-19 precautions and social distancing requirements of the United States District Court for the Eastern District of Arkansas will be enforced strictly.

So ordered this the 11th day of August 2021.

_____
Kristine G. Baker
United States District Judge