IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **DONNA CAVE,** *et al.* | | **PLAINTIFFS** |
| **ANNE ORSI**, *et al.*, and | **CASE NUMBER:** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.* | 4:18-CV-00342 | **INTERVENOR PLAINTIFFS** |
| v. | | |
| **JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity | | **DEFENDANT** |

**MOTION FOR LEAVE TO APPEAR REMOTELY**

**COME NOW** Intervenors, by and through counsel of record, on motion to appear remotely.

1. On August 11, 2021, the Court issued a notice of hearing to conduct a status conference and show-cause hearing on September 8, 2021 at 9:00am, in person. (See Doc. 146)

2. The Court invited any party or lawyer wanting to participate remotely in the hearing to seek permission from the Court in advance of the hearing in a written filing with demonstration of good cause. Id.

3. Counsel for Intervenors request permission of the Court to appear remotely to the hearing.

4. Good cause exists because Counsel is located out of state, in Minneapolis, Minnesota, and in Tucson, Arizona, thus interstate travel would be required.

5. As of August 12, 2021, the Arkansas Department of Health COVID-19 Update report indicates total cases of COVID-19, statewide, are increasing. (See https://www.healthy.arkansas.gov/programs-services/topics/novel-coronavirus)

6. As of August 12, 2021, the Arkansas Department of Health reports that Pulaski County, Arkansas has 2,983 active cases of COVID-19, the highest number of active cases in Arkansas. (See https://adh-covid-19-data-for-the-visually-impaired-ark-dept-health.hub.arcgis.com/)

7. As of August 12, 2021, the Center for Disease Control (CDC) reports that Pulaski County, Arkansas is considered to have a high level of community transmission of COVID-19. (See https://covid.cdc.gov/covid-data-tracker/#county-view)

8. Therefore, good cause exists for Counsel to appear remotely to minimize exposure to, and transmission rate of, COVID-19 caused by interstate travel and due to the Pulaski County COVID-19 related statistics provided by the Arkansas Department of Health and the CDC.

**WHEREFORE** Intervenors pray this Court enter an order allowing Counsel to appear remotely to the status conference and show-cause hearing.

Respectfully submitted on August 13, 2021,
On behalf of Intervenors

| | | |
|---|---|---|
| By: | Matthew A. Kezhaya, ABA # 2014161 | Stuart P. de Haan, AZ Bar No. 026664 |
| | Attorney for Intervenors | Attorney for Intervenors |
| | KEZHAYA LAW PLC | de Haan Law Firm, PLLC |
| | 1202 NE McClain Rd | 100 N Stone Avenue, Suite 512 |
| | Bentonville, AR 72712 | Tucson, Arizona  85701 |
| phone | (479) 431-6112 | (520) 358-4089 |
| fax | (479) 282-2892 | (520) 628-4275 |
| email | matt@kezhaya.law | stu.dehaan@gmail.com |