IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| DONNA CAVE, JUDITH LANSKY, PAT PIAZZA and SUSAN RUSSELL | PLAINTIFFS |
| ANNE ORSI, AMERICAN HUMANIST ASSOCIATION. FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ. GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER and WALTER RIDDICK | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS | INTERVENORS |
| vs.   Case Number: 4:18-cv-00342-KGB | |
| JOHN THURSTON, Arkansas Secretary of State, in his Official Capacity | DEFENDANT |

**PLAINTIFFS CAVE, PIAZZA, and RUSSELL'S STATEMENT NOTING DEATH OF PLAINTIFF LANSKY**

Pursuant to FRCP 25(a)(1), Plaintiffs Cave, Piazza, and Russell note for the record the death of plaintiff Judith Lansky on July 8, 2021.

Respectfully submitted,

LAVEY AND BURNETT
By: *John L. Burnett*
John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone: (501) 376-2269
Facsimile: (501) 372-1134
E-mail: jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE

By: *Joshua D. Gillispie*
Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone: (501) 244-0700
Facsimile: (501) 244-2020
E-mail: josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By: *Andrew G. Schultz*
Andrew G. Schultz*
Melanie B. Stambaugh*
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*
* admitted pro hac vice

*Attorneys for Plaintiffs Donna Cave, Pat Piazza and Susan Russell*

## Certificate of Service

I hereby certify that on August 20, 2021, the foregoing Statement Noting Death of Plaintiff Lansky was served under FRCP 4(e)(2)(A) by personal service on Kenneth Gould, the successor and personal representative of Judith Lansky, whose address is 11140 Rivercrest Dr., Little Rock, AR 72212.

 *John L. Burnett*
John L. Burnett