IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                           **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                                  **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                         **INTERVENORS**

v.                                              Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                                           **DEFENDANT**

## ORDER

Before the Court are motions for admission *pro hac vice* of attorneys Brian K. Kelsey and Daniel R. Suhr, who seek admission to represent American History and Heritage Foundation (Dkt. Nos. 151, 152). Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motions to admit Mr. Kelsey and Mr. Suhr *pro hac vice* (*Id*.). Local Rule 83.5(d). Mr. Kelsey and Mr. Suhr shall appear as counsel for American History and Heritage Foundation along with its' Arkansas counsel, Travis W. Story.

So ordered this the 2nd day of September, 2021.

Kristine G. Baker
United States District Judge