IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, et al                                                    PLAINTIFFS

ANNE ORSI, et al                                        CONSOLIDATED PLAINTIFFS

THE SATANIC TEMPLE, et al                                            INTERVENORS

V.                            Case No. 4:18-cv-00342-KGB

JOHN THURSTON, Arkansas Secretary of State
in his Official Capacity                                              DEFENDANT

### *ORSI* PLAINTIFFS' MOTION TO APPEAR REMOTELY

The Orsi Plaintiffs, by and through their attorney J.G. "Gerry" Schulze, moveS this Court for an Order to Show Cause, directed to non-party Jason Rapert and as grounds for the Motion state:

1

1. On August 11, 2021, the Court issued a notice of hearing to conduct a status conference and show-cause hearing on September 8, 2021 at 9:00am, in person. (See Doc. 146).

2. The Court invited any party or lawyer wanting to participate remotely in the hearing to seek permission from the Court in advance of the hearing in a written filing with demonstration of good cause. Id.

3. Notwithstanding being vaccinated, and taking reasonable precautions to avoid infection, Counsel for the *Orsi* plaintiffs developed symptoms of a respiratory infection over the weekend. Counsel contacted his general practice doctor's office on the morning of September 7, 2021. The physician ordered a COVID-19 test. Plaintiff's counsel was instructed to quarantine until the test results were known.

4. All other counsel for the *Orsi* plaintiffs are out of state, and had not planned to participate in this hearing.

5. For this reason, the *Orsi* plaintiffs seek leave to have the undersigned, Gerry Schulze, appear remotely.

WHEREFORE, this Court grant this motion for Counsel to appear remotely.

Respectfully Submitted

Baker Schulze & Murphy
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsm.law

J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@b-s-m-law.com

3