Office of the Clerk
Supreme Court of the State of Arkansas
Arkansas Court of Appeals
Justice Building
625 Marshall Street
Little Rock, AR 72201

RULE XIV. PRACTICE BY COMITY. PRO HAC VICE APPEARANCE.
INFORMATION AND PAYMENT FORM

**PLEASE PRINT**

Date: September 02, 2021     Name: HUNTER W. LUNDY

Address: 501 BROAD STREET    City: LAKE CHARLES

State: LA   Zip Code: 70601   Phone Number: 337-439-0707

Email Address: hlundy@lundylawllp.com

Court in Which You Seek Admission Pro Hac Vice: UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS WESTERN DIVISION

Docket No. and Case Name: DONNA CAVE, JUDITH LANSKY, PAT PIAZZA and SUSAN RUSSELL vs. NO. 4:18 -cv-342-KGB

Sponsoring Attorney: /Bar No. Paul Byrd/85020

By signing this form, I am verifying I have read Rule XIV of the Rules Governing Admission to the Bar.

Signature: [signed]    Bar No. La. 8938 / Miss 1495

FOR CLERK'S OFFICE USE ONLY.

Receipt No.: _____  Date Entered: _____  Entered by: _____
Payment Type: _____  Check/Money Order No.: _____  IMIS ID _____

Last Revised 10-03-17.