IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, *et al*                                                                PLAINTIFFS

ANNE ORSI, *et al*                              CONSOLIDATED PLAINTIFFS

THE SATANIC TEMPLE, *et al*                                              INTERVENORS

V.                              Case No. 4:18-cv-00342-KGB

JOHN THURSTON, Arkansas Secretary of State
in his Official Capacity                                                                    DEFENDANT

**RESPONSE TO MOTION TO QUASH
SUBPOENA ISSUED TO ROGER QUATTLEBAUM**

Plaintiffs, Anne Orsi, Rabbi Eugene Levy, Gale Stewart, Rev. Vic Nixon, and Teresa Grider, and Arkansas Society of Freethinkers, American Humanist Association, and the Freedom from Religion Foundation by and through their attorneys, J.G. "Gerry" Schulze, Monica Miller, and Patrick Elliott, by and through

1

their attorneys, for their Response to Motion to Quash Subpoena Issued to Roger Quatlebaum state:

1. Roger Quattlebaum gave an affidavit in support of the American History and Heritage Foundation's assertion of an associational privilege defense to AHHF providing documents other than those it has voluntarily provided.

2. The *Orsi* Plaintiffs attempted to discuss Mr. Quattlebaum's attendance with Mr. Story on several occasions.

3. When no response was received, the *Orsi* Plaintiffs served Mr. Quattlebaum with a subpoena for this hearing.

4. Mr. Story knows that the purpose of Mr. Quattlebaum's attendance is to address the matters asserted in his affidavit. This was not a subpoena *duces tecum*. The notice of the subpoena informs Mr. Quattlebaum that his testimony has to do with the Order to Show Cause.

5. The *Orsi* Plaintiffs only intended to examine Mr. Quattlebaum about the claims of fear of adverse consequences arising out of the public identification of donors to the Ten Commandments monument.

WHEREFORE, the American History and Heritage Foundation's Motion to Quash the subpoena issued to Mr. Quattlebaum should be denied.

        Respectfully Submitted

        Baker Schulze & Murphy
        2311 Biscayne Drive
        Suite 300
        Little Rock, AR 72227
        Telephone: (501) 537-1000
        Facsimile: (501) 537-1001
        www.bsm.law

        /s/ J.G. "Gerry" Schulze
        J.G. "Gerry" Schulze
        Attorney at Law
        Ark. Bar No. 83156
        gschulze@b-s-m-law.com