**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONNA CAVE, *et al.*,**                                                         **PLAINTIFFS**

**EUGENE LEVY, *et al.*,**                                        **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE, *et al.*,**                                          **INTERVENORS**

**v.**                                     **Case No. 4:18-cv-00342-KGB**

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                        **DEFENDANT**

## NOTICE OF HEARING

The Court held a show cause hearing and status conference in this case on September 8, 2021.  At the hearing, the Court advised the parties that it would set the case for a status conference to take up any remaining discovery matters.  The Court will conduct a status conference on Friday, October 22, 2021, at 9:00 a.m. Central time at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201, Courtroom 4D.  Any party or lawyer wanting to participate remotely in the status conference must seek permission from the Court in advance of the hearing in a written filing and must demonstrate good cause.  The COVID-19 precautions and social distancing requirements of the United States District Court for the Eastern District of Arkansas will be enforced strictly.  The parties are instructed to submit a joint position statement that reports to the Court on their progress toward completing discovery, proposes a schedule for the parties to file dispositive motions, and that raises any other issues that the parties intend to raise during the status conference; the statement shall be submitted to the Court by October 15, 2021.  If the parties are unable to reach consensus to prepare and submit a joint position statement, the parties may each submit a statement to the Court by October 15, 2021.

So ordered this the 9th day of September, 2021.

Kristine G. Baker
United States District Judge