**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **DONNA CAVE**, *et al.* | | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, and | **CASE NUMBER:** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.* | **4:18-CV-00342** | **INTERVENOR PLAINTIFFS** |
| v. | | |
| **JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity | | **DEFENDANT** |

**MOTION FOR LEAVE TO APPEAR REMOTELY**

**COME NOW** Intervenors, by and through counsel of record, on motion to appear remotely.

1. On September 9, 2021, the Court issued a notice of hearing to conduct a status conference on October 22, 2021 at 9:00am, in person, to address outstanding discovery issues. See Doc. 163.

2. The Court invited any party or lawyer wanting to participate remotely in the hearing to seek permission from the Court in advance of the hearing in a written filing with demonstration of good cause. Id.

3. Intervenors' counsel and corporate representatives hereby request leave to appear remotely at the hearing.

4. Good cause exists because both of TST's attorneys are located out of state. Matt Kezhaya relocated to Minneapolis, Minnesota in June of 2020. Notwithstanding the move, Mr. Kezhaya's contact information is unchanged. Stu de Haan remains in Tucson, Arizona. Lucien Greaves, TST's director who would like to observe, resides in Salem, Massachusetts. Thus, interstate travel would be required for each participant.

5. As of September 8, 2021, the Arkansas Department of Health COVID-19 Update report indicates total cases of COVID-19, statewide, are still increasing. (See https://www.healthy.arkansas.gov/programs-services/topics/novel-coronavirus)

6. As of September 8, 2021, the Arkansas Department of Health reports that Pulaski County, Arkansas has 1,559 cases of COVID-19, still the highest number of active cases in Arkansas. (See https://adh-covid-19-data-for-the-visually-impaired-ark-dept-health.hub.arcgis.com/)

7. As of September 8, 2021, the Center for Disease Control (CDC) reports that Pulaski County, Arkansas is still considered to have a "high" level of community transmission of COVID-19. (See https://covid.cdc.gov/covid-data-tracker/#county-view).

8. Thus, good cause exists for the participants to appear remotely for the purpose of minimizing exposure to, and the transmission rate of, COVID-19.

**WHEREFORE** Intervenors pray this Court enter an order allowing Counsel and Mr. Greaves to appear remotely to the status conference and show-cause hearing.

Respectfully submitted on September 9, 2021,
On behalf of Intervenors

| | | |
|---|---|---|
| By: | Matthew A. Kezhaya, ABA # 2014161 | Stuart P. de Haan, AZ Bar No. 026664 |
| | Attorney for Intervenors | Attorney for Intervenors |
| | KEZHAYA LAW PLC | de Haan Law Firm, PLLC |
| | 1202 NE McClain Rd | 100 N Stone Avenue, Suite 512 |
| | Bentonville, AR 72712 | Tucson, Arizona  85701 |
| phone | (479) 431-6112 | (520) 358-4089 |
| fax | (479) 282-2892 | (520) 628-4275 |
| email | matt@kezhaya.law | stu.dehaan@gmail.com |