IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE, et al.,**                                                                  **PLAINTIFFS**

**ANNE ORSI, et al.,**                                **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE, et al.,**                          **INTERVENORS**

**v.**                           **Case No. 4:18-cv-00342-KGB**

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                             **DEFENDANT**

### MOTION FOR LEAVE TO APPEAR REMOTELY

Andrew G. Schultz, co-counsel for Plaintiffs Donna Cave, Pat Piazza and Susan Russel, moves this Court for an Order allowing him to appear remotely at the status conference scheduled for October 22, 2021. As grounds for this motion, counsel states as follows:

1.  This Court noticed a status conference for Friday, October 22, 2021 to be held at the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas.

2.  In that Notice of Hearing, the Court stated that "[a]ny party or lawyer wanting to participate remotely in the status conference must seek permission from the Court in advance of the hearing in a written filing and demonstrate good cause."

3. Good cause exists to permit counsel to participate remotely in the October 22, 2021 status conference:

    A. Counsel resides in Albuquerque, New Mexico and is required to travel in order to attend the hearing. That trip entails two days of airline travel and an overnight stay in Little Rock. That expenditure of time and money is considerable in light of what is likely to be a hearing of relatively short duration.

    B. Given that the COVID-19 pandemic is a rapidly evolving situation, domestic airline travel is discouraged even for fully vaccinated individuals. *See generally* https://www.cdc.gov/coronavirus/2019-ncov/travelers/faqs.html#Domestic-Travel.

    C. Travel from New Mexico to Arkansas is particularly hazardous given that the Center for Disease Control reports that Pulaski County, Arkansas is considered to have a "high" level of community transmission of COVID-19. *See* https://covid.cdc.gov/covid-data-tracker/#county-view.

4. Throughout this litigation, counsel has attended and actively participated in all hearings. He travelled from New Mexico to attend the Court's last status conference held on September 8, 2021. Counsel intends to be an active participant in the October 22, 2021 status conference if the Court permits him to participate remotely in that hearing.

For these reasons, Andrew G. Schultz, co-counsel for Plaintiffs Donna Cave, Pat Piazza and Susan Russel, requests that the Court find that good cause exists to allow him to appear remotely at the status conference scheduled for October 22, 2021.

Respectfully submitted,

LAVEY AND BURNETT

By: *John L. Burnett*  .
      John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone:  (501) 376-2269
Facsimile:   (501) 372-1134
E-mail:       jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE

By: *Joshua D. Gillispie*  .
      Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone:  (501) 244-0700
Facsimile:   (501) 244-2020
E-mail:       josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Andrew G. Schultz* .
    Andrew G. Schultz (*admitted pro hac vice*)
    Melanie B. Stambaugh (*admitted pro hac vice*)
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
         mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

*Attorneys for Plaintiffs Donna Cave, Judith Lansky, Pat Piazza and Susan Russell*