IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, *et al.*,                                                                                    PLAINTIFFS

EUGENE LEVY, *et al.*,                                                              CONSOLIDATED PLAINTIFFS

THE SATANIC TEMPLE, *et al.*,                                                                      INTERVENORS

v.                                              Case No. 4:18-cv-00342-KGB

JOHN THURSTON, Arkansas Secretary
of State, in his official capacity                                                                         DEFENDANT

## ORDER

Pending before the Court is counsel for intervenors' motion for leave to appear remotely at the status conference set for October 22, 2021, at 9:00 a.m. (Dkt. No. 164). Counsel for intervenors state that good cause exists because they are located out-of-state and attendance in person would require interstate travel (*Id*., ¶ 4). Counsel for intervenors also point to Arkansas Department of Health COVID-19 statistics reporting that cases of COVID-19 are increasing in and that Pulaski County, Arkansas is considered to have a high level of community transmission of COVID-19 (*Id*., ¶¶ 5-7). For good cause shown, the Court grants the motion of counsel for intervenors to appear remotely at the October 22, 2021, status conference (*Id*.).

Also pending is the motion for leave to appear remotely at the status conference set for October 22, 2021, of Andrew G. Schultz, co-counsel for plaintiffs Donna Cave, Pat Piazza, and Susan Russel ("*Cave* plaintiffs") (Dkt. No. 165). Mr. Schultz states that good cause exists because he is located out-of-state and attendance in person would require airline travel and an overnight stay in Little Rock (*Id*., ¶ 3.A). Mr. Schultz also points to the Center for Disease Control's reports that Pulaski County, Arkansas is considered to have a high level of community transmissions of

COVID-19 (*Id.*, ¶ 3.C). For good cause shown, the Court grants Mr. Schultz's motion to appear remotely at the October 22, 2021, status conference (*Id.*).

So ordered this the 21st day of September, 2021.

_____
Kristine G. Baker
United States District Judge