IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, et al                                              PLAINTIFF

V.                        Case No. 4:18-cv-00342-KGB

MARK MARTIN, Arkansas Secretary of State
in his Official Capacity                                       DEFENDANT

### *ORSI* PLAINTIFFS' REPORT TO THE COURT

Come the *Orsi* Plaintiffs through their local counsel, J.G. "Gerry" Schulze, and for their Report to the Court state:

1. On September 20, 2021, the American History and Heritage Foundation produced 164 pages of documents and an affidavit.

2. Counsel for the *Orsi* Plaintiffs has reviewed the documents and reports that the American History and Heritage Foundation has complied with its agreement announced at the hearing on September 8, 2021.

Respectfully Submitted


J.G. "Gerry" Schulze
Ark. Bar No. 83156
Attorney for the *Orsi* Plaintiffs
BAKER SCHULZE & MURPHY
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
Email: gschulze@b-s-m-law
Email:  gschulze@bsm.law

2