## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DONNA CAVE, et al.,                                                    **PLAINTIFFS**

ANNE ORSI, et al.,                               **CONSOLIDATED PLAINTIFFS**

THE SATANIC TEMPLE, et al.,                                  **INTERVENORS**

v.                               **Case No. 4:18-cv-00342-KGB**

JOHN THURSTON, Arkansas Secretary
of State, in his official capacity                               **DEFENDANT**


### PARTIES' JOINT POSITION STATEMENT

As set forth in this Court's Notice of Hearing [Doc. 163] entered September 9, 2021, the parties submit the following Joint Position Statement in advance of the October 22, 2021 status conference.

**Status of Discovery**

The discovery deadline has expired.  The parties do not anticipate a need for further discovery.  But the parties anticipate receiving the Court's ruling on two discovery motions [*see* Docs. 120, 124, 145].  That ruling, and any production ordered by the Court, may impact the proposed summary judgment briefing schedule set forth below.

The Court set and extended the discovery deadline several times.  In its Order of January 3, 2020 [Doc 103], the Court extended the discovery deadline

from January 13, 2020 to April 13, 2020.   The Court has not entered any subsequent order related to the discovery deadline since that time.

## Dispositive Motion Briefing Schedule

The parties currently propose the following briefing schedule with regard to their anticipated motions for summary judgment:

| | |
|---|---|
| Deadline for parties to file dispositive motions | January 21, 2022 |
| Deadline for parties to file responses to dispositive motions | February 18, 2022 |
| Deadline for parties to file replies in support of dispositive motions | March 18, 2022 |

## Trial Setting

It is likely that the parties will submit at least four separate summary judgment motions.   Given the number of these motions and the time necessary for the Court to review and rule on these pleadings, the parties ask that the Court set this matter for trial no sooner than July 11, 2022.

Respectfully submitted,

LAVEY AND BURNETT

By:___*John L. Burnett*_____.
       John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone:  (501) 376-2269
Facsimile:   (501) 372-1134
E-mail:      jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

2

GREEN & GILLISPIE

By:___*Joshua D. Gillispie*_____.
     Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone:  (501) 244-0700
Facsimile:  (501) 244-2020
E-mail:  josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:___*Andrew G. Schultz*_____.
     Andrew G. Schultz (*admitted pro hac vice*)
     Melanie B. Stambaugh (*admitted pro hac vice*)
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
E-mail:  aschultz@rodey.com
        mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

*Attorneys for Plaintiffs Donna Cave, Pat Piazza and Susan Russell*

**APPROVED:**

  *Electronically Approved 10/09/2021   .*
J.G. "Gerry" Schulze
Ark. Bar No. 83156
Attorney for the *Orsi* Plaintiffs
BAKER SCHULZE& MURPHY
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
Email: gschulze@b-s-m-law
  *Electronically Approved per Michael A. Cantrell 10/06/2021   .*

LESLIE RUTLEDGE
Attorney General
Nicholas J. Bronni (2016097)
  Solicitor General of Arkansas
Vincent M. Wagner (2019071)
  Deputy Solicitor General
Michael A. Cantrell* (2012287)
  Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph: (501) 682-2007
Fax: (501) 682-2591
Michael.Cantrell@ArkansasAG.gov
*Counsel of Record

  *Electronically Approved per Michael A. Cantrell 10/06/2021    .*
Gary L. Sullivan, Ark Bar No. 92051
Managing Attorney
Arkansas Secretary of State's Office
Suite 256- State Capitol
500 Woodlane Avenue
Little Rock, AR 72201
PH: (501) 682-3401
Fax: (501) 682-1213
Email: gary.sullivan@sos.arkansas.gov

  *Electronically Approved per Michael A. Cantrell 10/06/2021    .*
Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*
*Attorneys for Secretary of State John Thurston*

*Electronically Approved 10/06/2021*   .
Matthew A. Kezhaya,
ABA # 2014161
1202 NE McClain Rd
Bentonville, AR 72712
phone (479) 431-6112 f
fax (479) 282-2892
email matt@kezhaya.law

Stuart P. de Haan, AZ Bar No. 026664
de Haan Law Firm, PLLC
100 N Stone Avenue, Suite 512
Tucson, Arizona 85701
Phone  (520) 358-4089
Fax  (520) 628-4275
Email stu.dehaan@gmail.com

On behalf of Intervenors