IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, et al., | PLAINTIFFS |
| ANNE ORSI, et al., | CONSOLIDATED PLAINTIFFS |
| v.    Case No. 4:18-CV-00342-KGB | |
| JOHN THRUSTON, <br> Arkansas Secretary of State <br> In his Official Capacity | DEFENDANT |

**MOTION FOR RELIEF FROM APPEARING BEFORE THE COURT**

Paul Byrd of Paul Byrd Law Firm, PLLC, respectfully moves this Honorable Court for an order granting his request for relief from appearing before the Court at the pending Status Conference Hearing currently on the docket for Friday, October 22, 2021, at 9:00 AM. In support of this Motion, the undersigned states:

Senator Jason Stanely Rapert is a witness in the above-captioned case. On or about September 20, 2021, American History and Heritage Foundation (AHHF hereafter) submitted 164 pages of documents to Plaintiffs in accordance with its agreement announced to the Court on the record on September 8, 2021. On or about September 24, 2021, ORSI Plaintiffs, filed its *"ORSI PLAINTIFFS' REPORT TO THE COURT."* (Doc. No. 167). ORSI Plaintiffs' report acknowledges the receipt the documents produced by AHHF, as well as acknowledges that production of said documents is in compliance with its agreement announced to the Court on September 8, 2021. Therefore, it is the movant's belief that Senator Rapert's presence is not necessary for the purpose of a Status Conference hearing between the real parties of interest in this case.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an order granting relief to Senator Rapert and his undersigned counsel from appearing before the Court for the purposes of the Status Conference hearing on Friday, October 22, 2021.

        Respectfully submitted,

        *Paul Byrd*
Paul Byrd, Ark. Bar No. 85020
Paul Byrd Law Firm, PLLC
415 N. McKinley St. Ste. 210
Little Rock, AR 72205
(501) 420-3050
(501) 420-3128 fax
paul@paulbyrdlawfirm.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send copies to any participants.

                                    *Paul Byrd*
                                    Paul Byrd