IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, et al., )  <br> Plaintiffs, )  <br> ) <br> EUGENE LEVY, et al., ) <br> Consolidated Plaintiffs, )  <br> ) <br> THE SATANIC TEMPLE, et al., ) <br> Intervenors, ) <br> v. ) <br> ) <br> JOHN THURSTON, Arkansas Secretary ) <br> of State, in his official capacity, ) <br> Defendant. ) | Case No. 4:18-cv-00342-KGB |

**MOTION FOR RELIEF FROM APPEARING BEFORE THE COURT**

Travis W. Story and Gregory F. Payne with the Story Law Firm, PLLC, and Brian K. Kelsey and Daniel R. Suhr with the Liberty Justice Center, as counsel for the non-party American History and Heritage Foundation, Inc. ("AHHF") respectfully moves this Honorable Court for an order granting their request for relief from appearing before the Court at the pending Status Conference Hearing currently scheduled for Friday, October 22, 2021, at 9:00 AM.

In support of this Motion, the undersigned states that they are a non-party to the underlying case, and were involved only as so far as to resolve a discovery issues between the true parties in interest. That during the last hearing before this Court on September 8, 2021, AHHF agreed to provide certain discovery materials to the ORSI Plaintiffs, and copy all the remaining parties, and as agreed, AHHF delivered discovery consisting of 164 pages of documents to all parties thereby fulfilling AHHF's agreement in open court on the record. On September 24, 2021, the ORSI Plaintiffs filed their "ORSI PLAINTIFFS' REPORT TO THE COURT." (Doc. No. 167). ORSI Plaintiffs' report acknowledges the receipt of the documents produced by AHHF, as well as

acknowledging that production of said documents was in compliance with the agreement announced. Therefore, it is the movant's belief that AHHF's presence is not necessary for the purpose of a Status Conference hearing between the real parties of interest in this case scheduled for Friday, October 22, 2021, at 9:00 AM and asks this court for leave from appearing at said status hearing.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an order granting relief to AHHF and its undersigned counsel from appearing before the Court for the purposes of the Status Conference hearing on Friday, October 22, 2021.

Respectfully submitted,

By  /s/ Travis W. Story
Travis W. Story, AR Bar No.: 2008274
travis@storylawfirm.com
Gregory F. Payne, AR Bar No.: 2017008
Story Law Firm. PLLC
greg@storylawfirm.com
2603 E. Main Drive, Suite 6
Fayetteville, AR  72704

And

Brian K. Kelsey
Daniel R. Suhr
Liberty Justice Center
141 W. Jackson Blvd., Suite 1065
Chicago, Illinois 60604
bkelsey@libertyjusticecenter.org
dsuhr@libertyjusticecenter.org
*Pro Hac Vice motion filed concurrently*

Attorneys for non-party AHHF

## CERTIFICATE OF SERVICE

I hereby certify that on October 21st, 2021, a true and correct copy of the foregoing Motion For Relief From Appearing Before The Court is being served upon the all counsel of record via the Court's e-filing system.

/s/ Travis W. Story
Travis W. Story