IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **DONNA CAVE**, *et al.* | | **PLAINTIFFS** |
| **ANNE ORSI**, *et al.*, and | **CASE NUMBER:** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.* | 4:18-CV-00342 | **INTERVENORS** |
| v. | | |
| **JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity | | **DEFENDANT** |

**INTERVENORS' OBJECTION TO STATE SEN. RAPERT'S MOTION FOR RELIEF FROM ORDER**

**COME NOW** Intervenors, by and through counsel of record, with a response in objection to State Sen. Rapert's motion for relief from the order to appear. Doc. 169.

1. A status conference is set, partly on the issue of discovery, for October 22, 2021, at 9:00 am.

2. State Sen. Jason Rapert has sought relief from appearing at the hearing. Doc. 169.

3. State Sen. Jason Rapert's presence is necessary for the hearing because, as further detailed below, he is expected to have information about emails he sent from his private email account (senator.jason.rapert@gmail.com) which has a bearing on the current status of discovery.

4. Intervenors moved to compel production of all "Correspondence" (to include emails) sent or received during the period of January 1, 2015 to present, to or from any "General Assembly Member" (to include both State Sen. Jason Rapert) which would tend to reveal "statements made by the decision making body." Doc. 120; Church of Lukumi Babalu Aye v. City of Hialeah, 508 U.S. 520, 540, 113 S. Ct. 2217, 2231 (1993).

5. At the time Intervenors' discovery requests were issued, undersigned counsel was under the misimpression that State Sen. Jason Rapert conducted all email correspondence about State business (to include corresponding about the two Acts at issue in this case) on publicly held email accounts.  See ACA §§ 25-19-101 *et seq.*; accord. Bradford v. Dir., Emp. Sec. Dep't, 83 Ark. App. 332, 345, 128 S.W.3d 20, 28 (2003) (emails about State business are subject to public disclosure, even if they are transmitted by or to a non-publicly owned email account; the controlling question is whether the emails are about public business).

6. A review of the documents produced by the American Heritage and History Foundation ("**AHHF**") suggests that State Sen. Rapert was conducting public business through a separate, nonpublic, email account (senator.jason.rapert@gmail.com)–minimally, during the formative stages of this controversy.  See:

    (a) **EXHIBIT 1** (March 11, 2016 email, by "Jason" for "Office of Senator Jason Rapert");

    (b) **EXHIBIT 2** (March 18, 2016 email, by "Sen. Jason Rapert, Arkansas Senate" and listing General Assembly committee positions);

    (c) **EXHIBIT 3** (May 3, 2016 email, confusingly signed by both "Sen. Jason Rapert" and "Jo Hagood" as "Executive Assistant" for "Office of Senator Jason Rapert");

    (d) **EXHIBIT 4** (May 5, 2016 email, signed "Sen. Jason Rapert, Arkansas Senate" and listing General Assembly committee positions);

    (e) **EXHIBIT 5** (November 9, 2017 email signed "Sen. Jason Rapert, Arkansas Senate" and listing General Assembly committee positions);

7. Similarly, the AHHF records show that State Rep. Bob Ballinger (another General Assembly member) used a non-public email account to aid the AHHF's efforts to install the Ten

Commandments Monument. **EXHIBIT 6** (July 13, 2016 email signed by "Bob Ballinger . . . Arkansas State Representative").

8. These emails are germane to the status hearing tomorrow morning because, assuming that they are not within the estimated 15,000 pages of emails in Defendant's office as of April 24, 2020 (Doc. 123 at p. 7), they tend to suggest a need for follow-up written discovery to allow Intervenors to perform an Arkansas Freedom of Information Act request and supplement discovery disclosures to the other parties.

**WHEREFORE** Intervenors pray this Court deny State Sen. Rapert's motion for relief from the obligation to appear at the status conference on October 22, 2021 at 9:00 am.

Respectfully submitted on October 21, 2021,
on behalf of Intervenors
By: Matthew A. Kezhaya, ABA# 2014161
**KEZHAYA LAW PLC**
1202 NE McClain Rd
Bentonville, AR 72712
phone: (479) 431-6112
facsimile: (479) 282-2892
email: matt@kezhaya.law

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on October 21, 2021 which sends service to registered users, including all other counsel of record in this cause.  /s/ Matthew A. Kezhaya