# Exhibit 1

March 11, 2016 email, by "Jason" for "Office of Senator Jason Rapert"

Thanks,

Ray

<image001.jpg>
P.O. Box 300
Greenbrier, AR  72058
raynabholz@nbmcinc.net
Office Phone (501) 679-6000
Office Fax (501) 679-3779

**From:** Sen. Jason Rapert [mailto:senator.jason.rapert@gmail.com]
**Sent:** Friday, March 11, 2016 3:24 PM
**To:** Ray
**Cc:** jason.rapert@senate.ar.gov
**Subject:** Re: 10 Commandment Monument

Ray,

Thanks for reaching out to me on this. Remember that anything we do must be approved by Secretary of State's office. I was just informed today that the SOS is sending application materials to my office regarding the monument.

We want the foundation to be rather simple, as above, but also must ensure the monument is stable and secured firmly to the foundation so that it is not easily tampered with or not prone to coming loose and injuring someone who may push or pull on it. I am open to any aesthetically pleasing presentation of the monument. I do not personally care for the planters beside the monument, but that of course is not part of the foundation.

Hopefully you are beginning to have what you need from Wilbert to know what must be necessary and ready for them when the monument is approved for installation.

I would be happy to visit with you personally anytime.

Thanks again for your willingness to help.

Best regards,

Jason

Office of Senator Jason Rapert
Arkansas Senate District 35
P.O. Box 10388
Conway, AR 72034


Phone:  501-336-0918
Email:   senator.jason.rapert@gmail.com
website: www.jasonrapertforsenate.com

AHHF000054

# Exhibit 2

(March 18, 2016 email, by "Sen. Jason Rapert, Arkansas Senate" and listing General Assembly committee positions)

**From:** Jason Rapert [mailto:senator.jason.rapert@gmail.com]
**Sent:** Friday, March 18, 2016 10:00 AM
**To:** Ray
**Cc:** Sen. Rapert - Home; Joe; Travis Story; Kim David Hammer; Pastor Sam Kaunley; Roger Quattlebaum
**Subject:** Re: 10 Commandment Monument

Ray,

Thanks for getting back with me and also thank you for your assistance to American History & Heritage Foundation on this project.

I am copying Travis Story, General Counsel of AHHF, as well as board members of AHHF so that they are aware of the NBMIC participation and assistance. Thank you very much.

Best regards,

Sen. Jason Rapert
Arkansas Senate
District 35


P.O. Box 10388
Conway, AR 72034

501-336-0918
senator.jason.rapert@gmail.com
www.jasonrapertforsenate.com


Insurance & Commerce Committee - Chair
Higher Education Subcommittee of Arkansas Legislative Council - Chair
Revenue & Tax Committee
Joint Public Retirement & Social Security Programs Committee
National Conference of Insurance Legislators (NCOIL), Treasurer  www.ncoil.org
Interstate Insurance Product Regulatory Commission, Legislative Committee
University of Arkansas World Trade Center, Board of Advisors
Arkansas Oil & Natural Gas Legislative Caucus, Past Chair

On Mar 18, 2016, at 8:31 AM, Ray <raynabholz@nbmcinc.net> wrote:

> Jason,
>
> The foundation is very simple and will be easy to do...assuming that the location is accessible and that the ground is not too soft for equipment and trucks.
>
> Please get the Secretary of State application to me and we will get it filled out and submitted.
>
> Thanks

# Exhibit 3

(May 3, 2016 email, confusingly signed by both "Sen. Jason Rapert" and "Jo Hagood" as "Executive Assistant" for "Office of Senator Jason Rapert")

**Subject:** Re: Arkansas Ten Commandments
**Date:** Tuesday, May 3, 2016 at 7:43:31 PM Central Daylight Time
**From:** Jason Rapert
**To:** Mike Berry, Gary Mosier
**CC:** Kelly Shackelford, travis storylawfirm.com, Ray, Sam Kaunley, Rep. Hammer - Home, rlq22@conwaycorp.net
**Attachments:** 20160503201811502.pdf

Gentlemen,

I hope you all are doing very well.

Please see attached the application materials provided to American History & Heritage Foundation, Inc. (AHHF) by the Arkansas Secretary of State's office.

**Travis Story, General Counsel for AHHF, would like feedback from First Liberty and Wilbert Memorials on the sections that you can assist with to be sure that the application adheres closely to the Arkansas statute authorizing the Ten Commandments Monument and also that the monument specifications and foundation specifications are clearly articulated as requested.**

Travis Story is ready to proceed with this immediately. Be advised that we are further along the process than what you see in the application materials - Arkansas has already passed the law directing the Sec. of State to install the Ten Commandments Monument. We simply need them to authorize the location and sign off on the foundation and monument itself. We appreciate your prompt response so that this application can be completed in full and submitted by May 6th.

Gary Mosier - please send us digital photos of the completed Arkansas Monument which we can use with the application.

I am also copying Ray Nabholz whose company will be handling the foundation and helping with installation of the monument. Between First Liberty, Wilbert Memorials and NBMC - everyone should be able to stay on the same page and make sure everything is in order by keeping this line of communication open as we near installation time.

I want to again thank all of you for your service and attention to this project.

Sen. Jason Rapert

Jo Hagood
Executive Assistant

Office of Senator Jason Rapert
Arkansas Senate District 35
P.O. Box 10388
Conway, AR 72034

Phone: 501-336-0918
Email: senator.jason.rapert@gmail.com
website: www.jasonrapertforsenate.com

On Tue, Apr 5, 2016 at 9:08 AM, Mike Berry <mberry@firstliberty.org> wrote:
> Senator Rapert,
>
> Per Hiram's e-mail, I am trying to get up to speed on all of his cases. If there is a time today that is convenient for you to chat, I'm happy to give you a call. Thanks.

# Exhibit 4

(May 5, 2016 email, signed "Sen. Jason Rapert, Arkansas Senate" and listing General Assembly committee positions)

and its contents, is prohibited. If you are not the intended recipient, you are hereby notified that reading, copying, or distributing this message in any way is strictly prohibited. If you have received this message in error, please contact the sender immediately for additional instructions, and also take the appropriate steps to delete the message completely from your computer system.

------------------------------------------------------------------------
IRS Circular 230 Notice:
------------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, we inform you that, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachment) was not intended or written to be used, and cannot be used, for the purpose of (I) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.
------------------------------------------------------------ct1002

On May 5, 2016, at 4:37 PM, Jason Rapert <senator.jason.rapert@gmail.com> wrote:

> Thanks for your follow up Gary. Please be sure to include Travis Story in the communication. He is the general counsel and will be making the presentation to the Capitol Grounds Commission.
>
> Thank you,
>
> Sen. Jason Rapert
> Arkansas Senate
> District 35
>
>
> P.O. Box 10388
> Conway, AR 72034
>
> 501-336-0918
> senator.jason.rapert@gmail.com
> www.jasonrapertforsenate.com
>
> Insurance & Commerce Committee - Chair
> Higher Education Subcommittee of Arkansas Legislative Council - Chair
> Revenue & Tax Committee
> Joint Public Retirement & Social Security Programs Committee
> National Conference of Insurance Legislators (NCOIL), Treasurer  www.ncoil.org
> Interstate Insurance Product Regulatory Commission, Legislative Committee
> University of Arkansas World Trade Center, Board of Advisors
> Arkansas Oil & Natural Gas Legislative Caucus, Past Chair
>
> On May 4, 2016, at 2:24 PM, Gary Mosier <GMosier@wilbert.com> wrote:

# Exhibit 5

(November 9, 2017 email signed "Sen. Jason Rapert, Arkansas Senate" and listing General Assembly committee positions)

On Nov 9, 2017, at 10:45 AM, Jason Rapert <senator.jason.rapert@gmail.com> wrote:

Thanks Kelly. I will be communicating with Travis Story - there has been a some misunderstanding on what is being required.

The bottom line is AHHF already has the replacement monument ready for installation and we thought the only holdup was the security posts.

Thanks for your communication. If you do not hear from Travis Story regarding the drawings from your architect by the end of the day, please let me know.

Best regards,

**Sen. Jason Rapert**
Arkansas Senate
District 35


P.O. Box 10388
Conway, AR 72034

501-336-0918
senator.jason.rapert@gmail.com
www.jasonrapertforsenate.com

Insurance & Commerce Committee - Chair
Higher Education Subcommittee of Arkansas Legislative Council - Chair
Revenue & Tax Committee
Joint Public Retirement & Social Security Programs Committee
National Conference of Insurance Legislators (NCOIL), Vice President  www.ncoil.org
Interstate Insurance Product Regulatory Commission, Legislative Committee
University of Arkansas World Trade Center, Board of Advisors
Arkansas Oil & Natural Gas Legislative Caucus, Past Chair

On Nov 9, 2017, at 9:54 AM, Kelly Boyd <kelly.boyd@sos.arkansas.gov> wrote:

> Senator Rapert:
>
> Please see below the email conversations between Mr. Story and myself dated September 11, 2017 regarding the process to reinstall the Ten Commandments monument on the grounds of the State Capitol.
>
> We are ready to go. All that I need is for the Foundation to submit official drawings of the replaced base. Our architect indicated the base was damaged sufficiently in the attack on the monument to

# Exhibit 6

(July 13, 2016 email signed by "Bob Ballinger . . . Arkansas State Representative")

From: **Ray** raynabholz@nbmcinc.net 
Subject: RE: Ten Commandments Monument
Date: July 14, 2016 at 8:10 AM
To: Bob Ballinger bob@storylawfirm.com
Cc: travis@storylawfirm.com, Jason Rapert senator.jason.rapert@gmail.com, Joe joe_nabholz@nbmcinc.net

Bob,

The amount of excavation is very small...approximately 4 cubic yards.
This will be determined after the final location is selected.

Thanks,

Ray Nabholz



P.O. Box 300
Greenbrier, AR 72058
raynabholz@nbmcinc.net
Office Phone (501) 679-6000
Office Fax (501) 679-3779

---

**From:** Bob Ballinger [mailto:bob@storylawfirm.com]
**Sent:** Wednesday, July 13, 2016 11:12 PM
**To:** Ray
**Cc:** travis@storylawfirm.com; 'Jason Rapert'
**Subject:** Ten Commandments Monument

Mr. Nabholz,

I am working on the application for the Secretary of State for the Ten Commandments Monument and there is one question you may be able to help us with. The question is "what excavation will be required, if any? Include estimate cubic yards of soil to be removed." This does not need to be detailed, but I am not sure we are even qualified to take a guess at it.

Thanks,
Bob

---

Bob Ballinger
Attorney at Law
Arkansas State Representative
Story Law Firm, PLLC.

438 E. Millsap Rd. Suite 103
Fayetteville, AR 72703