# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## ORDER

Pending before the Court is the motion for leave to appear remotely at the status conference set for November 23, 2021, of Andrew G. Schultz, co-counsel for plaintiffs Donna Cave, Pat Piazza, and Susan Russel ("*Cave* plaintiffs") (Dkt. No. 176). Mr. Schultz states that good cause exists because he is located out-of-state and attendance in person would require airline travel and an overnight stay in Little Rock (*Id*., ¶ 3). Mr. Schultz also points to the proximity to the Thanksgiving holiday that makes travel more difficult and expensive (*Id*.). For good cause shown, the Court grants Mr. Schultz's motion to appear remotely at the November 23, 2021, status conference (Dkt. No. 176).

So ordered this the 27th day of October, 2021.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge