# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| EUGENE LEVY, et al., ) | |
|     Consolidated Plaintiffs, ) | Case No. 4:18-cv-00342-KGB |
| ) | |
| THE SATANIC TEMPLE, et al., ) | |
|     Intervenors, ) | |
| v. ) | |
| ) | |
| JOHN THURSTON, Arkansas Secretary ) | |
| of State, in his official capacity, ) | |
|     Defendant. ) | |

## **MOTION FOR LEAVE TO APPEAR REMOTELY**

Travis W. Story and Gregory F. Payne with the Story Law Firm, PLLC and Brian K. Kelsey and Daniel R. Suhr with the Liberty Justice Center as counsel for the non-party American History and Heritage Foundation, Inc. ("AHHF") respectfully move this Honorable Court for an order granting their request to appear remotely at the status conference to be held on November 23rd, 2021 and state as follows:

    1. This Court noticed a status conference for Tuesday, November 23, 2021 to be held at the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas.

    2. In that Notice of Hearing, the Court stated that "[a]ny party or lawyer wanting to participate remotely in the status conference must seek permission from the Court in advance of the hearing in a written filing."

    3. Good cause exists to permit counsel to participate remotely in the November 23, 2021 status conference as counsel is located in Fayetteville, Arkansas; Germantown, Tennessee; and Milwaukee, Wisconsin.

4. Counsel would require multiple hours of travel, and an overnight stay in Little Rock. That expenditure of time and money is considerable in light of what is likely to be a hearing of relatively short duration.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an order granting the Motion of AHHF to allow its counsel to appear remotely before the Court for the purposes of the Status Conference hearing on November 23rd, 2021.

Respectfully submitted,

By /s/ Travis W. Story
Travis W. Story, AR Bar No.: 2008274
travis@storylawfirm.com
Gregory F. Payne, AR Bar No.: 2017008
Story Law Firm. PLLC
greg@storylawfirm.com
3608 Steele Blvd., Suite 105
Fayetteville, AR  72703

And

Brian K. Kelsey
Daniel R. Suhr
Liberty Justice Center
141 W. Jackson Blvd., Suite 1065
Chicago, Illinois 60604
bkelsey@libertyjusticecenter.org
dsuhr@libertyjusticecenter.org
*Pro Hac Vice*

Attorneys for non-party AHHF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion For Relief From Appearing Before The Court  is being served upon the all counsel of record via the Court's e-filing system.

/s/ Travis W. Story
Travis W. Story