**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DONNA CAVE**, *et al.* | | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, and | **CASE NUMBER:** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.* | **4:18-CV-00342** | **INTERVENOR PLAINTIFFS** |
| v. | | |
| **JOHN THURSTON**, as Arkansas Secretary of State, in his official capacity | | **DEFENDANT** |

**MOTION FOR LEAVE TO APPEAR REMOTELY**

**COME NOW** Intervenors, by and through counsel of record, on motion to appear remotely.

1. On October 22, 2021, the Court issued a notice of hearing to conduct a status conference on November 23, 2021 at 9:00am, in person. See Doc. 175.

2. The Court invited any party or lawyer wanting to participate remotely in the hearing to seek permission from the Court in advance of the hearing in a written filing. Id.

3. At the October 22 hearing, the Court indicated willingness for participation by remote attendance, particularly when no testimony is to be procured.

4. Intervenors' counsel and corporate representatives hereby request leave to appear remotely at the hearing. No testimony is expected to be procured at the upcoming hearing.

5. Good cause exists because both of TST's attorneys are located out of state. Matt Kezhaya relocated to Minneapolis, Minnesota in June of 2020. Notwithstanding the move, Mr. Kezhaya's contact information is unchanged. Stu de Haan remains in Tucson, Arizona.

    Lucien Greaves, TST's director who would like to observe, resides in Salem, Massachusetts. Thus, interstate travel would be required for each participant.

6. Intervenors' counsel and corporate representatives would require multiple hours of travel time, an overnight stay in Little Rock, AR. That expenditure of time and money is considerable in light of what is likely to be a hearing of relatively short duration.

7. Out of state travel to Arkansas remains particularly hazardous given that, as of November 1, 2021, the Center for Disease Control (CDC) reports that Pulaski County, Arkansas is considered to have a "substantial" level of community transmission of COVID-19. (See https://covid.cdc.gov/covid-data-tracker/#county-view|Arkansas|5119|Risk|community_transmission_level).

8. Additionally, the Arkansas Department of Health reports that Pulaski County, Arkansas has 399 active cases of COVID-19, the second highest number of active cases in Arkansas. (See https://adh-covid-19-data-for-the-visually-impaired-ark-dept-health.hub.arcgis.com/)

9. Thus, good cause exists for the participants to appear remotely for the purpose of minimizing travel time and costs, and exposure to, and the transmission rate of, COVID-19.

**WHEREFORE** Intervenors pray this Court enter an order allowing Counsel and Mr. Greaves to appear remotely to the status conference.

|  | Respectfully submitted on November 3, 2021,<br>On behalf of Intervenors |  |
|---|---|---|
| By: | Matthew A. Kezhaya, ABA # 2014161<br>Attorney for Intervenors<br>KEZHAYA LAW PLC<br>1202 NE McClain Rd<br>Bentonville, AR 72712 | Stuart P. de Haan, AZ Bar No. 026664<br>Attorney for Intervenors<br>de Haan Law Firm, PLLC<br>100 N Stone Avenue, Suite 512<br>Tucson, Arizona  85701 |
| phone | (479) 431-6112 | (520) 358-4089 |
| fax | (479) 282-2892 | (520) 628-4275 |
| email | matt@kezhaya.law | stu.dehaan@gmail.com |