IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## PLAINTIFFS CAVE and PIAZZA'S STATEMENT NOTING DEATH OF PLAINTIFF RUSSELL

Pursuant to FRCP 25(a)(1), Plaintiffs Cave and Piazza note for the record the death of plaintiff Susan Russell on October 25, 2021.

        Respectfully submitted,

        LAVEY AND BURNETT
        By: *John L. Burnett*
        John L. Burnett (Arkansas Bar No. 77021)
        904 West 2nd Street
        Little Rock, AR 72201
        Telephone: (501) 376-2269
        Facsimile: (501) 372-1134
        E-mail: jburnett@laveyandburnett.com
        *On behalf of the Arkansas Civil Liberties Union Foundation*

        GREEN & GILLISPIE
        By: *Joshua D. Gillispie*
        Joshua D. Gillispie (Arkansas Bar No. 2010131)
        1 Riverfront Place, Suite 605
        North Little Rock, AR 72114
        Telephone: (501) 244-0700
        Facsimile: (501) 244-2020
        E-mail: josh@greenandgillispie.com

*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By: *Andrew G. Schultz*
Andrew G. Schultz*
Melanie B. Stambaugh*
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*
* admitted pro hac vice

*Attorneys for Plaintiffs Donna Cave and Pat Piazza*

### Certificate of Service

I hereby certify that on November 8, 2021, the foregoing Statement Noting Death of Plaintiff Russell was served under FRCP 4(e)(1) by certified mail on Gary Criglow, 23201 Mills Mountain Rd., Little Rock, AR 72223 , the successor and personal representative of Susan Russell.

*John L. Burnett*
John L. Burnett