# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE,** *et al.*,                                                                 **PLAINTIFFS**

**EUGENE LEVY,** *et al.*,                                         **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE,** *et al.*,                                              **INTERVENORS**

v.                                    Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                      **DEFENDANT**

## MOTION FOR LEAVE TO APPEAR REMOTELY

   John L. Burnett, co-counsel for Plaintiffs Donna Cave and Pat Piazza, moves this Court for an Order allowing him to appear remotely at the status conference scheduled for November 23, 2021. As grounds for this motion, counsel states as follows:

1. This Court noticed a status conference for Tuesday, November 23, 2021 to be held at the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas.

2. In that Notice of Hearing, the Court stated that "[a]ny party or lawyer wanting to participate remotely in the status conference must seek permission from the Court in advance of the hearing in a written filing."

3. At the October 22 hearing, the Court indicated willingness for participation by remote attendance, particularly when no testimony is to be procured.

4. Good cause exists to permit attorney Burnett to participate remotely in the status conference because, in view of the current Covid-19 pandemic, limiting in-person conferences where convenient promotes public health, and in this case the status conference matters are easily handled remotely.

Wherefore, John L. Burnett, co-counsel for Plaintiffs Donna Cave and Pat Piazza, requests that the Court find that good cause exists to allow him to appear remotely at the status conference scheduled for November 23, 2021.

Respectfully submitted,

LAVEY AND BURNETT
By: *John L. Burnett*
John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone: (501) 376-2269
Facsimile: (501) 372-1134
E-mail: jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE
By: *Joshua D. Gillispie*
Joshua D. Gillispie (Ark. Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone: (501) 244-0700
Facsimile: (501) 244-2020
E-mail: josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By: *Andrew G. Schultz*
Andrew G. Schultz*
Melanie B. Stambaugh*
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*
* admitted pro hac vice
*Attorneys for Plaintiffs Donna Cave and Pat Piazza*