IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE, *et al.*,**                                                                                  **PLAINTIFFS**

**EUGENE LEVY, *et al.*,**                                                            **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE, *et al.*,**                                                                **INTERVENORS**

v.                                   Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                                         **DEFENDANT**

## ORDER

Pending before the Court are the motions for leave to appear remotely at the status conference set for November 23, 2021, of American History and Heritage Foundation, Inc. ("AHHF") and its' counsel Travis W. Story, Gregory F. Payne, Brian K. Kelsey, and Daniel R. Suhr; intervenors and their counsel Matthew A. Kezhaya and Stuart P. De Haan; Secretary Thurston and his counsel; plaintiffs Donna Cave and Pat Piazza and their counsel John L. Burnett; Senator Jason Rapert, in his official capacity, and his counsel Dylan Jacobs; and Hunter Lundy, co-counsel for Senator Jason Rapert, in his individual capacity (Dkt. Nos. 178; 179; 180; 183; 184; 185). The Court grants the motions of AHHF; the intervenors; Secretary Thurston; plaintiffs Donna Cave and Pat Piazza; Senator Jason Rapert, in his official capacity; and Hunter Lundy, co-counsel for Senator Jason Rapert, in his individual capacity (*Id*.). Counsel for AHHF, intervenors, Secretary Thurston, plaintiffs Donna Cave and Pat Piazza, Senator Jason Rapert, in his official capacity, and Hunter Lundy, co-counsel for Senator Jason Rapert, in his individual capacity, may appear remotely at the status conference set for November 23, 2021, as may the Satanic Temple's corporate representative Lucien Greaves (*Id*.).

So ordered this the 12th day of November, 2021.

_____
Kristine G. Baker
United States District Judge