IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, et al.,                                 **PLAINTIFFS**

ANNE ORSI, et al.,                   **CONSOLIDATED PLAINTIFFS**

THE SATANIC TEMPLE, et al.,            **INTERVENORS**

v.              **Case No. 4:18-cv-00342-KGB**

JOHN THURSTON, Arkansas Secretary
of State, in his official capacity             **DEFENDANT**

## CERTAIN PARTIES' JOINT POSITION STATEMENT

As set forth in this Court's Order [Doc. 175] entered October 22, 2021, certain of the parties[1] submit the following Joint Position Statement in advance of the November 23, 2021 status conference.

### Status of Discovery

The discovery deadline has expired.

Pursuant to this Court's Order [Doc. 172], and the Court's comments at the last status conference (held Oct. 22, 2021), additional document production is on-going.  In addition, Defendant Thurston and The Satanic Temple Intervenors have

---

[1] The parties submitting this Joint Position Statement are Plaintiffs Donna Cave and Pat Piazza, Consolidated Plaintiffs Anne Orsi, American Humanist Association, Freedom from Religion Foundation, Inc., Arkansas Society of Freethinkers, Gale Stewart, Rabbi Eugene Levy, Rev. Victor H. Nixon, Teresa Grider, and Walter Riddick, and Defendant John Thurston.

until November 22, 2021 in which to produce privilege logs consistent with the Federal Rules of Civil Procedure and this Court's Order.  The Court also has invited future briefing related to possible assertion of the legislative or the deliberative process privileges. Those submissions, and any subsequent Court rulings on those issues, may impact the proposed summary judgment briefing schedule set forth below.

**Dispositive Motion Briefing Schedule**

The parties currently propose the following briefing schedule with regard to their anticipated motions for summary judgment:

| | |
|---|---|
| Deadline for parties to file dispositive motions | February 18, 2022 |
| Deadline for parties to file responses to dispositive motions | March 18, 2022 |
| Deadline for parties to file replies in support of dispositive motions | April 15, 2022 |

**Trial Setting**

It is likely that the parties will submit at least four separate summary judgment motions.  Given the number of these motions and the time necessary for the Court to review and rule on these pleadings, the parties ask that the Court set this matter for trial no sooner than August 1, 2022.

2

Respectfully submitted,

LAVEY AND BURNETT

By:___*John L. Burnett*_____.
          John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone:  (501) 376-2269
Facsimile:   (501) 372-1134
E-mail:       jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE

By:___*Joshua D. Gillispie*_____.
          Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone:  (501) 244-0700
Facsimile:   (501) 244-2020
E-mail:       josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:___*Andrew G. Schultz*_____.
          Andrew G. Schultz (*admitted pro hac vice*)
          Melanie B. Stambaugh (*admitted pro hac vice*)
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:  (505) 765-5900
Facsimile:   (505) 768-7395
E-mail:       aschultz@rodey.com
                  mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

*Attorneys for Plaintiffs Donna Cave and Pat Piazza*

**APPROVED:**

  *Electronically Approved 11/12/2021  .*
J.G. "Gerry" Schulze
Ark. Bar No. 83156
Attorney for the *Orsi* Plaintiffs
BAKER SCHULZE& MURPHY
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
Email: gschulze@b-s-m-law

4

*Electronically Approved per Michael A. Cantrell 11/15/2021*

LESLIE RUTLEDGE
Attorney General

Vincent M. Wagner (2019071)
Deputy Solicitor General
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph: (501) 682-2007
Fax: (501) 682-2591
Michael.Cantrell@ArkansasAG.gov


*Electronically Approved per Michael A. Cantrell 11/15/2021*

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*