# EXHIBIT 1

April 18, 2020 – Defendant's notice of intent to call Shane Bugbee

# ATTORNEY GENERAL
# LESLIE RUTLEDGE
### ARKANSASAG.GOV

Michael A. Cantrell  
Assistant Solicitor General  
323 Center Street, Suite 200  
Little Rock, AR 72201

Direct Dial: (501) 682-2401  
Facsimile: (501) 682-8162  
Michael.Cantrell@ArkansasAG.gov

April 18, 2020

John L. Burnett  
Lavey & Burnett  
904 West 2nd Street  
Little Rock, AR 72201  
*Counsel for Cave Plaintiffs*

James Gerard Schulze  
Baker Schulze Murphy & Patterson  
2311 Biscayne Drive  
Suite 300  
Little Rock, AR 72227  
*Counsel for Orsi Consolidated Plaintiffs*

Matthew A. Kezhaya  
Kezhaya Law PLC  
1202 North East McClain Road  
Bentonville, AR 72712  
*Counsel for Satanic Temple Intervenors*

      Re:    *Cave v. Thurston*, Case No. 4:18CV342 KGB, Second Supplemental Disclosures

Dear Counsel,

Due to Covid-19 the Attorney General's offices have been closed for the past five weeks. In particular, I have been locked out and unable to access my office and many of my files since a day or two after Doug Misicko's deposition in this matter on March 11. This closure has significantly handicapped our work, but we are continuing and adapting to this unprecedented challenge.

Attached are Defendant's second supplemental disclosures, which represent a continuing good faith effort to identify individuals and items that Defendant may use to support his defenses in this case. The items include:

| | |
|---|---|
| 2016-10-12 Subcom 2 Mtg - AHHF & TST | 0953-1023 |
| 2016-11-10 Subcom 1 Mtg - Gold Star & SASS | 1024-1119 |
| 2016-11-16 Subcom 2 Mtg - AHHF | 1120-1159 |
| 2016-12-14 Pub. Comments Mtg - AHHF | 1160-1260 |
| 2017-01-25 Subcom 2 Mtg - TST | 1261-1274 |
| 2017-01-26 Subcom 1 - Gold Star | 1275-1314 |
| 2017-05-11 Subcom 2 - AHHF | 1315-1347 |
| 2017-12-05 Subcom Mtg AHHF (Security Enhancements) | 1348-1361 |
| 2017-12-07 Pub. Comments Mtg - AHHF | 1362-1365 |

323 Center Street, Suite 200, Little Rock, AR 72201  
(501) 682-2007 | oag@ArkansasAG.gov  
AGRutledge   AGLeslieRutledge   AGLeslieRutledge   Attorney General Leslie Rutledge   ArkansasAG   AGRutledge

| | |
|---|---|
| 2017-12-12 Full Commission Mtg - AHHF | 1366-1383 |
| August 31, 2015 Letter from the Satanic Temple | 1384-1386 |
| Black Mass at the Satanic Temple | 1387-1387 |
| Lucien Greaves Speech 08-16-18 | 1388-1391 |
| Mass. Commission Order - TST v. Twitter | 1392-1394 |
| Satanic Temple v. Scottsdale Litigation - MTD Exhibits | 1395-1713 |
| Temple of the Jedi Order - IRS - Exemption - Letter | 1714-1716 |
| 2020-04-18 Shane Bugbee Declaration | 1717-1754 |

Further, based on newly received information, Defendant discloses under Rule 26(a)(1) & (e)(1) that Mr. Shane Bugbee (Ph. 312-854-9306, address unknown) is an individual who is likely to have discoverable information that Defendant may use to support his defenses. The subjects of that information are indicated in batestamped pages 1717-1754 of Defendant's second supplemental disclosures.

Defendant reserves the right to further supplement these disclosures as additional information becomes available and to use at trial such other additional documents, tangible things, or witnesses as are revealed in the course of further investigation and discovery.

                Respectfully,

                Michael A. Cantrell
                Assistant Solicitor General

## CERTIFICATE OF SERVICE

      I, Michael A. Cantrell, certify that on April 18, 2020, I served the foregoing on all counsel of record.

<u>/s/ Michael A. Cantrell</u>
Michael A. Cantrell
