IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| DONNA CAVE, *et al.* | | PLAINTIFFS |
| ANNE ORSI, *et al.*, and | CASE NO. 4:18-CV-342 | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, *et al.* | | INTERVENORS |
| *v.* | | |
| JOHN THURSTON, in his official capacity | | DEFENDANT |

INTERVENORS' SUPPLEMENTAL STATUS REPORT

COME NOW Intervenors, by and through counsel of record, with a supplemental status report. This supplement is necessary because, after the deadline to issue the report, State Rep. Hammer responded that he refuses to comply with his subpoena. Since State Rep. Hammer is similarly situated as the remaining subpoenaed witnesses, we foresee that this will be a recurring issue on all of the subpoenas.

## 1: Progress toward completing discovery

*1.1: Update on the subpoenas*

On November 17, Mr. Jacobs issued a response for State Rep. Hammer which states that he will not comply with his subpoena. This objection is time-barred. FRCP 45(d)(2)(B) ("The objection must be served *before the earlier* of the time specified for compliance or 14 days after the subpoena is served") (emphasis added). Any objection to the subpoena was due on November 15.

Further, and despite the Court's warning that the time for piece-meal litigation has ended, the response repeats the now-familiar tactic of generally asserting claims of privilege without producing a privilege log.

We are separately moving for an order to show cause, but are hopeful that raising this issue at the November 23 status conference will resolve the issues without need of a show-cause hearing.

## 2: Proposed dispositive motions deadline

Our prior report neglected to comment on the other parties'

suggestion of extended briefing schedules. We concur with the other parties' suggestion to extend the briefing schedule to allow one month for a response and one month for a reply.

### 3: Issues we intend to raise at the hearing.

*3.1: Exclude Bugbee, or permit a late subpoena.*

We have separately moved the Court to exclude Bugbee as a witness and thereby save us the effort and expense of taking Bugbee's deposition and obtaining his documents of relevance to this case. Doc. 190. The Court should resolve this issue at the hearing because, if we are going to issue a subpoena, we need to do so promptly to minimize further delays. Exclusion is our preference.

*3.2: Amend the scheduling order to permit the subpoenas.*

State Rep. Hammer refuses to comply with the subpoena because the discovery period has closed. We have separately moved to amend the scheduling order to permit the subpoenas.

*3.3: Issue one or more orders to show cause.*

We are separately moving for an order for State Rep. Hammer

to show cause why he should not be held in contempt for disregarding his subpoena. On November 22, the subpoena returns will be due for State Sen. Rapert, State Sen. Ballinger, and the AHHF. Given State Rep. Hammer's refusal to comply with his subpoena, we foresee that we will need to move for orders to show cause against one or more of the remaining witnesses.

|  | Respectfully submitted on November 17, 2021, on behalf of Intervenors |
|---|---|
| By: | Matthew A. Kezhaya, ABA # 2014161 |
|  | **Kezhaya Law PLC** |
|  | 1202 NE McClain Rd |
|  | Bentonville, AR 72712 |
| phone: | (479) 431-6112 |
| email: | matt@kezhaya.law |

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on November 17, 2021 which sends service to registered users, including all other counsel of record in this cause.

/s/ Matthew A. Kezhaya