IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                   **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                            **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                **INTERVENORS**

v.                                          Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                                       **DEFENDANT**

## ORDER

The Court is presiding over a jury trial in Jonesboro, Arkansas. Accordingly, the Court will not be available at the Richard Sheppard Arnold United States Courthouse in Little Rock for the November 23, 2021, status conference. The Court granted several motions for leave to appear remotely at the status conference (Dkt. Nos. 177, 186). The Court has reached out to James Gerard Schulze who has agreed to appear remotely at the status conference on behalf of the *Orsi* plaintiffs, the only party that had not moved for counsel to appear remotely. Accordingly, the Court will hold a telephonic status conference on November 23, 2021, at 9:00 a.m. Central time. The Court will send call in information for the status conference to counsel for all of the parties by electronic mail.

So ordered this the 22nd day of November, 2021.

_____
Kristine G. Baker
United States District Judge