IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, et al.,** | **PLAINTIFFS** |
| **ANNE ORSI, et al.,** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, et al.,** | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

### CAVE PLAINTIFFS' RESPONSE TO INTERVENORS' PENDING MOTIONS [DOC. 190, DOC. 192 AND DOC. 199]

Plaintiffs Donna Cave and Susan Russel respond, in part, to Intervenors' pending discovery motions. These Plaintiffs oppose any request to amend this Court's Amended Final Scheduling Order [Doc. 107] and reopen discovery.

Intervenors have filed no less than three separate motions awaiting decision by this Court.[1] None of these motions are directed to the Cave Plaintiffs, and the Cave Plaintiffs take no position on the merits or the substance of these motions.

---

[1] Intervenors' Mot. to Exclude Bugbee; or to Permit a Late Subpoena [Doc. 190] (filed Nov. 16, 2021); Intervenors' Mot. to Amend Scheduling Order to Allow the Subpoenas; and for Order to Show Cause [Doc. 192] (filed Nov. 17, 2021); and Intervenors' Mot. for Order to Show Cause; or to Compel Production of [the Subpoenaed Documents] [Doc. 199] (filed Nov, 23, 2021).

Each motion, however, includes a request for this Court to amend its present scheduling order and to reopen discovery:

- Intervenors' Motion to Exclude Bugbee; or to Permit a Late Subpoena [Doc. 190] (filed Nov. 16, 2021) asks for leave take a witness deposition "even though the discovery window has closed."

- Intervenors' Motion to Amend Scheduling Order to Allow the Subpoenas; and for Order to Show Cause [Doc. 192] (filed Nov. 17, 2021) seeks an "amend[ment to] the scheduling order to permit the subpoenas."

- Intervenors' Motion for Order to Show Cause; or to Compel Production of [the Subpoenaed Documents] [Doc. 199] (filed Nov, 23, 2021) asks this Court to compel production of documents and enforce subpoenas issued more than one year after the close of discovery, thus effectively extending the Court's discovery deadline.

The Cave Plaintiffs oppose any effort to reopen discovery.

The Court entered its Amended Final Scheduling Order in February 2020. That order made clear that "[d]iscovery should be completed no later than **April 29, 2020.**" [Doc. 107] (emphasis in original). The Cave Plaintiffs complied with this deadline. They timely served written discovery requests on Defendant and timely responded to Defendant's written discovery requests. They made

themselves available to be deposed within the discovery window and timely completed all of their depositions before the close of discovery.

The Cave Plaintiffs are ready, willing and able to submit their motion for summary judgment on the merits of their claim that the presence and display of the Ten Commandments Monument on the grounds of the Arkansas State Capitol violates the Establishment Clause of the First Amendment. The Cave Plaintiffs understand that Defendant Thurston is prepared to file a similar motion in defense of the Ten Commandments Monument. The Court should permit these motions to be filed without any further delay.

The Cave Plaintiffs urge this Court to deny any efforts to reopen discovery and further delay resolution of this lawsuit, which has been pending on this Court's docket for over 40 months (May 2018). The Court should set a briefing schedule for the parties' anticipated motions for summary judgment at the Court's earliest convenience.

themselves available to be deposed within the discovery window and timely completed all of their depositions before the close of discovery.

The Cave Plaintiffs are ready, willing and able to submit their motion for summary judgment on the merits of their claim that the presence and display of the Ten Commandments Monument on the grounds of the Arkansas State Capitol violates the Establishment Clause of the First Amendment. The Cave Plaintiffs understand that Defendant Thurston is prepared to file a similar motion in defense of the Ten Commandments Monument. The Court should permit these motions to be filed without any further delay.

The Cave Plaintiffs urge this Court to deny any efforts to reopen discovery and further delay resolution of this lawsuit, which has been pending on this Court's docket for over 40 months (May 2018). The Court should set a briefing schedule for the parties' anticipated motions for summary judgment at the Court's earliest convenience.

Respectfully submitted,

LAVEY AND BURNETT

By: *John L. Burnett* .
    John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone: (501) 376-2269
Facsimile: (501) 372-1134
E-mail: jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE

By: *Joshua D. Gillispie* .
    Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone: (501) 244-0700
Facsimile: (501) 244-2020
E-mail: josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Andrew G. Schultz* .
    Andrew G. Schultz (*admitted pro hac vice*)
    Melanie B. Stambaugh (*admitted pro hac vice*)
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
         mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

*Attorneys for Plaintiffs Donna Cave and Pat Piazza*