From: <█████@thesatanictemple.com>
Date: April 19, 2017 at 2:48:34 PM CDT
To: <thesatanictemple@gmail.com>
Subject: Follow Up

Dear honorable lawmaker of Arkansas,

This is a follow-up to a previous letter you received from The Satanic Temple offering you the opportunity to sponsor our monument for representation on the State Capitol grounds. My apologies if you've already replied to the previous letter. We are simply establishing our due diligence. After multiple appeals for sponsorship, we expect we'll establish that the bureaucratic process employed by Arkansas for monument approvals is indeed discriminatory. When one monument of religious significance is sponsored to the exclusion of another, and the legislative process is openly abused by self-serving politicians like Sen. Jason Rapert, we feel it our honorable duty to challenge this Constitutional corruption.

To reiterate from our previous letter, if you wish to maintain an argument for the legality of a 10 Commandments monument on Capitol grounds, consider sponsoring our Baphomet monument for inclusion on the Capitol grounds as well. Otherwise, we are confident that the 10 Commandments monument will be deemed illegal and will come down.
Please reply by the end of the week, Friday 21 April 2017.

Love,
Lucien Greaves