**Page 21**

1  sponsor in the General Assembly?
2  A.   I view it less as our inability to find a sponsor.
3  I find it a failure of the -- of the legislative assembly
4  to sponsor.
5      I don't feel it's their place to engage in
6  viewpoint discrimination and have a process by which the
7  Government still thereby decides what is appropriate
8  religious expression and what is not.
9      I think by going through the process in which we
10 did, we demonstrated that that was explicitly a
11 discriminatory process.
12 Q.   Okay. So -- so the answer is yes, the end of the
13 road was with the General Assembly, not with the Arts and
14 Grounds Commission; correct?
15 A.   The Arts and Grounds Commission, from my
16 understanding of how we went through the -- the
17 discussions we had with them, they remained neutral
18 insofar as they were validating the -- the structural
19 protocols of our monument and whether they fit within
20 their design parameters: whether it was structurally
21 sound, whether it was something that could be maintained
22 annually year after year, whether it had that kind of --
23 that kind of integrity to be a -- a monument on the
24 public grounds without deference to opinions regarding
25 appropriate religious expression or anything like that.

**Page 22**

1      And my understanding was is that we passed that.
2  We -- we -- we did meet those standards, and it was
3  the -- the failure of the General Assembly to -- to
4  engage in a viewpoint-neutral deliberation on this that
5  prevented us from having our monument placed on the
6  capitol grounds.
7  Q.   Okay. So the -- the obstacle you faced was getting
8  a sponsor in the General Assembly?
9  A.   Correct.
10 Q.   Okay. Okay. So you tried to find a sponsor during
11 the 2017 legislative session, correct?
12 A.   I -- I believe that's correct.
13 Q.   Okay. Up in Paragraph 31 it says, I believe, you
14 e-mailed every member of the General Assembly on
15 February 27, 2017.
16     Do you see that?
17 A.   I'm sorry.
18 Q.   Paragraph 31?
19 A.   Correct. That's -- that is what it says,
20 February 27, 2017.
21 Q.   2017.
22     Okay. Did you try to find a sponsor during the 2019
23 legislative session? Two years later?
24 A.   No.
25     I -- I believe we were already well in litigation

**Page 23**

1  at that point.
2  Q.   Okay. Nothing prevented you from trying to find
3  a -- someone to sponsor the monument during the 2019
4  session, did it?
5  A.   My understanding is it would be inappropriate to
6  seek sponsorship for -- for the monument while we're
7  ledg- -- while we're litigating against the prior refusal
8  to do so.
9  Q.   Did anything prevent you from trying to find a -- a
10 sponsor during that session?
11 A.   Yeah, my understanding that that would impede
12 the -- the current litigation. I could be right or I
13 could be wrong about that being the situation, but I did
14 not consult with legal counsel about that.
15 Q.   Okay. And you can set that exhibit aside.
16 A.   (Witness complies.)
17 Q.   You're familiar with the -- the Wayback Machine
18 online, correct?
19 A.   Correct.
20 Q.   Okay. And so you're aware that the Wayback Machine
21 is a Web site that archives Web pages that -- as they
22 existed on certain dates in the past?
23 A.   Yes.
24 Q.   And you'd have no reason to doubt or dispute the
25 reliability of that process, right?

**Page 24**

1  A.   Correct.
2      (Exhibit 3 marked for identification.)
3  Q.   Okay. I'm handing you Exhibit 3.
4      Do you recognize this as an archive of The Satanic
5  Temple news Web page from April 21, 2014?
6  A.   That is what it says it is, yes.
7  Q.   Okay. And all the news items there posted under the
8  name "Lucien" were written and posted by you, right?
9  A.   That -- that I can't be certain of. I don't know
10 that I actually did the Web work on that.
11 Q.   Okay. But --
12 A.   But it's certain -- it's our Web site.
13 Q.   Okay. So the name "Lucien," would that have been --
14 would that have been applied to news posts that you
15 posted?
16 A.   Not necessarily.
17     It's a -- it's a WordPress plugin, so there's a
18 general login. And the general login is probably under
19 the name Lucien, but I -- I didn't do a whole lot of the
20 Web work.
21 Q.   Okay. And, if you'll look, these news items began
22 in February 2013, correct? It should be the last one.
23 A.   Sorry. What page?
24 Q.   February -- let's see, February 2013 on the last
25 page.