# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DONNA CAVE, et al.**                                                    **PLAINTIFFS**


**ANNE ORSI, et al.**                                **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE, et al.**                                   **INTERVENORS**

**v.**                          **No. 4:18CV00342 KGB/BD**

**JOHN THURSTON, Arkansas Secretary of State,**
**in his official capacity**                                              **DEFENDANT**

<u>**DECLARATION OF SHANE BUGBEE**</u>

I, Shane Bugbee, hereby declare that I am competent to testify and have personal knowledge regarding the statements contained in this declaration. I further declare, under penalty of perjury, as follows:

1.      I am an author, editor, publisher, promoter, and journalist.

2.      I am a member of the Church of Satan, which Anton Szandor LaVey founded in 1966. LaVey ordained me as a reverend, and I was fortunate to conduct the last interview he gave before his death in 1997.

3.      LaVey authored the *Satanic Bible* and published it in 1969. He adapted much of the first part of the *Satanic Bible* from *Might is Right, or The Survival of the Fittest*, a book written by Ragnar Redbeard and first published in 1896.

4.      *Might is Right* is a spirited attack on Judeo-Christian ethics from a social Darwinian perspective that praises power as the only legitimate ruling principle. The first page sets the tone for the book, stating, in part, "I request reasons for your Golden Rule and ask the why and wherefore of your Ten Commands. Before none of your printed idols do I bend in acquiescence

and he who saith 'thou shalt' to me is my mortal foe." *Might is Right*, 1.1. The book condemn Judeo-Christian morality in several other passages:

   a.     "The Commandments and laws and moral codes that we are called upon to reverence and obey are themselves the insidious enginery of decadence. . . . Truly the way to hell is by fulfilling the commandments of God." *Might is Right*, 1.3.

   b.     "Only Jews and Christs and other degenerates think that rejuvenation can ever come through law and prayer." *Might is Right*, 1.5.

   c.     "Laws and regulations are only for conquered vassals. The free man does not require them. He may manufacture and post up Decalogue regulations, to bind and control dependents with, but he does not himself bow down before those inventions of his own hands—except as a lure." *Might is Right*, 1.7.

   d.     "It is time men who CAN think began to emancipate themselves and consider the fact that: [m]orals, laws and decalogues [w]ere made by liars, thieves and rogues." *Might is Right* 2.10.

   e.     "Darwin's law exists—may be seen in operation—is practicable—of daily demonstration—therefore it also is right. It is not a dream, like 'Religion'; it is not an invention, like 'Morals'; it is not an assumption, like 'God.' It is a cosmic fact, like the sunshine, the rain, and the tides! Nature does not set up idols, does not found superstitions, does not invent Decalogues. These toys and fetters have been constructed by man, for his own infinite—damnation." *Might is Right*, 4.8.

5.     I first met Doug Misicko (aka Doug Mesner) when he came to my studio to pick up a copy of *Might is Right*, which I had republished. Doug clearly understood the book's message. Doug asked to illustrate the chapter heading for a new edition of the book. He left some of his

sketchbooks with me, and I liked his drawings, so I agreed. See Exhibit A for some of Doug's illustrations inside the book. (The front cover was not his work.) I was pleased to have Doug illustrate the new edition because he really got it. He resonated with *Might is Right*'s anti-religious message on a deep level.

6.      On September 11, 2003, Doug and I held a *Might is Right* book signing at Noir Leathers in Detroit, Michigan. Exhibit B is a photograph of Doug and me at the book signing. Exhibit A contains photographs of our signatures on the inside front cover of a copy of the book and on a bookplate.

7.      I stopped publishing *Might is Right* in 2016 and disavowed any connection with White supremacy or related groups. I took responsibility for my past actions, but Doug did not. He is sympathetic to fascist ideology and its emphasis on power. He has taken a particular interest in Mussolini, even visiting Italy to see Mussolini's birthplace. Doug also has a Process P Cross tattoo, which is a power symbol derived from the Swastika.

8.      I began podcasting with Radio Free Satan in 2002, and I invited Doug to co-host the *Might is Right Special*, the first-ever continuous live-streamed 24-hour internet radio broadcast. Doug was glad to join me for this broadcast, which is archived online at https://archive.org/details/MightIsRightSpecial.

9.      During part of the *Might is Right Special*, Doug gave his opinion that it is okay to hate people who choose to practice Judaism. He said, "I think it's okay to hate Jews if you hate them because they're Jewish and they wear a stupid fucking Frisbee on their head and walk around and think they're God's chosen people, but it's not okay to hate somebody just because their parents were stupid fucking Jews and wore stupid Frisbees on their head and thought that Jews were God's chosen people. I mean, if it's not what they choose to go along with, then they're

3

normal people too." (3:31:23). Doug made these comments on the air, and they were broadcasted and recorded live with no editing or manipulation of any kind.

10.     Later in the *Might is Right Special*, Doug and I interviewed Tom Metzger, the former Grand Dragon of the California Knights of the Ku Klux Klan and founder of a neo-Nazi group called White Aryan Resistance (WAR). During that part of the broadcast, Doug again brought up the issue of whether Jews are objectionable because of their bloodline or because of their beliefs. Doug asked, "So it's the Jewish belief you object to, not the bloodline?" (19:31:43). Metzger responded that a biologically White European Jew could quit being Jewish just as people quit being Baptist or Catholic (19:32:36). Doug agreed, noting, "But people of Jewish bloodline can also quit being Jewish." (19:32:55). Again, Doug made these comments on the air, and they were broadcasted and recorded live with no editing or manipulation of any kind.

11.     In 2011, Doug floated the idea of creating a new book, a *Might is Right* part 2. He invited me to travel out to talk to him and the "temple of Satan crew" about collaborating on the book in October 2011. See Exhibit E. The next month, Doug expressed his vision for the new *Might is Right* as an "evolved" version that "tak[es] into account the current science regarding altruism, collectivism, and general behavior." Exhibit F. As he explained, "The strong theme, of course, should be individual gain and how best to achieve it -- but the most successful today are not the violent. It is those who can drive others to do their violence for them... while making them believe it was their own idea. A manual for coercion and manipulation. More evil than the first book by orders of magnitude." Exhibit F. Exhibits E and F are true and accurate copies of email correspondence between Doug and me. As of June 2013, Doug was still trying to convince Cevin Soling (aka Malcolm Jarry) to have the Satanic Temple buy the rights for the edition of *Might is Right* that I had published with Anton LaVey's foreward.

12.     Doug intended to enrich himself by using the Satanic Temple to manipulate people into sending him money. In particular, his main motivation was to use the Satanic Temple to create a substantial income at the expense of people in the metal music scene and others who are sympathetic to this aesthetic and political view. Doug was very candid that his goal was to use the Satanic Temple for personal gain in this way.

13.     After former Florida Governor Rick Scott signed a bill allowing student-led religious speech at school assemblies, Doug, Cevin Soling, and I worked on a film project that involved a staged rally at the Florida State Capitol. That project was called "The Satanic Temple," and it was conceived as a mockumentary about a fictional "nicest Satanic cult in the world" celebrating Scott's decision.

14.     Cevin Soling, a filmmaker who ran a production company called Spectacle Films, was also involved. Spectacle Films paid me as a consultant for my work on the Satanic Temple film project. I was originally asked to play "Lucien Greaves," the leader of the Satanic Temple, in the mockumentary. But when I learned that I would not have final editorial control of my image and depiction, I turned down the role. An actor was then obtained to play "Lucien Greaves." But when that actor did not work out, Doug assumed the name and identity of "Lucien Greaves."

15.     The Satanic Temple was a practical joke in the spirit of the "Yes Men," a group known for pulling large-scale hoaxes, in which they impersonate people and sometimes create spoof websites to draw attention to political issues. The formula for "The Satanic Temple" was the same as theirs: pretend to be something you're not, pretend to support something you don't, and grab as much publicity as you can for the political point you want to make. Our aim was to masquerade as a Satanic cult (which we weren't) celebrating Scott's decision (which we didn't) to make the political point that Scott's signing of the bill would theoretically permit Satanic prayers

5

in public schools. Our pretense of a Satanic identity was a very intentional choice. It allowed us to insist that the Satanic Temple was "nice" while deliberately exploiting the common perception that Satanists are evil. It was an effort to play on the fears of Christian conservatives for maximum shock value in the church/state debate.

16.     Exhibit D is a photograph of Doug, me, and Cevin together at Harvard University in April 2013, where I was speaking at the Graduate School of Education. During this time I continued consulting Doug and Cevin on Satanism and providing marketing advice for the Satanic Temple. This advice included the use of film, slick websites, social media hype, merchandise, and membership cards, as well as other savvy marketing techniques like attracting news media coverage through sensational press releases and provocative performance art. Exhibit G is a true and accurate copy of email correspondence between Doug, Cevin, and me in which I advised them about some of these things in preparation for the so-called "pink mass" at the gravesite in Meridian, Mississippi, in July 2013.

17.     I specifically advised Doug and Cevin to remove the word "minion" and their original logo, which was a cow, from press releases and fundraising webpages, as no self-respecting Satanist would go for that because it made Satanism into a joke.

18.     The "pink mass" was another stunt conducted under the guise of the Satanic Temple. Doug obtained actors to play gay couples who kissed on top of the gravestone of Catherine Johnson, the mother of Fred Phelps, who was the founder of Westboro Baptist Church. Doug also unzipped his pants and placed his bare scrotum on top of Johnson's headstone. Photographs of the actors kissing were posted to a page at http://www.westboro-baptist.com, which claimed that the Satanic Temple "honored" Johnson by their actions and that as a result she "is now gay in the afterlife."

19.     The actors that Doug obtained for the "pink mass" stunt were not actually gay couples, and Doug had a hard time getting them to kiss each other for the camera.

20.     The website for the "pink mass" is accessible online, archived at https://web.archive.org/web/20130717181130/http://www.westboro-baptist.com/.

21.     Doug is an artist, and the "Rick Scott Rally" and "pink mass" stunts were politically-motivated performance art. Those efforts did what they were designed to do: grab headlines and generate interest in political causes we believed in for personal gain. Over time, it became clear that Doug's desire for the Satanic Temple was for it to engage in political advocacy. He wanted to have paid activists in Washington, D.C., lobbying for political causes. This is where I parted ways with Doug and the Satanic Temple, as I wasn't looking to distort the concept of Satanism as represented by Anton LaVey. Even today, the Satanic Temple's many lawsuits and threats of litigation reveal that it is a political advocacy group.

22.     Exhibit C is a true and accurate copy of an interview I conducted with Doug that was published in *Vice* Magazine on July 30, 2013. In that interview Doug acknowledged that the Satanic Temple was conceived "as a 'poison pill' in the Church/State debate," meaning that it was an effort to discourage attempts by States to pass laws that would, for example, allow religious expression to take place in public. Exhibit C. Doug also admitted that although "the original thinking was that the Satanic Temple needed to hold to some belief in a supernatural entity known as 'Satan,' none of us truly believed that." Exhibit C. That is true—none of us believed in a personal, supernatural Satan.

23.     Doug also agreed that the Satanic Temple was like the Yes Men. Doug said, "Just as the Yes Men use very catching theatrical ploys to draw attention to a progressive agenda, we play upon people's irrational fears in a way that hopefully causes them to reevaluate what they

think they know, redefine arbitrary labels, and judge people for their concrete actions. I believe that where reason fails to persuade, satire and mockery prevail." Exhibit C.

24.    Doug sometimes claims that the Satanic Temple is a "religion." But the Satanic Temple is certainly not a religion, at least as that term is usually understood. Doug is an atheist, and he believes that *all* religions are fictions. That being the case, he has no problem claiming that the Satanic Temple's use of admittedly fictitious Satanic imagery makes *it* a religion, too. Doug has claimed the self-contradictory label of "religious nonbeliever" because he thinks religion is nothing more than a "metaphorical narrative construct by which we give meaning and direction to our lives." Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true.

Executed on 4/18/20

SHANE BUGBEE





# MIGHT IS RIGHT

OR

## THE SURVIVAL OF THE FITTEST

### BY RAGNAR REDBEARD, LL.D.

(University of Chicago)

"Must we then speak of this subject also; and shall we write concerning things that are not to be told, and shall we publish things not to be divulged, and secrets not to be spoken aloud?"

—Julian the Emperor

"The law immutable, indestructible, eternal; not like those of to-day and yesterday, but made ere time began."

—Sophocles

Forward by: Dr. Anton LaVey
Edited by: Shane Bugbee
Illustrated by: Doug Mesner

© EVILNOW.COM 2003





200

THE LOGIC OF TO-DAY

...succumb and perish or are enslaved.
...propagate and POSSESS. —Darwin.

...equal' --is an infernal Lie

...and majority votes can the great que...
... but by iron and blood. —Bismark.

...when Caesar
    bled upon the stones of Rome,
...when Joshua led
    his hordes o'er Jordan's foam,
...Right when German troops
    poured down through Paris gay;
...the Ancient World
    and the Logic of To-Day.

...and Presidents—
    all Government and Law,
...and cannoneers—
    to hold the world in awe.
...races own the earth
    and ride the Conqueror's Car—
...never been won,
    except by deeds of war.

161

## DEMONETIZED

...been issued, not for private profit...
...ien and pernicious Ideals that have...
...ting the blood and corroding the...
   Conventional moral dogmas and...
...like wooden idols, the work of...
...basis in Nature, nor have they any...
...e of them has been carved out of a...
...ption or a madman's dream. They...
...Why should we bow down even in...
...e and unnatural principles invented...
...nslavement of oriental decedents?...
...ong enough to false heroisms and...
...ossession of slave virtues?...
...y untruths that we know to be...
...erling worth obey any other man's...

...r our moral standards!
...arts and brains for the true mean...

...nostly dying )in a poisonous envi...
...mentia, social disease and politi...

...Just"! Hypocrites! Deceivers...
...geous and manly!
...eness! Annihilators of heroism...
...ns to wring neck.
...orized under Authority) is set up...
...ement for all mankind. That is...
...thought are at such a tremendous...

   Manhood is demonetized! Our...



VI

LOVE AND WOMEN AND WAR



# A STIRRING MUST FOR THE LEADERS OF THE WORLD

**MIGHT IS RIGHT** IS AN UNPRECEDENTED BOOK BY AN AUTHOR OF EXTRAORDINARY VIRILITY AND RUGGED PRIMEVAL FORCE, WHOSE SENCE PERCEPTIONS BORDER ON THE SUPERNATURAL — AN EXTRAORDINARY BOOK — YOU SHOULD READ IT, THEN READ IT AGAIN, AND THEN LEND IT TO YOUR FRIENDS.

GET ITS MEANING INTO YOUR NATURE, AND (IF YOUR SPIRIT IS NOT DEAD) IT WILL OPEN YOUR EYES; IT WILL MAKE A MAN OF YOU; IT WILL ENNOBLE YOUR DEED AND THOUGHT.

IT WILL HYPNOTIZE YOUR VERY SOUL, AND SEND YOU FORTH INTO THIS WORLD OF PITILES AND FEROCIOUS COMBAT A CONQUEROR AND A KING OF MEN.

*THE CHICAGO TRIBUNE*

# MIGHT IS RIGHT
## THE SURVIVAL OF THE FITTEST
### By Ragnar Redbeard
FOREWORD BY DR. ANTON SZANDOR LaVEY







ADVERTISEMENT



**NEWS**

# Unmasking Lucien Greaves, Leader of the Satanic Temple

**Lucien Greaves of the Satanic Temple first showed up at my door over a decade ago. He wanted a copy of a book I had republished called <i>Might Is Right</i>. It was a 100-year-old tome, long forgotten by most, with the exception of Anton LaVey, who'd...**

SHARE          TWEET

**Shane Bugbee**
Jul 30 2013, 1:07pm



Bugbee Decl. Exh. C - Page 1 of 10

☰                                                                                      **MORE VICE**



*Doug Mesner. Photo by Shane Bugbee.*

I have sought to promote alternative thought for more than 25 years as a
publisher, promoter, gallery owner, and, as my mother-in-law once said, "a flim-
flam man." During this time, I have opened the door to free thinkers and pure
crazies alike. Sometimes they are welcome guests; other times, not so much.

Lucien Greaves of the Satanic Temple, who first showed up at my door over a
decade ago, would fall into the former category. He was a young man, too smart
for his own good. He wanted a copy of a book I had republished called *Might Is
Right*. It was a 100-year-old tome, long forgotten by most, with the exception of
Anton LaVey, who'd found it in a bookstore as a young man and used it as the
basis for *The Satanic Bible*. I asked Anton to write an introduction, and he
jumped at the opportunity to introduce the book to the world again. By way of
thanks Anton invited me to his home and made me a high priest in the Church of
Satan. He also allowed my wife and I to **conduct the final interview with him**
just months before his death in 1996.

The release of this new version of *Might Is Right* became a phenomenon within
the underground, and that is what brought the future leader of the Satanic
Temple to my door. Only his name wasn't Lucien Greaves at the time, it was
Doug Mesner. (This **isn't the first time Doug has been connected with the
Temple**, though it is the first time he has publicly admitted his involvement.)

When he first came to my home, Doug brought a stack of his drawings and
writings with him. It was amazing stuff, and much to my surprise he left it with
me. Not long after our first meeting, and after reviewing his sketchbooks at

Bugbee Decl. Exh. C - Page 2 of 10

Case 4:18-cv-00342-KGB   Document 201-9   Filed 11/30/21   Page 20 of 38

≡

length, I reprinted **a limited edition version of** *Might Is Right* and asked Doug to illustrate the chapter headings for the work on the book was truly excellent. When I began podcasting in 2002, I invited him to co-host the first-ever live streaming 24 hour broadcast. For 24 hours straight we interviewed guests, philosophized, and argued. It was so great we did another one a year later.

Not long after that Doug was accepted to Harvard University. He used to call me, shocked that his professors were taking him to lunch and inviting him to meet with luminaries like Richard Dawkins. Doug's studies at Harvard focused on neuroscience, and he began delving deeply—and sometimes dangerously, I felt—into the world of false memory related to ritual abuse and alien abduction, even **exposing** **professional** **psychologists** as culprits and forcing them to recant, retire, and even run.

Doug Mesner became an active participant in the Satanic Temple to further his work and philosophy, and below is the exclusive interview I recently conducted with him.



*The author (left), with Mesner (right). Photo by Amy Bugbee*

**VICE: Is the Satanic Temple a satanic, or a satirical group?**
**Doug:** That is a common question. I say why can't it be both? We are coming from a solid philosophy that we absolutely believe in and adhere to. This is Satanism, and to us it couldn't be called anything other than Satanism. However, our metaphor of Satan is a literary construct inspired by authors such as Anatole France and Milton—a rebel angel defiant of autocratic structure and concerned with the material world. Satanism as a rejection of superstitious supernaturalism. This Satan, of course, bears no resemblance to the embodiment of all cruelty, suffering, and negativity believed in by some apocalyptic segments of Judeo-

Bugbee Decl. Exh. C - Page 3 of 10

Christian culture. The word *Satan* has no inherent value. If one acts with compassion in the name of Satan, one has still acted with compassion. Our very presence as civic-minded socially responsible Satanists serves to satirize the ludicrous superstitious fears that the word *Satan* tends to evoke.

**Reminds me of a darker version of the Yes Men.**

Yes. Just as the Yes Men use very catching theatrical ploys to draw attention to a progressive agenda, we play upon people's irrational fears in a way that hopefully causes them to reevaluate what they think they know, redefine arbitrary labels, and judge people for their concrete actions. I believe that where reason fails to persuade, satire and mockery prevail. Whereas many religious groups seem to eschew humor, we embrace it.

ADVERTISEMENT



HEY THERE FRIEND,
HELP US GET TO
KNOW YOU BETTER

**Can you give me a bit of background information on the temple? Do you consider yourselves activists?**

The Satanic Temple was actually conceived of independent from me by a friend and one of his colleagues. They envisioned it more as a "poison pill" in the Church/State debate. The idea was that Satanists, asserting their rights and privileges where religious agendas have been successful in imposing themselves upon public affairs, could serve as a poignant reminder that such privileges are for everybody, and can be used to serve an agenda beyond the current narrow understanding of what "the" religious agenda is. So at the inception, the political message was primary, though it was understood that there are, in fact, self-identified Satanists who live productive lives within the boundaries of the law, and that they do deserve just as much consideration as any other religious group. I was brought in originally as a consultant due to my expertise in the history of witch hunts and my understanding regarding conceptions of Satanism. While the original thinking was that the Satanic Temple needed to hold to some belief in a supernatural entity known as "Satan," none of us truly believed that. I helped develop us into something we all do truly believe in and wholeheartedly embrace: an atheistic philosophical framework that views "Satan" as a metaphorical construct by which we contextualize our works. We've moved well beyond being a simple political ploy and into being a very sincere movement that seeks to separate religion from superstition and to contribute positively to our cultural dialogue. To this end, I am very much an activist.

Bugbee Decl. Exh. C - Page 4 of 10

https://www.vice.com/en_us/article/4w7adn/unmasking-lucien-greaves-aka-doug-mesner-l...    7/18/2018

≡

MORE VICE



*The author, strangling Doug. Photo by Amy Bugbee.*

**I've known you for a long time, and the Satanic Temple seems like an extension of your life's work and studies. What exactly are you fighting, trying to change, or needing to prove—what's the end game here, Doug?**

I grew up in the shadow of what is now known to sociologists as "the Satanic Panic"—an embarrassing episode of witch-hunting in the modern era. I was horrified by daytime talk show fables of homicidal Satanic cult hordes. I became very curious, later on, regarding the question of the truth of the conspiracy claims, and I began pursuing this as an active study. Was there any truth to the idea of murderous Satanic cults? In fact, there is no unbroken tradition of Satanism, no canonized Satanic doctrine that extends back for centuries into biblical times. Nor is there one uniform concept of Satan. Anton LaVey's *The Satanic Bible* was released in 1969, and contained no indication of the antihuman doctrine alleged by hysterical anti-Satanists. Sometimes, however, anti-Satanist conspiracy theorists would point to particular groups of alleged "Satanists" as evidence of their claims. I went looking for these alleged Satanic cults and found no substance to the claims against them. I met you, Shane, and you were a priest in the Church of Satan who was conferred with that title by Anton LaVey himself. You and I found and **interviewed inner-circle members of the notorious Process Church of the Final Judgment**, which was said by some to be the world's most dangerous "Satanic" cult. Through you, I met a variety of self-proclaimed Satanists of the LaVeyan school and others, finding them to be a demographic no more burdened by psychopathy than any other (and, in fact, full of some very thoughtful, intelligent people). I illustrated an edition of *Might Is Right*, the text of which LaVey had built *The Satanic Bible* from, and which you published—along with a forward by LaVey—when you were running Michael Hunt Publishing. In all that time, I never encountered credible evidence of a criminal Satanic network.

Bugbee Decl. Exh. C - Page 5 of 10

https://www.vice.com/en_us/article/4w7adn/unmasking-lucien-greaves-aka-doug-mesner-l...   7/18/2018

☰      *VICE*     

In 2009, I went to a "Ritual Abuse/Mind-Control" conference in Connecticut where I listened to "experts" elaborate upon their beliefs in Satanic Ritual crimes. I thought they would be a fringe grouping of delusional people holding firmly to incredible beliefs, hurting nobody but themselves. What I found instead was a twisted subculture of licensed therapists, and their clients, who subscribe to a pseudoscientific belief in "dissociative amnesia": The theory that some events—particularly sexual abuse—can be so uniquely traumatic that the conscious mind cannot comprehend it, and thus those memories are "repressed." This school of "therapy" breeds conspiracy theory and literally indoctrinates clients into false beliefs in a Satanic threat. Clients are encouraged to "remember" episodes of abuse that are presumed to have been concealed from their conscious minds, and when the evidence doesn't match their confabulatory false memories, they explain it away as evidence of a much larger conspiracy—a Satanic conspiracy. With the false veneer of science, these "experts" in dissociation have kept a witch-hunt alive. Innocent people have been convicted and imprisoned on the "evidence" of recovered memory testimony, even though this is the exact same "evidence" we have for alien abduction, and is the same "therapeutic" process by which people practice "past life regression." I have a long and complex body of writing, much of which can be read at **www.process.org**, where I detail in a number of articles how this cult-like therapy subculture continues to ruin the lives of innocent people. So one of my own goals is to destroy this harmful pseudoscientific practice, and dispel the myth of an international Satanic conspiracy. The broader goal of the Satanic Temple in general is to advocate for all of those who are unjustly maligned, demonized, or marginalized—victimized by conspiracy theorists and dogmatic supernaturalists. We seek to assert the rights of religious non-believers and skeptics. We also hope to provide the philosophical framework by which our membership may hone their cognitive tools and never fall victim to those forces.

**And what the hell is a religious nonbeliever?**

It is our goal to separate religion from superstition. Religion can and should be a metaphorical narrative construct by which we give meaning and direction to our lives and works. Our religions should not require of us that we submit ourselves to unreason and untenable supernatural beliefs based on literal interpretations of fanciful tales. Non-believers have just as much right to religion—and any exemptions and privileges being part of a religion brings—as anybody else.

**Some might think, based on your study of the mind and the Satanic Temple's actions, that your real agenda is to become a cult leader. Is that the organization's true goal?**

I studied, and continue to study, cognitive science. I also have a good deal of background studying cults and coercion. My focus, however, is in teaching people to recognize cultic influence, and help them learn ways in which they can resist coercive influences. We want to provide our membership with the philosophical framework and cognitive tools to exercise their critical thinking skills in such a way that will help immunize them from the various mystical charlatans who seek to convert them into credulous followers. We do not want

≡

followers. We seek to build and offer support to leaders. We do not seek to build a rigid authoritarian structure—such would be the very antithesis of Satanism. Far from being a cult, the Satanic Temple could even be described as the anticult.

MORE VICE

ADVERTISEMENT

**What's the difference between the Satanic Temple and the Church of Satan?**
The Church of Satan was active, it seems, during Anton LaVey's own lifetime, but appears to be almost entirely defunct now. It's currently reduced to a website from which one may buy a membership card, but I'm not aware of any actual activities that they've been involved in during the past couple of decades. The Church of Satan may believe that it provides a service simply by being a rallying point for "like-minded individuals," but the value of that has been greatly diminished since the internet era, now that obscure niche groups are always within reach of our social networks—nor do they require a $200 entry fee [the cost of a Church of Satan membership card]. I believe that organizations should be measured for their effect in the real world, and should work to advance the general goals of their membership. We must constantly work to prove ourselves to our membership, not the other way around.



*The author and Doug at a book signing for* Might Is Right, *2004. Photo by Amy Bugbee.*

**You once mentioned to me that you thought the Church of Satan should have lobbyists on the ground in Washington, DC. Is that a goal for the Satanic Temple?**
Yes, it is. By the time the New Atheism movement took hold, Satanism appeared to be a silly little throwback to the 1960s—absolutely no political influence, no known agenda, no advocacy whatsoever. Even in the high-profile West Memphis Three case, there was no discernable noise from an established Satanic organization expressing outrage over the fact that the idea of Satanism, in and of itself, was used as an accusation to convict innocent kids of murder. This kind of inaction is worse than worthless—it's counter-productive. There is no point in running an organization unless you are going to organize. There is no point in

≡        VICE        **MORE VICE**

being a part of an organization if that organization is not going to work to address the concerns and advance the goals of its membership. We are in the process of setting up a legal fund, we are strategizing a number of future campaigns, and we are aggressively going to pursue the agendas we put forward.

ADVERTISEMENT

**The Church of Satan has recently posted about the Satanic Temple, without directly mentioning it. They seem to be trying to separate themselves from the Satanic Temple because of its references to the afterlife in its ritual? Are you a spiritual Satanist, a theistic Satanist, or is the Satanic Temple adding to LaVey's philosophy, much like LaVey added to Ragnar Redbeard's *Might Is Right*?**

They misinterpreted what we were doing, but that's not entirely their fault. Something that I explained in a number of interviews with media—but that failed to show up in the majority of them—is the fact that I do not believe in the supernatural. Instead, when we performed our **Pink Mass at the grave of the mother of the Westboro Baptist Church's founder**, Fred Phelps, we were playing upon his own ludicrous superstitious fears. Ironically, the Church of Satan has never fully renounced supernaturalism, as we have.

And, yes, we are adding to LaVey. LaVey is an excellent jumping-off point, but his work was a product of its time, and it's appropriate to recontexualize it to today's reality. LaVey was active during a time in which, for decades, the United States was on a dysfunctional spiral of increasing violence. As a result, LaVey's rhetoric tended toward Social Darwinistic Police State politics. Since 1995, violence in the United States—and, in fact, the world over—has been in decline, and we're now in a position to evaluate what's working for us, and where we went wrong previously. Certainly, a strong and effective police presence is a contributing factor, but we also find that autocratic governments breed social violence. We also find that Social Darwinism, interpreted in brutal, strictly self-interested terms, is counter-productive, and based on a simplistic misinterpretation of evolutionary theory. We do better when we work in groups, where altruism and compassion are rewarded. We are social animals. That said, however, I believe in a system that runs meritocratically. Also, revenge is a natural impulse, without which justice would never be served. We should do our best to mitigate the pain of those who are suffering, whoever they are—but also be diligent to punish the misdeeds of those who behave unjustly to those around them.

ADVERTISEMENT

**What can you tell me about the documentary you're filming? This is the project that launched the Satanic Temple, correct?**

When the Satanic Temple was conceived, the idea was that a documentary would be assembled from the various actions we would perform to put a new spin on the entire Church/State debate. To that end, we staged a **rally in support of Florida Governor Rick Scott's passage of Senate Bill 98**, a bill that essentially allowed for prayer in school. While many groups were upset and offended that Scott was advancing a conservative Christian agenda, we staged a Satanic rally

Bugbee Decl. Exh. C - Page 8 of 10

https://www.vice.com/en_us/article/4w7adn/unmasking-lucien-greaves-aka-doug-mesner-l...   7/18/2018

thanking Rick Scott for endorsing a bill that allowed Satanism in schools, ensuring that children who might otherwise never learn of the Satanic creed could be exposed to it in the classroom. This was a harsh reminder that religious freedom applies to all, and the United States is a nation based upon religious pluralism. During that time, we generated a lot of genuine interest from people looking to embrace a politically active, relevant Satanism. More and more we developed into a full-blown organization with a very profound mission. Now—although we have still been filming everything—we have no clearly defined film project regarding the Satanic Temple in the works to speak of. The idea of a film has become secondary, at best.

**Most Satanists struggle with the ego issue... What happens if you fail to raise the funds needed for your adopt-a-highway project?**
Then we move onto the next thing, or we make up the slack on the highway fund through another venue. It may sound platitudinous, but there is no shame in not reaching the goal, only in not trying at all. We haven't, and won't, gamble our entire organization on any one project. There are some things we'll do that won't work out as planned, and others that will surely hit the mark. We'll keep working either way.

ADVERTISEMENT

*@shanebugbee*

*More on Shane:* **Shane Bugbee Searched for the Bad Side of America and Didn't Find It**

*More Satan:*

**Satanists Turned the Founder of the Westboro Baptist Church's Dead Mom Gay**

**Mississippi Police Want to Arrest the Satanists Who Turn Dead People Gay**

SHARE          TWEET

TAGGED: **RELIGION**, **WESTBORO BAPTIST CHURCH**, **SATAN**, **DOUG MESNER**, **LUCIEN GREAVES**, **VICE BLOG**, **SHANE BUGBEE**, **PINK MASS**, **SATANISTS**, **THE TEMPLE OF SATAN**

WATCH THIS NEXT

Bugbee Decl. Exh. C - Page 9 of 10

https://www.vice.com/en_us/article/4w7adn/unmasking-lucien-greaves-aka-doug-mesner-l...    7/18/2018

Like us like we like you.

LIKE VICE

Bugbee Decl. Exh. C - Page 10 of 10

https://www.vice.com/en_us/article/4w7adn/unmasking-lucien-greaves-aka-doug-mesner-l...    7/18/2018



**October 24 - October 25, 2011 Email Correspondence: Re: might is right pt 2**

From: **Shane Bugbee** <████████████████>
Date: Tue, Oct 25, 2011 at 12:37 PM
Subject: Re: might is right pt 2
To: douglas mesner <████████████>

I'd be up for heading your way... maybe.
as far as MIGHT2, we should use ragnard redbeard III or JR. or something like that... and yes, we won't take any credit for it.


yea, let me think about that... I'm going to start posting teaser clips and I'll start sending you chucks of the book as I lay it out.

I have a book cover I'm going to start with, when you see it you'll know why it'll be a start but not forever... I'm pretty sure disney will stop it and that's a start for the promo and poof, your cover.

On Tue, Oct 25, 2011 at 9:21 AM, douglas mesner <████████████> wrote:

What do you think about possibly coming here and looking at it with the temple of satan crew?

On Oct 24, 2011 6:37 PM, "Shane Bugbee" <████████████████> wrote:
let's do it.
amy and I are talking about it.
the time is right.

we could do this quick... rants and all.
let's come up with chapters and go!

also, I'm looking over my footage and doug.. I really do have something here. I could use help wrangling it. when is the next time you have a block of time? why, because you should fly out and we can work on this shit... no b.s., work.
think about it. let me know.

Bugbee Decl. Exh. E - Page 1 of 2

--
for more on me: http://www.shanebugbee.com/
for more creative conversations: http://creativeclasstrumpsrulingclass.com/

**November 8-18, 2011 Email Correspondence: Re: jumping thru hoops for what???**

From: **Shane Bugbee** < ██████████████ >
Date: Fri, Nov 18, 2011 at 4:03 AM
Subject: Re: jumping thru hoops for what???
To: douglas mesner < ████████████ >

work hard and take a buy out... sounds framiliar - that was the idea behind the soda and as interest to buy happened... poof.

might 2, book of satan? hmmmm the s word isn't something I'm into so much, but maybe... maybe if we make a hellfire club to go along with it.

yes, I'm all for making it modern, I was listening to the 24 might broadcast we did and I was shouting at someone that modern might is bill gates and steve jobs, the mind is the present might... it HAS to be an evolution of the book or it'll be a joke.

let's set the subjects and go... I'm ready and the time is right.

sorry for the delay, just found this in my drafts.

On Wed, Nov 9, 2011 at 3:28 PM, douglas mesner < ████████████ > wrote:

I've been working on the grant thing and have a layout I want to work with but the only problem is acquiring and indexing the data. Govt grants will be no problem, but I would like to have a solid base of independent grants listed before roll-out. I think it's coming together though. The goal is to NOT make a full-time job of this but to work very hard for a while and then take a buy-out.
Might is right 2. Let's do it. We could even call it "the book of satan: might is right" without the "2", and who's going to be able to bitch? We have carte blanch, really - it's public domain. Did you have a format or chapter themes in mind already? I think it might be interesting if it weren't a reiteration of might is right but an evolution of might is right taking into account the current science regarding altruism, collectivism, and general behavior. The strong theme, of course, should be individual gain and how best to achieve it -- but the most successful today are not the violent. It is those who can drive others to do their violence for them... while making them believe it was their own idea. A manual for coercion and manipulation. More evil than the first book by orders of magnitude.
What do you think?

Bugbee Decl. Exh. F Page 1 of 4

On Nov 9, 2011 4:40 PM, "Shane Bugbee" ███████████████ wrote:
no, I do. I knew better. I should have chosen better over bills. these are the dolts that make this shit work. it's all cool... more words about the future and projects and less about idiots... so, let us never speak of this again.

might is right pt. 2 - we can do this in no time... hehehehe

On Wed, Nov 9, 2011 at 1:27 PM, douglas mesner ██████████████ wrote:

You have absolutely nothing to be sorry about at all. He decided to forward this crap to me. I sent him some words and now he's sent me several messages saying that I'm right, that now he understands, etc.

On Nov 9, 2011 4:11 PM, "Shane Bugbee" ███████████████ wrote:
right, I understand and if it wasn't you I wouldn't explain, but I thought I would for the record and because it's you/family. sorry that you've been brought into this... I would have never thought to bother you if he hadn't paid... funny thing is, I kept telling him I really didn't want to sell anything yet, I was building up an inventory for a show/catalog. whenI did, he stated, I just want to send you some money because you're cool... and he did, so I told him I didn't want it and we'd HAVE to make a deal for something, some sort of exchange of service for the $$$. again doug, sorry about this.

once I have a catalog set up, I'll also set up a fake agent to deal with this kind of shit. hehehe.

On Wed, Nov 9, 2011 at 12:32 PM, douglas mesner ██████████████ wrote:
Yeah, but that has nothing to do with the issue here, and that's why his mentioning it, as though he's such an insider, pisses me off. if jim goad had beat you stupid i wouldn't be any more likely to say, 'you're right, adam. you don't owe him anything & he should pay you your full deposit back because his time is worth nothing.' it's even more insulting that it comes from adam who, i guarantee you, has never taken a proper beating. he'd be a whole new person if he did.

On Wed, Nov 9, 2011 at 3:17 PM, Shane Bugbee ███████████████ wrote:
goad never hit me... he threatened to, in his words... "if I wasn't on parole I'd knock your block off" - I stood my ground and told him... "don't worry, I won't tell" - he then turned for the door and took off to his room... I waited 5 min and went to his room, knocked and tried to save what little we had left.

I can tell you I was worried and felt he probably could have beaten me, but I knew, from all the beatings I've taken that I could at the very least take a beating... my father beat the tears out of me at a young age... but I'd have no problem admitting to crying if I was whooped that bad... why would I? I don't consider tears to be a sign of pussy.

On Wed, Nov 9, 2011 at 12:00 PM, douglas mesner ██████████████ wrote:
Stupid fucking motherfucker. if he was in boston talking this shit in person HE would be crying just now. Fuck him. this is all a game to fucks like this. you're supposed to be a fucking deposit box where he places money, maybe for art maybe not, and then asks for it back after your shit's been off the market waiting? fuck him. fucking people fuck you every way they can then THEY cry about it. unbelievable.

---------- Forwarded message ----------
From: **douglas mesner** ██████████████
Date: Wed, Nov 9, 2011 at 2:45 PM
Subject: Re: jumping thru hoops for what???
To: Adam Ostrofsky ███████████████

2

Coming at you inviting you to eat at his place???

I wasn't there for the Angry White Male tour, and neither were you, and I'll bet whoever the punk pussy is who told you that story wasn't either. I came in on the scene immediately after that tour and talked with almost everybody on it and nobody mentioned this story, so I have to call bullshit.

On Wed, Nov 9, 2011 at 2:08 PM, Adam Ostrofsky ███████████████████ wrote:

Nothing Doug.  But the fact is he come at me like this in this manner only makes me want to punch Him in the face harder than Jim goad ever did.  Where he cried.

Sent from my iPhone

On Nov 9, 2011, at 6:56 AM, douglas mesner ████████████ wrote:

I'm not sure what part of this you feel is a hustle? Maybe I'm missing something. He took some art off the market that you were going to buy & he's going to put it back on the market if you don't? What's wrong with that?

On Nov 8, 2011 10:24 PM, "Adam Ostrofsky" ██████████████████ wrote:

Sent from my iPhone

Begin forwarded message:

> **From:** Shane Bugbee ███████████████
> **Date:** November 8, 2011 2:52:45 PM PST
> **To:** Adam Ostrofsky ██████████████████
> **Subject: Re: jumping thru hoops for what???**

I will once again dig thru paypal and answer this question, one I've answered before and one you could answer your self if you re-read the FB exchange and consulted your paypal payments... see what I mean about jumping thru adam hoops.

On Tue, Nov 8, 2011 at 1:58 PM, Adam Ostrofsky ████████████████ wrote:

ok... so how much do i owe you

On Tue, Nov 8, 2011 at 4:08 PM, Shane Bugbee ████████ wrote:

I have emailed the invoice thru paypal and it has worked prior, so you might want to get YOUR business in order and not expect me to do that for you.

it's simple adam, we made a deal after a real long delay... I'm just asking you to be a man of your word and pay your bill as agreed and respect my time, the time it takes to type this and how that takes away from any profit I might make... I'm not getting paid to collect money,

3



I'm getting paid for an item... I do appreciate the support and friend
ship and would rather talk to you about puppy dogs.

what don't you understand?
how can you not expect someone to get aggressive when their time is
not considered?

--
Adam Ostrofsky
Private Chef
Cell ████████

--
for more on me: http://www.shanebugbee.com/
for more creative conversations: http://creativeclasstrumpsrulingclass.com/

4

Bugbee Decl. Exh. F Page 4 of 4

**June 30 - July 1, 2013 Email Correspondence: Re: TST - 1**

From: **Spectacle Films** <​███████████████​>
Date: Mon, Jul 1, 2013 at 10:01 AM
Subject: Re: TST - 1
To: douglas mesner <​████████████​>
Cc: Shane Bugbee <​████████████​>

I am down with the flag and other merchandise.  Wafers are cool, but items like that need to be consistent with our beliefs.  I don't know how wafers fit in.  We must order these quickly, but obviously have to work out the design part first and also update the website for media, etc.  Should keep you busy, Doug!  I also want to make sure the tracts are printed properly this time and look as good as the artwork.

On Sun, Jun 30, 2013 at 11:53 PM, douglas mesner <​███████████████​> wrote:
Yeah -- I've been hating Twitter for years. Time to get with the times and start hating Tumblr.
Both the Twitter and Tumblr accounts are tied to the email thesatanictemple@gmail
password: ███████
Shane -- if you "like" the Satanic Temple page, I can make you a manager on Facebook. The TST page does not show admins.

On Sun, Jun 30, 2013 at 6:29 PM, Shane Bugbee ████████████ wrote:
tumblr is great. very youthful... old men.
send me the candle link as well... I'd like to see what you have cooking and if I can better it... my candle guy burned down and is not to be found - too bad... it was a great deal and screen printed. the flag is cool, but might be a  hell of an attention getter - as you're doing this. why not just water mark each photo? when you send them to me, I'll make sure to water mark all pics... yea, from now on, all pics should be sent out with the logo on them.

a media section should be set up on the site - this is a place where I/we can send a media person to so they might download the logo, photos and other press materials... it's a section of the site that isn't advertised to the general public.

ok, that being said, I could use the logo, high rez. and any font preferences TST has.

on top of tumblr, also think instagram - it's very pop... and redit. redit is huge too... I think you can set up your own sub redit and should post in the occult and satanic sub redits once familiar.

1

On Sun, Jun 30, 2013 at 11:34 AM, douglas mesner ███████████████ wrote:
Cevin -- I don't believe I ever got a candle link from you. If you had a place that looked good, please send it along. I'll work on the merch page today. Let's order the candles this week, preferably tomorrow. What are thoughts on printing up a flag? I thought about having one in the photos -- maybe the logo over-top an American flag -- or maybe that would be tacky? I just want no question, if the photos begin widespread circulation of their own, that we were behind them.
Our Twitter account I have tied in with Facebook, so Facebook updates show up on Twitter, but I never touch Twitter independently. I've never had anything to do with Tumblr -- I'll set up an account...


On Sun, Jun 30, 2013 at 10:42 AM, Spectacle Films ███████████████ wrote:
We have twitter.  Doug, can you set up the other social media accounts and send me the passwords?

We agree about the merch - Doug, could you make updating that a priority?  Let me know if you found the candle link I sent and if we can work out a design from those color choices.  Leaving a candle at the gravesite is an awesome idea, but means we have to order that ASAP.



On Sun, Jun 30, 2013 at 2:28 AM, Shane Bugbee ███████████████ wrote:

- does TST have a twitter, tumblr and so on… if not they should have ALL and they ALL should be linked off of the site. what good is using new media if we're not catching folks in the various webs of their own fetish.


 - the merch. section is horrid. make TST merch or do not have a merch section… ANYONE can set up affiliate programs or a cafe press, few have the balls to put $$$ down to produce items, once you roll the dice on the production of items it'll help build follower confidence.


also, a nice candle, a killer t-shirt, pin, sticker... it's what folks join for, they want the card, they want the t-shirt and sticker... AND MEMBERSHIP CARD... maybe with rights printed on the back or a lawyers number or something to promote the rights they have thru being  a member of this religion.


fuck the forum… with all the social media there is, why not just deal with folks there rather than on your site?? also, it's important to push the numbers to new media, after all, new media has become a ratings system... I'm sure there are ways to bulk up those numbers is an illusion and not necessarily engaged way.

let's work on making some merch. happen as well as some propaganda… this is important.

let's clean shit up before we start our hugs push and let's clean this shit up quick, end of next week quick.

maybe we can make a googol doc with a list of shit that's realistic to get done within the time and money we have… then I can help with making those seeds fruit.

leaving a TST candle at those graves, some nice photos of that will help with the fund raising.

indiegogo deal..

lose the word minion… unless this is a total mockery, folks who would gravitate towards this will be repealed if thought of as a minion. part of what they're buying into is POWER.- does TST have a twitter, tumblr and so on… if not they should have ALL and they ALL should be linked off of the site. what good is using new media if we're not catching folks in the various webs of their own fetish.

 - the merch. section is horrid. make TST merch or do not have a merch section… ANYONE can set up affiliate programs or a cafe press, few have the balls to put $$$ down to produce items, once you roll the dice on the production of items it'll help build follower confidence.

also, a nice candle, a killer t-shirt, pin, sticker... it's what folks join for, they want the card, they want the t-shirt and sticker... AND MEMBERSHIP CARD... maybe with rights printed on the back or a lawyers number or something to promote the rights they have thru being  a member of this religion.

fuck the forum… with all the social media there is, why not just deal with folks there rather than on your site?? also, it's important to push the numbers to new media, after all, new media has become a ratings system... I'm sure there are ways to bulk up those numbers is an illusion and not necessarily engaged way.

let's work on making some merch. happen as well as some propaganda… this is important.

3

let's clean shit up before we start our hugs push and let's clean this shit up quick, end of next week quick.

maybe we can make a googol doc with a list of shit that's realistic to get done within the time and money we have… then I can help with making those seeds fruit.

leaving a TST candle at those graves, some nice photos of that will help with the fund raising.

indiegogo deal..

lose the word minion… unless this is a total mockery, folks who would gravitate towards this will be repealed if thought of as a minion. part of what they're buying into is POWER.

--
Our new book and movie (a boovie) The Suffering and Celebration of Life in America, hits inauguration 2013 (Jan 21st 2013)  for more info: http://www.usaodd.com/

--
for more on me: http://www.shanebugbee.com/
for more creative conversations: http://creativeclasstrumpsrulingclass.com/

Bugbee Decl. Exh. G - Page 4 of 4