| | |
|---|---|
| **From:** | Matthew A. Kezhaya <matt@kezhaya.law> |
| **Sent:** | Monday, April 27, 2020 2:15 PM |
| **To:** | Michael Cantrell |
| **Cc:** | Stuart de Haan, Esq.; Sonia A. Kezhaya |
| **Subject:** | Re: Question re: April 22 Production of Confidential Document |
| **Attachments:** | image006.png |

We agree to an extension of summary judgment and trial, but not discovery.

The letter describes confidential documents and was in the ZIP archive labeled "confidential." It is designated confidential within the meaning of the order.

Matthew A. Kezhaya
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville AR 72712
(479) 431-6112
matt@kezhaya.law

On Mon, Apr 27, 2020, 1:14 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

> Matthew,
>
> Good afternoon. On Friday, I left you voicemail and sent an email concerning a possible request for extending the discovery and motion deadlines for 90 days. I think I was clear enough but just to be sure, this would require moving the trial date as well. There seemed to be a consensus that we would not be going to trial in July in any case.  I look forward to hearing from you.
>
> On another note, I see that on April 22 you sent one confidential document, a copy of the protective order, and a letter labeled "2020 04 22 response to discovery letter." Am I correct in understanding that you have *not* designated the latter—the letter titled "2020 04 22 response to discovery letter"—as confidential? Thanks.
>
> Regards,
>
> Mike
>
> **Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 │ Fax: 501.682.2591

Michael.Cantrell@ArkansasAG.gov │ ArkansasAG.gov

