# Exhibit 1

Secretary Thurston's privilege log

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, JUDITH LANSKY,                                      PLAINTIFFS,
PAT PIAZZA, and SUSAN RUSSELL,

ANNE ORSI, AMERICAN HUMANIST                        CONSOLIDATED PLAINTIFFS,
ASSOCIATION, FREEDOM FROM
RELIGION FOUNDATION, INC.,
ARKANSAS SOCIETY OF FREETHINKERS,
JOAN DIETZ, GALE STEWART, RABBI
EUGENE LEVY, REV. VICTOR H. NIXON,
TERESA GRIDER, and WALTER RIDDICK,

THE SATANIC TEMPLE, DOUG MISICKO                             INTERVENORS,
aka "LUCIEN GREAVES," and ERIKA
ROBBINS,

v.                              No. 4:18CV00342 KGB/BD

JOHN THURSTON, Arkansas Secretary of State,
in his official capacity,                                      DEFENDANT.

DEFENDANT'S PRIVILEGE LOG

The items listed below are, variously, attorney work product, attorney-client privileged,

or confidential Capitol police records.  Concerning the latter, in addition to being exempt from

release under FOIA, records related to the operations, emergency procedures, and security

personnel of the State Capitol Police are "confidential" under Ark. Code Ann. § 12-14-109.

1. Email from Chris Powell to Susan Carter, Kelly Boyd, and Darrell Hedden dated June 28,
   2017.  Confidential State Capitol Police Record maintained by the Secretary of State.
   Intervenors' 1st Reqs. No. 1.

2. Email from Leighanne Harvey to Darrell Hedden, 030 SCP, and Kelly Boyd dated
   August 8, 2018.  Confidential State Capitol Police Record maintained by the Secretary of
   State.  Intervenors' 1st Reqs. No. 5.

3. Email from Brad Lipscomb to Travis Caldwell, John Watt, Greg Smith, and Justin Green
   dated August 21, 2018.  Confidential State Capitol Police Record maintained by the
   Secretary of State.  Intervenors' 1st Reqs. No. 4.

4. Email from Brad Lipscomb to Darrell Hedden dated August 21, 2018.  Confidential State
   Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 5.

5. Email from Brad Lipscomb to Eric L. Thornton dated August 21, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 5.

6. Email from John Watt to jhwatt@yahoo.com dated August 17, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

7. Email from Brad Lipscomb to Greg Smith, John Watt, Travis Caldwell, and Justin Green dated August 17, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

8. Email from Brad Lipscomb to Darrell Hedden dated August 17, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

9. Email from Brad Lipscomb to Eric L. Thornton dated August 21, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

10. Email from Darrell Hedden to 030 SCP dated August 20, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

11. Email from Kerry Jucas to Kelly Boyd, Chris Powell, Susan Carter, and Darrell Hedden dated June 28, 2017.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

12. Email from Leighanne Harvey to Chris Powell, Kerry Jucas, and Susan Carter dated July 11, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 2.

13. Email from Darrell Hedden to 030 SCP, Leighanne Harvey, and Kelly Boyd dated August 8, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 5.

14. Email from Leighanne Harvey to Chris Powell dated August 14, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 5.

15. Email from Leighanne Harvey to Darrell Hedden and Charlie Brice dated August 15, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 2.

16. Email from Sabrina Lewellen to Darrell Hedden and John Cooper dated July 2, 2017. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

17. Email from Darrell Hedden to Sabrina Lewellen dated December 10, 2019.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

18. Email from Sabrina Lewellen to Darrell Hedden dated December 10, 2019.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

19. Email from Darrell Hedden to Julie Mayberry dated December 11, 2019.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

20. Email from Darrell Hedden to Kaye Donham dated December 11, 2019.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 1.

21. Email from Kerry Jucas to Kelly Boyd, Chris Powell, Susan Carter, and Darrell Hedden dated June 28, 2017.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

22. Email from Gary Sullivan to Michael Cantrell dated August 26, 2019.  Attorney-Client Privilege & Attorney Work Product maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

23. Email from Rachel Kluender to Gary Sullivan dated August 26, 2019.  Attorney-Client Privilege & Attorney Work Product maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

24. Email from Kenneth Burleson to Gary Sullivan dated September 17, 2019.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 3.

25. Email from Gary Sullivan to Michael Cantrell, Dylan Jacobs, Nicholas Bronni, and Vincent Wagner dated September 16, 2019.  Attorney-Client Privilege & Attorney Work Product maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 3.

26. Email from Gary Sullivan to Kenneth Burleson dated September 17, 2019.  Attorney-Client Privilege & Attorney Work Product maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 3.

27. Email from Gary Sullivan to Nicholas Bronni, Michael Cantrell, Vincent Wagner, Dylan Jacobs, and Kenneth Burleson dated September 23, 2019.  Attorney-Client Privilege & Attorney Work Product maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 3.

28. Email from Darrell Hedden to David Huggs, Charlie Brice, Tony Jones, James Wiley, Mark Hunt, Von Neely, David Parks, Bradley Harness, and Misty D. Lane dated April 27, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

29. Email from Jason Rapert to Sheriff Scott Montgomery, Tim.ryals@fcso.ar.gov; Darrell Hedden, Charles.finkenbinder@cityofconway.org, and Col. Bill Bryant dated September 3, 2019.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

30. Email from Darrell Hedden to David Parks dated May 12, 2018.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

31. Email from Abdiel Cabrera to Darrell Hedden dated July 3, 2017.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

32. Email from Abdiel Cabrera to Darrell Hedden dated July 3, 2017.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

33. Email from Darrell Hedden to Abdiel Cabrera dated July 3, 2017.  Confidential State Capitol Police Record maintained by the Secretary of State.  Intervenors' 1st Reqs. No. 6.

34. Email from Susan Carter to Kelly Boyd, Darrell Hedden, and Chris Powell dated June 28, 2017. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

35. Email from Jacki Stafford to Darrell Hedden dated February 14, 2020. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

36. Email from Darrell Hedden to Jacki Stafford dated February 14, 2020. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

37. Email from Jacki Stafford to Darrell Hedden dated February 14, 2020. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

38. Email from Kesia Morrison to Michael Cantrell and Gary Sullivan dated July 31, 2019. Attorney-Client Privilege & Attorney Work Product maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

39. Email from Gary Sullivan to Kesia Morrison and Michael Cantrell dated July 31, 2019. Attorney-Client Privilege & Attorney Work Product maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

40. Email from Eric L. Thornton to Thomas Sponer, Tavares Purifoy, John Ingram, and Chad Durham dated August 22, 2018. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

41. Email from Lucian to Darrell Hedden dated June 30, 2017. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

42. Email from Susan Carter to Darrell Hedden, Kelly Boyd, Chris Powell, and Kerry Jucas dated June 30, 2017. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

43. Email from Kerry Jucas to Kelly Boyd, Chris Powell, Susan Carter, and Darrell Hedden dated June 28, 2017. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 1.

44. Email from Darrell Hedden to Misty D. Lane dated March 3, 2017. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 4.

45. Email from Darrell Hedden to 030 SCP and Kelly Boyd dated June 23, 2015. Confidential State Capitol Police Record maintained by the Secretary of State. Intervenors' 1st Reqs. No. 6.

46. Email from Michael Cantrell to Shane Bugbee dated February 24, 2020. Attorney Work Product maintained by the Attorney General. Intervenors' 2d Reqs. RFP No. 1.

47. Email from Michael Cantrell to Shane Bugbee dated February 21, 2020. Attorney Work Product material maintained by the Attorney General. Intervenors' 2d Reqs. RFP No. 1.

48. Email from Michael Cantrell to Shane Bugbee dated February 19, 2020. Attorney Work Product maintained by the Attorney General. Intervenors' 2d Reqs. RFP No. 1.

49. Email from Michael Cantrell to Alison Kellogg dated January 28, 2020. Attorney Work Product maintained by the Attorney General. Intervenors' 2d Reqs. RFP No. 1.

50. Email from Michael Cantrell to Alison Kellogg dated January 28, 2020 (2). Attorney Work Product maintained by the Attorney General. Intervenors' 2d Reqs. RFP No. 1.

The individuals named above held the following positions:

- Michael Cantrell – Assistant Solicitor General, Arkansas Attorney General's Office, counsel for Defendant
- Nicholas Bronni – Solicitor General, Arkansas Attorney General's Office, counsel for Defendant
- Vincent Wagner – Deputy Solicitor General, Arkansas Attorney General's Office, counsel for Defendant
- Dylan Jacobs – Assistant Solicitor General, Arkansas Attorney General's Office, counsel for Defendant
- Kesia Morrison – Assistant Attorney General, Arkansas Attorney General's Office, counsel for Defendant
- Gary Sullivan – Managing Attorney, Legal Division, Arkansas Secretary of State, counsel for Defendant
- Rachel Kluender – Staff Attorney, Legal Division, Arkansas Secretary of State, counsel for Defendant
- Kelly Boyd – Chief Deputy Secretary of State, Arkansas Secretary of State
- Chris Powell – Press Secretary, Arkansas Secretary of State
- Susan Carter – Assistant Director, Division of Communications and Education, Arkansas Secretary of State
- Kenneth Burleson – Deputy Secretary of State and Chief Legal Counsel, Arkansas Secretary of State
- Leighanne Harvey – Events Coordinator, Arkansas Secretary of State
- Kerry Jucas – Deputy Secretary of State and Director of Communications and Education, Arkansas Secretary of State
- 030 SCP – Internal email list including only employees of the Arkansas State Capitol Police
- Darrell Hedden – Chief of the Arkansas State Capitol Police
- Brad Lipscomb – State Capitol Police Officer
- Travis Caldwell – State Capitol Police Officer
- John Watt – State Capitol Police Officer
- Greg Smith – State Capitol Police Officer
- Justin Green – State Capitol Police Officer
- Eric L. Thornton – State Capitol Police Officer
- Charlie Brice – State Capitol Police Officer
- David Huggs – State Capitol Police Officer
- Tony Jones – State Capitol Police Officer
- James Wiley – State Capitol Police Officer

- Mark Hunt – State Capitol Police Officer
- Von Neely – State Capitol Police Officer
- David Parks – State Capitol Police Officer
- Bradley Harness – State Capitol Police Officer
- Misty D. Lane – State Capitol Police Officer
- Thomas Sponer – State Capitol Police Officer
- Tavares Purifoy – State Capitol Police Officer
- John Ingram – State Capitol Police Officer
- Chad Durham – State Capitol Police Officer
- Col. Bill Bryant – Director, Arkansas State Police
- Sabrina Lewellen – Deputy Director and Assistant Secretary of the Arkansas Senate
- Julie Mayberry – employee of the Arkansas House of Representatives
- Kaye Donham – employee of the Arkansas House of Representatives
- Jason Rapert – State Senator
- Sheriff Scott Montgomery – Sheriff of Perry County, Arkansas
- Jacki Stafford – employee of the Arkansas Department of Education
- Shane Bugbee – former Satanic Temple consultant
- Alison Kellogg – believed to be former member of the Los Angeles local chapter of the Satanic Temple
- Abdiel Cabrera – unknown individual
- Lucian – unknown individual

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Vincent M. Wagner (2019071)
  Deputy Solicitor General

Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General

OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Ph:      (501) 682-2007
Michael.Cantrell@ArkansasAG.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

7

**CERTIFICATE OF SERVICE**

I, Michael A. Cantrell, hereby certify that on November 22, 2021, I served the foregoing on the following:

Andrew G. Schultz, aschultz@rodey.com
John L. Burnett, jburnett@laveyandburnett.com
Joshua D. Gillispie, josh@greenandgillispie.com
Melanie B. Stambaugh, mstambaugh@rodey.com

*Attorneys for Plaintiffs*


James Gerard Schulze, gerrysch@b-s-m-law.com
Monica L. Miller, mmiller@americanhumanist.org
Patrick C. Elliott, patrick@ffrf.org

*Attorneys for Consolidated Plaintiffs*


Matthew A. Kezhaya, matt@kezhaya.law
Stuart P. De Haan, stu.dehaan@gmail.com

*Attorneys for Intervenors*

*/s/ Michael A. Cantrell*
Michael A. Cantrell