

# Information Technology Division

[Timothy Carlock](), **Assistant Director**

The Legislative Information Systems office was created to provide a single point of coordination for computer related services for the Arkansas House of Representative, Senate and the Bureau of Legislative Research. We currently support about 275 full time users, more than 50 in-house developed computer programs and 2 server rooms with a combined total of 40 network servers and associated network infrastructure.

We provide the following services:

- Management of internal computer network services, including: email and internet, virus protection, network security, user account and permissions
- Computer application development for the legislative process, including: committee agendas, bill drafting and tracking, meeting schedules, members pay, House and Senate session payroll, chamber automation software, management of public information on the General Assembly's website for concerning members profiles, bills, Acts and committee information
- We are responsible for the configuration, ordering, setup and deployment of all servers, desktop and laptop computers, printers, most copiers, and digital imagining solutions
- User support for desktop applications
- Technical support and repair for desktop and laptop computers
- Digital imaging of all records, including all bills, amendments and acts, committee agendas, handouts from meetings and minutes, and financial records of the Bureau
- Multimedia and sound equipment in all committee rooms
- Technical support for all chamber computers and the voting system

## Other Resources

- [Microsoft Technology Center]()
- [Consortium for Information]()
- [Technology Association]()
- [Arkansas Department of Information Systems]()
- [Information Network of Arkansas]()
- [Arkansas Government Online Services]()
- [National Association of Legislative Information Technology]()
- [Microsoft Help & Support]()