| | |
|---|---|
| From: | Shane Bugbee <shanebugbee@gmail.com> |
| Sent: | Saturday, February 22, 2020 5:52 AM |
| To: | Michael Cantrell |
| Subject: | Re: Set up time to talk |

Let's try for Monday and if that doesn't work, we will for sure wens.





**From:** Shane Bugbee <shanebugbee@gmail.com>
**Sent:** Friday, February 21, 2020 12:08 PM
**To:** Michael Cantrell
**Subject:** Re: Set up time to talk
**Attachments:** image003.png

I have.
Appoligies for the late reply.

What time works for you?



2

SOS Docs 015934