## Michael Cantrell

| | |
|---|---|
| **From:** | Matthew A. Kezhaya <matt@kezhaya.law> |
| **Sent:** | Tuesday, November 23, 2021 8:33 PM |
| **To:** | Michael Cantrell |
| **Cc:** | Nicholas Bronni; Vincent Wagner; Dylan Jacobs; Stuart de Haan, Esq.; Andrew G. Schultz; John L. Burnett; Joshua D. Gillispie; Melanie B. Stambaugh; James Gerry Schulze; Monica Miller; Patrick C. Elliot |
| **Subject:** | Re: Michael Cantrell shared the folder "Cave v. Thurston Nov. 22, 2021 Documents" with you. |
| **Attachments:** | 2021 11 23 good faith effort to confer re privilege log.pdf |

**EXTERNAL EMAIL**

Matthew A. Kezhaya

Arkansas office:
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (612) 349-2760
e: matt@kezhaya.law

Minnesota office:
Kezhaya Law PLC
333 N Washington Ave, #300
Minneapolis, MN 55401
p: (479) 431-6112
f: (612) 349-2760
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.

On Mon, Nov 22, 2021 at 6:35 PM Michael Cantrell <no-reply@sharepointonline.com> wrote:



# Michael Cantrell shared a folder with you

Counsel,

Here is a link to Defendant's supplemental responses to the Satanic Temple's discovery requests and other items.  The link will expire on December 28, 2021.  Please let me know if you are unable to access the documents.

Regards,

Mike Cantrell

Cave v. Thurston Nov. 22, 2021 Documents

 This link only works for the direct recipients of this message.

Open

Microsoft

Privacy Statement