# Michael Cantrell

| | |
|---|---|
| **From:** | Michael Cantrell <no-reply@sharepointonline.com> |
| **Sent:** | Monday, November 22, 2021 6:36 PM |
| **To:** | Nicholas Bronni; Vincent Wagner; Dylan Jacobs; Michael Cantrell; matt@kezhaya.law; stu.dehaan@gmail.com; aschultz@rodey.com; jburnett@laveyandburnett.com; josh@greenandgillispie.com; mstambaugh@rodey.com; gerrysch@b-s-m-law.com; mmiller@americanhumanist.org; patrick@ffrf.org |
| **Cc:** | Michael Cantrell |
| **Subject:** | Michael Cantrell shared the folder "Cave v. Thurston Nov. 22, 2021 Documents" with you. |

**EXTERNAL EMAIL**



## Michael Cantrell shared a folder with you

Counsel,

Here is a link to Defendant's supplemental responses to the Satanic Temple's discovery requests and other items.  The link will expire on December 28, 2021.  Please let me know if you are unable to access the documents.

Regards,

Mike Cantrell



Cave v. Thurston Nov. 22, 2021 Documents

This link only works for the direct recipients of this message.

Open

Microsoft

Privacy Statement

Def.'s Response Ex. 7