# Michael Cantrell

| | |
|---|---|
| **From:** | Michael Cantrell |
| **Sent:** | Monday, November 22, 2021 7:02 PM |
| **To:** | 'Matthew A. Kezhaya' |
| **Subject:** | RE: Michael Cantrell shared the folder "Cave v. Thurston Nov. 22, 2021 Documents" with you. |

Matt,

Here's the link.

https://arkansasag-
my.sharepoint.com/ ███████████████████████████
███████████████████████

Hopefully that will work for you.

Regards,

Mike

**Michael A. Cantrell**
Assistant Solicitor General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
501.813.0857
Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov

**From:** Matthew A. Kezhaya <matt@kezhaya.law>
**Sent:** Monday, November 22, 2021 6:51 PM
**To:** Michael Cantrell <michael.cantrell@arkansasag.gov>
**Cc:** Sonia A. Kezhaya <sonia@kezhaya.law>; Stuart de Haan, Esq. <stu.dehaan@gmail.com>
**Subject:** Fwd: Michael Cantrell shared the folder "Cave v. Thurston Nov. 22, 2021 Documents" with you.

**EXTERNAL EMAIL**

I have no links to click or download. Could you please re-send?

Matthew A. Kezhaya

Arkansas office:
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712

Def.'s Response Ex. 8

p: (479) 431-6112
f: (612) 349-2760
e: matt@kezhaya.law

Minnesota office:
Kezhaya Law PLC
333 N Washington Ave, #300
Minneapolis, MN 55401
p: (479) 431-6112
f: (612) 349-2760
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.


---------- Forwarded message ---------
From: **Michael Cantrell** <no-reply@sharepointonline.com>
Date: Mon, Nov 22, 2021 at 6:35 PM
Subject: Michael Cantrell shared the folder "Cave v. Thurston Nov. 22, 2021 Documents" with you.
To: <nicholas.bronni@arkansasag.gov>, <vincent.wagner@arkansasag.gov>, <dylan.jacobs@arkansasag.gov>, <michael.cantrell@arkansasag.gov>, <matt@kezhaya.law>, <stu.dehaan@gmail.com>, <aschultz@rodey.com>, <jburnett@laveyandburnett.com>, <josh@greenandgillispie.com>, <mstambaugh@rodey.com>, <gerrysch@b-s-m-law.com>, <mmiller@americanhumanist.org>, <patrick@ffrf.org>
Cc: Michael Cantrell <michael.cantrell@arkansasag.gov>

# Michael Cantrell shared a folder with you

Counsel,

Here is a link to Defendant's supplemental responses to the Satanic Temple's discovery requests and other items.  The link will expire on December 28, 2021.  Please let me know if you are unable to access the documents.

Regards,

Mike Cantrell

Cave v. Thurston Nov. 22, 2021 Documents

This link only works for the direct recipients of this message.

Def.'s Response Ex. 8

Open

Privacy Statement

Def.'s Response Ex. 8