**Michael Cantrell**

| | |
|---|---|
| **From:** | Matthew A. Kezhaya <matt@kezhaya.law> |
| **Sent:** | Monday, November 22, 2021 9:36 PM |
| **To:** | Michael Cantrell |
| **Cc:** | Andrew G. Schultz; David A. Niose; Hiram S. Sasser III; James 'Gerry' Schulze; John L. Burnett; Joshua D. Gillispie; Lea Elyse Patterson; Melanie B. Stambaugh; Michael D. Berry; Monica Miller; Patrick C. Elliot; Stuart de Haan, Esq.; Vincent Wagner; William C. Bird III; Sonia A. Kezhaya |
| **Subject:** | Re: Cave v. Thurston -- TST's discovery responses |

**EXTERNAL EMAIL**

You should have a new welcome email. Let me know if you don't and I'll figure out a different way to get these documents to you.

Matthew A. Kezhaya

Arkansas office:
Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (612) 349-2760
e: matt@kezhaya.law

Minnesota office:
Kezhaya Law PLC
333 N Washington Ave, #300
Minneapolis, MN 55401
p: (479) 431-6112
f: (612) 349-2760
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient. If it appears that I sent this to you in error, please inform me and delete this message.

On Mon, Nov 22, 2021 at 9:30 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

> Matt,
>
> I don't see that I received anything from you other than the email to which I am responding.
>
> Regards,

1

Def.'s Response Ex. 9

Mike

**From:** Matthew A. Kezhaya <matt@kezhaya.law>
**Sent:** Monday, November 22, 2021 8:31 PM
**To:** Andrew G. Schultz <aschultz@rodey.com>; David A. Niose <dniose@americanhumanist.org>; Gary L. Sullivan <gary.sullivan@sos.arkansas.gov>; Hiram S. Sasser III <hsasser@firstliberty.org>; James 'Gerry' Schulze <gerrysch@b-s-m-law.com>; John L. Burnett <jburnett@laveyandburnett.com>; Joshua D. Gillispie <josh@greenandgillispie.com>; Lea Elyse Patterson <lepatterson@firstliberty.org>; Melanie B. Stambaugh <mstambaugh@rodey.com>; Michael Cantrell <michael.cantrell@arkansasag.gov>; Michael D. Berry <mberry@firstliberty.org>; Monica Miller <mmiller@americanhumanist.org>; Patrick C. Elliot <patrick@ffrf.org>; Stuart de Haan, Esq. <stu.dehaan@gmail.com>; Vincent Wagner <vincent.wagner@arkansasag.gov>; William C. Bird III <william.bird@arkansasag.gov>
**Cc:** Sonia A. Kezhaya <sonia@kezhaya.law>
**Subject:** Cave v. Thurston -- TST's discovery responses

**EXTERNAL EMAIL**

All,

I have separately shared TST's confidential discovery responses through MyCase. Please let me know if you did not get a link notifying you of the document; or if you otherwise have trouble accessing them.

We do not assert confidentiality on the attached supplement to Defendant's first RFP no. 1.

Matthew A. Kezhaya

Arkansas office:

Kezhaya Law PLC

1202 NE McClain Rd

Bentonville, AR 72712

p: (479) 431-6112

f: (612) 349-2760

e: matt@kezhaya.law


Minnesota office:

Kezhaya Law PLC

333 N Washington Ave, #300

Minneapolis, MN 55401

p: (479) 431-6112

f: (612) 349-2760

e: matt@kezhaya.law


This message may contain confidential or privileged information and was intended for a particular recipient.  If it appears that I sent this to you in error, please inform me and delete this message.