**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DONNA CAVE, et al.                                                                            PLAINTIFFS,

ANNE ORSI, et al.,                                                          CONSOLIDATED PLAINTIFFS,

THE SATANIC TEMPLE, et al.,                                                        INTERVENORS,

v.                                             No. 4:18CV00342 KGB/BD

JOHN THURSTON, Arkansas Secretary of State,
in his official capacity,                                                                       DEFENDANT.

### NOTICE OF DOCUMENTS FILED UNDER SEAL AND SERVED

This is notice that on December 15, 2021, a copy of the Satanic Temple's Privilege Log

and a copy of Secretary Thurston's Opposition to the Satanic Temple's Motion to Compel (DE

203) and Surreply in Further Opposition to Satanic Temple Discovery Motions (DE 189, 190,

192, 199) have been forwarded to the Clerk of the Court by separate cover for filing under seal

and served to all parties.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

Vincent M. Wagner (2019071)
 Deputy Solicitor General
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
 Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Michael.Cantrell@ArkansasAG.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*