# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL,** | **PLAINTIFFS,** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK,** | **CONSOLIDATED PLAINTIFFS,** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS,** | **INTERVENORS,** |
| v.   No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity,** | **DEFENDANT.** |

### DEFENDANT'S MOTION TO COMPEL RESPONSIVE DOCUMENTS WITHHELD BY THE SATANIC TEMPLE

The Satanic Temple has improperly withheld responsive correspondence based on bogus assertions of the attorney-client and work-product privileges. It has also continuously evaded producing tax documents that it now admits having after previously claiming to have none. For the reasons set forth herein and in the simultaneously filed exhibits and brief in support, the Secretary respectfully requests that the Court require the Satanic Temple to produce, by a date certain, the withheld tax or financial documents for all of its corporate entities and all of the responsive correspondence in its November 22, 2021 privilege log.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

Vincent M. Wagner (2019071)
  Deputy Solicitor General
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
(501) 682-2007
Michael.Cantrell@ArkansasAG.gov

Hiram S. Sasser, III
Michael D. Berry
Lea E. Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*