IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO aka "LUCIEN GREAVES," and ERIKA ROBBINS** | **INTERVENORS** |
| v.    No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

**TST's responses and objections to Defendant's first discovery requests**

**INTERROGATORY NO. 1:** Please state the Satanic Temple's full legal name; all names and aliases used by the Satanic Temple or by which the Satanic Temple has been known at any time; the Satanic Temple's legal entity type and all dates of any current or former incorporation or legal creation, specifying all states under whose laws the Satanic Temple has existed at any time; the full legal name and title of each current and former employee, officer, director, manager, board member, advisory member, or person or entity holding any other position of responsibility or leadership, whether compensated or not.

**Answer**: Intervenors do not object to providing the current full legal name of The Satanic Temple.  On information and belief, the full legal name of the organization is still United Federation of Churches, LLC.  To everything else, Intervenors object on the grounds that the information

sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**REQUEST FOR PRODUCTION NO. 1:** Please produce copies of all current and former articles of incorporation or analogous documents filed with any state evincing the Satanic Temple's creation as a corporate entity; and copies of all current and former bylaws, operating agreements, or analogous documents.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATORY NO. 2:** Please identify all persons or entities in whose name(s) each of the following domains has been registered at any time, and identify all persons or entities that have produced, published, or maintained any content accessible from that domain at any time: http://www.thesatanictemple.com, https://afterschoolsatan.com/, https://religiousreproductiverights.com/, https://protectchildrenproject.com/, https://greyfaction.org/, http://dougmesner.com/, http://www.process.org, http://www.westboro-baptists.com, and https://salemartgallery.com/.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case. Further, domain registrations are a matter of public record, so intervenors object on the ground that it is unduly burdensome.

**REQUEST FOR PRODUCTION NO. 2:** Please produce a copy of the Satanic Temple's year-end budgets for the years 2015, 2016, 2017, and 2018, and a copy of the Satanic Temple's current operating budget. Include in each budget, among other things, the Satanic Temple's sources of income, liabilities, categorized expenditures, and recipients of the Satanic Temple's tax-exempt contributions.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**REQUEST FOR PRODUCTION NO. 3:** Please produce a copy of the Satanic Temple's state and federal tax returns for 2015, 2016, 2017, and 2018.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATORY NO. 3:** Please identify the Satanic Temple's current and any former tax status (e.g., taxable, tax exempt, etc.) with both its state of incorporation and the Internal Revenue Service, and identify all records relating to those statuses, including among other things, application materials, completed forms, correspondence, etc. Please specifically identify any records that recognize the Satanic Temple as a "church" or religious organization.

**Answer**: The Satanic Temple is a tax-exempt organization.  The IRS letter relating to that status will be supplemented at a later time.  Otherwise, Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**REQUEST FOR PRODUCTION NO. 4:** Please produce a copy of all records identified in your response to the previous interrogatory.

**Answer**: The IRS letter relating to our tax-exempt status will be supplemented at a later time.  Otherwise, Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATORY NO. 4:** Please identify all persons or entities that have received proceeds from purchases made through the Satanic Temple's website as well as from contributions made through each of the following webpages: https://thesatanic

temple.com/collections/contribute-to-the-satanic-temple-campaigns/products/donate-to-the-satanic-temple, https://thesatanictemple.com/products/after-school-satan-campaign, https://thesatanictemple.com/collections/contribute-to-the-satanic-temple-campaigns/products/support-grey-faction, https://thesatanictemple.com/collections/contribute-to-the-satanic-temple-campaigns/products/protect-children-project, https://religiousreproductiverights.com/lawsuit-status/donate-to-religious-reproductive-rights, http://www.indiegogo.com/projects/put-a-satanic-monument-at-ok-capitol/, https://www.indiegogo.com/projects/the-satanic-temple-adopt-a-highway-campaign, https://www.generosity.com/memorial-fundraising/the-satanic-temple-veterans-monument.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATORY NO. 5:** Please identify all persons or entities that received the proceeds when contributions were made through the "Bring Baphomet to Arkansas!" website, accessible at https://www.flipcause.com/secure/cause_pdetails/Mzg4NTY=.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**REQUEST FOR PRODUCTION NO. 5:** Please produce a copy of all records showing all proceeds from contributions made through the "Bring Baphomet to Arkansas!" website received by the persons or entities identified in response to the previous interrogatory.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATOY NO. 6:** Please identify what dollar amount of the proceeds received through the "Bring Baphomet to Arkansas!" website was used to pay for or offset the costs of taking the Baphomet statue to the Arkansas state capitol for the rally on or about August 16, 2018.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**REQUEST FOR PRODUCTION NO. 6:** Please produce a copy of all records showing the use of the proceeds received through the "Bring Baphomet to Arkansas!" website to pay for or offset the costs of taking the Baphomet statue to the Arkansas state capitol for the rally on or about August 16, 2018.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATORY NO. 7:** Please identify all persons or entities that were involved in, or paid costs associated with, the design, construction, or modification of the Baphomet statue as well as all persons or entities that have a legal or equitable interest in the statue.

**Answer**: TST does not object to providing information about the design and construction of the Baphomet monument. To the extent any modifications have been performed, TST does not object to providing that information, as well. However, this information was not reasonably available inside the time provided for responses. Otherwise, Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**REQUEST FOR PRODUCTION NO. 7:** Please produce a copy of all records showing the legal or equitable interests in the Baphomet statute of the persons or entities identified in the previous interrogatory.

**Answer**: TST does not object to providing information about the design and construction of the Baphomet monument. To the extent any modifications have been performed, TST does not object to providing that information, as well. However, this information was not reasonably available inside the time provided for responses. Otherwise, Intervenors object on the grounds that

the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATORY NO. 8:** Please explain the various symbolic elements or aspects of the Baphomet monument, specifying the inspiration, significance, or meaning of each element or aspect.

**Answer**: TST does not object to an explanation behind the symbolic elements of the Baphomet monument, and meaning thereof. However, this information was not reasonably available within the time to respond and will be supplemented at a later time.

**REQUEST FOR PRODUCTION NO. 8:** Please produce copies of all videos and photographs created by or for the Satanic Temple (or by or for any person currently or formerly associated with the Satanic Temple), related to the rally in support of Rick Scott on or about January 25, 2013; the "pink mass" in or around Meridian, Mississippi, on or about July 2013; the installation of the second Ten Commandments monument on the Arkansas state capitol grounds on or about April 26, 2018; and the "rally for religious liberty" on the Arkansas state capitol grounds on or about August 16, 2018.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**REQUEST FOR PRODUCTION NO. 9:** Please produce copies of all videos or promotional materials created or used to publicize or promote the After School Satan Club.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATORY NO. 9:** Please identify all legal and financial relationships the Satanic Temple has had at any time with Doug Misicko, Cevin Soling, United Federation of Churches, LLC;

Reason Alliance, Ltd; The Alliance for Self-Directed Education, Inc; Alliance for Integrity and Justice Ltd.; and Spectacle Films.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**INTERROGATORY NO. 10:** Please identify every lawsuit or legal proceeding of whatever kind to which the Satanic Temple has been a party since 2013, whether civil or criminal, specifying the court, the court's location and jurisdiction, the case number, the filing date, every claim made or charge brought by or against the Satanic Temple (whether or not dismissed, etc.), and the outcome of the proceeding.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case. Further, TST objects on the grounds of undue burden.

**REQUEST FOR PRODUCTION NO. 10:** Please produce a copy of all tenets or statements of belief that the Satanic Temple holds as in some manner authoritative or as completely or substantially expressing the commitments of its members or leadership.

**Answer**: The only tenets or statements of belief are the "mission" and "tenets" statements found on the publicly-available website and cited in prior briefing.

        Respectfully submitted on July 22, 2019,
        on behalf of Plaintiff
By: /s/ Matthew A. Kezhaya
Matthew A. Kezhaya, ABA# 2014161
**Kezhaya Law PLC**
1202 NE McClain Rd
Bentonville, AR 72712
phone: (479) 431-6112
facsimile: (479) 282-2892
email: matt@kezhaya.law

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya caused to be served the foregoing document by transmitting to the Defendants by email to the following on July 22, 2019.

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Michael Cantrell
michael.cantrell@arkansasag.gov
*Attorney for Defendant*

Matthew A. Kezhaya, ABA# 2014161