# Michael Cantrell

| | |
|---|---|
| **From:** | Matthew A. Kezhaya <matt@kezhaya.law> |
| **Sent:** | Thursday, November 07, 2019 11:43 AM |
| **To:** | Michael Cantrell |
| **Cc:** | stu.dehaan@gmail.com; Andy Schultz; John Burnett; Joshua Gillispie (josh@greenandgillispie.com); Gerry Schulze; Melanie Stambaugh; Nicholas Bronni; Vincent Wagner; Dylan Jacobs; gary.sullivan@sos.arkansas.gov; hsasser@firstliberty.org; mberry@firstliberty.org; Lea Patterson; William C. Bird III; Sonia A. Kezhaya; Josie Graves |
| **Subject:** | Re: Cave v. Thurston, Letter re: Intervenors' Suppl. Resps. |

Mike,

I agree that we need to get you acknowledgments. We are otherwise comfortable that we have complied with our discovery obligations.

Matthew A. Kezhaya

Kezhaya Law PLC
1202 NE McClain Rd
Bentonville, AR 72712
p: (479) 431-6112
f: (479) 282-2892
e: matt@kezhaya.law

This message may contain confidential or privileged information and was intended for a particular recipient. If it appears that I sent this to you in error, please inform me and delete this message.


On Tue, Oct 22, 2019 at 4:49 PM Michael Cantrell <michael.cantrell@arkansasag.gov> wrote:

> Matthew,
>
> Good afternoon. Attached please find correspondence concerning the Satanic Temple Intervenors' supplemental discovery responses. Please give me a call if you would like to discuss these matters.
>
> Regards,
>
> Mike

1

Def.'s Ex. 7

**Michael A. Cantrell**

Assistant Solicitor General

Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200

Little Rock, Arkansas 72201

Office: 501.682.2401 | Fax: 501.682.8162

Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov

Def.'s Ex. 7