IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, JUDITH LANSKY,                    PLAINTIFFS
PAT PIAZZA, AND SUSAN RUSSELL


ANNE ORSI; AMERICAN HUMANIST     CONSOLIDATED PLAINTIFFS
ASSOCIATION; FREEDOM FROM
RELIGION FOUNDATION, INC.;
ARKANSAS SOCIETY OF FREETHINKERS;
JOAN DIETZ; GALE STEWART; RABBI
EUGENE LEVY; REV. VICTOR H. NIXON;
TERESA GRIDER; AND WALTER RIDDICK


THE SATANIC TEMPLE; DOUG MISICKO,            INTERVENORS
AKA "LUCIEN GREAVES"; AND ERIKA
ROBBINS


VS.                            CASE NO. 4:18-CV-00342


JOHN THURSTON, ARKANSAS SECRETARY            DEFENDANT
OF STATE, IN HIS OFFICIAL CAPACITY

_____

VIDEOTAPED ORAL DEPOSITION
OF THE
30(b)(6) REPRESENTATIVE OF THE SATANIC TEMPLE
DOUGLAS ALEXANDER MISICKO
_____


March 10, 2020

Office of the Arkansas Attorney General
323 Center Street
Little Rock, Arkansas 72201


Shyloa Myers, RPR, CCR
Arkansas Lic. No. 710

Def.'s Ex. 10

A P P E A R A N C E S


ON BEHALF OF THE PLAINTIFFS:


DARRYL E. "CHIP" BAKER
Baker Schulze Murphy & Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR  72227

E-mail: dbaker@b-s-m-law.com


JOSHUA D. GILLISPIE
Green Gillispie
1 Riverfront Plaza
Suite 605
North Little Rock, AR  72114

E-mail: josh@greenandgillispie.com


ON BEHALF OF THE DEFENDANT:


MICHAEL A. CANTRELL
Assistant Solicitor General
Arkansas Atttorney General's Office
323 Center Street
Suite 200
Little Rock, AR  72201

E-mail: michael.cantrell@arkansasag.gov


LEA PATTERSON
First Liberty
2001 West Plano Parkway
Suite 1600
Plano, TX  75075

E-mail: lepatterson@firstliberty.org

ON BEHALF OF THE DEFENDANT (Continued):

GARY SULLIVAN
Managing Attorney
Arkansas Secretary of State
500 Woodlane Street, Suite 256
Little Rock, AR  72201-1094

E-mail: gary.sullivan@sos.arkansas.gov



ON BEHALF OF THE INTERVENORS:

MATTHEW A. KEZHAYA
SONIA A. KEZHAYA
Kezhaya Law, PLC
1202 Northeast McClain Road
Bentonville, AR  72712

E-mail: matt@kezhaya.law



ALSO PRESENT:

MICHAEL FINCHER

RACHEL KLUENDER

BRITTANY GARCIA

ERIKA ROBBINS

TOM HALLUM, Videographer

10

1

2

3                        C A P T I O N

4

5        ANSWERS AND ORAL DEPOSITION OF 30(b)(6)

6    REPRESENTATIVE OF THE SATANIC TEMPLE, DOUGLAS ALEXANDER

7    MISICKO, a witness produced at the request of the

8    Defendant, taken in the above-styled and numbered cause

9    on the 10th of March, 2020 before Shyloa Myers, CCR, RPR,

10   and Notary Public, at 9:14 a.m. at the offices of the

11   Arkansas Attorney General, Civil Department, 323 Center

12   Street, Little Rock, Arkansas 72201.

13

14

15

16

17

18                    S T I P U L A T I O N S

19

20            NO STIPULATIONS ON THE RECORD

21

22

23

24

25

Def.'s Ex. 10

```
 1                  (Deposition commences at 9:14 a.m.)
 2                        PROCEEDINGS
 3              THE VIDEOGRAPHER:  We are on the record.
 4       The date is March 10, 2020, and the time is
 5       9:14 a.m. This is the deposition of a 30(b)(6)
 6       representative of The Satanic Temple, Douglas
 7       Alexander Misicko.
 8              Will you swear the witness in, please.
 9              (Witness sworn.)
10              MR. CANTRELL:  Okay. Good morning,
11       Mr. Misicko. Before we begin, I -- I'd like for
12       everyone here to briefly introduce yourself and
13       say who you represent.
14              So I'm Michael Cantrell. I represent the
15       Defendant.
16              MS. PATTERSON:  Lea Patterson for the
17       Defendant.
18              MR. SULLIVAN:  Gary Sullivan for the
19       Defendant.
20              MR. CANTRELL:  And state who's with you,
21       Gary.
22              MR. SULLIVAN:  I have observers Michael
23       Fincher, Rachel Kluender, and Brittany Garcia
24       from my office.
25              MR. GILLISPIE:  Josh Gillispie for the
```

114

1    theocrats who look to achieve exclusive privilege within
2    the United States over any other religious voice.
3    Q.    Okay. So if he expressed something like that, it
4    would have been directed toward these theocrats you're
5    referring to?
6    A.    Correct.
7    Q.    Okay. And then you're -- you gave a speech. Tell me
8    about your speech.
9    A.    My speech was directed, I believe, at the meaning
10   and significance of the Baphomet monument. But, there
11   again, I could not as I sit here right now give you any
12   verbatim quotes from that, that speech.
13        I believe it ran -- I probably would have kept it
14   under three minutes long, but just something to emphasize
15   to people what the significance of this, this moment is.
16   Q.    Okay. Do you recall using any Christian scripture
17   during that speech?
18   A.    I recall using a Bible, but I don't think I read
19   from it. I think I just tore pages out of it and threw
20   them at people.
21   Q.    Okay. There's a passage -- and let me tell you if
22   this rings a bell.
23        "The lamp of the body is the eye"? Does that ring a
24   bell?
25   A.    Yeah. Please go on.

1    A.    So, for the most part, the content there is just

2    put there by them. If we grow aware of some kind of

3    problem or some kind of contentious leadership change or

4    whatever, I guess we could change their passwords and

5    make sure that the URL is secure in the name of the

6    organization.

7    Q.    Okay. So -- so that's all to say that the national

8    organization exercises a kind of veto editorially over

9    its local chapter Web sites?

10   A.    That's correct.

11         That's not to say we've -- we've necessarily acted

12   as editors for content that's been put on the Web site.

13   That is to say up to this point, chapters haven't

14   actually submitted content to us before posting it on the

15   Web sites for approval; but it might be a good idea to --

16   Q.    Okay.

17   A.    -- to do that going forward.

18              (Exhibit 37 marked for identification.)

19   Q.    Okay. I'm going to hand you Exhibit 37.

20         Do you recognize this as the Certificate of

21   Organization for the United Federation of Churches, LLC,

22   with file stamp February 4, 2014?

23   A.    Yes.

24   Q.    Okay. And, on the first page, Doug Misicko is

25   listed as both the sole registered agent and the sole

1   manager; correct?

2   A.     Yes.

3   Q.     Okay. And, if you look on the second page, that's

4   your signature down at the bottom?

5   A.     Yes.

6   Q.     Okay. And then on the third page down at the

7   bottom, it has an e-mail address: Doug@process.org.

8          Is that your e-mail address?

9   A.     Correct.

10  Q.     Okay. Now, the United Federation of Churches, LLC,

11  has bylaws; right?

12  A.     Correct.

13  Q.     Okay. And does -- does the United Federation of

14  Churches have any managers or officers or directors other

15  than you and Malcolm Jarry?

16  A.     No. I -- no.

17  Q.     Does the United Federation of Churches have any

18  legal or financial oversight by anyone else?

19  A.     Now, I'm sorry. Could you . . .

20  Q.     Does -- does the United Federation of Churches have

21  any legal or financial oversight by anyone else?

22  A.     What do you mean by "oversight"? I mean, we -- we

23  work with accountants and that kind of thing.

24         Are you talking somebody we ask permission from

25  to --

1   Q.    Yeah.

2         I'm asking: Is there anyone to whom -- yeah, who --

3   who supervises your legal or financial activities?

4   A.    No.

5         I mean, we -- if there's question, we would consult

6   parties on how to reach the goals we want to achieve.

7   Q.    Uh-huh.

8   A.    Right.

9         I don't think that's what you're asking, though.

10  Q.    No.

11  A.    But we don't answer to some kind of higher

12  authority who makes executive decisions on, like, where

13  things are allocated or anything like that.

14  Q.    Right.

15  A.    That's like -- we're the highest rung of the

16  ladder.

17  Q.    Okay. And so -- I'm sorry.

18  A.    Malcolm and I.

19  Q.    So there's no board? You're not accountable to a

20  board of oversight or a board of directors or anything of

21  that nature?

22  A.    Correct.

23  Q.    Okay. Has the United Federation of Churches ever

24  made public disclosures of its income or expenditures?

25  A.    I -- I was under the impression, maybe wrongly,

1    that all of these things are -- are public record, but --
2    but I might not -- I might not be correct in that.
3    Q.    Okay. Do you have any specific recollection of
4    public disclosures of United Federation of Churches'
5    income or expenditures?
6    A.    No.
7          I was under- -- under the understanding that there
8    were Government-owned sites that -- that post these
9    things or respond to these requests for public inquiry. I
10   could be wrong again.
11         But that's not -- it's not really my -- my
12   specialty.
13                   (Exhibit 38 marked for identification.)
14   Q.    Okay. All right. I'm handing Exhibit 38.
15         Do you recognize this as the Reason Alliance,
16   Limited, Articles of Organization filed September 26,
17   2014?
18         And you can see that up at the -- up at the very
19   top. And I believe it's also on the last page as well,
20   September 26, 2014.
21   A.    Yes.
22   Q.    Okay. Let's take a look at the first page there,
23   that big paragraph.
24         It starts out: "The corporation is organized
25   exclusively for charitable, religious, educational, and

1    scientific purposes to promote the tenets as herein

2    described, including for such purposes: The making of

3    distributions to organizations that qualify as exempt

4    organizations under Section 501(c)(3) of the Internal

5    Revenue Code," and then it continues on.

6         Did I read that correctly?

7    A.    Yes.

8    Q.    Okay. So which organization was contemplated here

9    as the recipient of distributions from Reason Alliance,

10   Limited?

11   A.    I don't know technically in legalistic terms if it

12   would be that that would be disbursed to United

13   Federation of Churches for use by The Satanic Temple, but

14   the notion was that -- and this was something conceived

15   of by the lawyer we worked with as being how this just

16   works.

17        If you're both running a nonprofit and an LLC --

18   because we were raising donations for our campaigns on a

19   nonprofit basis. And -- and donors could get their tax

20   writeoff, the 501(c)(3), that kind of thing. And that

21   needed to be kept separate from the other level of

22   incorporation.

23        And this is -- this is the method by which the

24   lawyer -- let's see. Yeah, this was -- this was James

25   MacNaughton devised as being the -- the way that this is

1    done.

2    Q.    Okay. So was this a fund-raising -- was this an

3    organization created for fund-raising purposes then?

4    A.    Yeah, I believe that would be an accurate way of

5    putting that.

6    Q.    Okay.

7    A.    But this was, like, the 501(c)(3) entity attached

8    to the fund-raising efforts of The Satanic Temple.

9    Q.    Okay. And if you take a look at the third page

10   there, it's got -- it lists Doug Misicko as president,

11   treasurer, secretary, and director; is that right?

12   A.    Correct.

13   Q.    Has Reason Alliance ever had any other officers,

14   directors or trustees or secretaries or -- I'm going to

15   leave one out -- treasurers?

16   A.    I -- I don't -- I don't think that's ever changed

17   throughout the paperwork.

18         But, I -- I mean, I should point out that this is

19   kind of filled in for the purposes of satisfying the --

20   the paperwork put forward by -- by MacNaughton. My

21   understanding was that that's -- that's just what you do.

22   So --

23   Q.    Okay.

24   A.    -- now I'm not sure the status of Reason Alliance

25   or if it's something that's useful to us, because I still

1    any compensation or income or any reimbursement or --

2                      MR. KEZHAYA:  Again, this is a question

3              for Doug Misicko with his personal hat on for

4              tomorrow.

5                      MR. CANTRELL:  Okay. I'll -- I'll ask him

6              tomorrow.

7                      (Exhibit 40 marked for identification.)

8    Q.    (Mr. Cantrell) All right. All right. Here we go.

9    All right. I'm showing you Exhibit 40. And you can put

10   that other one aside.

11        All right. Do you recognize Exhibit 40 as the

12   Articles of Organization for The Satanic Temple filed

13   November 14, 2017?

14   A.    Correct.

15   Q.    Okay. And this Article II says, begins, "This

16   organization" -- this -- excuse me, "This corporation is

17   organized as a tax exempt organization"; is that right?

18   Do you see that?

19   A.    Correct, yes.

20   Q.    Okay. Does this organization have bylaws?

21   A.    The satanic Temple?

22   Q.    Yes, the organization referred to in the document

23   we're looking at right now?

24   A.    Yes.

25   Q.    Okay. Are those bylaws distinct from the bylaws of

1   the United Federation of Churches?

2   A.    I don't know currently -- I haven't followed the

3   revision history of all of this or how it's been merged,

4   especially since the recognition status by the IRS; so I

5   don't know.

6   Q.    Okay. Do you know if they're different from the

7   bylaws of Reason Alliance?

8   A.    I do not.

9   Q.    Okay. Do you know what other governance documents

10  this organization has?

11  A.    Do you mean both internal and in -- within State

12  and Federal filings?

13  Q.    Yes, both.

14  A.    There -- okay. There's a lot of internal

15  documentation, including the chapter agreements and other

16  agreements we have with people who work with us.

17  Q.    Okay. So there's chapter agreements.

18        What other -- what other agreements are there?

19  A.    I think we have a distinct -- a -- a unique

20  contract for media liaisons. And it may or may not be

21  discrete paperwork for members of National Council. Or at

22  this point it may just be that National Council is

23  subjected to background checks and their prior paperwork

24  used usually when they -- when they are engaged in

25  chapter work or . . .

```
 1                    THE COURT REPORTER:  I'm sorry, sir. Would
 2           you keep your voice up.
 3                    THE WITNESS:  Oh, I'm sorry.
 4                    THE COURT REPORTER:  Engaged in chapter
 5           relationships?
 6                    THE WITNESS:  Yeah, I -- sorry.
 7    A.    Those -- those kinds of internal agreements. I
 8    think that -- I think that covers it. There may be more
 9    if I think about it more.
10    Q.    (Mr. Cantrell) Okay. Are there standards of
11    conduct?
12    A.    There are.
13    Q.    Are those signed by all members? Or just by a
14    subset?
15    A.    Just by leadership.
16          On the national level, that's all we keep track of.
17    Individual chapters, a lot of them have chapter member
18    agreements that they oversee that also reiterate codes of
19    conduct and other such things.
20    Q.    Okay. Any others you can think of? Any other
21    governance documents or agreements for this organization?
22    A.    Not that I can think of as I sit here right now.
23    Q.    Okay. Take a look at Article -- Article VII.
24          The street address is listed as 64 Bridge Street,
25    Salem, Massachusetts 01970; correct?
```

1    A.    Correct.

2    Q.    All right. And Douglas Misicko is listed as the

3    president, treasurer, clerk, and director; correct?

4    A.    Correct.

5    Q.    Okay. So what prompted you to create this

6    organization in November 2017?

7    A.    I don't -- I don't really know.

8         This again is in kind of consultation with a

9    lawyer -- I think it would still be James MacNaughton at

10   this point and -- and might still be him if I were -- we

11   were to consult on this again today.

12        But, you know, just in general making sure that our

13   corporate entity was the same name as our public-facing

14   organization, The Satanic Temple. It seemed like it was

15   in our best interest to maintain.

16   Q.    Okay. Does this organization have any managers,

17   officers, or directors other than Cevin Soling and Doug

18   Misicko?

19   A.    No.

20   Q.    Does it have any legal or financial oversight by

21   anyone else?

22   A.    It does not.

23   Q.    Has it ever made public disclosures of its income

24   or expenditures?

25   A.    Again, my understanding is that annually one must

1          THE VIDEOGRAPHER:  We are back on the

2          record at 3:25 p.m.

3               (Exhibit 42 marked for identification.)

4    Q.   (Mr. Cantrell) Okay. Mr. Misicko, I'm handing you

5    Exhibit 42.

6    A.   42.

7    Q.   And do you recognize this as the Articles of

8    Organization for Cinephobia, LLC, filed August 26, 2018?

9    A.   Yes.

10   Q.   Okay. And on the first page there, look at that

11   Section 2a. The address is listed as 64 Bridge Street,

12   Salem, Massachusetts 01970; is that right?

13   A.   Correct.

14   Q.   Okay. And that's the same as The Satanic Temple,

15   Inc., right?

16   A.   Correct.

17   Q.   Okay. And the managers are listed as -- under

18   Paragraph 6 as Doug Misicko and Cevin Soling, right?

19   A.   Correct.

20   Q.   Okay. So what is Cinephobia?

21   A.   Cinephobia is the production company we put

22   together to have a discrete, separate entity through

23   which we could work the -- towards the -- to manage the

24   finances and -- and other organizational goals of our

25   online video streaming platform, which is at the URL --

1    gosh, I forget it. The Satanic Temple TV or -- or

2    TheSatanicTemple.TV.

3    Q.    Okay. And Cinephobia doesn't have any managers,

4    officers, or directors other than Cevin Soling and Doug

5    Misicko; correct?

6    A.    That is correct.

7    Q.    Okay. And Cinephobia doesn't have any legal or

8    financial oversight by anyone else, right?

9    A.    Correct.

10   Q.    And has Cinephobia ever made public disclosures of

11   its income or expenditures?

12   A.    I don't know that Cinephobia is old enough to have

13   filed anything yet, but they would at this -- at this

14   current tax term.

15   Q.    Okay. And so, to your knowledge, Cinephobia has

16   never made public disclosures of income or expenditures

17   to date?

18   A.    Correct.

19         Let me -- to my knowledge, they're not old enough

20   to have -- to have actually filed any IRS -- need to have

21   had any IRS filings.

22         I know this is August 26, 2018, but The Satanic

23   Temple TV didn't go online until this past October; and

24   only then did Cinephobia start having any finances

25   generated, any -- any income generated through -- through

1   its activities.

2   Q.    Okay. Is Cinephobia a nonprofit organization?

3   A.    No. Cinephobia is an LLC.

4   Q.    Okay. Okay. And you can set that aside.

5         So help me understand. There's -- as I see it,

6   there's these four corporate entities. There's United

7   Federation of Churches; there's Reason Alliance, which is

8   a nonprofit; there's The Satanic Temple, Inc., which is a

9   nonprofit; and then there's Cinephobia.

10        And help me understand how these relate to each

11  other financially and organizationally?

12  A.    Well, my understanding is that United Federation of

13  Churches and Reason Alliance can be phased out now with

14  the existence of The Satanic Temple, Inc. I could be

15  wrong about that. I don't know if they serve a functional

16  purpose any longer.

17        But Cinephobia is a separate entity in that

18  Cinephobia works with content creators and -- "content

19  creators," I mean filmmakers. And these filmmakers don't

20  necessarily have to be people who identify with The

21  Satanic Temple, but they create content that we think

22  would be of interest to members of The Satanic Temple and

23  subscribers to TSTTV.

24        We have content creator agreements with those

25  content creators overseen by Cinephobia, LLC, where they

1    receive a certain amount of the moneta- -- monetization

2    generated through the viewership of their content and

3    subscriptions. And that's a percentage based upon how

4    many views are gained on their material and that kind of

5    thing.

6         So Cinephobia is essentially a separate account to

7    keep that separate so that we are using Cinephobia funds

8    to pay the content creators. And that -- that account

9    holds the revenue generated through the streaming

10   platform.

11   Q.    Okay. Do any of these four organizations control

12   any of the others?

13   A.    Well, we view it as all part of the larger -- The

14   Satanic Temple Organization.

15        And, you know, primary to me is just the mission

16   and purpose of The Satanic Temple at large. And in my own

17   mind things like The Satanic Temple TV and the Cinephobia

18   entity made to -- to help keep that better organized are

19   just really -- really are legalistic requirements to make

20   sure that we operate these things appropriately and --

21   and functionally to the best of our ability.

22   Q.    Do any of these organizations engage in financial

23   transactions with the others?

24   A.    Well, we -- we already covered how Reason Alliance

25   would -- was used to disburse funds to campaigns of The

1   Satanic Temple.

2        As for Cinephobia, that accounting is kept

3   separate; so that account accrues on its own and -- and

4   the funds towards content creators are -- are derived

5   strictly from Cinephobia.

6   Q.    Okay. So which -- which organization is the

7   Intervenor, The Satanic Temple, in this litigation?

8   A.    It's The Satanic Temple.

9   Q.    Okay. The Satanic Temple, Inc.?

10             MR. KEZHAYA:  Object to speculation. He's

11         not a lawyer.

12  Q.    Well, you can answer if -- if you -- if you do

13  know.

14             MR. KEZHAYA:  Oh, yeah. Yeah, you can go

15         ahead and answer whenever I'm objecting. Unless

16         I say "don't answer," go ahead and answer.

17  A.    To me the Intervenor is The Satanic Temple as a

18  religious organization. This kind of paperwork is meant

19  to justify different facets sometimes of The Satanic

20  Temple.

21       But to me it's all this larger religious body,

22  this -- this organization of -- of The Satanic Temple.

23  So to me it's not a question of who -- who's -- I'm just

24  trying to tell you how -- how that question doesn't

25  necessarily make sense to me from how I contextualize

1  what this organization is.

2  Q.    So, if I understand what you're saying, there is --

3  there is The Satanic Temple, which is kind of an

4  umbrella. And then under that umbrella you have: The

5  Satanic Temple, Inc.; you have United Federation of

6  Churches; you have Reason Alliance; and then you have

7  Cinephobia?

8  A.    I don't even see those things as under any type of

9  umbrella. These are -- and, you know, things like Reason

10  Alliance and the United Federation of Churches are

11  completely different to me than something like

12  Cinephobia; because Cinephobia is representative of

13  another project within The Satanic Temple.

14        United Federation of Churches, Reason Alliance

15  where more things, entities that emerged from

16  consultation with either accountants or lawyers meant to

17  help us better manage The Satanic Temple.

18        But to me The Satanic Temple has always been this

19  kind of one thing.

20  Q.    So and I'm -- I'm trying to understand how you

21  understand this to work.

22        So you claim that The Satanic Temple is tax exempt?

23  A.    No. It demonstrably is.

24  Q.    Okay. But when you talk about The Satanic Temple,

25  that includes organizations that are for profit and not

Def.'s Ex. 10

1   tax exempt; right? You see the struggle I'm having?
2   A.    I -- I don't -- I don't see that as being -- I
3   mean, I see plenty of religious organizations that
4   operate in the same -- same manner, so it's not something
5   to me that makes me think that this is something untoward
6   or something questionable.
7   Q.    Well, I'm not even suggesting at -- I mean, at this
8   point that it's questionable. I'm just trying to
9   understand, you know, all of the individual statements
10  that I'm seeing, one being The Satanic Temple is tax
11  exempt, another one being that all of these corporate
12  entities are related and we can refer to all -- all of
13  them in some way as "The Satanic Temple."
14        And those include for-profit businesses. That's
15  what I'm -- that's the disconnect I'm -- I'm feeling and
16  not understanding.
17        Can you shed any light on that?
18  A.    Well, I'm not really sure what the question is,
19  because there is a tax exempt religious organization of
20  The Satanic Temple; but it can also engage in for-profit
21  commerce, a online Web store or whatever else.
22        And, you know, my understanding of it is that this
23  is how you do those things, how you do those various
24  things.
25              (Exhibit 44 marked for identification.)

1  Q.    Okay. Let me ask you more specifically about some
2  related things.
3        So I'm handing you Exhibit 44.
4        Do you recognize this as a Web page titled,
5  "Contribute to The Satanic Temple," from
6  TheSatanicTemple.com? And this was printed on
7  February 11, 2020.
8        Do you recognize that?
9  A.    Yes.
10 Q.    Okay. And so it says -- there's a little asterisk
11 there toward the bottom on the right.
12       It says: "Contributions/donations support the
13 efforts and campaigns of The Satanic Temple but are not
14 tax deductible."
15       Did I read that correctly?
16 A.    Yes.
17 Q.    Okay. So -- so is it true that contributions to The
18 Satanic Temple are not tax deductible?
19 A.    They -- they should be tax deductible now.
20       I don't know where we are in the process of
21 updating so that these things work in alignment with our
22 current IRS status. I don't know -- I -- I can't really
23 offer more illumination on this particular item on the
24 site.
25       But I do know this has been an ongoing process to

1    Q.    Okay. All right. And you can set that aside.

2          All right. Now I'm showing you Exhibit 63.

3          Can you tell me what this is?

4    A.    I've got it.

5    Q.    Can you tell me, what is Exhibit 63?

6    A.    It looks like it's screen grabs from the online

7    shop from The Satanic Temple Web site.

8    Q.    Okay. And so these are items that are for sale on

9    SatanicTemple.com; is that right?

10   A.    Correct.

11   Q.    Okay. And when a person makes -- makes a purchase

12   on TheSatanicTemple.com of one of these items, where does

13   that money go? Does it go to a particular -- one of the

14   particular legal entities? Or does it go into an account

15   controlled by you? Or by Malcolm Jarry? Or what happens

16   to that?

17   A.    Well, that -- that goes into a general fund.

18   Q.    Okay. A general fund for non-tax exempt

19   contributions?

20   A.    A -- a general fund I guess generated by the -- by

21   the for-profit incorporation of The Satanic Temple.

22   Q.    Okay. And so that would be -- that would be the

23   United Federation of Churches?

24   A.    I assume. I assume so.

25   Q.    All right.

CERTIFICATE

STATE OF ARKANSAS        )
                         )ss
COUNTY OF SALINE         )

    I, Shyloa Myers, CCR, RPR, and Notary Public, do hereby certify that the foregoing testimony of the witness, 30(b)(6) REPRESENTATIVE OF THE SATANIC TEMPLE, DOUGLAS ALEXANDER MISICKO, was reported verbatim through the use of the stenographic method and transcribed by me or under my direct supervision to the best of my ability, taken at the time and place on the caption hereto.

    I FURTHER CERTIFY that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript WAS NOT requested.

    I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects impartiality or that requires me to provide any service not made available to all parties to the action.

    WITNESS MY HAND AND SEAL this 10th day of April, 2020.


_____        _____
Shyloa Myers, RPR, Notary Public        (SEAL)
Arkansas CCR Lic. No. 710