IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, JUDITH LANSKY,                                      PLAINTIFFS
PAT PIAZZA, and SUSAN RUSSELL

ANNE ORSI, AMERICAN HUMANIST          CONSOLIDATED PLAINTIFFS
ASSOCIATION, FREEDOM FROM
RELIGION FOUNDATION, INC.,
ARKANSAS SOCIETY OF FREETHINKERS,
JOAN DIETZ, GALE STEWART, RABBI
EUGENE LEVY, REV. VICTOR H. NIXON,
TERESA GRIDER, and WALTER RIDDICK

THE SATANIC TEMPLE, DOUG MISICKO                      INTERVENORS
aka "LUCIEN GREAVES," and ERIKA
ROBBINS

v.                              No. 4:18CV00342 KGB/BD

JOHN THURSTON, Arkansas Secretary of State,
in his official capacity                                        DEFENDANT

### TST's RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST DISCOVERY REQUESTS

**INTERROGATORY NO. 1:** Please state the Satanic Temple's full legal name; all names and aliases used by the Satanic Temple or by which the Satanic Temple has been known at any time; the Satanic Temple's legal entity type and all dates of any current or former incorporation or legal creation, specifying all states under whose laws the Satanic Temple has existed at any time; the full legal name and title of each current and former employee, officer, director, manager, board member, advisory member, or person or entity holding any other position of responsibility or leadership, whether compensated or not.

**Answer**: Intervenors do not object to providing the current full legal name of The Satanic Temple. On information and belief, the full legal name of the organization is still United Federation of Churches, LLC. To everything else, Intervenors object on the grounds that the information

sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: TST is given corporate structure by "The Satanic Temple, Inc." which is a Massachusetts non-profit corporation. To the extent the request seeks to discover information about members and agents of TST, the request is not proportional to the needs of the case because TST is a complex and international organization with local chapters dispersed throughout the world and whose leadership structure is in constant flux. The current membership of TST exceeds 50,000 individuals, many of whom participate in a leadership role for various charitable and religious activities.

Compounding the difficulty of adhering to the request, individual participants of TST very often have pseudonyms to protect their safety. The volume of information sought is overwhelming and has no passable bearing on the questions of this case.

Not only is the information sought onerous to procure in the first place, Rule 26 requires ongoing supplementation. Every time a volunteer steps down from–or steps up to–a leadership position would require a new supplement.

**April 10, 2020 supplement**: TST's objection was sustained.

**REQUEST FOR PRODUCTION NO. 1:** Please produce copies of all current and former articles of incorporation or analogous documents filed with any state evincing the Satanic Temple's creation as a corporate entity; and copies of all current and former bylaws, operating agreements, or analogous documents.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: Intervenors are providing the articles of incorporation. The bylaws have nothing to say about whether the Ten Commandments Monument Display Act is

Def.'s Ex. 12

an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained except to the extent TST was ordered "**the Satanic Temple** to produce current bylaws, operating agreements, or analogous documents." Order at p. 20 (emphasis in original). The order directs TST to confer with all parties for a reasonable protective order. Intervenors propose an attorney's-eyes-only protective order with an obligation to delete the information following the entry of a final order, and all filings marked "confidential" and filed under seal.

**INTERROGATORY NO. 2:** Please identify all persons or entities in whose name(s) each of the following domains has been registered at any time, and identify all persons or entities that have produced, published, or maintained any content accessible from that domain at any time: http://www.thesatanictemple.com, https://afterschoolsatan.com/, https://religiousreproductiverights.com/, https://protectchildrenproject.com/, https://greyfaction.org/, http://dougmesner.com/, http://www.process.org, http://www.westboro-baptists.com, and https://salemartgallery.com/.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case. Further, domain registrations are a matter of public record, so intervenors object on the ground that it is unduly burdensome.

**September 26, 2019 supplement**: The information sought has no identifiable relevance to whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a

Def.'s Ex. 12

place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained.

**REQUEST FOR PRODUCTION NO. 2:** Please produce a copy of the Satanic Temple's year-end budgets for the years 2015, 2016, 2017, and 2018, and a copy of the Satanic Temple's current operating budget. Include in each budget, among other things, the Satanic Temple's sources of income, liabilities, categorized expenditures, and recipients of the Satanic Temple's tax-exempt contributions.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought has no identifiable relevance to whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained.

**REQUEST FOR PRODUCTION NO. 3:** Please produce a copy of the Satanic Temple's state and federal tax returns for 2015, 2016, 2017, and 2018.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a

place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: "The Satanic Temple" is not a discrete entity with tax returns. Intervenors thus have no responsive documents.  In the telephonic discovery hearing on March 11, the Court directed Defendant to issue new discovery requests to the entities which the State seeks tax returns.

**INTERROGATORY NO. 3:** Please identify the Satanic Temple's current and any former tax status (e.g., taxable, tax exempt, etc.) with both its state of incorporation and the Internal Revenue Service, and identify all records relating to those statuses, including among other things, application materials, completed forms, correspondence, etc. Please specifically identify any records that recognize the Satanic Temple as a "church" or religious organization.

**Answer**: The Satanic Temple is a tax-exempt organization.  The IRS letter relating to that status will be supplemented at a later time.  Otherwise, Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The IRS letter was produced on September 5.

**REQUEST FOR PRODUCTION NO. 4:** Please produce a copy of all records identified in your response to the previous interrogatory.

**Answer**: The IRS letter relating to our tax-exempt status will be supplemented at a later time.  Otherwise, Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The IRS letter was produced on September 5.

**INTERROGATORY NO. 4:** Please identify all persons or entities that have received proceeds from purchases made through the Satanic Temple's website as well as from contributions made through each of the following webpages: https://thesatanic temple.com/collections/contribute-to-the-satanic-temple-campaigns/products/donate-to-the-satanic-temple, https://thesatanictemple.com/products/after-school-satan-campaign, https://thesatanictemple.com/collections/contribute-to-the-satanic-temple-campaigns/products/support-grey-faction, https://thesatanictemple.com/collections/contribute-to-the-satanic-temple-campaigns/products/protect-children-project, https://religious reproductiverights.com/lawsuit-status/donate-to-religious-reproductive-rights, http://www.indiegogo.com/projects/put-a-satanic-monument-at-ok-capitol/, https://www.indiegogo.com/projects/the-satanic-temple-adopt-a-highway-campaign, https://www.generosity.com/memorial-fundraising/the-satanic-temple-veterans-monument.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained.

**INTERROGATORY NO. 5:** Please identify all persons or entities that received the proceeds when contributions were made through the "Bring Baphomet to Arkansas!" website, accessible at https://www.flipcause.com/secure/cause_pdetails/Mzg4NTY=.

Def.'s Ex. 12

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained.

**REQUEST FOR PRODUCTION NO. 5:** Please produce a copy of all records showing all proceeds from contributions made through the "Bring Baphomet to Arkansas!" website received by the persons or entities identified in response to the previous interrogatory.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained.

**INTERROGATOY NO. 6:** Please identify what dollar amount of the proceeds received through the "Bring Baphomet to Arkansas!" website was used to pay for or offset the costs of taking the Baphomet statue to the Arkansas state capitol for the rally on or about August 16, 2018.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained.

**REQUEST FOR PRODUCTION NO. 6:** Please produce a copy of all records showing the use of the proceeds received through the "Bring Baphomet to Arkansas!" website to pay for or offset the costs of taking the Baphomet statue to the Arkansas state capitol for the rally on or about August 16, 2018.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained.

**INTERROGATORY NO. 7:** Please identify all persons or entities that were involved in, or paid costs associated with, the design, construction, or modification of the Baphomet statue as well as all persons or entities that have a legal or equitable interest in the statue.

**Answer**: TST does not object to providing information about the design and construction of the Baphomet monument.  To the extent any modifications have been performed, TST does not object to providing that information, as well.  However, this information was not reasonably

8

available inside the time provided for responses.  Otherwise, Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought was produced on September 5.

**April 10, 2020 supplement**: TST's objection was sustained, except to the extent TST was ordered to identify any modifications to the monument.  There have been no modifications to the monument.

**REQUEST FOR PRODUCTION NO. 7:** Please produce a copy of all records showing the legal or equitable interests in the Baphomet statute of the persons or entities identified in the previous interrogatory.

**Answer**: TST does not object to providing information about the design and construction of the Baphomet monument.  To the extent any modifications have been performed, TST does not object to providing that information, as well.  However, this information was not reasonably available inside the time provided for responses.  Otherwise, Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought was produced on September 5.

**April 10, 2020 supplement**: TST's objection was sustained, except to the extent TST was ordered to produce documents related to any modifications to the monument.  There have been no modifications to the monument, so there are no documents to produce.

**INTERROGATORY NO. 8:** Please explain the various symbolic elements or aspects of the Baphomet monument, specifying the inspiration, significance, or meaning of each element or aspect.

Def.'s Ex. 12

**Answer**: TST does not object to an explanation behind the symbolic elements of the Baphomet monument, and meaning thereof.  However, this information was not reasonably available within the time to respond and will be supplemented at a later time.

**September 26, 2019 supplement**: From Lucien Greaves:

> The Baphomet monument image is loosely based upon a 19th century drawing by an occult historian, Eliphas Levi.
>
> The binary elements of the Baphomet monument (i.e. the part-animal, part human central figure; the gesture of the Baphomet pointing upward with one hand, downward with the other, the inverted pentagram on the background slab and the non-inverted star on the Baphomets) as well as the central caduceus symbolizing negotiation and harmony, are meant to suggest a message in support of the reconciliation of opposites and symbolize pluralism and tolerance.
>
> As I explained in an article [available at https://luciengreaves.com/a-stone-for-a-stone-the-baphomet-the-decalogue/] I wrote about the Baphomet monument:
>
> The name Baphomet [originated] during the Crusades. 'Baphomet' is almost certainly derived from 'Mahomet', or Muhammad, prophet of Islam. Muslims were the 'satanized' outgroup of the time. For centuries, Jews were regularly accused of all of the things now attributed to an imaginary Satanist conspiracy: infant sacrifice, cannibalism, complex plots against the Common Good. During the early colonization of the US, it was commonly believed that the Native 'Indians' worshipped Satan. Later, black slaves were the afeared Satanists, believed to be entering into pacts with the Devil as part of a supernatural plot to overthrow their oppressors. And, of course, most everybody is aware of the Puritan witch-hunts. These unjust accusations -- these savage out-group purges -- are all a part of the trial and error that helped us to realize our need for a rational, secular legal system.
>
> Standards such as the accuser's burden of proof, the presumption of innocence, a respect for material evidence, are all a result of our finding ways to subdue brute mob intolerance. Today, we are rightly offended by anti-blasphemy laws and divine fiats.
>
> Our monument will stand in honor of those unjustly accused -- the slandered minority, the maligned outgroups -- so that we might pay respect to their memory and celebrate our progress as a pluralistic nation founded on secular law.

Def.'s Ex. 12

**REQUEST FOR PRODUCTION NO. 8:** Please produce copies of all videos and photographs created by or for the Satanic Temple (or by or for any person currently or formerly associated with the Satanic Temple), related to the rally in support of Rick Scott on or about January 25, 2013; the "pink mass" in or around Meridian, Mississippi, on or about July 2013; the installation of the second Ten Commandments monument on the Arkansas state capitol grounds on or about April 26, 2018; and the "rally for religious liberty" on the Arkansas state capitol grounds on or about August 16, 2018.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: Subject to the objection that the information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses, the information was produced on September 5.

**REQUEST FOR PRODUCTION NO. 9:** Please produce copies of all videos or promotional materials created or used to publicize or promote the After School Satan Club.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: Subject to the objection that the information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses, only one promotional video was created for After School Satan Club.  It is available at https://youtu.be/b48-SBYbahQ

Def.'s Ex. 12

**INTERROGATORY NO. 9:** Please identify all legal and financial relationships the Satanic Temple has had at any time with Doug Misicko, Cevin Soling, United Federation of Churches, LLC; Reason Alliance, Ltd; The Alliance for Self-Directed Education, Inc; Alliance for Integrity and Justice Ltd.; and Spectacle Films.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.

**September 26, 2019 supplement**: The information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

**April 10, 2020 supplement**: TST's objection was sustained.

**INTERROGATORY NO. 10:** Please identify every lawsuit or legal proceeding of whatever kind to which the Satanic Temple has been a party since 2013, whether civil or criminal, specifying the court, the court's location and jurisdiction, the case number, the filing date, every claim made or charge brought by or against the Satanic Temple (whether or not dismissed, etc.), and the outcome of the proceeding.

**Answer**: Intervenors object on the grounds that the information sought is not relevant to any party's claim or defense and is not proportional to the needs of the case.  Further, TST objects on the grounds of undue burden.

**September 26, 2019 supplement**: The information sought has no identifiable bearing on whether the Ten Commandments Monument Display Act is an unconstitutional State establishment of religion; or whether Act 274 of 2017 unconstitutionally undermined TST's efforts to secure a

Def.'s Ex. 12

place for the Baphomet Monument on Capitol Grounds, or to any of Defendant's affirmative defenses.

The information sought presents an undue burden on TST because cases in which TST is or was a party can be located through a simple public records search.

A public search would not turn up a case where Lucien Greaves served as an expert witness on the question of Satanism.  A PDF of the Brockton District Court's order was produced on September 5.

**April 10, 2020 supplement**: TST's objection was sustained, except to the extent TST was ordered to produce the case name, case number, and jurisdictions of all civil or criminal cases in which TST or Doug Misicko has been a party since 2013.

TST or Doug Misicko have been parties to the following civil or criminal cases since 2013:

1. The Satanic Temple v. City of Belle Plaine, MN et al., 0:19-cv-1122 (D. Mn. 2019)

2. The Satanic Temple v. Netflix, Inc. et al., 1:18-cv-10372 (S.D. Ny. 2018)

3. Cave et al. v. Thurston, 4:18-cv-342 (E.D. Ark. 2018)

4. The Satanic Temple et al. v. City of Scottsdale, 2:18-cv-621 (D. Az. 2018)

   a. On appeal as The Satanic Temple, Inc., et al v. City of Scottsdale, 20-15338, (9th Cir. 2020)

5. The Satanic Temple et al v. Nixon et al., 4:15-cv-986 (E.D. Mo. 2015)

   a. Appealed as The Satanic Temple, et al. v. Mike Parson, et al., 16-3387 (8th Cir. 2016)

6. Freedom From Religion Foundation, Inc., et al. v. Franklin County, Indiana, 1:15-cv-484 (S.D. Ind. 2015)

13

The following are not "cases" within the letter of the order but fall within the spirit of the order. The following are administrative complaints raised by TST to the Massachusetts Commission Against Discrimination ("**MCAD**"):

1. The Satanic Temple v. Window World of Boston LLC (18BPA02782)

2. The Satanic Temple v. Twitter (18BPA00827)

3. The Satanic Temple v. Facebook (case number unknown)

**REQUEST FOR PRODUCTION NO. 10:** Please produce a copy of all tenets or statements of belief that the Satanic Temple holds as in some manner authoritative or as completely or substantially expressing the commitments of its members or leadership.

**Answer**: The only tenets or statements of belief are the "mission" and "tenets" statements found on the publicly-available website and cited in prior briefing.

**September 26, 2019 supplement**: To clarify, the only "authoritative" statements of belief are the previously-described statements.

Respectfully submitted on April 10, 2020,
on behalf of The Satanic Temple

By:   /s/ Matthew A. Kezhaya
Matthew A. Kezhaya, ABA# 2014161
**KEZHAYA LAW PLC**
1202 NE McClain Rd
Bentonville, AR 72712
phone:      (479) 431-6112
facsimile:  (479) 282-2892
email:      matt@kezhaya.law

<u>C</u>ERTIFICATE AND <u>N</u>OTICE OF <u>S</u>ERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya caused to be served the foregoing document by transmitting to the Defendants by email to the following on April 10, 2020.

14

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Michael Cantrell
michael.cantrell@arkansasag.gov
*Attorney for Defendant*

Matthew A. Kezhaya, ABA# 2014161

15