IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,**<br>**PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST**<br>**ASSOCIATION, FREEDOM FROM**<br>**RELIGION FOUNDATION, INC.,**<br>**ARKANSAS SOCIETY OF FREETHINKERS,**<br>**JOAN DIETZ, GALE STEWART, RABBI**<br>**EUGENE LEVY, REV. VICTOR H. NIXON,**<br>**TERESA GRIDER, and WALTER RIDDICK** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO**<br>aka "**LUCIEN GREAVES**," and **ERIKA**<br>**ROBBINS** | **INTERVENORS** |
| v.   No. 4:18CV00342 KGB/BD | |
| **JOHN THURSTON, Arkansas Secretary of State,**<br>**in his official capacity** | **DEFENDANT** |

### DEFENDANT'S SUPPLEMENTAL REQUESTS
### FOR PRODUCTION TO INTERVENORS

Defendant, Secretary of State John Thurston, in his official capacity, through counsel, pursuant to the Court's Orders and rulings dated March 1 and 11, 2020 (DE 116 at 22, 23; *see* DE 118), and October 22, 2021 (DE 172 at 33-34), propounds the following supplemental requests for production to Intervenors to be answered in the time and manner prescribed by the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 1.** Please produce a copy of the state and federal tax returns for the United Federation of Churches, LLC, for each of the years 2015, 2016, 2017, and 2018.

**REQUEST FOR PRODUCTION NO. 2.** Please produce a copy of the state and federal tax returns for Reason Alliance, Ltd., for each of the years 2015, 2016, 2017, and 2018.

**REQUEST FOR PRODUCTION NO. 3.** Please produce a copy of the state and federal tax returns for the Satanic Temple, Inc., for each of the years 2015, 2016, 2017, and 2018.

**REQUEST FOR PRODUCTION NO. 4.** Please produce a copy of the state and federal tax returns for Cinephobia, LLC, for each of the years 2015, 2016, 2017, and 2018.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

*/s/ Michael A. Cantrell*
Michael A. Cantrell (2012287)
Dylan L. Jacobs (2016167)
  Assistant Solicitors General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Michael.Cantrell@ArkansasAG.gov

Hiram Sasser
Michael Berry
Lea Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

## CERTIFICATE OF SERVICE

I, Michael A. Cantrell, certify that on November 2, 2021, I served the foregoing by email to the following:

Andrew G. Schultz, aschultz@rodey.com
John L. Burnett, jburnett@laveyandburnett.com
Joshua D. Gillispie, josh@greenandgillispie.com
Melanie B. Stambaugh, mstambaugh@rodey.com

*Attorney for Plaintiffs*


James Gerard Schulze, gerrysch@b-s-m-law.com
Monica L. Miller, mmiller@americanhumanist.org
Patrick C. Elliott, patrick@ffrf.org

*Attorney for Consolidated Plaintiffs*


Matthew A. Kezhaya, matt@kezhaya.law
Stuart P. De Haan, stu.dehaan@gmail.com

*Attorney for Intervenors*

                                                  */s/ Michael A. Cantrell*
                                                  Michael A. Cantrell