IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, *et al.*                                                  PLAINTIFFS

ANNE ORSI, *et al.*, and          CASE NO.                 CONSOLIDATED
                                  4:18-CV-342                  PLAINTIFFS

THE SATANIC TEMPLE, *et al.*                                    INTERVENORS

    *v.*

JOHN THURSTON, in his official capacity                        DEFENDANT

CERTIFICATES OF SERVICE
FOR SUBPOENAS TO RAPERT AND THE AHHF

COME NOW Intervenors, by and through counsel of record,

with responses to Defendants' requests for production propounded

on December 2, 2021.

EQUEST FOR PRODUCTION NO. 1. Please produce a copy

of the state and federal tax returns for the United Federation of

Churches, LLC, for each of the years 2015, 2016, 2017, and 2018.

Def.'s Ex. 17

**Answer**: Intervenors object to Defendant's discovery requests because they were sent after the discovery deadline and not supported by good cause to modify the deadline. Defendant should have issued these requests before the deadline instead of lying to the District Judge about the result of the March 11 hearing. See Doc. 172 at 33 ("During the March 11 hearing, the Court directed that Secretary Thurston propound new requests for production specifically seeking tax returns for the years he seeks to specify from the affiliates he seeks t specify, so as to avoid the Court making rulings on discovery requests not actually propounded in writing … The Court did not orally modify Request for Production No. 3 as Secretary Thurston Contends.") Defendant's opportunity to issue this discovery request ended on April 29, 2020.

**REQUEST FOR PRODUCTION NO. 2.** Please produce a copy of the state and federal tax returns for Reason Alliance, Ltd., for each of the years 2015, 2016, 2017, and 2018.

Def.'s Ex. 17

**Answer**: Intervenors object to Defendant's discovery requests because they were sent after the discovery deadline and not supported by good cause to modify the deadline. Defendant should have issued these requests before the deadline instead of lying to the District Judge about the result of the March 11 hearing. See Doc. 172 at 33 ("During the March 11 hearing, the Court directed that Secretary Thurston propound new requests for production specifically seeking tax returns for the years he seeks to specify from the affiliates he seeks t specify, so as to avoid the Court making rulings on discovery requests not actually propounded in writing … The Court did not orally modify Request for Production No. 3 as Secretary Thurston Contends.") Defendant's opportunity to issue this discovery request ended on April 29, 2020.

**EQUEST FOR PRODUCTION NO. 3.** Please produce a copy of the state and federal tax returns for the Satanic Temple, Inc., for each of the years 2015, 2016, 2017, and 2018.

**Answer**: Intervenors object to Defendant's discovery requests because they were sent after the discovery deadline and not supported

Def.'s Ex. 17

by good cause to modify the deadline. Defendant should have issued these requests before the deadline instead of lying to the District Judge about the result of the March 11 hearing. See Doc. 172 at 33 ("During the March 11 hearing, the Court directed that Secretary Thurston propound new requests for production specifically seeking tax returns for the years he seeks to specify from the affiliates he seeks t specify, so as to avoid the Court making rulings on discovery requests not actually propounded in writing … The Court did not orally modify Request for Production No. 3 as Secretary Thurston Contends.") Defendant's opportunity to issue this discovery request ended on April 29, 2020.

**REQUEST FOR PRODUCTION NO. 4.** Please produce a copy of the state and federal tax returns for Cinephobia, LLC, for each of the years 2015, 2016, 2017, and 2018.

**Answer**: Intervenors object to Defendant's discovery requests because they were sent after the discovery deadline and not supported by good cause to modify the deadline. Defendant should have issued these requests before the deadline instead of lying to the District

Def.'s Ex. 17

Judge about the result of the March 11 hearing. See Doc. 172 at 33

("During the March 11 hearing, the Court directed that Secretary

Thurston propound new requests for production specifically seeking

tax returns for the years he seeks to specify from the affiliates he

seeks t specify, so as to avoid the Court making rulings on discovery

requests not actually propounded in writing … The Court did not

orally modify Request for Production No. 3 as Secretary Thurston

Contends.") Defendant's opportunity to issue this discovery request

ended on April 29, 2020.

> Propounded on December 2, 2021
> December 2, 2021,
> on behalf of Intervenors
> By:  Matthew A. Kezhaya, ABA # 2014161
> **KEZHAYA LAW PLC**
> 1202 NE McClain Rd
> Bentonville, AR 72712
> phone:  (479) 431-6112
> email:  matt@kezhaya.law

### CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya caused to be served the foregoing document by transmitting to the Defendants by email to the following on December 2, 2021.

Def.'s Ex. 17

Andrew Schultz
aschultz@rodey.com
*Attorney for Plaintiffs*

Gerry Schulze
gerrysch@b-s-m-law.com
*Attorney for Consolidated Plaintiffs*

Michael Cantrell
michael.cantrell@arkansasag.gov
*Attorney for Defendant*

_____
Matthew A. Kezhaya, ABA# 2014161