# Transcript of the Testimony of

# Douglas Misicko

**Date:** March 11, 2020

**Case:** Donna Cave, et al. v. John Thurston

**Bushman Court Reporting**
Shyloa Myers
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

---

```
                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF ARKANSAS
                         WESTERN DIVISION

DONNA CAVE, JUDITH LANSKY,                        PLAINTIFFS
PAT PIAZZA, AND SUSAN RUSSELL

ANNE ORSI; AMERICAN HUMANIST        CONSOLIDATED PLAINTIFFS
ASSOCIATION; FREEDOM FROM
RELIGION FOUNDATION, INC.;
ARKANSAS SOCIETY OF FREETHINKERS;
JOAN DIETZ; GALE STEWART; RABBI
EUGENE LEVY; REV. VICTOR H. NIXON;
TERESA GRIDER; AND WALTER RIDDICK

THE SATANIC TEMPLE; DOUG MISICKO,                 INTERVENORS
AKA "LUCIEN GREAVES"; AND ERIKA
ROBBINS

VS.                                 CASE NO. 4:18-CV-00342

JOHN THURSTON, ARKANSAS SECRETARY                    DEFENDANT
OF STATE, IN HIS OFFICIAL CAPACITY
```

---

VIDEOTAPED ORAL DEPOSITION

OF

DOUGLAS ALEXANDER MISICKO

---

March 11, 2020
Office of the Arkansas Attorney General
323 Center Street
Little Rock, Arkansas 72201

Def.'s Ex. 18

Page 710

Shyloa Myers, RPR, CCR
Arkansas Lic. No.

Page 3

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

DARRYL E. "CHIP" BAKER
Baker Schulze Murphy & Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR  72227

E-mail: dbaker@b-s-m-law.com

JOSHUA D. GILLISPIE
Green Gillispie
1 Riverfront Plaza
Suite 605
North Little Rock, AR  72114

E-mail: josh@greenandgillispie.com

ON BEHALF OF THE DEFENDANT:

MICHAEL A. CANTRELL
Assistant Solicitor General
Arkansas Atttorney General's Office
323 Center Street
Suite 200
Little Rock, AR  72201

E-mail: michael.cantrell@arkansasag.gov

LEA PATTERSON
First Liberty
2001 West Plano Parkway
Suite 1600
Plano, TX  75075

E-mail: lepatterson@firstliberty.org

Def.'s Ex. 18

Douglas Misicko 3/11/2020                         Donna Cave, et al. v. John Thurston

Page 4

ON BEHALF OF THE DEFENDANT (Continued):

GARY SULLIVAN
Managing Attorney
Arkansas Secretary of State
500 Woodlane Street, Suite 256
Little Rock, AR  72201-1094

E-mail: gary.sullivan@sos.arkansas.gov


ON BEHALF OF THE INTERVENORS:

MATTHEW A. KEZHAYA
SONIA A. KEZHAYA
Kezhaya Law, PLC
1202 Northeast McClain Road
Bentonville, AR  72712

E-mail: matt@kezhaya.law




ALSO PRESENT:

MICHAEL FINCHER

RACHEL KLUENDER

BRITTANY GARCIA

ERIKA ROBBINS

TOM HALLUM, Videographer

Douglas Misicko 3/11/2020                         Donna Cave, et al. v. John Thurston

Page 5

                    I N D E X

STYLE AND NUMBER . . . . . . . . . . . . . . . . . . 1

APPEARANCES  . . . . . . . . . . . . . . . . . . . . 2

CAPTION/STIPULATIONS . . . . . . . . . . . . . . . . 6

WITNESS:  DOUGLAS ALEXANDER MISICKO

    Examination by MR. CANTRELL......8

    Examination by MR. KEZHAYA.......164

    Deposition concluded . . . . . . . . . . . . . 166

COURT REPORTER'S CERTIFICATE. . . . . . . . . . . . 167


                   E X H I B I T S

DESCRIPTION                                          MARKED

1  Article titled, "Unmasking Lucien Greaves,         39
   Leader of The Satanic Temple; 10 pgs.

2  Transcript of Arts and Grounds Commission          55
   Meeting of January 25, 2017; 14 pgs.

3  Post from Process.org dated December 30,           75
   2017; 1 pg.

4  Document headed, "The Process Is . . ."; 	         77
   7 pgs.

5  Excerpt from The Phsychick Bible; 3 pgs.           80

6  Illustrations from Might is Right; 6 pgs.          104

7  Signed insert for hardcover edition of             106
   Might is Right; 1 pg.

8  Article entitled, "Who Are the 'Satanists'         127
   Designing an Idol for the Oklahoma
   Capitol?"; 7 pgs.

Douglas Misicko 3/11/2020         Donna Cave, et al. v. John Thurston

Page 6

| | | |
|---|---|---|
| 9 | Document headed, "Lucien Greaves of The Satanic Temple"; 3 pgs. | 128 |
| 10 | Article entitled, "Trolling Hell: Is the Satanic Temple a Prank, the Start of a New Religious Movement -- or Both?"; 30 pgs. | 129 |
| 11 | Article entitled, "Satanic Leader: After School Clubs Send Positive Message"; 6 pgs. | 130 |
| 12 | Article entitled, "Never Let Your Activism Be Artless: An Interview with Lucien Greaves of The Satanic Temple"; 41 pgs. | 131 |
| 13 | Article entitled, "I'm a Founder of the Satanic Temple. Don't Blame Satan for White Supremacy"; 8 pgs. | 131 |
| 14 | Printout of Facebook comments; 5 pgs. | 135 |
| 15 | Printout of Tweet by Douglas Mesner; 1 pg. | 137 |
| 16 | Printout from Facebook page; 1 pg. | 138 |
| 17 | Article entitled, "You Hear the One About the Pro-Scott Satanic Cult?"; 1 pg. | 148 |
| 18 | Article entitled, "Decoding the Symbols on Satan's Statue"; 21 pgs. | 163 |
| 19 | CD containing deposition videos | 147 |
| 20 | Color photo taken at Devil's Renaissance; 1 pg. 1 pg. | 156 |

Douglas Misicko 3/11/2020         Donna Cave, et al. v. John Thurston

Page 7

C A P T I O N

ANSWERS AND ORAL DEPOSITION OF DOUGLAS ALEXANDER MISICKO, a witness produced at the request of the Defendant, taken in the above-styled and numbered cause on the 11th of March, 2020 before Shyloa Myers, CCR, RPR, and Notary Public, at 9:09 a.m. at the offices of the Arkansas Attorney General, Civil Department, 323 Center Street, Little Rock, Arkansas 72201.

S T I P U L A T I O N S

NO STIPULATIONS ON THE RECORD

Douglas Misicko 3/11/2020    Donna Cave, et al. v. John Thurston

Page 8

1  (Deposition commences at 9:09 a.m.)
2        PROCEEDINGS
3        THE VIDEOGRAPHER: We are on the record.
4  The date is March 11, 2020. The time is
5  9:09 a.m. This the deposition of Douglas
6  Alexander Misicko.
7        Will you swear the witness in, please.
8        (Witness sworn.)
9        MR. CANTRELL: Okay. So we're on the
10 record. And let's all go around and -- and say
11 who we are and who we represent.
12       I am Michael Cantrell. I represent the
13 Defendant. I am with the Attorney General's
14 Office.
15       MS. PATTERSON: Lea Patterson from the
16 First Liberty Institute for the Defendant.
17       MR. SULLIVAN: I'm Gary Sullivan from the
18 Secretary of State's Office for the Defendant.
19 And I have observers, staff attorney Michael
20 Fincher and staff attorney Rachel Kluender.
21       MR. GILLESPIE: Josh Gillespie for the Cave
22 plaintiffs.
23       MR. BAKER: Darryl Baker for the Orsi
24 plaintiffs.
25       MS. KEZHAYA: Sonia Kezhaya for the

Shyloa Myers
Bushman Court Reporting                      501-372-5115

Douglas Misicko 3/11/2020    Donna Cave, et al. v. John Thurston

Page 9

1  intervenors.
2        MR. KEZHAYA: Matt Kezhaya for
3  intervenors.
4        And we have Erika Robbins with us as well.
5        MR. CANTRELL: All right. Thank you.
6        DOUGLAS ALEXANDER MISICKO,
7  Called as a witness, having been first duly
8  sworn to tell the truth, the whole truth, and nothing but
9  the truth, was examined and testified as follows:
10       EXAMINATION
11 BY MR. CANTRELL:
12 Q.   Okay. So, as I said, we're on the record. We're
13 conducting this deposition under the Federal Rules of
14 Civil procedure.
15       And, Mr. Misicko, good morning.
16 A.   Good morning.
17 Q.   You were the designated representative for the
18 30(b)(6) deposition yesterday, correct?
19 A.   Correct.
20 Q.   Okay. And today you're appearing in your individual
21 capacity?
22 A.   Correct.
23 Q.   Okay. And, just like yesterday, you understand that
24 you're under oath?
25 A.   Yes.

Shyloa Myers
Bushman Court Reporting                      501-372-5115

Def.'s Ex. 18

Douglas Misicko 3/11/2020    Donna Cave, et al. v. John Thurston

Page 54

1  A.  I do not believe so.
2  Q.  Okay. When was your first visit to the Arkansas
3  State capitol grounds?
4  A.  I'm not going to remember a date. And I'm trying
5  hard to remember the occasion. I think the first occasion
6  that I came to the Capitol is when I came to the Arts and
7  Grounds Commission for a subcommittee hearing regarding
8  the -- the monuments request.
9  Q.  Okay. Was this a meeting in which you made a
10 presentation?
11 A.  Yes.
12 Q.  Okay. And your presentation dealt with the Baphomet
13 monument?
14 A.  Yes.
15     I -- I don't -- I'm not sure if we want to formally
16 consider that a presentation, but the -- the Arts and
17 Grounds Commission asked the questions they felt relevant
18 to considering private donations of monuments, and I
19 answered those questions.
20 Q.  Okay. Okay. Would that -- could that meeting have
21 been in October of 2016?
22 A.  Yeah, that could have been.
23     I am genuinely bad at placing -- placing time,
24 though; so . . . I'm not trying to be obscure there. It's
25 just I'm -- that's not a talent of mine. Just like some

Shyloa Myers
Bushman Court Reporting                               501-372-5115

Douglas Misicko 3/11/2020    Donna Cave, et al. v. John Thurston

Page 55

1  people have no sense of direction, I have no sense of --
2  of the time passed.
3  Q.  Okay. Well, how about your -- your time on the
4  Arkansas State capitol grounds for that visit.
5      Where was the meeting held; do you recall?
6  A.  I know it was not far from the formal State Capitol
7  building itself. It was, like, a -- the Arts and Grounds
8  Commission building, at least at that time and maybe
9  still now, was, like, a one-level ranch type building on
10 a nice incline.
11 Q.  Okay. Did you have any other purpose for that visit
12 to the Arkansas State capitol grounds?
13 A.  No.
14 Q.  Okay. Do you re- -- have you been to the Arkansas
15 State capitol grounds since that time?
16 A.  Yes.
17 Q.  Okay. What was your second visit?
18 A.  I'm not sure if I'm forgetting a visit or not, but
19 the next visit I remember was for the -- I was observing
20 the installation of the second installment of the Ten
21 Commandments monument.
22 Q.  Okay. So you made another visit to attend the
23 installation of the second Ten Commandments monument.
24     Could that have been in April of 2018?
25 A.  Yeah, that sounds -- that sounds right.

Shyloa Myers
Bushman Court Reporting                               501-372-5115

Douglas Misicko 3/11/2020     Donna Cave, et al. v. John Thurston

Page 168

CERTIFICATE

STATE OF ARKANSAS    )
                     )ss
COUNTY OF SALINE     )

I, Shyloa Myers, CCR, RPR, and Notary Public, do hereby certify that the foregoing testimony of the witness, DOUGLAS ALEXANDER MISICKO, was reported verbatim through the use of the stenographic method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

I FURTHER CERTIFY that in accordance with Rule 30(e) of the Rules of Civil Procedure, review of the transcript WAS NOT requested.

I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects impartiality or that requires me to provide any service not made available to all parties to the action.

WITNESS MY HAND AND SEAL this 10th day of April, 2020.

_____       _____
Shyloa Myers, RPR, Notary Public          (SEAL)
Arkansas CCR Lic. No. 710

Bushman Court Reporting      Shyloa Myers      501-372-5115

Def.'s Ex. 18