IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL | PLAINTIFFS |
| ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, DOUG MISICKO Aka "LUCIEN GREAVES," and ERIKA ROBBINS | INTERVENORS |
| v. | CASE NO. 4:18-CV-00342 KGB/BD |
| JOHN THURSTON, Arkansas Secretary of State, In his official capacity | DEFENDANT |

NOTICE OF DEPOSITION

To:  The Satanic Temple
c/o Matthew Kezhaya, Esq.
Kezhaya Law Firm, PLC
1202 N.E. McClain Road
Bentonville, AR 72712
Matt@Kezhaya.Law

PLEASE TAKE NOTICE that pursuant to the provisions to the Federal Rules of Civil Procedure, the Defendant, by and through his counsel, will take the deposition of **The Satanic Temple**, at the place and time identified below, before a Certified Court Reporter or some other officer authorized by law to administer oaths.



Def's Ex. 19
TST Depo

The deposition will be stenographically, videographically, and audio recorded. This deposition will be used for discovery and evidentiary purposes to the fullest extent allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

The deposition will take place on Tuesday, March 10, 2020, at 9:00 a.m. at the Arkansas Attorney General's Office, 323 Center Street, Little Rock, Arkansas, 72201.

The matters for examination are listed in Attachment A.

                                               Respectfully submitted,

                                               LESLIE RUTLEDGE
                                               Attorney General

By:    */s/ Michael A. Cantrell*
         Michael A. Cantrell
         Ark. Bar No. 2012287
         Assistant Solicitor General
         Arkansas Attorney General's Office
         323 Center Street, Suite 200
         Little Rock, AR 72201
         Phone: (501) 682-2401
         Fax: (501) 682-8162
         Email: michael.cantrell@arkansasag.gov

## CERTIFICATE OF SERVICE

1, Michael A. Cantrell, Assistant Solicitor General, hereby certify that on February 4, 2020, I sent the foregoing notice by electronic mail to:

The Satanic Temple
c/o Matthew Kezhaya, Esq.
Kezhaya Law Firm, PLC
1202 N.E. McClain Road
Bentonville, AR 72712
Matt@Kezhaya.Law

                                            */s/ Michael A. Cantrell*
                                            Michael A. Cantrell

## Attachment A

The matters for examination shall include the Satanic Temple's:

1. Proposed complaint in intervention and subsequent amendments; responses to Defendant's written discovery requests;
2. Participation in previous depositions;
3. Baphomet statue's design, creation, ownership, unveiling, and modifications;
4. Origins and history;
5. Registration, control, and content of current and former websites;
6. Beliefs and tenets;
7. Campaigns, initiatives, and events, including:
    a. "Rally for Governor Rick Scott";
    b. "Pink Mass in Mississippi";
    c. "Protect Children Project";
    d. "Black Mass at Harvard";
    e. "After School Satan Club";
    f. "Grey Faction";
    g. "The Unveiling";
    h. "Rally for Religious Liberty";
    i. "Devil's Renaissance";
8. Governance, organization, and leadership, including Executive Ministry, National Council, Grey Faction, and local chapters;
9. Legal, financial, and organizational relationships among Doug Misicko; Cevin Soling; the United Federation of Churches, LLC; The Satanic Temple, Inc.; Reason Alliance, Ltd.; The Alliance for Self-Directed Education, Inc.; Spectacle Films, Inc.; and Cinephobia, LLC;
10. Claimed tax-exempt status;
11. Fundraising efforts; flow of proceeds from purchases and contributions made through Satanic Temple-related websites identified by Defendant in previous discovery;
12. Legal, financial, and organizational relationships to local chapters;
13. Statements by officers, spokespeople, and authorized individuals; press releases;
14. Efforts to place the Baphomet statue on public grounds;
15. Correspondence with Mason Hargett, Erika Robbins, and Arkansas officials;
16. Participation with the making of the *Hail Satan!* film;
17. Registration, ownership, and use of intellectual property; and
18. Involvement in this and other litigation.