# Transcript of the Testimony of

# Erika Robbins

**Date:** March 2, 2020

**Case:** Donna Cave, et al. v. Anne Orsi, et al.

**Bushman Court Reporting**
Jeff Bennentt
Phone: (501) 372-5115
Fax: (501) 378-0077

Case 4:18-cv-00342-KGB   Document 212-20   Filed 12/20/21   Page 2 of 6

Erika Robbins 3/2/2020                          Donna Cave, et al. v. Anne Orsi, et al.

### Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, JUDITH LANSKY, PAT PIAZZA AND SUSAN RUSSELL
    Plaintiffs,

ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER AND WALTER RIDDICK
    Consolidated Plaintiffs

THE SATANIC TEMPLE, DOUG MISICKO A/K/A "LUCIEN GREAVES" AND ERIKA ROBBINS.
    Intervenors

vs.    Case No. 4:18-CV-00342KGB

JOHN THURSTON, ARKANSAS SECRETARY OF STATE, IN HIS OFFICIAL CAPACITY.
    Defendant.

ORAL DEPOSITION OF ERIKA ROBBINS

APPEARANCES:

MR. MATTHEW KEZHAYA, ESQ.
  Kezhaya Law
  1202 NE McClain Road
  Bentonville, Arkansas 72712

  *** For the Satanic Plaintiffs ***

MR. DARRYL E. "CHIP" BAKER, ESQ.
MR. J.G. "GERRY" SCHULZE, ESQ.
  Baker, Schulze, Murphy & Patterson
  2311 Biscayne Drive, No. 300
  Little Rock, Arkansas 72227

  *** For the Orsi Plaintiffs ***

### Page 2

APPEARANCES (CONTINUED):
MR. MICHAEL A. CANTRELL, ESQ.
MR. GARY SULLIVAN, ESQ.
  Arkansas Attorney General's Office
  323 Center Street, Suite 200
  Little Rock, Arkansas 72201; and
MS. LEA PATTERSON, ESQ.
  First Liberty
  2001 West Plano Parkway, Suite 1600
  Plano, Texas 75075

  *** For the Defendant ***

ALSO PRESENT:
  Mason Hargett

TAKEN BEFORE Jeff Bennett, Certified Court Reporter, LS Certificate No. 19, Bushman Court Reporting, 620 West Third Street, Suite 302, Little Rock, Arkansas 72201 on March 2, 2020 at the Arkansas Attorney General's Office, 323 Center Street, Suite 200, Little Rock, Arkansas commencing at 9:07 a.m.

### Page 3

I N D E X
WITNESS SWORN: ERIKA ROBBINS
    Page
Examination by Mr. Cantrell    6
Examination by Mr. Kezhaya    85
Re-Examination by Mr. Cantrell    86

EXHIBITS
Exhibit 1    30
Exhibit 2    36
Exhibit 3    82
Exhibit 4    84

Certificate    99
Witness' Signature    100

### Page 4

ANSWERS AND DEPOSITION OF ERIKA ROBBINS, a witness produced at the request of Defendant, taken in the above styled and numbered cause on the 2nd day of March, 2020, before Jeff Bennett, Certified Court Reporter, LS Certificate No. 19, a Notary Public in and for Saline County, Arkansas, taken at the offices of the Arkansas Attorney General's Office, 323 Center Street, Suite 200, Little Rock, Arkansas at 9:07 a.m.

    S T I P U L A T I O N S

IT IS STIPULATED and AGREED by and between the parties through their respective counsel that the deposition of ERIKA ROBBINS may be taken at the time and place designated pursuant to the Federal Rules of Civil Procedure.

    ERIKA ROBBINS

The witness hereinbefore named, having been duly cautioned and sworn or affirmed to tell the truth, the whole truth, and nothing but the truth, testified as follows:

Case 4:18-cv-00342-KGB   Document 212-20   Filed 12/20/21   Page 3 of 6

Erika Robbins 3/2/2020                                        Donna Cave, et al. v. Anne Orsi, et al.

Page 5

1    THE VIDEOGRAPHER: We are on the record.
2    The date is March 2, 2020. The time is 9:07
3    a.m. This deposition is taking place at the
4    Office of the Arkansas Attorney General, 323
5    Center Street, Suite 200, Little Rock,
6    Arkansas.
7         This is Case Number 4:18-CV-00342 KGB/BD
8    entitled, "Donna Cave, Judith Lansky, Pat
9    Piazza and Susan Russell, Plaintiffs, Anne
10   Orsi, et al. Consolidated Defendants, The
11   Satanic Temple, et al., Intervenors, versus
12   John Thurston, Arkansas Secretary of State, in
13   his Official Capacity."
14        The witness is Erika Robbins and our
15   court reporter is Jeff Bennett.
16        If counsel will please introduce
17   themselves for the record, the witness will be
18   sworn in?
19        MR. CANTRELL: Okay.
20        MR. KEZHAYA: This is Matt Kezhaya
21   appearing on behalf of the Satanic Plaintiffs.
22        MR. BAKER: Darryl Baker on behalf of the
23   Orsi Plaintiffs.
24        MR. CANTRELL: My name is Michael
25   Cantrell. I represent the Defendant. I work

Page 6

1    with the Arkansas Attorney General's Office.
2         MS. PATTERSON: Lea Patterson for First
3    Liberty, Defendant.
4         MR. SULLIVAN: Gary Sullivan from the
5    Secretary of State's Office for the Defendant.
6         (The witness was sworn.)
7         MR. CANTRELL: And, for the record, we do
8    have one other person. Do you mind
9    identifying yourself?
10        MR. HARGETT: Yes. Mason Hargett, a
11   member of the Satanic Temple.
12                EXAMINATION
13   BY MR. CANTRELL:
14   Q.   All right. And we are on the record.
15        And this deposition is being conducted on the
16   Federal Rules of Civil Procedure.
17        My name is Michael Cantrell. As said a minute
18   ago, I work with the Attorney General's Office and I
19   represent the Defendant, John Thurston.
20        Can you state your name and date of birth for the
21   record?
22   A.   Erika Robbins, March 10, 1978.
23   Q.   Thank you. Have you ever used any aliases?
24   A.   No.
25   Q.   Have you ever been deposed before?

Page 7

1    A.   No.
2    Q.   Do you understand you're under oath?
3    A.   Yes.
4    Q.   Do you understand that that means that you're
5    promising that all of your answers to my questions are
6    going to be true and correct?
7    A.   Yes.
8    Q.   And the court reporter has to transcribe our
9    conversation. So be sure to give clear yes or no
10   answers. Whenever you say uh-huh or huh-uh it doesn't
11   come across real well, at least on the stenographic
12   record and maybe not on the video either.
13        Can you do that for me?
14   A.   I'll do my best.
15   Q.   Thank you. So I'll try not to cut you off when
16   you're answering a question. And I'll ask you to let me
17   finish asking my question before you answer. Can you do
18   that?
19   A.   Yes.
20   Q.   Thank you. And sometimes it gets difficult as the
21   deposition goes on sometimes. And I understand that.
22   Let's do our best.
23        And if you need to take a break for any reason,
24   just let me know and we'll take one. I just ask that
25   you let me finish asking. If I've asked a question,

Page 8

1    I'll ask you to answer that question before we take a
2    break. Is that fair?
3    A.   Yes.
4    Q.   Okay. And let me know if you don't understand any
5    question that I ask you. Will you do that?
6    A.   Yes.
7    Q.   Thank you. Anything you need right now before we
8    begin?
9    A.   I don't. Thank you.
10   Q.   Okay. Is there any reason why you can't give full
11   and complete testimony today?
12   A.   No.
13   Q.   And you haven't had any alcohol today?
14   A.   No.
15   Q.   And you're not on any medication that would
16   prevent you from testifying?
17   A.   No.
18   Q.   Okay. With that out of the way. What is your
19   educational background?
20   A.   High school and some college.
21   Q.   Okay. And where did you go to high school?
22   A.   Hall High School in Little Rock.
23   Q.   Okay. And what year did you graduate?
24   A.   1996.
25   Q.   And where did you attend college?

Case 4:18-cv-00342-KGB   Document 212-20   Filed 12/20/21   Page 4 of 6

Erika Robbins 3/2/2020                                  Donna Cave, et al. v. Anne Orsi, et al.

Page 29

1  to eat seafood on the Capitol?
2  A.  No.  That's one thing I really like to do by
3  myself.
4  Q.  Okay.  All right.  So that was the last time that
5  you've been to the Capitol grounds?
6  A.  That I recall.
7  Q.  Do you recall the time before that?
8  A.  I don't.  I've been to the Capitol many times.
9  Q.  How many times would you estimate that you've been
10 on a yearly basis since 2015?
11 A.  Four to five.  Oh, actually counting the seafood,
12 10 a year.
13 Q.  So 10 times a year?
14 A.  Yes.
15 Q.  And when you go eat seafood do you usually go with
16 someone else?
17 A.  No, I usually go by myself.
18 Q.  Okay.
19 A.  That way you can eat seafood and it go everywhere
20 and --
21 Q.  Okay.
22 A.  It's not the most graceful thing to eat.
23 Q.  Okay.  I may have some more questions about your
24 visits.
25 A.  Sure.

Page 30

1  Q.  But let me ask you.
2       MR. CANTRELL:  I'll tell you what.  Why
3  don't we -- let's take a little break.  I've
4  realized I didn't bring my deposition
5  stickers.  So let's take a little break and
6  then we'll reconvene in just a few minutes.
7  A.  Okay.
8       MR. CANTRELL:  So we're off the record.
9       THE VIDEOGRAPHER:  We're off the record
10 at 9:43 a.m.
11      (A recess was had.)
12      THE VIDEOGRAPHER:  We're back on the
13 record at 10:02 a.m.
14 BY MR. CANTRELL:
15 Q.  So we are back on the record.  Ms. Robbins, I'm
16 going to hand you what I've marked as Exhibit 1.  This
17 is a map of the Capitol grounds that we've used in some
18 other depositions.
19      (Deposition Exhibit 1 was marked.)
20 Q.  So I want to ask you a little bit more
21 specifically about some of your visits to the Capitol
22 grounds.  Whenever you have been to the Capitol grounds
23 for the rallies, and you say that you've walked around
24 the Capitol, you said it was on the sidewalk around the
25 Capitol?

Page 31

1  A.  Yes.
2  Q.  Okay.  And would that have been the sidewalk
3  immediately around the perimeter of the Capitol Building
4  that you walked on?
5  A.  Yes.
6  Q.  Okay.
7  A.  And the ones that are on the other side of the
8  street.
9  Q.  Okay.  You say "the other side of the street?"
10 A.  Meaning the street that goes along under the
11 tunnel where the Capitol is.  There's another walkway
12 that goes in front of there.
13 Q.  Okay.  So you're referencing -- you're referencing
14 the -- it's a long, straight sidewalk to the front of
15 the Capitol Building?
16 A.  Correct.
17 Q.  Okay.  And whenever you took that walk, for what
18 purpose did you take that walk around the building?
19 A.  Just to walk.
20 Q.  Okay.  Any other reason why you would have chosen
21 to do it?
22 A.  I enjoy the landscaping.
23 Q.  Okay.  Anything else?
24 A.  Not anything in particular, other than when we
25 went to go look at the Ten Commandments monument.

Page 32

1  Q.  I'm sorry.  Can you say that one more time?
2  A.  Not anything that I went to look at in particular
3  on the grounds other than when we specifically went to
4  look at the 10 Commandments monument.
5  Q.  Okay.  And when was that that you went to look at
6  the 10 Commandments monument?
7  A.  The first time was the day that it was installed.
8  Q.  Okay.
9  A.  The second time it was installed.
10 Q.  Okay.  So it was installed and then it was run
11 over and then another was installed.  You're saying it
12 was that --
13 A.  Correct.
14 Q.  -- a visit to see that version of it.
15      Okay.  And whenever you went to see the monument
16 that day, do you recall the route you took across the
17 grounds?
18 A.  I parked behind the Capitol.  There are a couple
19 of public parking places that are -- it is -- I believe
20 it's close to the 23 that's on your map, the 21 and 23.
21 There are three or four public parking places that are
22 right there.  And I parked there that day.
23 Q.  Okay.  And you walked from there to?
24 A.  A very short walk to where the monument was from
25 there.

Case 4:18-cv-00342-KGB   Document 212-20   Filed 12/20/21   Page 5 of 6

Erika Robbins 3/2/2020                              Donna Cave, et al. v. Anne Orsi, et al.

Page 33

1  Q. Okay. Did you go to see any other monuments that
2  day?
3  A. **I did. The Internal Flame one that's on the side**
4  **of the Capitol close was to the 6th.**
5  Q. Any other monuments?
6  A. **Not that I recall.**
7  Q. And what was the purpose of your visit that day?
8  A. **To see what was being installed.**
9  Q. Okay. And do you remember how -- well, you say,
10 "To see what was being installed," you mean the Ten
11 Commandments monument itself?
12 A. **Correct.**
13 Q. Okay. And do you recall how soon it was after the
14 installation that you went to see it?
15 A. **I was there when they were mounting it on the**
16 **spikes.**
17 Q. Okay. So is this the same visit?
18 A. **Yes.**
19 Q. Okay. So you were there the day of the
20 installation?
21 A. **Correct.**
22 Q. How long were you there?
23 A. **I was there for several hours that day on the**
24 **bench right beside it.**
25 Q. Okay.

Page 34

1  A. **It wasn't installed when we thought it was going**
2  **to be installed, so it took quite a while.**
3  Q. Okay. Do you recall what time you were there?
4  A. **I believe I got there close to 7:30 in the**
5  **morning. It might have been a little bit earlier.**
6  Q. And do you recall what time you would have left?
7  A. **After all of the ceremonies were done. And I**
8  **don't remember exactly what time that was.**
9  Q. And by "the ceremony" do you mean like an
10 installation ceremony held there in front of the
11 monument?
12 A. **Yes.**
13 Q. Okay. Were you with anyone else on that visit?
14 A. **Doug Misicko was there.**
15 Q. Anyone else?
16 A. **No, not early in the morning. Mason joined us**
17 **later.**
18 Q. And you're referring to Mason --
19 A. **Hargett.**
20 Q. -- Mason Hargett. And your purpose that day was
21 to see the Ten Commandments being installed?
22 A. **Correct.**
23 Q. Okay. Let me -- I don't mean to jump around. Let
24 me ask you when you go to the seafood restaurant, you
25 get your food and you take it to the Capitol grounds,

Page 35

1  can you point on the map to where or direct us on the
2  map to where you sit?
3  A. **So most of the time I park in the same area that I**
4  **parked when we went to go see the monument that day.**
5  **Generally on Saturdays it's pretty empty there. But**
6  **still there's not a whole lot of public parking. I used**
7  **to go down where the picnic tables are right behind that**
8  **that. It would be right behind where the Ten**
9  **Commandments monument, the hill that goes down behind**
10 **it, and very close to that parking place.**
11 Q. And so you're parking, so you're driving onto the
12 Capitol grounds --
13 A. **Correct.**
14 Q. -- from elsewhere?
15 A. **Yes.**
16 Q. Okay. Is there a route that you normally take in
17 your car when you're driving onto the Capitol grounds or
18 through the Capitol grounds?
19 A. **Not one specifically.**
20 Q. Okay. So the day of the protest -- excuse me --
21 the day of the installation was there a protest?
22 A. **There were people there in opposition to the**
23 **monument being erected.**
24 Q. Okay. And can you tell me about that group of
25 people?

Page 36

1  A. **I didn't know any of those people.**
2  Q. Okay.
3  A. **There were several different people from all over**
4  **the state.**
5  Q. How did you learn that there were people from all
6  over the state?
7  A. **They talked about it.**
8  Q. So you spoke with them?
9  A. **Somewhat.**
10 Q. Okay.
11 A. **And I overheard conversations.**
12 Q. Okay. Can you describe what the protest was like?
13 A. **People with signs and people standing watching**
14 **what was going on. I wouldn't consider it much of a**
15 **loud protest. There wasn't any yelling against it.**
16 **There weren't people screaming.**
17 Q. Okay. Did you join in the protest?
18 A. **No.**
19 Q. Okay. I'm going to hand you what I've marked as
20 Exhibit 2.
21         (Deposition Exhibit 2 was marked.)
22 Q. And I'll ask you if you recognize that?
23 A. **I do.**
24 Q. Okay. Does this appear to be a photograph of the
25 Ten Commandments monument?

Erika Robbins 3/2/2020                              Donna Cave, et al. v. Anne Orsi, et al.

```
                                    Page 101
 1        WITNESS SIGNATURE PAGE
 2
 3        I, ERIKA ROBBINS, the witness, hereby certify that
 4   I have thoroughly read the transcript of my deposition
 5   taken on the 2nd day of March, 2020, and have made any
 6   necessary changes or corrections to make the transcript
 7   a true and accurate accounting of my testimony given on
 8   that day.
 9
10
11              Signature
12
                Date
13
          ******************************
14
     STATE OF            *
15                       * ss.
     COUNTY OF           *
16
17        SUBSCRIBED AND SWORN TO before me, a Notary Public
18   in and for            County,       .
19   Given under my hand and seal of office on this    day
20   of        , 2020.
21
22
23
24   My commission expires           .
25
```

```
                                    Page 102
 1        REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3        I, JEFF BENNETT, LS No. 19, Certified Court
 4   Reporter in the State of Arkansas, certify that the
 5   foregoing pages 1 through 98 constitute a true and
 6   correct copy of the original deposition of ERIKA ROBBINS
 7   taken on March 2, 2020.
 8        I declare under penalty of perjury under the laws
 9   of the State of Arkansas that the foregoing is true and
10   correct.
11        Dated this 9th day of April, 2020.
12
13        Jeff Bennett
          Jeff Bennett, CCR, LS No. 19, Notary
14        Public in and for Saline County, Arkansas
15   My Commission expires November 29, 2020.
```



26 (Pages 101 to 102)