# Speak of the Devil

## How The Satanic Temple Is Changing the Way We Talk About Religion

JOSEPH P. LAYCOCK

OXFORD
UNIVERSITY PRESS

Def.'s Ex. 21

invocation in Phoenix—Michelle Shortt, an alternative model, would deliver the invocation, and Stu de Haan, a criminal defense attorney, would provide legal representation.[69] In a 2018 interview, Shortt said she had no regrets but remarked, "Looking back I feel so naive making a decision that would change everything about my life."[70]

Their request was initially granted at the recommendation of the city's attorney, and Shortt was scheduled to deliver a prayer invocation on February 17, 2016. But almost immediately some members of the City Council objected that this was "a gimmick" meant to stop all prayer invocations and suggested the city face a lawsuit rather than capitulate.[71] Four members of the City Council, led by Sal DiCiccio, set to work drafting new rules for prayer invocation with an emergency clause that would make them go into effect immediately in order to "disinvite" TST.

On February 3 a televised City Council meeting was held to discuss ending the tradition of prayer invocations and replacing them with a moment of silence. The meeting lasted three hours in which over fifty people, including numerous pastors, gave public testimony. De Haan compared the meeting to "a medieval witch hunt happening before my eyes."[72] Many speakers claimed that the United States was founded as an explicitly Christian nation and that there was no requirement to tolerate other religions. Some wept and described the situation in overtly supernatural terms, warning that the land would be "cursed" if Christian invocations stopped. Cindy Petkovich, founder of a deliverance ministry that practices "strategic level" spiritual warfare, claimed to have spent thousands of hours ministering to people who have been damaged by Satanists.[73] She urged the Council to continue offering Christian prayers out loud and not to invite in a "strange God."

Several speakers and Council members challenged whether TST had standing to offer an invocation. They objected that Shortt and De Haan were "outsiders" from Tucson. Some claimed TST was not a religion, including Sal DiCiccio who opined, "It's a cult. It's not a real religion. It just isn't." Monica Dennington, who runs an evangelical YouTube channel, claimed TST is a hate group because modeling photos she had discovered on Shortt's social media constituted hate speech against women. Dennington told the Council, "You will see images of Michelle Shortt in bondage, in nudity, in all kinds of positions that are not appropriate and that are degrading to another minority group, which is women and girls. We cannot stand by while a hate group which promotes violence against women stands up and gives your invocation." Dennington was especially incensed by a photo taken for the "Tucson

Maidens of Metal" calendar in which Shortt appeared to cut the throat of another model. Although the photo had obviously been done with makeup and stage blood, Dennington equated it with actual decapitations perpetrated by ISIS stating, "It's [the photo] considered by a woman like me to be terrorism." DiCiccio furthered this comparison, telling local news, "Well, ISIS is evil. What is Satan?"[74]

A minority of speakers advocated for the moment of silence, including Dianne Post. A veteran explained that in Iraq he had seen people killing each other because they refused to accept religious difference. Another veteran cited survey data indicating that most Phoenix residents are not church-attending Christians and argued that those speaking amounted to an intolerant minority. He added, "The Satanists want you to do what you're doing. They want you to show your true colors."

In the end, the Council voted in a 5-4 decision to adopt the moment of silence rather than allow Shortt to give the invocation. De Haan expressed surprise that the Council would really end a sixty-five-year-old tradition just to prevent one Satanic invocation. Shortt told reporters, "I think it's a little excessive."[75] The rightwing website *World Net Daily* framed the moment of silence as a victory, announcing,

> Satanists who thought they outsmarted the Phoenix City Council and cowed them with subtle threats of legal action into allowing them the right to deliver invocations, along with leaders of Christian churches, at the beginning of local government gatherings were thwarted at the last minute when governing officials decided to go with a moment of silence instead.[76]

But TST was anything but discouraged. De Haan offered to arrange Satanic invocations in the Arizona cities of Tucson, Sahuarita, Chandler, and Scottsdale. Soon the entire situation began to repeat itself in Scottsdale. The city initially scheduled a Satanic invocation for April 5, 2016.[77] But when Mayor Jim Lane began to receive thousands of emails condemning TST's invocation, he announced that the city was seeking "a clean path, one that is legal" that could reject the Satanists.[78]

Back in Phoenix, the city held another vote on March 3 and passed a new rule that only chaplains from the Phoenix police and fire departments may deliver invocations. With this move, which the city's attorney felt would probably be declared constitutional, Phoenix was finally free to hold exclusively Christian prayers without having to allow prayers from Satanists or any other

religious minorities.[79] TST initially threatened to sue, but Scottsdale became the focus of TST's legal resources.

The April 5 invocation in Scottsdale was rescheduled to July 6. In late May, Scottsdale cancelled the invocation, explaining that only institutions "with a substantial connection to the Scottsdale community" may offer prayers.[80] A student pastor from a local Baptist church was given the July 6 slot instead. This policy had not existed previously, and De Haan argued this was a clear case of religious discrimination. He began consulting with attorneys from the Freedom From Religion Foundation in preparation for a lawsuit. In November 2016, Mayor Jim Lane issued flyers for his re-election campaign. Among his five accomplishments was listed, "Stopped so called 'Satanists' from mocking City Hall traditions with a 'prayer.'"[81]

## Florida

In Florida, TST's invocation drew the attention of a David Suhor, who had been protesting the Christian monopoly on local prayer invocations since 2014. In October 2015, Suhor attended a meeting of the Okaloosa County School Board that was preceded by a prayer meeting with five pastors. Suhor walked to the front of the room and interrupted the pastors by giving an eclectic invocation of his own, calling on Yahweh as well as numerous gods and mythological figures. For a moment Suhor's prayer was met with stunned silence. Then the room exploded into shouted impromptu prayers. A video showed the dueling invocations escalating for fifteen minutes: the audience began to sing hymns, clap, and even speak in tongues. Suhor continued to quietly recite his eclectic selection of prayers. Eventually two men began to shout prayers of exorcism in Suhor's face. Footage of the event reveals both Suhor's almost unfathomable tenacity and the incredible entrenchment of Christianity within the local Florida government.[82]

The following year Suhor co-founded TST-West Florida. After nearly six months of paperwork, Suhor was scheduled to give a Satanic invocation on July 14, 2016. As in Phoenix, a special meeting was held to discuss whether a Satanic invocation would actually be allowed. Once again, some citizens claimed the invocation would curse their town. Terrorism was invoked again with one woman pointing to Suhor and declaring, "That person right there is a representative of ISIS."[83] On July 14, Suhor arrived in a hooded black robe to a council chamber filled with Christian demonstrators who began

shouting the words of the Our Father. Someone even splashed holy water on the podium.[84] Suhor waited for nearly two minutes for them to stop. When the Council president asked the crowd to be quiet, an elderly man responded, "No! He's gonna pronounce curses on us! And you!" The president then had police escort demonstrators who would not be quiet out of the room. One woman shouted, "This is not a constitutional right!" as she was ushered out.[85] Suhor is a musician and has a background in liturgical music. When he finally approached the podium, he blew a note on a pitch pipe before delivering Greaves's invocation to the tune of "The Lord's Prayer" composed by Albert Malotte. This was the first time TST's invocation was given at a public meeting. The remaining demonstrators kept prayers to a low mutter. The man who claimed Suhor was pronouncing a curse stood less than an arm's length behind him whispering, "I bind thee, Satan!" Council member Gerald Wingate walked out in protest. He later explained, "You've got somebody who is worshiping Satan and who is coming in when the majority of us in this area serve God."[86] When he finished, Suhor removed his robe, revealing a sensible T-shirt and khakis, sat down, and waited for an opportunity to speak. He also held up a sign that read "Matthew 6:5–6," a passage in which Jesus instructs his disciples not to pray "like the hypocrites." He later approached the podium and urged the Council to stop pushing "Christian privilege" and to adopt a moment of silence that would "let everyone pray—or not—according to their own conscience."[87] Like Scottsdale, Pensacola had no written policy for prayer invocations. In February 2017, the City Council voted to limit prayer invocations to a list of local religious organizations maintained by the city clerk. Suhor said that he must be put on the list or he would sue.[88]

Suhor has continued a series of provocations meant to call attention to the loopholes used to maintain a Christian monopoly over prayer invocations. He requested to give an invocation before a meeting of the Emerald Coast Utilities Authority (ECUA) but was told that only board members may give invocations. The ECUA's attorney advised that invocations be given *before* meetings are called to order. Chairwoman Louis Benson argued that this move accommodated Suhor because those who did not wish to hear a Christian invocation could still attend the full meeting. So, on August 24, 2017, Suhor arrived before a meeting wearing an inverted cross, stood at the front of the room, and began to deliver the TST invocation. When told to be silent, he asked whether the meeting had begun. After being told it had not, Suhor continued and explained that he was merely exercising his

right to pray in a public place. A guard began to physically drag Suhor away, when Benson banged her gavel and said, "I call this meeting to order." At this, Suhor said, "Thank you, I will be silent," and sat down. But then Benson began giving an invocation, so Suhor stood back up and began to chant the "Hare Krishna" mantra. The guard again began trying to remove Suhor, who again asked whether the meeting was in order. Benson said that the meeting was currently in recess. Suhor refused to sit down and was dragged away by two guards. Suhor's point seemed clear: the prayer invocation was not technically part of the meeting, but in practice, it was impossible to tell when the meeting had begun and when it had not, making this distinction meaningless.[89] In February 2018, Suhor returned to an ECUA meeting and again prayed aloud—this time reciting the Our Father—explaining that he would sit down when the meeting was called to order. He was arrested and found guilty of trespassing and resisting arrest. Suhor announced plans to appeal and to sue the ECUA for violating his right to free speech.[90] In April 2019, Suhor's conviction was overturned although Benson insisted she was right to have him arrested.[91]

## Other Invocations

In contrast to the turmoil that ensued in Florida, a community in Alaska allowed a TST member to give an invocation with minimal disruption. In August 2016, a month after Michelle Shortt had been scheduled to give an invocation in Scottsdale, college student Iris Fontana gave the TST invocation before the Kenai Peninsula Borough Assembly meeting. One assembly member walked out, but most were described as indifferent. Blaine Gilman, the head of the Assembly, explained that while he found the Satanic prayer "sort of offensive," it was important to protect the freedoms of speech and religion. Fontana told reporters, "I actually was very impressed at their reaction."[92]

There were attempts to stoke outrage over the invocation, but they gained little traction. Church Militant, a rightwing Catholic news group that reports frequently on TST, claimed the invocation was "using religion as a cloak" to "mock Catholic worship."[93] There were rumors that local Catholics would perform an exorcism to counteract the invocation. Instead, a small group of Catholic activists convened and protested a local Planned Parenthood where they clashed with counter-protestors. Catholic activist Toby Burk spoke of

"the two evils" in the community of abortion and the invocation.[94] This response suggests an effort to channel excitement over a Satanic invocation into an existing pro-life agenda.

In October 2016, the Borough Assembly passed new rules stating that only local groups that meet for "the primary purpose of sharing a religious perspective" may gave invocations. This language appears to have been motivated by claims that TST is not *truly* religious but actually political. The ACLU of Alaska sued, pointing out that this language deliberately excludes atheists and similar minority groups, thereby failing to comply with *Greece v. Galloway*. In October 2018, an Alaska superior court struck down the new rules as unconstitutional and Fontana went on the schedule to give a second invocation.[95]

In October 2016, Boston became the next invocation battleground. The Boston city council uses a system in which each council member may invite two to three speakers a year to give the invocation. Ideally, council members invite leaders who have benefited their district. Travis LeSaffre of TST-Boston requested to give an invocation, but was rejected.[96] C.J. Doyle, who had spoken out against the Harvard black mass two years earlier, objected that *The Boston Globe* would even cover "the complaint by a fringe group of cultists" perpetuating "a series of attacks upon Catholics, who comprise, nearly, half the population of Massachusetts."[97] LeSaffre requested to give an invocation again in August 2017 but was ignored. In October the chapter threatened to sue.[98]

In November 2016, a TST member applied to give an invocation before a meeting of the Austin City Council. Once again, conservatives lobbied for new rules that would make it harder for minority groups to give invocations. Councilwoman Ellen Troxclair opined, "[TST] purposefully goes around to cities trying to get on the invocation list and if they're denied they seek to file a lawsuit."[99] By this time Stu de Haan had been promoted to TST's National Council. De Haan pointed out that TST was threatening more lawsuits over invocations than it had the resources to follow through on and the organization was in danger of earning a reputation for idle threats. He urged local chapters to *stop* requesting prayer invocations so that the national organization could focus on suing the city of Scottsdale. This effectively stopped the explosion of invocation cases. However, Malcolm Jarry decided to revisit the Boston chapter's case where Council members invite speakers. He attempted to explain to the City Council's attorney why their policy was discriminatory. After this failed, in February 2019, he filed a complaint with the