

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**Minimum Fee: $15.00**

## Articles of Amendment
(General Laws, Chapter 180, Section 7)

**Identification Number:** 001299281

**We,** DOUGLAS MISICKO   **X** President   __ Vice President,

**and** DOUGLAS MISICKO   **X** Clerk   __ Assistant Clerk,

of THE SATANIC TEMPLE
located at: 64 BRIDGE STREET   SALEM, MA 01970 USA

**do hereby certify that these Articles of Amendment affecting articles numbered:**

**X** Article 1      __ Article 2      __ Article 3      __ Article 4

*(Select those articles 1, 2, 3, and/or 4 that are being amended)*

of the Articles of Organization were duly adopted at a meeting held on 5/23/2019, by vote of: 1 members, 0 directors, or 0 shareholders,
being at least two-thirds of its members/directors legally qualified to vote in meetings of the corporation (or, in the case of a corporation having capital stock, by the holders of at least two thirds of the capital stock having the right to vote therein):

### ARTICLE I

The exact name of the corporation, *as amended*, is:
*(Do not state Article I if it has not been amended.)*

THE SATANIC TEMPLE, INC.

### ARTICLE II

The purpose of the corporation, *as amended*, is to engage in the following business activities:
*(Do not state Article II if it has not been amended.)*

### ARTICLE III

A corporation may have one or more classes of members. **As amended,** the designation of such classes, the manner of election or appointments, the duration of membership and the qualifications and rights, including voting rights, of the members of each class, may be set forth in the by-laws of the corporation or may be set forth below:

### ARTICLE IV

***As amended,*** other lawful provisions, if any, for the conduct and regulation of the business and affairs of the corporation, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the business entity, or of its

directors or members, or of any class of members, are as follows:
*(If there are no provisions state "NONE")*

The foregoing amendment(s) will become effective when these Articles of Amendment are filed in accordance with General Laws, Chapter 180, Section 7 unless these articles specify, in accordance with the vote adopting the amendment, a *later* effective date not more than *thirty days* after such filing, in which event the amendment will become effective on such later date.

**Later Effective Date:**

**Signed under the penalties of perjury, this   24 Day of May, 2019,  DOUGLAS MISICKO , its  , President / Vice President,**
**DOUGLAS MISICKO , Clerk / Assistant Clerk.**

© 2001 - 2019 Commonwealth of Massachusetts
All Rights Reserved

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

May 24, 2019 01:19 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*