Case 4:18-cv-00342-KGB   Document 219-2   Filed 01/10/22   Page 1 of 6

Erika Robbins 3/2/2020                        Donna Cave, et al. v. Anne Orsi, et al.

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


DONNA CAVE, JUDITH LANSKY, PAT PIAZZA AND SUSAN RUSSELL
      Plaintiffs,

ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER AND WALTER RIDDICK
      Consolidated Plaintiffs

THE SATANIC TEMPLE, DOUG MISICKO A/K/A "LUCIEN GREAVES" AND ERIKA ROBBINS.
      Intervenors

vs.                                     Case No. 4:18-CV-00342KGB

JOHN THURSTON, ARKANSAS SECRETARY OF STATE, IN HIS OFFICIAL CAPACITY.
      Defendant.


ORAL DEPOSITION OF ERIKA ROBBINS


APPEARANCES:

    MR. MATTHEW KEZHAYA, ESQ.
      Kezhaya Law
      1202 NE McClain Road
      Bentonville, Arkansas  72712

      *** For the Satanic Plaintiffs ***

    MR. DARRYL E. "CHIP" BAKER, ESQ.
    MR. J.G. "GERRY" SCHULZE, ESQ.
      Baker, Schulze, Murphy & Patterson
      2311 Biscayne Drive, No. 300
      Little Rock, Arkansas  72227

      *** For the Orsi Plaintiffs ***

Case 4:18-cv-00342-KGB   Document 219-2   Filed 01/10/22   Page 2 of 6

Erika Robbins 3/2/2020                                Donna Cave, et al. v. Anne Orsi, et al.

Page 2

1  APPEARANCES (CONTINUED):

2       MR. MICHAEL A. CANTRELL, ESQ.
        MR. GARY SULLIVAN, ESQ.
3           Arkansas Attorney General's Office
            323 Center Street, Suite 200
4           Little Rock, Arkansas  72201; and

5       MS. LEA PATTERSON, ESQ.
            First Liberty
6           2001 West Plano Parkway, Suite 1600
            Plano, Texas  75075
7
                *** For the Defendant ***
8

9
   ALSO PRESENT:
10      Mason Hargett

11

12

13

14

15

16

17

18

19

20

21

22      TAKEN BEFORE Jeff Bennett, Certified Court
   Reporter, LS Certificate No. 19, Bushman Court
23 Reporting, 620 West Third Street, Suite 302, Little
   Rock, Arkansas 72201 on March 2, 2020 at the Arkansas
24 Attorney General's Office, 323 Center Street, Suite 200,
   Little Rock, Arkansas commencing at 9:07 a.m.
25

Case 4:18-cv-00342-KGB   Document 219-2   Filed 01/10/22   Page 3 of 6

Erika Robbins 3/2/2020                              Donna Cave, et al. v. Anne Orsi, et al.

Page 3

1  I N D E X

2  WITNESS SWORN: ERIKA ROBBINS

3                                                            Page

4  Examination by Mr. Cantrell                               6

5  Examination by Mr. Kezhaya                                85

6  Re-Examination by Mr. Cantrell                            86

12                        EXHIBITS

13 Exhibit 1                                                 30

14 Exhibit 2                                                 36

15 Exhibit 3                                                 82

16 Exhibit 4                                                 84

23 Certificate                                               99

24 Witness' Signature                                        100

...

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 4

1      ANSWERS AND DEPOSITION OF ERIKA ROBBINS, a witness
2  produced at the request of Defendant, taken in the above
3  styled and numbered cause on the 2nd day of March, 2020,
4  before Jeff Bennett, Certified Court Reporter, LS
5  Certificate No. 19, a Notary Public in and for Saline
6  County, Arkansas, taken at the offices of the Arkansas
7  Attorney General's Office, 323 Center Street, Suite 200,
8  Little Rock, Arkansas at 9:07 a.m.
9                  S T I P U L A T I O N S
10     IT IS STIPULATED and AGREED by and between the
11 parties through their respective counsel that the
12 deposition of ERIKA ROBBINS may be taken at the time and
13 place designated pursuant to the Federal Rules of Civil
14 Procedure.
15                       ERIKA ROBBINS
16     The witness hereinbefore named, having been duly
17 cautioned and sworn or affirmed to tell the truth, the
18 whole truth, and nothing but the truth, testified as
19 follows:
20
21
22
23
24
25

Case 4:18-cv-00342-KGB   Document 219-2   Filed 01/10/22   Page 5 of 6

Erika Robbins 3/2/2020                               Donna Cave, et al. v. Anne Orsi, et al.

Page 68

1   A.    I think the third one was when we were picking
2   out -- four, because I went to another one for the Gold
3   Star families.  I just wanted to hear how that went.
4   Q.    Okay.  And so was it after the first -- was that
5   the first meeting you attended that you met Doug Misicko
6   and --
7   A.    And Mason.  Yes.
8   Q.    -- and Mason.
9         Okay.  Did you do anything to assist with the
10  Satanic Temple's application to place the Baphomet
11  statue on the Arkansas State Capitol grounds?
12  A.    No.
13  Q.    How many -- do you know any other members of the
14  Satanic Temple in Arkansas, other than I think you said
15  you believe Mason is a member; do you know any others?
16  A.    Not personally.  We've got many in the state, but
17  I don't know any personally other than Mason.
18  Q.    Okay.  What do you know about the leadership of
19  the Satanic Temple?
20  A.    Can you rephrase the question?
21  Q.    Sure.  Who are the leaders of the Satanic Temple?
22  A.    Well, there are two cofounders; Lucien Greaves and
23  Malcolm Jarry.  And aside from that, there's a national
24  council and then the state chapters.
25  Q.    Do you know anyone on the national council.

Case 4:18-cv-00342-KGB   Document 219-2   Filed 01/10/22   Page 6 of 6

Erika Robbins 3/2/2020						Donna Cave, et al. v. Anne Orsi, et al.

Page 102

1	REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3	I, JEFF BENNETT, LS No. 19, Certified Court
4	Reporter in the State of Arkansas, certify that the
5	foregoing pages 1 through 98 constitute a true and
6	correct copy of the original deposition of ERIKA ROBBINS
7	taken on March 2, 2020.
8	I declare under penalty of perjury under the laws
9	of the State of Arkansas that the foregoing is true and
10	correct.
11	Dated this 9th day of April, 2020.

12
13	_____
	Jeff Bennett, CCR, LS No. 19, Notary
14	Public in and for Saline County, Arkansas

15	My Commission expires November 29, 2020.