# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                           **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                                         **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                                **INTERVENORS**

v.                                              Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                                                                            **DEFENDANT**

## ORDER

The Court will conduct a telephonic status conference on Friday, February 18, 2022, at 1:30 p.m. CST. Any party or lawyer who believes that in-person argument or evidence are necessary to resolve a pending motion should file a status report informing the Court in advance of the hearing.

At the status conference, the Court will consider the request of certain parties to set a dispositive motion briefing schedule and trial date (*See* Dkt. No. 187). The Court will also hear argument on the following ripe motions:

| | |
|---|---|
| Dkt. No. 189 | Intervenors' motion to exclude Bugbee; or to permit a late subpoena (response at Dkt. No. 201) |
| Dkt. No. 190 | Intervenors' amended motion to exclude Bugbee; or to permit a late subpoena (responses at Dkt. Nos. 200, 201) (reply at Dkt. No. 206) |
| Dkt. No. 192 | Intervenors' motion to amend the scheduling order to allow the subpoenas; and for order to show cause (responses at Dkt. Nos. 200, 201, 202) (replies at Dkt. Nos. 206, 207) |
| Dkt. No. 195 | Non-Party Witness Senator John Rapert's motion to quash Intervenors' subpoena; or, in the alternative, for a protective order with incorporated brief (response at Dkt. No. 204) |

| | |
|---|---|
| Dkt. No. 196 | Non-Party American History and Heritage Foundation, Inc.'s motion to quash Intervenors' subpoena or in the alternative, for a protective order with incorporated brief (response at Dkt. No. 204) |
| Dkt. No. 199 | Intervenors' motion for order to show cause; or to compel production of information and documents from State Senator Bob Ballinger (response at Dkt. No. 200, 201, 205) (replies at Dkt. Nos. 206, 207) |
| Dkt. No. 203 | Intervenors' motion to compel production of documents (responses at Dkt. Nos. 208, 209, 210) (reply at Dkt. No. 216) |
| Dkt. No. 212 | Secretary Thurston's motion to compel responsive documents withheld by The Satanic Temple (response at Dkt. No. 217) (reply at Dkt. No. 219) |
| Dkt. No. 218 | Intervenors' motion to compel state documents (response at Dkt. No. 222) (reply at Dkt. No. 223) |

So ordered this the 31st day of January, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge