IN THE UNITED STATES DISTRICT CORUT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, et al., ) | |
|     Plaintiffs ) | |
| ) | |
| EUGENE LEVY, et al., ) | |
|     Consolidated Plaintiffs ) | |
| ) | Case No. 4:18-cv-00342-KGB |
| THE SATANIC TEMPLE, et al., ) | |
|     Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN THURSTON, Arkansas ) | |
| Secretary of State, in his official ) | |
| capacity, ) | |
|     Defendant. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Brian Kelsey, counsel for third-party American History and Heritage Foundation (AHHF), and states as follows in support of his Motion to Withdraw as Counsel:

On September 1, 2021, Mr. Kelsey filed a motion for admission *pro hac vice* in this Court for the limited purpose of resolving an issue related to the First Amendment protection of donor privacy. Dkt. 151. His motion was granted the following day. Dkt. 154.

Mr. Kelsey seeks to be removed from the case due to a shuffling of case responsibilities within Mr. Kelsey's law firm, the Liberty Justice Center (LJC). Daniel Suhr will continue to represent AHHF on behalf of LJC. His motion for admission *pro hac vice* was approved along with Mr. Kelsey's. Dkt. 154. In addition, AHHF will

continue to be represented by Travis Story and Gregory Payne of the Story Law Firm.

No party will be prejudiced or otherwise affected by Mr. Kelsey's withdrawal. Mr. Story and AHHF agreed to Mr. Kelsey's withdrawal in a telephonic conference on February 2, 2022. In accordance with Local Rule 83.5(f), notice was given to opposing counsel, and by email correspondence on February 2, 2022, all opposing counsel responded that they have no objection to the withdrawal. The relief requested in this Motion is sought in good faith and not for the purposes of delay.

Respectfully submitted,

By /s/ Daniel Suhr
Daniel R. Suhr
Brian K. Kelsey
Liberty Justice Center
141 W. Jackson Blvd., Suite 1065
Chicago, Illinois 60604
dsuhr@libertyjusticecenter.org
bkelsey@libertyjusticecenter.org
*Pro Hac Vice*

And

Travis W. Story, AR Bar No.: 2008274
travis@storylawfirm.com
Gregory F. Payne, AR Bar No.: 2017008
Story Law Firm. PLLC
greg@storylawfirm.com
2603 E. Main Drive, Suite 6
Fayetteville, AR 72704
*Attorneys for non-party AHHF*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, a true and correct copy of the foregoing Motion to Withdraw as Counsel is being served upon the all counsel of record via the Court's e-filing system.

/s/ Daniel R. Suhr