IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                            **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                    **INTERVENORS**

v.                     Case No. 4:18-cv-00342-KGB

**JOHN THURSTON**, Arkansas Secretary
of State, in his official capacity                                        **DEFENDANT**

## ORDER

Before the Court is Brain Kelsey's motion to withdraw as counsel for third-party American History and Heritage Foundation ("AHHF") (Dkt. No. 225). Mr. Kelsey states that AHHF will continue to be represented by other counsel with his law firm, the Liberty Justice Center (*Id.*, at 1). In addition, Mr. Kelsey states that AHHF will continue to be represented by Travis Story and Gregory Payne of the Story Law Firm (*Id.*, at 1-2). For good cause shown, the Court grants Mr. Kelsey's motion to withdraw as counsel for AHHF (*Id.*). The Court directs the Clerk to terminate Mr. Kelsey as counsel of record for AHHF.

So ordered this the 4th day of February, 2022.

                                                                         Kristine G. Baker
                                                                         United States District Judge