IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## ORDER

Before the Court is the motion of Vincent M. Wagner to withdraw as counsel for defendant John Thurston, Arkansas Secretary of State, in his official capacity, because his employment with the Arkansas Attorney General's office is ending (Dkt. No. 227). Mr. Wagner represents that Secretary Thurston will continue to be represented by other counsel of record in the case (*Id.*). For good cause shown, the Court grants Mr. Wagner's motion to withdraw as counsel for Secretary Thurston (*Id.*). The Court directs the Clerk of the Court to terminate Mr. Wagner as counsel of record for Secretary Thurston.

So ordered this the 15th day of February, 2022.

Kristine G. Baker
United States District Judge