IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| DONNA CAVE, JUDITH LANSKY, PAT PIAZZA AND SUSAN RUSSELL | PLAINTIFF |
| v.  CASE NO. 4:18CV342 KGB | |
| MARK MARTIN, ARKANSAS SECRETARY OF STATE, IN HIS OFFICIAL CAPACITY | DEFENDANT |

## MOTION TO WITHDRAW AS COUNSEL

Senior Assistant Attorney General William C. Bird respectfully requests permission to withdraw as counsel for the Defendant in this case. Mr. Bird is leaving his employment with the Office of the Attorney General effective May 6, 2022, and will no longer be involved in this case. Defendant will continue to be represented by their remaining attorneys of record in this case.

WHEREFORE, William C. Bird respectfully requests that the Court grant his motion to withdraw as counsel in this case.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By:  William C. Bird (Bar No. 2005149)
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-1317
Fax:    (501) 682-2591
Email: william.bird@arkansasag.gov

*Attorneys for Defendant*

1