# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                                    **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                                                      **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                                        **INTERVENORS**

v.                                                            Case No. 4:18-cv-00342-KGB

**JOHN THURSTON**, Arkansas Secretary
of State, in his official capacity                                                                                              **DEFENDANT**

## ORDER

Before the Court is the motion to withdraw as counsel for defendant John Thurston, Arkansas Secretary of State, in his official capacity, of Senior Assistant Attorney General William C. Bird because he is leaving his employment with the Arkansas Attorney General's office effective May 6, 2022 (Dkt. No. 232). Mr. Bird represents that Secretary Thurston will continue to be represented by other counsel of record in the case (*Id.*). For good cause shown, the Court grants Mr. Bird's motion to withdraw as counsel for Secretary Thurston (*Id.*). The Court directs the Clerk of the Court to terminate Mr. Bird as counsel of record for Secretary Thurston.

So ordered this the 18th day of July, 2022.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge