# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, et al.,** | **PLAINTIFFS** |
| **ANNE ORSI, et al.,** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, et al.,** | **INTERVENORS** |
| **v.** Case No. 4:18-cv-00342-KGB | |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

## CERTAIN PARTIES'[1] REQUEST FOR BRIEFING AND TRIAL SCHEDULE

Plaintiffs, Consolidated Plaintiffs, and Defendant John Thurston, in his official capacity ("the Parties") ask that the Court enter a briefing schedule with regard to anticipated motions for summary judgment and set this matter for trial.

This matter has been pending since May 2018. The discovery deadline has expired. Although the Parties anticipate receiving the Court's ruling on several pending discovery motions, at the last hearing the Court held in this matter, on February 18, 2022, the Court commented:

---

[1] The parties submitting this Joint Position Statement are Plaintiffs Donna Cave and Pat Piazza, Consolidated Plaintiffs Anne Orsi, American Humanist Association, Freedom from Religion Foundation, Inc., Arkansas Society of Freethinkers, Gale Stewart, Rabbi Eugene Levy, Rev. Victor H. Nixon, Teresa Grider, and Walter Riddick, and Defendant John Thurston.

> So generally what's going to happen is I'll enter an order that takes care of these discovery matters. If we're at the point then to set a dispositive motion date, I will. And I may just do it anyway and set it out far enough that whatever discovery needs to be had, or if I say no more discovery needs to be had, everybody then knows the date that I want dispositive motions filed. I may also set a trial date. Why? So everybody has their calendar clear and that's the date.

The Parties respectfully request that the Court establish the pertinent deadlines for the parties' dispositive motions and set a realistic trial date.

The Parties already have various commitments extending well into 2023 and desire a scheduling order that will move this case forward while avoiding any unnecessary conflicts. In particular, the Parties propose the following schedule with regard to anticipated motions for summary judgment:

| | |
|---|---|
| Deadline for filing dispositive motions | December 2, 2022 |
| Deadline for filing responses to dispositive motions | January 6, 2023 |
| Deadline for filing replies in support of dispositive motions | February 3, 2023 |
| Trial | Not before June 5, 2023 |

Pursuant to Local Rule 7.2, counsel for the Cave Plaintiffs conferred in good faith with counsel for Intervenors about this motion. Intervenors would be in favor of a dispositive briefing deadline that commenced in March 2023.

Respectfully submitted,

LAVEY AND BURNETT

By: *John L. Burnett*                                     .
      John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone:  (501) 376-2269
Facsimile:  (501) 372-1134
E-mail:  jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE

By: *Joshua D. Gillispie*                                     .
      Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone:  (501) 244-0700
Facsimile:  (501) 244-2020
E-mail:  josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Andrew G. Schultz*                                     .
      Andrew G. Schultz (*admitted pro hac vice*)
      Melanie B. Stambaugh (*admitted pro hac vice*)
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
E-mail:  aschultz@rodey.com
          mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

*Attorneys for Plaintiffs Donna Cave and Pat Piazza*

   *Electronically Approved 09/15/2022*   .
J.G. "Gerry" Schulze
Ark. Bar No. 83156
Attorney for the *Orsi* Plaintiffs
BAKER SCHULZE& MURPHY
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
Email: gschulze@b-s-m-law

LESLIE RUTLEDGE
Attorney General

Dylan L. Jacobs (2016167)
 Deputy Solicitor General

Michael A. Cantrell (2012287)
 Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
(501) 682-2007
Michael.Cantrell@ArkansasAG.gov

Hiram S. Sasser, III
Michael D. Berry
Lea E. Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*