# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                    **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                            **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                               **INTERVENORS**

v.                                   Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                                                                    **DEFENDANT**

## ORDER

The Court has under advisement the pending discovery motions, including but not limited to the Intervenors' motion to compel production of documents (Dkt. No. 203) and Secretary Thurston's motion to compel responsive documents withheld by The Satanic Temple (Dkt. No. 212). In these motions, the Intervenors challenge Secretary Thurston's claims of privilege and work product, and Secretary Thurston challenges The Satanic Temple's claims of attorney-client privilege and work product.

To aid in the Court's consideration of these motions the Court directs that on or before Tuesday, September 27, 2022:

(1) Secretary Thurston deliver in person or electronically to the Court *ex parte* and under seal for the Court's *in camera* review all documents he withholds that Intervenors challenge in their motion (Dkt. No. 203).

(2) The Satanic Temple deliver in person or electronically to the Court *ex parte* and under seal for the Court's *in camera* review all documents The Satanic Temple withholds that Secretary Thurston challenges in his motion (Dkt. No. 212).

So ordered this the 22nd day of September, 2022.

                                                          Kristine G. Baker
                                                          United States District Judge