IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| EUGENE LEVY, et al., ) | |
|     Consolidated Plaintiffs, ) | Case No. 4:18-cv-00342-KGB |
| ) | |
| THE SATANIC TEMPLE, et al., ) | |
|     Intervenors, ) | |
| v. ) | |
| ) | |
| JOHN THURSTON, Arkansas Secretary ) | |
| of State, in his official capacity, ) | |
|     Defendant. ) | |

## MOTION FOR RELEASE FROM FURTHER PARTICIPATION BY A NONPARTY WITNESS IN ONGOING LITIGATION

Travis W. Story of the Story Law Firm, PLLC, and Daniel R. Suhr with the Liberty Justice Center, as counsel for the non-party American History and Heritage Foundation, Inc. ("AHHF") and in support of its Motion to this Honorable Court for an order granting the release of AHHF from further participation in the ongoing above-captioned litigation, states and alleges as follows:

1. To date, the undersigned states that AHHF has been, and continues to be, designated by this court as a non-party witness to the underlying case with its participation limited only so far as to resolve discovery issues between the true parties in interest. By its Order of September 30, 2022, this Court, in finding that "TST has failed to demonstrate good cause for this Court to modify the scheduling Order and discovery deadline to permit [a] subpoena directed to AHHF," rejected TST's request to enforce said subpoena and for all intents and purposes ended consideration of any and all remaining issues with respect to subpoena[s] directed to AHHF. Dkt. No. 237, p. 27.

2. Likewise, the Court granted AHHF's Motion to Quash the last subpoena issued by TST

and further declined to consider, and therefore, denied as moot, any further issues regarding any subpoena issued to AHHF.  Dkt. 237, p. 31.

    3.  Therefore, further participation by AHHF as it relates to outstanding discovery issues in the pending litigation, should no longer be required not necessary.

    WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter an order granting relief to AHHF and its undersigned counsel from further participation by a nonparty witness in the ongoing above-captioned litigation, and for such other and further relief the Court deems just and proper.

    Respectfully submitted,

By  */s/ Travis W. Story*
Travis W. Story, AR Bar No.: 2008274
travis@storylawfirm.com
Story Law Firm. PLLC
2603 E. Main Drive, Suite 6
Fayetteville, AR  72704

And

Daniel R. Suhr
Liberty Justice Center
141 W. Jackson Blvd., Suite 1065
Chicago, Illinois 60604
dsuhr@libertyjusticecenter.org

Attorneys for non-party AHHF

## CERTIFICATE OF SERVICE

    I hereby certify that on December 9th 2022, a true and correct copy of the foregoing Motion For Release from Further Participation by a Nonparty Witness is being served upon the all counsel of record via the Court's e-filing system.

    */s/ Travis W. Story*
    Travis W. Story