IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, et al., | PLAINTIFFS |
| ANNE ORSI, et al., | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, et al., | INTERVENORS |
| v. | Case No. 4:18-cv-00342-KGB |
| JOHN THURSTON, Arkansas Secretary of State, in his official capacity | DEFENDANT |

**CERTAIN PARTIES' RENEWED REQUEST FOR**
**BRIEFING AND TRIAL SCHEDULE**

Plaintiffs Cave and Piazza, Consolidated Plaintiffs Orsi *et al.*, and Intervenor The Satanic Temple, *et al.*, ("the Parties") ask that the Court enter a briefing schedule with regard to anticipated motions for summary judgment and set this matter for trial.

This matter has been pending since May 2018. The discovery deadline has expired. On September 30, 2022, the Court issued an order (Dkt. No. 237) disposing of all remaining discovery motions. No other motions remain pending before the Court.

At the last hearing the Court held in this matter, on February 18, 2022, the Court commented:

1

> So generally what's going to happen is I'll enter an order that takes care of these discovery matters. If we're at the point then to set a dispositive motion date, I will. And I may just do it anyway and set it out far enough that whatever discovery needs to be had, or if I say no more discovery needs to be had, everybody then knows the date that I want dispositive motions filed. I may also set a trial date. Why? So everybody has their calendar clear and that's the date.

Now that the Court has resolved all remaining discovery matters, the Parties respectfully request that the Court establish the pertinent deadlines for the parties' dispositive motions and set a realistic trial date.

The Parties already have various commitments extending well into 2023 and desire a scheduling order that will move this case forward while avoiding any unnecessary conflicts. In particular, the Parties propose the following schedule with regard to anticipated motions for summary judgment:

| | |
|---|---|
| Deadline for filing dispositive motions | March 6, 2023 |
| Deadline for filing responses to dispositive motions | April 10, 2023 |
| Deadline for filing replies in support of dispositive motions | May 8, 2023 |
| Trial | Not before August 31, 2023 |

The Parties request that these proposed dates be moved back one week for every week past January 9, 2023, that a scheduling Order is issued.

Pursuant to Local Rule 7.2, counsel for the Cave Plaintiffs conferred in good faith with counsel for Defendant who indicated that he does not join in the present request.

Respectfully submitted,

LAVEY AND BURNETT

By: *John L. Burnett*
John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone:  (501) 376-2269
Facsimile:  (501) 372-1134
E-mail:  jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

GREEN & GILLISPIE

By: *Joshua D. Gillispie*
Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone:  (501) 244-0700
Facsimile:  (501) 244-2020
E-mail:  josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Andrew G. Schultz*
Andrew G. Schultz (*admitted pro hac vice*)
Melanie B. Stambaugh (*admitted pro hac vice*)
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:  (505) 765-5900

Facsimile: (505) 768-7395
E-mail: aschultz@rodey.com
mstambaugh@rodey.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

*Attorneys for Plaintiffs Donna Cave and Pat Piazza*


BAKER SCHULZE & MURPHY

By: *J.G. "Gerry" Schulze*
   J.G. "Gerry" Schulze (Arkansas Bar No. 83156)
2311 Biscayne Drive
Little Rock, AR 72227
Telephone (501) 537-1000
Fax (501) 537-1001
gschulze@b-s-m-law.com

*Attorneys for Orsi, et al. Consolidated Plaintiffs*

*Matt Kezhaya*
Matt Kezhaya, ABA # 2014161
Crown Law
100 S. Fifth St., Suite 1900
Minneapolis, MN 55402
479-431-6112
matt@crown.law

*Attorney for The Stanic Temple, et al., Intervenor*