IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*, **PLAINTIFFS**

**EUGENE LEVY**, *et al.*, **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*, **INTERVENORS**

v.                    Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                    **DEFENDANT**

## ORDER

Before the Court is certain parties' renewed request for briefing and trial schedule (Dkt. No. 239). Plaintiffs Donna Cave, Pat Piazzza, the consolidated Orsi plaintiffs, and intervenors The Satanic Temple, *et al.* (hereinafter "the Parties") ask the Court to enter a briefing schedule regarding anticipated motions for summary judgment and to set this matter for a trial (*Id.*, at 1). Defendant John Thurston, should he choose to do so, may file a response to the Parties' request for a briefing and trial schedule on or before January 4, 2023.

So ordered this the 29th day of December, 2022.

_____
Kristine G. Baker
United States District Judge