# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                 **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                           **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                **INTERVENORS**

v.                                          Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                                                                   **DEFENDANT**

## ORDER

Before the Court is certain parties' renewed request for briefing and trial schedule (Dkt. No. 239). Plaintiffs Donna Cave, Pat Piazzza, the consolidated Orsi plaintiffs, and intervenors The Satanic Temple, *et al.* (hereinafter "the Parties") ask the Court to enter a briefing schedule regarding anticipated motions for summary judgment and to set this matter for a trial (*Id.*, at 1). The Court agrees with setting a briefing schedule along the lines of the one proposed by the parties and sets the following deadlines:

(1)     Any party who chooses to do so may file a dispositive motion on or before March 6, 2023.

(2)     Any party who chooses to do so may file a response to any dispositive motion filed by any party on or before April 10, 2023.

(3)     Any party who chooses to do so may file a reply in support of any dispositive motion on or before May 8, 2023, without the need to seek leave of Court to file a reply.

Any additional briefing other than motions, responses, and replies regarding dispositive motions will require leave of Court. When the date for filing reply briefs passes, the Court will consider any pending dispositive motion ripe. The Court will enter a separate Amended Final

Scheduling Order setting other pre-trial deadlines and setting the case for trial on a date not before August 31, 2023.

So ordered this the 4th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge