IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, et al., | PLAINTIFFS |
| ANNE ORSI, et al. | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, et al., | INTERVENORS |
| V. | Case No. 4:18-cv-00342-KGB |
| JOHN THURSTON, Arkansas Secretary of State, in his official capacity | DEFENDANT |

**MOTION FOR MONICA MILLER TO WITHDRAW OF COUNSEL**

Consolidated Plaintiffs move for leave for Monica L. Miller to withdraw as counsel for Consolidated Plaintiffs in the above-captioned matter. The basis for this withdrawal is that as of December 8, 2022, Ms. Miller is no longer employed with the American Humanist Association. The undersigned attorney and Patrick Elliott will continue to represent Consolidated Plaintiffs in this matter.

Dated this 9th day of January 2023.

Respectfully submitted,

By   /s/ J.G. "Gerry"Schulze
       J.G. "Gerry" Schulze
AR Bar No.: 83156
Baker Schulze Murphy & Patterson
2311 Biscayne Drive, Suite 300
Little Rock, AR 72227
gerrysch@b-s-m-law.com

and

Patrick C. Elliott
Attorney at Law
WI Bar No.: 1074300
Freedom from Religion Foundation
Post Office Box 750
Madison, WI 53701
Phone: 608-230-8443
patrick@ffrf.org
Admitted Pro Hac Vice