IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                    **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                                   **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                       **INTERVENORS**

v.                                                    Case No. 4:18-cv-00342-KGB

**JOHN THURSTON**, Arkansas Secretary
of State, in his official capacity                                                                        **DEFENDANT**

## ORDER

Before the Court is the motion for Monica Miller to withdraw of counsel for the Consolidated Plaintiffs because she is no longer employed with the American Humanist Association (Dkt. No. 243). Counsel for Consolidated Plaintiffs, J.G. "Gerry" Schulze represents that the Consolidated Plaintiffs will continue to be represented by other counsel of record in the case (*Id*.). For good cause shown, the Court grants the motion for Ms. Miller to withdraw as counsel for the Consolidated Plaintiffs (Dkt. No. 243). The Court directs the Clerk of the Court to terminate Ms. Miller as counsel of record for Consolidated Plaintiffs.

So ordered this the 10th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge