IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, JUDITH LANSKY, PAT
PIAZZA, and SUSAN RUSSELL                                              PLAINTIFFS

v.                          Case No. 4:18-cv-00342 KGB

JOHN THURSTON, Arkansas Secretary
of State, in his official                                              DEFENDANT

### THIRD AMENDED FINAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

**1. TRIAL DATE**

This case is scheduled for **BENCH** trial[1] before United States District Judge Kristine G. Baker commencing at **9:00 a.m.** sometime during the week of **October 16, 2023**, in the Richard Sheppard Arnold United States Courthouse, Courtroom #4D, 500 West Capitol, Little Rock, Arkansas 72201.

Any trial conflicts will be addressed closer to this trial date, if the conflict has not been resolved.

**2. STATUS REPORT**

A status report must be filed with the Clerk's office on or before **August 17, 2023**. The report must include the date and results of any settlement conference, the settlement prospects, and an estimate of the length of trial.

**3. MOTION DEADLINE**

All motions, except motions for class certification and motions in limine, must be filed on or before **March 6, 2023**. Motions for summary judgment must comply with Federal Rules of Civil Procedure and Local Rules 7.2 and 56.1.

Motions filed pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), must be filed on or before **March 6, 2023**. They shall not be filed as a motion *in limine*.

Motions *in limine* must be filed on or before **October 2, 2023** and responses must be filed seven (7) days thereafter. Motions submitted after the deadline may be denied solely on that ground.

---

[1] The Court sets this matter for a bench trial pursuant to Dkt. Nos. 102 and 103.

Local Rule 7.2(b) requires that, within fourteen (14) days from the date copies of a motion and supporting papers have been served, any party opposing a motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities. Any reply to a response to a motion must be filed within seven (7) days of service of the response. The Court may or may not wait on the filing of a reply before ruling on the motion.

**4.    SETTLEMENT CONFERENCE REQUEST**

All requests for a settlement conference must be made on or before **September 1, 2023**.

**5.    PRETRIAL DISCLOSURE SHEET**

Pretrial disclosure sheets must be filed simultaneously by the parties according to the outline contained in Local Rule 26.2 no later than **September 25, 2023**. That witnesses and exhibits must be listed on the pretrial information sheet does not relieve a party of the obligation to provide the names of witnesses and exhibits in response to discovery requests.

Objections to opposing parties' pretrial disclosure sheets will be due on **October 2, 2023**.

**6.    TRIAL BRIEF**

All trial briefs must be filed no later than **September 25, 2023**. Responding trial briefs must be filed no later than **October 2, 2023**.

**7.    DEPOSITIONS TO BE USED AT TRIAL OTHER THAN FOR IMPEACHMENT**

The proffering party must designate the pertinent portions of a deposition to be used as evidence at trial by **September 25, 2023**. Counter-designations must be made by **October 2, 2023**. These designations need not be filed with the Court but should be exchanged by the parties.

Objections to any deposition or videotapes that will be used at trial must be made by written motion indicating the specific objection and its legal basis by **October 6, 2023**, with the response due **October 11, 2023**. Depositions to be read at trial must be marked as exhibits.

**8.    INSTRUCTIONS AND STATEMENT OF CASE OR PROPOSED FINDINGS AND CONCLUSIONS**

For bench trials, each party must submit to the Court on or before **October 9, 2023** proposed findings and conclusions.

**9.    STIPULATIONS**

The parties should stipulate in writing to the facts not in controversy on or before **October 9, 2023.**

**10. INTRODUCTION OF EXHIBITS**

Exhibits must be made available to all parties and reviewed by counsel prior to the trial date. Each party will provide to the Court three (3) copies of all exhibits, and each exhibit will be numbered for identification purposes. All exhibits must be listed in numerical sequence on the form available through the Court's website (See Court Forms - Civil Forms AO-187 Exhibit and Witness List). The lists must be submitted to the Courtroom Deputy thirty (30) minutes before the beginning of trial, with notations made on the Court's copy of the list noting exhibits to which there is an objection. The Court will receive all stipulated exhibits at the beginning of the trial.

If you anticipate using electronic equipment during trial, you must notify the Courtroom Deputy prior to your trial date. If you wish to bring electronic devices to the courthouse for any proceeding, please note Amended General Order No. 54.

**11. CONFLICTS OF INTEREST**

Counsel must promptly check the Court's list of financial interests on file in the U.S. District Court Clerk's Office to determine whether there is any conflict that might require recusal. If any party is a subsidiary or affiliate of any company in which the Court has a financial interest, bring that fact to the Court's attention immediately.

Please communicate with Tracy Washington at 501-604-5424 or tracy_washington@ared.uscourts.gov to ascertain your position on the calendar as the trial date approaches. In the event of settlement, advise Ms. Washington immediately. The case will not be removed from the trial docket until an order of dismissal has been entered.

**Dated:** Friday, January 27, 2023

                                              **AT THE DIRECTION OF THE COURT**
                                              **TAMMY H. DOWNS, CLERK**

                                              By: <u>Tracy M. Washington</u>
                                                      Courtroom Deputy