IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,** | |
| **PAT PIAZZA, AND SUSAN RUSSELL** | **PLAINTIFF** |
| | |
| **ANNE ORSI, AMERICAN HUMANIST** | |
| **ASSOCIATION, FREEDOM FROM** | |
| **RELIGION FOUNDATION, INC.,** | |
| **ARKANSAS SOCIETY OF FREETHINKERS,** | |
| **JOAN DIETZ, GALE STEWART, RABBI** | |
| **EUGENE LEVY, REV. VICTOR H. NIXON,** | **CONSOLIDATED** |
| **TERESA GRIDER, AND WALTER RIDDICK** | **PLAINTIFFS** |
| | |
| **THE SATANIC TEMPLE, DOUG MISICKO a/k/a** | |
| **"LUCIEN GREAVES," AND ERIKA ROBBINS** | **INTERVENORS** |
| | |
| **v.** | **CASE NO. 4:18-cv-342 KGB** |
| | |
| **JOHN THURSTON, ARKANSAS** | |
| **SECRETARY OF STATE, in his** | |
| **official capacity** | **DEFENDANT** |

## NOTICE OF APPEARANCE

Senior Assistant Attorney General Christine A. Cryer hereby enters her appearance as counsel for Defendant John Thurston, Arkansas Secretary of State in his official capacity, and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By: Christine A. Cryer
Ark. Bar No. 2001082
Senior Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-2029
Fax: (501) 682-2591
Email: christine.cryer@arkansasag.gov