IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 01 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| DONNA CAVE, *et al.*, | PLAINTIFFS |
| ANNE ORSI, *et al.*, | CONSOLIDATED PLAINTIFF |
| THE SATANIC TEMPLE, et al. | INTERVENORS |
| v.       Case No. 4:18-cv-00342 KGB | |
| JOHN THURSTON, Arkansas Secretary of State, in his official capacity | DEFENDANT |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Come Samuel T. Grover, an attorney and member of good standing of the Bar of Wisconsin, as well as the U.S. District Court for the Western District of Wisconsin, the U.S. District Court for the Western District of Texas, the U.S. District Court for the Southern District of Texas, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Fifth Circuit, and the U.S. Court of Appeals for the Seventh Circuit, and J.G. "Gerry" Schulze, a member of the Bar of this Court, pursuant to Local Rule 83.5, and move that Samuel T. Grover be admitted pro hac vice for the instant case on behalf of Plaintiffs. Pursuant to Local Rule 83.5, the petitioners designate J.G. "Gerry" Schulze as the local attorney with whom the Court may communicate regarding the conduct of this case.

The contact information for Samuel T. Grover is as follows:

Samuel T. Grover
Freedom From Religion Foundation
10 N. Henry St.

Madison, WI 53703
(608) 230-8445

Samuel T. Grover, by his signature on this motion, affirms to the Local Rules and the jurisdiction of this Court in matters of discipline.

Respectfully submitted,

/s/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze
Attorney for Plaintiffs
Ark. Bar No. 83156
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
gschulze@b-s-m-law.com
Tel. (501) 537-1000
Fax. (501) 537-1001

/s/ Samuel T. Grover
Samuel T. Grover
Freedom From Religion Foundation
10 N. Henry St.
Madison, WI 53703
(608) 230-8445
WI Bar No. 1096047



**Office of the Clerk**
**Arkansas Supreme Court**
**Arkansas Court of Appeals**
**Justice Building**
**625 Marshall Street**
**Little Rock, AR 72201**

## PROOF OF PAYMENT OF NON-RESIDENT ATTORNEY FEE

Pursuant to Rule XIV of the Arkansas Rules Governing Admission to the Bar, payment in the amount of $200.00 was made to the Clerk of the Supreme Court on February 14, 2023, on behalf of Samuel Troxell Grover for the purpose of securing permission to proceed as counsel of record *pro hac vice* in the case pending before the Arkansas Eastern District Court styled Cave et al v. Thurston; 4:18-cv-00342.



In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 14th day of February, 2023.

KYLE E. BURTON
_____
(CLERK)

By _____

Receipt No.: PHV_3027



Sheila T. Reiff
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

**SAMUEL GROVER**

was admitted to practice as an attorney within this state on April 10, 2014 and is presently in good standing in this court.

Dated: February 7, 2023

SHEILA T. REIFF
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing