IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

### MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

**NOW INTO COURT,** comes undersigned co-counsel, Hunter W. Lundy, who respectfully suggests to this Court that he has heretofore co-represented Senator Jason Rapert, in his individual capacity and who is not a party to this suit, and that mover now desires to withdraw as co-counsel of record for same, as he is leaving the practice of law.  Senator Jason Rapert, in his individual capacity, continues to be represented by Paul Byrd, of the Paul Byrd Law Firm, PLLC, 415 N. McKinley Street, Suite 210, Little Rock, Arkansas 72205.

WHEREFORE, Mr. Lundy asks this Honorable Court to grant this Motion to Withdraw as Co-Counsel of record for Senator Jason Rapert.

LUNDY, LUNDY, SOILEAU & SOUTH, LLP

/s/ Hunter W. Lundy
HUNTER W. LUNDY* (#8938)
501 Broad Street (70601)
P.O. Box 3010
Lake Charles, LA 70602-3010
(337) 439-0707 - Telephone
(337) 439-1029 – Facsimile
hlundy@lundylawllp.com

*Withdrawing Co-Counsel*
*Previously Admitted Pro Hac Vice Attorney*
*for Senator Jason Rapert, in his individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record.

        /s/ Hunter W. Lundy
        **HUNTER W. LUNDY**