IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DONNA CAVE, et al.,<br>　　　Plaintiffs,<br><br>ANNE ORSI, et al.,<br>　　　Consolidated Plaintiffs,<br><br>THE SATANIC TEMPLE, et al.,<br>　　　Intervenors,<br><br>v.<br><br>JOHN THURSTON, Arkansas Secretary<br>of State, in his official capacity,<br>　　　Defendant. | Case No. 4:18-cv-00342-KGB |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

　　Come Katherine McKerall, a member in good standing of the Bars of Virginia and the District of Columbia, and J.G. "Gerry" Schulze, a member of the Bar of this Court, pursuant to Local Rule 83.5, and move that Katherine McKerall be admitted *pro hac vice* for the instant case on behalf of Consolidated Plaintiffs.

　　Pursuant to Rule 83.5, Consolidated Plaintiffs designate Mr. J.G. "Gerry" Schulze, who is a member of the bar of this court, as co-counsel in this matter.

　　WHEREFORE, having complied with the local rules for admission *pro hac vice*, the undersigned counsel requests this Court grant this Motion and admit Ms. McKerall to practice before this Court as assistant counsel for Consolidated Plaintiffs.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

/s/ J.G. Schulze
J.G. "Gerry" Schulze
Attorney for Consolidated Plaintiffs
Ark. Bar No. 83156
2311 Biscayne Drive, Ste. 300
Little Rock, AR 72227
gschulze@bsmp.law
Tel. (501) 537-1000

/s/ Katherine McKerall
Katherine McKerall
American Humanist Association
1821 Jefferson Place N.W.
Washington D.C. 20036
Tel. (202) 238 - 9088 ext. 1030
kmckerall@americanhumanist.org
DC Bar: #1672995
Virginia State Bar: #95400