**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DONNA CAVE, et al**                                                                                 **PLAINTIFFS**

**V.**                                        **Case No. 4:18-cv-00342-KGB**

**JOHN THURSTON, Arkansas Secretary of State
in his Official Capacity**                                                              **DEFENDANT**

**ORSI PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Anne Orsi, Gale Stewart, Eugene Levy, Victor H. Nixon, Teresa Grider, the American

Humanist Association, the Freedom from Religion Foundation, and the Arkansas Society of

Freethinkers move for Summary Judgment pursuant to Fed. R. Civ. Pro. 56 and in support of

their motion state:

1.  There is no question of material fact, and Plaintiffs are entitled to judgment as a matter of

    law.

2.  A statement of undisputed facts and a brief in support of the motion is filed herewith.

3.  Plaintiffs also offer the following evidence:

    Exhibit A.  Affidavit of Anne Orsi

            1.       Exhibit No. 1, 4/27/2018

            2.       Exhibit No. 2, 7/7/2018

            3.       Exhibit No. 3, 4/4/2018

            4.       Exhibit No. 4, 1/8/2017

5.      Exhibit No. 5, 4/2/2015

6.      Exhibit No. 6, 12/15/2016

7.      Exhibit No. 7, 6/29/2017

8.      Exhibit No. 8, 2/24/2016

9.      Exhibit No. 9, 5/2/2018

10.     Exhibit No. 10, 6/28/2017.

Exhibit B.  Expert Report of Mark David Hall

Exhibit C. Verified Expert Report of Steven K. Green

Exhibit D.  Rebuttal Report of Mark David Hall

Exhibit E.  Excerpts from Deposition of Kelly Boyd

1.      Exhibit 17 to Deposition of Kelly Boyd, Email

2.      Exhibit 18 to Deposition of Kelly Boyd, Spreadsheet

3.      Exhibit 27 to the Deposition of Kelly Boyd

Exhibit F.  Excerpts from Deposition of Kerry Jucas Moody

1.      Exhibit 13 to the Deposition of Kerry Jucas Moody.

Exhibit G.  Excerpts from Deposition of Sen. Jason Rapert.

1.      Cave Plaintiffs' Exhibit 11, Draft of Senate Bill 939

2.      Cave Plaintiffs' Exhibit 15, Appearances at Arts and Grounds
        Commission Hearing

3.      Cave Plaintiffs' Exhibit No. 25, Text of Senator Rapert's Speech from
        Dedication Ceremony of Second Monument

4.      Orsi Plaintiffs' Exhibit No. 2, Letter to Secretary of State's Office in
        Support of Ten Commandments Monument;

5.      Orsi Plaintiffs Exhibit No. 5, Post from AHHF Facebook page.

6.      Orsi Plaintiffs' Exhibit No. 6.  Guest Column

Exhibit H.      Excerpts from Deposition of Anne Orsi

Exhibit I.       Excerpts from Deposition of Rabbi Eugene Levy

Exhibit J.      Excerpts from Deposition of Gale Stewart

Exhibit K.      Excerpts from Deposition of Teresa Gryder

Exhibit L.      Transcript of Arts and Grounds Comm'n Public Hearing, Dec. 14, 2016.

4. Plaintiffs respectfully request a hearing on this motion.

WHEREFORE, the *Orsi* Plaintiffs' Motion for Summary Judgment should be granted. The Court should order the relief sought in the Orsi Plaintiffs' complaint, and for all other just and proper relief.

Respectfully Submitted,

Samuel T. Grover
Associate Counsel
WI Bar No. 1096047
sgrover@ffrf.org

Patrick C. Elliott
Senior Counsel
WI Bar No. 1074300
pelliott@ffrf.org

Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443

Katherine McKerall
American Humanist Association
1777 T Street N.W.
Washington, D.C. 20009
Telephone: (202) 238-9088
Facsimile: (202) 238-9003
Email:  kmckerall@americanhumanist.org

Baker Schulze and Murphy
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsm.law

J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsm.law