# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                              **PLAINTIFFS,**

**ANNE ORSI**, *et al.*,                                                      **CONSOLIDATED PLAINTIFFS,**

**THE SATANIC TEMPLE**, *et al.*,                                               **INTERVENORS,**

v.                                   No. 4:18CV00342 KGB/BD

**JOHN THURSTON**, Arkansas Secretary of State,
in his official capacity,                                                                                **DEFENDANT.**

### SECRETARY THURSTON'S MOTION FOR SUMMARY JUDGMENT

Secretary of State John Thurston states for his motion for summary judgment as follows.

1. Plaintiffs lack standing.

2. Plaintiffs' claims are barred by sovereign immunity.

3. The Ten Commandments monument is presumptively constitutional, and would be constitutional regardless of that presumption, because it squarely fits within the tradition of publicly displaying such monuments.

4. The Satanic Temple Intervenors have not been denied the equal protection of the laws.

5. In support of this motion, Secretary Thurston relies upon the contemporaneously filed brief in support, statement of facts, and exhibits.

6. Viewing the facts in the light most favorable to Plaintiffs, there is no dispute of material fact, and Secretary Thurston is entitled to judgment as a matter of law.

### CONCLUSION

The Court should grant summary judgment to Secretary Thurston.

Submitted: March 6, 2023

Respectfully,

TIM GRIFFIN
  Attorney General of Arkansas
NICHOLAS J. BRONNI (2016097)
  Solicitor General
DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
MICHAEL A. CANTRELL (2012287)
  Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Main:  (501) 682-2007
Michael.Cantrell@ArkansasAG.gov

Hiram S. Sasser, III
Michael D. Berry
Lea E. Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Counsel for Secretary of State John Thurston*