# THE SATANIC TEMPLE

519 Somerville Ave #288
Somerville, MA 02143
www.thesatanictemple.org

August 31, 2015

The Honorable Mark Martin
Arkansas Secretary of State
State Capitol, Suite 256
500 Woodlane Avenue
Little Rock, AR 72201

Richard W. Davies, Director
Capitol Arts and Grounds Commission
345 Goshen Avenue North
Little Rock, AR 72116

Dear Mr. Secretary and Director Davies:

I am writing on behalf of The Satanic Temple to request permission to donate a statue for placement on the grounds of the Arkansas State Capitol. The Satanic Temple shall pay all costs associated with the statue and its installation.

We have reviewed SB939, which authorized the placement of a Ten Commandments Monument at the Arkansas State Capitol, and the Baphomet statue we would like to contribute shall fulfill the same intended purposes because it is also "an important component of the moral foundation of the laws and legal system of the United States of America and the State of Arkansas."

As you may know, Baphomet has a long historical presence that dates back to the 12th century during the First Crusade. Thereafter, Baphomet was a central figure in the forced confessions of the Knights Templar in France, and that tradition of wrongful prosecution for supernatural crimes later famously resurfaced in colonial Massachusetts. It was in response to the witch trials in Salem that American jurisprudence emerged.

# THE SATANIC TEMPLE

The Baphomet statue has the wholly secular purpose of promoting an understanding and appreciation of the history and evolution of law in the United States. To further clarify the significance of Baphomet in the tradition of American Constitutional law, the text on the statue shall read: "Be it known to all that this statue commemorates the history of law in the United States of America. From the deplorable Satanic Witch Hunts, the cherished doctrines of due process, presumption of innocence, and the protection of minorities from the tyranny of mob rule became part of the established foundation of American jurisprudence."

Like the Ten Commandments, the placing of the statue would help people of the United States of America, and the State of Arkansas, understand and appreciate Baphomet as one of many sources influencing the development of modern law. In fact, with Baphomet the influence is profoundly clearer because not one of the Ten Commandments appears in the US Constitution either in text or spirit.

Please be advised that the contribution of this statue has the support of a great number of citizens of Arkansas who strongly believe in Baphomet's rightful place as a fixture that helped promote the American system of justice that we all cherish.

Given the stated intent by the Arkansas State Legislature for erecting the Ten Commandments monument, and the greater effectiveness by which our statue Baphomet would serve to meet those purposes, we anticipate expeditious approval for our request. Should our offer of contribution be rejected, the reason will appear to the Arkansas electorate to have been based on a desire endorse the religious components of the Ten Commandments. I trust that the Arkansas legislators, all of whom swore or affirmed an oath to support the Constitution of the United States, will not abnegate their duties by rejecting our donation.

The statue has already been constructed and is ready for installation. We simply await receiving approval. I look forward to your reply.

Very truly yours,

Malcolm Jarry
malcolm@thesatanictemple.com





The Honorable Mark Martin
Arkansas Secretary of State
State Capitol, Suite 256
500 Woodlane Avenue
Little Rock, AR 72201

RECEIVED
SEP - 8 2015
Arkansas
Secretary of State

9/8/15

U.S. POSTAGE
PAID
BROOMFIELD, CO
80021
AUG 31, 15
AMOUNT
$6.74
00102922-05

7015 0640 0005 8900 8995

The Sacred Heart Parish
519 Somerville Ave #288
Somerville, MA 02143