Transcript of the Testimony of

# The Satanic Temple 30(b)(6)

**Date:** March 10, 2020

**Case:** Donna Cave, et al. v. John Thurston

**Bushman Court Reporting**
Shyloa Myers
Phone:  (501) 372-5115
Fax: (501) 378-0077

Page 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONNA CAVE, JUDITH LANSKY,          PLAINTIFFS
PAT PIAZZA, AND SUSAN RUSSELL

ANNE ORSI; AMERICAN HUMANIST    CONSOLIDATED PLAINTIFFS
ASSOCIATION; FREEDOM FROM
RELIGION FOUNDATION, INC.;
ARKANSAS SOCIETY OF FREETHINKERS;
JOAN DIETZ; GALE STEWART; RABBI
EUGENE LEVY; REV. VICTOR H. NIXON;
TERESA GRIDER; AND WALTER RIDDICK

THE SATANIC TEMPLE; DOUG MISICKO,          INTERVENORS
AKA "LUCIEN GREAVES"; AND ERIKA
ROBBINS

VS.          CASE NO. 4:18-CV-00342

JOHN THURSTON, ARKANSAS SECRETARY          DEFENDANT
OF STATE, IN HIS OFFICIAL CAPACITY

_____

VIDEOTAPED ORAL DEPOSITION
OF THE
30(b)(6) REPRESENTATIVE OF THE SATANIC TEMPLE
DOUGLAS ALEXANDER MISICKO

_____

March 10, 2020
Office of the Arkansas Attorney General
323 Center Street
Little Rock, Arkansas 72201

Shyloa Myers, RPR, CCR
Arkansas Lic. No. 710

---

ON BEHALF OF THE DEFENDANT (Continued):

GARY SULLIVAN
Managing Attorney
Arkansas Secretary of State
500 Woodlane Street, Suite 256
Little Rock, AR 72201-1094

E-mail: gary.sullivan@sos.arkansas.gov

ON BEHALF OF THE INTERVENORS:

MATTHEW A. KEZHAYA
SONIA A. KEZHAYA
Kezhaya Law, PLC
1202 Northeast McClain Road
Bentonville, AR 72712

E-mail: matt@kezhaya.law

ALSO PRESENT:

MICHAEL FINCHER

RACHEL KLUENDER

BRITTANY GARCIA

ERIKA ROBBINS

TOM HALLUM, Videographer

---

Page 2

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

DARRYL E. "CHIP" BAKER
Baker Schulze Murphy & Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227

E-mail: dbaker@b-s-m-law.com

JOSHUA D. GILLISPIE
Green Gillispie
1 Riverfront Plaza
Suite 605
North Little Rock, AR 72114
E-mail: josh@greenandgillispie.com

ON BEHALF OF THE DEFENDANT:

MICHAEL A. CANTRELL
Assistant Solicitor General
Arkansas Atttorney General's Office
323 Center Street
Suite 200
Little Rock, AR 72201
E-mail: michael.cantrell@arkansasag.gov

LEA PATTERSON
First Liberty
2001 West Plano Parkway
Suite 1600
Plano, TX 75075

E-mail: lepatterson@firstliberty.org

---

Page 4

1                    I N D E X
2    STYLE AND NUMBER . . . . . . . . . . . . . . . . . 1
3    APPEARANCES . . . . . . . . . . . . . . . . . . . 2, 3
4    CAPTION/STIPULATIONS . . . . . . . . . . . . . . 10
5    WITNESS:  DOUGLAS ALEXANDER MISICKO
6       Examination by MR. CANTRELL. . . . . . . . 12
7       Examination by MR. KEZHAYA. . . . . . . . 246
8       Deposition concluded . . . . . . . . . . . . . 250
9    COURT REPORTER'S CERTIFICATE. . . . . . . . . . . 251
10
11              E X H I B I T S
12   DESCRIPTION                    MARKED
13   NOTE: EXHIBITS BOUND SEPARATELY
14   1  Notice of Deposition; 3 pgs.          13
15   2  TST's Second Amended Complaint        14
        in Intervention; 10 pgs.
16
     3  Printout of archive from The          24
17      Satanic Temple News Web page
        from April 21, 2014; 5 pgs.
18
     4  Printout of archive from The          25
19      Satanic Temple Beliefs Web
        page from January 20, 2013;
20      2 pgs.
21   5  Printout of archive from The          31
        Satanic Temple Tenets Web page
22      from March 22, 2013; 2 pgs.
23   6  Printout of archive of The            34
        Satanic Temple Web site from
24      December 12, 2013; 5 pgs.
25

1 (Pages 1 to 4)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

---

**Page 5**

```
 1        E X H I B I T S (Cont'd)
 2   DESCRIPTION                      MARKED
 3    7  Printout of archive of The        36
         Satanic Temple Web site from
 4       March 7, 2014; 5 pgs.
 5   NOTE: THERE IS NO EXHIBIT 8
 6    9  Printout from the Frequently      38
         Asked Questions Web page from
 7       The Satanic Temple Web site;
         9 pgs.
 8
     10  Printout from the Holidays        60
 9       page of TheSatanicTemple.org
         Web site; 2 pgs.
10
     10-B  Miami Herald news blog article  70
11       titled, "Did You Hear the One
         About the Pro-Scott Satanic
12       Cult?"; 5 pgs.
13   11  Printout of archive of the        72
         Westboro Baptist Web site
14       from July 17, 2013; 5 pgs.
15   12  Printout of archive from the      78
         Westboro Baptist Web site
16       titled, "Perform Your Own Pink
         Mass" dated July 20, 2013;  1 pg.
17
     13  Printout of archive of Westboro   78
18       Baptist web site press release
         of July 20, 2013; 2 pgs.
19
     14  Printout from the Harvard University  81
20       Web site regarding Black Mass; 3 pgs.
21   15  Printout from The Satanic Temple Web  84
         site of a May 30, 2014, press
22       release; 2 pgs.
23   16  Printout of archive from The Satanic  85
         Temple Web site of February 24, 2015,
24       post entitled, "Greece Town Hall";
         2 pgs.
25
```

---

**Page 6**

```
 1        E X H I B I T S (Cont'd)
 2   DESCRIPTION                      MARKED
 3   17  Printout of archive from The Satanic  87
         Temple Web site from February 24, 2015,
 4       post entitled, "Satanists Leverage Hobby
         Lobby Ruling in Support of Pro-Choice
 5       Initiative; 2 pgs.
 6   NOTE: EXHIBITS 18 THROUGH 22 WERE SKIPPED
 7   23  Printout of archive from The Satanic  100
         Temple mission Web page from May 17,
 8       2017; 2 pgs.
 9   24  Printout of archive from The Satanic  102
         Temple mission Web page from July 30,
10       2014; 1 pg.
11   NOTE: THERE IS NO EXHIBIT 25
12   26  Printout from Ticketleap Web site     103
         titled, "The Satanic Temple Presents
13       the Unveiling; 4 pgs.
14   27  Release of Liability, Film Notice     104
         and Transfer of Soul Agreement;
15       1 pg.
16   NOTE: THERE IS NO EXHIBIT 28
17   29  Color photos of Baphomet statue      108
         unveiling event; 3 pgs.
18
     NOTE: THERE IS NO EXHIBIT 30
19
     31  Color photos of Baphomet statue      116
20       unveiling event; 3 pgs.
21   32  Still shots of video of Baphomet     121
         statue unveiling event; 6 pgs.
22
     33  Color photos of Baphomet statue      127
23       unveiling event; 4 pgs.
24   34  Printout of archive from The Satanic  127
         Temple Detroit Web site dated July 29,
25       2015, Jex Blackmore AMA; 1 pg.
```

---

**Page 7**

```
 1        E X H I B I T S (Cont'd)
 2   DESCRIPTION                      MARKED
 3   35  Printout from the Salem Art Gallery  134
         Web site; 2 pgs.
 4
     36  Independent Contractor Agreement;    137
 5       8 pgs.
 6   37  The Commonwealth of Massachusetts    157
         Limited Liability Company Certificate
 7       of Organization for the United
         Federation of Churches, LLC; 3 pgs.
 8
     38  The Commonwealth of Massachusetts    160
 9       Articles of Incorporation for Reason
         Alliance, Limited; 4 pgs.
10
     39  1023-EZ Tax Form for Reason Alliance,  164
11       Limited; 3 pgs.
12   40  The Commonwealth of Massachusetts    170
         Articles of Incorporation for The
13       Satanic Temple; 4 pgs.
14   41  The Commonwealth of Massachusetts    178
         Articles of Amendment for The Satanic
15       Temple; 3 pgs.
16   41-B Printout from The Satanic Temple    175
         Web site titled "The Satanic Temple
17       in 2019"; 2 pgs.
18   42  The Commonwealth of Massachusetts    180
         Certificate of Organization for
19       Cinephobia, LLC; 3 pgs.
20   NOTE: THERE IS NO EXHIBIT 43
21   44  Printout from The Satanic Temple     186
         Web page titled, "Contribute to The
22       Satanic Temple"; 3 pgs.
23   45  Printout from TheSatanicTemple.org   188
         Web site titled, "Why Donate?"; 1 pg.
24
25
```

---

**Page 8**

```
 1        E X H I B I T S (Cont'd)
 2   DESCRIPTION                      MARKED
 3   46  Post from Medium.com Web site        193
         titled, The Struggle for Justice
 4       is Ongoing"; 7 pgs.
 5   47  Post from Medium.com Web site titled,  198
         "Why I'm Leaving The Satanic Temple";
 6       6 pgs.
 7   48  Post from Medium.com Web site titled,  204
         "Yet Another Quitting The Satanic
 8       Temple Post"; 4 pgs.
 9   49  Post from Medium.com Web site titled,  205
         "Mary Doe Speaks Her Story - The
10       Satanic Temple, a Case Experience";
         5 pgs.
11
     50  Post from Medium.com Web site titled,  210
12       "Witness and Measure Taken, to
         Pronounce: The Satanic Temple - My
13       Experience; 24 pgs.
14   NOTE: EXHIBIT NUMBERS 51 THROUGH 54 WERE SKIPPED
15   55  Article from the New York Times Web site  218
         entitled, "A Mischievous Thorn in the
16       Side of Conservative Christianity";
         7 pgs.
17
     56  Article from Time Web site entitled,  220
18       "Hundreds Gather for Unveiling of
         Satanic Statue in Detroit"; 6 pgs.
19
     NOTE: THERE IS NO EXHIBIT 57
20
     58  Post from Broke-Ass Stuart Web site  222
21       titled, "The Satanic Temple of NYC
         is Fighting for Your Liberty and
22       Your Uterus"; 14 pgs.
23   NOTE: EXHIBIT NUMBERS 59 AND 60 WERE SKIPPED
24
25
```

---

                                    2 (Pages 5 to 8)

Shyloa Myers

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 9

1
2          E X H I B I T S (Cont'd)
3    DESCRIPTION                          MARKED
4    61  Printout of The Satanic Temple        226
         Library page from The Satanic Temple
5        Web site; 13 pgs.
6    NOTE: THERE IS NO EXHIBIT 62
7    63  Printout from The Satanic Temple      227
         Web site showing items for sale; 13 pgs.
8
     64  Printout from Support Needed page     248
9        of Flipcause Web site; 2 pgs.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 10

1
2
3
              C A P T I O N
4
5    ANSWERS AND ORAL DEPOSITION OF 30(b)(6)
6    REPRESENTATIVE OF THE SATANIC TEMPLE, DOUGLAS ALEXANDER
7    MISICKO, a witness produced at the request of the
8    Defendant, taken in the above-styled and numbered cause
9    on the 10th of March, 2020 before Shyloa Myers, CCR, RPR,
10   and Notary Public, at 9:14 a.m. at the offices of the
11   Arkansas Attorney General, Civil Department, 323 Center
12   Street, Little Rock, Arkansas 72201.
13
14
15
16
17
18        S T I P U L A T I O N S
19
20        NO STIPULATIONS ON THE RECORD
21
22
23
24
25

Page 11

1         (Deposition commences at 9:14 a.m.)
2              PROCEEDINGS
3         THE VIDEOGRAPHER:  We are on the record.
4    The date is March 10, 2020, and the time is
5    9:14 a.m. This is the deposition of a 30(b)(6)
6    representative of The Satanic Temple, Douglas
7    Alexander Misicko.
8         Will you swear the witness in, please.
9         (Witness sworn.)
10        MR. CANTRELL:  Okay. Good morning,
11   Mr. Misicko. Before we begin, I -- I'd like for
12   everyone here to briefly introduce yourself and
13   say who you represent.
14        So I'm Michael Cantrell. I represent the
15   Defendant.
16        MS. PATTERSON:  Lea Patterson for the
17   Defendant.
18        MR. SULLIVAN:  Gary Sullivan for the
19   Defendant.
20        MR. CANTRELL:  And state who's with you,
21   Gary.
22        MR. SULLIVAN:  I have observers Michael
23   Fincher, Rachel Kluender, and Brittany Garcia
24   from my office.
25        MR. GILLISPIE:  Josh Gillispie for the

Page 12

1    Cave Plaintiffs.
2         MR. BAKER:  Darryl Baker for the Orsi
3    Plaintiffs.
4         MS. KEZHAYA:  Sonia Kezhaya for the
5    Intervenors.
6         MR. KEZHAYA:  Matt Kezhaya for the
7    Intervenors.
8         MR. CANTRELL:  All right. And behind you?
9         MR. KEZHAYA:  Behind me is Erika Robbins.
10        MR. CANTRELL:  Okay. And that's everyone
11   in the room, right? Okay. All right.
12        DOUGLAS ALEXANDER MISICKO,
13        Called as a witness, having been first duly
14   sworn to tell the truth, the whole truth, and nothing but
15   the truth, was examined and testified as follows:
16              EXAMINATION
17   BY MR. CANTRELL:
18   Q.   So we're on the record. As I said, my name's
19   Michael Cantrell. I represent the Attorney General --
20   excuse me. I represent the Defendant, John Thurston, in
21   this case. I work for the Attorney General's Office.
22        And can you state your name and date of birth for
23   the record?
24   A.   Douglas Alexander Misicko. August 12, 1975.
25   Q.   Okay. And you've used the aliases Lucien Greaves

                                        3 (Pages 9 to 12)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

## Page 13

1   and Doug Mesner, correct?
2   A.   Correct.
3   Q.   Okay. What is your position with The Satanic
4   Temple?
5   A.   Cofounder and spokesperson.
6   Q.   Okay. And you're the representative designated by
7   The Satanic Temple with knowledge of the topics listed in
8   the Notice of Deposition, correct?
9   A.   Correct.
10        (Exhibit 1 marked for identification.)
11   Q.   Okay. Here you go. I'm handing you Exhibit 1, which
12   is The Satanic Temple 30(b)(6) Notice of Deposition.
13        Do you recognize that?
14   A.   Yes.
15   Q.   Okay. Okay. Have you ever been deposed before?
16   A.   Yes.
17   Q.   How many times?
18   A.   Twice, I believe.
19   Q.   Okay. In what lawsuits were those depositions
20   taken?
21   A.   I forget what the title -- The Satanic Temple V.
22   Scottsdale.
23   Q.   Okay. This is the Arizona litigation?
24   A.   Yeah, correct.
25   Q.   Okay. Okay.

## Page 14

1   A.   And -- and that was two depositions.
2   Q.   Okay. Did you testify under oath and under penalty
3   of perjury when -- when you gave those depositions?
4   A.   Correct.
5   Q.   And did you testify truthfully in those
6   depositions?
7   A.   Yes.
8   Q.   Is there anything about your statements in those
9   depositions that you want to change?
10   A.   Not that I readily recall.
11   Q.   Okay. Okay. And you've -- you've looked at that?
12   That is a copy of the -- the Notice of Deposition in this
13   case.
14   A.   Correct.
15   Q.   Okay. And the last page is a list of the topics,
16   correct?
17   A.   Correct.
18        (Exhibit 2 marked for identification.)
19   Q.   Okay. Okay. And you can set that aside for now.
20        Okay. I'm handing you a copy of Exhibit 2.
21   A.   Stack these here?
22   Q.   Yeah, yeah.
23   A.   Okay.
24   Q.   Do you recognize Exhibit 2 as the Second Amended
25   Complaint in this lawsuit filed by The Satanic Temple

## Page 15

1   Intervenors?
2   A.   Yes.
3   Q.   Okay. I'd like to ask you about some of the things
4   in the complaint. If you would take a look at Page 2 of
5   10.
6   A.   Okay.
7   Q.   The first full paragraph, the last sentence, it
8   says -- and read along silently as -- as I read. "Unlike
9   the Ten Commandments Monument, the Baphomet monument was
10   not spec- -- was not specially exempted from the Zoning
11   and Arts and Grounds Commission requirements."
12        Did I read that correctly?
13   A.   Correct.
14   Q.   Okay. And my question for you is this: Tell me what
15   requirements the Ten Commandments monument was exempted
16   from that the Baphomet monument had to meet?
17   A.   Huh. I don't -- I don't really understand the
18   question.
19   Q.   Okay. So specifically what zoning requirement did
20   the Ten Commandments monument not have to meet?
21   A.   I'm not aware.
22   Q.   Okay. Are you aware of any Arts and Grounds
23   Commission requirement that the Ten Commandments did not
24   have to meet?
25   A.   No, not that I recall.

## Page 16

1   Q.   Okay. And you were present for some of the meetings
2   where the Ten Commandments monument proceeded through the
3   Arts and Grounds Commission process, weren't you?
4   A.   Correct.
5        I don't think I was at all of them, though.
6   Q.   Okay. So you're not aware of any requirement that
7   the Baphomet monument had to meet that the Ten
8   Commandments monument did not have to meet?
9   A.   As we sit here now, I'm not -- I'm -- I'm not clear
10   on the meaning of the -- of that sentence.
11   Q.   Okay. So -- and -- and let me ask it again. Not
12   specifically focusing on that sentence, but say we had --
13   say we had two lists, like, a list of every requirement
14   that the Ten Commandments monument had to meet and a list
15   of every requirement that the Baphomet monument had to
16   meet.
17        What would be on the one list that wouldn't be on
18   the other list?
19   A.   That I -- I can't recall. I would have to -- I
20   would have to see such a list to be able to make that
21   kind of comparison.
22   Q.   Okay. Did you draft any bill for proposal to the
23   Legislature to place the Baphomet monument on the
24   Arkansas State capitol grounds?
25   A.   I did not.

4 (Pages 13 to 16)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

---

Page 17

1   Q.   Did anything prevent you from drafting a bill to
2   that effect?
3   A.   A lack of sponsorship within the Legislature.
4   Q.   So you didn't propose any bill to any sponsor, any
5   potential sponsor?
6   A.   It was my understanding that it wasn't for us to
7   propose the bill, but we needed to find a sponsor within
8   the Legislature to propose such a bill on our behalf.
9   Q.   And you -- you didn't offer a bill? You didn't
10  offer proposed legislation or anything like that?
11  A.   No. I sought sponsorship.
12  Q.   Okay. You -- you sought sponsorship from a member
13  of the General Assembly?
14  A.   I believe from all members of the General Assembly.
15  Q.   Okay. Okay. Now, I want to ask you about your
16  understanding of Arkansas Act 274 of 2017, which is
17  usually referred to in your complaint by the
18  Bill No. 2017 HB1273.
19      So if you can take a look at Page 6 of 10,
20  Paragraph 27. And read along with me as I read aloud.
21  "Before 2017 HB1273, the Arts and Grounds Commission
22  holds a public comment period and decides whether to
23  approve. If the Arts and Grounds Commission approves, an
24  act of the General Assembly then must enact to the
25  construction of the monument."

---

Page 18

1   Did I read that correctly?
2   A.   Correct.
3   Q.   Okay. So you agree that an act of the Legislature
4   was necessary to place a monument on the grounds even
5   before Act 274 of 2017 was enacted, correct?
6   A.   I believe those rules were changed in the middle of
7   our process of seeking to erect the Baphomet monument,
8   though. I remember at some point Senator Rapert proposed
9   some emergency bill to change the process by which
10  monuments were erected, and this is what prevented us
11  from having our public comments period.
12      I believe our next step was to have the public
13  comments period after we had already had a meeting with
14  the Arts and Grounds Commission about the construction of
15  our monument, but then we were denied public comments
16  period because of the change in process proposed by
17  Senator Rapert.
18  Q.   Okay. So is it your understanding -- well, let me
19  back up.
20      Your understanding is that approval by the
21  Legislature was not required before Act 274 of 2017 was
22  enacted?
23  A.   Not required at the same point in time of the
24  process of seeking to have a monument erected, as it
25  became retroactively in the process of us seeking to

---

Page 19

1   erect a monument.
2   Q.   Okay. So -- so you still would have had to have
3   get -- gotten legislative approval even before Act 27 --
4   Act 274 of 2017 was enacted, correct?
5   A.   That I don't -- I don't think so. I could be wrong.
6   I would have to look at the material again. But my
7   understanding of it was is that we were going through the
8   proper protocols on the proper timeline and going through
9   the procedure in the order that was prescribed at that
10  time.
11      And then that order of timeline was changed in the
12  middle of our seeking the -- the monument being erected.
13  Q.   Okay. So I take it the answer to your question --
14  the answer -- your answer to my question is you don't
15  know?
16  A.   Correct.
17      I know at some point you needed legislative
18  sponsorship for a bill to be presented on the floor for
19  the construction and, or placement of a monument. But
20  at which point the procedural structure of that changed
21  and -- and the exact nature of that change is not -- I
22  don't readily recollect.
23  Q.   And I'll ask just one more time, just for clarity's
24  sake.
25      Your understanding is that before Act 274 of 2017

---

Page 20

1   was enacted, before that it was still required to have an
2   act of the Legislature to approve the placement of a
3   monument on the capitol grounds; correct?
4   A.   At some point in which you would be seeking to
5   erect a monument. At some point you -- you -- in
6   either -- in either of the -- of the procedural
7   structures, at some point you were going to need
8   legislative support.
9   Q.   Okay. So both -- so both so before and after
10  legislative approval was required? Before and after?
11  A.   Correct, that's my understanding.
12  Q.   Okay. Thank you.
13      Okay. Take a look at Page 7 of 10, Paragraph 31.
14      And I believe you've already mentioned this, but
15  The Satanic Temple e-mailed every member of the General
16  Assembly on February 27, 2017; correct?
17  A.   Correct.
18  Q.   Okay. And look at Paragraph 34.
19      You were unable to find anyone in the General
20  Assembly to sponsor legislation to place the Baphomet
21  monument, correct?
22  A.   Correct.
23  Q.   So the end of the road for placing the Baphomet
24  monument was not in the Capitol Arts and Grounds
25  Commission, right? It was in your inability to find a

---

Shyloa Myers

The Satanic Temple 30(b)(6) 3/10/2020                    Donna Cave, et al. v. John Thurston

Page 21

1    sponsor in the General Assembly?
2    **A.   I view it less as our inability to find a sponsor.**
3    **I find it a failure of the -- of the legislative assembly**
4    **to sponsor.**
5         **I don't feel it's their place to engage in**
6    **viewpoint discrimination and have a process by which the**
7    **Government still thereby decides what is appropriate**
8    **religious expression and what is not.**
9         **I think by going through the process in which we**
10   **did, we demonstrated that that was explicitly a**
11   **discriminatory process.**
12   Q.   Okay. So -- so the answer is yes, the end of the
13   road was with the General Assembly, not with the Arts and
14   Grounds Commission; correct?
15   **A.   The Arts and Grounds Commission, from my**
16   **understanding of how we went through the -- the**
17   **discussions we had with them, they remained neutral**
18   **insofar as they were validating the -- the structural**
19   **protocols of our monument and whether they fit within**
20   **their design parameters: whether it was structurally**
21   **sound, whether it was something that could be maintained**
22   **annually year after year, whether it had that kind of --**
23   **that kind of integrity to be a -- a monument on the**
24   **public grounds without deference to opinions regarding**
25   **appropriate religious expression or anything like that.**

Page 22

1         **And my understanding was is that we passed that.**
2    **We -- we -- we did meet those standards, and it was**
3    **the -- the failure of the General Assembly to -- to**
4    **engage in a viewpoint-neutral deliberation on this that**
5    **prevented us from having our monument placed on the**
6    **capitol grounds.**
7    Q.   Okay. So the -- the obstacle you faced was getting
8    a sponsor in the General Assembly?
9    **A.   Correct.**
10   Q.   Okay. Okay. So you tried to find a sponsor during
11   the 2017 legislative session, correct?
12   **A.   I -- I believe that's correct.**
13   Q.   Okay. Up in Paragraph 31 it says, I believe, you
14   e-mailed every member of the General Assembly on
15   February 27, 2017.
16        Do you see that?
17   **A.   I'm sorry.**
18   Q.   Paragraph 31?
19   **A.   Correct. That's -- that is what it says,**
20   **February 27, 2017.**
21   Q.   2017.
22        Okay. Did you try to find a sponsor during the 2019
23   legislative session? Two years later?
24   **A.   No.**
25        **I -- I believe we were already well in litigation**

Page 23

1    at that point.
2    Q.   Okay. Nothing prevented you from trying to find
3    a -- someone to sponsor the monument during the 2019
4    session, did it?
5    **A.   My understanding is it would be inappropriate to**
6    **seek sponsorship for -- for the monument while we're**
7    **ledg-- while we're litigating against the prior refusal**
8    **to do so.**
9    Q.   Did anything prevent you from trying to find a -- a
10   sponsor during that session?
11   **A.   Yeah, my understanding that that would impede**
12   **the -- the current litigation. I could be right or I**
13   **could be wrong about that being the situation, but I did**
14   **not consult with legal counsel about that.**
15   Q.   Okay. And you can set that exhibit aside.
16   **A.   (Witness complies.)**
17   Q.   You're familiar with the -- the Wayback Machine
18   online, correct?
19   **A.   Correct.**
20   Q.   Okay. And so you're aware that the Wayback Machine
21   is a Web site that archives Web pages that -- as they
22   existed on certain dates in the past?
23   **A.   Yes.**
24   Q.   And you'd have no reason to doubt or dispute the
25   reliability of that process, right?

Page 24

1    **A.   Correct.**
2         **(Exhibit 3 marked for identification.)**
3    Q.   Okay. I'm handing you Exhibit 3.
4         Do you recognize this as an archive of The Satanic
5    Temple news Web page from April 21, 2014?
6    **A.   That is what it says it is, yes.**
7    Q.   Okay. And all the news items there posted under the
8    name "Lucien" were written and posted by you, right?
9    **A.   That -- that I can't be certain of. I don't know**
10   **that I actually did the Web work on that.**
11   Q.   Okay. But --
12   **A.   But it's certain -- it's our Web site.**
13   Q.   Okay. So the name "Lucien," would that have been --
14   would that have been applied to news posts that you
15   posted?
16   **A.   Not necessarily.**
17        **It's a -- it's a WordPress plugin, so there's a**
18   **general login. And the general login is probably under**
19   **the name Lucien, but I -- I didn't do a whole lot of the**
20   **Web work.**
21   Q.   Okay. And, if you'll look, these news items began
22   in February 2013, correct? It should be the last one.
23   **A.   Sorry. What page?**
24   Q.   February -- let's see, February 2013 on the last
25   page.

6 (Pages 21 to 24)

The Satanic Temple 30(b)(6) 3/10/2020        Donna Cave, et al. v. John Thurston

Page 25

1    A.   Okay. Yes, I see it.
2    Q.   Okay. And they go through March 2014 -- well, I
3    guess they go through -- through July -- well, hold on.
4    Give me one moment.
5        Okay. Yeah, the very first page has a date,
6    March 6, 2014; correct? Do you see that?
7    A.   Oh, correct. Yeah.
8    Q.   Okay.
9    A.   I see that.
10       (Exhibit 4 marked for identification.)
11   Q.   And you can set that aside.
12       All right. I'm handing you Exhibit 4.
13       Do you recognize this as an archive of The Satanic
14   Temple Beliefs Web page from January 20, 2013?
15   A.   Correct.
16   Q.   Okay. Who drafted the text on this page?
17   A.   That I do not know. That predates my involvement.
18   Q.   Who would know that information?
19   A.   I -- I honestly don't know who would know that
20   information. I mean, it predates me by -- by quite a
21   ways.
22   Q.   Okay. Who was involved with the Web work before you
23   became involved?
24   A.   Malcolm Jarry was working with unknown parties to
25   me, whether by contract or whether friends or whatever.

Page 26

1    They put up a generic placeholder Web site.
2    Q.   Okay. And you say it's a -- a "generic placeholder
3    Web site."
4        Does the word "generic" or "placeholder" appear
5    anywhere on that page?
6    A.   No.
7        It usually doesn't on generic placeholder Web
8    sites.
9    Q.   Okay. But you wouldn't know if it -- if it was a
10   generic placeholder, right, since it predates your
11   involvement? Is that something you would have been told
12   at a later time?
13   A.   Oh, it was definitely a generic placeholder Web
14   site that predates my involvement with The Satanic
15   Temple.
16   Q.   And on what basis do you -- do you say it's a
17   generic placeholder?
18   A.   Because it was owned by Malcolm Jarry, who was
19   also -- who's also the cofounder with me of The Satanic
20   Temple.
21   Q.   And Mr. Jarry has told you that it was a generic
22   placeholder?
23   A.   Yes.
24   Q.   Okay. And read along with me as I read out loud
25   that first sentence: "The Satanic Temple believes that

Page 27

1    God is supernatural and thus outside the sphere of the
2    physical."
3        Did I read that correctly?
4    A.   Correct.
5    Q.   Okay. And then the third sentence: "Because God
6    cannot intervene in the material word, He created Satan
7    to preside over the universe as his proxy."
8        Did I read that correctly?
9    A.   Correct.
10   Q.   Okay. And then the fifth sentence: "Although Satan
11   is subordinate to God, he is mankind's only conduit to
12   the dominion beyond the physical. In addition only Satan
13   can hear our prayers and only Satan can respond. While
14   God is beyond human comprehension, Satan desires to be
15   known and knowable."
16       Did I read those sentences correctly?
17   A.   Correct.
18   Q.   Okay. So, according to this page, in January 2013
19   The Satanic Temple embraced a supernaturalistic theology;
20   right?
21   A.   Well, I would contest the idea that The Satanic
22   Temple actually existed outside of the kind of idea and
23   the placeholder Web site with text written by parties
24   unknown to me that may not have reflected the beliefs of
25   anybody in particular.

Page 28

1    Q.   Okay. But if someone went searching for information
2    about The Satanic Temple, the public face that they would
3    find presented to the world at this time articulated the
4    supernaturalistic theology, correct?
5    A.   Perhaps.
6        It would take more I think investigation, asking
7    whoever wrote this text to explain what they mean by such
8    things. I guess one could believe that God is
9    supernatural while renouncing supernaturalism, but this
10   is -- this text is rather obscure to me.
11   Q.   Okay. When did you -- when do you claim to have
12   become involved with The Satanic Temple?
13   A.   At some point in 2013.
14   Q.   Some point. Can you be more specific?
15   A.   No.
16       I just began consulting with The Satanic Temple
17   immediately prior to the Rick Scott rally.
18   Q.   Okay. And the Rick Scott rally was in January 2013?
19   A.   I would have to take your word for that.
20   Q.   Okay. Well, we'll -- we'll come back to that.
21       Okay. So is it your understanding that no one
22   associated with The Satanic Temple really believed in any
23   supernaturalistic theology, even in 2013?
24   A.   There wasn't a The Satanic Temple as such in 2013.
25       As documented in the book Speak of the Devil by

7 (Pages 25 to 28)

The Satanic Temple 30(b)(6) 3/10/2020        Donna Cave, et al. v. John Thurston

Page 29

1   Oxford University Press by Professor Joseph Laycock and
2   documented in the film Hail Satan? distributed by
3   Magnolia Films, The Satanic Temple started out as this
4   kind of film project idea before it was -- before I came
5   in and codified it as an actual religious organization.
6   Q.   So -- and I'm not sure that I understand your
7   answer to my specific question. Let me ask it again.
8        Nobody associated with The Satanic Temple at that
9   time believed in any supernaturalistic theology, correct?
10  A.   I -- I can't be sure of that. I'm -- I'm not sure.
11  I -- I never -- I mean, Malcolm and I, we do not believe
12  in -- in supernatural things.
13  Q.   Okay.
14  A.   Anybody else who he may have been working with when
15  it came to the idea of doing this film project, I -- I
16  don't know where they stand on their -- their beliefs.
17  Q.   Okay. What is your understanding of why a
18  supernaturalistic theology was articulated here as
19  opposed to anything else?
20  A.   My understanding is that somebody put together a
21  generic placeholder Web site and put superfluous,
22  irrelevant text in order to -- as a placeholder for --
23  for various pages.
24       And this could have been lightly altered
25  cut-and-paste text from somewhere else. I really don't

Page 30

1   know what the -- what the motivation was.
2   Q.   Okay. Let -- let me ask this: So whenever you first
3   became involved, it -- you did believe that it was
4   necessary to -- to hold to a supernaturalistic theology
5   in order to be taken seriously; is that right?
6   A.   No, I never believed that.
7   Q.   Okay. Did anyone associated with The Satanic Temple
8   believe that it was necessary to articulate a
9   supernaturalistic theology at that time?
10  A.   Not that anybody told me.
11       I came in and pretty much immediately started
12  directing the course of The Satanic Temple and -- and
13  really cohered the messaging behind it. And none of this
14  prior material was meaningful to me.
15  Q.   Okay. So Malcolm Jarry would be the one to talk to
16  to find out more about you -- the time before your
17  involvement, correct?
18  A.   To a certain degree. I don't think he might -- he
19  would probably not be -- it probably wouldn't be very
20  enlightening to speak to him regarding Web material,
21  because he's rather -- he -- he's -- he's not very Web
22  work savvy, I know that.
23  Q.   Okay. But he would know who would have been at that
24  time, correct?
25  A.   He would probably have a better idea of who might

Page 31

1   have --
2   Q.   Uh-huh.
3   A.   -- put material on the Web sites.
4            (Exhibit 5 marked for identification.)
5   Q.   Okay. Okay, you can set that aside.
6        All right. I am handing you what's been marked as
7   Exhibit 5.
8        And do you recognize this as an archive of The
9   Satanic Temple Tenets Web page from March 22, 2013?
10  A.   I recognize it because we went through this
11  placeholder Web site ad nauseam in the Scottsdale case.
12       And, you know, we can parse through every line of
13  it. But the judge didn't find it compelling there and
14  issued a ruling finding us legitimized as a religious
15  organization, as has the IRS.
16       So, yes, I've been through this again and again;
17  but the -- you know, the bottom-line answer is I still
18  don't -- I still don't have an attachment to this
19  material. I didn't author it. And it predates the formal
20  establishment of The Satanic Temple.
21  Q.   Okay. Let me -- let me ask you about some of the
22  things.
23       Who drafted the text on this page?
24  A.   Well, there again, I do not know who drafted the
25  text on this page.

Page 32

1   Q.   Okay. Do you know where the nine fundamental tenets
2   came from?
3   A.   I do not.
4   Q.   Do you know who came up with the nine fundamental
5   tenets?
6   A.   I do not.
7   Q.   Do you have any idea what made these nine
8   fundamental tenets fundamental?
9   A.   No.
10       Again, this -- this material predates me. I've
11  never been interested in it. It's not been informative to
12  the actual codification and establishment of The Satanic
13  Temple.
14  Q.   But according to this Web page -- and, again, this
15  would have been something that would have been publicly
16  accessible at the time.
17       So anyone who went searching for information about
18  The Satanic Temple would have found this information,
19  correct?
20  A.   Sure, yes.
21  Q.   Okay. And so, according to this Web page, each
22  tenet is said to represent one of nine angels that was
23  sent from heaven to oversee Earth, correct?
24  A.   Correct, that's what it says.
25  Q.   Okay. But, again, in -- in March 2013 and -- and I

8 (Pages 29 to 32)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

---

Page 33

1  take it by this time you were involved in The Satanic
2  Temple, March 2013 being after -- well, take -- take my
3  word for it for now the Rick Scott rally was in January
4  2013.
5     A.   Sure.
6     Q.   Okay. So March 2013 you would have been involved,
7  correct, with The Satanic Temple?
8     A.   Sure.
9          Again, in the -- in the -- in the interest of time,
10 you might just go through the transcripts of the
11 Scottsdale case. We went over all of this, and I -- and I
12 was clear then --
13    Q.   I --
14    A.   -- I -- you know, I came in and I paid little
15 attention to Web work; so I'm not sure how long this
16 stuff was there.
17         But I have no attachment to this material. I didn't
18 write it. There's not much I can say about it except that
19 it's not been -- it's not been worthwhile material to me
20 to inform the future direction of The Satanic Temple in
21 any way.
22    Q.   Okay. So and just so I -- I'm clear, in March 2013
23 no one associated with The Satanic Temple really believed
24 in any supernaturalistic theology, as far as you're
25 aware; correct?

Page 34

1     A.   Well, by March of 2013 there still wasn't really
2  many people associated with The Satanic Temple. There was
3  Malcolm and I. And -- and I can't -- can't really give
4  you a good idea of who else was -- was part of it.
5          But, like, Malcolm and I did not hold any
6  supernatural beliefs.
7          (Exhibit 6 marked for identification.)
8     Q.   Okay. All right. You can set that aside.
9          I'm showing you Exhibit 6.
10         And do you recognize this as an archive of The
11 Satanic Temple Web page from December 12, 2013?
12    A.   Correct.
13    Q.   Okay. Who wrote the section, "A History of The
14 Satanic Temple?"
15    A.   I -- I do not -- I do not know. I don't know who
16 wrote that.
17    Q.   Okay. Would Malcolm Jarry know?
18    A.   He might.
19    Q.   Okay. Who wrote the section, "Mission Statement"?
20    A.   I -- I do not know.
21    Q.   Okay. How about the "Beliefs" section?
22    A.   I do not -- what -- well, let me check the date on
23 this again. Hold on.
24         Now, due to the wording, I would say that this had
25 to have been written at least in consultation with

Page 35

1  Malcolm or I, but I still couldn't tell you who actually
2  plugged the text into the Web site.
3     Q.   Okay. And by that do you mean that you or Malcolm
4  would have drafted the text?
5     A.   Not necessarily, but it -- I mean, it says we're
6  seeking to separate religion from superstition, which was
7  something I was adamant we needed to do as soon as I -- I
8  came in and started having anything to do with it.
9          So I would think at least in conversational
10 consultation, whoever plugged in the text would have --
11 would have made those, some of those changes in deference
12 to what they had gained from contact with either one of
13 us.
14    Q.   Okay. And, as of December 12, 2013, the trappings
15 of supernaturalism was still present on The Satanic
16 Temple Web page; correct?
17    A.   Well, you -- I'm -- I'm going back and looking at
18 this just right now and seeing this evolution on the Web
19 site. But it says explicitly in the Beliefs that The
20 Satanic Temple seeks to separate religion from
21 superstition.
22         And to us supernatural beliefs fall within the
23 category of superstition regardless of . . .
24    Q.   Okay. And so take a look at the bottom of the page.
25 And I believe we're looking -- this is under the Beliefs

Page 36

1  section. Look at the bottom there, with the italicized
2  text. "God is supernatural and thus outside of the sphere
3  of the physical."
4     A.   Correct.
5     Q.   That's the same language that appeared previously
6  on The Satanic Temple Web page, correct?
7     A.   Yeah. I haven't gone back and looked at these
8  things date by date; so I have -- I'm not necessarily
9  aware of the evolution of the Web site.
10         But I see here it looks like you're seeing
11 conflicting messages. And you're seeing, you know,
12 the separation of religion from superstition while also
13 seeing the statement "God is supernatural," which might
14 also indicate that there was some metaphorical use of
15 terminology regarding "God is supernatural."
16         But I'm really not sure --
17    Q.   Okay.
18    A.   -- what the overall thoughts were of -- of whoever
19 put the text in.
20         (Exhibit 7 marked for identification.)
21    Q.   Okay. And you can set that aside.
22         All right. Now I'm handing you what's been marked
23 as Exhibit 7.
24         Do you recognize that as an archive of The Satanic
25 Temple Web page from March 7, 2014?

9 (Pages 33 to 36)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 37

1    A.   **Correct.**
2    Q.   Okay. And, if you look at the Beliefs section, it
3    still has that italicized language; correct?
4    A.   **Correct.**
5    Q.   Okay. Do you know who wrote the paragraph that
6    comes after that italicized language?
7    A.   **And by that you mean starting where?**
8    Q.   "The Satanist harbors reasonable agnosticism."
9    A.   **I do not know who put that together, but it does**
10   **look like it's in reference to opinions and words I've**
11   **spoken.**
12   Q.   Okay. So you believe that you wrote this text?
13   A.   **I don't believe that I wrote this text, but I --**
14   **I -- I'm certain I had influence on this text.**
15   Q.   Okay. And take a look at the Tenets section.
16        Now, here there -- the Tenets section lists seven
17   tenets instead of nine, right?
18   A.   **Correct.**
19   Q.   Okay. What prompted this change in the fundamental
20   tenets?
21   A.   **Well, it looks like these are the tenets as we know**
22   **them now; so I believe that's what would have prompted**
23   **the change. I think what we're seeing here is the Web**
24   **site being slowly updated.**
25        **Because in the beginning the Web site wasn't**

Page 38

1    **terribly important to us. It didn't generate much**
2    **traffic. Social media was certainly more where people**
3    **came to see what The Satanic Temple was and what it was**
4    **all about.**
5        **And, for my part, I never really paid attention to**
6    **the -- the URL Web site, the -- the discrete stand-alone**
7    **Web site of The Satanic Temple.**
8    Q.   So -- so what happened that you went from nine
9    tenets to seven tenets? I mean, you lost a couple it
10   sounds like or you -- I mean, they are different tenets.
11   And so -- and they're both called "fundamental."
12        There's a change here; so I'm trying to
13   understand what happened to go from nine, these nine to
14   these seven?
15   A.   **Well, we went from a generic placeholder Web site**
16   **where text was just there to apparently hold a place to**
17   **actually deliberating and codifying our beliefs as we --**
18   **as we held them.**
19        **So, therefore, we -- we cohered the seven tenets.**
20        (Exhibit 9 marked for identification.)
21   Q.   Okay. You can set that one aside.
22        Okay. And we're going to go to Exhibit 9. So we're
23   skipping over what's marked as 8. We're going to go to 9.
24   I'm handing it to you.
25        Do you recognize this as the Frequently Asked

Page 39

1    Questions Web page from TheSatanicTemple.com?
2    A.   **Not immediately. I -- I don't understand what date**
3    **this is from or . . .**
4    Q.   Okay.
5    A.   **Is this -- is this current?**
6    Q.   This was printed on 2/12/2020 in the upper
7    left-hand corner.
8    A.   **Oh, okay.**
9    Q.   And it may be that the formatting wasn't -- you
10   know, the -- maybe the images and the formatting
11   wasn't preserved when it was printed.
12   A.   **Oh, sure. Okay.**
13        **Yeah, no, I -- I see the URL. That is our -- our**
14   **Web site.**
15   Q.   Okay.
16   A.   **I see the date.**
17   Q.   Okay. Good.
18        So -- so you recognize this as the Frequently Asked
19   Questions Web page from TheSatanicTemple.com?
20   A.   **Correct, yeah.**
21   Q.   Okay. Take a look at Page 4 at the bottom. And
22   there's text there under the "What Do You Believe?"
23   heading. And read this along as I read this out loud.
24        It says: "We believe in reason, empathy, the
25   pursuit of knowledge, and our Seven Tenets."

Page 40

1        Did I read that correctly?
2    A.   **Correct.**
3    Q.   Okay. Where did these seven tenets come from?
4    A.   **Malcolm and I were discussing the codification of**
5    **beliefs that we believed in as The Satanic Temple. And I**
6    **believe it was months we deliberated back and forth**
7    **before we came up with what we felt were the optimal**
8    **tenets, and that was -- those were these seven tenets.**
9    Q.   Okay. And so you don't -- you -- you didn't receive
10   these seven tenets in a revelation?
11   A.   **No.**
12   Q.   And neither did Malcolm Jarry? Nobody received
13   these as a revelation of some kind or through some kind
14   of --
15   A.   **If you -- if by that you mean some kind of divine**
16   **voice or there was some kind of supernatural insight,**
17   **then -- then no.**
18   Q.   Okay.
19   A.   **We reasoned through these and -- and came up with**
20   **them in that way.**
21   Q.   Okay. And so you reasoned through them.
22        So these are -- are based on purely rational
23   considerations?
24   A.   **Well, that's kind of a -- kind of a loaded**
25   **question. I mean, some of these things speak to ultimate**

10 (Pages 37 to 40)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

---

Page 41

1    concerns that are really impervious to scientific insight
2    but that we think are as near as we can get to a
3    reasonable position without deference to supernatural
4    thought.
5         But when it comes to principles like justice and
6    things like that, that's more of a quality of a kind of
7    characteristic of a universal struggle in which we
8    contextualize our presence in -- and our existence and
9    our works and our goals.
10        And these things can't be -- can neither be
11   validated nor disconfirmed by science; but, nonetheless,
12   we feel like our opinions should be guided by the best
13   scientific evidence of the day.
14   Q.   Does The Satanic Temple still subscribe to the
15   seven fundamental tenets?
16   A.   Yes.
17   Q.   Okay. And are these the seven fundamental tenets
18   that -- are these the beliefs a person has agreed to in
19   order to become a member of The Satanic Temple?
20   A.   That is correct.
21   Q.   Okay. These tenets leave a lot of room for
22   interpretation by individual members, correct?
23   A.   Correct.
24   Q.   Does The Satanic Temple prescribe any other beliefs
25   other than these seven tenets?

---

Page 42

1    A.   Not -- not codified as tenets, no.
2    Q.   Okay. And explain -- I'd ask you to explain what
3    you mean by -- by that?
4    A.   Then I'd have to ask for a more -- could you be
5    more specific?
6    Q.   Yeah, let -- yeah, yeah.
7         So my question is: Does The Satanic Temple
8    prescribe any beliefs other than the seven fundamental
9    tenets, and your answer was none that are prescr- -- that
10   are --
11   A.   In order to -- to claim membership within The
12   Satanic Temple, it is required that you state a belief in
13   following the seven tenets; but there is -- there are no
14   other barriers to membership. There -- you don't have to
15   pledge belief in anything else.
16   Q.   Okay. So you said, you know, these are -- you've
17   agreed these are -- tenets are open to interpretation.
18        And you expect that members will disagree with one
19   another on a large number of important issues, right?
20   A.   Yes.
21        But I also agree that kind of deliberation, those
22   kinds of conversations they have about best aligning
23   themselves with the tenets are often very productive. And
24   that kind of -- and that kind of deliberation will often
25   bring people closer to a productive truth.

---

Page 43

1    Q.   Okay. And so things from politics to metaphysics,
2    Satanic Temple members will have different opinions on a
3    wide range of issues; correct?
4    A.   Correct, within certain restrictions.
5         I don't think the seven tenets leave so much room
6    that you're going to find views that are necessarily
7    polar opposite on all things. I think you do come to some
8    kind of, like, convergence point, but not one that's --
9    not one that's unbendable or unwilling to open itself to
10   discussion. And that's by design.
11   Q.   Okay. Well, let me ask you about some issues. And
12   I've got a -- a list here of things I want to run through
13   that -- that I think, you know, you may say that it's
14   fair to say that The Satanic Temple doesn't -- doesn't
15   give guidance about these things, so -- so let me run
16   through them.
17        So, first of all, dietary matters or food laws, The
18   Satanic Temple doesn't prescribe any beliefs or practices
19   with respect to those things; correct?
20   A.   The Satanic Temple as such does not dictate dietary
21   restrictions on people. But there's always a ongoing
22   dialogue amongst members about particularly whether
23   veganism is morally superior say to being a carnivore and
24   that type of thing.
25   Q.   How about taboos or norms for sexual activity?

---

Page 44

1    A.   Oh, there's definitely those. We have a kind of
2    internal culture which is very focused upon being safe,
3    sane, and consensual.
4         And we have standards within our chapters to ensure
5    that activities follow those types of guidelines. And
6    you'll find if there -- those kinds of standards, those
7    kind of norms are -- are broken that people would
8    certainly be expelled.
9    Q.   So there's -- but there's nothing about the seven
10   tenets that prescribes anything with respect to dietary
11   matters, food laws, sexual activity; correct?
12   A.   Not explicitly, no.
13   Q.   And not implicitly?
14   A.   Well, I mean, that's open to interpretation too.
15   Q.   Okay. How about why the world came into being?
16   There's nothing in the seven tenets that prescribes a
17   belief with respect to that issue, correct?
18   A.   I don't really understand the question of why the
19   world came to be. I'm sorry. Can you --
20   Q.   For what purpose, if there's a purpose to the world
21   coming into being?
22   A.   I --
23   Q.   So the seven tenets doesn't say anything that
24   addresses the purpose of the world or existence or human
25   life, the wonder of human life?

---

11 (Pages 41 to 44)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 45

1    A.  Well, we're -- we're not speaking to cosmology, but
2    the seven tenets more speak to our own place in the
3    universal order when we talk about things like principles
4    of justice and compassion.
5        But if you're asking about, like, the origins of
6    the universe, that is something I think, you know, we
7    would defer people to the scientific understanding of the
8    world.
9    Q.  And so as far as, you know, how to overcome
10   feelings of alienation or purposelessness, you know, if
11   someone's struggling with that, the seven tenets doesn't
12   provide any guidance there; correct?
13   A.  Oh, I would -- I would object to that.
14       I -- I travel all over the United States and
15   sometimes internationally; and people have really
16   attached their entire identity and purpose in life to
17   their association, affiliation with The Satanic Temple
18   and particularly with the seven tenets.
19   Q.  But there's nothing in those tenets that gives them
20   guidance as to how to overcome those feelings of
21   alienation or purposelessness?
22   A.  I -- well, I disagree. I think that many of them
23   would tell you that the seven tenets do everything to
24   give them that kind of guidance and give them that sense
25   of purpose.

Page 46

1    Q.  How about why people are born into disparate
2    circumstances of privilege or deprivation? There's
3    nothing in the seven tenets that addresses that issue,
4    right?
5    A.  Correct.
6    Q.  How about whether there's a principle of karma
7    operating in the world? Nothing addresses that?
8    A.  Correct.
9    Q.  How one should deal with personal suffering?
10   A.  Well, there again, I would say that there is a
11   significant population that deals with suffering with
12   deference to the seven tenets as a guide for how to
13   reduce the suffering of others and how to contextualize
14   their place in the universal order so that they have
15   gained that sense of purpose that thereby I would say
16   lessens their suffering if they're feeling a sense of
17   alienation.
18   Q.  So -- so say that there's -- say that you've got a
19   woman who's battling cancer.
20       The Satanic Temple doesn't address what comfort she
21   has to draw on, correct?
22   A.  I don't -- I'm a little confused by that. Like,
23   there's comfort to be had from cancer? I -- I'm sorry.
24   Can you -- can you rephrase.
25   Q.  What comfort a person might have who is battling

Page 47

1    cancer? And The Satanic Temple doesn't provide any
2    guidance there?
3    A.  I mean, that's a difficult one to answer. I -- I've
4    met terminally-ill members in The Satanic Temple who have
5    felt they found a purpose in The Satanic Temple, and
6    that seems to be enough for them.
7        We're not -- we're not telling them about -- we're
8    not giving them some notion of the afterlife or anything
9    like that, if that's what you mean by it.
10       But I don't think the -- the comfort provided for
11   them by their identity as Satanists and in deference to
12   The Satanic Temple is limited when it comes to people who
13   are suffering from terminal illness.
14   Q.  So the seven tenets say nothing about the fear of
15   the unknown?
16   A.  Of -- well, there's -- there's a lot it doesn't say
17   anything -- it doesn't speak directly to.
18   Q.  How about the existence of cosmic good and evil?
19   A.  No, no reference to cosmic good and evil.
20   Q.  Okay. So why bad things happen to good people, it
21   doesn't address that issue?
22   A.  Well, it doesn't suggest that there's one reason
23   that bad things happen to good people.
24   Q.  How about what makes a person worthy of dignity and
25   respect? The seven tenets don't address that question,

Page 48

1    right?
2    A.  I would say it's implicit in the idea of compassion
3    and empathy that people are deserving of -- dignity
4    and respect.
5    Q.  But nothing about why that's the case?
6    A.  Unless you're going to say it's because they're
7    inviolable, but sure.
8    Q.  Okay. So, as I understand it, The Satanic Temple
9    doesn't prescribe beliefs concerning things that have to
10   be accepted on faith; right?
11   A.  Well, I mean, that's open to interpretation and
12   argument also.
13       Like I said, when you're dealing with kind of
14   principles that are impervious to scientific
15   justification or falsification like justice or maybe even
16   compassion and empathy to a certain degree . . .
17   Q.  Well, but The Satanic Temple doesn't mandate
18   beliefs or doesn't prescribe beliefs with respect to
19   things that people must accept on faith; correct?
20   A.  Well, I mean, again I would go back to -- to
21   principles like justice. And you do have to -- to a
22   certain degree accept on faith that these are affirmative
23   values and that these are optimal ways in which to -- to
24   order your understanding of the world.
25       But we don't ask people to accept certainly claims

12 (Pages 45 to 48)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 49

1  that we think would fall into the category of -- of
2  supernatural on -- on faith alone.
3  Q.   So The Satanic Temple doesn't prescribe any belief
4  with respect to life after death? Reincarnation?
5  A.   Correct, none of that.
6  Q.   Those sorts of issues? You know, whether there's a
7  soul; correct?
8  A.   I personally have even written about the
9  nonexistence of the soul as the way I see it. But The
10 Satanic Temple itself has not made a commentary, you
11 know, official commentary, I don't think on -- on the
12 idea of the existence of the soul.
13 Q.   Okay. So as I understand it -- well, let me -- as
14 far as atheism is concerned, The Satanic Temple does not
15 require its members to be atheists; right?
16 A.   Correct. Well, no means to state their atheism.
17 They just need to state a belief in the seven tenets.
18     And we expect that our membership will defer to the
19 best scientific understanding of the world, but we also
20 acknowledge that there are limits to our scientific
21 understanding. And some people may have some sense that
22 they have an intuition about things or they might suspect
23 that certain things are the way they are because of some
24 scientifically-unproven thing that other people would
25 consider supernatural.

Page 50

1      But we would expect that if they do hold to those
2  beliefs, they would at least be malleable enough to
3  emerging scientific evidence that they could change those
4  beliefs.
5      So they may not necessarily prescribe entirely one
6  hundred percent to only things that are scientifically
7  proven in the material world; because that just might not
8  be possible, given some of the larger questions they
9  have.
10 Q.   So The Satanic Temple has members who are Jewish,
11 correct?
12 A.   Well, I believe The Satanic Temple has members who
13 are culturally Jewish. I mean, you'd have to specify.
14 There's -- there's layers of -- of Jewish.
15 Q.   The Satanic Temple has members that are Buddhist,
16 correct?
17 A.   I don't personally know members who are Buddhist,
18 and I don't know of -- I mean, we have members who are --
19 who are Satanists. I don't -- I don't know that -- how
20 many people hold more than one religious identity.
21 Q.   So The Satanic Temple has received e-mails from
22 Christians asking if they can be a member, hasn't it?
23 A.   I believe we have. And we have -- but, for the most
24 part, we'll get e-mails from Christians who want to be
25 allies. And I think that even if it's worded as such that

Page 51

1  they want to be members of The Satanic Temple, I think
2  that's what people are looking for. They're not looking
3  to take on various religious identities, but they also
4  respect the fight for pluralism they see us engaged in
5  and want to offer their support.
6  Q.   So the -- the response that you've made to those
7  people who have -- those Christians who have e-mailed
8  asking, your response has been that believing in
9  supernatural things doesn't disqualify a person who
10 subscribes to the seven tenets; correct?
11 A.   I -- I can't think of specific answers to that type
12 of e-mail.
13     But I would defer to my previous answer: that so
14 long as somebody's supernatural beliefs don't interfere
15 with their ability to accept the best available
16 scientific evidence and that they are open to changing
17 their minds based upon the best scientific -- best
18 available scientific evidence that we -- we don't have
19 any commentary for them beyond that.
20 Q.   Okay. Well, take a look at -- at Page 5 of the
21 exhibit in front of you, Page 5 at the top. And read
22 silently while I read aloud.
23     It says: "What are some of the rituals of TST? The
24 Satanic Temple does not have any required rituals, but
25 some members choose to participate in rituals that they

Page 52

1  find personally meaningful. There is no absolute right
2  way to perform any of them."
3      Did I read that correctly?
4  A.   Correct.
5  Q.   Okay. And then take a look at Page 6 at the top, or
6  toward the top anyway, "How can I" -- or -- and read
7  along with me here.
8      "How can I attend TST services? Services are hosted
9  regularly at TST headquarters in Salem, Massachusetts,
10 and will soon be posted online."
11     Did I read that correctly?
12 A.   Correct.
13 Q.   Okay. And what does "service" in this context
14 consist of?
15 A.   The services are held I believe Friday evenings in
16 Salem, where we have the officiant who is also the -- the
17 manager of our gallery speaks before a group of
18 participants or people who show up and just usually
19 speaks about issues and has a -- an open discussion with
20 them.
21     And they usually kind of confront these issues with
22 deference to the Sat- -- to the seven tenets and -- and
23 in that way just kind of communicate what they -- what
24 they think about it all.
25 Q.   Okay. So there's no kind of prayer or worship? You

13 (Pages 49 to 52)

The Satanic Temple 30(b)(6) 3/10/2020            Donna Cave, et al. v. John Thurston

Page 53

1  don't sing praise songs or anything of that nature or
2  hymns or . . .?
3  A.  Well, there's -- there's nothing preventing them
4  from singing or -- or engaging in -- I mean, they --
5  they've done shared artistic projects before, that type
6  of thing.
7      But there's -- it -- it's similar to the rituals in
8  which we try to be true to our kind of antiauthoritarian
9  values by leaving things open enough that people can have
10  some kind of creative input and control over the -- the
11  environment that they're in and the activities they're
12  engaged in.
13  Q.  Okay. And you mentioned an officiant.
14     Who is the officiant?
15  A.  Alex.
16  Q.  Alex?
17  A.  Yeah.
18  Q.  What is Alex's -- is that a first name?
19  A.  Yeah.
20     I -- I don't know his name beyond that. I just --
21  I've just always called him Alex.
22  Q.  Does Alex have a last name?
23  A.  I'm sure he does, but . . .
24  Q.  Is Alex a pseudonym?
25  A.  That could be too. I'm not -- I'm not sure. I don't

Page 54

1  think so, but . . .
2  Q.  So this is the officiant of what you call the
3  services at the -- at the Salem Art Gallery, correct?
4  A.  Correct, yes.
5  Q.  Okay. And which is also The Satanic Temple
6  headquarters, correct?
7  A.  Correct.
8  Q.  And the officiant's name is Alex.
9     And you -- you do not know Alex's last name?
10  A.  I have no idea what Alex's last name is.
11  Q.  So your -- your testimony under penalty of perjury
12  is that you do not know Alex's last name, even though he
13  does services for The Satanic Temple at The Satanic
14  Temple headquarters?
15  A.  That's right. No amount of penalty can help me
16  recall his name.
17  Q.  Okay.
18  A.  I only know him as Alex.
19  Q.  Fair enough.
20     Do you charge people to attend these services?
21  A.  No.
22  Q.  Or for access to the building?
23  A.  On the -- on a regular day if they're coming to see
24  an art exhibit, there's an admission fee; but there's
25  no -- no fee for coming to the services.

Page 55

1  Q.  Are services held at regular intervals?
2  A.  Yes, Fridays.
3  Q.  So every Friday you have a lecture or an art
4  presentation or something of that nature?
5  A.  Every Friday we have the services.
6  Q.  Okay. When did you begin having these events on
7  Fridays? Let me -- let me clarify.
8     When did you begin having them regularly on
9  Fridays?
10  A.  I'm not -- I'm not certain.
11  Q.  Would it have been in the past year?
12  A.  I suspect it's over a year.
13  Q.  Okay. But maybe not?
14  A.  I'm pretty sure it's over a year.
15  Q.  Okay.
16  A.  I think we're more at about two years than -- than
17  one.
18  Q.  Okay. So this is 2020. Going back two years would
19  have been 2018.
20     Sometime during 2018 you began having regular
21  events on Friday evening?
22  A.  Well, regular services.
23     We always had events at -- at the headquarters, but
24  it was a -- I would say a year or two prior from today
25  that we decided to have weekly services.

Page 56

1      MR. CANTRELL:  Okay. Okay. Tell you what,
2  why don't we -- why don't we take a short
3  break. So we're off the record.
4      THE VIDEOGRAPHER:  We are going off the
5  record at 10:21 a.m.
6      (Recess taken.)
7      THE VIDEOGRAPHER:  We are back on the
8  record at 10:32 a.m.
9  Q.  (Mr. Cantrell) Okay. So we are on Exhibit 9. I'll
10  ask you to take a look at Page 7 at the bottom. And the
11  heading there says, "Ordination. I would like to be
12  ordained." It says, "TST will be offering ordination to
13  interested members," and then it continues on.
14     And the last sentence there says: "We will post a
15  notice when this is available, but for now we are not
16  ordaining anyone."
17     Did I read that correctly?
18  A.  Correct.
19  Q.  Okay. So The Satanic Temple does not currently
20  ordain anyone, correct?
21  A.  Well, we currently do have some people who are
22  ordained; but we're not currently accepting applications
23  from anybody who's seeking to be ordained.
24  Q.  Okay. How many do you have that are ordained
25  currently?

14  (Pages 53 to 56)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

---

Page 57

1    A.  I think currently we have three.
2    Q.  Okay. And when did these individuals become
3    ordained?
4    A.  I'm not certain.
5        I registered ordination years ago, as did Malcom.
6    And Alex should be ordained, and then I think we have one
7    other ordained person.
8    Q.  Okay. So that's four?
9    A.  Correct.
10   Q.  Okay. So Malcolm, Doug Misicko, Alex.
11       And you don't know Alex's last name?
12   A.  Correct, yeah.
13   Q.  And then who was the fourth one?
14   A.  Greg.
15   Q.  Greg. What's Greg's last name?
16   A.  That I don't know either. I would have -- I don't
17   keep track of people's --
18   Q.  For this group --
19   A.  -- legal names.
20   Q.  Okay. So again, under penalty of perjury, you --
21   you do not know Greg's last name?
22   A.  I know his pseudonym: Penemue.
23   Q.  How do you spell that?
24   A.  P-E-N-E-M-U-E.
25   Q.  P-E-N --

---

Page 58

1    A.  P-E-N-E-M-U-E.
2    Q.  Okay. And that's just a stand-alone name? Or is
3    that a pseudonymous last name?
4    A.  No. It's just a pseudonymous, stand-alone last
5    name.
6    Q.  Okay. All right. And when did Greg become ordained?
7    A.  I can't -- I can't recall.
8    Q.  And you don't know when Alex became ordained?
9    A.  I -- I cannot recall that either.
10   Q.  So, I mean, are we talking months? Are we talking
11   years ago?
12   A.  I -- I would say probably over a year have those
13   two have been ordained.
14   Q.  Okay. And who ordained them?
15   A.  Malcolm and I.
16   Q.  Okay. And who ordained you and Malcolm?
17   A.  Self-ordained. That was a matter of filing the
18   appropriate paperwork.
19   Q.  Okay. And what paperwork did you file?
20   A.  I don't recall. It -- states have different --
21   different requirements.
22   Q.  Okay. This was with the State of Massachusetts?
23   A.  Correct, yeah.
24   Q.  Okay. And so The Satanic Temple wasn't ordaining
25   anyone in February 2017, for example, so three years ago?

---

Page 59

1    A.  I -- I know we had other people who were previously
2    ordained who aren't ordained anymore. I know there's at
3    least one other person who was previously ordained, and
4    there might have been more. I'm not -- I'm not totally
5    clear on whether we filed ordination for -- for other
6    people.
7    Q.  And so when you say "ordained," you -- what you
8    mean is there was paperwork filed with the State,
9    correct?
10   A.  Well, when -- when I'm speaking as to whether they
11   were legally ordained or not, that's what -- what is
12   required, yeah.
13   Q.  Okay. So, these people, what process did they go
14   through to earn their ordination? Or was there a process?
15   A.  Yeah.
16       I mean, they -- they needed to at least demonstrate
17   to me that they had a competent knowledge of what we
18   believe and how to speak to the beliefs and positions
19   of -- of The Satanic Temple.
20       And that's kind of a -- the broader process for
21   putting in order for people who want to -- who want to
22   apply for ordination through us, is that we believe they
23   are credible and competent to speak as ordained
24   representatives of The Satanic Temple and -- and provide
25   the services that ordination would confer upon them to be

---

Page 60

1    able to perform.
2    Q.  So this was an informal process, correct?
3    A.  It has been. It has been and -- and now we're
4    working on -- we're -- we're almost done putting together
5    the -- the formal process.
6        (Exhibit 10 marked for identification.)
7    Q.  Okay. All right. You can set that exhibit aside.
8        All right. And I'm handing you Exhibit 10.
9        And do you recognize this as the official holidays
10   of The Satanic Temple Web page from TheSatanicTemple.org?
11   A.  Yes.
12   Q.  Okay. So in January of this year, so just a couple
13   of months ago, The Satanic Temple for the first time
14   announced holidays; right?
15   A.  Correct.
16   Q.  Okay. And one of those holidays is Lupercalia? Am I
17   pronouncing that correctly?
18   A.  Correct.
19   Q.  Okay. And it's to be celebrated on February 15; is
20   that right? Follow with me?
21   A.  Sorry.
22   Q.  Top page.
23   A.  Yes, I see that.
24   Q.  Okay. And what are some of the ways that The
25   Satanic Temple suggests celebrating Lupercalia here, the

---

                                          15 (Pages 57 to 60)

The Satanic Temple 30(b)(6) 3/10/2020                 Donna Cave, et al. v. John Thurston

---

Page 61

1    bullet points, I guess.
2         "A feast that includes a milk-like substance, figs,
3    lamb or vegan option and other foods."
4         Next bullet point: "Rituals with mock sacrifice,
5    orgies, BDSM, asexual awareness, bodily autonomy,
6    wolves."
7         Did I read that correctly?
8    **A.   Correct.**
9    Q.   Okay. And so these are ways The Satanic Temple
10   suggests celebrating this holiday?
11   **A.   Yeah, apparently so.**
12   Q.   Okay. And -- and "BDSM" stands for?
13   **A.   I'm not certain, honestly. Something to do with**
14   **bondage.**
15   Q.   Okay. Could it be -- and just guessing here -- but
16   bondage, domination, sadomasochism?
17   **A.   I don't think you're guessing.**
18   Q.   All right. Well, it's a question.
19   **A.   It -- it -- that sounds like a -- that sounds like**
20   **credible speculation to me.**
21   Q.   It -- is it your belief that that's what it stands
22   for?
23   **A.   I'm honestly not certain. It's not really my --**
24   **it's not my specialty.**
25   Q.   Okay. And I understand that. I'm -- I'm not asking

---

Page 62

1    that, but I'm asking your understanding of what the term
2    refers to.
3    **A.   I -- I think you're correct. I think --**
4    Q.   Okay.
5    **A.   I think it probably -- it's probably that acronym.**
6    Q.   Yeah, fair enough.
7         Okay. And you can set -- you can set that aside.
8    **A.   Okay.**
9    Q.   So I want to ask you about the origin of The
10   Satanic Temple.
11        When was The Satanic Temple founded?
12   **A.   2013.**
13   Q.   I'm sorry. You said 2013?
14   **A.   Correct.**
15   Q.   Okay. And when in 2013?
16   **A.   Oh, I don't know.**
17   Q.   Is it in -- in conjunction with the rally for Rick
18   Scott?
19   **A.   It was following the Rick Scott rally.**
20   Q.   Okay. Was it conjunction with what I've seen
21   referred to as the "Pink Mass"?
22   **A.   It was more along -- it was more around that time,**
23   **because then it became clear to me that -- that I was**
24   **kind of a -- I had become kind of a central image for**
25   **this that I hadn't intended to be necessarily at the**

---

Page 63

1    beginning.
2         **So it was around that time that I was very**
3    **insistent that the whole concept needed to be legitimated**
4    **and -- and be aligned with what I truly believed.**
5    Q.   And you've mentioned Malcolm Jarry.
6         To your knowledge, Malcolm Jarry is an alias of
7    Cevin Soling; correct?
8    **A.   Correct.**
9    Q.   And Cevin Soling is spelled C-E-V-I-N, S-O-L-I-N-G?
10   **A.   Yes.**
11   Q.   Okay. And he was the one who originally came up
12   with the idea of The Satanic Temple; is that right?
13   **A.   He was the one who originally started using the**
14   **name The Satanic Temple.**
15        **But, as I said, you know, like in relation to the**
16   **placeholder Web site, the concept of The Satanic Temple**
17   **as we know it today didn't emerge until after I became a**
18   **part of it, until it was formally codified and -- and**
19   **founded.**
20   Q.   Okay. So are you aware that -- that Cevin conceived
21   of the project of The Satanic Temple as a way to
22   undermine George W. Bush's White House Office of Faith
23   Based and Community Initiatives?
24   **A.   When -- my understanding is that when Malcolm was**
25   **first conceiving of the notion of creating a type of**

---

Page 64

1    **activist film that the idea was that this film would show**
2    **a -- would -- would show this -- would -- would portray**
3    **this idea of an alternative religion seeking this kind of**
4    **equal representation.**
5         **And so it made sense to consult with myself, a**
6    **Satanist, somebody who identifies with an alternative**
7    **minority religious group to credibly portray that;**
8    **so . . .**
9    Q.   Okay. So I --
10   **A.   So, well, I'm trying to make the distinction is**
11   **that he had an idea for this, for this kind of film**
12   **project that would -- that would focus upon the -- what**
13   **he saw as the problems with the faith-based and --**
14   **faith-based initiatives or perhaps the hypocrisy of it.**
15        **But I'm making the distinction between that project**
16   **and what The Satanic Temple actually is, because I think**
17   **those are rather distinct and separate entities.**
18   Q.   You think what are separate entities?
19   **A.   Malcolm's film project and the actual founding and**
20   **codification of --**
21   Q.   Okay.
22   **A.   -- of what we know as The Satanic Temple today.**
23   Q.   But they were both called The Satanic Temple,
24   correct?
25   **A.   Correct.**

---

                                        16  (Pages 61 to 64)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 65

1    Q.   Okay. And have you used the word "poison pill"?
2    Poison pill in this context?
3    **A.   I have heard him use that term, poison pill.**
4    Q.   Okay. And what -- what does it mean that The
5    Satanic Temple would be a poison pill?
6    **A.   I'm -- I mean, you would have to ask him. I'm**
7    **not -- not necessarily certain what he means.**
8    Q.   Okay. All right. Now let's talk about the rally for
9    Rick Scott.
10       So you've said this was a film project, and it was
11   supposed to be a mockumentary about the nicest Satanic
12   cult in the world; right?
13   **A.   I -- I don't know that those words have been used.**
14   Q.   Is that generally your sense of what the film
15   project was about?
16   **A.   No, I -- I don't -- I don't think there was -- I**
17   **mean, my understanding was that there wasn't much a**
18   **desire to portray a Satanic cult, whether happy or**
19   **otherwi-- I could be wrong. I didn't pay much**
20   **attention.**
21       **But my original role in that was to consult**
22   **regarding what could be a credible portrayal of Satanism,**
23   **knowing about these types of things.**
24       **But as far as a film project was concerned, it**
25   **wasn't necessarily of value to put too specific a face on**

Page 66

1    **it, whether it be theistic, nontheistic, or otherwise.**
2    **The important part was that people could see what the**
3    **difficulties were faced by an alternative religious group**
4    **seeking equal representation.**
5    Q.   So there was a rally staged at the Florida State
6    Capitol, right?
7    **A.   Could you be more specific?**
8    Q.   You -- you staged a rally at the Florida State
9    Capitol in conjunction with this film project?
10   **A.   You -- you're talking about the Rick Scott rally?**
11   Q.   Yes.
12   **A.   Correct.**
13   Q.   And so -- and that rally purported to support
14   Governor Scott for signing a bill that permitted
15   student-led prayer at school assemblies, right?
16   **A.   Correct.**
17       MR. CANTRELL:   Okay. All right. Let's take
18   a short break. So let's go off the record.
19       THE VIDEOGRAPHER:   We're going off the
20   record at 10:48 a.m.
21       (Pause in proceedings.)
22       THE VIDEOGRAPHER:   We're back on the
23   record at 10:49 a.m.
24   Q.   (Mr. Cantrell) Okay. So we're back on the record.
25   Mr. Misicko, you're aware of a video of the rally

Page 67

1    at the Florida State Capitol; correct?
2    **A.   I'm aware there are videos of the rally.**
3    Q.   Okay. I want to play a part of one of these videos.
4       (Video begins playing at 10:50 a.m.)
5       "Welcome everybody. I am Lucien
6    Greaves, Overlord of The Satanic Temple. I
7    can't tell you how gratifying it is to
8    have you all here today. 10, 20 years ago,
9    it would have been unthinkable that a
10   congregation of Satanists would be
11   gathered publicly upon these capitol
12   steps. Public sensibilities would not have
13   allowed for it.
14       "For Satan the public perception is one
15   that does not exist. For the Satanist the
16   suspicious witch hunt -- witch-hunting
17   mythology are nothing more than a paranoid
18   conspiracy theory. We now have the opportunity
19   to open new minds to our teachings and to
20   dispel divisive myths.
21       "For that we honor Governor Rick Scott for
22   Senate Bill 98 which allows for student-led
23   prayer in school, offering hope that our
24   Satanic children may be bring Lucifer's
25   teachings to new minions.

Page 68

1       "As spokesperson for The Satanic Temple, I
2    have heard it argued that we have interpreted
3    the letter of the law, SB98, at the expense of
4    its intended spirit. Surely, I've been told,
5    Governor Rick Scott, an avowed Christian, could
6    not have intended such a bill to benefit
7    Satanists or non-Christian religionists.
8       "These reservations we feel are nothing
9    less than a grave insult to a great man.
10   Legislation --
11       (Video stops playing at 10:51 a.m.)
12       MR. CANTRELL:   Okay. Let's pause there.
13   Okay. And you can swing back around.
14   Q.   (Mr. Cantrell) So do you recognize that video as
15   video of the rally at the Florida State Capitol?
16   **A.   I do.**
17   Q.   Okay. And you identified yourself as Overlord of
18   The Satanic Temple, correct?
19   **A.   Correct.**
20   Q.   And you stated you were there to honor Scott for
21   signing a bill that permits student-led prayer in
22   schools, correct?
23   **A.   Correct.**
24   Q.   And -- but you weren't really glad that Scott
25   signed this bill, correct?

17 (Pages 65 to 68)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 69

1   A.   Well, we were glad that -- yeah, we were glad that
2   Rick Scott signed the bill.
3   Q.   You were -- why were you glad that he signed this
4   bill?
5   A.   Because we took it at face value that Rick Scott
6   was trying to preserve religious liberty and that there
7   wouldn't be any Government viewpoint discrimination
8   regarding what the nature of the prayers or invocations
9   would be delivered by student-led groups.
10      So, as we said at the time, we felt that this,
11  these kinds of measures would lead to a boom in religious
12  diversity where alternative religious voices would find a
13  better avenue to show people what their -- what their
14  beliefs were and -- and where they stood on certain
15  things and open kind of, like, free discussion related to
16  that.
17      And even though these kinds of measures are passed
18  usually by Christian politicians, nobody generally is
19  unaware of what the Christian voices are. So especially
20  early on with what we were doing, there was much more
21  interest in what we had to say and what we were doing.
22      So those kinds of religious liberty messages or --
23  or measures, that kind of legislation really -- really
24  generated a -- a whole kind of religious identity that
25  brought people to us, so . . .

Page 70

1   Q.   So let me ask you this: You referred to Rick Scott
2   as a great man, correct?
3   A.   Correct.
4   Q.   Okay. And you -- you didn't really believe Rick
5   Scott was a great man, right?
6   A.   I suspect that he is not, based on many other
7   things I -- I know about him now. But the idea at the
8   time was that we were taking everything that was being
9   said at its face value.
10  Q.   You had posted items to social media that were
11  critical of Governor Scott's decision, hadn't you?
12  A.   I -- not that I recall.
13          (Exhibit 10-B marked for identification.)
14  Q.   Okay. And I am showing you what I will go ahead and
15  mark as an exhibit. Let's see. I will mark this as --
16  which exhibit are we on? 10.
17      Okay. I'll mark this as an Exhibit 10-B.
18          MR. KEZHAYA: You indicated that this is
19      10-B. What is 10-A?
20          MR. CANTRELL: 10 -- it's just 10.
21          MR. KEZHAYA: Oh, okay.
22          MR. CANTRELL: Yeah.
23          MR. KEZHAYA: Do we have a 10 -- oh, yeah, we
24      do have a 10. 10 was Lupercalia.
25          MR. CANTRELL: Right, yeah. So this will

Page 71

1   be 10-B.
2          MR. KEZHAYA: Okay.
3   Q.   (Mr. Cantrell) And I'll direct your attention to
4   the second page. This -- this is titled: "Did You Hear
5   the One About the Pro-Scott Satanic Cult?" It is from a
6   Florida Miami Herald news blog posted by Michael Van
7   Sickler on Wednesday, January 16, 2013.
8       And I'll direct your attention to the second page,
9   which indicates that --
10          MR. KEZHAYA: Before we go reading off of
11      the exhibit, I'd like to see it.
12          MR. CANTRELL: Okay. Here you go. Second
13      page at the top.
14          MR. KEZHAYA: This appears to be
15      indicating that Mr. Misicko posted something on
16      his personal Facebook page.
17          He's going to be back here tomorrow
18      wearing his personal hat. We object to this as
19      hearsay on the front end, and it's not a TST
20      statement on the second.
21          MR. CANTRELL: Well, let me go ahead
22      and -- and ask you about it.
23  Q.   (Mr. Cantrell) So you've had a chance to read it.
24      Did you speak to someone at the Miami Herald?
25  A.   I spoke to Michael Van Sickler. I don't remember

Page 72

1   which -- which outlet he was working for.
2   Q.   Okay. And so does this refresh your memory as to
3   whether or not you posted videos critical of Rick Scott
4   on your Facebook page?
5   A.   It does not.
6       But I don't find it outrageous that I would. It's
7   still kind of an open question when you take something at
8   face value, but you're also open to the criticisms and
9   willing to consider the possibility that what Scott was
10  doing was hypocritical.
11  Q.   Okay. Thank you. And you can set that aside.
12      All right. So let's talk about --
13  A.   Wait. I'm sorry. Should I folder this?
14  Q.   Yeah, go ahead.
15  A.   Okay.
16  Q.   Let's talk about what you called the "Pink Mass."
17      Did you participate in the Pink Mass?
18  A.   I did.
19          (Exhibit 11 marked for identification.)
20  Q.   All right. I'm handing you what's been marked as
21  Exhibit 11.
22      Do you recognize this as an archive of the Westboro
23  Baptist Web page from July 17, 2013?
24  A.   I do.
25          MR. KEZHAYA: Object to hearsay.

18 (Pages 69 to 72)

The Satanic Temple 30(b)(6) 3/10/2020                    Donna Cave, et al. v. John Thurston

---

Page 73

1    Q.   What is -- what is Westboro Baptist Church?
2    A.   **Westboro Baptist Church is this very outspoken**
3    **anti-LGBQT church based out of Topeka, Kansas.**
4         **And they often stage protests at veteran's funerals**
5    **or sites of tragedies where people are oftentimes**
6    **recently mourning to spread their message of**
7    **anti-homosexuality, for the most part.**
8    Q.   So The Satanic Temple registered
9    WestboroBaptist.com as a domain and created this Web
10   site, correct?
11   A.   **Correct.**
12   Q.   Did you create this Web site on The Satanic
13   Temple's behalf?
14   A.   **I helped with this Web site.**
15   Q.   Okay. Take a look at that first page, that last
16   sentence of the left column. And read silently while I
17   read.
18        "The Pink Mass is a Satanic ritual performed at the
19   grave site of a deceased person which changes the sexual
20   orientation of that person in the afterlife."
21        Did I read that correctly?
22   A.   **Correct.**
23   Q.   Okay. In July 2017 The Satanic Temple did not hold
24   that there was an afterlife, did it?
25   A.   **Well, no.**

---

Page 74

1         **And, therefore, on the -- I believe on the press**
2    **release and in the subsequent interviews I did, I was**
3    **quite clear on the fact that we still weren't advocating**
4    **for any supernatural beliefs or even a belief in the**
5    **afterlife.**
6         **But what we were doing is directly engaging the**
7    **Westboro Baptist Church on their own terms. They had made**
8    **the argument before in the Supreme Court that their**
9    **beliefs were inviolable. And we were making the argument**
10   **also that our beliefs were inviolable; and we were free**
11   **to believe that they were obligated to believe, based**
12   **upon their beliefs, that we had changed the sexual**
13   **orientation of Catherine Idalette Johnston.**
14        THE COURT REPORTER:  "The sexual
15        orientation" of?
16        THE WITNESS:  Of Catherine Idalette
17        Johnston.
18   Q.   So what did the Pink Mass involve?
19   A.   **Two same-sex couples making out over the grave of**
20   **the mother of the founder of the Westboro Baptist Church.**
21   **And then I tastefully rested my scrotum upon her grave.**
22   Q.   Okay. The two men who were photographed kissing,
23   they were actors; right?
24   A.   **Well, they were definitely kissing.**
25   Q.   Right.

---

Page 75

1         But they were hired actors, correct?
2    A.   **I don't believe they were paid.**
3    Q.   In any case, they were actors who were actually
4    kissing?
5    A.   **I don't -- I wouldn't call them actors. They --**
6    **they knew what we were doing, and they wanted to do it.**
7    Q.   And those two men were not actually gay, were they?
8    A.   **I don't -- I don't know. I don't -- I -- I know at**
9    **least one of them explicitly identified as gay. The other**
10   **one seemed pretty gay along with him.**
11   Q.   So you had tried to find actors to participate in
12   this, what you called the Pink Mass; correct?
13   A.   **I did not.**
14        **I don't know necessarily what the process was when**
15   **the people I was working with were trying to find people.**
16   Q.   And I say "you." I mean The Satanic Temple.
17   A.   **Well, this was still kind of transitioning from**
18   **film project to -- this is about the point where my face**
19   **ended up in the news quite a bit where --**
20   Q.   Let me --
21   A.   **-- they really insisted on --**
22   Q.   Let me stop you there now, if you don't mind.
23   A.   **Okay.**
24   Q.   So there were also two women who were photographed
25   kissing, correct?

---

Page 76

1    A.   **Correct.**
2    Q.   And they were not actually lesbian, correct?
3    A.   **I actually really know nothing about either of**
4    **them.**
5    Q.   But you know that they weren't lesbian?
6    A.   **I don't know that. They --**
7    Q.   And they were --
8    A.   **-- could very well have been.**
9    Q.   -- actors as well, right?
10   A.   **I -- I don't know that either.**
11        **I -- I don't -- I don't believe any of these people**
12   **got paid, and I believe they -- they had their own --**
13   **their own -- their own positions on matters that led them**
14   **to want to do this with us.**
15   Q.   How did you locate these individuals to
16   participate?
17   A.   **I -- I did not. So I didn't --**
18   Q.   How did The Satanic Temple locate these
19   individuals?
20   A.   **I -- I do not know how these, these people were --**
21   **were brought into this.**
22   Q.   Okay. And -- and you are the representative of The
23   Satanic Temple with knowledge of the items listed in the
24   Notice of Deposition, correct?
25   A.   **Yeah.**

---

                                                    19 (Pages 73 to 76)

The Satanic Temple 30(b)(6) 3/10/2020                    Donna Cave, et al. v. John Thurston

---

Page 77

1    I do not consider this necessarily formal --
2    leading up to the Pink Mass, it was still rather
3    transitory, not -- not really within the time frame after
4    the formal codification of The Satanic Temple and my
5    assis- -- insistence that it align itself with -- with a
6    consistent set of beliefs.
7         So --
8    Q.   So The Satanic Temple --
9    A.   -- I mean, some of these matters kind of still
10   predate my -- my overall --
11   Q.   I -- I understand that.
12   A.   -- primary influence.
13   Q.   This is --
14        MR. KEZHAYA:  I going to object here.
15        Don't interrupt the witness as he's answering
16        your question, please.
17   Q.   Do you have anything else to add?
18   A.   No. Please continue.
19   Q.   Okay. So The Satanic Temple considers both the
20   rally for Rick Scott and the Pink Mass to be campaigns of
21   The Satanic Temple, correct?
22   A.   Correct.
23   Q.   Okay. All right. And take a look at the photographs
24   that follow that first page.
25        Do you recognize those as copies of photographs

---

Page 78

1    that were posted to the Westboro Baptist page?
2    A.   Yes.
3    Q.   The answer is yes?
4    A.   Yes.
5    Q.   Okay. Were you the one who posted photographs to
6    the Westboro Baptist Web site?
7    A.   I don't know who posted the pictures.
8         I was aware of the pictures. I may have even
9    curated the pictures that ultimately got posted.
10   Q.   Okay. And Mississippi authorities brought charges
11   of grave desecration against you, didn't they?
12   A.   I think there's a distinction there. I was never
13   formally charged. I believe they -- I don't know how
14   to -- what the proper wording on that would be, but I --
15   they -- they issued a -- a warrant for arrest.
16        (Exhibit 12 marked for identification.)
17   Q.   Okay. All right. You can set that aside.
18        I'm going to hand you what's been marked as
19   Exhibit 12.
20        If you can just take a look at that and tell me: Do
21   you recognize that as an archive of a page from Westboro
22   Baptist Web site titled, "Perform Your Own Pink Mass"
23   from July 20, 2013?
24   A.   Yes.
25        (Exhibit 13 marked for identification.)

---

Page 79

1    Q.   Okay. Okay. And you can set that aside as well.
2         All right. Now I'm handing you Exhibit 13.
3         Do you recognize that as the archive of the
4    Westboro Baptist press release Web page from July 20,
5    2013?
6    A.   Yes.
7    Q.   Okay. And there's two pages there, both the top and
8    the bottom of the page.
9    A.   Yes.
10   Q.   Okay. Okay. And you can set that aside.
11        Let's talk about the Black Mass at Harvard.
12        So The Satanic Temple sponsored a Black Mass close
13   to Harvard in May of 2014?
14   A.   That sounds correct.
15   Q.   Okay. And you've studied the Black Mass, right?
16   A.   Yes.
17   Q.   And a Black Mass involves a consecrated eucharistic
18   host taken from a Catholic church, correct?
19   A.   Well, not in our case.
20   Q.   But in -- in general a Black Mass is understood
21   to -- to involve a consecrated host; correct?
22   A.   That's -- that's the mythology.
23        And the idea of the Black Mass event, despite some
24   of the media generated by it, was that there would be a
25   reenactment of a Black Mass. And despite whatever reports

---

Page 80

1    you might see otherwise, I felt I was always clear that
2    we weren't engaging in what people would consider a
3    traditional Black Mass but a Black Mass reenactment,
4    something for the edification of the audience as a type
5    of a springboard to talk about the othering of people
6    through this kind of conspiracist folklore about Satanism
7    and Satan's servants on Earth.
8    Q.   And so what made the Black Mass at Harvard a
9    reenactment instead of an actual Black Mass? Was it that
10   you didn't use a consecrated host?
11   A.   Well, we didn't use a concentrated host.
12        But I wanted to use the word "reenactment" because
13   I thought that would -- wrongly, it turns out. I assumed
14   that would prevent the Catholic population from taking
15   such grave offense at it or seeing it as a legitimate
16   ritual that would cause some kind of a spiritual harm to
17   the community or something like that.
18        I thought if we framed it as a reenactment no
19   different than watching a film like Haxan or something
20   like that, maybe we wouldn't get that kind of outrage
21   that we ended up generating nonetheless.
22   Q.   So Roman Catholics believe that the consecrated
23   host is actually the body of Jesus Christ, right?
24   A.   Yeah.
25        And there again I was really clear with the media

---

                                        20  (Pages 77 to 80)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

---

Page 81

1  that we were neither seeking nor intending to use a
2  consecrated host, but I do think there was some
3  misreports -- and I think even there was one that claimed
4  to quote me that said that we were using a consecrated
5  host.
6      But I did everything I could to -- to put out the
7  proper message and let people know that that absolutely
8  wasn't the case, nor did we believe in any supernatural
9  power behind a consecrated host; so it wouldn't mean much
10  to us to have one anyway.
11  Q.  So in a -- in a Black Mass the -- the host is
12  desecrated in a -- generally in an obscene way, correct?
13  A.  Sure, yeah.
14  Q.  Would you use the phrase -- excuse me.
15      Would you use the phrase "unspeakable act of
16  blasphemy" to refer to the Black Mass?
17  A.  Probably not.
18      I mean, as, like, a paraphrase of people's
19  understanding of what a Black Mass is supposed to be,
20  maybe I would.
21          (Exhibit 14 marked for identification.)
22  Q.  Okay. I'm going to hand you Exhibit 14.
23      Are you aware that the president of Harvard issued
24  a statement about the Black Mass?
25  A.  I am.

---

Page 82

1  Q.  Do you recognize this as Harvard president Drew
2  Gilpin Faust's statement on the Black Mass?
3  A.  Former president now, yes.
4  Q.  Okay.
5  A.  But contemporary to the Black Mass.
6  Q.  Okay. So look at the second sentence on the second
7  page and read -- read as I read aloud.
8      It says: "The Black Mass had its historical origins
9  as a means of denigrating the Catholic Church. It mocks a
10  deeply sacred event in Catholicism, and is highly
11  offensive to many in the Church and beyond. The decision
12  by a student club to sponsor an enactment of this ritual
13  is abhorrent. It represents a fundamental affront to the
14  values of inclusion, belonging, and mutual respect that
15  must define our community."
16      Did I read that correctly?
17  A.  Yes.
18  Q.  Okay. So you've said that -- well, I mean, you
19  would say I guess that the purpose of The Satanic Temple
20  is to encourage benevolent -- benevolence and empathy --
21  A.  Correct.
22  Q.  -- correct?
23      Okay. So does a Black Mass further that purpose of
24  encouraging benevolence and empathy? Or is this -- this
25  seems to be in tension with that objective, I'll say.

---

Page 83

1      What's your response?
2  A.  Oh, yeah. I think -- I -- I was clear on the
3  messaging of the Black Mass, despite what -- what Drew
4  Faust decided to make of it, in that that engagement in
5  blasphemy was meant to be something personal for the
6  people engaged in it.
7      It wasn't a message to the outside world. It wasn't
8  meant as a calculated affront to people who weren't there
9  and weren't going to engage in it. This was meant for
10  people, for the most part, who were -- who felt a sense
11  of oppression based upon the indoctrination they were
12  exposed to as children.
13      You have a lot of ex-Catholics, people abused by
14  Catholics, people who abused -- who feel abused by the
15  superstitions they were made to subscribe to. And for
16  them doing this kind of thing can be very liberating for
17  the very reason that it considered so taboo within a
18  superstitious community that they were exposed to.
19      And because it has that kind of affirmative value
20  for them and helps them feel that they're able to move
21  forward from that, in that way it's a very kind of
22  cathartic event; and it's something that -- that can be
23  really helpful I think to them.
24      And I was naive to think that the Catholic
25  community could grasp that, but we did try to invite

---

Page 84

1  representatives of the -- of the Catholic community. And
2  we did engage with con-- -- in conversation with those who
3  were open to it afterwards to discuss this point of view.
4      And in fact from that event I began to have contact
5  with Catholic religion scholars, a scholar, Joseph
6  Laycock, who recently wrote what I think is a favorable
7  book about us published by the Oxford University Press.
8      And we have had no shortage of people who identify
9  as Catholic now -- many still protest us and in every
10  event we do, but there's still a lot of Catholic people
11  who have come around to understanding our point of view
12  on this.
13      And even if they think we're ultimately wrong on
14  questions of spirituality, supernaturalism, and things
15  like that, even the -- one of the Catholic professors at
16  the Divinity School at Harvard --
17  Q.  Let me stop you there.
18          MR. KEZHAYA:  I'm going to object to
19      interrupting the witness as he answers your
20      question.
21          MR. CANTRELL:  Matt, he's -- it's
22      nonresponsive at this point, so I'm going to
23      object.
24          (Exhibit 15 marked for identification.)
25  Q.  (Mr. Cantrell) Okay. You can set that aside.

21 (Pages 81 to 84)

---

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 85

1    I'm going to hand you what's been marked as
2  Exhibit 15.
3        Okay. Taking a look at Exhibit 15, do you recognize
4  that as a May 30, 2014, Satanic Temple press release
5  titled, "The Satanic Temple Issues Challenge to Michigan
6  Governor in Defense of Gay Rights"?
7  A.  Yes.
8        (Exhibit 16 marked for identification.)
9  Q.  Okay. All right. And I'm -- you can set that aside.
10       I'm handing you Exhibit 16.
11       Do you recognize Exhibit 16 as a February 24, 2015,
12  archive of a Satanic Temple post entitled, "Greece Town
13  Hall"?
14  A.  So I -- there's -- okay. The second page is -- is
15  blank.
16       Okay. I have a June -- June 13, 2014, capture of a
17  TheSatanicTemple.com archive. And there is the title,
18  "Greece Town Hall," but I have three lines after that
19  and -- and that's it.
20  Q.  Yes.
21  A.  Is that correct?
22  Q.  Yes.
23  A.  Okay.
24  Q.  Yes.
25       Okay. It should be -- it should be February 24,

Page 86

1  2015.
2  A.  I have June 13, 2014.
3  Q.  Okay.
4  A.  Let me take -- I'm looking at the date following
5  the title --
6  Q.  Oh, I see. Yes.
7       Okay. The archive at the top is February 24, 2015;
8  correct?
9  A.  Oh, I understand. Yes.
10  Q.  Okay.
11       THE COURT REPORTER:  Can we pause for a
12  minute?
13       MR. CANTRELL:  Sure.
14       THE COURT REPORTER:  Let's go off the
15  record for a moment.
16       THE VIDEOGRAPHER:  We're going off the
17  record at 11:19 a.m.
18       (Recess taken.)
19       THE VIDEOGRAPHER:  We are back on the
20  record at 11:33 a.m.
21  Q.  (Mr. Cantrell) Okay. You've got in front of you
22  Exhibit 16.
23       And you requested to deliver a prayer at a meeting
24  of the Town of Greece Board, correct?
25  A.  Yeah, I believe that's true, immediately following

Page 87

1  the Supreme Court decision upholding their right to hold
2  invocations.
3  Q.  Okay. And -- and that Supreme Court decision you're
4  referring to is Town of Greece V. Galloway?
5  A.  Correct.
6        (Exhibit 17 marked for identification.)
7  Q.  Okay. Okay. And you can set that aside.
8       All right. I'm handing you Exhibit 17.
9       Do you recognize this as February 24, 2015, archive
10  of a Satanic Temple post titled, "Satanists Leverage
11  Hobby Lobby Ruling in Support of Pro-Choice Initiative"?
12  A.  Yeah, again, I don't -- I don't know if it makes a
13  difference, but the -- the actual date I see of the text
14  itself is July 19; but the -- the screen grab, I guess
15  the screen grabs what Wayback Machine knows of
16  February 24, 2015.
17  Q.  Right.
18       So it's your understanding that this was actually
19  posted on July 19, 2014, correct?
20  A.  That's -- yeah, that's what it appears from what
21  I'm seeing here.
22  Q.  Okay. But the Archive.org archive took place on
23  February 24, 2015; is that your understanding of how this
24  would work?
25  A.  Yeah.

Page 88

1       And, again, I'm not sure it's a distinction worth
2  making; but that's --
3  Q.  Okay, yeah.
4  A.  -- what I'm seeing here.
5  Q.  Yeah, and I -- that's fair.
6       So this was -- this was an attempt to leverage the
7  U.S. Supreme Court's ruling in the Hobby Lobby case for
8  abortion rights purposes, right?
9  A.  I -- I don't know if we considered it an attempt to
10  leverage, but it -- it was -- seemed to give us a -- it
11  seemed to give our arguments a -- a better standing or at
12  least to make our litigation in our minds more economical
13  when it came to fighting back against abortion
14  restrictions, at least in the sense that we didn't feel
15  we would be made to pay the prohibitive costs of -- of
16  scientific expert witnesses, being that in Hobby Lobby
17  they ruled that the beliefs of the religious Hobby Lobby
18  organization trumped the actual validity of their claims
19  that certain contraceptive pills were abortifacients when
20  in fact they were not.
21       That wasn't to say we didn't feel we had a
22  scientific standing on our position but that we just felt
23  that we would be no longer made to justify it, given the
24  Hobby Lobby ruling.
25  Q.  Okay.

22 (Pages 85 to 88)

Shyloa Myers

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 89

1    A.   We would not have to justify the science behind it.
2    Q.   Okay. And it -- this does use the word "leverage,"
3    correct? "Satanists Leverage"? And I'm just pickling up
4    off what you said a minute ago.
5    A.   Correct, yeah.
6    Q.   Okay. Okay. And separately I think unrelated to
7    this you had at one point had an intention to file a
8    lawsuit against the fetal remains law in Texas.
9        Do you recall that?
10   A.   Well, we had an intention to offer an exemption
11   against the fetal remains requirement in Texas where --
12   and I might not be interpreting the bill exactly true to
13   the letter of the law of its form, but my understanding
14   of the proposed fetal legislation bill --
15   Q.   And I'm -- if I could stop you. I'm not asking you
16   to go into the law.
17       I just -- you were looking to file a lawsuit -- you
18   were looking for plaintiffs to file a lawsuit in Texas
19   against the fetal remains law; is that correct?
20   A.   Well, filing a lawsuit would have been the outcome
21   of an exemption we offered not being respected.
22   Q.   Okay. So you were looking for a plaintiff, a
23   potential plaintiff in Texas?
24   A.   Well, we were looking to exempt people from that
25   bill should it go into effect.

Page 90

1    Q.   Okay.
2    A.   And if that exemption wasn't -- wasn't accepted,
3    then we would be prepared to file a lawsuit.
4    Q.   I see. Okay.
5        Okay. You can set that one aside.
6    A.   This my last folder.
7    Q.   Let's talk about what you've called the "After
8    School Satan Club."
9        The Satanic Temple wanted to introduce After School
10   Satan Clubs in schools where there is already a Good News
11   Club, right?
12   A.   Correct.
13   Q.   Okay. And -- and, tell me, what is a Good News
14   Club?
15   A.   Good News Clubs are these evangelical after-school
16   clubs put together by the Child Evangelism Network, I
17   believe they call themselves.
18       And the materials covered by the Good News Club, we
19   object to them on the grounds that they engage in a real
20   authoritarian conditioning. And their presence in the
21   school is especially targeting younger children. I think
22   they -- they look -- they explicitly look for a market
23   between, like, four and 13 years old or something like
24   that.
25       It really gives children the impression that a

Page 91

1    particular religious viewpoint is being given the
2    authority of the school itself; that the -- that these
3    Evangelical beliefs being put on them in this
4    after-school club are endorsed by the school or the
5    school district.
6        And many of those teachings include the idea that
7    you will go to hell; that you must follow Christian
8    doctrine and things that we feel are very appropriate
9    [sic] in school.
10       And even though parents need to give their children
11   permission go to Good News Clubs, what we have noticed is
12   that in many school districts you would see certain
13   things like the Good News Clubs offering cookies and
14   other incentives to little children, things we thought
15   were very kind of coercive to get the children into the
16   group.
17       And also our understanding was that certain parents
18   were using the -- the Good News Club as a type of
19   daycare. Because we also saw in some districts that
20   school would shut down early on say a Wednesday an hour
21   earlier, and that gap in time would be filled by a Good
22   News Club.
23       So we felt some parents were probably putting their
24   children into the Good News Club for lack of any other
25   option, and we wanted to be that option.

Page 92

1    Q.   Okay. You're aware that there was a U.S. Supreme
2    Court decision involving the Good News Club?
3    A.   Correct.
4        Similar to Greece V. Galloway, it affirmed the
5    right of religious-based groups to have these
6    after-school clubs. And the idea was that to not allow
7    them in the same way that they allowed secular groups to
8    have after-school clubs would be a -- I don't know if --
9    religious discrimination.
10   Q.   Okay.
11   A.   So, anyways, my point is it wasn't specifically
12   that the Good News Clubs were allowed to have their
13   after-school clubs; but that any group could and that the
14   school district couldn't engage in at any viewpoint
15   discrimination that would prevent them from doing it,
16   whether they were religious or secular or whatever else.
17   Q.   So how many schools did you offer to host an After
18   School Satan Club in?
19   A.   That I don't immediately recall. I -- I remember
20   there was -- at -- at the beginning we sent out a series
21   of letters to different school districts where --
22   Q.   How many letters did you send?
23   A.   That I don't know. I don't remember.
24   Q.   Okay. Would it have been, you know, five? 10? 15?
25       MR. KEZHAYA: Object to form.

23  (Pages 89 to 92)

The Satanic Temple 30(b)(6) 3/10/2020                    Donna Cave, et al. v. John Thurston

Page 93

1    A.   I -- I think but I can't be certain that it was
2    nine.
3    Q.   Okay.
4    A.   But that's the number I -- that's the number of
5    letters I think we put out --
6    Q.   Okay.
7    A.   -- in the initial rollout of the After School Satan
8    Club.
9    Q.   Okay. And how many After School Satan Clubs
10   actually met?
11   A.   That I don't remember either, but I think it was
12   three.
13   Q.   Do you remember what cities those were in?
14   A.   I know there was one in Portland; and I think there
15   was one nearby in Seattle, but I could be wrong. And
16   then -- and then I would just be guessing.
17   Q.   Okay. And these were run by volunteers?
18   A.   Well, these were run -- these were run by chapter
19   leadership and membership who -- who were part of local
20   chapters in that community.
21        We discussed whether we would open it up to
22   volunteers, but we -- we didn't feel we had enough
23   capacity for vetting of outside volunteers, so we wanted
24   to work with people we had already vetted as --
25   Q.   And by --

Page 94

1    A.   -- chapter leadership.
2    Q.   -- volunteers I really just mean they weren't paid
3    for their work, correct?
4    A.   Oh, right. Sorry.
5    Q.   Is that right?
6    A.   That's correct.
7    Q.   Okay. Okay. And so did you produce a video
8    promoting After School Satan Club?
9    A.   I -- I personally edited together a video. But if
10   you have a specific video in mind, I'm not --
11   Q.   Okay.
12   A.   I can't say for sure that we're thinking about the
13   same video.
14   Q.   Sure.
15        Well, I've got it and we are going to -- we're
16   going to take a look at it.
17   A.   Yeah, okay.
18   Q.   So --
19   A.   Shall I roll aside?
20   Q.   Yeah, roll aside. And let's . . .
21             (Video plays from 11:44 a.m. to
22             11:47 a.m.)
23   Q.   (Mr. Cantrell) Okay. Do you recognize that video?
24   A.   I do.
25   Q.   All right. Tell me about that video.

Page 95

1    A.   That is indeed the After School Satan Club video
2    that I edited together.
3    Q.   Okay. And what was the purpose of this video?
4    A.   To let people know about the -- the Web site, the
5    After School Satan Club; that there was an After School
6    Satan Club made. And that was it.
7    Q.   Okay. Why -- tell me about why you chose the
8    various elements that you put into it.
9    A.   I was looking at what I believe was all
10   public-domain material that I felt would look good in the
11   video. And that was it.
12   Q.   Okay. What about some of the tropes you
13   incorporated, tropes that -- would you say that some of
14   these tropes are associated in the popular mind with
15   Satan worship?
16   A.   What? What tropes in particular?
17   Q.   So there's back masking, right?
18   A.   Oh, yeah. Yes.
19   Q.   Tell us what back masking is?
20   A.   Oh, that's just -- there were voices played
21   backwards within the sound.
22   Q.   Okay. And what -- when you play those forwards,
23   what do they say?
24   A.   It's actually a prosocial kind of moralizing
25   message.

Page 96

1         But that just more speaks to my esthetic than
2    anything else; that the -- what was being said was not as
3    relevant as the fact that there was a voice just --
4    Q.   No. I'm asking you what -- what was actually said?
5    A.   Oh, that I -- that I don't remember. It was some
6    recording from, like, the 1950s.
7    Q.   Do you remember the general tenor of it?
8    A.   Yeah. It was talking about a -- it was talking
9    about a -- I think a general adherence to moral values.
10   Q.   Okay. And there were some -- well, I don't know
11   what to call it other than horror movie sound effects.
12   A.   No.
13        This -- that -- those I -- I did the audio too, and
14   that was taken -- I manipulated recordings of Chinese
15   monks.
16   Q.   Were those played backwards as well?
17   A.   I think some of it was played backwards, but not
18   all of it. I know there was some time stretching and
19   other various manipulation to make it sound a lot
20   different than its original form.
21   Q.   Okay.
22   A.   In any case.
23   Q.   And what about the video played in reverse?
24   A.   That -- correct, there's -- it's reversed video
25   too.

24  (Pages 93 to 96)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 97

```
 1     Q.   Yeah.
 2          And what was the purpose of that?
 3     A.   There's kind of a broader philosophy within
 4   Satan -- Satanism about -- that kind of makes reference
 5   to balance and backwards and forwards and being able to
 6   invert certain assumptions and, you know, thereby look at
 7   things from a different angle and come to perhaps
 8   different conclusions.
 9          And I think all those kinds of elements spoke to
10   that, similar to the symbolism of Baphomet, which I guess
11   is a different topic.
12     Q.   Okay.
13     A.   I'm not sure how deep you want me to go into that
14   kind of thing.
15     Q.   Well, so let me ask you about spiders.
16          How does that fit into a club devoted to
17   rationalism and free inquiry?
18     A.   Well, I mean, the -- the natural -- the natural
19   world, the natural sciences, that kind of observation --
20   I don't think kids are necessarily turned off by bugs and
21   spiders, but they're more curious than anything.
22     Q.   And so there were alternating images of children
23   and spiders.
24          You took that to -- to be a -- to -- to kind of
25   stoke an interest in the natural world? Is that what
```

Page 98

```
 1   you're saying?
 2     A.   I mean, it's hard to kind of reflect on my frame of
 3   mind while putting this together. But I think --
 4     Q.   Well, you're in a better position than anybody
 5   else, so --
 6     A.   Yeah, sure.
 7     Q.   So I'm happy to hear what you have to say.
 8     A.   Yeah.
 9          But, you know, there's a lot of outdoor imagery.
10   And there was also I believe either a locust or a mantis
11   sitting on a girl's hand while she was observing it. So,
12   yeah, I think that does -- that does speak at least at
13   some level to interest in the natural world.
14     Q.   So just -- let me -- let me ask you this. Just, you
15   know, shoot straight with me.
16          This -- this was intended to disturb people more
17   than anything else, right?
18     A.   Well, it was known that some people would be
19   disturbed by it. But, similar to the Baphomet monument, I
20   don't find it disturbing; and I don't think -- I don't
21   think a lot of children would find it disturbing, unless
22   they're kind of indoctrinated with a certain kind of
23   cultural baggage that would make them think of this
24   material as disturbing.
25     Q.   How do you think school administrators would be
```

Page 99

```
 1   affected by watching that video? Do you think they would
 2   be more inclined to want the After School Satan Club to
 3   come to their school?
 4     A.   Well, it's not -- it's not my understanding that
 5   it's their place to look at that kind of promotional
 6   material and thereby decide whether they, by their
 7   largess, will allow it into their school or not when
 8   their school district allows for after-school clubs of --
 9   of a religious nature of another type.
10     Q.   And that's not the question, though.
11          The question is: What effect do you think this
12   would have on school administrators?
13     A.   It depends on the school administrator, honestly.
14     Q.   Do you think in general this was an effective way
15   to make school administrators more inclined to include
16   the After School Satan Club in their school?
17     A.   Well, again, that wasn't a consideration. It wasn't
18   my understanding that they -- they had a real say in it
19   one way or the other.
20     Q.   But, again, that's not -- that's not the question.
21     A.   But -- but I'm saying it wasn't a consideration of
22   mine.
23     Q.   So what were your considerations then?
24     A.   Just letting people know that the After School
25   Satan Clubs existed. I wanted people to be curious about
```

Page 100

```
 1   it and look it up. And I felt that the -- that video did
 2   a lot to at least make people question what the After
 3   School Satan Club is so that they could look at it.
 4          And also my position was that if they were as we
 5   might colloquially say "freaked out" by it, maybe they
 6   would consider the bigger question of -- of what kind of
 7   standards and restrictions there are for after-school
 8   clubs, and maybe people should be compelled to examine
 9   that more thoroughly.
10     Q.   Okay. Well, let me -- you can set that -- oh,
11   you've already set it aside. Okay.
12     A.   I -- I don't believe I had anything set aside.
13     Q.   Yeah, no. I -- I realized that after I said that.
14          (Exhibit 23 marked for identification.)
15     Q.   Okay. I'm handing you 23, Exhibit 23.
16          Do you recognize this as an archive of a Satanic
17   Temple mission Web page from July 30, 2014?
18     A.   All right. Again, I'm not sure how important this
19   is; but I'm not seeing July 30.
20     Q.   Okay. Okay.
21     A.   I'm seeing it captured from May 17.
22     Q.   Oh, so you're seeing May 17?
23     A.   Oh, I see. July 30, 2014, through April 3, 2019. I
24   don't know the meaning of that.
25     Q.   Okay. Where are you looking?
```

25 (Pages 97 to 100)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 101

1    A.   If you look at the top left, it says July 30 --
2    Q.   Okay.
3    A.   -- 2014, through April 3, two -- 2019.
4    Q.   Yeah, right.
5    A.   I'm not sure what that means.
6    Q.   Okay.
7    A.   But it looks like the capture itself is from this
8    URL, May 17, 2017.
9    Q.   Right. Okay.
10        So this one is an archive. It's archived on
11   March 17, 2017, correct?
12   A.   May 17.
13   Q.   May 17 -- I'm sorry. May 17, 2017; that's right.
14   Okay.
15        And the language there under "Our Mission" over on
16   the right, it says: "The Satanic Temple (TST) facilitates
17   the communication and mobilization of particu- --
18   politically-aware Satanists, secularists, and advocates
19   for individual liberty."
20        Did I read that correctly?
21   A.   Correct.
22   Q.   Okay. Okay. And you can set that aside.
23   A.   Yeah.
24   Q.   We'll need to get some -- I'm sorry. Thank you
25   for --

Page 102

1    A.   No, that's fine.
2    Q.   There's some more envelopes down there that he's
3    grabbing. Sorry to make you do that.
4    A.   No, no. That's fine.
5        (Exhibit 24 marked for identification.)
6    Q.   Okay. Now I'm handing you Exhibit 24.
7        And do you recognize that exhibit as -- as a
8    July 30, 2014 --
9    A.   Sure.
10   Q.   -- archive of The Satanic Temple mission web page?
11   A.   Correct.
12   Q.   Okay. Over -- under "Our Mission" on the right,
13   it's the language there; right? "satanic Temple (TST)
14   facilitates communication, mobilization of
15   politically-aware Satanists, secularists, and advocates
16   for individual liberty"; is that right?
17   A.   Correct.
18   Q.   Okay. Okay.
19   A.   Should I file this?
20   Q.   Yeah, you can set it aside.
21        MR. CANTRELL:  And let's go off the record
22   for just a second.
23        THE VIDEOGRAPHER:  We're going off the
24   record at 11:58 a.m.
25        (Luncheon recess.)

Page 103

1        THE VIDEOGRAPHER:  We're back on the
2    record at 12:49 p.m.
3        (Exhibit 26 marked for identification.)
4    Q.   (Mr. Cantrell) All right. Mr. Misicko, I'm going
5    to -- let's talk about the Baphomet with Children statue.
6        So I'm going to hand you Exhibit 26.
7    A.   Okay.
8    Q.   And take a look at that.
9        Do you recognize this as a printout of a Ticketleap
10   page titled, "The Satanic Temple Presents the Unveiling."
11   A.   Yes, that's what I'm seeing.
12   Q.   Okay. And take a look at that last page too.
13   That's -- it's -- it should be the same page but just
14   a -- a screen capture at the top of that page.
15   A.   Okay.
16   Q.   Okay. Now, the first paragraph says -- yeah, so
17   read along. "The Satanic Temple invites you to join us
18   for a night of chaos, noise, and debauchery at The
19   Unveiling, a hedonistic celebration introducing the
20   controversial Baphomet monument accompanied by
21   provocative performances and installations."
22        Did I read that correctly?
23   A.   Correct.
24   Q.   Okay. And, if you look on Page 2 of 3 there, about
25   in the middle, it says: "VIP ticket holders will have an

Page 104

1    exclusive opportunity to be photographed seated on the
2    Baphomet monument."
3        Did I read that correctly?
4    A.   Oh, yes. Now I see it. Sorry.
5    Q.   Okay. Do you want me to read that again?
6    A.   I'm sorry. If you could.
7    Q.   Yeah, sure.
8        Okay. It says: "VIP ticket holders will have an
9    exclusive opportunity to be photographed seated on the
10   Baphomet monument."
11   A.   Correct.
12   Q.   Okay. Did you sell VIP tickets to this event?
13   A.   I mean, personally I did not. But through the
14   intermediary of this site, it's my understanding that
15   those tickets were sold.
16   Q.   Okay. So The Satanic Temple -- this was a Satanic
17   Temple event, and VIP tickets were sold to individuals
18   who desired to be photographed seated on the Baphomet
19   monument?
20   A.   Correct.
21        (Exhibit 27 marked for identification.)
22   Q.   Okay. Okay. And you can set that aside.
23        I'm handing you what's been marked as Exhibit 27.
24        Do you recognize Exhibit 27 to be a Release of
25   Liability, Film Notice, and Transfer of Soul Agreement?

26  (Pages 101 to 104)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 105

1    A.  Yes.
2    Q.  Okay. Tell me what this is?
3    A.  This was a security measure in our minds. The --
4    what we were getting was what we felt were a lot of
5    religious zealots threatening to either bomb the event,
6    otherwise disrupt it, cause harm to the participants, or
7    kill some of the people responsible for the event.
8        So we were having difficulty on the notion of
9    announcing where the event would be. So we decided to
10   use, like, a two-tier security measure which entailed
11   sending an e-mail notice the night of the event or the
12   morning of the event to the ticket holders who provide
13   their e-mail addresses and giving them a location to go
14   to, which was the first security checkpoint.
15       And at that first security checkpoint, they weren't
16   only given directions to where the actual event was but
17   that that was the first security check to make sure
18   people weren't strapped with bombs or carrying weapons or
19   whatever else.
20       But we thought that getting the people to sign away
21   their soul would prevent people of a superstitious
22   mindset from going through with actually learning where
23   the event was and going to it if they bought the tickets.
24       We were hoping that this would prevent some of the
25   worst of them who would really come and try to do us harm

Page 106

1    and do some kind of religious terrorism would also take
2    seriously the idea that we had given Satan ownership of
3    their souls and that they would thereby reconsider doing
4    that not and -- and not go through with the damage
5    intended to do to us.
6    Q.  Okay. So was that the first security checkpoint you
7    said that they were asked to sign this agreement?
8    A.  Right.
9        They weren't aware that it was just a security
10   checkpoint and not the actual venue itself.
11   Q.  Okay.
12   A.  And that was part of the security measures we were
13   taking.
14   Q.  Okay. At that first checkpoint, did you have any
15   actors performing?
16   A.  Not that I'm aware of, no.
17   Q.  Okay. Did you have anyone posted there doing
18   anything to entertain the people in line?
19   A.  No, not that I'm aware of. But, there again, I
20   never -- I never personally went to the first security
21   checkpoint.
22   Q.  Okay.
23   A.  So I don't know -- my understanding of that
24   security checkpoint -- and maybe there's something on
25   record that would prove me wrong -- was just that there

Page 107

1    was a line that cycled through into a building. And in
2    that building there was a table, and there were some of
3    our security people.
4        And they checked people and also acquired their
5    signature on these release forms.
6    Q.  Okay. Who would know that information about the
7    first security checkpoint?
8    A.  Some of the -- I guess the security team in Detroit
9    would.
10   Q.  Okay.
11   A.  People who were there at the time.
12   Q.  And who is the security team?
13   A.  The security team is headed by somebody we call
14   Hallow. He uses the last name Axis. Clearly that's also a
15   pseudonym.
16   Q.  Okay. And what is his real name?
17   A.  His first name is Owen, but that's as much as I
18   know.
19   Q.  Okay. Is he a -- is he associated with The Satanic
20   Temple?
21   A.  He is.
22   Q.  Okay. What is his affiliation?
23   A.  I believe he's still in the process of trying to
24   re-establish the Detroit chapter as a chapter head
25   himself. But he also often acts independently as my

Page 108

1    personal security.
2    Q.  Okay. And so you would not have heard of any -- of
3    the -- any group of people posing naked at the first
4    security checkpoint?
5    A.  No, I -- that -- that actually does not . . .
6    Q.  Okay. Okay.
7    A.  It wouldn't seem like a good spot for it, but . . .
8    Q.  All right. Okay. So let me ask you -- you can --
9    you can set that out of the way.
10   A.  Sure.
11       (Exhibit 29 marked for identification.)
12   Q.  All right. I'm going to hand you another exhibit.
13   Okay. This is Exhibit 29.
14       And take a look at these photographs and tell me if
15   you recognize them.
16   A.  Yes.
17   Q.  Okay. Tell me what each of these photographs are?
18   A.  The first page is a picture of the Baphomet
19   monument.
20       The next page is a picture of an inverted cross
21   being displayed prior to the unveiling event in the
22   warehouse in which the unveiling event took place.
23       And on the third page is the final stage setup for
24   the live performance band preceding the -- the Baphomet
25   unveiling event.

27 (Pages 105 to 108)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 109

1   Q.   And take a look at that second photograph.
2        Who is the -- or who are the two people depicted
3   there?
4   A.   Oh, I have no idea. A couple, couple Detroit guys.
5   Q.   Have you ever seen them before?
6   A.   Probably. I -- I can't tell who they are, though.
7   Q.   Okay. Looking at the third page of the -- of the
8   stage, there's a banner there.
9        Tell me what's -- what's the significance of that
10  banner?
11  A.   That banner belonged to one of the bands that was
12  playing, playing the event. It was part of apparently
13  their stage setup or design.
14  Q.   Okay.
15  A.   The band was called Sadist.
16  Q.   Okay. And that text says, "This is my body. This is
17  my blood"?
18  A.   Correct.
19  Q.   Okay. Are you aware of any of the symbolism
20  associated with that banner?
21  A.   I am not.
22  Q.   Do you know if any other band has ever used that
23  symbol?
24  A.   Incidentally, I think another band did and -- but
25  I -- I don't know. It might just be some -- some punk

Page 110

1   culture symbol that's used by multiple bands.
2   Q.   Okay. And the stage was specifically set up for
3   this event, correct?
4   A.   Correct.
5   Q.   And the inverted cross was specifically set up for
6   this event?
7   A.   Correct.
8   Q.   Okay. All right. So this event was a rave; is that
9   right? Or would you describe it as a rave?
10  A.   No.
11  Q.   How would you describe it?
12  A.   As the unveiling ceremony of the Baphomet monument.
13  Q.   So, I tell you what, let's go just kind of step by
14  step through what happened at -- at the unveiling event.
15  A.   Starting at what point? When?
16  Q.   When people began to arrive.
17  A.   Ticket holders?
18  Q.   Ticket holders, yes. When they're let in the door.
19  A.   Yeah.
20       So ticket holders arrive -- and I'm recollecting
21  something from years ago, so I apologize if I miss
22  anything.
23       But I believe we had the bands play first, and I
24  think Sadist played first. I don't know if there were
25  actually any announcements or events preceding Sadist

Page 111

1   playing. I don't think there were.
2        And then, if I remember correctly, a band called
3   Wolf Eyes played.
4        And then I believe I gave a -- or I believe Malcolm
5   first gave a -- a short speech and then I did. Or Malcolm
6   may have given his after Sadist, and I gave mine after
7   Wolf Eyes.
8        And then the Baphomet monument was revealed. It had
9   been covered on the -- the opposite side of the warehouse
10  on a -- on an opposite end of the stage from where the
11  music was being played, and then it was revealed.
12       And I think thereafter there were no -- I don't
13  think there were any more formal stage events other than
14  people coming up to the Baphomet monument and having
15  their picture taken with it and all that type of thing.
16       And it was done more of an interspersed mingling
17  with people while music played and that type of thing.
18  Q.   Okay. And you mentioned the band Sadist.
19       What type of music do they play?
20  A.   I guess you would describe it more as, like, thrash
21  punk.
22  Q.   Thrash?
23  A.   Yeah.
24  Q.   T-H-R-A-S-H?
25  A.   Yeah.

Page 112

1   Q.   Okay. And what about Wolf Eyes? What are -- what's
2   their music like?
3   A.   It's -- to be honest, it's not really music. It's
4   more like a barely-controlled noise. They use a lot of
5   feedback and pedals and stuff like that. It's -- there's
6   a scene for that kind of thing.
7   Q.   Huh. Okay.
8        And, William Morrison, are you familiar with him?
9   A.   Uh-huh.
10  Q.   Was he present?
11  A.   He was.
12  Q.   What was his role?
13  A.   He was -- I believe he was one of the DJs.
14  Q.   Okay. And you mentioned Malcolm.
15       By that you mean Cevin Soling?
16  A.   Well, I -- I mean Malcolm.
17  Q.   Okay.
18  A.   But I recognize that's his pseudonym for --
19  Q.   Okay. It is for -- for Cevin Soling?
20  A.   Yeah, correct.
21  Q.   Okay. Okay. And I'll stick with Malcolm, since
22  that's what you're -- what you're --
23  A.   Okay. Thank you.
24  Q.   -- wanting to use.
25       So you said he gave a short speech.

28 (Pages 109 to 112)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 113

```
 1        What was his speech? What did it consist of?
 2    A.  I don't -- I don't really know. And I'm trying to
 3    think if -- if I ever really -- really did know.
 4        It was -- it was a very chaotic event in which we
 5    were deeply concerned about the -- the threats we were
 6    receiving and trying to keep this kind of chaotic
 7    environment contained and safe and everything.
 8        So I'm not -- I don't -- I don't remember when he
 9    came in and what words he spoke.
10    Q.  Do you recall anything specific that he said?
11    A.  No, I really don't.
12    Q.  Do you recall him saying "Fuck you to conservative
13    Christians"?
14    A.  No, I don't -- there -- from my understanding,
15    there weren't any conservative Christians there.
16        I think after the fact the event was written about
17    by some conservative Christian outlets, and there is the
18    possibility that one of them claimed to have infiltrated;
19    but I don't think anybody was aware of that.
20    Q.  Okay. Would -- would -- would an attitude of
21    derision toward conservative Christians have been
22    something that Malcolm felt and expressed at this event?
23    A.  That's not generally the message he puts forward.
24        And generally the -- the criticism is neither
25    against conservatives nor Christians but what we see as
```

Page 114

```
 1    theocrats who look to achieve exclusive privilege within
 2    the United States over any other religious voice.
 3    Q.  Okay. So if he expressed something like that, it
 4    would have been directed toward these theocrats you're
 5    referring to?
 6    A.  Correct.
 7    Q.  Okay. And then you're -- you gave a speech. Tell me
 8    about your speech.
 9    A.  My speech was directed, I believe, at the meaning
10    and significance of the Baphomet monument. But, there
11    again, I could not as I sit here right now give you any
12    verbatim quotes from that, that speech.
13        I believe it ran -- I probably would have kept it
14    under three minutes long, but just something to emphasize
15    to people what the significance of this, this moment is.
16    Q.  Okay. Do you recall using any Christian scripture
17    during that speech?
18    A.  I recall using a Bible, but I don't think I read
19    from it. I think I just tore pages out of it and threw
20    them at people.
21    Q.  Okay. There's a passage -- and let me tell you if
22    this rings a bell.
23        "The lamp of the body is the eye"? Does that ring a
24    bell?
25    A.  Yeah. Please go on.
```

Page 115

```
 1    Q.  "The lamp of the body is the eye. If therefore your
 2    eye is good, your whole body will be full of light. But
 3    if your eye is bad, your whole body will be full of
 4    darkness. If therefore the light that is in you is
 5    darkness, how great is that darkness!"
 6        That rings a bell?
 7    A.  Yeah, yeah.
 8    Q.  Okay. Do you recall using that?
 9    A.  Yeah, yeah.
10    Q.  Okay. And what was your purpose of using that?
11    A.  I don't -- I don't know. Can I see the full -- the
12    full text?
13    Q.  Well, I don't have the full text with me. This is
14    from Matthew 6:22 through 23.
15        Does that sound familiar?
16    A.  Yeah.
17    Q.  Okay. And so you don't remember -- or you do
18    remember using that passage, correct?
19    A.  Yes.
20    Q.  Okay. And what was the purpose of your using that
21    passage?
22    A.  To be honest, it would probably be more of an issue
23    of me staying in a hotel while writing the speech; and
24    that was the most readily available text to reference
25    from.
```

Page 116

```
 1    Q.  Okay. What's the significance of the eye?
 2    A.  In that passage?
 3    Q.  To you and your understanding of -- of the Baphomet
 4    statue?
 5    A.  I don't see -- I can't think of any particular --
 6    particular relevance to the eye as related to the
 7    Baphomet monument.
 8    Q.  Okay. All right. We may come back to that a little
 9    later.
10    A.  Okay.
11    Q.  But thank you.
12        Okay. I'm going to show you some more photographs.
13    A.  Should I set this to the side somewhere else? Or
14    should I just file it?
15    Q.  Yeah, just stick it in there; that will work.
16    A.  On that stack?
17    Q.  Yeah, yeah.
18        (Exhibit 31 marked for identification.)
19    Q.  Okay. I'm showing you Exhibit 31.
20        And take a look at these and tell me if you
21    recognize these.
22    A.  These appear to be pictures from the unveiling
23    event.
24    Q.  Okay. Are you familiar with moshing?
25    A.  Yes.
```

                                    29 (Pages 113 to 116)

The Satanic Temple 30(b)(6) 3/10/2020                 Donna Cave, et al. v. John Thurston

---

Page 117

1  Q.   Okay. That second picture, would you describe that
2  as moshing going on there?
3  A.   I would.
4  Q.   Okay. And then look at the third picture.
5      Tell me what this is?
6  A.   This is the Baphomet monument at the unveiling
7  event before it was unveiled. It was covered with this
8  tarp or sheet that was torn off at the end of the
9  delivery of my speech.
10 Q.   Okay. And there's two gentlemen on stage.
11     Do you recognize either of them?
12 A.   The guy blurred to the right went by the name of
13 Sebastian. The guy to the left, I'm not sure who that is.
14 That's a Detroit guy.
15 Q.   Okay. Okay. And then take a look at -- well, so the
16 individual in the foreground on the third picture, who's
17 that?
18 A.   Well, you mean the one holding the candle?
19 Q.   No.
20     In the foreground, the one with the sunglasses?
21 A.   That was another Detroit guy by the name of
22 Michael. And there -- there again, I don't know --
23 Q.   Okay.
24 A.   -- Michael who.
25 Q.   Okay. Okay. So the -- The Satanic Temple's response

---

Page 118

1  to our Second Request for Production provided a link to a
2  video clip that was originally posted on YouTube. And the
3  response stated that the video was responsive to our
4  request for video of the unveiling event.
5      So I'd like to go ahead and take a look at that
6  video now, so if you could slide off to the side again
7  while --
8  A.   And -- and I can file this?
9  Q.   Yeah, you can stick that in an envelope.
10     MR. CANTRELL: All right. Okay. Yeah,
11 let's just go ahead and do it.
12     (Video plays from 1:14:04 p.m. to
13     1:14:48.)
14 Q.   (Mr. Cantrell) Okay. So here we've got two men on
15 either side of the monument that's covered up with a
16 sheet to begin with, right?
17 A.   (Witness nods head.)
18 Q.   And then, you know, the crowd is screaming.
19     And the men who are dressed in black leather and
20 chains, you know, they tear the sheet off the statue; is
21 that right?
22 A.   Correct.
23 Q.   Okay. And then they, you know, pretty much
24 immediately step toward each other and begin heavily
25 kissing and making out.

---

Page 119

1      Is that a fair characterization?
2  A.   Yes.
3  Q.   Okay. And they grope each other sexually for quite
4  a long time it seems. I mean, several seconds, maybe 10
5  seconds or something like that; is that right?
6  A.   Well, they -- they were embracing for about that
7  amount of time.
8  Q.   Yeah, okay.
9      And -- and then after that one of the men bows down
10 in front of the statue with a raised hand gesture and
11 then -- is that right?
12 A.   Yeah.
13 Q.   Based on what we just saw?
14 A.   Yeah.
15 Q.   Okay. Okay. So what's the significance of all that?
16 A.   Well, they were unveiling the monument.
17 Q.   Okay. And so what's the purpose of the -- of the
18 men dressed as they are and the kissing and -- oh, and I
19 left out the spitting into the audience.
20     Can you explain the significance of -- of these
21 things to us?
22 A.   Well, no. I mean, you'd have to ask them. That
23 wasn't -- that wasn't scripted by -- by us. I guess they
24 got caught up in the moment and did what they felt was
25 appropriate.

---

Page 120

1  Q.   Okay. So The Satanic Temple did not direct that the
2  men unveil the monument?
3  A.   No, no. They were -- their function was to unveil
4  the monument. All their behavior thereafter I think was
5  just of their own volition.
6  Q.   Okay. And so The Satanic Temple did not direct the
7  men to kiss, to spit into the audience, or to make any
8  gestures?
9  A.   No, to my awareness there was nothing scripted
10 that -- that prescribed them to do those things.
11 Q.   Okay. And if there was nothing -- maybe there
12 wasn't anything scripted, but were they directed? Were
13 they given some kind of direction of what to -- how to
14 react or how -- what to do after unveiling the monument?
15 A.   To my understanding, they didn't consult anybody
16 else about doing those things, not me in any case. And I
17 don't think that anybody instructed them to do those
18 things.
19     I think they decided on their own to do those
20 things after they unveiled the monument.
21 Q.   Okay. Did you consider those acts inappropriate in
22 any way?
23 A.   No.
24 Q.   Okay. So it was -- it was appropriate to the
25 occasion?

---

30 (Pages 117 to 120)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 121

1    A.   It was appropriate to them, and it was not
2    objectionable to us.
3          (Exhibit 32 marked for identification.)
4    Q.   Okay. All right. And I -- I've got another exhibit
5    I want to hand to you. This is Exhibit 32. These are
6    still shots of -- of the video.
7        Just flip through those for me and confirm that
8    those are in fact from the video we just watched.
9    A.   Yes.
10   Q.   Okay. Okay. And, even though you didn't record the
11   video we just watched, you were able to recognize it as
12   video of the unveiling event; right?
13   A.   Correct.
14         MR. CANTRELL:  Okay. Okay. I've got
15     another video to put up.
16         (Video plays briefly.)
17         MR. CANTRELL:  Okay.
18         (Witness and counsel confer off the
19     record.)
20         MR. CANTRELL:  Actually, could we get
21     the -- Gary, could you flip lights off, at
22     least the one on the far right over there. Yep.
23         Okay. Is the video -- we're still good on
24     the video? Okay. All right.
25   Q.   (Mr. Cantrell) This is another video I want to play,

Page 122

1    and so let's take a look. This is one is a -- is a little
2    bit longer.
3          (Video plays from 1:19:46 p.m. to
4        1:20:29 p.m.)
5    Q.   (Mr. Cantrell) Okay. I'll stop it briefly at 41
6    seconds.
7        Do you recognize what we've just seen as video of
8    the same actions that were in the previous video, just
9    from a different angle?
10   A.   Correct.
11         MR. CANTRELL:  Okay. And let's continue to
12     watch.
13         (Video plays from 1:20:48 p.m. to
14        1:20:57 p.m.)
15         MR. CANTRELL:  And I will-- for the sake
16     of time, I will advance the video by a few
17     second increments at a time.
18         It looks like -- as I'm advancing it, I'll
19     say we can watch the bottom left corner.
20   Q.   (Mr. Cantrell) This appears to be lights that are
21   being set up. You can confirm that for me here in a
22   minute.
23         (Video plays from 1:21:20 p.m. to
24        1:21:45 p.m.)
25   Q.   (Mr. Cantrell) Okay. I'm still advancing through

Page 123

1    the video. All right. Now I'm pausing it at 3 minutes and
2    38 seconds.
3        It appears that -- are those lights that have been
4    moved up to illuminate the monument?
5    A.   Yes.
6          MR. CANTRELL:  Okay. All right. Now we'll
7      continue with the video.
8          (Video plays from 1:22:05 p.m. to
9        1:23:05 p.m.)
10   Q.   (Mr. Cantrell) Okay. So I'm pausing it at 4:34.
11       And can you tell me what we just watched since I
12   last stopped the video?
13   A.   It looks to be a couple of ladies getting their
14   picture taken on the Baphomet monument.
15   Q.   Okay. So it appears that there's a couple of -- a
16   couple of women who climbed up onto the lap of the
17   Baphomet with Children statue and began kissing; is that
18   correct?
19   A.   Correct.
20         MR. CANTRELL:  Okay. Okay. Let's continue.
21         (Video plays from 1:23:34 p.m. to
22        1:23:58 p.m.)
23   Q.   (Mr. Cantrell) Okay. And I'm pausing it at 4:55.
24       Can you tell me what's taking place at this moment?
25   A.   A couple more people on the -- on the monument.

Page 124

1    Q.   Okay. So it looks like three or four are up there;
2    is that right?
3    A.   Well, two people on the monument. It looks like
4    there are a couple people in front of the lights.
5    Q.   Okay. And so there's a -- it looks like a man
6    sitting on the monument with a hood and then I believe a
7    woman who is sitting straddling him facing him on top of
8    the monument?
9    A.   Yes.
10   Q.   Okay. And she's scantily clothed.
11       Would that be an accurate description?
12   A.   Yes.
13   Q.   She's showing some of her -- her bottom to the
14   audience for sure, right?
15   A.   Well, I can't say that that's intentional; but
16   that's the outcome.
17   Q.   That -- that's what's actually taking place. Okay.
18         MR. CANTRELL:  All right. Continuing.
19         (Video plays from 1:25:10 p.m. to
20        1:25:32 p.m.)
21   Q.   (Mr. Cantrell) And pausing at 5:21.
22       Again we have more kissing, more embracing of two
23   men and two women on top of the monument; correct?
24   A.   Yeah. They seem to be in the throes of a religious
25   experience.

31 (Pages 121 to 124)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 125

1      MR. CANTRELL: All right. We'll continue.
2      (Video plays from 1:25:55 p.m. to
3   1:26:24 p.m.)
4   Q. (Mr. Cantrell) Okay. So quite a bit of kissing,
5   quite a bit of groping going on you'd say still at 5:44?
6   A. Correct.
7      The -- they're hogging all the monument time.
8   Q. Yeah, right. Yes, it appears that way.
9      MR. CANTRELL: Okay. Continuing the video.
10      (Video plays from 1:26:54 p.m. to
11   1:28:03 p.m.)
12   Q. (Mr. Cantrell) Okay. So now we're at seven minutes,
13   and they are still on top of the monument.
14      It looks like they are just getting off or are just
15   about to get off, correct?
16   A. Yeah.
17      It looks to be around six people now. I'm having
18   trouble seeing the borders between the stage area and
19   the -- the rest of the formal crowd, but the same guy is
20   sitting on it.
21   Q. Okay. And so was this, any of this inappropriate?
22   A. Oh, no.
23   Q. Okay. So you consider all of this to be entirely
24   appropriate to the occasion?
25   A. Correct.

Page 126

1   Q. Okay. And you recognize this to be video of the
2   unveiling event?
3   A. Correct.
4      MR. CANTRELL: Okay. All right. I am going
5   to advance to.
6   Q. And it looks like -- I guess it looks like at --
7   well, at 8:20 the individuals are still on the monument;
8   correct?
9   A. Correct.
10   Q. Okay. And then it looks like they climb off.
11      And starting at 8:32 --
12      (Video plays from 1:29:32 p.m. to
13   1:29:39 p.m.)
14   Q. (Mr. Cantrell) All right. And pausing the video at
15   8:44.
16      Do you recognize these two individuals who've
17   climbed up onto the monument?
18   A. No.
19      The one -- the guy who's primarily sitting on the
20   lap of Baphomet, that's the fellow I referred to before,
21   Michael. I know he was with Detroit. The person he's
22   with, however, I'm not aware of who that person is or
23   where they might be from.
24   Q. Okay. Okay. Now I'm just going to advance by
25   increments to the end here.

Page 127

1      Okay. And it ends at 9:20 -- 25, I guess.
2      MR. CANTRELL: Okay. Let's go ahead and
3   grab the lights, Gary. Thanks.
4      (Exhibit 33 marked for identification.)
5   Q. (Mr. Cantrell) All right. I'm handing you
6   Exhibit 33.
7   A. Right.
8   Q. It's more photographs.
9      Tell me if you recognize these photographs and
10   what's depicted?
11   A. These appear to be photographs of the same occasion
12   we watched on the video you just played.
13   Q. Okay. And take a look at the last page there, the
14   one of the -- kind of the close up.
15      Do you recognize any of these individuals?
16   A. I do not.
17   Q. Okay. Do you know Matthew Sukkar?
18   A. Matthew Sukkar?
19   Q. S-U-K-K-A-R?
20   A. I -- that name is not familiar to me.
21      (Exhibit 34 marked for identification.)
22   Q. Okay. All right. You can put those to the side, and
23   I'll hand you Exhibit 34.
24      Do you recognize this as a July 29, 2015, archive
25   of The Satanic Temple Detroit named "Jex Blackmore AMA"

Page 128

1   on July 28, 2015, at 10 p.m. EDT?
2   A. Yes.
3   Q. Okay. Who is Jex Blackmore?
4   A. She was the head of The Satanic Temple in Detroit,
5   and also she was head of our reproductive rights campaign
6   until she was no longer part of The Satanic Temple. I
7   think in -- her departure was in 2017 or 2018.
8   Q. Okay. Does she have any aliases?
9   A. Not that I know of.
10   Q. Okay. Do you know her real name?
11   A. First name I know. It was Andrea.
12   Q. Okay. Do you know her last name?
13   A. I do not.
14   Q. Was Jex Blackmore a Satanic Temple national
15   spokesperson in July 2015 when the Baphomet was unveiled?
16   A. No, I don't think we approved her for that title. I
17   think that was a title she kind of designated herself.
18   That was a -- an item of contention we had with her.
19   Q. Okay. So at the time of the unveiling, what was her
20   role in The Satanic Temple?
21   A. At the time of the unveiling, she was head of the
22   Detroit chapter.
23      I think she might have also been conducting
24   interviews with other people who wanted to run chapters,
25   to be chapter heads. I think she was doing that at that

                                          32 (Pages 125 to 128)

Shyloa Myers

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 129

1    time.
2        I don't think we had our reproductive rights
3    campaign in effect at all at that time. I could be wrong.
4    Q.   Okay. So she had an official position with The
5    Satanic Temple other than being merely a member, correct?
6    A.   Correct.
7    Q.   Okay. And what was her -- what was her title?
8    A.   I'm -- we were never really quite clear on that.
9    She started fashioning herself as a national
10   spokesperson, but I don't -- I don't know that we ever
11   agreed upon a formal label for what we were doing then.
12       It was still a small group of people kind of
13   working on things on a national level, and we were a bit
14   less concerned about titles and that type of thing than
15   we were about actual responsibilities and what we were
16   doing.
17   Q.   Okay. So she did handle responsibility for the
18   national Satanic Temple organization, correct?
19   A.   To the extent that she was at some point and maybe
20   at this point interviewing people to vet them for whether
21   we felt they should be qualified to start regional
22   chapters of their own.
23   Q.   Okay. Were you aware that -- well, let me back up.
24       What is an AMA?
25   A.   It stands for Ask Me Anything.

Page 130

1    Q.   And what is that?
2    A.   It's something to do with the Web site Reddit where
3    I think any random fool can pose a question to somebody
4    within a finite amount of time, and the person who's
5    agreed to do the AMA at that time either answers them or
6    they do not.
7        I've never done one before. And I don't use Reddit,
8    but my understanding is that there's a -- maybe a certain
9    voting process as to what questions are relevant. I'm not
10   really sure.
11   Q.   Okay. Was Jex Blackmore authorized to do the AMA on
12   July 28, 2015?
13   A.   I don't believe that I knew she was going to do an
14   AMA at the time she did an AMA, but we didn't have -- I
15   also think we didn't have the kind of formal procedures
16   we have in place now to approve or disapprove media
17   appearances and that type of thing.
18   Q.   Okay. So the -- The Satanic Temple has sought to
19   place the Baphomet Monument with Children statue on --
20   only on public grounds where there was already a Ten
21   Commandments monument; is that right?
22   A.   Correct.
23   Q.   Okay. And why is that?
24   A.   Because we feel that the Baphomet monument works
25   best when it's put to complement and contrast another

Page 131

1    viewpoint of religious significance, because it asserts
2    pluralism and religious liberty and First Amendment
3    values as we understand them.
4        We feel that it sends a very strong message in
5    defense of those values of pluralism and religious
6    liberty when you have monuments that people might
7    perceive of as being from diametrically opposed
8    viewpoints but coexisting on the same grounds.
9    Q.   Okay. And you offered the Baphomet statue to
10   Oklahoma, correct?
11   A.   Correct.
12   Q.   And there was a Ten Commandments monument there?
13   A.   Correct.
14   Q.   Okay. And then you withdrew your offer at some
15   point, right?
16   A.   We withdrew our request to place the Baphomet
17   monument on the capitol grounds after the Ten
18   Commandments monument was removed from the Oklahoma
19   capitol grounds due to an order from the Oklahoma Supreme
20   Court, which found it to be in violation of their State
21   Constitution's version of an establishment clause.
22   Q.   Okay. So -- so was it the -- I guess was it the
23   decision of state lawmakers to put the Oklahoma Ten
24   Commandments monument up?
25   A.   Well, I think it precedes that. I think what we see

Page 132

1    in both Arkansas and Oklahoma is the same legislation
2    originating from out of state by a network of theocratic
3    organizations like the Congressional Prayer Caucus, Wall
4    Builders, Liberty Council, and others of that nature who
5    want to assert exclusive Christian privilege on public
6    grounds.
7        And if you look at the bill that was passed in
8    Oklahoma, it's almost the same verbatim as the one in
9    Arkansas. So I think Senator Rapert's working from a
10   template of model legislation, and it's a coordinated
11   effort to install theocracy in the United States and --
12   in -- various battles and instances where they try to
13   gain exclusive privileges for their monuments.
14       They seek to put "In God we Trust" on -- in public
15   schools and public buildings. They seek to limit the
16   rights of the LGBTQ community, and they --
17   Q.   Let me -- let me stop you there.
18       If I understand what you're saying, it's that --
19   and let me -- let me redirect my question a little bit.
20       You -- your efforts are designed to get state
21   lawmakers to not go along with these other outside
22   organizations, correct? Not to enact legislation that
23   these outside organizations are wanting them to enact; is
24   that right?
25   A.   We've never asked anybody to -- we've never

33 (Pages 129 to 132)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 133

1    proposed legislation.
2    Q.   Uh-huh.
3    A.   And, you know, if the -- if this -- if these
4    religious liberty bills or religious freedom for -- for
5    placing monuments on the public grounds -- I know they --
6    they go back and forth an say it's religious or it's a
7    part of the history and heritage; that -- that these are
8    open to everybody and that they -- they will respect
9    pluralism.
10        And I think if they actually did, that would be
11   okay and that would be -- that would be unobjectionable.
12   If the Ten Commandments monument were to be on the
13   Arkansas capitol grounds alongside the Baphomet monument,
14   clearly we'd have no objection then to the Ten
15   Commandments monument.
16        It's only rendered offensive when it's given
17   exclusive privilege over other viewpoints.
18   Q.   Okay. And so -- so again my -- the -- the question
19   I'm asking is: Your efforts -- you want state lawmakers
20   not to enact legislation that would, for example, put a
21   Ten Commandments monument on the capitol grounds by
22   itself? Or not by itself but put -- put it on the grounds
23   without, for example, a Baphomet monument; correct?
24        MR. KEZHAYA:  Object to form.
25        Go ahead and answer.

Page 134

1    A.   If -- if it respects pluralism, it's -- it's okay.
2    I'm not sure if that's what you're looking to hone in on.
3    Q.   Okay. Yeah, we'll -- we'll go ahead and move on --
4    A.   Okay.
5    Q.   -- from that.
6         (Exhibit 35 marked for identification.)
7    Q.   All right. And you can set that aside.
8         All right. I'm handing you Exhibit 35.
9         Do you recognize this as the Baphomet page from
10   SalemArtGallery.com?
11   A.   Yes.
12   Q.   Okay. And SalemArtGallery.com is controlled by The
13   Satanic Temple, right?
14   A.   Yes.
15   Q.   So look halfway down through the first paragraph
16   there.
17        And starting with, "The most popular
18   representation," do you see that?
19   A.   Yes.
20   Q.   Okay. And Read along with me.
21        "The most popular representation of Baphomet as a
22   Sabbatic goat did not appear until 1856 when Eliphas Levi
23   published Dogmas and Rituals of High Magic. The Satanic
24   Temple has continued the tradition of adapting the image
25   of the mythical figure.

Page 135

1         "The most notable difference is Baphomet now has a
2    male chest. This was done for practical reasons such that
3    the statue could not be rejected by state governments on
4    the grounds that it could be considered obscene."
5         Did I read that correctly?
6    A.   Correct.
7    Q.   Okay. Can -- those last two sentences there, can
8    you explain that to me, explain in more detail?
9    A.   Well, we are loathe to do anything that might be
10   considered obscene by the state governments.
11   Q.   Okay. So if -- is it correct that you modified the
12   statue so that it couldn't be rejected on the grounds
13   that it was obscene? Is that what you're saying?
14   A.   Well, yeah. We -- we -- we modeled it so that it
15   would not be considered obscene, because we did not want
16   that to obscure the other elements of symbolism and the
17   meaning behind it.
18   Q.   Okay. Well, let's talk about the design a little
19   bit of the Baphomet statue.
20        Now, what is a caduceus?
21   A.   The caduceus -- and it's difficult to see in the --
22   this sized image, but in the larger image it's more
23   apparent. But on the lap where you can see the staff with
24   the snakes intertwined around them.
25        And the caduceus is a old symbol of reconciliation

Page 136

1    and negotiation.
2    Q.   Okay. And it rises up from the groin area?
3    A.   Correct.
4    Q.   And the caduceus represents a genital organ, right?
5    A.   Well, the caduceus represents the caduceus.
6    Q.   So do you deny that the caduceus represents a
7    genital organ?
8    A.   Well, I -- it's not meant to be representative of
9    genitals on our monument. It's meant to be representative
10   of the caduceus with it's symbol -- with -- as a symbol
11   of negotiation and reconciliation.
12        You can also see this symbol on any pediatrics
13   hospital, and I don't think they mean it to be a picture
14   of a penis.
15   Q.   On hospital symbols it's not rising up from the
16   groin area of a statue, correct?
17   A.   Well, it's also not emerging from where you would
18   think the genitalia would be on the Baphomet monument
19   either. It's a -- it's a pretty far stretch of the
20   imagination to envision that I think as the genitalia of
21   the Baphomet.
22   Q.   So you're familiar with Levi -- Eliphas Levi's
23   description of the Baphomet, correct?
24   A.   Correct.
25   Q.   And you're aware that Levi describes the caduceus

34 (Pages 133 to 136)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 137

1    as taking the place of the genital organ?
2    A.   Well, I'll take your word for it. It's been a long
3    time since I read it.
4         But to me the caduceus is the caduceus. And whether
5    it's considered a phallic symbol or not, it's certainly
6    not an image of genitalia.
7              (Exhibit 36 marked for identification.)
8    Q.   Okay. You can set that aside.
9         I'm handing you Exhibit 36. And just a few
10   questions about this.
11        First, do you recognize this as an Independent
12   Contractor Agreement between the United Federation of
13   Churches, LLC, and Mark Porter?
14   A.   Yes.
15   Q.   Okay. And it's got Exhibits A, B, and C attached to
16   it?
17   A.   Yes.
18   Q.   Okay. And this was entered into as of March 19,
19   2014, according to the first line; correct?
20   A.   Correct.
21   Q.   Okay. What is the United Federation of Churches,
22   LLC?
23   A.   The United Federation of Churches was the first
24   kind of incorporated entity we put into place to run
25   operations of The Satanic Temple.

Page 138

1    Q.   Okay. Where did the United Federation of Churches
2    name come from?
3    A.   I'm not sure if our idea was that we were hoping to
4    work with more religious-based organizations at the time
5    or that we felt that it was better to use a name that
6    didn't immediately make people question -- you know,
7    bring -- bring up old prejudices in people.
8         But I just do know that we started the United
9    Federation of Churches as a formal entity for our
10   operations.
11   Q.   And who came up with the name United Federation of
12   Churches?
13   A.   Malcolm.
14   Q.   Okay. And that was originally a riff off of Star
15   Trek's United Federation of Planets, right?
16   A.   I doubt that. Neither of us are particularly Star
17   Trek fans.
18   Q.   Okay. So with the Baphomet monument, you worked
19   with Mark Porter as the artist; correct? Or as the -- as
20   the one who created, actually created the monument; is
21   that right?
22   A.   To be clear, Mark Porter was the sculptor and I
23   guess artist. And I worked with him to make sure that the
24   imagery fit what I felt was an appropriate design for it,
25   for the monument.

Page 139

1    Q.   Okay. And so Mark Porter was paid for his work?
2    A.   Correct.
3    Q.   Was he fully paid for his work?
4    A.   Yes, yeah.
5    Q.   Okay. Who paid Mark Porter for his work on the
6    Baphomet statue?
7    A.   We did.
8    Q.   And by "we" who do you -- who -- who's "we"?
9    A.   The -- The Satanic Temple. Whether that funding
10   went through the entity of the United Federation of
11   Churches or not, I don't know.
12        I know there was crowd funding to raise expenses
13   incurred on -- on creating this monument, and I -- you
14   know, I'm not an accounting guy; so I don't know -- I
15   mean, those funds may have been directly disbursed from
16   the Indiegogo site to Mark Porter. Or it might have gone
17   through a -- intermediary accounts. I don't -- I don't
18   know.
19   Q.   Okay. So who or what entity actually owns the
20   Baphomet with Children statue?
21   A.   My understanding is that it's The Satanic Temple. I
22   don't -- it's the Baphomet Monument. I mean, at that
23   time, I guess it would have been United Federation of
24   Churches.
25        But I think the -- the copyright belongs to the

Page 140

1    entity now known as The Satanic Temple.
2    Q.   Okay. So the copyright belongs to The -- The
3    Satanic Temple, LLC? Or --
4    A.   Yeah, correct.
5    Q.   Okay.
6    A.   That's my understanding.
7    Q.   Okay. But -- but this contract here was between
8    United Federation of Churches and Mark Porter, right?
9    A.   Correct.
10   Q.   Okay. So and it -- it's hard to -- it's hard to
11   understand with these different organizations, you know,
12   what's going on.
13        I'll -- can you enlighten us about, you know, what
14   entity, what legal entity has the legal and equitable
15   ownership of the Baphomet monument?
16             MR. KEZHAYA: Object to speculation. He's
17        not a lawyer.
18             But go ahead and answer.
19   A.   Well, I mean, his answer is kind of mine. Like, I
20   just -- you know, this is something we put through
21   lawyers' opinions and that type of thing.
22        I just know that we own the Baphomet monument. What
23   incorporated entity is on paper currently as having been
24   signed off on that, like, I just don't know. And I never
25   knew that that could possibly be an issue.

                                    35 (Pages 137 to 140)

Shyloa Myers

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 141

1    Q.   So has the United Federation of Churches ever
2    transferred any of its interests to any other legal
3    entity, to your knowledge?
4    A.   I -- you'd have to ask him, really. He's -- he's
5    worked on -- on that type of thing. I mean, we've tried
6    to keep everything in order and keep it parsed down.
7         So I haven't been necessarily -- I haven't
8    necessarily kept up on -- on exactly all the paperwork;
9    just that I have reasonable confidence that we do have
10   ownership of -- of our monument.
11        MR. CANTRELL:  Okay. All right. Well, tell
12   you what, let's take a break; and we'll come
13   back.
14        THE VIDEOGRAPHER:  We're going off the
15   record at 1:54 p.m.
16        (Recess taken.)
17        THE VIDEOGRAPHER:  We are back on the
18   record at 2:08 p.m.
19   Q.   (Mr. Cantrell) All right. I want to ask you about a
20   couple of things that we've -- we've talked about
21   already.
22        And, first of all, why was The Satanic Temple
23   founded?
24   A.   I can't say that it was one specific reason. I
25   think, you know, Malcolm had his vision for a film

Page 142

1    project. I had different ideas of what The Satanic Temple
2    could and should be. But it was founded more in line with
3    my vision after around the -- the period of the Pink
4    Mass.
5    Q.   Okay. And for what purpose did you feel like an
6    organization was needed?
7    A.   Because we were acting as an organization. We had a
8    lot of people coming to us and wanting to identify with
9    this, people taking us on as their religious identity.
10        And while originally we kind of thought maybe The
11   Satanic Temple could be decentralized, we found that
12   people didn't really want to identify with some kind of
13   fluid, decentralized organization but really wanted to --
14   to look to kind of a central organization for what The
15   Satanic Temple is and what it does.
16   Q.   So what is the purpose of The Satanic Temple then?
17   A.   It's a -- it's a religious organization.
18   Q.   That's the purpose?
19   A.   Yeah.
20   Q.   The purpose is to be a religious organization?
21   A.   Yes.
22   Q.   Why do you say that?
23   A.   Because that's -- that's what it is. I -- can you
24   be more specific?
25   Q.   Well, I'm just wondering, I mean, if someone asks

Page 143

1    you -- if someone doesn't know what The Satanic Temple
2    has done or has been and someone asks you, "Well,
3    what's -- what do you -- what is the purpose of this
4    organization?" what are you going to tell them?
5    A.   I'd tell them it's a -- it's a international
6    nontheistic religious organization.
7    Q.   And what are the goals or the aims of the
8    organization?
9    A.   Well, it has many. And those could possibly change
10   over time, given whatever the cultural environment is.
11   But we're growing a large, nontheistic religious
12   community that subscribes to a certain set of values and
13   identifies with our community.
14        And, as a national organization, we kind of provide
15   guidance for larger national initiatives. And we oversee
16   the -- the local chapters and just kind of make sure that
17   whatever they do that's public facing doesn't go
18   radically off message from what we feel is appropriate to
19   be conveyed as a part of The Satanic Temple.
20   Q.   And all of this is abstract.
21        I'm -- I'm wondering if you can give us more
22   concrete -- more concrete statement of -- of why The
23   Satanic Temple exists?
24   A.   Well, there isn't a specific kind of end point goal
25   at which we would say The Satanic Temple never serves any

Page 144

1    type of function any more. I feel there will always be
2    people who will identify with The Satanic Temple and its
3    values and identify as Satanists within the type of
4    community we've started building.
5        And -- and I think that's independent of exogenous
6    factors related to, you know, some of the more -- more
7    public-facing, politically-charged campaigns that we do.
8        There's just a lot of -- a lot of religious
9    community within The Satanic Temple. There's just that --
10   that networking of -- of chapters and individuals. And, I
11   mean, it's -- it's my hope that that will always be there
12   for people.
13   Q.   Okay. And let me ask you about -- again, about the
14   unveiling. You know, we saw in the video with the
15   activities on the Baphomet statue, the kissing and the
16   groping and -- and, you know, making out and what looked
17   like orgiastic -- I mean, I don't know if there was
18   actually any sex act occurring.
19        But it gave that appearance at times I think;
20   wouldn't you say?
21   A.   I don't know -- I don't know what sex acts were
22   engaged in there either. I've heard rumors myself.
23   Q.   You've heard rumors that there were sex acts that
24   took place at the Baphomet unveiling?
25   A.   I have.

36 (Pages 141 to 144)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 145

1    Q.   What rumors have you heard?
2    A.   I've heard that sex acts took place at the Baphomet
3    unveiling event.
4    Q.   On the stage?
5    A.   No, I don't think so.
6    Q.   Are you aware of other activities like public
7    urination from the second floor?
8    A.   I hadn't heard that one.
9    Q.   Okay. That's a new one to you?
10   A.   Yeah.
11   Q.   Okay. Who is it that you -- what is the rumor that
12   you heard concerning the sex acts?
13   A.   Oh, I just heard that there were people who had sex
14   at the Baphomet unveiling event.
15   Q.   Okay. Do you consider that to be appropriate
16   behavior for the occasion?
17   A.   You'd have to ask people who were or were not
18   involved in the sex acts.
19   Q.   Okay. But you didn't have any objection to it?
20   A.   I didn't -- I didn't actually see this happen. I
21   only heard rumor.
22   Q.   Okay. But you didn't have any objection to it?
23   Finding out after the fact, you don't feel that it
24   sullied the event in any way?
25   A.   No.

Page 146

1    Q.   Okay. And the activities taking place on the
2    monument that we've watched in the video, why is that or
3    these sex acts that we've heard about, why would those
4    things be appropriate to this occasion?
5    A.   Well, for me it would be more of a question of
6    why -- why wouldn't it be? I just -- I just don't happen
7    to object to it. That seems like if the people engaged in
8    it were -- were doing whatever they were doing
9    consensually and having fun, it wasn't harming anybody
10   else.
11        I just wouldn't -- wouldn't object to it.
12   Q.   Okay. But you consider it an appropriate way to --
13   to celebrate the unveiling of the monument?
14   A.   If it was appropriate to them and it made things a
15   better event for them, if that's what -- what they were
16   moved to do, that -- that's fine by me.
17   Q.   Okay. Would you have any -- let me back up.
18        Would you expect the monument to excite that sort
19   of reaction if it were placed on public grounds?
20   A.   I wouldn't expect anybody would do that publicly on
21   the public capitol grounds. I think there was a
22   reasonable expectation that there was a certain latitude
23   given at a privately-held event of The Satanic Temple for
24   what people could engage or not engage in.
25        But I think we've already seen from events we've

Page 147

1    had out in the public that our membership and our
2    adherents know quite well how to handle themselves with
3    dignity and decorum outside in the public at large.
4    Q.   Okay. So is -- is it any -- in any way -- I mean,
5    it's not -- these activities that we're discussing were
6    not in any way inconsistent with the purposes of the
7    Satanic Temple and unveiling the statue, correct?
8    A.   I'm sorry. Specify.
9    Q.   Yeah.
10        The -- the activities, the -- the kissing; the
11   groping; the orgiastic-looking, you know, activity, that
12   was not in any way inconsistent with the purposes or
13   the -- the goals of The Satanic Temple as far as its
14   unveiling is concerned?
15   A.   Well, those specific activities weren't prescribed
16   as goals during the event.
17   Q.   Right. But it --
18   A.   And a- --
19   Q.   But it didn't take away from the event?
20   A.   Right.
21        And, I mean, the caveat on those kinds of behaviors
22   of course is that everybody is aware and consenting
23   and -- and -- and willingly engaged I guess in -- in an
24   environment of noncoercion to be doing what they're
25   doing.

Page 148

1    Q.   Okay. Let's talk about the "Executive Ministry," as
2    you call it.
3        What is the Executive Ministry?
4    A.   The Executive Ministry is how we designate Malcolm
5    and myself as being the ultimate owners of The Satanic
6    Temple.
7    Q.   Has anyone else ever been a part of the Executive
8    Ministry?
9    A.   I believe that was another item of contention with
10   Jex. I believe she considered herself Executive Ministry
11   at the point where she was interviewing people to be
12   chapter heads or part of the reproductive rights
13   campaign.
14        And I don't think I necessarily always objected to
15   that designation; because, as the organization was
16   nascent and we were putting those kinds of rules
17   together, this kind of terminology meant whatever it
18   meant functionally at the time.
19   Q.   Okay. So it was a relatively fluid situation where
20   Jex took on responsibility that were of a sort that would
21   have risen to the level of almost management?
22   A.   By the nature of the evolution on a nascent
23   organization, there was fluidity on what certain
24   designations meant as -- as it evolved.
25        Now these are more -- far more rigidly defined, the

37 (Pages 145 to 148)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

---

Page 149

1  roles of people in the organization.
2  Q.  Okay. When was the Executive Ministry formalized?
3  A.  Formalized how?
4  Q.  When -- when did you come up with the -- the phrase
5  "Executive Ministry"?
6  A.  That I honestly don't know.
7        Some of this very much just did evolve out of
8  necessity and just out of a -- a lack of any other
9  terminology that described what we were doing.
10       So I don't feel like there was necessarily a
11 discrete moment in time where we were, like, we're going
12 to refer to ourselves as Executive Ministry. It seemed
13 kind of like an emergent characteristic.
14 Q.  Okay. What are the functions of the Executive
15 Ministry?
16 A.  Well, we have executive control over the
17 organization at large. On -- on paper we're the -- we're
18 the owners, so we have ultimate veto power over -- over
19 decisions made by chapters or even the -- the National
20 Council.
21       But, as a matter of principle, we don't generally
22 exercise that veto power; because -- and philosophically
23 we're more democratic than -- than the legal paper would
24 designate us.
25 Q.  Okay. So you control finances of The Satanic Temple

---

Page 150

1  Executive Ministry?
2  A.  Correct.
3  Q.  Okay. What is the National Council?
4  A.  The National Council was a group of people we -- we
5  put into place to manage the local chapters. The National
6  Council meets about weekly via -- via Web cam meetings,
7  because they're dispersed internationally.
8        And they for the most part discuss proposals from
9  chapters when chapters want to do public facing or even
10 internal events so that the Council can deliberate
11 regarding questions of whether it's appropriate for these
12 things to be done in the context of Satanic Temple as an
13 organization; whether there's unthought of legal
14 liabilities, safety issues, or messaging problems.
15       So for the most part their function is to look at
16 what the chapters are doing and what they want to do,
17 provide them guidance for -- if they have questions on
18 how to better organize and better -- better create events
19 and -- and operate them and to give them either the green
20 light on those kinds of events or activities they want to
21 do or tell them that they need to rethink their
22 proposals.
23 Q.  Okay. Are members of the National Council, are
24 they -- are those paid positions?
25 A.  They are not.

---

Page 151

1  Q.  Okay. So they -- the members of the National
2  Council work on a volunteer basis?
3  A.  Correct.
4  Q.  Okay. How many people are on the National Council?
5  A.  Right now I think there's -- I think there's seven.
6        We -- we had originally put a cap at nine, only for
7  the reason that we were using Google Hangouts, which I
8  think had a cap of about 10 people on any one given call.
9  So, including me, we could only allow for nine National
10 Council members.
11 Q.  So have you had as many as nine members?
12 A.  Yeah, we've had as many as nine.
13       And we've considered increasing the number now that
14 we're using Zoom, which allows for more people. We
15 haven't done that yet, and I don't think we're at a full
16 nine right now.
17 Q.  Okay. What's the relationship between The Satanic
18 Temple and local chapters?
19 A.  Well, there -- the local chapters are -- well, I'm
20 not -- not trying to be difficult; but this sounds
21 redundant. They're just local chapters of The Satanic
22 Temple.
23 Q.  So are local chapters, are they autonomous? Are
24 they directed by the national organization to --
25 A.  Right.

---

Page 152

1  Q.  -- you know . . .
2  A.  Well, the -- the idea is that we like to give them
3  their maximum autonomy, in line with our
4  antiauthoritarian kind of position that we take.
5        But, as I've said in some interviews and in Q and
6  A's that I've done, we view it kind of as the American
7  experiment in microcosm where the national offices of The
8  Satanic Temple are something like the Federal Government,
9  and we're always kind of balancing the state rights.
10       So as the -- the local chapter rights to kind of
11 allow for their maximum autonomy while making sure also
12 that none of the chapters goes too far astray from what
13 we think our fundamental values are; that other chapters
14 feel poorly represented or otherwise have reason to
15 object; that -- that this isn't something they wanted to
16 be -- to be a part of.
17       So that's why we keep a close watch on messaging,
18 liability, and make sure that these kinds of events that
19 they hold are -- are in line with what -- what we agree
20 with and what we do.
21       But I always try to put forward this notion that
22 the -- the burden of proof is on us to tell the chapters
23 why they can't do something rather than the burden of
24 proof on them to say that they -- they should
25 necessarily.

                              38 (Pages 149 to 152)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 153

1    And then that way we're hoping we -- we always have
2    that balance of maximum autonomy versus making sure that
3    their behavior doesn't imperil the rest of the
4    organization and its membership.
5    Q.   Okay. Is there a -- a standard agreement that
6    governs the relationship between the national
7    organization and local chapters?
8    A.   Yes.
9         There are chapter agreements that are signed
10   when -- when chapters come into formal recognition.
11   Q.   Okay. What are the terms of those agreements?
12   A.   My understanding is that it's rather boilerplate
13   legal -- I mean, this is kind of material that we ran
14   past the lawyers and had them kind of draw up what --
15   were what we thought the best contracts for what we were
16   trying to achieve.
17        And what we were trying to achieve of course is
18   that we have that kind of oversight over these chapters
19   where we can, you know, have a -- a adjudication over --
20   over those kinds of public-facing activities, messaging,
21   and that kind of thing.
22        And I know there's also copyright agreements or --
23   or licensing agreements based upon copyright when it --
24   comes to use of the logo and proprietary text and other
25   property, intellectual property of The Satanic Temple.

Page 154

1    Q.   What do you call these agreements? Are they
2    Affiliation Agreements or?
3    A.   They -- they are Affiliation Agreements.
4    Q.   Okay.
5    A.   There's also a -- separate agreements for chapter
6    heads, media liaison, which include standards of conduct
7    and -- and things of that nature.
8    Q.   And do these agreements include a nondisparagement
9    clause?
10   A.   No, they -- they -- I don't believe the language is
11   nondisparagement clause. The -- I -- I believe it's a
12   Nondisclosure Agreement.
13   Q.   Okay. So is there a -- a provision in any of these
14   agreements that -- that chapter heads or chapters will
15   not disparage The Satanic Temple or Executive Ministry or
16   National Council?
17   A.   I don't know that there is any more.
18        I remember that there was a nondisparagement clause
19   at one point, and that was controversial with people. And
20   then there was a revision, and I don't know if the
21   revision took out entirely the nondisparagement segment
22   or reworded it so that it seemed more reasonable to
23   people who were -- who were signing it.
24   Q.   Okay. Are -- are local chapters required to funnel
25   profit from local events to the national organization?

Page 155

1    A.   Well, it -- it depends. If they're doing a -- if
2    they're doing a fundraiser for one of the campaigns, we
3    require that all that money actually goes to the campaign
4    that they're fundraising for. Otherwise, it's -- it's
5    fraud.
6         Sometimes chapters will do events that we approve
7    of. I mean, if we approve of them, that raise funds for
8    local charities. Or some of them -- some of the events
9    they do I don't think we owe them money at all. You know,
10   collecting items for the homeless or -- or menstrual
11   hygiene products for --
12   Q.   And let -- let me stop you there.
13        So are you aware of any percentage that is standard
14   in these contracts that local chapters have to send to
15   the national organization?
16   A.   If they -- if they make money from merchandise
17   sales like a -- you know, chapter-specific merchandise
18   sales and stuff like that, there is a percentage. I don't
19   know where that -- that lands right now. I -- Matt would
20   probably have a better idea.
21   Q.   Is -- is it 90 percent roughly? Or lower than that?
22   A.   No.
23        I think it's -- I think it's around 20. I don't
24   know. Okay. Sorry.
25   Q.   Okay. All right. Do local chapters pay dues or fees

Page 156

1    to the national organization?
2    A.   They do not.
3    Q.   Okay. The Satanic Temple controls the registration
4    of chapter Web sites; is that right?
5    A.   My understanding is that we have -- we have
6    registered all the domains that are in use by individual
7    chapters. However, the chapters manage their own content
8    on those pages.
9    Q.   The national organization, does it have editorial
10   control over chapter Web sites?
11   A.   I mean, the national organization, if we saw
12   material on the Web sites we objected to, we'd certainly
13   reserve the authority to -- to tell them to change it.
14        But insofar as logging into the Web site and
15   posting materials goes, that's -- that's up to the
16   chapters themselves. They -- they have that login
17   information. They -- they go into the back end, and they
18   put those -- they put that content there.
19   Q.   Okay. So you don't require local chapters to
20   provide you with access information to their Web site to
21   be able to edit it?
22   A.   We already have the login credentials for the Web
23   sites. We also give them login credentials for the Web
24   sites.
25   Q.   Okay.

                                          39 (Pages 153 to 156)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 157

1     A.   So, for the most part, the content there is just
2     put there by them. If we grow aware of some kind of
3     problem or some kind of contentious leadership change or
4     whatever, I guess we could change their passwords and
5     make sure that the URL is secure in the name of the
6     organization.
7     Q.   Okay. So -- so that's all to say that the national
8     organization exercises a kind of veto editorially over
9     its local chapter Web sites?
10    A.   That's correct.
11         That's not to say we've -- we've necessarily acted
12    as editors for content that's been put on the Web site.
13    That is to say up to this point, chapters haven't
14    actually submitted content to us before posting it on the
15    Web sites for approval; but it might be a good idea to --
16    Q.   Okay.
17    A.   -- to do that going forward.
18         (Exhibit 37 marked for identification.)
19    Q.   Okay. I'm going to hand you Exhibit 37.
20         Do you recognize this as the Certificate of
21    Organization for the United Federation of Churches, LLC,
22    with file stamp February 4, 2014?
23    A.   Yes.
24    Q.   Okay. And, on the first page, Doug Misicko is
25    listed as both the sole registered agent and the sole

Page 158

1     manager; correct?
2     A.   Yes.
3     Q.   Okay. And, if you look on the second page, that's
4     your signature down at the bottom?
5     A.   Yes.
6     Q.   Okay. And then on the third page down at the
7     bottom, it has an e-mail address: Doug@process.org.
8         Is that your e-mail address?
9     A.   Correct.
10    Q.   Okay. Now, the United Federation of Churches, LLC,
11    has bylaws; right?
12    A.   Correct.
13    Q.   Okay. And does -- does the United Federation of
14    Churches have any managers or officers or directors other
15    than you and Malcolm Jarry?
16    A.   No. I -- no.
17    Q.   Does the United Federation of Churches have any
18    legal or financial oversight by anyone else?
19    A.   Now, I'm sorry. Could you . . .
20    Q.   Does -- does the United Federation of Churches have
21    any legal or financial oversight by anyone else?
22    A.   What do you mean by "oversight"? I mean, we -- we
23    work with accountants and that kind of thing.
24         Are you talking somebody we ask permission from
25    to --

Page 159

1     Q.   Yeah.
2         I'm asking: Is there anyone to whom -- yeah, who --
3     who supervises your legal or financial activities?
4     A.   No.
5         I mean, we -- if there's question, we would consult
6     parties on how to reach the goals we want to achieve.
7     Q.   Uh-huh.
8     A.   Right.
9         I don't think that's what you're asking, though.
10    Q.   No.
11    A.   But we don't answer to some kind of higher
12    authority who makes executive decisions on, like, where
13    things are allocated or anything like that.
14    Q.   Right.
15    A.   That's like -- we're the highest rung of the
16    ladder.
17    Q.   Okay. And so -- I'm sorry.
18    A.   Malcolm and I.
19    Q.   So there's no board? You're not accountable to a
20    board of oversight or a board of directors or anything of
21    that nature?
22    A.   Correct.
23    Q.   Okay. Has the United Federation of Churches ever
24    made public disclosures of its income or expenditures?
25    A.   I -- I was under the impression, maybe wrongly,

Page 160

1     that all of these things are -- are public record, but --
2     but I might not -- I might not be correct in that.
3     Q.   Okay. Do you have any specific recollection of
4     public disclosures of United Federation of Churches'
5     income or expenditures?
6     A.   No.
7         I was under- -- under the understanding that there
8     were Government-owned sites that -- that post these
9     things or respond to these requests for public inquiry. I
10    could be wrong again.
11        But that's not -- it's not really my -- my
12    specialty.
13        (Exhibit 38 marked for identification.)
14    Q.   Okay. All right. I'm handing Exhibit 38.
15        Do you recognize this as the Reason Alliance,
16    Limited, Articles of Organization filed September 26,
17    2014?
18        And you can see that up at the -- up at the very
19    top. And I believe it's also on the last page as well,
20    September 26, 2014.
21    A.   Yes.
22    Q.   Okay. Let's take a look at the first page there,
23    that big paragraph.
24        It starts out: "The corporation is organized
25    exclusively for charitable, religious, educational, and

40 (Pages 157 to 160)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 161

1   scientific purposes to promote the tenets as herein
2   described, including for such purposes: The making of
3   distributions to organizations that qualify as exempt
4   organizations under Section 501(c)(3) of the Internal
5   Revenue Code," and then it continues on.
6       Did I read that correctly?
7   A.  Yes.
8   Q.  Okay. So which organization was contemplated here
9   as the recipient of distributions from Reason Alliance,
10  Limited?
11  A.  I don't know technically in legalistic terms if it
12  would be that that would be disbursed to United
13  Federation of Churches for use by The Satanic Temple, but
14  the notion was that -- and this was something conceived
15  of by the lawyer we worked with as being how this just
16  works.
17      If you're both running a nonprofit and an LLC --
18  because we were raising donations for our campaigns on a
19  nonprofit basis. And -- and donors could get their tax
20  writeoff, the 501(c)(3), that kind of thing. And that
21  needed to be kept separate from the other level of
22  incorporation.
23      And this is -- this is the method by which the
24  lawyer -- let's see. Yeah, this was -- this was James
25  MacNaughton devised as being the -- the way that this is

Page 162

1   done.
2   Q.  Okay. So was this a fund-raising -- was this an
3   organization created for fund-raising purposes then?
4   A.  Yeah, I believe that would be an accurate way of
5   putting that.
6   Q.  Okay.
7   A.  But this was, like, the 501(c)(3) entity attached
8   to the fund-raising efforts of The Satanic Temple.
9   Q.  Okay. And if you take a look at the third page
10  there, it's got -- it lists Doug Misicko as president,
11  treasurer, secretary, and director; is that right?
12  A.  Correct.
13  Q.  Has Reason Alliance ever had any other officers,
14  directors or trustees or secretaries or -- I'm going to
15  leave one out -- treasurers?
16  A.  I -- I don't -- I don't think that's ever changed
17  throughout the paperwork.
18      But, I -- I mean, I should point out that this is
19  kind of filled in for the purposes of satisfying the --
20  the paperwork put forward by -- by MacNaughton. My
21  understanding was that that's -- that's just what you do.
22  So --
23  Q.  Okay.
24  A.  -- now I'm not sure the status of Reason Alliance
25  or if it's something that's useful to us, because I still

Page 163

1   don't understand the full ramifications of the -- to be
2   quite honest, I don't understand the full ramifications
3   of the conference of church status by the IRS and our
4   tax exemption as a church --
5   Q.  Okay.
6   A.  -- now.
7       So that -- that might require -- I mean, it's The
8   Satanic Temple now that's -- that's recognized as a -- as
9   a 501(c)(3) church religious exempt organization, so I
10  think that could -- that kind of work can be -- can be
11  done through there now directly.
12  Q.  Okay. And I'll -- I'll come back to that in a
13  minute.
14      Okay.
15  Q.  Does Reason Alliance have any legal or financial
16  oversight by anyone else?
17  A.  It does not, no.
18  Q.  Okay. And has it ever made public disclosures of
19  its income or exposures?
20  A.  Well, there again, I -- I was under the
21  impression -- maybe I'm wrong -- but I thought there was
22  a open and public listing of -- of income and
23  expenditures available publicly for all 501(c)(3)s.
24  Q.  Okay.
25  A.  I mean, correct me if I'm wrong; but, like, I -- I

Page 164

1   just -- I was under the interp- -- I was under the
2   understanding that that's -- that's the way it is with
3   this kind of organization.
4           (Exhibit 39 marked for identification.)
5   Q.  Okay. All right. You can put that aside.
6       And I'll hand you Exhibit 39.
7   A.  Okay.
8   Q.  All right. Do you recognize this as a 1023-EZ
9   application by Reason Alliance for tax exempt status?
10  And this was filed August 31, 2017. You can Look on the
11  last page, August 31, 2017.
12  A.  Yes.
13  Q.  Okay. And, on the third page there, this was signed
14  under penalty of perjury by Doug Misicko; correct?
15      MR. KEZHAYA:  I'm going to object into all
16      this Reason Alliance. Mr. Misicko is sitting
17      here today with his TST hat on. All of these
18      questions I think can be probably be asked of
19      him with his personal hat on tomorrow.
20      MR. CANTRELL:  Okay. Well, Mr. Misicko has
21      testified that -- that Reason Alliance was a --
22      a fundraising organization for The Satanic
23      Temple. And, therefore, I think it qualifies as
24      a part of The Satanic Temple by his description
25      today.

                                    41 (Pages 161 to 164)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 165

1      So -- so we'll -- we'll continue.
2          MR. KEZHAYA:  But, see, there's nothing in
3      here, this Attachment A, about Reason Alliance
4      1023-EZ tax exempt status. I really don't think
5      this is properly within the bounds of the
6      30(b)(6) Notice.
7          MR. CANTRELL:  It is. It relates to the
8      organizational relationship between Reason
9      Alliance and The Satanic Temple and the United
10     Federation of Churches, so --
11         MR. KEZHAYA:  But, see, this is TST
12     speaking right now; and so there's limited
13     things that TST is capable of speaking to. He
14     wasn't properly put on notice of the, for
15     example, 1023-EZ application.
16         MR. CANTRELL:  I think he was put on
17     notice -- I think you all were put on notice
18     by the Notice of Deposition with the
19     organizational relationships.
20         And this was specifically mentioned.
21     Reason Alliance, Limited, was specifically
22     mentioned in the Notice of Deposition, as well
23     as the other corporate organizations.
24         MR. KEZHAYA:  That's organizational
25     relationships, though. You're talking about tax

Page 166

1      exempt status of a organization that is not
2      sitting here today. It's actually not even a
3      party to the lawsuit.
4          MR. CANTRELL:  No, I'm not inquiring into
5      the -- the tax exempt status per se of Reason
6      Alliance. That's not my interest here, so --
7          MR. KEZHAYA:  What's the purpose of the
8      1023-EZ?
9          MR. CANTRELL:  Again, it's the
10     relationship between Reason Alliance and the
11     other corporate organizations. So --
12         MR. KEZHAYA:  A 1023-EZ is the application
13     that you file with the IRS to become tax
14     exempt, right?
15         MR. CANTRELL:  This bears on the
16     organizational relationships, Matt, okay.
17     You'll see from the questions I ask, it bears
18     on that issue.
19  Q. (Mr. Cantrell) So, Mr. Misicko, you signed this
20     under penalty of perjury; correct?
21  A.  Well, typed. It looks it's a E-signature.
22  Q.  Okay. So you authenticated it, correct?
23  A.  That's -- apparently so, yeah.
24  Q.  Okay. And you're identified as both president and
25     director there on the third page?

Page 167

1   A.  Yes.
2   Q.  Okay. Take a look at, let's see, the second page
3       under Part III -- excuse me. The second page, Part --
4       yeah, Part III, Number 6.
5           It says, "Do you or will you donate funds or pay
6       expenses for individuals?"
7           And the little box or circle is indicated -- is
8       marked for "yes."
9           Do you see that?
10  A.  Yes.
11  Q.  Okay. What individuals have you -- has Reason
12      Alliance donated funds for or paid expenses for?
13  A.  I don't know that they have. My guess is, because, I
14      mean, again, I -- I believe all this paperwork must have
15      gone through MacNaughton and I signed off on it.
16      But my guess is that it would leave open the
17      possibility that if somebody incurs expenses for projects
18      they're doing with us, then they're going to get paid
19      individually; that would be -- that would the proper box
20      to -- to check.
21  Q.  Okay. Take a look at No. 8 there under Part III.
22      It says, "Do you or will you engage in financial
23      transactions (for example loans, payments, rents,
24      et cetera) with any of your officers, directors, or
25      trustees or any entities they own or control?"

Page 168

1       And the little circle is marked for "yes."
2       Do you see that?
3   A.  Yes.
4   Q.  Okay. So with whom has Reason Alliance engaged in
5       the financial transactions indicated here?
6   A.  Well, I mean, I believe that to be overly broad. I
7       mean, by necessity we do financial transactions on a
8       regular basis.
9   Q.  So let me ask a more specific question then.
10      Who does Reason Alliance engage in financial
11      transactions with with respect to The Satanic Temple,
12      LLC, or United -- or, excuse me, The Satanic Temple,
13      Inc., or the United Federation of Churches or Doug
14      Misicko or Malcom Jarry?
15          MR. KEZHAYA:  Object to form.
16          Go ahead and answer.
17  Q.  Or does -- does Reason Alliance engage in financial
18      transactions with any of those people or entities that I
19      just mentioned?
20  A.  I'm sorry. You'll have to name those entities
21      again.
22  Q.  Sure.
23      United Federation of Churches, LLC.
24      The Satanic Temple, Inc.
25      Doug Misicko.

42 (Pages 165 to 168)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 169

```
 1        And Malcolm Jarry.
 2    A.   Do -- does Reason Alliance engage in financial
 3    transactions with those?
 4    Q.   Yes.
 5    A.   I'm not sure how to properly word this from an
 6    accounting viewpoint. But, for example, costs incurred
 7    like having to pay Mr. Kezhaya here, I mean, he's an
 8    individual who would incur expenses. And -- and if the --
 9    the lawyers were working on behalf of a specific campaign
10    fund-raised for through Reason Alliance, they could get
11    disbursement from those -- those funds.
12    Q.   Okay. Does -- do you or Malcolm Jarry receive
13    disbursements from Reason Alliance?
14    A.   I don't -- I don't know. I don't know how -- I am
15    not experienced on accounting to know what's on the level
16    from, like, a disbursement point of view of finances.
17        All I know is that we run this through accountants
18    and lawyers to get it on the level, and I am really
19    disengaged personally from how that aspect of operations
20    works.
21    Q.   Okay. Are you aware that you receive any -- any
22    proceeds from the organization, Reason Alliance? Any
23    money? Any funds?
24    A.   You're asking how I generate income?
25    Q.   I -- I'm asking whether Reason Alliance pays you
```

Page 170

```
 1    any compensation or income or any reimbursement or --
 2        MR. KEZHAYA:  Again, this is a question
 3    for Doug Misicko with his personal hat on for
 4    tomorrow.
 5        MR. CANTRELL:  Okay. I'll -- I'll ask him
 6    tomorrow.
 7        (Exhibit 40 marked for identification.)
 8    Q.   (Mr. Cantrell) All right. All right. Here we go.
 9    All right. I'm showing you Exhibit 40. And you can put
10    that other one aside.
11        All right. Do you recognize Exhibit 40 as the
12    Articles of Organization for The Satanic Temple filed
13    November 14, 2017?
14    A.   Correct.
15    Q.   Okay. And this Article II says, begins, "This
16    organization" -- this -- excuse me, "This corporation is
17    organized as a tax exempt organization"; is that right?
18    Do you see that?
19    A.   Correct, yes.
20    Q.   Okay. Does this organization have bylaws?
21    A.   The satanic Temple?
22    Q.   Yes, the organization referred to in the document
23    we're looking at right now?
24    A.   Yes.
25    Q.   Okay. Are those bylaws distinct from the bylaws of
```

Page 171

```
 1    the United Federation of Churches?
 2    A.   I don't know currently -- I haven't followed the
 3    revision history of all of this or how it's been merged,
 4    especially since the recognition status by the IRS; so I
 5    don't know.
 6    Q.   Okay. Do you know if they're different from the
 7    bylaws of Reason Alliance?
 8    A.   I do not.
 9    Q.   Okay. Do you know what other governance documents
10    this organization has?
11    A.   Do you mean both internal and in -- within State
12    and Federal filings?
13    Q.   Yes, both.
14    A.   There -- okay. There's a lot of internal
15    documentation, including the chapter agreements and other
16    agreements we have with people who work with us.
17    Q.   Okay. So there's chapter agreements.
18        What other -- what other agreements are there?
19    A.   I think we have a distinct -- a -- a unique
20    contract for media liaisons. And it may or may not be
21    discrete paperwork for members of National Council. Or at
22    this point it may just be that National Council is
23    subjected to background checks and their prior paperwork
24    used usually when they -- when they are engaged in
25    chapter work or . . .
```

Page 172

```
 1        THE COURT REPORTER:  I'm sorry, sir. Would
 2    you keep your voice up.
 3        THE WITNESS:  Oh, I'm sorry.
 4        THE COURT REPORTER:  Engaged in chapter
 5    relationships?
 6        THE WITNESS:  Yeah, I -- sorry.
 7    A.   Those -- those kinds of internal agreements. I
 8    think that -- I think that covers it. There may be more
 9    if I think about it more.
10    Q.   (Mr. Cantrell) Okay. Are there standards of
11    conduct?
12    A.   There are.
13    Q.   Are those signed by all members? Or just by a
14    subset?
15    A.   Just by leadership.
16        On the national level, that's all we keep track of.
17    Individual chapters, a lot of them have chapter member
18    agreements that they oversee that also reiterate codes of
19    conduct and other such things.
20    Q.   Okay. Any others you can think of? Any other
21    governance documents or agreements for this organization?
22    A.   Not that I can think of as I sit here right now.
23    Q.   Okay. Take a look at Article -- Article VII.
24        The street address is listed as 64 Bridge Street,
25    Salem, Massachusetts 01970; correct?
```

43 (Pages 169 to 172)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

---

Page 173

1    A.   Correct.
2    Q.   All right. And Douglas Misicko is listed as the
3    president, treasurer, clerk, and director; correct?
4    A.   Correct.
5    Q.   Okay. So what prompted you to create this
6    organization in November 2017?
7    A.   I don't -- I don't really know.
8         This again is in kind of consultation with a
9    lawyer -- I think it would still be James MacNaughton at
10   this point and -- and might still be him if I were -- we
11   were to consult on this again today.
12        But, you know, just in general making sure that our
13   corporate entity was the same name as our public-facing
14   organization, The Satanic Temple. It seemed like it was
15   in our best interest to maintain.
16   Q.   Okay. Does this organization have any managers,
17   officers, or directors other than Cevin Soling and Doug
18   Misicko?
19   A.   No.
20   Q.   Does it have any legal or financial oversight by
21   anyone else?
22   A.   It does not.
23   Q.   Has it ever made public disclosures of its income
24   or expenditures?
25   A.   Again, my understanding is that annually one must

---

Page 174

1    and -- and that -- and filings are -- are public; but,
2    again, I could be wrong.
3    Q.   Okay. All right. You can set that aside.
4         And so for years The Satanic Temple did not seek
5    tax exempt status, right?
6    A.   Correct.
7    Q.   Okay. And why was that?
8    A.   It was because we felt it was a -- it was the
9    principled stand that churches should pay their taxes and
10   contribute back to society.
11   Q.   Okay. And why did The Satanic Temple apply for tax
12   exempt status?
13   A.   It seemed like we were disadvantaging ourselves,
14   especially at the point during the Trump Administration
15   where Trump announced that he was going to gut the
16   Johnson Amendment or render it otherwise unenforceable.
17        We realized that when it came to financing our
18   projects, when it came to paying our lawyers and things
19   like that, we were often up against theocratic
20   organizations that were much better networked and much
21   better financed than us to -- to massive orders of
22   magnitude.
23        And a lot of people seemed confused about donating
24   to Reason Alliance for Satanic Temple campaigns, and it
25   was far better to have The Satanic Temple itself

---

Page 175

1    recognized as a legitimate religious organization.
2         Because, furthermore, we never thought that people
3    would bother necessarily to question whether we were a
4    legitimate religious organization or not. Maybe we
5    naively thought that we were self-evidently so; but that
6    having conference of the IRS status, that -- that
7    indication that we did meet that criteria would dispense
8    of those questions in the future.
9    Q.   Okay. The Satanic Temple uses Omnisend, right?
10   A.   Currently to send newsletters, yeah, the -- the
11   third-party --
12   Q.   Okay.
13   A.   -- site is Omnisend.
14        (Exhibit 41-B marked for identification.)
15   Q.   Okay. Give me one second, okay. I'm going to go
16   slightly out of order with my exhibits here. All right.
17   This one is marked 41-B.
18        Do you recognize this as "The Satanic Temple in
19   2019," kind of a year in review?
20   A.   Yeah.
21   Q.   Okay. And -- and down in the bottom corner, it has
22   a 1 of 19; but there's only Page 1 and 2.
23        Do you see that?
24   A.   I do.
25   Q.   So this is part of a larger document, but it's just

---

Page 176

1    the first couple of pages.
2         Are you aware -- well, let me ask: Did you send
3    this "Satanic Temple in 2019," did you send this through
4    Omnisend?
5    A.   That I don't -- I don't know. We used to use
6    Mailchimp, and then we started using Omnisend.
7    Q.   Okay.
8    A.   It could have been either one of those.
9    Q.   If you look down at the bottom, do you see a URL?
10   A.   Oh, yes.
11   Q.   Okay. Do you recognize that as an Omnisend URL?
12   A.   Yeah. It says -- it says "Omnisend."
13   Q.   Okay. And, if you look at Page 2, it has this --
14   this text. It says, "Most monumentally, the IRS granted
15   The Satanic Temple 501(c)(3) tax exempt status as a
16   church in April."
17        And then look at the last sentence. It says, "In
18   addition to affirming TST's status, this will support our
19   legal standing as we move forward in our various efforts
20   to defend our rights across the country."
21        Did I read that correctly?
22   A.   Correct.
23   Q.   Okay. And so The Satanic Temple was -- is it right
24   that The Satanic Temple was motivated to get tax exempt
25   status to try to argue that as a ground for being a

---

                                    44 (Pages 173 to 176)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 177

```
 1   religious organization?
 2   A.   Well, we felt like it didn't just give us grounds
 3   to argue that we were a religious organization. It
 4   validated us as -- as such in the -- in the eyes of the
 5   U.S. Government.
 6   Q.   Okay. Are you aware that the IRS doesn't question
 7   an organization's representation that it is a religious
 8   organization?
 9   A.   Well, no. The IRS has specific criteria you need to
10   meet before you're recognized as a church with tax exempt
11   status.
12   Q.   As far as being a church as opposed to any other
13   type of tax exempt organization, are you aware that the
14   IRS doesn't question an organization's representation
15   that it is a church?
16   A.   Maybe I'm misunderstanding the question, but I --
17   it's my feeling that they questioned us thoroughly. And
18   we needed to send them a massive amount of documentation
19   to show them that we are in fact a -- a church and a religious
20   organization.
21        And they didn't take what we said at face value.
22   Q.   So did you apply more than once for tax exempt
23   status?
24   A.   I don't believe we applied more than once. I
25   believe they came back with more than one response
```

Page 178

```
 1   requesting further information, specifically because they
 2   weren't taking the claims at face value. But I believe
 3   that was all part of the same initial request for tax
 4   exempt recognition that they ended up recognizing us as a
 5   church.
 6   Q.   Okay. And which corporate organization was it that
 7   was granted tax exempt status?
 8   A.   Well, my understanding is that it's the -- The
 9   Satanic Temple.
10   Q.   Okay. Did -- did that organization pay taxes for
11   the years 2017 or 2018?
12   A.   It did not pay taxes before it was a registered
13   corporate entity as a registered corporate entity, but
14   every other entity we had that managed and operated The
15   Satanic Temple as things like Reason Alliance and United
16   Federation of Churches were to us collectively a part of
17   the operation of the larger body we considered The
18   Satanic Temple.
19        All of those paid their appropriate taxes.
20        (Exhibit 41 marked for identification.)
21   Q.   All right. You can set that aside. I'm going to
22   hand you Exhibit 41.
23        Do you recognize this as Articles of Amendment for
24   The Satanic Temple filed May 24, 2019?
25   A.   Yes.
```

Page 179

```
 1   Q.   Okay. And this amendment adds "Inc.," I-N-C period
 2   to the organization's name; right?
 3   A.   Correct.
 4   Q.   Okay. Why was that done?
 5   A.   Honestly, I don't know. I don't know what's -- what
 6   the benefit is of that.
 7   Q.   So you don't know why you would have waited until
 8   after receiving federal tax exempt status to add "Inc."
 9   to the organization's name?
10   A.   No.
11        I -- I believe that would have been on the
12   advisement of whoever we were working with on making sure
13   that all this paperwork was optimal for -- for our
14   organization.
15        MR. CANTRELL:   Okay. All right. Well, tell
16   you what, let's take a break; and we'll --
17        we'll come back.
18        THE WITNESS:   Okay. So this? Or should
19   I --
20        MR. CANTRELL:   Yeah, you can set that
21   aside.
22        THE WITNESS:   Okay.
23        THE VIDEOGRAPHER:   We are going off the
24   record at 3:08 p.m.
25        (Recess taken.)
```

Page 180

```
 1        THE VIDEOGRAPHER:   We are back on the
 2   record at 3:25 p.m.
 3        (Exhibit 42 marked for identification.)
 4   Q.   (Mr. Cantrell) Okay. Mr. Misicko, I'm handing you
 5   Exhibit 42.
 6   A.   42.
 7   Q.   And do you recognize this as the Articles of
 8   Organization for Cinephobia, LLC, filed August 26, 2018?
 9   A.   Yes.
10   Q.   Okay. And on the first page there, look at that
11   Section 2a. The address is listed as 64 Bridge Street,
12   Salem, Massachusetts 01970; is that right?
13   A.   Correct.
14   Q.   Okay. And that's the same as The Satanic Temple,
15   Inc., right?
16   A.   Correct.
17   Q.   Okay. And the managers are listed as -- under
18   Paragraph 6 as Doug Misicko and Cevin Soling, right?
19   A.   Correct.
20   Q.   Okay. So what is Cinephobia?
21   A.   Cinephobia is the production company we put
22   together to have a discrete, separate entity through
23   which we could work the -- towards the -- to manage the
24   finances and -- and other organizational goals of our
25   online video streaming platform, which is at the URL --
```

45 (Pages 177 to 180)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

---

Page 181

1    gosh, I forget it. The Satanic Temple TV or -- or
2    TheSatanicTemple.TV.
3    Q.   Okay. And Cinephobia doesn't have any managers,
4    officers, or directors other than Cevin Soling and Doug
5    Misicko; correct?
6    A.   That is correct.
7    Q.   Okay. And Cinephobia doesn't have any legal or
8    financial oversight by anyone else, right?
9    A.   Correct.
10   Q.   And has Cinephobia ever made public disclosures of
11   its income or expenditures?
12   A.   I don't know that Cinephobia is old enough to have
13   filed anything yet, but they would at this -- at this
14   current tax term.
15   Q.   Okay. And so, to your knowledge, Cinephobia has
16   never made public disclosures of income or expenditures
17   to date?
18   A.   Correct.
19       Let me -- to my knowledge, they're not old enough
20   to have -- to have actually filed any IRS -- need to have
21   had any IRS filings.
22       I know this is August 26, 2018, but The Satanic
23   Temple TV didn't go online until this past October; and
24   only then did Cinephobia start having any finances
25   generated, any -- any income generated through -- through

---

Page 182

1    its activities.
2    Q.   Okay. Is Cinephobia a nonprofit organization?
3    A.   No. Cinephobia is an LLC.
4    Q.   Okay. Okay. And you can set that aside.
5        So help me understand. There's -- as I see it,
6    there's these four corporate entities. There's United
7    Federation of Churches; there's Reason Alliance, which is
8    a nonprofit; there's The Satanic Temple, Inc., which is a
9    nonprofit; and then there's Cinephobia.
10       And help me understand how these relate to each
11   other financially and organizationally?
12   A.   Well, my understanding is that United Federation of
13   Churches and Reason Alliance can be phased out now with
14   the existence of The Satanic Temple, Inc. I could be
15   wrong about that. I don't know if they serve a functional
16   purpose any longer.
17       But Cinephobia is a separate entity in that
18   Cinephobia works with content creators and -- "content
19   creators," I mean filmmakers. And these filmmakers don't
20   necessarily have to be people who identify with The
21   Satanic Temple, but they create content that we think
22   would be of interest to members of The Satanic Temple and
23   subscribers to TSTTV.
24       We have content creator agreements with those
25   content creators overseen by Cinephobia, LLC, where they

---

Page 183

1    receive a certain amount of the moneta- -- monetization
2    generated through the viewership of their content and
3    subscriptions. And that's a percentage based upon how
4    many views are gained on their material and that kind of
5    thing.
6        So Cinephobia is essentially a separate account to
7    keep that separate so that we are using Cinephobia funds
8    to pay the content creators. And that -- that account
9    holds the revenue generated through the streaming
10   platform.
11   Q.   Okay. Do any of these four organizations control
12   any of the others?
13   A.   Well, we view it as all part of the larger -- The
14   Satanic Temple Organization.
15       And, you know, primary to me is just the mission
16   and purpose of The Satanic Temple at large. And in my own
17   mind things like The Satanic Temple TV and the Cinephobia
18   entity made to -- to help keep that better organized are
19   just really -- really are legalistic requirements to make
20   sure that we operate these things appropriately and --
21   and functionally to the best of our ability.
22   Q.   Do any of these organizations engage in financial
23   transactions with the others?
24   A.   Well, we -- we already covered how Reason Alliance
25   would -- was used to disburse funds to campaigns of The

---

Page 184

1    Satanic Temple.
2        As for Cinephobia, that accounting is kept
3    separate; so that account accrues on its own and -- and
4    the funds towards content creators are -- are derived
5    strictly from Cinephobia.
6    Q.   Okay. So which -- which organization is the
7    Intervenor, The Satanic Temple, in this litigation?
8    A.   It's The Satanic Temple.
9    Q.   Okay. The Satanic Temple, Inc.?
10       MR. KEZHAYA:  Object to speculation. He's
11       not a lawyer.
12   Q.   Well, you can answer if -- if you -- if you do
13   know.
14       MR. KEZHAYA:  Oh, yeah. Yeah, you can go
15       ahead and answer whenever I'm objecting. Unless
16       I say "don't answer," go ahead and answer.
17   A.   To me the Intervenor is The Satanic Temple as a
18   religious organization. This kind of paperwork is meant
19   to justify different facets sometimes of The Satanic
20   Temple.
21       But to me it's all this larger religious body,
22   this -- this organization of -- of The Satanic Temple.
23   So to me it's not a question of who -- who's -- I'm just
24   trying to tell you how -- how that question doesn't
25   necessarily make sense to me from how I contextualize

---

46 (Pages 181 to 184)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 185

1    what this organization is.
2    Q.   So, if I understand what you're saying, there is --
3    there is The Satanic Temple, which is kind of an
4    umbrella. And then under that umbrella you have: The
5    Satanic Temple, Inc.; you have United Federation of
6    Churches; you have Reason Alliance; and then you have
7    Cinephobia?
8    A.   I don't even see those things as under any type of
9    umbrella. These are -- and, you know, things like Reason
10   Alliance and the United Federation of Churches are
11   completely different to me than something like
12   Cinephobia; because Cinephobia is representative of
13   another project within The Satanic Temple.
14        United Federation of Churches, Reason Alliance
15   where more things, entities that emerged from
16   consultation with either accountants or lawyers meant to
17   help us better manage The Satanic Temple.
18        But to me The Satanic Temple has always been this
19   kind of one thing.
20   Q.   So and I'm -- I'm trying to understand how you
21   understand this to work.
22        So you claim that The Satanic Temple is tax exempt?
23   A.   No. It demonstrably is.
24   Q.   Okay. But when you talk about The Satanic Temple,
25   that includes organizations that are for profit and not

Page 186

1    tax exempt; right? You see the struggle I'm having?
2    A.   I -- I don't -- I don't see that as being -- I
3    mean, I see plenty of religious organizations that
4    operate in the same -- same manner, so it's not something
5    to me that makes me think that this is something untoward
6    or something questionable.
7    Q.   Well, I'm not even suggesting at -- I mean, at this
8    point that it's questionable. I'm just trying to
9    understand, you know, all of the individual statements
10   that I'm seeing, one being The Satanic Temple is tax
11   exempt, another one being that all of these corporate
12   entities are related and we can refer to all -- all of
13   them in some way as "The Satanic Temple."
14        And those include for-profit businesses. That's
15   what I'm -- that's the disconnect I'm -- I'm feeling and
16   not understanding.
17        Can you shed any light on that?
18   A.   Well, I'm not really sure what the question is,
19   because there is a tax exempt religious organization of
20   The Satanic Temple; but it can also engage in for-profit
21   commerce, a online Web store or whatever else.
22        And, you know, my understanding of it is that this
23   is how you do those things, how you do those various
24   things.
25        (Exhibit 44 marked for identification.)

Page 187

1    Q.   Okay. Let me ask you more specifically about some
2    related things.
3        So I'm handing you Exhibit 44.
4        Do you recognize this as a Web page titled,
5    "Contribute to The Satanic Temple," from
6    TheSatanicTemple.com? And this was printed on
7    February 11, 2020.
8        Do you recognize that?
9    A.   Yes.
10   Q.   Okay. And so it says -- there's a little asterisk
11   there toward the bottom on the right.
12        It says: "Contributions/donations support the
13   efforts and campaigns of The Satanic Temple but are not
14   tax deductible."
15        Did I read that correctly?
16   A.   Yes.
17   Q.   Okay. So -- so is it true that contributions to The
18   Satanic Temple are not tax deductible?
19   A.   They -- they should be tax deductible now.
20        I don't know where we are in the process of
21   updating so that these things work in alignment with our
22   current IRS status. I don't know -- I -- I can't really
23   offer more illumination on this particular item on the
24   site.
25        But I do know this has been an ongoing process to

Page 188

1    figure out how to -- how to operate things and structure
2    them differently now since the IRS standing was conferred
3    upon us.
4    Q.   Okay. Let me -- well, and it has been -- it has
5    been a year, over a year since tax exempt status was
6    conferred on The Satanic Temple, Inc.; correct?
7    A.   Yeah, I believe that's correct.
8        (Exhibit 45 marked for identification.)
9    Q.   All right. I'm handing you -- you can set
10   that aside. I'm handing you Exhibit 45.
11        Do you recognize this as a page titled, "Why
12   Donate?" from TheSatanicTemple.org from February 11 --
13   printed February 11, 2020?
14   A.   Yes.
15   Q.   Okay. And so the text here at the -- the bottom
16   line of text there above the little "donate" button says,
17   "As a religion recognized by the U.S. Government,
18   donations to The Satanic Temple are tax deductible."
19        Did I read that correctly?
20   A.   Correct.
21   Q.   Okay. So, again, the -- when I go to
22   TheSatanicTemple.com, I see a statement these contri- --
23   you know, donations are not tax deductible. When I go to
24   TheSatanicTemple.org, I see that they are tax deductible.
25        So is there some division of labor going on between

47 (Pages 185 to 188)

Page 189

1   dot com and dot org? Do these represent different bank
2   accounts? Or, you know, when I'm contributing to one is
3   it going to one place and another one going to another
4   place?
5   A.   My understanding is that the dot org was -- you
6   know, it was better able to be used due to the structure
7   of the dot org site. However -- however, it was -- I
8   don't know the proper Web-building terminology, but
9   however this was generated on the FTP, yeah, I guess it's
10  not a WordPress site but works with a third-party
11  intermediary that specializes in being able to -- being
12  able to collect donations and do that kind of easy --
13  easy accounting and disbursement for you at a site called
14  "Flipcause."
15       So I think probably what we're seeing is a conflict
16  between dot com and dot org, because the dot com wasn't
17  updated to reflect the -- the division of the donation
18  through Flipcause on the -- on the dot org site. It's
19  kind of just a clunky growing pain of -- of changing
20  status and not having caught that on the dot com Web site
21  while setting up the dot org.
22  Q.   So is it your understanding, then, that any
23  donation made, whether it's on the dot com or on the dot
24  org Web sites, that any donation is tax exempt?
25       MR. KEZHAYA:  Object to speculation.

Page 190

1   Q.   You can answer.
2   A.   It was my understanding that the -- that originally
3   before that -- that tax exempt status, these kind of
4   donations would be -- that would be run through another
5   third-party intermediary on the dot com through a third
6   party called "Shopify" and that those were not tax
7   exempt.
8        But my understanding now is that they should all be
9   tax exempt and through the dot org site.
10  Q.   Say that again. They should all be tax exempt?
11  A.   And -- and should be -- and should be routed
12  through the -- the dot org site.
13  Q.   Okay. But what if somebody today goes and makes a
14  contribution -- say I go and make a contribution to
15  Satanic Temple.com? Is that going to be tax deductible
16  for me?
17  A.   I -- I don't -- I don't know. That's a fair
18  question. That's something I would have to -- I would
19  have to check into.
20  Q.   Okay. All right. You can set that aside.
21       All right. Are you aware that many former Satanic
22  Temple members have claimed, you know, financial
23  improprieties or -- well, let me just stop there.
24       Are you aware that many former Satanic Temple
25  members have claimed financial improprieties on the part

Page 191

1   of the national organization?
2        MR. KEZHAYA:  Object to hearsay.
3   A.   And, no, I'm not --
4   Q.   You're not aware --
5   A.   -- aware that --
6   Q.   -- of those claims?
7   A.   -- many have -- no, I -- I'm aware of a couple
8   claims, but I -- I don't think there's been many people
9   who have made that claim.
10  Q.   Okay. And what -- who are the people who've made
11  those claims?
12  A.   I don't readily recall. I think somebody from
13  formerly in the New York chapter was -- and I -- if I
14  remember correctly, the claims weren't specific. They
15  were speculative questions of, Where is the financing
16  going? Which is questions they could have always asked
17  us.
18  Q.   What do you mean by questions that could have been
19  asked of you?
20  A.   While they were engaged in chapter activities, if
21  they had issues or questions related to financing, they
22  could have asked us; but they did not. They instead left
23  and claimed that these questions were open and
24  unanswered.
25  Q.   Okay. So if -- if -- if a member of a chapter had

Page 192

1   asked about the finances of The Satanic Temple, you would
2   have answered the questions?
3   A.   Well, I mean, presumably. But I'd need a specific
4   question.
5   Q.   Okay. Are you aware that former Satanic Temple
6   members have claimed that The Satanic Temple doesn't
7   actually promote the goals that it claims to promote?
8        MR. KEZHAYA:  Object to hearsay.
9   A.   I mean, that's a very -- very general claim. I
10  don't know . . .
11  Q.   How about the goals of diversity and concern for
12  women, racial minorities, and other marginalized groups?
13       MR. KEZHAYA:  I'm going to issue a
14       standing objection to anything former -- any
15       accusations raised by a former Satanic Temple
16       member without them being identified minimally.
17       MR. CANTRELL:  And I'll just say for the
18       record to the hearsay objection I'm not -- I'm
19       not asking these questions or offering them for
20       any truth of the matter. I'm offering them
21       merely for the fact that they are claims that
22       have been made.
23       Okay. So I'll -- I'll ask it again.
24  Q.   (Mr. Cantrell) Are you aware of -- people have
25  claimed lack of diversity and lack of concern for women,

48 (Pages 189 to 192)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 193

1   racial minorities, and other marginalized groups?
2   **A.   I know there's been statements of generalized**
3   **concern lacking any specific incidents or complaint that**
4   **I'm aware of where people have said various things to**
5   **disparage The Satanic Temple.**
6          **And you can find no shortage of them, if that's**
7   **what you're looking for online.**
8              **(Exhibit 46 marked for identification.)**
9   Q.   Okay. I'm handing you Exhibit 46.
10         And we've talked about Jex Blackmore. Do you
11  recognize this as an article she wrote titled, "The
12  Struggle for Justice is Ongoing"?
13  **A.   Yes.**
14             MR. KEZHAYA:  I object to this article as
15         hearsay.
16  Q.   Okay. Have you -- tell you what, take a look at
17  Page 4. And up at the top and read -- read it with me as
18  I read it.
19         The top line says: "Over the years, members and
20  chapter heads have requested and proposed the
21  implementation of a gender, sexual, and racial diversity
22  policy to ensure equity within TST leadership and
23  alignment to the mission. The demand was not simply
24  ignored but completely dismissed."
25         Did I read that correctly?

Page 194

1   **A.   You did.**
2   Q.   Okay. So is it true that before February 2018,
3   members and chapter heads requested that The Satanic
4   Temple implement a diversity policy?
5   **A.   It is not true.**
6          **And in fact after Jex posted this letter, I**
7   **publicly, very publicly absolved her of any NDA**
8   **requirements she had that would prevent her from showing**
9   **any documented evidence of these claims and that she**
10  **could do so without fear of any legal reprisal to**
11  **substantiate these claims she was making.**
12         **And in fact she ignored that entirely. She did not**
13  **because those -- those concerns were never raised at a**
14  **time -- and in fact this entire letter she wrote has been**
15  **publicly proven a lie, as this was said to be her reasons**
16  **for leaving The Satanic Temple.**
17         **But even now we can see that since the making of**
18  **the film Hail Satan? she was actually thrown out of The**
19  **Satanic Temple for inflammatory rhetoric she made in**
20  **public at a public-facing event where she called for the**
21  **assassination of the President.**
22         **And this was her way of trying to position herself**
23  **as a maligned hero, when in fact none of what she was**
24  **saying here held any truth.**
25  Q.   So there was no diversity policy implemented before

Page 195

1   February 2018; is that right?
2   **A.   There was -- there was no specific policy regarding**
3   **diversity beyond the general requirement we've always had**
4   **amongst our chapter and our membership that they be all**
5   **inclusive regarding gender, sexual, and race -- racial**
6   **diversity.**
7   Q.   Okay. Take a look at -- again there on Page 4, the
8   bottom paragraph. Read with me.
9          So it says: "Members of the public donate money to
10  support TST's campaigns in regard to women's rights and
11  religious liberty lawsuits and events. However, despite
12  many requests from Temple chapters, the organization
13  refuses to share how these donated funds are spent.
14         "Currently there is no way of knowing if the money
15  donated actually supports their legal actions. In fact,
16  as far as I know, members do not know how they fund the
17  products in their store, the Salem -- the gallery in
18  Salem, or the many lawsuits they've taken on.
19         "Countless lawsuits have been announced or
20  'planned.' Many have not been followed through; and,
21  oftentimes, the legal actions are strategically sloppy.
22         "Dozens of dedicated, supportive chapters across
23  the country regularly commit their time and resources to
24  raising money for the Temple, yet members have no voice
25  in how the money is spent. They do not decide how it's

Page 196

1   allocated, and they do not know where it goes.
2          "Unlike other charitable groups, there is no public
3   organizing board or regular financial disclosures, and
4   there's zero oversight."
5          Okay. Did I read that correctly?
6   **A.   You did.**
7   Q.   So you've testified that members donate money to
8   The Satanic Temple's campaign?
9   **A.   Correct.**
10  Q.   Okay. And members have requested that The Satanic
11  Temple explain how donated funds are spent, right?
12             MR. KEZHAYA:  Objection. This clearly
13         being used for the truth of the matter
14         asserted.
15             MR. CANTRELL:  I'm asking him the
16         question.
17             MR. KEZHAYA:  Because --
18             MR. CANTRELL:  No. I'm asking him the
19         question.
20             MR. KEZHAYA:  I understand you're asking
21         him a question, but the question is rooted in
22         hearsay; and I'm noting an objection for the
23         record. This is not a time for colloquy, so I'm
24         noting it in a nonconfrontational manner.
25             MR. CANTRELL:  And I'm responding in a

                                      **49 (Pages 193 to 196)**

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 197

1    nonconfrontational manner that I'm asking the
2    witness to respond to the question.
3         MR. KEZHAYA:  Go ahead and answer.
4    A.   Okay. I am not aware of any instance in which
5    members have approached us demanding financial disclosure
6    to see how things were spent and us refusing that
7    request.
8         And, again, it goes back to my answer that she was
9    absolved from her NDA to -- was given permission to
10   publicly post any documented evidence of what she was
11   saying.
12        And the fact of the matter was she was far removed
13   from any of the processes and -- and activities of The
14   Satanic Temple by the time we had kicked her out. She all
15   of a sudden reemerged after a couple years of inactivity,
16   did her public-facing event where she was calling for the
17   assassination of the President; we kicked her out.
18        That is all publicly available and known, and she
19   made up this story after the fact.
20        And I think it's also something that can be seen
21   and apparent even now that we clearly do follow through
22   on our legal campaigns.
23        And our -- our donations are usually pretty sparse.
24   And the people who do donate to us usually do in a very
25   low amount. I would say that the -- the -- the value

Page 198

1    of -- the average value is -- is remarkably low, and it
2    usually doesn't make up the cost of -- of legal suits
3    like the Missouri reproductive rights, the Scottsdale
4    case, or others that have run us pretty deeply in the
5    red.
6    Q.   So members don't decide how their donations are
7    allocated, do they?
8    A.   Well, they do if they -- if they decide to donate
9    to a specific campaign.
10   Q.   Okay. So if -- if I donate to a particular
11   campaign, I can be sure that my money will be spent for
12   that particular campaign only?
13   A.   Right, correct.
14   Q.   Okay. And members don't have oversight over how
15   money they donate is spent, right? I mean, they --
16   they're not behind you making sure that you're spending
17   it on those particular campaigns?
18   A.   Nobody's asked us for invoices, but they can see
19   that we follow through on what they've financed.
20        For instance, we crowd funded for the Baphomet
21   monument. We were underfunded for that. We made up the
22   loss, and we still came through with what we were doing.
23   And people count on us for that.
24        (Exhibit 47 marked for identification.)
25   Q.   Okay. You can set that aside.

Page 199

1    I'm handing you Exhibit 47.
2    Q.   Do you recognize this as Emma Story's post, "Why
3    I'm Leaving The Satanic Temple," posted August 7, 2018?
4         MR. KEZHAYA:  Renew the objection to
5    hearsay.
6    A.   Yes, I do.
7    Q.   Okay. Take a look at Page 4, that first full
8    paragraph. And there is a -- let's just take a look at
9    that.
10        So the first full paragraph: "The other major point
11   that keeps getting brought up in discussions of
12   Randazza" -- Randazza is I take it an attorney that was
13   retained?
14   A.   Correct.
15        MR. KEZHAYA:  Object to form.
16   Q.   And he represented The Satanic Temple in the
17   lawsuit against Twitter; is that correct?
18   A.   I don't know if you would elevate it to the status
19   of lawsuit that was filed through the Massachusetts
20   Commission against Discrimination.
21   Q.   Okay. But there was an action in the
22   Massachusetts -- what did you call it?
23   A.   The Massachusetts Commission Against
24   Discrimination.
25   Q.   Okay. And -- and he represented you with respect to

Page 200

1    that proceeding, correct?
2    A.   Correct.
3    Q.   Okay. Okay. So going back: "The other major point
4    that keeps getting brought up in discussion of Randazza
5    is the fact that he has offered to represent TST pro
6    bono, meaning no valuable resources would be diverted
7    from other campaigns.
8         "I agree that this is a rare opportunity, one that
9    I wish TST were given more often. But since this is in
10   fact the case, I have to wonder why so much of TST's
11   messaging to members and the general public about the
12   Twitter lawsuit has focused on a need to raise funds.
13        "I've gone back and re-read a lot of this material
14   over the past few weeks and have come to the conclusion
15   that this misdirection is deliberate, and I object to it
16   in the strongest possible terms."
17        Did I read that correctly?
18   A.   Correct.
19   Q.   Okay. So The Satanic Temple used the Twitter
20   lawsuit to raise funds, correct?
21   A.   That was a limited time.
22        I objected to that too, because that was a -- that
23   was a mistake. Somebody else was running the Flipcause
24   page. She was under the impression that we were -- we
25   were paying full attorney fees.

Shyloa Myers

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 201

1       And I -- I don't know how many days this thing was
2   up regarding The Satanic Temple V. Twitter; but it was
3   definitely revised to reflect the pro bono support of the
4   attorney, Marc Randazza.
5   Q.   Okay. Are you aware that a significant amount of
6   money was raised through that donations page on
7   Flipcause?
8   A.   Oh, I don't think -- I don't think a significant
9   amount of money was raised through that.
10          MR. CANTRELL:  Give me one moment.
11  Q.   (Mr. Cantrell) Do you have any idea how much money
12  might have been raised through that, through that page?
13  A.   I do not.
14       When I noticed that it said we were fund-raising
15  for that, I asked for it to be revised; so I don't
16  imagine it was up very long.
17  Q.   Okay. Would it surprise you if I told you that
18  $5,000 was raised?
19  A.   I couldn't -- I couldn't tell you what -- I don't
20  know what a number was on that.
21  Q.   Okay. So it's -- it's not true that if you donate
22  to a particular campaign, then your money is sure to be
23  used only on that campaign; correct?
24  A.   No, if you donate to a particular campaign and that
25  campaign is incurring expenses, you -- then your money

Page 202

1   will go to that campaign.
2   Q.   So where did the --
3   A.   I think in the wording on some of the Flipcause
4   stuff, it said we're building a legal war chest. But when
5   we -- when we have the discrete campaigns like those do
6   go to the campaigns.
7   Q.   So where did the money that was raised for the
8   Twitter lawsuit wind up?
9   A.   Well, again, I don't know that money even was
10  raised for the Twitter lawsuit.
11  Q.   Okay. So you don't know where any money that was
12  raised for that campaign went?
13  A.   I would assume it went -- went towards whatever
14  filing fees we may have incurred through the Twitter
15  lawsuit.
16       But I don't -- I don't know that we actually
17  generated any, any donations. It wouldn't surprise me if
18  the amount was zero, because that's a -- that's the
19  average day.
20  Q.   Okay. Well, let me -- and I've only got one copy of
21  this.
22       So take a look at this. Tell me if you recognize
23  that.
24  A.   Okay. That seems to be the -- the --
25          MR. KEZHAYA:  Let me see that.

Page 203

1   A.   -- the last page.
2          THE COURT REPORTER:  I'm sorry. I didn't
3   hear you, sir.
4          MR. KEZHAYA:  Sorry. Let me see that.
5       Do you have an affidavit of business
6   records from this organization?
7          MR. CANTRELL:  That is what I have.
8          MR. KEZHAYA:  Okay. I object to this as
9   hearsay.
10  Q.   (Mr. Cantrell) Do you recognize that as a capture
11  of the Flipcause page for the Twitter lawsuit?
12  A.   I do.
13       But I will note that there was more to the page,
14  and I would suspect that there must have been language
15  involved that said "building a legal war chest"; because
16  that was my understanding of what was going to be on
17  Flipcause in general.
18  Q.   Okay. Let me have that back. I appreciate that.
19       So did this refresh your memory at all with respect
20  to whether or not funds was raised -- were raised for the
21  Twitter lawsuit or the Twitter proceeding?
22  A.   Well, I can see there that it says it does; that we
23  did.
24       It's always been my insistence that things funded
25  for are exactly what's funded for with that money, and

Page 204

1   that was part of why I said that that needed to be
2   changed.
3       But, if I do understand correctly, the page
4   contained language saying that excess funds and that type
5   of thing would go to a general legal war chest. And we do
6   have the general donations, which go towards --
7   disbursing towards wherever funds need to be.
8   Q.   Okay. All right. And you can set that aside.
9       The Satanic Temple didn't consult chapter heads
10  before filing the Twitter lawsuit or the Twitter
11  proceedings, did it?
12  A.   No, I don't believe there was consultation with --
13  with the chapter heads.
14          (Exhibit 48 marked for identification.)
15  Q.   Okay. Okay. I'm handing you Exhibit 48.
16       Do you recognize this as a post of a -- a "Autumn"
17  called, "Yet Another Quitting The Satanic Temple Post,"
18  posted August 13, 2018?
19  A.   I think this is the first I'm seeing of this. I
20  don't -- I don't -- I'm not aware of this article, and
21  I'm not aware of this person.
22  Q.   Okay. So you're not aware of -- of an individual
23  from The Satanic Temple New York City, The Satanic Temple
24  Colorado, and The Satanic Temple national organization
25  claiming -- making claims about the -- the Twitter

Shyloa Myers

The Satanic Temple 30(b)(6) 3/10/2020               Donna Cave, et al. v. John Thurston

---

Page 205

1  lawsuit?
2        MR. KEZHAYA:  Again I'm renewing my
3     objection to hearsay.
4  A.  I don't -- I don't understand.
5     Are you saying this -- this person, this person
6  here held all these positions?
7  Q.  Well, take a look. Take a look there at the bottom
8  of Page 2.
9     And the last line, the last line says, "I hereby
10  quit The Satanic Temple of New -- of NYC, The Satanic
11  Temple of Colorado, and The Satanic Temple National
12  Organization."
13     Do you see that text?
14  A.  Yes.
15  Q.  Okay. So do you have any familiarity with this, who
16  this person is?
17  A.  I have -- I have no idea who this person is.
18        (Exhibit 49 marked for identification.)
19  Q.  All right. All right. You can set that aside.
20     All right. I'm handing you Exhibit 49.
21     Do you recognize this as a post by -- it's signed
22  Ordo Sororitatis Satanicae. "Mary Doe Speaks Her Story -
23  The Satanic Temple, a Case Experience"?
24  A.  Yes.
25  Q.  Okay. Are you familiar with the individual who uses

---

Page 206

1  the -- the name Ordo Sororitatis Satanicae?
2  A.  Yes, I believe so.
3  Q.  Okay. Are you aware of any other names by which
4  this individual goes?
5  A.  Nikki.
6        THE COURT REPORTER:  Say it again, please.
7        THE WITNESS:  Nikki.
8        MR. BAKER:  How pedestrian.
9  Q.  (Mr. Cantrell) Do you -- do you know a last name?
10  A.  I do not. Sorry.
11  Q.  Okay. So Nikki, N-I-K-K-I? Or N-I --
12  A.  N-I-K-K-I, I believe.
13  Q.  Okay. Are you familiar with Mary Doe, who's a
14  plaintiff for The Satanic Temple's Missouri lawsuit?
15  A.  Yes.
16  Q.  Okay. And tell me about -- about her.
17     Was she -- she was not a person with much money,
18  much -- much income, correct?
19  A.  Well, you went through and did a Google search for
20  every negative thing somebody said about The Satanic
21  Temple; so I guess we could be here the full seven hours.
22     But I wrote a full rebuttal to this piece that was
23  written that I'm not certain was actually written by the
24  person who was called -- named Mary Doe in the case.  I'm
25  not sure there was ever actually confirmation of that.

---

Page 207

1        I feel that these are probably the words of -- of
2  Nikki herself, either with or without the permission of
3  Mary Doe.
4  Q.  So I'm asking you to -- to speak based on your
5  personal knowledge -- or, well, I'm asking you to speak
6  based on your knowledge as representative of The Satanic
7  Temple.
8  A.  Okay. I'm sorry. Then repeat the question.
9  Q.  Yeah.
10     So tell me about Mary Doe. Tell me about her
11  situation.
12  A.  Mary Doe was the original plaintiff against the
13  informed consent provision in Missouri which we felt made
14  receiving an abortion more -- more difficult and
15  prohibitive and -- and financially prohibitive as well.
16     She was a member of The Satanic Temple. She was
17  pregnant, looking to terminate her pregnancy. We gave her
18  a -- an exemption form against the informed consent
19  standards mandated by law in Missouri. The clinic did not
20  respect that exemption, and then we -- we filed a lawsuit
21  against the State of Missouri with Mary Doe as the
22  plaintiff.
23  Q.  Did Mary Doe ask to pull out of the case at any
24  time?
25  A.  No.

---

Page 208

1     Only after I believe there -- there was a ruling
2  did she claim that she was pulling out. But in fact we
3  threatened to stop working with her --
4        THE WITNESS:  Is this privileged? I -- you
5     guys would know better. These -- this has to do
6     with conduct between --
7        MR. KEZHAYA:  Let me interject very
8     quickly.
9        THE WITNESS:  -- my legal counsel.
10        MR. KEZHAYA:  Nothing -- don't say
11     anything that you or TST said to whoever
12     counsel of record was or vice-versa. That's all
13     privileged. If you say something about it, it's
14     waived.
15        THE WITNESS:  Sure.
16  A.  No, she -- she did not ask to pull out of the case.
17  Q.  (Mr. Cantrell) And so at no time did she ask to
18  cease being a plaintiff in the Missouri litigation?
19  A.  No.
20     She often threatened to pull out as a plaintiff if
21  certain demands she was making were not met. And we
22  responded by telling her that she could go ahead and pull
23  out of the case or she could go forward; but if she was
24  going to go forward, she needed to stop trying to hold us
25  hostage by threatening to pull out.

---

                                        52 (Pages 205 to 208)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 209

1     **And then -- and then after that she -- she remained**
2     **silent, went through with the case. And then much later**
3     **on we saw this written after the -- after the litigation**
4     **was already decided.**
5     Q.   Okay. So take a look at Page 5, that last question
6     there.
7           It says, "What would you like us to know that we
8     haven't covered?"
9           And it says, "Mary: People should question TST
10    before they join. They aren't for gay rights, women's
11    rights, trans rights or anything. Do your research. They
12    are out to make a name and nothing else. They didn't care
13    about me. I was a cash cow to them."
14          Was Mary Doe a cash cow to The Satanic Temple?
15                MR. KEZHAYA:  Object to hearsay.
16                But go ahead and answer.
17    A.   No.
18          **We lost a magnificent amount of money litigating**
19    **in -- in Missouri. We did not receive pro bono support.**
20    **I -- I don't know how far over the hundred thousand**
21    **dollar mark our -- our litigation in Missouri has gone,**
22    **but we certainly did not make money from it.**
23    Q.   So The Satanic Temple did raise funds based on the
24    Missouri litigation, right?
25    A.   **And we did spend funds on the Missouri litigation**

Page 210

1     **and continue to do so.**
2                (Exhibit 50 marked for identification.)
3     Q.   Okay. Take a look at this. I'm handing you
4     Exhibit 50.
5                MR. KEZHAYA:  Once again renewing my
6           objection. This appears to be hearsay.
7                MR. CANTRELL:  Okay. And I'll have the
8           same -- same response as made earlier.
9     Q.   (Mr. Cantrell) Any questions I'll ask you are based
10    on your -- your knowledge as a representative of The
11    Satanic Temple.
12                MR. BAKER:  Let me -- just to make sure,
13          we reserve all objections except as to form.
14          Aren't we -- is that the rules that we're going
15          by?
16                MR. KEZHAYA:  No. We're operating under
17          the civil -- just the straight Rules of Civil
18          Procedure, which is they're not waived; but I'm
19          also not precluded from raising them.
20                MR. BAKER:  Okay. But, I mean, we can
21          raise relevance, hearsay, et cetera, at trial;
22          can we not?
23                MR. KEZHAYA:  We also can, yeah.
24                MR. CANTRELL:  Well, I -- I think we're
25          operating under the Federal Rules of Civil

Page 211

1     Procedure, whatever the conditions are that are
2     imposed by them. I mean, there weren't any
3     stipulations.
4                MR. BAKER:  Do you really want us to make
5           an objection every time you've asked for
6           hearsay or relevance?
7                MR. CANTRELL:  What are your -- what are
8           your objections?
9                MR. BAKER:  I have none. But my point is
10          and since Matt's brought up the -- the hearsay
11          objection and I'm -- I've remained quiet, I've
12          just assumed that anything that goes before the
13          Court in these depositions we could raise
14          any -- any objection as to relevance, hearsay,
15          competence, that sort of thing; that the only
16          thing we need to raise at this deposition in
17          order to let the deposition proceed smoothly
18          are questions as to form.
19                That's normally how depositions are done
20          in faith -- state or federal court. But if
21          that's not how it's going to be done, I'm going
22          to start being a little more alert to improper
23          questions or questions that calls for
24          inadmissible evidence.
25                And we won't be here five or six or seven

Page 212

1     or eight hours; we'll be here until God knows,
2     next month. But I don't think you want that.
3                MR. CANTRELL:  Well -- well, Chip, I --
4           why don't we -- I mean, I don't know what
5           you -- what you are wanting me to say --
6                MR. BAKER:  I want to be able to preserve
7           any -- any objections to relevance, hearsay, or
8           anything other --
9                MR. CANTRELL:  But you don't -- but you
10          said you don't have any objections, right?
11                MR. BAKER:  Well, I haven't. But -- but
12          because he's raised them, I -- it dawns on me
13          that maybe y'all weren't operating under
14          standard stipulations; that objections as to
15          everything but form are preserved until -- are
16          reserved until trial.
17                And -- and if -- if that's not the case,
18          then I'm going to be listening much more
19          attentively to questions that call for hearsay
20          or that ask for irrelevant information or that
21          sort of thing, and that's just going to unduly
22          clog the record.
23                I don't think you want that.
24                MR. CANTRELL:  Well, let -- I mean, let's
25          just handle it as --

                                    53 (Pages 209 to 212)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 213

1        MR. BAKER: I've been taking depositions
2    for 41 years, and this is sort of how we always
3    do it; but I'm -- but I just want to be sure.
4        Are you instructing me that that's not the
5    rules that we're following?
6        MR. CANTRELL: I think -- I mean, the way
7    that we've done all these depositions has been
8    in accordance with the Federal Rules of Civil
9    Procedure, so --
10       MR. BAKER: The Federal Rules of Civil
11   Procedure do not address that particularly.
12       MR. KEZHAYA: That's a usual set of
13   stipulations. It's 30(c)(1). I'll quote it for
14   y'all's benefit: "The examination,
15   cross-examination of a deponent proceed as they
16   would at trial under the Federal Rules of
17   Evidence, except for Rules 103," which I
18   believe is preserving a claim of error; meaning
19   we don't waive things by not raising them.
20       However, at some point we're all going to
21   be filing summary judgment motions; and I'd
22   rather not include brief texts on why
23   everything that we're talking about here today
24   is patently irrelevant, for example.
25       MR. CANTRELL: Well, if --

Page 214

1        MR. BAKER: That's correct. I mean, if --
2        MR. CANTRELL: If you have a particular
3    objection then --
4        MR. BAKER: You don't --
5        MR. CANTRELL: -- let's raise it then, and
6    then --
7        MR. BAKER: You don't want me to do that,
8    but I will.
9        MR. CANTRELL: Okay.
10       MR. KEZHAYA: To -- to be absolutely
11   clear, my interpretation of 30(c)(1) is that we
12   don't waive them, but we are not stopped from
13   raising them. The normal set of stipulations is
14   basically I guess to speed things along here.
15       MR. BAKER: Yeah, and that's what I'd like
16   to do.
17       MR. KEZHAYA: Sure.
18       MR. BAKER: Because it's already taken
19   forever.
20       MR. KEZHAYA: Yes, it is.
21       MR. BAKER: And, hell, I will object to
22   this whole deposition as being irrelevant; but,
23   you know, that's -- if -- if you're going to be
24   asking questions that I deem irrelevant and --
25   and take the position that if I don't raise it

Page 215

1    now, it's waived, I'll be -- we'll be taking a
2    very long time for all these depositions.
3        MR. CANTRELL: Well, Chip, I haven't
4    mentioned this; but have you made an appearance
5    in this case?
6        MR. BAKER: I'm here on behalf of Gerry.
7        MR. CANTRELL: And so you're not even
8    counsel of record in this case.
9        MR. BAKER: I -- I -- my partner is.
10       MR. CANTRELL: So --
11       MR. BAKER: Now, if you want to raise that
12   with the judge and have him disqualify me, have
13   at it. But I think --
14       MR. CANTRELL: I'm not wanting to do that.
15   That's the thing; I'm not wanting to do that
16   right now, at least.
17       MR. BAKER: So --
18       MR. KEZHAYA: I'd like to interject and
19   propose that maybe we have this discussion off
20   the record.
21       MR. CANTRELL: Well, I think we're -- I
22   think we've -- we're pretty much done with the
23   discussion.
24       I mean, if there's a particular objection
25   that -- that you feel like you need to make,

Page 216

1    then you can make it at that time.
2        MR. BAKER: At which time?
3        MR. CANTRELL: But I understand you to be
4    saying now that there's no --
5        MR. BAKER: All right. Okay.
6    Q.  (Mr. Cantrell) Okay. All right. Okay. So I've handed
7    you Exhibit 50.
8        And, again, this is posted by Ordo Sororitatis
9    Satanicae.
10   A.  Uh-huh.
11   Q.  And the title is -- let's see, A "Witness and
12   Measure Taken, to Pronounce: The Satanic Temple - My
13   Experience."
14       Do you recognize this?
15   A.  Yes, I see that.
16   Q.  Okay. Are you aware that the author of this post,
17   whom you've identified as Nikki, is a former St. Louis
18   chapter head?
19   A.  Yes.
20   Q.  Okay. And she's also a former member of the
21   National Council?
22   A.  Correct.
23   Q.  Okay. And take a look at Page 21. The heading that
24   says -- on "Temple Funding," the first line says: "I have
25   no knowledge of what The Satanic Temple does with funding

                              54 (Pages 213 to 216)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 217

1  received or income from merchandise."
2       Did I read that correctly?
3  A.   Yes.
4            MR. BAKER:  Objection. Hearsay.
5  Q.   Okay. Is it true that -- to your knowledge that
6  Nikki, the author of this post, had no knowledge of
7  funding received or income from merchandise to The
8  Satanic Temple?
9            MR. BAKER:  Objection. Competence.
10 A.   No.
11      And it's -- it's my understanding that she
12 should -- I mean, she could have -- she could have asked
13 any of those questions; she could have done the research;
14 she could have talked to us.
15      I -- what we had was a schism around in 2018 when
16 people began to unify their message. And you can Google
17 us and find a bunch of negative material and throw it all
18 together and say that people seem to be saying the same
19 type of thing. And they're doing that on purpose.
20      But I never read this article by Nikki, nor -- nor
21 do I think there's any -- any substance to it.
22 Q.   Do you know whether Nikki was a bookkeeper?
23 A.   She was not.
24 Q.   You know that she was not?
25 A.   She was not a bookkeeper for The Satanic Temple.

Page 218

1  Q.   Okay. But do you know whether she was a bookkeeper
2  herself?
3  A.   No.
4  Q.   Okay. Okay. That last sentence there in that
5  paragraph says, "I did request summary financial
6  information and suggested it be made public on their Web
7  site as a transparency commitment to donors, whether or
8  not it was required. My requests and suggestions were
9  ignored."
10      Did I read that correctly?
11 A.   You did.
12 Q.   Okay. Did Nikki request financial information?
13 A.   I do not recall Nikki ever asking, at least me, for
14 any financial information or suggesting that it should be
15 posted publicly.
16 Q.   Okay. All right. You can set that aside.
17      Okay. And so I've got a number of interviews and
18 things, and we'll hold off on -- on most of those for
19 tomorrow, but there are a few that -- that I need to -- I
20 think I need to talk about with you today.
21      (Exhibit 55 marked for identification.)
22 Q.   Okay. I'm handing you Exhibit 55.
23      Okay. Do you recognize this as an article in the
24 New York Times titled, "A Mischievous Thorn in the Side
25 of Conservative Christianity"?

Page 219

1  A.   Yes.
2  Q.   Okay. And did you and Cevin Soling or Malcolm Jarry
3  provide statements and information that was published in
4  this article?
5  A.   Yes.
6  Q.   Okay. And whenever you all have spoken to the
7  media, do you speak truthfully?
8  A.   I -- I believe so.
9  Q.   Okay. So have you ever spoken untruthfully to the
10 media?
11 A.   I mean, you would have to ask me on specific --
12 you'd have to ask me on specifics. But, as I sit here
13 now, I believe I answer truthfully to the media.
14 Q.   Okay. So, as you sit here now today, you don't know
15 of any instance where you have spoken untruthfully to the
16 media?
17 A.   I cannot think of an instance as I sit here right
18 now.
19 Q.   Okay.
20 A.   Of which I spoke untruthfully to media.
21 Q.   Okay. And -- and so as far as this article is
22 concerned, you don't recall any statements that you made
23 that would have been untruthful?
24 A.   That's correct.
25      But I'm not reading it again right now, and I don't

Page 220

1  think I've read it since it was published in 2015.
2  Q.   Okay. And, as far as Malcolm Jarry's concerned, do
3  you know of any incidents where he's spoken untruthfully
4  to the media?
5  A.   I can't think of any while I'm sitting here today.
6  Q.   Okay. And, just generally, your practice is to
7  speak truthfully to the media, I take it?
8            MR. KEZHAYA:  Objection. Asked and
9  answered.
10 A.   Correct.
11      (Exhibit 56 marked for identification.)
12 Q.   Okay. All right. You can set -- set that aside. And
13 I'm handing you Exhibit 56.
14            MR. KEZHAYA:  Which is this New York Times
15 article?
16            MR. CANTRELL:  That is marked --
17            THE WITNESS:  55.
18            MR. KEZHAYA:  55.
19            MR. CANTRELL:  Yeah, Exhibit 55.
20            (Discussion off the record.)
21 Q.   (Mr. Cantrell) Okay. Do you recognize Exhibit 56 as
22 an article, "Hundreds Gather for Unveiling of Satanic
23 Statue in Detroit"?
24 A.   Yes.
25 Q.   Are you aware that Jex Blackmore gave statements

                                        55 (Pages 217 to 220)

                         Shyloa Myers

The Satanic Temple 30(b)(6) 3/10/2020                    Donna Cave, et al. v. John Thurston

Page 221

1  and information to Time that was published in this
2  article?
3  A.  I believe you as you say that now, but I'm not
4  readily familiar with the content of this article as I
5  look at it.
6  Q.  Well, can you -- can you look through it and -- for
7  instance, Page 5 and the bottom of Page 2.
8  A.  I'm sorry. Where am I looking?
9  Q.  Can you look at the bottom of Page 2?
10  A.  Page 2, yes.
11  Q.  Okay. And that appears to be statements by Jex
12  Blackmore?
13  A.  Correct.
14  Q.  Okay. And did you know that she spoke to the writer
15  of this article?
16  A.  I -- I don't know about her discussion with the
17  writer of this article.
18  Q.  Okay. Were you aware that she was speaking to the
19  media in July of 2015?
20  A.  I -- I cannot say for certain that I knew.
21  Q.  Okay. Would it have been appropriate for her to
22  speak to the media at that time?
23  A.  I -- I know I didn't object to her having spoken to
24  the media at that time.
25  Q.  Okay. All right. And, as far as you know, she

Page 222

1  speaks truthfully when she speaks to the media?
2         MR. KEZHAYA: Objection. Speculation.
3  A.  Well, we covered her former article which I -- I
4  believe is entirely untrue. So, I mean, I would have to
5  see specific claims being made by her in order to
6  determine their truth or falsity.
7  Q.  So at the time that she was associated with The
8  Satanic Temple, did you have any reason to doubt that she
9  spoke truthfully when she spoke to the media?
10        MR. BAKER: Objection.
11  A.  I don't recall outstanding instances where she
12  spoke to the media and I thought that she had said things
13  that were lies.
14  Q.  Okay.
15  A.  While she was working with us in The Satanic
16  Temple.
17        (Exhibit 58 marked for identification.)
18  Q.  Okay. All right. I'm handing you Exhibit 58.
19        MR. KEZHAYA: If we could go off the
20  record briefly.
21        MR. CANTRELL: Okay.
22        THE VIDEOGRAPHER: We're going off the
23  record at 4:27 p.m.
24        (Discussion off the record. Recess taken.)
25        THE VIDEOGRAPHER: We are back on the

Page 223

1         record at 4:44 p.m.
2  Q.  (Mr. Cantrell) Okay. So I've handed you Exhibit 58.
3        And do you recognize this as an interview published
4  under the title, "The Satanic Temple of NYC is Fighting
5  for Your Liberty and Your Uterus"?
6  A.  That's what I'm seeing, yes.
7  Q.  Okay. Are you familiar with this, this interview at
8  all?
9  A.  No, not -- not looking at it right now. I don't
10  readily recall this.
11  Q.  Okay. Take a look at Page 7. Up at the top it's
12  Page 7 of 14. And a few lines down it says, "The two TST
13  members interviewed were Draco Ignis and Hofman A.
14  Turing."
15        Do you recognize those names?
16  A.  Yes.
17  Q.  Okay. Do you know those individuals?
18  A.  I -- I -- I've met them before. I have met them
19  previously. They are no longer with The Satanic Temple
20  now.
21  Q.  Okay. Were you aware of that they gave an interview
22  to this publication called I guess Broke-Ass Stuart?
23  A.  I can't say that I was aware or unaware at the time
24  that they had done an interview.
25  Q.  Okay. If they had done an interview, would you have

Page 224

1  had knowledge of that fact?
2  A.  I don't know that I had knowledge of this before
3  the interview was done or if I was only aware of it
4  afterwards. I don't think I ever read this interview in
5  full.
6  Q.  Okay. So would anyone have authorized these two
7  individuals to speak to the media?
8  A.  I don't know that they were authorized; I don't
9  know that they weren't.
10  Q.  Would any -- would it have been the practice at the
11  time for The Satanic Temple to authorize individuals to
12  speak to the media?
13  A.  I don't recall at what point we put in National
14  Council standards that demanded that people speaking on
15  anything that could be construed on behalf of The Satanic
16  Temple be vetted through the National Council first.
17        I don't know if this predated this or not.
18  Q.  Okay. Would -- was there any requirement prior to
19  that that individuals get some type of authorization
20  before speaking to the media?
21  A.  It wasn't until we had our fully-formed National
22  Council that put in -- put in place specific standards
23  for media representation.
24  Q.  Okay. But was there an informal process of getting
25  authorization to speak to the media?

56 (Pages 221 to 224)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 225

1    A.   No.
2         I mean, somebody might tell us this; or they --
3    they might not.
4    Q.   Okay. So you did not -- The Satanic Temple did not
5    exercise control over individuals who spoke to the media
6    about The Satanic Temple?
7    A.   Not before a certain time. And I can't readily --
8    readily recall when the time is where going forward from
9    there there was a strict requirement that media
10   representatives were -- media representatives and media
11   representation be vetted through the National Council.
12   Q.   Okay. Do you recall when the National Council was
13   formed?
14   A.   I do not.
15   Q.   Okay. All right. These two individuals who wrote
16   this article, are you aware that they would have had
17   knowledge of The Satanic Temple?
18   A.   Yes.
19        They -- they were part of the New York chapter.
20   Q.   Okay. Were they -- were they leaders of the New
21   York chapter?
22   A.   I believe -- believe Hofman was considered a
23   chapter head. There may have been multiple chapter heads
24   at the same time that he was a chapter head.
25   Q.   Okay. Are you aware if anyone reviewed this

Page 226

1    interview before it was published?
2    A.   No.
3         Generally journalists do not present their written
4    transcripts for review before publishing pieces, and I
5    would probably remember if this one had been.
6         (Exhibit 61 marked for identification.)
7    Q.   Okay. Okay. I'm handing you Exhibit 61.
8         Do you recognize this as a Web page from
9    TheSatanicTemple.com titled, "The Satanic Temple
10   Library"?
11   A.   Yes.
12   Q.   And tell me about this page.
13   A.   This is a page of recommended reading for people
14   interested in Satanism and The Satanic Temple.
15   Q.   Okay. And there's -- there's a couple of books
16   listed under the Primary Reading heading, right? Revolt
17   of the Angels and -- by Anatole France. I don't know if
18   I'm pronouncing that correctly. And Steven Pinker's The
19   Better Angels of Our Nature: Why Violence Has Declined;
20   is that correct?
21   A.   Correct.
22   Q.   Okay. So Revolt of the Angels is a -- a literary
23   work?
24   A.   Correct.
25   Q.   Okay. And The Better Angels of our Nature is social

Page 227

1    psychology?
2    A.   Yeah. It's a pretty broad social, psychological,
3    historical --
4    Q.   Okay.
5    A.   -- overview of the decline of violence throughout
6    the centuries.
7    Q.   Okay. And then just looking through here, just
8    looking at the -- the headings, I mean, there's Literary
9    Satanism on Page 2; right?
10   A.   Yeah.
11   Q.   And then on Page 5 at the bottom, History of
12   Satanism; right? Do you see that?
13   A.   Yes.
14   Q.   Okay. And then let's see. It looks like Page 10
15   there's Satanism Today.
16   A.   Yes.
17   Q.   Okay. And then Page 12 there's Assault of the
18   Theocrats.
19   A.   Yes.
20   Q.   And -- and you just -- The Nature of The Satanic
21   Temple, you don't have any holy writ or sacred texts
22   here, right?
23   A.   Well, we consider Revolt of the Angels primary
24   cannon; so I guess that's as close as it comes.
25        (Exhibit 63 marked for identification.)

Page 228

1    Q.   Okay. All right. And you can set that aside.
2         All right. Now I'm showing you Exhibit 63.
3         Can you tell me what this is?
4    A.   I've got it.
5    Q.   Can you tell me, what is Exhibit 63?
6    A.   It looks like it's screen grabs from the online
7    shop from The Satanic Temple Web site.
8    Q.   Okay. And so these are items that are for sale on
9    SatanicTemple.com; is that right?
10   A.   Correct.
11   Q.   Okay. And when a person makes -- makes a purchase
12   on TheSatanicTemple.com of one of these items, where does
13   that money go? Does it go to a particular -- one of the
14   particular legal entities? Or does it go into an account
15   controlled by you? Or by Malcolm Jarry? Or what happens
16   to that?
17   A.   Well, that -- that goes into a general fund.
18   Q.   Okay. A general fund for non-tax exempt
19   contributions?
20   A.   A -- a general fund I guess generated by the -- by
21   the for-profit incorporation of The Satanic Temple.
22   Q.   Okay. And so that would be -- that would be the
23   United Federation of Churches?
24   A.   I assume. I assume so.
25   Q.   All right.

57 (Pages 225 to 228)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

---

Page 229

1    A.   I think that's still how it breaks down now.
2    Q.   Okay. Okay. So do so tax exempt donations and -- and
3    non-tax exempt contributions, do they both go into the
4    same account?
5    A.   Well, what do you mean by non-tax exempt? I --
6    Q.   So --
7    A.   I mean, my understanding is that all the donations
8    now are tax exempt, despite the language found on the dot
9    com as opposed to the dot org.
10   Q.   Okay. Okay. So contri- -- purchases, money --
11   proceeds from purchases, do they go into the same account
12   that receives these tax exempt contributions?
13   A.   I don't know. I assume so.
14   Q.   Okay. Do you know a -- a dollar amount of how
15   much -- how many sales were made from
16   TheSatanicTemple.com of merchandise in 2019?
17   A.   I do not.
18   Q.   Do you know that amount for 2018?
19   A.   I do not.
20   Q.   Okay. Do you have any idea of -- of generally how
21   much money is generated through sales of merchandise
22   through the Web site?
23   A.   I do not.
24   Q.   Okay. How would we go about determining that
25   information?

---

Page 230

1    A.   I don't know. Ask the accountants.
2    Q.   Okay. And I wanted to go back to something that you
3    had mentioned earlier.
4        You had mentioned the Johnson Amendment?
5    A.   Yes.
6    Q.   And I -- it was -- I think it was in connection
7    with the tax exempt status that you -- if I understand
8    you correctly, the Johnson Amendment was an obstacle to
9    your activity?
10   A.   No, the Johnson Amendment wasn't an obstacle to our
11   activity.
12       It was apparently an obstacle to the activities of
13   theocratic organizations who, through Trump, looked to
14   dismantle it and then thereby creating an environment in
15   which there were really no restrictions upon tax exempt
16   religious organizations at all.
17   Q.   Okay. So your -- your -- your principled reason for
18   not getting tax exempt status was because then you would
19   be restricted by the Johnson Amendment?
20   A.   Well, there was multiple reasons for us wanting our
21   tax exempt status, from trying to dispel with arguments,
22   court cases that we weren't a legitimate religion, from
23   recognition of the fact that there were no restrictions
24   placed upon organizations in gaining that kind of tax
25   exempt status.

---

Page 231

1        And also Trump had been indicating that he wanted
2    to take tax exempt status away from certain organizations
3    such as -- certain religious organizations such as The
4    Church of Scientology without qualifying why. And while
5    I'm no fan of The Church of Scientology, I thought it
6    might be a horrible precedent for a President to start
7    picking and choosing religions and taking tax exempt
8    status away from some.
9        And it would certainly be a fight we could fight
10   against to -- or to still try to maintain Government
11   viewpoint neutrality if we had been conferred with that
12   tax exempt status and then it was taken away.
13       I don't think we would have any standing to
14   complain about it if we had never had the tax exempt
15   standing to begin with and then the protocols were
16   changed that would prevent us from becoming tax exempt.
17       So in multiple interests, it -- in reference to
18   multiple interests, we -- we applied for our tax exempt
19   status.
20   Q.   Okay. Let me ask you about -- again, going back to
21   the -- seven tenets, you mentioned that there was
22   a -- you know, a deliberative process that you went
23   through to -- to come up with those seven tenets, you and
24   Malcom Jarry.
25       I believe that was your testimony, correct?

---

Page 232

1    A.   Correct.
2    Q.   So what were the specific considerations that you
3    took into account when you were coming up with those
4    seven tenets?
5    A.   Well, that these were general kind of moral tenets
6    that we felt could lead to the optimal ordered life
7    without being too restrictive in the way that it could
8    become blindly dogmatic but still open to revision based
9    upon evidence, and I think that that's reflected also in
10   those tenets.
11       And our feeling was that at some certain point,
12   given the increases in human knowledge and the advances
13   of science, that there will be eventually some kind of
14   convergence point upon what is the best kind of optimal
15   moral behavior to be engaged in in a peaceful, nonviolent
16   society.
17       And that's what we were trying to reflect.
18   Q.   So are those tenets subject to change?
19   A.   They're subject to change with deference to the
20   best available evidence. So barring any -- any massive
21   reordering of our empirically-informed knowledge of -- of
22   the world, they should remain static.
23   Q.   Okay. And let me ask you: How do you make your --
24   well, how does -- how many employees does The Satanic
25   Temple have?

---

58 (Pages 229 to 232)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 233

1   A.   Now, when you say "The Satanic Temple," are you
2   talking about these individual entities, including
3   Cinephobia, that are under the umbrella of the larger
4   religious organization?
5   Q.   Well, you tell me what you mean when you describe
6   various employees; and I'll be happy to follow up with
7   any clarification questions.
8   A.   I -- okay. Well, I -- what do you mean? Like,
9   Cinephobia, do you -- do you hold that as a discrete
10  entity? Because I've described that that's a streaming
11  platform that generates its own revenue.
12  Q.   Uh-huh.
13  A.   And then, you know, there's the -- there's the
14  shop, and we have somebody else run the shop.
15       And -- and other than that, I think -- unless I'm
16  missing anything, I think beyond that there's just
17  individual discrete items of contract work, individual
18  projects that are -- that are paid for one at a time.
19  And those payments are made to various people.
20       And of course there's, you know, things like legal
21  counsel as well.
22  Q.   Okay. So there's -- you have one individual who
23  runs the shop.
24       So this is a person who, if I understand what
25  you're saying, fills orders that are submitted through

Page 234

1   the Web site for merchandise?
2   A.   Correct.
3   Q.   Okay. And that's one, one individual?
4   A.   Yeah. I think that's one person right now. Malcolm
5   works with whoever works in the shop. I don't think
6   there's -- I don't think there's two people.
7   Q.   Okay. And Cinephobia has how many employees?
8   A.   Cinephobia has two employees whose income is
9   generated through the sales of content on the TSTTV site.
10  Q.   Okay. And then what about the United Federation of
11  Churches?
12  A.   Well, back to Cinephobia.
13  Q.   Okay.
14  A.   So I don't know if you would consider content
15  creators as employees as well, but they have contracts
16  with us where they monetize their -- the projects as
17  they're viewed, so they also get payments.
18  Q.   Okay.
19  A.   Similar to royalties payments.
20  Q.   Okay.
21  A.   Or maybe exactly royalties payments.
22  Q.   Okay. Does Cinephobia pay a salary to anyone?
23  A.   I don't think we settled on those kinds of
24  agreements with the two people we're working with at
25  Cinephobia. I think right now they're pulling in

Page 235

1   percentages.
2   Q.   Percentages of -- of revenue?
3   A.   Percentages of revenue on content they've --
4   they've acquired or content they've created.
5   Q.   Okay. And then with the shop, is there a salary
6   paid to that individual?
7   A.   Yeah, but I -- I mean, salary I'm not sure or if
8   that's a -- I'm not sure if that's broken down into
9   hourly.
10       But we also have our -- our manager of the -- of
11  the gallery as well, and that's salaried.
12       And there are two or three other part-time people
13  who work at the headquarters, but I believe they're --
14  they're paid hourly dependent on when they come in.
15  Q.   Okay. And how about United Federation of Churches?
16  Any employees of the United Federation of Churches?
17  A.   I -- I don't know how -- when I say these are
18  employees of The Satanic Temple, I -- I just mean they --
19  they could be paid from any one of those entities. I
20  don't know actually how -- how the payroll funding is
21  worked out.
22  Q.   Okay. Okay. So any other employees of The Satanic
23  Temple other than those we've talked about?
24  A.   Not that I can recall sitting here today, but I
25  might amend that statement upon conferring with the

Page 236

1   cofounder later on.
2   Q.   How about you and Cevin? Do you receive a salary or
3   compensation?
4   A.   No, we don't receive regular compensation.
5   Q.   You don't receive a regular salary? Or you don't
6   receive --
7   A.   Correct. I mean, we do not.
8   Q.   Okay. How do you make your life -- well, I'll
9   ask -- I'll ask that another time.
10       How -- how does The Satanic Temple -- how does the
11  Satanic Temple compensate the managers? So Cevin
12  Soling -- excuse me -- Malcolm Jarry, and yourself?
13  A.   There -- there is no regular set compensation,
14  salary, or anything like that.
15       I haven't taken income from The Satanic Temple in
16  probably, like, four months now.
17  Q.   So formerly you took an income?
18  A.   Some -- sometimes to pay rent and that kind of
19  thing. It wasn't like -- there -- never more than $2,000
20  a month.
21  Q.   Does The Satanic Temple pay for its managers'
22  business expenses?
23  A.   Oh, well, yes. Like -- like, if you're talking
24  about, like, flying to Arkansas and -- and different
25  Satanic Temple related business, yeah. I use the -- The

59 (Pages 233 to 236)

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 237

1  Satanic Temple card on all of that.
2  Q.  Okay. So what all of business expenses does Satanic
3  Temple pay for?
4  A.  Are you able to narrow this down at all?
5  Q.  Well, sure. Say, take housing.
6  A.  No. Well, I mean, if you consider having taken
7  payment that goes towards rent, then -- then yes. But
8  there is no set protocol within our standards that --
9  that -- in which The Satanic Temple automatically pays
10  monthly my rent.
11  Q.  Okay. So do you take dividends? Or anything of that
12  nature?
13  A.  No. I just stay afloat.
14  Q.  You stay afloat?
15  A.  Correct.
16  Q.  Okay. So I take -- how does this work? Do you
17  and -- and Malcolm get together and decide what -- what
18  is to be done? How things are to be paid? What income is
19  to be paid out? What compensation is to be made?
20  A.  I -- I never -- I never sat with him and agreed
21  upon a salary for the manager of -- of Salem or the
22  part-time employees, so that's -- that's been within his
23  purview. I'm not sure what -- what their actual -- what
24  their actual payments are.
25  Q.  So when you received an income, was the same income

Page 238

1  paid to both managers?
2  A.  No.
3  Q.  Okay. What was the difference in the payment based
4  on?
5  A.  I -- I -- I don't know that -- I mean, I know
6  Malcolm has his own streams of revenue. And The Satanic
7  Temple has generally not generated revenue, so I don't
8  know that he's taken payments or not.
9       MR. CANTRELL:  All right. Well, let's take
10  a short break; and then we'll come back.
11       MR. BAKER:  How short?
12       MR. CANTRELL:  How short?
13       MR. BAKER:  Yeah.
14       MR. KEZHAYA:  We've got another hour on
15  there.
16       MR. BAKER:  Yeah, I'm ready to get home. I
17  don't want to take too . . .
18       MR. CANTRELL:  Yeah. Yes, brief break.
19       THE VIDEOGRAPHER:  We're going off the
20  record at 5:11 p.m.
21       (Recess taken.)
22       THE VIDEOGRAPHER:  We are back on the
23  record at 5:19 p.m.
24       MR. CANTRELL:  Okay. Just a few more
25  questions.

Page 239

1       MR. KEZHAYA:  I'm going to object to
2  further questions on financial, legal financial
3  relationships that TST has had at any time with
4  importantly Doug Misicko or Cevin Soling.
5  Direct the parties' attention to Page 27 and
6  Page 28 of the order.
7       The catch -- catch phrase here is at the
8  end of Page 28, "Having reviewed the entire
9  record" on substantially this very discovery
10  request, "the Court denies" defendant's "motion
11  to compel" TST "to respond further to
12  Interrogatory No. 9 as written."
13       It's my interpretation that under Rule
14  30(c)(2), I'm entitled to instruct the witness
15  not answer to enforce limitation of the Court.
16  My understanding is that is a limitation of the
17  Court, so I'm instructing the witness not to
18  answer further.
19       MR. CANTRELL:  Well, Matt, I'm -- I'm done
20  asking him those types of questions.
21       MR. KEZHAYA:  Very good.
22       MR. CANTRELL:  For today, so . . .
23       MR. KEZHAYA:  I'll note for the sake of
24  convenience or for all the parties, I will be
25  raising the exact same objection tomorrow and

Page 240

1  instructing the witness not to answer then as
2  well.
3       MR. CANTRELL:  Okay. Well, I appreciate
4  that. All right. And we'll take that up then.
5  Q.  (Mr. Cantrell) So, Mr. Misicko, I was going to ask
6  you about whose idea -- whose idea was it to place the
7  Baphomet monument statue on the Arkansas State capitol
8  grounds?
9  A.  I can't isolate a specific moment in time where
10  Malcolm and I had been discussing this and then decided
11  to go forward with the plan to offer the Baphomet
12  monument in Oklahoma, but it was through discussions with
13  Malcolm and I.
14  Q.  Okay. And you mentioned Oklahoma.
15       Were there different discussions about placing it
16  in Arkansas?
17  A.  Well, yes. Just those specific to -- to Arkansas.
18  But, you know, the Baphomet originally was offered to
19  Oklahoma and constructed at a time in which we believed
20  that, you know, the -- the -- the monument might stand on
21  the Oklahoma capitol grounds.
22  Q.  Okay. And, as far as Arkansas is concerned, did The
23  Satanic Temple develop a plan to propose the Baphomet
24  monument on Arkansas State capitol grounds?
25  A.  I'm sorry. More specifically?

60 (Pages 237 to 240)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 241

1   Q.   Yeah, did -- did The Satanic Temple have a -- a
2   plan for -- for trying to get the monument placed on the
3   Arkansas State capitol grounds?
4   A.   Well, I mean, self-evidently we -- we did and do
5   have that plan. You might still want to narrow down,
6   like, time and place and that type of thing.
7   Q.   Okay. So let me ask this: What process did you
8   believe you would need to go through in order to do that,
9   looking prospectively before you actually began the
10  process?
11  A.   Well, first I initially heard that Senator Rapert
12  was sponsoring a model legislation on behalf of an
13  organization or organizations that he refuses to
14  disclose.
15       And -- and then I was interested in seeing if we
16  could propose a Baphomet monument on the same Arkansas
17  grounds. And then thereafter and probably incrementally I
18  learned what the appropriate procedure was considered to
19  be in Arkansas for placing the Baphomet monument on
20  the -- on the capitol grounds.
21  Q.   Okay. What procedure did you understand that to be?
22  A.   Well, I believe at the time the procedure was such
23  that we -- and I'm not -- I'm not certain, because it got
24  convoluted, especially when the -- the procedural grounds
25  changed from under us retroactively in midprocess.

Page 242

1        But I remember we went to the Arts and Grounds
2   Commission. I believe we wrote our letter first to the
3   Arts and Grounds Commission to convey our -- our -- our
4   desire to donate our -- our monument to the capitol
5   grounds.
6        And I know we went to an Arts and Grounds
7   Commission meeting where they looked at the design
8   protocols of our monument, asked about its symbolic
9   nature, and determined it to be within their parameters
10  of that limited public forum.
11       And before we were moving to the public statement
12  or public comments part of that process, I believe that
13  was when Rapert introduced an emergency bill to demand
14  that monuments must have legislative sponsorship prior to
15  that public comments meeting.
16       And then we sought such sponsorship by reaching out
17  to every member of the General Assembly and letting them
18  know that the process by which Government agents are
19  allowed to engage in viewpoint discrimination regarding
20  what's an appropriate monument of religious expression
21  otherwise or not, what's inappropriate private donation
22  is -- is inherently discriminatory and that ours was a
23  message of pluralism and advancement and -- and
24  reaffirming of First Amendment values.
25       And as such we thought they should sponsor --

Page 243

1   sponsor our monument to maintain that environment. And --
2   and nobody did.
3   Q.   So you -- is it your understanding that if you had
4   gotten an act supporting your monument that you would
5   have been able to proceed to the public comments period
6   before the Arkansas Grounds -- the Arkansas Arts and
7   Grounds Commission?
8   A.   My understanding is that there is an explicitly and
9   openly discriminatory process in place in which the
10  adjudication of what is proper expression on the public
11  grounds is -- is determined by Government
12  representatives.
13       And, in order to not be discriminatory, it was my
14  feeling that it was their obligation to sponsor private
15  donations from -- from any viewpoint without deference to
16  their own viewpoint.
17       And I feel we kind of established that by showing
18  that the procedure was not amenable to outside viewpoints
19  but was determined by the personal viewpoints of those
20  members of the General Assembly.
21  Q.   So let me -- let me ask you again just to be sure I
22  understand.
23       Had you gotten an act of the Legislature supporting
24  your monument, at that point you would have been able to
25  proceed to a public comments hearing before the Arkansas

Page 244

1   Arts and Grounds Commission?
2   A.   The -- that's my understanding. We -- we needed to
3   have a bill passed.
4   Q.   Okay.
5   A.   That called for -- for allowing the -- the Baphomet
6   monument to be erected, and -- and then we moved to the
7   public comments hearing.
8        And then I think -- I don't think there were any
9   other -- I don't think there were any other deliberations
10  or hearings required before actually dedicating the
11  monument on the capitol grounds.
12  Q.   Okay. All right. What did you and Malcolm Jarry
13  discuss when you were deciding whether to propose a --
14  the Baphomet monument statue for placement on the
15  Arkansas capitol grounds?
16  A.   Again, this would have been like, what? Three, four
17  years ago. I -- something like that. So I think you'd
18  have to be more specific on, like, what kind of
19  conversations. I mean, we've had --
20  Q.   Yeah.
21       I'm just interested in knowing what considerations
22  you took into account when deciding whether to -- or how
23  to place -- try to place the monument?
24  A.   Well, I -- I think -- I don't think there was --
25  there's anything else that I can think of that would be

                              61 (Pages 241 to 244)

The Satanic Temple 30(b)(6) 3/10/2020                Donna Cave, et al. v. John Thurston

Page 245

1  relevant to the discussion beyond those broad
2  considerations that we've already discussed.
3  Q.  Okay. Broad dis- -- "broad considerations" being?
4  A.  Broad consideration including the fact that there
5  was a Ten Commandments monument on the public grounds;
6  that it was a new monument put there as a private
7  donation.
8      And, you know, as private donors ourselves, we felt
9  we had appropriate standing to propose the donation of a
10  monument ourselves. I mean, similar to the fact that we
11  had a -- a rally at the capitol grounds as -- as
12  Satanists with the Baphomet monument.
13      And to my mind there's little difference between
14  Arkansas acknowledging that we had the right to rally on
15  the public grounds with Baphomet, so I don't understand
16  on what basis they say we don't have the right to offer
17  our private donation of a monument. It's equally a --
18  limited public forum.
19  Q.  So let me ask this then: Are you aware of any
20  Arkansas members of The Satanic Temple who were members
21  before you began your efforts to place the Baphomet
22  statue in Arkansas?
23  A.  It's -- it's my understanding -- I could be
24  wrong -- that Mason was one of those, and that there were
25  others as well that we had -- had membership in Arkansas

Page 246

1  and that there's -- I -- I know there's a large, fairly
2  large community of people who identify with The Satanic
3  Temple in Arkansas and I think particularly in Little
4  Rock.
5      MR. CANTRELL:  All right. All right. No
6  further questions. Pass the witness.
7      EXAMINATION
8  BY MR. KEZHAYA:
9  Q.  All right. You were testifying earlier about a
10  Twitter -- TST V. Twitter legal proceeding of some sort.
11      Do you remember that testimony?
12  A.  I do.
13  Q.  And you were shown a portion of a document that was
14  a Web site.
15      Do you remember that Web site?
16  A.  The -- the Flipcause Web site, correct.
17  Q.  Okay. I want you to take a look at this printout. I
18  only have one copy. And show Mr. Cantrell when you're
19  done looking at it.
20  A.  That -- is there a specific --
21  Q.  Just overall I -- I want you to see the -- the
22  document before I ask you additional questions about it.
23  A.  Okay. Correct, I -- I see the document. And I
24  see --
25  Q.  Okay.

Page 247

1  A.  -- more text on this document than on the prior
2  exhibit.
3  Q.  Show Mr. Cantrell that document.
4  A.  (Witness complies.)
5      MR. CANTRELL:  Okay.
6  Q.  (Mr. Kezhaya) Do you recognize that document?
7  A.  I see that this is the full text of the Flipcause
8  page talking about funds raised for -- for supporting The
9  Satanic Temple v. Twitter and against religious
10  discrimination.
11  Q.  Okay. I want you to turn to Page 2 of that
12  document, the last header. Could you please read that
13  into the record.
14  A.  "Support Needed."
15  Q.  What is the full text under "Support Needed"?
16  A.  Makes it -- "Make a tax-deductible donation to
17  support The Satanic Temple's legal battles in defense of
18  civil liberties."
19  Q.  Is there anything in that statement that limits it
20  to the Twitter legal proceeding?
21  A.  No, there is not.
22  Q.  Okay.
23      THE WITNESS:  I don't know if you need to
24  sticker this.
25      MR. KEZHAYA:  Do we have any Plaintiff's

Page 248

1  stickers?
2      THE COURT REPORTER:  Do you want to start
3  at P-1 sir, or do we have other numbers?
4      MR. KEZHAYA:  Let's -- let's just append
5  it to the last one. What was the last exhibit?
6      THE WITNESS:  The last exhibit was --
7      MR. KEZHAYA:  63. Let's call it 64.
8      THE COURT REPORTER:  The last exhibit was?
9      MR. KEZHAYA:  The last was 63. I'd like to
10  call this one 64.
11      THE COURT REPORTER:  No problem. Let me
12  put a sticker on it real quick if you don't
13  mind, sir.
14      THE WITNESS:  And will I put this on the
15  same pile?
16      MR. KEZHAYA:  Yes.
17      If you could affix it just somewhere that
18  doesn't obscure any text.
19      THE COURT REPORTER:  At the top that's
20  fine too.
21      (Exhibit 64 marked for identification.)
22  Q.  (Mr. Kezhaya) You were also asked a series of
23  questions about legal and financial relationships between
24  discrete entities that comprise TST.
25      Do you remember that testimony?

62 (Pages 245 to 248)

The Satanic Temple 30(b)(6) 3/10/2020                    Donna Cave, et al. v. John Thurston

| | | |
|---|---|---|
| | | Page 249 |

1   A.   Yes.
2   Q.   In all respects have you consulted with subject
3   matter experts on how to run TST within the confines of
4   the law?
5   **A.   I -- can you -- can you specify?**
6   Q.   The way you run TST --
7   **A.   Yes.**
8   Q.   -- do you -- do you run it consistent with the
9   advice by accountants and attorneys?
10  **A.   Yes, that is correct.**
11          **The legal entities created, the way funding is**
12  **routed, these are run through accountants and lawyers.**
13  **They're not my -- my specialty.**
14          MR. KEZHAYA:  Okay.  No further questions.
15          THE COURT REPORTER:  Are we ready to close
16  this record out?  Or are there any other
17  questions?
18          MR. BAKER:  None from the Orsi plaintiffs.
19          (Discussion off the record.)
20          THE COURT REPORTER:  The gentleman has
21  asked for a moment.
22          MR. CANTRELL:  Yeah, I've just asked
23  for -- for one moment.
24          Okay.  I don't have anything further.
25          THE VIDEOGRAPHER:  The deposition is

---

| | |
|---|---|
| | Page 250 |

1           concluded at 5:38 p.m.
2               (Deposition concluded at 5:38 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

| | |
|---|---|
| | Page 251 |

CERTIFICATE
STATE OF ARKANSAS    )
                     )ss
COUNTY OF SALINE     )

    I, Shyloa Myers, CCR, RPR, and Notary Public, do
hereby certify that the foregoing testimony of the
witness, 30(b)(6) REPRESENTATIVE OF THE SATANIC TEMPLE,
DOUGLAS ALEXANDER MISICKO, was reported verbatim through
the use of the stenographic method and transcribed by me
or under my direct supervision to the best of my ability,
taken at the time and place on the caption hereto.

    I FURTHER CERTIFY that in accordance with Rule 30(e)
of the Rules of Civil Procedure, review of the transcript
WAS NOT requested.

    I FURTHER CERTIFY that I am not a relative or
employee of any attorney or employed by the parties
hereto, nor financially interested or otherwise in the
outcome of this action, and that I have no contract with
the parties, attorneys, or persons with an interest in
the action that affects impartiality or that requires me
to provide any service not made available to all parties
to the action.

    WITNESS MY HAND AND SEAL this 10th day of
April, 2020.


_____
Shyloa Myers, RPR, Notary Public
Arkansas CCR Lic. No. 710

---

                              63 (Pages 249 to 251)

**A**

A's 152:6
a- 147:18
a.m 10:10 11:1,5
56:5,8 66:20
66:23 67:4
68:11 86:17,20
94:21,22
102:24
abhorrent 82:13
ability 51:15
183:21 251:9
able 16:20 60:1
83:20 97:5
121:11 156:21
189:6,11,12
212:6 237:4
243:5,24
abortifacients
88:19
abortion 88:8,13
207:14
above-styled
10:8
absolute 52:1
absolutely 81:7
214:10
absolved 194:7
197:9
abstract 143:20
abused 83:13,14
83:14
accept 48:19,22
48:25 51:15
accepted 48:10
90:2
accepting 56:22
access 54:22
156:20
accessible 32:16
accompanied
103:20
account 183:6,8
184:3 228:14
229:4,11 232:3
244:22

accountable
159:19
accountants
158:23 169:17
185:16 230:1
249:9,12
accounting
139:14 169:6
169:15 184:2
189:13
accounts 139:17
189:2
accrues 184:3
accurate 124:11
162:4
accusations
192:15
achieve 114:1
153:16,17
159:6
acknowledge
49:20
acknowledging
245:14
acquired 107:4
235:4
acronym 62:5
act 17:16,24
18:3,5,21 19:3
19:4,25 20:2
81:15 144:18
243:4,23
acted 157:11
acting 142:7
action 199:21
251:17,19,21
actions 122:8
195:15,21
activist 64:1
activities 44:5
53:11 144:15
145:6 146:1
147:5,10,15
150:20 153:20
159:3 182:1
191:20 197:13
230:12

activity 43:25
44:11 147:11
230:9,11
actors 74:23
75:1,3,5,11
76:9 106:15
acts 107:25
120:21 144:21
144:23 145:2
145:12,18
146:3
actual 29:5
32:12 64:19
80:9 87:13
88:18 105:16
106:10 129:15
237:23,24
ad 31:11
adamant 35:7
adapting 134:24
add 77:17 179:8
addition 27:12
176:18
additional
246:22
address 46:20
47:21,25 158:7
158:8 172:24
180:11 213:11
addresses 44:24
46:3,7 105:13
adds 179:1
adherence 96:9
adherents 147:2
adjudication
153:19 243:10
Administration
174:14
administrator
99:13
administrators
98:25 99:12,15
admission 54:24
advance 122:16
126:5,24
advancement
242:23

advances 232:12
advancing
122:18,25
advice 249:9
advisement
179:12
advocates
101:18 102:15
advocating 74:3
affidavit 203:5
affiliation 45:17
107:22 154:2,3
affirmative
48:22 83:19
affirmed 92:4
affirming
176:18
affix 248:17
affront 82:13
83:8
afloat 237:13,14
after-school
90:15 91:4
92:6,8,13 99:8
100:7
afterlife 47:8
73:20,24 74:5
agent 157:25
agents 242:18
agnosticism
37:8
ago 57:5 58:11
58:25 60:13
67:8 89:4
110:21 244:17
agree 18:3 42:21
152:19 200:8
agreed 41:18
42:17 129:11
130:5 237:20
agreement 6:14
7:4 104:25
106:7 137:12
153:5 154:12
agreements
153:9,11,22,23
154:1,2,3,5,8

154:14 171:15
171:16,17,18
172:7,18,21
182:24 234:24
ahead 70:14
71:21 72:14
118:5,11 127:2
133:25 134:3
140:18 168:16
184:15,16
197:3 208:22
209:16
aims 143:7
AKA 1:10
alert 211:22
Alex 53:15,16,21
53:22,24 54:8
54:18 57:6,10
58:8
Alex's 53:18
54:9,10,12
57:11
Alexander 1:18
4:5 10:6 11:7
12:12,24 251:7
alias 63:6
aliases 12:25
128:8
alienation 45:10
45:21 46:17
align 77:5
aligned 63:4
aligning 42:22
alignment
187:21 193:23
Alliance 7:9,10
160:15 161:9
162:13,24
163:15 164:9
164:16,21
165:3,9,21
166:6,10
167:12 168:4
168:10,17
169:2,10,13,22
169:25 171:7
174:24 178:15

182:7,13
183:24 185:6
185:10,14
**allies** 50:25
**allocated** 159:13
196:1 198:7
**allow** 92:6 99:7
151:9 152:11
**allowed** 67:13
92:7,12 242:19
**allowing** 244:5
**allows** 67:22
99:8 151:11
**alongside**
133:13
**aloud** 17:20
51:22 82:7
**altered** 29:24
**alternating**
97:22
**alternative** 64:3
64:6 66:3
69:12
**AMA** 6:25
127:25 129:24
130:5,11,14,14
**amenable**
243:18
**amend** 235:25
**Amended** 4:15
14:24
**amendment**
7:14 131:2
174:16 178:23
179:1 230:4,8
230:10,19
242:24
**American** 1:5
152:6
**amount** 54:15
119:7 130:4
177:18 183:1
197:25 201:5,9
202:18 209:18
229:14,18
**Anatole** 226:17
**Andrea** 128:11

**angels** 32:22
226:17,19,22
226:25 227:23
**angle** 97:7 122:9
**ANNE** 1:5
**announced**
60:14 174:15
195:19
**announcements**
110:25
**announcing**
105:9
**annually** 21:22
173:25
**answer** 19:13,14
19:14 21:12
29:7 31:17
42:9 47:3
51:13 78:3
133:25 140:18
140:19 159:11
168:16 184:12
184:15,16,16
190:1 197:3,8
209:16 219:13
239:15,18
240:1
**answered** 192:2
220:9
**answering** 77:15
**answers** 10:5
51:11 84:19
130:5
**anti-homosex...**
73:7
**anti-LGBQT**
73:3
**antiauthoritar...**
53:8 152:4
**anybody** 27:25
29:14 30:10
56:23 98:4
113:19 120:15
120:17 132:25
146:9,20
**anymore** 59:2
**anyway** 52:6

81:10
**anyways** 92:11
**apologize**
110:21
**apparent** 135:23
197:21
**apparently**
38:16 61:11
109:12 166:23
230:12
**appear** 26:4
116:22 127:11
134:22
**appearance**
144:19 215:4
**appearances** 4:3
130:17
**appeared** 36:5
**appears** 71:14
87:20 122:20
123:3,15 125:8
210:6 221:11
**append** 248:4
**application**
164:9 165:15
166:12
**applications**
56:22
**applied** 24:14
177:24 231:18
**apply** 59:22
174:11 177:22
**appreciate**
203:18 240:3
**approached**
197:5
**appropriate**
21:7,25 58:18
91:8 119:25
120:24 121:1
125:24 138:24
143:18 145:15
146:4,12,14
150:11 178:19
221:21 241:18
242:20 245:9
**appropriately**

183:20
**approval** 18:20
19:3 20:10
157:15
**approve** 17:23
20:2 130:16
155:6,7
**approved**
128:16
**approves** 17:23
**April** 4:17 24:5
100:23 101:3
176:16 251:23
**AR** 2:6,11,18 3:4
3:11
**archive** 4:16,18
4:21,23 5:3,13
5:15,17,23 6:3
6:7,9,24 24:4
25:13 31:8
34:10 36:24
72:22 78:21
79:3 85:12,17
86:7 87:9,22
100:16 101:1
102:10 127:24
**Archive.org**
87:22
**archived** 101:10
**archives** 23:21
**area** 125:18
136:2,16
**argue** 176:25
177:3
**argued** 68:2
**argument** 48:12
74:8,9
**arguments**
88:11 230:21
**Arizona** 13:23
**Arkansas** 1:1,6
1:14,21,22,25
2:16 3:3 10:11
10:12 16:24
17:16 132:1,9
133:13 236:24
240:7,16,17,22

183:20 — column 5
**approval** etc.

240:24 241:3
241:16,19
243:6,6,25
244:15 245:14
245:20,22,25
246:3 251:2,25
**arrest** 78:15
**arrive** 110:16,20
**art** 7:3 54:3,24
55:3
**article** 5:10 8:15
8:17 170:15
172:23,23
193:11,14
204:20 217:20
218:23 219:4
219:21 220:15
220:22 221:2,4
221:15,17
222:3 225:16
**Articles** 7:9,12
7:14 160:16
170:12 178:23
180:7
**articulate** 30:8
**articulated** 28:3
29:18
**artist** 138:19,23
**artistic** 53:5
**Arts** 15:11,22
16:3 17:21,23
18:14 20:24
21:13,15 242:1
242:3,6 243:6
244:1
**asexual** 61:5
**aside** 14:19
23:15 25:11
31:5 34:8
36:21 38:21
60:7 62:7
72:11 78:17
79:1,10 84:25
85:9 87:7 90:5
94:19,20
100:11,12
101:22 102:20

104:22 134:7
137:8 164:5
170:10 174:3
178:21 179:21
182:4 188:10
190:20 198:25
204:8 205:19
218:16 220:12
228:1
**asked** 5:6 38:25
39:18 106:7
132:25 164:18
191:16,19,22
192:1 198:18
201:15 211:5
217:12 220:8
242:8 248:22
249:21,22
**asking** 28:6 45:5
50:22 51:8
61:25 62:1
89:15 96:4
133:19 159:2,9
169:24,25
192:19 196:15
196:18,20
197:1 207:4,5
214:24 218:13
239:20
**asks** 142:25
143:2
**aspect** 169:19
**assassination**
194:21 197:17
**Assault** 227:17
**assemblies**
66:15
**assembly** 17:13
17:14,24 20:16
20:20 21:1,3
21:13 22:3,8
22:14 242:17
243:20
**assert** 132:5
**asserted** 196:14
**asserts** 131:1
**assis-** 77:5

**Assistant** 2:16
**associated** 28:22
29:8 30:7
33:23 34:2
95:14 107:19
109:20 222:7
**association** 1:5
45:17
**assume** 202:13
228:24,24
229:13
**assumed** 80:13
211:12
**assumptions**
97:6
**asterisk** 187:10
**astray** 152:12
**atheism** 49:14
49:16
**atheists** 49:15
**attached** 45:16
137:15 162:7
**attachment**
31:18 33:17
165:3
**attempt** 88:6,9
**attend** 52:8
54:20
**attention** 33:15
38:5 65:20
71:3,8 239:5
**attentively**
212:19
**attitude** 113:20
**attorney** 1:21
3:3 10:11
12:19,21
199:12 200:25
201:4 251:15
**attorneys** 249:9
251:18
**Atttorney** 2:16
**audience** 80:4
119:19 120:7
124:14
**audio** 96:13
**August** 12:24

164:10,11
180:8 181:22
199:3 204:18
**authenticated**
166:22
**author** 31:19
216:16 217:6
**authoritarian**
90:20
**authorities**
78:10
**authority** 91:2
156:13 159:12
**authorization**
224:19,25
**authorize**
224:11
**authorized**
130:11 224:6,8
**automatically**
237:9
**autonomous**
151:23
**autonomy** 61:5
152:3,11 153:2
**Autumn** 204:16
**available** 51:15
51:18 56:15
115:24 163:23
197:18 232:20
251:20
**avenue** 69:13
**average** 198:1
202:19
**avowed** 68:5
**aware** 15:21,22
16:6 23:20
33:25 36:9
63:20 66:25
67:2 78:8
81:23 92:1
106:9,16,19
109:19 113:19
126:22 129:23
136:25 145:6
147:22 155:13
157:2 169:21

176:2 177:6,13
190:21,24
191:4,5,7
192:5,24 193:4
197:4 201:5
204:20,21,22
206:3 216:16
220:25 221:18
223:21,23
224:3 225:16
225:25 245:19
**awareness** 61:5
120:9
**Axis** 107:14

---

## B

**B** 4:11 5:1 6:1
7:1 8:1 9:2
137:15
**back** 18:19
28:20 35:17
36:7 40:6
48:20 55:18
56:7 66:22,24
68:13 71:17
86:19 88:13
95:17,19 103:1
116:8 129:23
133:6 141:13
141:17 146:17
156:17 163:12
174:10 177:25
179:17 180:1
197:8 200:3,13
203:18 222:25
230:2 231:20
234:12 238:10
238:22
**background**
171:23
**backwards**
95:21 96:16,17
97:5
**bad** 47:20,23
115:3
**baggage** 98:23
**Baker** 2:4,5 12:2

12:2 206:8
210:12,20
211:4,9 212:6
212:11 213:1
213:10 214:1,4
214:7,15,18,21
215:6,9,11,17
216:2,5 217:4
217:9 222:10
238:11,13,16
249:18
**balance** 97:5
153:2
**balancing** 152:9
**band** 108:24
109:15,22,24
111:2,18
**bands** 109:11
110:1,23
**bank** 189:1
**banner** 109:8,10
109:11,20
**Baphomet** 6:17
6:19,21,22
15:9,16 16:7
16:15,23 18:7
20:20,23 97:10
98:19 103:5,20
104:2,10,18
108:18,24
110:12 111:8
111:14 114:10
116:3,7 117:6
123:14,17
126:20 128:15
130:19,24
131:9,16
133:13,23
134:9,21 135:1
135:19 136:18
136:21,23
138:18 139:6
139:20,22
140:15,22
144:15,24
145:2,14
198:20 240:7

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

240:11,18,23
241:16,19
244:5,14
245:12,15,21
**Baptist** 5:13,15
5:18 72:23
73:1,2 74:7,20
78:1,6,22 79:4
**barely-control...**
112:4
**barriers** 42:14
**barring** 232:20
**based** 40:22
51:17 63:23
70:6 73:3
74:11 83:11
119:13 153:23
183:3 207:4,6
209:23 210:9
232:8 238:3
**basically** 214:14
**basis** 26:16
151:2 161:19
168:8 245:16
**battles** 132:12
247:17
**battling** 46:19
46:25
**BDSM** 61:5,12
**bears** 166:15,17
**becoming**
231:16
**began** 24:21
28:16 55:20
84:4 110:16
123:17 217:16
241:9 245:21
**beginning** 37:25
63:1 92:20
**begins** 67:4
170:15
**behalf** 2:3,14 3:1
3:8 17:8 73:13
169:9 215:6
224:15 241:12
**behavior** 120:4
145:16 153:3

232:15
**behaviors**
147:21
**belief** 42:12,15
44:17 49:3,17
61:21 74:4
**beliefs** 4:19
25:14 27:24
29:16 34:6,21
35:19,22,25
37:2 38:17
40:5 41:18,24
42:8 43:18
48:9,18,18
50:2,4 51:14
59:18 69:14
74:4,9,10,12
77:6 88:17
91:3
**believe** 13:18
17:14 18:6,12
20:14 22:12,13
22:25 28:8
29:11 30:3,8
35:25 37:12,13
37:22 39:22,24
40:6 50:12,23
52:15 59:18,22
70:4 74:1,11
74:11 75:2
76:11,12 78:13
80:22 81:8
86:25 90:17
95:9 98:10
100:12 107:23
110:23 111:4,4
112:13 114:9
114:13 124:6
130:13 148:9
148:10 154:10
154:11 160:19
162:4 167:14
168:6 177:24
177:25 178:2
179:11 188:7
204:12 206:2
206:12 208:1

213:18 219:8
219:13 221:3
222:4 225:22
225:22 231:25
235:13 241:8
241:22 242:2
242:12
**believed** 28:22
29:9 30:6
33:23 40:5
63:4 240:19
**believes** 26:25
**believing** 51:8
**bell** 114:22,24
115:6
**belonged** 109:11
**belonging** 82:14
**belongs** 139:25
140:2
**benefit** 68:6
179:6 213:14
**benevolence**
82:20,24
**benevolent**
82:20
**Bentonville** 3:11
**best** 41:12 42:22
49:19 51:15,17
51:17 130:25
153:15 173:15
183:21 232:14
232:20 251:9
**better** 30:25
69:13 88:11
98:4 138:5
146:15 150:18
150:18,18
155:20 174:20
174:21,25
183:18 185:17
189:6 208:5
226:19,25
**beyond** 27:12,14
51:19 53:20
82:11 195:3
233:16 245:1
**Bible** 114:18

**big** 160:23
**bigger** 100:6
**bill** 16:22 17:1,4
17:7,8,9,18
18:9 19:18
66:14 67:22
68:6,21,25
69:2,4 89:12
89:14,25 132:7
242:13 244:3
**bills** 133:4
**birth** 12:22
**Biscayne** 2:5
**bit** 75:19 122:2
125:4,5 129:13
132:19 135:19
**black** 5:20 79:11
79:12,15,17,20
79:23,25 80:3
80:3,8,9 81:11
81:16,19,24
82:2,5,8,23
83:3 118:19
**Blackmore** 6:25
127:25 128:3
128:14 130:11
193:10 220:25
221:12
**blank** 85:15
**blasphemy**
81:16 83:5
**blindly** 232:8
**blog** 5:10 71:6
**blood** 109:17
**blurred** 117:12
**board** 86:24
159:19,20,20
196:3
**bodily** 61:5
**body** 80:23
109:16 114:23
115:1,2,3
178:17 184:21
**boilerplate**
153:12
**bomb** 105:5
**bombs** 105:18

**bondage** 61:14
61:16
**bono** 200:6
201:3 209:19
**book** 28:25 84:7
**bookkeeper**
217:22,25
218:1
**books** 226:15
**boom** 69:11
**borders** 125:18
**born** 46:1
**bother** 175:3
**bottom** 35:24
36:1 39:21
56:10 79:8
122:19 124:13
158:4,7 175:21
176:9 187:11
188:15 195:8
205:7 221:7,9
227:11
**bottom-line**
31:17
**bought** 105:23
**BOUND** 4:13
**bounds** 165:5
**bows** 119:9
**box** 167:7,19
**break** 56:3
66:18 141:12
179:16 238:10
238:18
**breaks** 229:1
**Bridge** 172:24
180:11
**brief** 213:22
238:18
**briefly** 11:12
121:16 122:5
222:20
**bring** 42:25
67:24 138:7,7
**Brittany** 3:19
11:23
**broad** 168:6
227:2 245:1,3

245:3,4
**broader** 59:20
97:3
**Broke-Ass** 8:20
223:22
**broken** 44:7
235:8
**brought** 69:25
76:21 78:10
199:11 200:4
211:10
**Buddhist** 50:15
50:17
**bugs** 97:20
**Builders** 132:4
**building** 54:22
107:1,2 144:4
202:4 203:15
**buildings** 132:15
**bullet** 61:1,4
**bunch** 217:17
**burden** 152:22
152:23
**Bush's** 63:22
**business** 203:5
236:22,25
237:2
**businesses**
186:14
**button** 188:16
**bylaws** 158:11
170:20,25,25
171:7

— **C** —

**C** 2:1 10:3
137:15
**C-E-V-I-N** 63:9
**caduceus** 135:20
135:21,25
136:4,5,5,6,10
136:25 137:4,4
**calculated** 83:8
**call** 54:2 75:5
90:17 96:11
107:13 148:2
151:8 154:1

199:22 212:19
248:7,10
**called** 12:13
38:11 53:21
64:23 72:16
75:12 90:7
109:15 111:2
189:13 190:6
194:20 204:17
206:24 223:22
244:5
**calling** 197:16
**calls** 211:23
**cam** 150:6
**campaign** 128:5
129:3 148:13
155:3 169:9
196:8 198:9,11
198:12 201:22
201:23,24,25
202:1,12
**campaigns**
77:20 144:7
155:2 161:18
174:24 183:25
187:13 195:10
197:22 198:17
200:7 202:5,6
**cancer** 46:19,23
47:1
**candle** 117:18
**cannon** 227:24
**Cantrell** 2:15
4:6 11:10,14
11:20 12:8,10
12:17,19 56:1
56:9 66:17,24
68:12,14 70:20
70:22,25 71:3
71:12,21,23
84:21,25 86:13
86:21 94:23
102:21 103:4
118:10,14
121:14,17,20
121:25 122:5
122:11,15,20

122:25 123:6
123:10,20,23
124:18,21
125:1,4,9,12
126:4,14 127:2
127:5 141:11
141:19 164:20
165:7,16 166:4
166:9,15,19
170:5,8 172:10
179:15,20
180:4 192:17
192:24 196:15
196:18,25
201:10,11
203:7,10 206:9
208:17 210:7,9
210:24 211:7
212:3,9,24
213:6,25 214:2
214:5,9 215:3
215:7,10,14,21
216:3,6 220:16
220:19,21
222:21 223:2
238:9,12,18,24
239:19,22
240:3,5 246:5
246:18 247:3,5
249:22
**cap** 151:6,8
**capable** 165:13
**capacity** 1:14
93:23
**capitol** 16:24
20:3,24 22:6
66:6,9 67:1,11
68:15 131:17
131:19 133:13
133:21 146:21
240:7,21,24
241:3,20 242:4
244:11,15
245:11
**caption** 251:10
**CAPTION/ST...**
4:4

**capture** 85:16
101:7 103:14
203:10
**captured** 100:21
**card** 237:1
**care** 209:12
**carnivore** 43:23
**carrying** 105:18
**case** 1:12 8:10
12:21 14:13
31:11 33:11
48:5 75:3
79:19 81:8
88:7 96:22
120:16 198:4
200:10 205:23
206:24 207:23
208:16,23
209:2 212:17
215:5,8
**cases** 230:22
**cash** 209:13,14
**catch** 239:7,7
**category** 35:23
49:1
**cathartic** 83:22
**Catherine** 74:13
74:16
**Catholic** 79:18
80:14 82:9
83:24 84:1,5,9
84:10,15
**Catholicism**
82:10
**Catholics** 80:22
83:14
**Caucus** 132:3
**caught** 119:24
189:20
**cause** 10:8 80:16
105:6
**Cave** 1:3 12:1
**caveat** 147:21
**CCR** 1:24 10:9
251:4,25
**cease** 208:18
**celebrate** 146:13

**celebrated** 60:19
**celebrating**
60:25 61:10
**celebration**
103:19
**Center** 1:21 2:17
10:11
**central** 62:24
142:14
**centuries** 227:6
**ceremony**
110:12
**certain** 23:22
24:9,12 30:18
37:14 43:4
48:16,22 49:23
55:10 57:4
61:13,23 65:7
69:14 88:19
91:12,17 93:1
97:6 98:22
130:8 143:12
146:22 148:23
183:1 206:23
208:21 221:20
225:7 231:2,3
232:11 241:23
**certainly** 38:2
44:8 48:25
137:5 156:12
209:22 231:9
**Certificate** 4:9
7:6,18 157:20
251:1
**certify** 251:5,11
251:14
**cetera** 167:24
210:21
**Cevin** 63:7,9,20
112:15,19
173:17 180:18
181:4 219:2
236:2,11 239:4
**chains** 118:20
**Challenge** 85:5
**chance** 71:23
**change** 14:9

18:9,16 19:21
37:19,23 38:12
50:3 143:9
156:13 157:3,4
232:18,19
**changed** 18:6
19:11,20 74:12
162:16 204:2
231:16 241:25
**changes** 35:11
73:19
**changing** 51:16
189:19
**chaos** 103:18
**chaotic** 113:4,6
**chapter** 93:18
94:1 107:24,24
128:22,25
148:12 152:10
153:9 154:5,14
156:4,10 157:9
171:15,17,25
172:4,17
191:13,20,25
193:20 194:3
195:4 204:9,13
216:18 225:19
225:21,23,23
225:24
**chapter-specific**
155:17
**chapters** 44:4
93:20 128:24
129:22 143:16
144:10 149:19
150:5,9,9,16
151:18,19,21
151:23 152:12
152:13,22
153:7,10,18
154:14,24
155:6,14,25
156:7,7,16,19
157:13 172:17
195:12,22
**characteristic**
41:7 149:13

**characterizati...**
119:1
**charge** 54:20
**charged** 78:13
**charges** 78:10
**charitable**
160:25
**charities** 155:8
**chartable** 196:2
**check** 34:22
105:17 167:20
190:19
**checked** 107:4
**checkpoint**
105:14,15
106:6,10,14,21
106:24 107:7
108:4
**checks** 171:23
**chest** 135:2
202:4 203:15
204:5
**Child** 90:16
**children** 67:24
83:12 90:21,25
91:10,14,15,24
97:22 98:21
103:5 123:17
130:19 139:20
**Chinese** 96:14
**Chip** 2:4 212:3
215:3
**choose** 51:25
**choosing** 231:7
**chose** 95:7
**Christ** 80:23
**Christian** 68:5
69:18,19 91:7
113:17 114:16
132:5
**Christianity**
8:16 218:25
**Christians** 50:22
50:24 51:7
113:13,15,21
113:25
**church** 73:1,2,3

74:7,20 79:18
82:9,11 163:3
163:4,9 176:16
177:10,12,15
177:19 178:5
231:4,5
**churches** 7:7
137:13,21,23
138:1,9,12
139:11,24
140:8 141:1
157:21 158:10
158:14,17,20
159:23 161:13
165:10 168:13
168:23 171:1
174:9 178:16
182:7,13 185:6
185:10,14
228:23 234:11
235:15,16
**Churches'** 160:4
**Cinephobia** 7:19
180:8,20,21
181:3,7,10,12
181:15,24
182:2,3,9,17
182:18,25
183:6,7,17
184:2,5 185:7
185:12,12
233:3,9 234:7
234:8,12,22,25
**circle** 167:7
168:1
**circumstances**
46:2
**cities** 93:13
**City** 204:23
**civil** 10:11
210:17,17,25
213:8,10
247:18 251:12
**claim** 28:11
42:11 185:22
191:9 192:9
208:2 213:18

**claimed** 81:3
113:18 190:22
190:25 191:23
192:6,25
**claiming** 204:25
**claims** 48:25
88:18 178:2
191:6,8,11,14
192:7,21 194:9
194:11 204:25
222:5
**clarification**
233:7
**clarify** 55:7
**clarity's** 19:23
**clause** 131:21
154:9,11,18
**clear** 16:9 33:12
33:22 59:5
62:23 74:3
80:1,25 83:2
129:8 138:22
214:11
**clearly** 107:14
133:14 196:12
197:21
**clerk** 173:3
**climb** 126:10
**climbed** 123:16
126:17
**clinic** 207:19
**clip** 118:2
**clog** 212:22
**close** 79:12
127:14 152:17
227:24 249:15
**closer** 42:25
**clothed** 124:10
**club** 82:12 90:8
90:11,14,18
91:4,18,22,24
92:2,18 93:8
94:8 95:1,5,6
97:16 99:2,16
100:3
**clubs** 90:10,15
90:16 91:11,13

92:6,8,12,13
93:9 99:8,25
100:8
**clunky** 189:19
**Code** 161:5
codes 172:18
**codification**
32:12 40:4
64:20 77:4
**codified** 29:5
42:1 63:18
**codifying** 38:17
**coercive** 91:15
**coexisting** 131:8
**cofounder** 13:5
26:19 236:1
**cohered** 30:13
38:19
**collect** 189:12
**collecting**
155:10
**collectively**
178:16
**colloquially**
100:5
**colloquy** 196:23
**Color** 6:17,19,22
**Colorado**
204:24 205:11
**column** 73:16
**com** 189:1,16,16
189:20,23
190:5 229:9
**come** 28:20 40:3
43:7 84:11
97:7 99:3
105:25 116:8
138:2 141:12
149:4 153:10
163:12 179:17
200:14 231:23
235:14 238:10
**comes** 37:6 41:5
47:12 153:24
227:24
**comfort** 46:20
46:23,25 47:10

coming 44:21
54:23,25
111:14 142:8
232:3
Commandme...
15:9,15,20,23
16:2,8,14
130:21 131:12
131:18,24
133:12,15,21
245:5
commences 11:1
comment 17:22
commentary
49:10,11 51:19
comments 18:11
18:13,15
242:12,15
243:5,25 244:7
commerce
186:21
Commission
15:11,23 16:3
17:21,23 18:14
20:25 21:14,15
199:20,23
242:2,3,7
243:7 244:1
commit 195:23
commitment
218:7
Commonwealth
7:6,8,12,14,18
communicate
52:23
communication
101:17 102:14
community
63:23 80:17
82:15 83:18,25
84:1 93:20
132:16 143:12
143:13 144:4,9
246:2
company 7:6
180:21
comparison

16:21
compassion 45:4
48:2,16
compel 239:11
compelled 100:8
compelling
31:13
compensate
236:11
compensation
170:1 236:3,4
236:13 237:19
competence
211:15 217:9
competent 59:17
59:23
complain 231:14
complaint 4:15
14:25 15:4
17:17 193:3
complement
130:25
completely
185:11 193:24
complies 23:16
247:4
comprehension
27:14
comprise 248:24
con- 84:2
conceived 63:20
161:14
conceiving
63:25
concentrated
80:11
concept 63:3,16
concern 192:11
192:25 193:3
concerned 49:14
65:24 113:5
129:14 147:14
219:22 220:2
240:22
concerning 48:9
145:12
concerns 41:1

194:13
concluded 4:8
250:1,2
conclusion
200:14
conclusions 97:8
concrete 143:22
143:22
conditioning
90:20
conditions 211:1
conduct 154:6
172:11,19
208:6
conducting
128:23
conduit 27:11
confer 59:25
121:18
conferred 188:2
188:6 231:11
conferrence
163:3 175:6
conferring
235:25
confidence
141:9
confines 249:3
confirm 121:7
122:21
confirmation
206:25
conflict 189:15
conflicting
36:11
confront 52:21
confused 46:22
174:23
congregation
67:10
Congressional
132:3
conjunction
62:17,20 66:9
connection
230:6
consecrated

79:17,21 80:10
80:22 81:2,4,9
consensual 44:3
consensually
146:9
consent 207:13
207:18
consenting
147:22
conservative
8:16 113:12,15
113:17,21
218:25
conservatives
113:25
consider 49:25
72:9 77:1 80:2
100:6 120:21
125:23 145:15
146:12 227:23
234:14 237:6
consideration
99:17,21 245:4
considerations
40:23 99:23
232:2 244:21
245:2,3
considered
83:17 88:9
135:4,10,15
137:5 148:10
151:13 178:17
225:22 241:18
considers 77:19
consist 52:14
113:1
consistent 77:6
249:8
CONSOLIDA...
1:5
conspiracist
80:6
conspiracy
67:18
Constitution's
131:21
constructed

240:19
construction
17:25 18:14
19:19
construed
224:15
consult 23:14
64:5 65:21
120:15 159:5
173:11 204:9
consultation
34:25 35:10
173:8 185:16
204:12
consulted 249:2
consulting 28:16
Cont'd 5:1 6:1
7:1 8:1 9:2
contact 35:12
84:4
contained 113:7
204:4
contemplated
161:8
contemporary
82:5
content 156:7,18
157:1,12,14
182:18,18,21
182:24,25
183:2,8 184:4
221:4 234:9,14
235:3,4
contention
128:18 148:9
contentious
157:3
contest 27:21
context 52:13
65:2 150:12
contextualize
41:8 46:13
184:25
continue 77:18
122:11 123:7
123:20 125:1
165:1 210:1

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

**continued** 3:1
134:24
**continues** 56:13
161:5
**Continuing**
124:18 125:9
**contraceptive**
88:19
**contract** 25:25
140:7 171:20
233:17 251:17
**Contractor** 7:4
137:12
**contracts** 153:15
155:14 234:15
**contrast** 130:25
**contri-** 188:22
229:10
**contribute** 7:21
174:10 187:5
**contributing**
189:2
**contribution**
190:14,14
**contributions**
187:17 228:19
229:3,12
**Contributions...**
187:12
**control** 53:10
149:16,25
156:10 167:25
183:11 225:5
**controlled**
134:12 228:15
**controls** 156:3
**controversial**
103:20 154:19
**convenience**
239:24
**convergence**
43:8 232:14
**conversation**
84:2
**conversational**
35:9
**conversations**

42:22 244:19
**convey** 242:3
**conveyed** 143:19
**convoluted**
241:24
**cookies** 91:13
**coordinated**
132:10
**copies** 77:25
**copy** 14:12,20
202:20 246:18
**copyright**
139:25 140:2
153:22,23
**corner** 39:7
122:19 175:21
**corporate**
165:23 166:11
173:13 178:6
178:13,13
182:6 186:11
**corporation**
160:24 170:16
**correct** 13:1,2,8
13:9,24 14:4
14:14,16,17
15:13 16:4
18:2,5 19:4,16
20:3,11,16,17
20:21,22 21:14
22:9,11,12,19
23:18,19 24:1
24:22 25:6,7
25:15 27:4,9
27:17 28:4
29:9 30:17,24
32:19,23,24
33:7,25 34:12
35:16 36:4,6
37:1,3,4,18
39:20 40:2
41:20,22,23
43:3,4,19
44:11,17 45:12
46:5,8,21
48:19 49:5,7
49:16 50:11,16

51:10 52:4,12
54:3,4,6,7
56:18,20 57:9
57:12 58:23
59:9 60:2,15
60:18 61:8
62:3,14 63:7,8
64:24,25 66:12
66:16 67:1
68:18,19,22,23
68:25 70:2,3
73:10,11,22
75:1,12,25
76:1,2,24
77:21,22 79:14
79:18,21 81:12
82:21,22 85:21
86:8,24 87:5
87:19 89:3,5
89:19 90:12
92:3 94:3,6
96:24 101:11
101:21 102:11
102:17 103:23
104:11,20
109:18 110:3,4
110:7 112:20
114:6 115:18
118:22 121:13
122:10 123:18
123:19 124:23
125:6,15,25
126:3,8,9
129:5,6,18
130:22 131:10
131:11,13
132:22 133:23
135:6,11 136:3
136:16,23,24
137:19,20
138:19 139:2
140:4,9 147:7
150:2 151:3
157:10 158:1,9
158:12 159:22
160:2 162:12
163:25 164:14

166:20,22
170:14,19
172:25 173:1,3
173:4 174:6
176:22 179:3
180:13,16,19
181:5,6,9,18
188:6,7,20
196:9 198:13
199:14,17
200:1,2,18,20
201:23 206:18
214:1 216:22
219:24 220:10
221:13 226:20
226:21,24
228:10 231:25
232:1 234:2
236:7 237:15
246:16,23
249:10
**correctly** 15:12
18:1 27:3,8,16
40:1 52:3,11
56:17 60:17
61:7 73:21
82:16 101:20
103:22 104:3
111:2 135:5
161:6 176:21
187:15 188:19
191:14 193:25
196:5 200:17
204:3 217:2
218:10 226:18
230:8
**cosmic** 47:18,19
**cosmology** 45:1
**cost** 198:2
**costs** 88:15
169:6
**Council** 132:4
149:20 150:3,4
150:6,10,23
151:2,4,10
154:16 171:21
171:22 216:21

224:14,16,22
225:11,12
**counsel** 23:14
121:18 208:9
208:12 215:8
233:21
**count** 198:23
**Countless**
195:19
**country** 176:20
195:23
**COUNTY** 251:3
**couple** 38:9
60:12 109:4,4
123:13,15,16
123:25 124:4
141:20 176:1
191:7 197:15
226:15
**couples** 74:19
**course** 30:12
147:22 153:17
233:20
**court** 1:1 4:9
74:8,14 86:11
86:14 87:1,3
92:2 131:20
172:1,4 203:2
206:6 211:13
211:20 230:22
239:10,15,17
248:2,8,11,19
249:15,20
**Court's** 88:7
**covered** 90:18
111:9 117:7
118:15 183:24
209:8 222:3
**covers** 172:8
**cow** 209:13,14
**create** 73:12
150:18 173:5
182:21
**created** 27:6
73:9 138:20,20
162:3 235:4
249:11

creating 63:25
   139:13 230:14
creative 53:10
creator 182:24
creators 182:18
   182:19,25
   183:8 184:4
   234:15
credentials
   156:22,23
credible 59:23
   61:20 65:22
credibly 64:7
criteria 175:7
   177:9
critical 70:11
   72:3
criticism 113:24
criticisms 72:8
cross 108:20
   110:5
cross-examina...
   213:15
crowd 118:18
   125:19 139:12
   198:20
cult 5:12 65:12
   65:18 71:5
cultural 98:23
   143:10
culturally 50:13
culture 44:2
   110:1
curated 78:9
curious 97:21
   99:25
current 23:12
   39:5 181:14
   187:22
currently 56:19
   56:21,22,25
   57:1 140:23
   171:2 175:10
   195:14
cut-and-paste
   29:25
cycled 107:1

**D**
D 2:9 4:1
damage 106:4
darkness 115:4
   115:5,5
Darryl 2:4 12:2
date 11:4 12:22
   25:5 34:22
   36:8,8 39:2,16
   86:4 87:13
   181:17
dated 5:16 6:24
dates 23:22
dawns 212:12
day 41:13 54:23
   202:19 251:22
daycare 91:19
days 201:1
dbaker@b-s-...
   2:7
deal 46:9
dealing 48:13
deals 46:11
death 49:4
debauchery
   103:18
deceased 73:19
December 4:24
   34:11 35:14
decentralized
   142:11,13
decide 99:6
   195:25 198:6,8
   237:17
decided 55:25
   83:4 105:9
   120:19 209:4
   240:10
decides 17:22
   21:7
deciding 244:13
   244:22
decision 70:11
   82:11 87:1,3
   92:2 131:23
decisions 149:19

159:12
decline 227:5
Declined 226:19
decorum 147:3
dedicated
   195:22
dedicating
   244:10
deductible
   187:14,18,19
   188:18,23,24
   190:15
deem 214:24
deep 97:13
deeply 82:10
   113:5 198:4
defend 176:20
Defendant 1:14
   2:14 3:1 10:8
   11:15,17,19
   12:20
defendant's
   239:10
defense 85:6
   131:5 247:17
defer 45:7 49:18
   51:13
deference 21:24
   35:11 41:3
   46:12 47:11
   52:22 232:19
   243:15
define 82:15
defined 148:25
definitely 26:13
   44:1 74:24
   201:3
degree 30:18
   48:16,22
deliberate
   150:10 200:15
deliberated 40:6
deliberating
   38:17
deliberation
   22:4 42:21,24
deliberations

244:9
deliberative
   231:22
deliver 86:23
delivered 69:9
delivery 117:9
demand 193:23
   242:13
demanded
   224:14
demanding
   197:5
demands 208:21
democratic
   149:23
demonstrably
   185:23
demonstrate
   59:16
demonstrated
   21:10
denied 18:15
denies 239:10
denigrating 82:9
deny 136:6
Department
   10:11
departure 128:7
dependent
   235:14
depends 99:13
   155:1
depicted 109:2
   127:10
deponent 213:15
deposed 13:15
deposition 1:16
   4:8,14 10:5
   11:1,5 13:8,12
   14:12 76:24
   165:18,22
   211:16,17
   214:22 249:25
   250:2
depositions
   13:19 14:1,3,6
   14:9 211:13,19

213:1,7 215:2
deprivation 46:2
derision 113:21
derived 184:4
describe 110:9
   110:11 111:20
   117:1 233:5
described 149:9
   161:2 233:10
describes 136:25
description 4:12
   5:2 6:2 7:2 8:2
   9:3 124:11
   136:23 164:24
desecrated
   81:12
desecration
   78:11
deserving 48:3
design 21:20
   43:10 109:13
   135:18 138:24
   242:7
designate 148:4
   149:24
designated 13:6
   128:17
designation
   148:15
designations
   148:24
designed 132:20
desire 65:18
   242:4
desired 104:18
desires 27:14
despite 79:23,25
   83:3 195:11
   229:8
detail 135:8
determine 222:6
determined
   242:9 243:11
   243:19
determining
   229:24
Detroit 6:24

8:18 107:8,24
109:4 117:14
117:21 126:21
127:25 128:4
128:22 220:23
**develop** 240:23
**Devil** 28:25
**devised** 161:25
**devoted** 97:16
**dialogue** 43:22
**diametrically**
131:7
**dictate** 43:20
**dietary** 43:17,20
44:10
**DIETZ** 1:7
**difference** 87:13
135:1 238:3
245:13
**different** 38:10
43:2 58:20,21
80:19 92:21
96:20 97:7,8
97:11 122:9
140:11 142:1
171:6 184:19
185:11 189:1
236:24 240:15
**differently**
188:2
**difficult** 47:3
135:21 151:20
207:14
**difficulties** 66:3
**difficulty** 105:8
**dignity** 47:24
48:3 147:3
**direct** 71:3,8
120:1,6 239:5
251:9
**directed** 114:4,9
120:12 151:24
**directing** 30:12
**direction** 33:20
120:13
**directions**
105:16

**directly** 47:17
74:6 139:15
163:11
**director** 162:11
166:25 173:3
**directors** 158:14
159:20 162:14
167:24 173:17
181:4
**dis-** 245:3
**disadvantaging**
174:13
**disagree** 42:18
45:22
**disapprove**
130:16
**disburse** 183:25
**disbursed**
139:15 161:12
**disbursement**
169:11,16
189:13
**disbursements**
169:13
**disbursing**
204:7
**disclose** 241:14
**disclosure** 197:5
**disclosures**
159:24 160:4
163:18 173:23
181:10,16
196:3
**disconfirmed**
41:11
**disconnect**
186:15
**discovery** 239:9
**discrete** 38:6
149:11 171:21
180:22 202:5
233:9,17
248:24
**discrimination**
21:6 69:7 92:9
92:15 199:20
199:24 242:19

247:10
**discriminatory**
21:11 242:22
243:9,13
**discuss** 84:3
150:8 244:13
**discussed** 93:21
245:2
**discussing** 40:4
147:5 240:10
**discussion** 43:10
52:19 69:15
200:4 215:19
215:23 220:20
221:16 222:24
245:1 249:19
**discussions**
21:17 199:11
240:12,15
**disengaged**
169:19
**dismantle**
230:14
**dismissed**
193:24
**disparage**
154:15 193:5
**disparate** 46:1
**dispel** 67:20
230:21
**dispense** 175:7
**dispersed** 150:7
**displayed**
108:21
**dispute** 23:24
**disqualify** 51:9
215:12
**disrupt** 105:6
**distinct** 64:17
170:25 171:19
**distinction**
64:10,15 78:12
88:1
**distributed** 29:2
**distributions**
161:3,9
**district** 1:1,1

91:5 92:14
99:8
**districts** 91:12
91:19 92:21
**disturb** 98:16
**disturbed** 98:19
**disturbing** 98:20
98:21,24
**diversity** 69:12
192:11,25
193:21 194:4
194:25 195:3,6
**diverted** 200:6
**dividends**
237:11
**divine** 40:15
**Divinity** 84:16
**division** 1:2
188:25 189:17
**divisive** 67:20
**DJs** 112:13
**doctrine** 91:8
**document**
170:22 175:25
246:13,22,23
247:1,3,6,12
**documentation**
171:15 177:18
**documented**
28:25 29:2
194:9 197:10
**documents**
171:9 172:21
**Doe** 8:9 205:22
206:13,24
207:3,10,12,21
207:23 209:14
**Dogmas** 134:23
**dogmatic** 232:8
**doing** 29:15
69:20,21 72:10
74:6 75:6
83:16 92:15
106:3,17
120:16 128:25
129:11,16
146:8,8 147:24

147:25 149:9
150:16 155:1,2
167:18 198:22
217:19
**dollar** 209:21
229:14
**domain** 73:9
**domains** 156:6
**domination**
61:16
**dominion** 27:12
**donate** 7:23
167:5 188:12
188:16 195:9
196:7 197:24
198:8,10,15
201:21,24
242:4
**donated** 167:12
195:13,15
196:11
**donating** 174:23
**donation** 189:17
189:23,24
242:21 245:7,9
245:17 247:16
**donations**
161:18 188:18
188:23 189:12
190:4 197:23
198:6 201:6
202:17 204:6
229:2,7 243:15
**DONNA** 1:3
**donors** 161:19
218:7 245:8
**door** 110:18
**dot** 189:1,1,5,7
189:16,16,16
189:18,20,21
189:23,23
190:5,9,12
229:8,9
**doubt** 23:24
138:16 222:8
**Doug** 1:9 13:1
57:10 157:24

162:10 164:14
168:13,25
170:3 173:17
180:18 181:4
239:4
**Doug@proces...**
158:7
**Douglas** 1:18 4:5
10:6 11:6
12:12,24 173:2
251:7
**Dozens** 195:22
**Draco** 223:13
**draft** 16:22
**drafted** 25:16
31:23,24 35:4
**drafting** 17:1
**draw** 46:21
153:14
**dressed** 118:19
119:18
**Drew** 82:1 83:3
**Drive** 2:5
**due** 34:24
131:19 189:6
**dues** 155:25
**duly** 12:13

———————
**E**
**E** 2:1,1,4 4:1,11
5:1 6:1 7:1 8:1
9:2
**e-mail** 2:7,12,19
2:23 3:5,12
51:12 105:11
105:13 158:7,8
**e-mailed** 20:15
22:14 51:7
**e-mails** 50:21,24
**E-signature**
166:21
**earlier** 91:21
210:3 230:3
246:9
**early** 69:20
91:20
**earn** 59:14

**Earth** 32:23
80:7
**EASTERN** 1:1
**easy** 189:12,13
**economical**
88:12
**edification** 80:4
**edit** 156:21
**edited** 94:9 95:2
**editorial** 156:9
**editorially** 157:8
**editors** 157:12
**EDT** 128:1
**educational**
160:25
**effect** 17:2 89:25
99:11 129:3
**effective** 99:14
**effects** 96:11
**effort** 132:11
**efforts** 132:20
133:19 162:8
176:19 187:13
245:21
**eight** 212:1
**either** 20:6,6
35:12 57:16
58:9 76:3,10
93:11 98:10
105:5 117:11
118:15 130:5
136:19 144:22
150:19 176:8
185:16 207:2
**elements** 95:8
97:9 135:16
**elevate** 199:18
**Eliphas** 134:22
136:22
**embraced** 27:19
**embracing**
119:6 124:22
**emerge** 63:17
**emerged** 185:15
**emergency** 18:9
242:13
**emergent**

149:13
**emerging** 50:3
136:17
**Emma** 199:2
**empathy** 39:24
48:3,16 82:20
82:24
**emphasize**
114:14
**empirically-in...**
232:21
**employed**
251:15
**employee**
251:15
**employees**
232:24 233:6
234:7,8,15
235:16,18,22
237:22
**enact** 17:24
132:22,23
133:20
**enacted** 18:5,22
19:4 20:1
**enactment** 82:12
**encourage** 82:20
**encouraging**
82:24
**ended** 75:19
80:21 178:4
**endorsed** 91:4
**ends** 127:1
**enforce** 239:15
**engage** 21:5 22:4
83:9 84:2
90:19 92:14
146:24,24
167:22 168:10
168:17 169:2
183:22 186:20
242:19
**engaged** 51:4
53:12 83:6
144:22 146:7
147:23 168:4
171:24 172:4

191:20 232:15
**engagement**
83:4
**engaging** 53:4
74:6 80:2
**enlighten** 140:13
**enlightening**
30:20
**ensure** 44:4
193:22
**entailed** 105:10
**entered** 137:18
**entertain** 106:18
**entire** 45:16
194:14 239:8
**entirely** 50:5
125:23 154:21
194:12 222:4
**entities** 64:17,18
167:25 168:18
168:20 182:6
185:15 186:12
228:14 233:2
235:19 248:24
249:11
**entitled** 5:24 6:4
8:15,17 85:12
239:14
**entity** 137:24
138:9 139:10
139:19 140:1
140:14,14,23
141:3 162:7
173:13 178:13
178:13,14
180:22 182:17
183:18 233:10
**envelope** 118:9
**envelopes** 102:2
**environment**
53:11 113:7
143:10 147:24
230:14 243:1
**envision** 136:20
**equal** 64:4 66:4
**equally** 245:17
**equitable** 140:14

**equity** 193:22
**erect** 18:7 19:1
20:5
**erected** 18:10,24
19:12 244:6
**Erika** 1:10 3:20
12:9
**error** 213:18
**especially** 69:19
90:21 171:4
174:14 241:24
**essentially** 183:6
**established**
243:17
**establishment**
31:20 32:12
131:21
**esthetic** 96:1
**et** 167:24 210:21
**eucharistic**
79:17
**EUGENE** 1:7
**evangelical**
90:15 91:3
**Evangelism**
90:16
**evening** 55:21
**evenings** 52:15
**event** 6:17,20,21
6:23 79:23
82:10 83:22
84:4,10 104:12
104:17 105:5,7
105:9,11,12,16
105:23 108:21
108:22,25
109:12 110:3,6
110:8,14 113:4
113:16,22
116:23 117:7
118:4 121:12
126:2 145:3,14
145:24 146:15
146:23 147:16
147:19 194:20
197:16
**events** 55:6,21

55:23 110:25
111:13 146:25
150:10,18,20
152:18 154:25
155:6,8 195:11
**eventually**
232:13
**everybody** 67:5
133:8 147:22
**evidence** 41:13
50:3 51:16,18
194:9 197:10
211:24 213:17
232:9,20
**evil** 47:18,19
**evolution** 35:18
36:9 148:22
**evolve** 149:7
**evolved** 148:24
**ex-Catholics**
83:13
**exact** 19:21
239:25
**exactly** 89:12
141:8 203:25
234:21
**examination** 4:6
4:7 12:16
213:14 246:7
**examine** 100:8
**examined** 12:15
**example** 58:25
133:20,23
165:15 167:23
169:6 213:24
**excess** 204:4
**excite** 146:18
**exclusive** 104:1
104:9 114:1
132:5,13
133:17
**exclusively**
160:25
**excuse** 12:20
81:14 167:3
168:12 170:16
236:12

**executive** 148:1
148:3,4,7,10
149:2,5,12,14
149:16 150:1
154:15 159:12
**exempt** 89:24
161:3 163:9
164:9 165:4
166:1,5,14
170:17 174:5
174:12 176:15
176:24 177:10
177:13,22
178:4,7 179:8
185:22 186:1
186:11,19
188:5 189:24
190:3,7,9,10
228:18 229:2,3
229:5,8,12
230:7,15,18,21
230:25 231:2,7
231:12,14,16
231:18
**exempted** 15:10
15:15
**exemption** 89:10
89:21 90:2
163:4 207:18
207:20
**exercise** 149:22
225:5
**exercises** 157:8
**exhibit** 5:5 6:11
6:16,18 7:20
8:14,19,23 9:6
13:10,11 14:18
14:20,24 23:15
24:2,3 25:10
25:12 31:4,7
34:7,9 36:20
36:23 38:20,22
51:21 54:24
56:9 60:6,7,8
70:13,15,16,17
71:11 72:19,21
78:16,19,25

79:2 81:21,22
84:24 85:2,3,8
85:10,11 86:22
87:6,8 100:14
100:15 102:5,6
102:7 103:3,6
104:21,23,24
108:11,12,13
116:18,19
121:3,4,5
127:4,6,21,23
134:6,8 137:7
137:9 157:18
157:19 160:13
160:14 164:4,6
170:7,9,11
175:14 178:20
178:22 180:3,5
186:25 187:3
188:8,10 193:8
193:9 198:24
199:1 204:14
204:15 205:18
205:20 210:2,4
216:7 218:21
218:22 220:11
220:13,19,21
222:17,18
223:2 226:6,7
227:25 228:2,5
247:2 248:5,6
248:8,21
**exhibits** 4:13 6:6
137:15 175:16
**exist** 67:15
**existed** 23:22
27:22 99:25
**existence** 41:8
44:24 47:18
49:12 182:14
**exists** 143:23
**exogenous** 144:5
**expect** 42:18
49:18 50:1
146:18,20
**expectation**
146:22

**expelled** 44:8
**expenditures**
159:24 160:5
163:23 173:24
181:11,16
**expense** 68:3
**expenses** 139:12
167:6,12,17
169:8 201:25
236:22 237:2
**experience** 8:10
8:13 124:25
205:23 216:13
**experienced**
169:15
**experiment**
152:7
**expert** 88:16
**experts** 249:3
**explain** 28:7
42:2,2 119:20
135:8,8 196:11
**explicitly** 21:10
35:19 44:12
75:9 90:22
243:8
**exposed** 83:12
83:18
**exposures**
163:19
**expressed**
113:22 114:3
**expression** 21:8
21:25 242:20
243:10
**extent** 129:19
**eye** 114:23 115:1
115:2,3 116:1
116:6
**eyes** 111:3,7
112:1 177:4

————————
**F**
————————
**face** 28:2 65:25
69:5 70:9 72:8
75:18 177:21
178:2

**Facebook** 71:16
72:4
**faced** 22:7 66:3
**facets** 184:19
**facilitates**
101:16 102:14
**facing** 124:7
143:17 150:9
**fact** 74:3 84:4
88:20 96:3
113:16 121:8
145:23 177:19
192:21 194:6
194:12,14,23
195:15 197:12
197:19 200:5
200:10 208:2
224:1 230:23
245:4,10
**factors** 144:6
**failure** 21:3 22:3
**fair** 43:14 54:19
62:6 88:5
119:1 190:17
**fairly** 246:1
**faith** 48:10,19
48:22 49:2
63:22 211:20
**faith-based**
64:13,14
**fall** 35:22 49:1
**falsification**
48:15
**falsity** 222:6
**familiar** 23:17
112:8 115:15
116:24 127:20
136:22 205:25
206:13 221:4
223:7
**familiarity**
205:15
**fan** 231:5
**fans** 138:17
**far** 33:24 45:9
49:14 65:24
121:22 136:19

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

147:13 148:25
152:12 174:25
177:12 195:16
197:12 209:20
219:21 220:2
221:25 240:22
**fashioning** 129:9
**Faust** 83:4
**Faust's** 82:2
**favorable** 84:6
**fear** 47:14
194:10
**feast** 61:2
**February** 5:23
6:3 20:16
22:15,20 24:22
24:24,24 58:25
60:19 85:11,25
86:7 87:9,16
87:23 157:22
187:7 188:12
188:13 194:2
195:1
**federal** 152:8
171:12 179:8
210:25 211:20
213:8,10,16
**Federation** 7:7
137:12,21,23
138:1,9,11,15
139:10,23
140:8 141:1
157:21 158:10
158:13,17,20
159:23 160:4
161:13 165:10
168:13,23
171:1 178:16
182:7,12 185:5
185:10,14
228:23 234:10
235:15,16
**fee** 54:24,25
**feedback** 112:5
**feel** 21:5 41:12
68:8 83:14,20
88:14,21 91:8

93:22 130:24
131:4 142:5
143:18 144:1
145:23 149:10
152:14 207:1
215:25 243:17
**feeling** 46:16
177:17 186:15
232:11 243:14
**feelings** 45:10,20
**fees** 155:25
200:25 202:14
**fellow** 126:20
**felt** 40:7 47:5
69:10 80:1
83:10 88:22
91:23 95:10
100:1 105:4
113:22 119:24
129:21 138:5
138:24 174:8
177:2 207:13
232:6 245:8
**fetal** 89:8,11,14
89:19
**fifth** 27:10
**fight** 51:4 231:9
231:9
**fighting** 8:21
88:13 223:4
**figs** 61:2
**figure** 134:25
188:1
**file** 58:19 89:7
89:17,18 90:3
102:19 116:14
118:8 157:22
166:13
**filed** 14:25 59:5
59:8 160:16
164:10 170:12
178:24 180:8
181:13,20
199:19 207:20
**filing** 58:17
89:20 202:14
204:10 213:21

**filings** 171:12
174:1 181:21
**filled** 91:21
162:19
**fills** 233:25
**film** 6:14 29:2,4
29:15 64:1,1
64:11,19 65:10
65:14,24 66:9
75:18 80:19
104:25 141:25
194:18
**filmmakers**
182:19,19
**Films** 29:3
**final** 108:23
**financed** 174:21
198:19
**finances** 149:25
169:16 180:24
181:24 192:1
**financial** 158:18
158:21 159:3
163:15 167:22
168:5,7,10,17
169:2 173:20
181:8 183:22
190:22,25
196:3 197:5
218:5,12,14
239:2,2 248:23
**financially**
182:11 207:15
251:16
**financing**
174:17 191:15
191:21
**Fincher** 3:17
11:23
**find** 17:7 20:19
20:25 21:2,3
22:10,22 23:2
23:9 28:3
30:16 31:13
43:6 44:6 52:1
69:12 72:6
75:11,15 98:20

98:21 193:6
217:17
**finding** 31:14
145:23
**fine** 102:1,4
146:16 248:20
**finite** 130:4
**first** 2:21 12:13
15:7 25:5
26:25 30:2
43:17 53:18
60:13 63:25
73:15 77:24
103:16 105:14
105:15,17
106:6,14,20
107:7,17 108:3
108:18 110:23
110:24 111:5
128:11 131:2
134:15 137:11
137:19,23
141:22 157:24
160:22 176:1
180:10 199:7
199:10 204:19
216:24 224:16
241:11 242:2
242:24
**fit** 21:19 97:16
138:24
**five** 92:24
211:25
**flip** 121:7,21
**Flipcause** 9:9
189:14,18
200:23 201:7
202:3 203:11
203:17 246:16
247:7
**floor** 19:18
145:7
**Florida** 66:5,8
67:1 68:15
71:6
**fluid** 142:13
148:19

**fluidity** 148:23
**flying** 236:24
**focus** 64:12
**focused** 44:2
200:12
**focusing** 16:12
**folder** 72:13
90:6
**folklore** 80:6
**follow** 44:5
60:20 77:24
91:7 197:21
198:19 233:6
**followed** 171:2
195:20
**following** 42:13
62:19 86:4,25
213:5
**follows** 12:15
**food** 43:17 44:11
**foods** 61:3
**fool** 130:3
**for-profit**
186:14,20
228:21
**foregoing** 251:5
**foreground**
117:16,20
**forever** 214:19
**forget** 13:21
181:1
**form** 7:10 89:13
92:25 96:20
133:24 168:15
199:15 207:18
210:13 211:18
212:15
**formal** 31:19
60:5 77:1,4
111:13 125:19
129:11 130:15
138:9 153:10
**formalized**
149:2,3
**formally** 63:18
78:13
**formatting** 39:9

39:10
**formed** 225:13
**former** 82:3
190:21,24
192:5,14,15
216:17,20
222:3
**formerly** 191:13
236:17
**forms** 107:5
**forth** 40:6 133:6
**forum** 242:10
245:18
**forward** 83:21
113:23 152:21
157:17 162:20
176:19 208:23
208:24 225:8
240:11
**forwards** 95:22
97:5
**found** 32:18
47:5 131:20
142:11 229:8
**FOUNDATION**
1:6
**founded** 62:11
63:19 141:23
142:2
**founder** 74:20
**founding** 64:19
**four** 57:8 90:23
124:1 182:6
183:11 236:16
244:16
**fourth** 57:13
**frame** 77:3 98:2
**framed** 80:18
**France** 226:17
**fraud** 155:5
**freaked** 100:5
**free** 69:15 74:10
97:17
**freedom** 1:5
133:4
**FREETHINK...**
1:6

**Frequently** 5:6
38:25 39:18
**Friday** 52:15
55:3,5,21
**Fridays** 55:2,7,9
**friends** 25:25
**front** 51:21
71:19 86:21
119:10 124:4
**FTP** 189:9
**Fuck** 113:12
**full** 15:7 115:2,3
115:11,12,13
151:15 163:1,2
199:7,10
200:25 206:21
206:22 224:5
247:7,15
**fully** 139:3
**fully-formed**
224:21
**fun** 146:9
**function** 120:3
144:1 150:15
**functional**
182:15
**functionally**
148:18 183:21
**functions** 149:14
**fund** 195:16
228:17,18,20
**fund-raised**
169:10
**fund-raising**
162:2,3,8
201:14
**fundamental**
32:1,4,8,8
37:19 38:11
41:15,17 42:8
82:13 152:13
**funded** 198:20
203:24,25
**funding** 139:9
139:12 216:24
216:25 217:7
235:20 249:11

**fundraiser**
155:2
**fundraising**
155:4 164:22
**funds** 139:15
155:7 167:5,12
169:11,23
183:7,25 184:4
195:13 196:11
200:12,20
203:20 204:4,7
209:23,25
247:8
**funerals** 73:4
**funnel** 154:24
**further** 82:23
178:1 239:2,11
239:18 246:6
249:14,24
251:11,14
**furthermore**
175:2
**future** 33:20
175:8

-------

**G**

**gain** 132:13
**gained** 35:12
46:15 183:4
**gaining** 230:24
**GALE** 1:7
**gallery** 7:3 52:17
54:3 195:17
235:11
**Galloway** 87:4
92:4
**gap** 91:21
**Garcia** 3:19
11:23
**Gary** 3:2 11:18
11:21 121:21
127:3
**gary.sullivan...**
3:5
**Gather** 8:18
220:22
**gathered** 67:11

**gay** 75:7,9,10
85:6 209:10
**gender** 193:21
195:5
**general** 1:21
2:16 10:11
12:19 17:13,14
17:24 20:15,19
21:1,13 22:3,8
22:14 24:18,18
79:20 96:7,9
99:14 173:12
192:9 195:3
200:11 203:17
204:5,6 228:17
228:18,20
232:5 242:17
243:20
**General's** 2:16
12:21
**generalized**
193:2
**generally** 65:14
69:18 81:12
113:23,24
149:21 220:6
226:3 229:20
238:7
**generate** 38:1
169:24
**generated** 69:24
79:24 181:25
181:25 183:2,9
189:9 202:17
228:20 229:21
234:9 238:7
**generates**
233:11
**generating**
80:21
**generic** 26:1,2,4
26:7,10,13,17
26:21 29:21
38:15
**genital** 136:4,7
137:1
**genitalia** 136:18

136:20 137:6
**genitals** 136:9
**gentleman**
249:20
**gentlemen**
117:10
**George** 63:22
**Gerry** 215:6
**gesture** 119:10
**gestures** 120:8
**getting** 22:7
105:4,20
123:13 125:14
199:11 200:4
224:24 230:18
**Gillispie** 2:9,9
11:25,25
**Gilpin** 82:2
**girl's** 98:11
**give** 25:4 34:3
43:15 45:24,24
88:10,11 91:10
114:11 143:21
150:19 152:2
156:23 175:15
177:2 201:10
**given** 50:8 88:23
91:1 105:16
106:2 111:6
120:13 133:16
143:10 146:23
151:8 197:9
200:9 232:12
**gives** 45:19
90:25
**giving** 47:8
105:13
**glad** 68:24 69:1
69:1,3
**go** 13:11 25:2,3
33:10 38:13,22
38:23 48:20
59:13 66:18
70:14 71:10,12
71:21 72:14
86:14 89:16,25
91:7,11 97:13

102:21 105:13
106:4 110:13
114:25 118:5
118:11 127:2
132:21 133:6
133:25 134:3
140:18 143:17
156:17 168:16
170:8 175:15
181:23 184:14
184:16 188:21
188:23 190:14
197:3 202:1,6
204:5,6 208:22
208:23,24
209:16 222:19
228:13,13,14
229:3,11,24
230:2 240:11
241:8
goal 143:24
goals 41:9 143:7
   147:13,16
   159:6 180:24
   192:7,11
goat 134:22
God 27:1,5,11
   27:14 28:8
   36:2,13,15
   132:14 212:1
goes 152:12
   155:3 156:15
   190:13 196:1
   197:8 206:4
   211:12 228:17
   237:7
going 19:7,8
   20:7 21:9
   35:17 38:22,23
   43:6 48:6
   55:18 56:4
   66:19 71:17
   77:14 78:18
   81:22 83:9
   84:18,22 85:1
   86:16 94:15,16
   102:23 103:4,6

105:22,23
108:12 116:12
117:2 125:5
126:4,24
130:13 140:12
141:14 143:4
149:11 157:17
157:19 162:14
164:15 167:18
174:15 175:15
178:21 179:23
188:25 189:3,3
190:15 191:16
192:13 200:3
203:16 208:24
210:14 211:21
211:21 212:18
212:21 213:20
214:23 222:22
225:8 231:20
238:19 239:1
240:5
good 11:10 34:4
   39:17 47:18,19
   47:20,23 90:10
   90:13,15,18
   91:11,13,18,21
   91:24 92:2,12
   95:10 108:7
   115:2 121:23
   157:15 239:21
Google 151:7
   206:19 217:16
gosh 181:1
gotten 19:3
   243:4,23
governance
   171:9 172:21
Government
   21:7 69:7
   152:8 177:5
   188:17 231:10
   242:18 243:11
Government-...
   160:8
governments
   135:3,10

Governor 66:14
   67:21 68:5
   70:11 85:6
governs 153:6
grab 87:14
   127:3
grabbing 102:3
grabs 87:15
   228:6
granted 176:14
   178:7
grasp 83:25
gratifying 67:7
grave 68:9 73:19
   74:19,21 78:11
   80:15
great 68:9 70:2
   70:5 115:5
Greaves 1:10
   12:25 67:6
Greece 5:24
   85:12,18 86:24
   87:4 92:4
green 2:9 150:19
Greg 57:14,15
   58:6
Greg's 57:15,21
GRIDER 1:8
groin 136:2,16
grope 119:3
groping 125:5
   144:16 147:11
ground 176:25
grounds 15:11
   15:22 16:3,24
   17:21,23 18:4
   18:14 20:3,24
   21:14,15,24
   22:6 90:19
   130:20 131:8
   131:17,19
   132:6 133:5,13
   133:21,22
   135:4,12
   146:19,21
   177:2 240:8,21
   240:24 241:3

241:17,20,24
242:1,3,5,6
243:6,7,11
244:1,11,15
245:5,11,15
group 52:17
   57:18 64:7
   66:3 91:16
   92:13 108:3
   129:12 150:4
groups 69:9 92:5
   92:7 192:12
   193:1 196:2
grow 157:2
growing 143:11
   189:19
guess 25:3 28:8
   61:1 82:19
   87:14 97:10
   107:8 111:20
   119:23 126:6
   127:1 131:22
   138:23 139:23
   147:23 157:4
   167:13,16
   189:9 206:21
   214:14 223:22
   227:24 228:20
guessing 61:15
   61:17 93:16
guidance 43:15
   45:12,20,24
   47:2 143:15
   150:17
guide 46:12
guided 41:12
guidelines 44:5
gut 174:15
guy 117:12,13
   117:14,21
   125:19 126:19
   139:14
guys 109:4 208:5

───────────
         H
H 1:7 4:11 5:1
   6:1 7:1 8:1 9:2

Hail 29:2 194:18
halfway 134:15
Hall 5:24 85:13
   85:18
Hallow 107:14
HALLUM 3:21
hand 78:18
   81:22 85:1
   98:11 103:6
   108:12 119:10
   121:5 127:23
   157:19 164:6
   178:22 251:22
handed 216:6
   223:2
handing 13:11
   14:20 24:3
   25:12 31:6
   36:22 38:24
   60:8 72:20
   79:2 85:10
   87:8 100:15
   102:6 104:23
   127:5 134:8
   137:9 160:14
   180:4 187:3
   188:9,10 193:9
   199:1 204:15
   205:20 210:3
   218:22 220:13
   222:18 226:7
handle 129:17
   147:2 212:25
Hangouts 151:7
happen 47:20,23
   145:20 146:6
happened 38:8
   38:13 110:14
happens 228:15
happy 65:18
   98:7 233:6
harbors 37:8
hard 98:2
   140:10,10
harm 80:16
   105:6,25
harming 146:9

**Harvard** 5:19
79:11,13 80:8
81:23 82:1
84:16
**hat** 71:18 164:17
164:19 170:3
**Haxan** 80:19
**HB1273** 17:18
17:21
**head** 107:24
118:17 128:4,5
128:21 216:18
225:23,24
**headed** 107:13
**header** 247:12
**heading** 39:23
56:11 216:23
226:16
**headings** 227:8
**headquarters**
52:9 54:6,14
55:23 235:13
**heads** 128:25
148:12 154:6
154:14 193:20
194:3 204:9,13
225:23
**hear** 5:11 27:13
71:4 98:7
203:3
**heard** 65:3 68:2
108:2 144:22
144:23 145:1,2
145:8,12,13,21
146:3 241:11
**hearing** 243:25
244:7
**hearings** 244:10
**hearsay** 71:19
72:25 191:2
192:8,18
193:15 196:22
199:5 203:9
205:3 209:15
210:6,21 211:6
211:10,14
212:7,19 217:4

**heaven** 32:23
**heavily** 118:24
**hedonistic**
103:19
**held** 38:18 52:15
55:1 194:24
205:6
**hell** 91:7 214:21
**help** 54:15 182:5
182:10 183:18
185:17
**helped** 73:14
**helpful** 83:23
**helps** 83:20
**Herald** 5:10
71:6,24
**hereto** 251:10,16
**heritage** 133:7
**hero** 194:23
**High** 134:23
**higher** 159:11
**highest** 159:15
**highly** 82:10
**hired** 75:1
**historical** 82:8
227:3
**history** 34:13
133:7 171:3
227:11
**Hobby** 6:4 87:11
88:7,16,17,24
**Hofman** 223:13
225:22
**hogging** 125:7
**hold** 25:3 30:4
34:5,23 38:16
50:1,20 73:23
87:1 152:19
208:24 218:18
233:9
**holders** 103:25
104:8 105:12
110:17,18,20
**holding** 117:18
**holds** 17:22
183:9
**holiday** 61:10

**holidays** 5:8
60:9,14,16
**holy** 227:21
**home** 238:16
**homeless** 150:10
**hone** 134:2
**honest** 112:3
115:22 163:2
**honestly** 25:19
61:13,23 99:13
149:6 179:5
**honor** 67:21
68:20
**hood** 124:6
**hope** 67:23
144:11
**hoping** 105:24
138:3 153:1
**horrible** 231:6
**horror** 96:11
**hospital** 136:13
136:15
**host** 79:18,21
80:10,11,23
81:2,5,9,11
92:17
**hostage** 208:25
**hosted** 52:8
**hotel** 115:23
**hour** 91:20
238:14
**hourly** 235:9,14
**hours** 206:21
212:1
**House** 63:22
**housing** 237:5
**Huh** 15:17 112:7
**human** 27:14
44:24,25
232:12
**HUMANIST**
1:5
**hundred** 50:6
209:20
**Hundreds** 8:18
220:22
**hunt** 67:16

**hygiene** 155:11
**hymns** 53:2
**hypocrisy** 64:14
**hypocritical**
72:10

**I**

**I-N-C** 179:1
**Idalette** 74:13
74:16
**idea** 27:21,22
29:4,15 30:25
32:7 34:4 48:2
49:12 54:10
63:12 64:1,3
64:11 70:7
79:23 91:6
92:6 106:2
109:4 133:3
152:2 155:20
157:15 201:11
205:17 229:20
240:6,6
**ideas** 142:1
**identification**
13:10 14:18
24:2 25:10
31:4 34:7
36:20 38:20
60:6 70:13
72:19 78:16,25
81:21 84:24
85:8 87:6
100:14 102:5
103:3 104:21
108:11 116:18
121:3 127:4,21
134:6 137:7
157:18 160:13
164:4 170:7
175:14 178:20
180:3 186:25
188:8 193:8
198:24 204:14
205:18 210:2
218:21 220:11
222:17 226:6

227:25 248:21
**identified** 68:17
75:9 166:24
192:16 216:17
**identifies** 64:6
143:13
**identify** 84:8
142:8,12 144:2
144:3 182:20
246:2
**identities** 51:3
**identity** 45:16
47:11 50:20
69:24 142:9
**Ignis** 223:13
**ignored** 193:24
194:12 218:9
**II** 170:15
**III** 167:3,4,21
**illness** 47:13
**illuminate** 123:4
**illumination**
187:23
**image** 62:24
134:24 135:22
135:22 137:6
**imagery** 98:9
138:24
**images** 39:10
97:22
**imagination**
136:20
**imagine** 201:16
**immediately**
28:17 30:11
39:2 86:25
92:19 118:24
138:6
**impartiality**
251:19
**impede** 23:11
**imperil** 153:3
**impervious** 41:1
48:14
**implement**
194:4
**implementation**

193:21
implemented
194:25
implicit 48:2
implicitly 44:13
important 38:1
42:19 66:2
100:18
importantly
239:4
imposed 211:2
impression
90:25 159:25
163:21 200:24
improper
211:22
improprieties
190:23,25
inability 20:25
21:2
inactivity
197:15
inadmissible
211:24
inappropriate
23:5 120:21
125:21 242:21
incentives 91:14
Incidentally
109:24
incidents 193:3
220:3
inclined 99:2,15
include 91:6
99:15 154:6,8
186:14 213:22
includes 61:2
185:25
including 151:9
161:2 171:15
233:2 245:4
inclusion 82:14
inclusive 195:5
income 159:24
160:5 163:19
163:22 169:24
170:1 173:23

181:11,16,25
206:18 217:1,7
234:8 236:15
236:17 237:18
237:25,25
inconsistent
147:6,12
incorporated
95:13 137:24
140:23
incorporation
7:9,12 161:22
228:21
increases 232:12
increasing
151:13
incrementally
241:17
increments
122:17 126:25
incur 169:8
incurred 139:13
169:6 202:14
incurring
201:25
incurs 167:17
independent 7:4
137:11 144:5
independently
107:25
indicate 36:14
indicated 70:18
167:7 168:5
indicates 71:9
indicating 71:15
231:1
indication 175:7
Indiegogo
139:16
individual 41:22
101:19 102:16
117:16 156:6
169:8 172:17
186:9 204:22
205:25 206:4
233:2,17,17,22
234:3 235:6

individually
167:19
individuals 57:2
76:15,19
104:17 126:7
126:16 127:15
144:10 167:6
167:11 223:17
224:7,11,19
225:5,15
indoctrinated
98:22
indoctrination
83:11
infiltrated
113:18
inflammatory
194:19
influence 37:14
77:12
inform 33:20
informal 60:2
224:24
information
25:18,20 28:1
32:17,18 107:6
156:17,20
178:1 212:20
218:6,12,14
219:3 221:1
229:25
informative
32:11
informed 207:13
207:18
inherently
242:22
initial 93:7
178:3
initially 241:11
Initiative 6:5
87:11
initiatives 63:23
64:14 143:15
input 53:10
inquiring 166:4
inquiry 97:17

160:9
insight 40:16
41:1
insisted 75:21
insistence 77:5
203:24
insistent 63:3
insofar 21:18
156:14
install 132:11
installations
103:21
instance 197:4
198:20 219:15
219:17 221:7
instances 132:12
222:11
instruct 239:14
instructed
120:17
instructing
213:4 239:17
240:1
insult 68:9
integrity 21:23
intellectual
153:25
intended 62:25
68:4,6 98:16
106:5
intending 81:1
intention 89:7
89:10
intentional
124:15
interest 33:9
69:21 97:25
98:13 166:6
173:15 182:22
251:18
interested 32:11
56:13 226:14
241:15 244:21
251:16
interests 141:2
231:17,18
interfere 51:14

interject 208:7
215:18
intermediary
104:14 139:17
189:11 190:5
internal 44:2
150:10 161:4
171:11,14
172:7
international
143:5
internationally
45:15 150:7
interp- 164:1
interpretation
41:22 42:17
44:14 48:11
214:11 239:13
interpreted 68:2
interpreting
89:12
Interrogatory
239:12
interrupt 77:15
interrupting
84:19
interspersed
111:16
intertwined
135:24
intervals 55:1
intervene 27:6
Intervenor
184:7,17
Intervenors 1:9
3:8 12:5,7 15:1
Intervention
4:15
interview 223:3
223:7,21,24,25
224:3,4 226:1
interviewed
223:13
interviewing
129:20 148:11
interviews 74:2
128:24 152:5

The Satanic Temple 30(b)(6) 3/10/2020        Donna Cave, et al. v. John Thurston

Page 269

**introduce** 11:12
90:9
**introduced**
242:13
**introducing**
103:19
**intuition** 49:22
**invert** 97:6
**inverted** 108:20
110:5
**investigation**
28:6
**inviolable** 48:7
74:9,10
**invite** 83:25
**invites** 103:17
**invocations** 69:8
87:2
**invoices** 198:18
**involve** 74:18
79:21
**involved** 25:22
25:23 28:12
30:3 33:1,6
145:18 203:15
**involvement**
25:17 26:11,14
30:17
**involves** 79:17
**involving** 92:2
**irrelevant** 29:22
212:20 213:24
214:22,24
**IRS** 31:15 163:3
166:13 171:4
175:6 176:14
177:6,9,14
181:20,21
187:22 188:2
**isolate** 240:9
**issue** 44:17 46:3
47:21 115:22
140:25 166:18
192:13
**issued** 31:14
78:15 81:23
**issues** 42:19 43:3

43:11 49:6
52:19,21 85:5
150:14 191:21
**italicized** 36:1
37:3,6
**item** 128:18
148:9 187:23
**items** 9:7 24:7
24:21 70:10
76:23 155:10
228:8,12
233:17

**J**

**James** 161:24
173:9
**January** 4:19
25:14 27:18
28:18 33:3
60:12 71:7
**Jarry** 25:24
26:18,21 30:15
34:17 40:12
63:5,6 158:15
168:14 169:1
169:12 219:2
228:15 231:24
236:12 244:12
**Jarry's** 220:2
**Jesus** 80:23
**Jewish** 50:10,13
50:14
**Jex** 6:25 127:25
128:3,14
130:11 148:10
148:20 193:10
194:6 220:25
221:11
**JOAN** 1:7
**John** 1:14 12:20
**Johnson** 174:16
230:4,8,10,19
**Johnston** 74:13
74:17
**join** 103:17
209:10
**Joseph** 29:1 84:5

**Josh** 11:25
**josh@greenan...**
2:12
**JOSHUA** 2:9
**journalists**
226:3
**judge** 31:13
215:12
**judgment**
213:21
**JUDITH** 1:3
**July** 5:14,16,18
6:9,24 25:3
72:23 73:23
78:23 79:4
87:14,19
100:17,19,23
101:1 102:8
127:24 128:1
128:15 130:12
221:19
**June** 85:16,16
86:2
**justice** 8:3 41:5
45:4 48:15,21
193:12
**justification**
48:15
**justify** 88:23
89:1 184:19

**K**

**Kansas** 73:3
**karma** 46:6
**keep** 57:17
113:6 141:6,6
152:17 172:2
172:16 183:7
183:18
**keeps** 199:11
200:4
**kept** 114:13
141:8 161:21
184:2
**Kezhaya** 3:9,10
3:10 4:7 12:4,4
12:6,6,9 70:18

70:21,23 71:2
71:10,14 72:25
77:14 84:18
92:25 133:24
140:16 164:15
165:2,11,24
166:7,12
168:15 169:7
170:2 184:10
184:14 189:25
191:2 192:8,13
193:14 196:12
196:17,20
197:3 199:4,15
202:25 203:4,8
205:2 208:7,10
209:15 210:5
210:16,23
213:12 214:10
214:17,20
215:18 220:8
220:14,18
222:2,19
238:14 239:1
239:21,23
246:8 247:6,25
248:4,7,9,16
248:22 249:14
**kicked** 197:14
197:17
**kids** 97:20
**kill** 105:7
**kind** 16:21 21:22
21:23 27:22
29:4 40:13,13
40:15,16,24,24
41:6 42:21,24
42:24 43:8
44:1,7 45:24
48:13 52:21,23
52:25 53:8,10
59:20 62:24,24
64:3,11 69:15
69:23,24 72:7
75:17 77:9
80:6,16,20
83:16,19,21

91:15 95:24
97:3,4,14,19
97:24 98:2,22
98:22 99:5
100:6 106:1
110:13 112:6
113:6 120:13
127:14 128:17
129:12 130:15
137:24 140:19
142:10,12,14
143:14,16,24
148:17 149:13
152:4,6,9,10
153:13,14,18
153:21 157:2,3
157:8 158:23
159:11 161:20
162:19 163:10
164:3 173:8
175:19 183:4
184:18 185:3
185:19 189:12
189:19 190:3
230:24 232:5
232:13,14
236:18 243:17
244:18
**kinds** 42:22 44:6
69:11,17,22
97:9 147:21
148:16 150:20
152:18 153:20
172:7 234:23
**kiss** 120:7
**kissing** 74:22,24
75:4,25 118:25
119:18 123:17
124:22 125:4
144:15 147:10
**Kluender** 3:18
11:23
**knew** 75:6
130:13 140:25
221:20
**know** 19:15,17
24:9 25:17,18

25:19,19 26:9
29:16 30:1,22
30:23 31:12,17
31:24 32:1,4
33:14 34:15,15
34:17,20 36:11
37:5,9,21
39:10 42:16
43:13 45:6,9
45:10 49:6,11
50:17,18,19
53:20 54:9,12
54:18 57:11,16
57:21,22 58:8
59:1,2 62:16
63:15,17 64:22
65:13 70:7
75:8,8,14 76:3
76:5,6,10,20
78:7,13 81:7
87:12 88:9
92:8,23,24
93:14 95:4
96:10,18 97:6
98:9,15 99:24
100:24 106:23
107:6,18
109:22,25
110:24 113:2,3
115:11 117:22
118:18,20,23
126:21 127:17
128:9,10,11,12
129:10 133:3,5
138:6,8 139:11
139:12,14,14
139:18 140:11
140:13,20,22
140:24 141:25
143:1 144:6,14
144:16,17,21
144:21 147:2
147:11 149:6
152:1 153:19
153:22 154:17
154:20 155:9
155:17,19,24

161:11 167:13
169:14,14,15
169:17 171:2,5
171:6,9 173:7
173:12 176:5
179:5,5,7
181:12,22
182:15 183:15
184:13 185:9
186:9,22
187:20,22,25
188:23 189:2,6
189:8 190:17
190:22 192:10
193:2 195:16
195:16 196:1
199:18 201:1
201:20 202:9
202:11,16
206:9 208:5
209:7,20 212:4
214:23 217:22
217:24 218:1
219:14 220:3
221:14,16,23
221:25 223:17
224:2,8,9,17
226:17 229:13
229:14,18
230:1 231:22
233:13,20
234:14 235:17
235:20 238:5,5
238:8 240:18
240:20 242:6
242:18 245:8
246:1 247:23
**knowable** 27:15
**knowing** 65:23
195:14 244:21
**knowledge** 13:7
39:25 59:17
63:6 76:23
141:3 181:15
181:19 207:5,6
210:10 216:25
217:5,6 224:1

224:2 225:17
232:12,21
**known** 27:15
98:18 140:1
197:18
**knows** 87:15
212:1

_____

**L**

**L** 10:18
**label** 129:11
**labor** 188:25
**lack** 17:3 91:24
149:8 192:25
192:25
**lacking** 193:3
**ladder** 159:16
**ladies** 123:13
**lamb** 61:3
**lamp** 114:23
115:1
**lands** 155:19
**language** 36:5
37:3,6 101:15
102:13 154:10
203:14 204:4
229:8
**LANSKY** 1:3
**lap** 123:16
126:20 135:23
**large** 42:19
143:11 147:3
149:17 183:16
246:1,2
**larger** 50:8
135:22 143:15
175:25 178:17
183:13 184:21
233:3
**largess** 99:7
**latitude** 146:22
**law** 3:10 68:3
89:8,13,16,19
207:19 249:4
**lawmakers**
131:23 132:21
133:19

**laws** 43:17 44:11
**lawsuit** 14:25
89:8,17,18,20
90:3 166:3
199:17,19
200:12,20
202:8,10,15
203:11,21
204:10 205:1
206:14 207:20
**lawsuits** 13:19
195:11,18,19
**lawyer** 140:17
161:15,24
173:9 184:11
**lawyers** 153:14
169:9,18
174:18 185:16
249:12
**lawyers'** 140:21
**Laycock** 29:1
84:6
**layers** 50:14
**Lea** 2:20 11:16
**lead** 69:11 232:6
**leaders** 225:20
**leadership** 93:19
94:1 157:3
172:15 193:22
**leading** 77:2
**learned** 241:18
**learning** 105:22
**leather** 118:19
**leave** 41:21 43:5
162:15 167:16
**leaving** 8:5 53:9
194:16 199:3
**lecture** 55:3
**led** 76:13
**ledg-** 23:7
**left** 73:16 101:1
117:13 119:19
122:19 191:22
**left-hand** 39:7
**legal** 23:14
57:19 140:14
140:14 141:2

149:23 150:13
153:13 158:18
158:21 159:3
163:15 173:20
176:19 181:7
194:10 195:15
195:21 197:22
198:2 202:4
203:15 204:5
208:9 228:14
233:20 239:2
246:10 247:17
247:20 248:23
249:11
**legalistic** 161:11
183:19
**legally** 59:11
**legislation** 17:10
20:20 68:10
69:23 89:14
132:1,10,22
133:1,20
241:12
**legislative** 19:3
19:17 20:8,10
21:3 22:11,23
242:14
**Legislature**
16:23 17:3,8
18:3,21 20:2
243:23
**legitimate** 80:15
175:1,4 230:22
**legitimated** 63:3
**legitimized**
31:14
**lepatterson@f...**
2:23
**lesbian** 76:2,5
**lessens** 46:16
**let's** 24:24 65:8
66:17,18 68:12
70:15 72:12,16
79:11 86:14
90:7 94:20
102:21 103:5
110:13 118:11

122:1,11
123:20 127:2
135:18 141:12
148:1 160:22
161:24 167:2
179:16 199:8
212:24 214:5
216:11 227:14
238:9 248:4,4
248:7
**letter** 68:3 89:13
194:6,14 242:2
**letters** 92:21,22
93:5
**letting** 99:24
242:17
**level** 98:13
129:13 148:21
161:21 169:15
169:18 172:16
**leverage** 6:4
87:10 88:6,10
89:2,3
**Levi** 134:22
136:22,25
**Levi's** 136:22
**LEVY** 1:7
**LGBTQ** 132:16
**liabilities** 150:14
**liability** 6:14 7:6
104:25 152:18
**liaison** 154:6
**liaisons** 171:20
**liberating** 83:16
**liberties** 247:18
**liberty** 2:21 8:21
69:6,22 101:19
102:16 131:2,6
132:4 133:4
195:11 223:5
**Library** 9:4
226:10
**Lic** 1:25 251:25
**licensing** 153:23
**lie** 194:15
**lies** 222:13
**life** 44:25,25

45:16 49:4
232:6 236:8
**light** 115:2,4
150:20 186:17
**lightly** 29:24
**lights** 121:21
122:20 123:3
124:4 127:3
**limit** 132:15
**limitation**
239:15,16
**limited** 7:6,9,11
47:12 160:16
161:10 165:12
165:21 200:21
242:10 245:18
**limits** 49:20
247:19
**line** 31:12
106:18 107:1
137:19 142:2
152:3,19
188:16 193:19
205:9,9 216:24
**lines** 85:18
223:12
**link** 118:1
**list** 14:15 16:13
16:14,17,18,20
43:12
**listed** 13:7 76:23
157:25 172:24
173:2 180:11
180:17 226:16
**listening** 212:18
**listing** 163:22
**lists** 16:13 37:16
162:10
**literary** 226:22
227:8
**litigating** 23:7
209:18
**litigation** 13:23
22:25 23:12
88:12 184:7
208:18 209:3
209:21,24,25

**little** 1:22 2:6,11
2:18 3:4 10:12
33:14 46:22
91:14 116:8
122:1 132:19
135:18 167:7
168:1 187:10
188:16 211:22
245:13 246:3
**live** 108:24
**LLC** 7:7,19
137:13,22
140:3 157:21
158:10 161:17
168:12,23
180:8 182:3,25
**loaded** 40:24
**loans** 167:23
**loathe** 135:9
**Lobby** 6:4 87:11
88:7,16,17,24
**local** 93:19
143:16 150:5
151:18,19,21
151:23 152:10
153:7 154:24
154:25 155:8
155:14,25
156:19 157:9
**locate** 76:15,18
**location** 105:13
**locust** 98:10
**logging** 156:14
**login** 24:18,18
156:16,22,23
**logo** 153:24
**long** 33:15 51:14
114:14 119:4
137:2 201:16
215:2
**longer** 88:23
122:2 128:6
182:16 223:19
**look** 15:4 17:19
19:6 20:13,18
24:21 35:24
36:1 37:2,10

37:15 39:21
51:20 52:5
56:10 73:15
77:23 78:20
82:6 85:3
90:22,22 94:16
95:10 97:6
99:5 100:1,3
101:1 103:8,12
103:24 108:14
109:1 114:1
116:20 117:4
117:15 118:5
122:1 127:13
132:7 134:15
142:14 150:15
158:3 160:22
162:9 164:10
167:2,21
172:23 176:9
176:13,17
180:10 193:16
195:7 199:7,8
202:22 205:7,7
209:5 210:3
216:23 221:5,6
221:9 223:11
246:17
**looked** 14:11
36:7 144:16
230:13 242:7
**looking** 35:17,25
51:2,2 86:4
89:17,18,22,24
95:9 100:25
109:7 134:2
170:23 193:7
207:17 221:8
223:9 227:7,8
241:9 246:19
**looks** 36:10
37:21 101:7
122:18 123:13
124:1,3,5
125:14,17
126:6,6,10
166:21 227:14

228:6
**loss** 198:22
**lost** 38:9 209:18
**lot** 24:19 41:21
47:16 83:13
84:10 96:19
98:9,21 100:2
105:4 112:4
142:8 144:8,8
171:14 172:17
174:23 200:13
**loud** 26:24 39:23
**Louis** 216:17
**low** 197:25
198:1
**lower** 155:21
**Lucien** 1:10
12:25 24:8,13
24:19 67:5
**Lucifer's** 67:24
**Luncheon**
102:25
**Lupercalia**
60:16,25 70:24

---M---

**Machine** 23:17
23:20 87:15
**MacNaughton**
161:25 162:20
167:15 173:9
**Magic** 134:23
**magnificent**
209:18
**magnitude**
174:22
**Magnolia** 29:3
**Mailchimp**
176:6
**maintain** 173:15
231:10 243:1
**maintained**
21:21
**major** 199:10
200:3
**making** 64:15
74:9,19 88:2

118:25 144:16
152:11 153:2
161:2 173:12
179:12 194:11
194:17 198:16
204:25 208:21
**Malcolm** 25:24
26:18 29:11
30:15 34:3,5
34:17 35:1,3
40:4,12 57:10
58:15,16 63:5
63:6,24 111:4
111:5 112:14
112:16,21
113:22 138:13
141:25 148:4
158:15 159:18
169:1,12 219:2
220:2 228:15
234:4 236:12
237:17 238:6
240:10,13
244:12
**Malcolm's** 64:19
**Malcom** 57:5
168:14 231:24
**male** 135:2
**maligned** 194:23
**malleable** 50:2
**man** 68:9 70:2,5
124:5
**manage** 150:5
156:7 180:23
185:17
**managed** 178:14
**management**
148:21
**manager** 52:17
158:1 235:10
237:21
**managers**
158:14 173:16
180:17 181:3
236:11 238:1
**managers'**
236:21

**Managing** 3:3
**mandate** 48:17
**mandated**
207:19
**manipulated**
96:14
**manipulation**
96:19
**mankind's**
27:11
**manner** 186:4
196:24 197:1
**mantis** 98:10
**Marc** 201:4
**March** 1:20 4:22
5:4 10:9 11:4
25:2,6 31:9
32:25 33:2,6
33:22 34:1
36:25 101:11
137:18
**marginalized**
192:12 193:1
**mark** 70:15,15
70:17 137:13
138:19,22
139:1,5,16
140:8 209:21
**marked** 4:12 5:2
6:2 7:2 8:2 9:3
13:10 14:18
24:2 25:10
31:4,6 34:7
36:20,22 38:20
38:23 60:6
70:13 72:19,20
78:16,18,25
81:21 84:24
85:1,8 87:6
100:14 102:5
103:3 104:21
104:23 108:11
116:18 121:3
127:4,21 134:6
137:7 157:18
160:13 164:4
167:8 168:1

170:7 175:14
175:17 178:20
180:3 186:25
188:8 193:8
198:24 204:14
205:18 210:2
218:21 220:11
220:16 222:17
226:6 227:25
248:21
**market** 90:22
**Mary** 8:9 205:22
206:13,24
207:3,10,12,21
207:23 209:9
209:14
**masking** 95:17
95:19
**Mason** 245:24
**Mass** 5:16,20
62:21 72:16,17
73:18 74:18
75:12 77:2,20
78:22 79:11,12
79:15,17,20,23
79:25 80:3,3,8
80:9 81:11,16
81:19,24 82:2
82:5,8,23 83:3
142:4
**Massachusetts**
7:6,8,12,14,18
52:9 58:22
172:25 180:12
199:19,22,23
**massive** 174:21
177:18 232:20
**material** 19:6
27:6 30:14,20
31:3,19 32:10
33:17,19 50:7
95:10 98:24
99:6 153:13
156:12 183:4
200:13 217:17
**materials** 90:18
156:15

**Matt** 12:6 84:21
155:19 166:16
239:19
**Matt's** 211:10
**matt@kezhay...**
3:12
**matter** 58:17
149:21 192:20
196:13 197:12
249:3
**matters** 43:17
44:11 76:13
77:9
**Matthew** 3:9
115:14 127:17
127:18
**maximum** 152:3
152:11 153:2
**McClain** 3:11
**mean** 25:20 28:7
29:11 35:3,5
37:7 38:9,10
40:15,25 42:3
44:14 47:3,9
48:11,20 50:13
50:18 53:4
58:10 59:8,16
65:4,6,17
75:16 77:9
81:9,18 82:18
94:2 97:18
98:2 104:13
112:15,16
117:18 119:4
119:22 136:13
139:15,22
140:19 141:5
142:25 144:11
144:17 147:4
147:21 153:13
155:7 156:11
158:22,22
159:5 162:18
163:7,25
167:14 168:6,7
169:7 171:11
182:19 186:3,7

191:18 192:3,9
198:15 210:20
211:2 212:4,24
213:6 214:1
215:24 217:12
219:11 222:4
225:2 227:8
229:5,7 233:5
233:8 235:7,18
236:7 237:6
238:5 241:4
244:19 245:10
**meaning** 16:10
100:24 114:9
135:17 200:6
213:18
**meaningful**
30:14 52:1
**means** 49:16
65:7 82:9
101:5
**meant** 83:5,8,9
136:8,9 148:17
148:18,24
184:18 185:16
**measure** 8:12
105:3,10
216:12
**measures** 69:11
69:17,23
106:12
**media** 38:2
70:10 79:24
80:25 130:16
154:6 171:20
219:7,10,13,16
219:20 220:4,7
221:19,22,24
222:1,9,12
224:7,12,20,23
224:25 225:5,9
225:10,10
**Medium.com**
8:3,5,7,9,11
**meet** 15:16,20
15:24 16:7,8
16:14,16 22:2

The Satanic Temple 30(b)(6) 3/10/2020        Donna Cave, et al. v. John Thurston

Page 273

175:7 177:10
**meeting** 18:13
86:23 242:7,15
**meetings** 16:1
150:6
**meets** 150:6
**member** 17:12
20:15 22:14
41:19 50:22
129:5 172:17
191:25 192:16
207:16 216:20
242:17
**members** 17:14
41:22 42:18
43:2,22 47:4
49:15 50:10,12
50:15,17,18
51:1,25 56:13
150:23 151:1
151:10,11
171:21 172:13
182:22 190:22
190:25 192:6
193:19 194:3
195:9,16,24
196:7,10 197:5
198:6,14
200:11 223:13
243:20 245:20
245:20
**membership**
42:11,14 49:18
93:19 147:1
153:4 195:4
245:25
**memory** 72:2
203:19
**men** 74:22 75:7
118:14,19
119:9,18 120:2
120:7 124:23
**menstrual**
155:10
**mentioned**
20:14 53:13
63:5 111:18

112:14 165:20
165:22 168:19
215:4 230:3,4
231:21 240:14
**merchandise**
155:16,17
217:1,7 229:16
229:21 234:1
**merely** 129:5
192:21
**merged** 171:3
**Mesner** 13:1
**message** 73:6
81:7 83:7
95:25 113:23
131:4 143:18
217:16 242:23
**messages** 36:11
69:22
**messaging** 30:13
83:3 150:14
152:17 153:20
200:11
**met** 44:7 93:10
208:21 223:18
223:18
**metaphorical**
36:14
**metaphysics**
43:1
**method** 161:23
251:8
**Miami** 5:10 71:6
71:24
**Michael** 2:15
3:17 11:14,22
12:19 71:6,25
117:22,24
126:21
**michael.cantr...**
2:19
**Michigan** 85:5
**microcosm**
152:7
**middle** 18:6
19:12 103:25
**midprocess**

241:25
**milk-like** 61:2
**mind** 75:22
94:10 95:14
98:3 183:17
245:13 248:13
**minds** 51:17
67:19 88:12
105:3
**mindset** 105:22
**mine** 99:22
111:6 140:19
**mingling** 111:16
**minimally**
192:16
**minions** 67:25
**Ministry** 148:1,3
148:4,8,10
149:2,5,12,15
150:1 154:15
**minorities**
192:12 193:1
**minority** 64:7
**minute** 86:12
89:4 122:22
163:13
**minutes** 114:14
123:1 125:12
**Mischievous**
8:15 218:24
**misdirection**
200:15
**Misicko** 1:9,18
4:5 10:7 11:7
11:11 12:12,24
57:10 66:25
71:15 103:4
157:24 162:10
164:14,16,20
166:19 168:14
168:25 170:3
173:2,18 180:4
180:18 181:5
239:4 240:5
251:7
**misreports** 81:3
**missing** 233:16

**mission** 6:7,9
34:19 100:17
101:15 102:10
102:12 183:15
193:23
**Mississippi**
78:10
**Missouri** 198:3
206:14 207:13
207:19,21
208:18 209:19
209:21,24,25
**mistake** 200:23
**misunderstan...**
177:16
**mobilization**
101:17 102:14
**mock** 61:4
**mocks** 82:9
**mockumentary**
65:11
**model** 132:10
241:12
**modeled** 135:14
**modified** 135:11
**moment** 25:4
86:15 114:15
119:24 123:24
149:11 201:10
240:9 249:21
249:23
**moneta-** 183:1
**monetization**
183:1
**monetize** 234:16
**money** 155:3,9
155:16 169:23
195:9,14,24,25
196:7 198:11
198:15 201:6,9
201:11,22,25
202:7,9,11
203:25 206:17
209:18,22
228:13 229:10
229:21
**monks** 96:15

**month** 212:2
236:20
**monthly** 237:10
**months** 40:6
58:10 60:13
236:16
**monument** 15:9
15:9,15,16,20
16:2,7,8,14,15
16:23 17:25
18:4,7,15,24
19:1,12,19
20:3,5,21,24
21:19,23 22:5
23:3,6 98:19
103:20 104:2
104:10,19
108:19 110:12
111:8,14
114:10 116:7
117:6 118:15
119:16 120:2,4
120:14,20
123:4,14,25
124:3,6,8,23
125:7,13 126:7
126:17 130:19
130:21,24
131:12,17,18
131:24 133:12
133:13,15,21
133:23 136:9
136:18 138:18
138:20,25
139:13,22
140:15,22
141:10 146:2
146:13,18
198:21 240:7
240:12,20,24
241:2,16,19
242:4,8,20
243:1,4,24
244:6,11,14,23
245:5,6,10,12
245:17
**monumentally**

The Satanic Temple 30(b)(6) 3/10/2020        Donna Cave, et al. v. John Thurston

Page 274

176:14
**monuments**
18:10 131:6
132:13 133:5
242:14
**moral** 96:9
232:5,15
**moralizing**
95:24
**morally** 43:23
**morning** 11:10
105:12
**Morrison** 112:8
**moshing** 116:24
117:2
**mother** 74:20
**motion** 239:10
**motions** 213:21
**motivated**
176:24
**motivation** 30:1
**mourning** 73:6
**move** 83:20
134:3 176:19
**moved** 123:4
146:16 244:6
**movie** 96:11
**moving** 242:11
**multiple** 110:1
225:23 230:20
231:17,18
**Murphy** 2:5
**music** 111:11,17
111:19 112:2,3
**mutual** 82:14
**Myers** 1:24 10:9
251:4,25
**mythical** 134:25
**mythology**
67:17 79:22
**myths** 67:20

———————
**N**
**N** 2:1 4:1 10:3
10:18
**N-I** 206:11
**N-I-K-K-I**

206:11,12
**naive** 83:24
**naively** 175:5
**naked** 108:3
**name** 12:22 24:8
24:13,19 53:18
53:20,22 54:8
54:9,10,12,16
57:11,15,21
58:2,3,5 63:14
107:14,16,17
117:12,21
127:20 128:10
128:11,12
138:2,5,11
157:5 168:20
173:13 179:2,9
206:1,9 209:12
**name's** 12:18
**named** 127:25
206:24
**names** 57:19
206:3 223:15
**narrow** 237:4
241:5
**nascent** 148:16
148:22
**national** 128:14
129:9,13,18
143:14,15
149:19 150:3,4
150:5,23 151:1
151:4,9,24
152:7 153:6
154:16,25
155:15 156:1,9
156:11 157:7
171:21,22
172:16 191:1
204:24 205:11
216:21 224:13
224:16,21
225:11,12
**natural** 97:18,18
97:19,25 98:13
**nature** 19:21
53:1 55:4 69:8

99:9 132:4
148:22 154:7
159:21 226:19
226:25 227:20
237:12 242:9
**nauseam** 31:11
**NDA** 194:7
197:9
**near** 41:2
**nearby** 93:15
**necessarily**
24:16 35:5
36:8 43:6 50:5
62:25 65:7,25
75:14 77:1
97:20 141:7,8
148:14 149:10
152:25 157:11
175:3 182:20
184:25
**necessary** 18:4
30:4,8
**necessity** 149:8
168:7
**need** 20:7 49:17
91:10 101:24
150:21 177:9
181:20 192:3
200:12 204:7
211:16 215:25
218:19,20
241:8 247:23
**needed** 9:8 17:7
19:17 35:7
59:16 63:3
142:6 161:21
177:18 204:1
208:24 244:2
247:14,15
**negative** 206:20
217:17
**negotiation**
136:1,11
**neither** 40:12
41:10 81:1
113:24 138:16
**network** 90:16

132:2
**networked**
174:20
**networking**
144:10
**neutral** 21:17
**neutrality**
231:11
**never** 29:11 30:6
32:11 38:5
78:12 106:20
106:20 129:8
130:7 132:25
132:25 140:24
143:25 175:2
181:16 194:13
217:20 231:14
236:19 237:20
237:20
**new** 8:15 67:19
67:25 145:9
191:13 204:23
205:10 218:24
220:14 225:19
225:20 245:6
**news** 4:17 5:10
24:5,7,14,21
71:6 75:19
90:10,13,15,18
91:11,13,18,22
91:24 92:2,12
**newsletters**
175:10
**nicest** 65:11
**night** 103:18
105:11
**Nikki** 206:5,7,11
207:2 216:17
217:6,20,22
218:12,13
**nine** 32:1,4,7,22
37:17 38:8,13
38:13 93:2
151:6,9,11,12
151:16
**NIXON** 1:7
**Nobody's**

198:18
**nods** 118:17
**noise** 103:18
112:4
**non-Christian**
68:7
**non-tax** 228:18
229:3,5
**noncoercion**
147:24
**nonconfrontat...**
196:24 197:1
**Nondisclosure**
154:12
**nondisparage...**
154:8,11,18,21
**nonexistence**
49:9
**nonprofit**
161:17,19
182:2,8,9
**nonresponsive**
84:22
**nontheistic** 66:1
143:6,11
**nonviolent**
232:15
**normal** 214:13
**normally** 211:19
**norms** 43:25
44:7
**North** 2:11
**Northeast** 3:11
**notable** 135:1
**Notary** 10:10
251:4,25
**note** 4:13 5:5 6:6
6:11,16,18
7:20 8:14,19
8:23 9:6
203:13 239:23
**notice** 4:14 6:14
13:8,12 14:12
56:15 76:24
104:25 105:11
165:6,14,17,17
165:18,22

201:14
noting 196:22,24
notion 47:8
  63:25 105:8
  152:21 161:14
November
  170:13 173:6
number 4:2
  42:19 93:4,4
  151:13 167:4
  201:20 218:17
numbered 10:8
numbers 8:14
  8:23 248:3
NYC 8:21
  205:10 223:4

**O**

O 10:3,18
oath 14:2
object 45:13
  71:18 72:25
  77:14 84:18,23
  90:19 92:25
  133:24 140:16
  146:7,11
  152:15 164:15
  168:15 184:10
  189:25 191:2
  192:8 193:14
  199:15 200:15
  203:8 209:15
  214:21 221:23
  239:1
objected 148:14
  156:12 200:22
objecting 184:15
objection 133:14
  145:19,22
  192:14,18
  196:12,22
  199:4 205:3
  210:6 211:5,11
  211:14 214:3
  215:24 217:4,9
  220:8 222:2,10
  239:25

objectionable
  121:2
objections
  210:13 211:8
  212:7,10,14
objective 82:25
obligated 74:11
obligation
  243:14
obscene 81:12
  135:4,10,13,15
obscure 28:10
  135:16 248:18
observation
  97:19
observers 11:22
observing 98:11
obstacle 22:7
  230:8,10,12
occasion 120:25
  125:24 127:11
  145:16 146:4
occurring
  144:18
October 181:23
offense 80:15
offensive 82:11
  133:16
offer 17:9,10
  51:5 89:10
  92:17 131:14
  187:23 240:11
  245:16
offered 89:21
  131:9 200:5
  240:18
offering 56:12
  67:23 91:13
  192:19,20
office 1:21 2:16
  11:24 12:21
  63:22
officers 158:14
  162:13 167:24
  173:17 181:4
offices 10:10
  152:7

official 1:14
  49:11 60:9
  129:4
officiant 52:16
  53:13,14 54:2
officiant's 54:8
oftentimes 73:5
  195:21
oh 25:7 26:13
  39:8,12 44:1
  45:13 62:16
  70:21,23 83:2
  86:6,9 94:4
  95:18,20 96:5
  100:10,22,23
  104:4 109:4
  119:18 125:22
  145:13 172:3
  176:10 184:14
  201:8 236:23
okay 11:10
  12:10,11,25
  13:3,6,11,15
  13:15,19,23,25
  13:25 14:2,11
  14:11,15,19,19
  14:20,23 15:3
  15:6,14,19,22
  16:1,6,11,22
  17:12,15,15
  18:3,18 19:2
  19:13 20:9,12
  20:13,18 21:12
  22:7,10,10,13
  22:22 23:2,15
  23:20 24:3,7
  24:11,13,21
  25:1,2,5,8,11
  25:16,22 26:2
  26:9,24 27:5
  27:10,18 28:1
  28:11,18,20,21
  29:13,17 30:2
  30:7,15,23
  31:5,5,21 32:1
  32:21,25 33:6
  33:22 34:8,13

34:17,19,21
  35:3,14,24
  36:17,21 37:2
  37:5,12,15,19
  38:21,22 39:4
  39:8,12,15,17
  39:21 40:3,9
  40:18,21 41:17
  41:21 42:2,16
  43:1,11 44:15
  47:20 48:8
  49:13 51:20
  52:5,13,25
  53:13 54:5,17
  55:6,13,15,18
  56:1,1,9,19,24
  57:2,8,10,20
  58:2,6,14,16
  58:19,22,24
  59:13 60:7,12
  60:16,19,24
  61:9,12,15,25
  62:4,7,8,15,20
  63:11,20 64:9
  64:21 65:1,4,8
  66:17,24 67:3
  68:12,13,17
  70:4,14,17,21
  71:2,12 72:2
  72:11,15 73:15
  73:23 74:22
  75:23 76:22
  77:19,23 78:5
  78:10,17 79:1
  79:1,7,10,10
  79:15 81:22
  82:4,6,18,23
  84:25 85:3,9
  85:14,16,23,25
  86:3,7,10,21
  87:3,7,7,22
  88:3,25 89:2,6
  89:6,22 90:1,4
  90:5,13 92:1
  92:10,24 93:3
  93:6,9,17 94:7
  94:7,11,17,23

95:3,7,12,22
  96:10,21 97:12
  100:10,11,15
  100:20,20,25
  101:2,6,9,14
  101:22,22
  102:6,12,18,18
  103:7,12,15,16
  103:24 104:5,8
  104:12,16,22
  104:22 105:2
  106:6,11,14,17
  106:22 107:6
  107:10,16,19
  107:22 108:2,6
  108:6,8,13,17
  109:7,14,16,19
  110:2,8 111:18
  112:1,7,14,17
  112:19,21,21
  112:23 113:20
  114:3,7,16,21
  115:8,10,17,20
  116:1,8,10,12
  116:19,24
  117:1,4,10,15
  117:15,23,25
  117:25 118:10
  118:14,23
  119:3,8,15,15
  119:17 120:1,6
  120:11,21,24
  121:4,10,10,14
  121:14,17,23
  121:24 122:5
  122:11,25
  123:6,10,15,20
  123:20,23
  124:1,5,10,17
  125:4,9,12,21
  125:23 126:1,4
  126:10,24,24
  127:1,2,13,17
  127:22 128:3,8
  128:10,12,19
  129:4,7,17,23
  130:11,18,23

131:9,14,22
133:11,18
134:1,3,4,12
134:20 135:7
135:11,18
136:2 137:8,15
137:18,21
138:1,14,18
139:1,5,19
140:2,5,7,10
141:11 142:5
144:13 145:9
145:11,15,19
145:22 146:1
146:12,17
147:4 148:1,19
149:2,14,25
150:3,23 151:1
151:4,17 153:5
153:11 154:4
154:13,24
155:24,25
156:3,19,25
157:7,16,19,24
158:3,6,10,13
159:17,23
160:3,14,22
161:8 162:2,6
162:9,23 163:5
163:12,14,18
163:24 164:5,7
164:13,20
166:16,22,24
167:2,11,21
168:4 169:12
169:21 170:5
170:15,20,25
171:6,9,14,17
172:10,20,23
173:5,16 174:3
174:7,11 175:9
175:12,15,15
175:21 176:7
176:11,13,23
177:6 178:6,10
179:1,4,15,18
179:22 180:4

180:10,14,17
180:20 181:3,7
181:15 182:2,4
182:4 183:11
184:6,9 185:24
187:1,10,17
188:4,9,15,21
190:13,20
191:10,25
192:5,23 193:9
193:16 194:2
195:7 196:5,10
197:4 198:10
198:14,25
199:7,21,25
200:3,3,19
201:5,17,21
202:11,20,24
203:8,18 204:8
204:15,15,22
205:15,19,25
206:3,11,13,16
207:8 209:5
210:3,7,20
214:9 216:5,6
216:6,16,20,23
217:5 218:1,4
218:4,12,16,17
218:22,23
219:2,6,9,14
219:19,21
220:2,6,12,21
221:11,14,18
221:21,25
222:14,18,21
223:2,7,11,17
223:21,25
224:6,18,24
225:4,12,15,20
225:25 226:7,7
226:15,22,25
227:4,7,14,17
228:1,8,11,18
228:22 229:2,2
229:10,10,14
229:20,24
230:2,17

231:20 232:23
233:8,22 234:3
234:7,10,13,18
234:20,22
235:5,15,22,22
236:8 237:2,11
237:16 238:3
238:24 240:3
240:14,22
241:7,21 244:4
244:12 245:3
246:17,23,25
247:5,11,22
249:14,24
**Oklahoma**
131:10,18,19
131:23 132:1,8
240:12,14,19
240:21
**old** 90:23 135:25
138:7 181:12
181:19
**Omnisend** 175:9
175:13 176:4,6
176:11,12
**once** 177:22,24
210:5
**ongoing** 8:4
43:21 187:25
193:12
**online** 23:18
52:10 180:25
181:23 186:21
193:7 228:6
**open** 42:17 43:9
44:14 48:11
51:16 52:19
53:9 67:19
69:15 72:7,8
84:3 93:21
133:8 163:22
167:16 191:23
232:8
**openly** 243:9
**operate** 150:19
183:20 186:4
188:1

**operated** 178:14
**operating** 46:7
210:16,25
212:13
**operation**
178:17
**operations**
137:25 138:10
169:19
**opinions** 21:24
37:10 41:12
43:2 140:21
**opportunity**
67:18 104:1,9
200:8
**opposed** 29:19
131:7 177:12
229:9
**opposite** 43:7
111:9,10
**oppression**
83:11
**optimal** 40:7
48:23 179:13
232:6,14
**option** 61:3
91:25,25
**ORAL** 1:16 10:5
**ordain** 56:20
**ordained** 56:12
56:22,23,24
57:3,6,7 58:6,8
58:13,14,16
59:2,2,3,7,11
59:23
**ordaining** 56:16
58:24
**order** 19:9,11
29:22 30:5
41:19 42:11
45:3 46:14
48:24 59:21
131:19 141:6
175:16 211:17
222:5 239:6
241:8 243:13
**ordered** 232:6

**orders** 174:21
233:25
**ordination**
56:11,12 57:5
59:5,14,22,25
**Ordo** 205:22
206:1 216:8
**org** 189:1,5,7,16
189:18,21,24
190:9,12 229:9
**organ** 136:4,7
137:1
**organization** 7:7
7:18 29:5
31:15 88:18
129:18 142:6,7
142:13,14,17
142:20 143:4,6
143:8,14
148:15,23
149:1,17
150:13 151:24
153:4,7 154:25
155:15 156:1,9
156:11 157:6,8
157:21 160:16
161:8 162:3
163:9 164:3,22
166:1 169:22
170:12,16,17
170:20,22
171:10 172:21
173:6,14,16
175:1,4 177:1
177:3,8,13,20
178:6,10
179:14 180:8
182:2 183:14
184:6,18,22
185:1 186:19
191:1 195:12
203:6 204:24
205:12 233:4
241:13
**organization's**
177:7,14 179:2
179:9

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 277

organizational
165:8,19,24
166:16 180:24
organizationally
182:11
organizations
132:3,22,23
138:4 140:11
161:3,4 165:23
166:11 174:20
183:11,22
185:25 186:3
230:13,16,24
231:2,3 241:13
organize 150:18
organized
160:24 170:17
183:18
organizing
196:3
orgiastic 144:17
orgiastic-looki...
147:11
orgies 61:5
orientation
73:20 74:13,15
origin 62:9
original 65:21
96:20 207:12
originally 63:11
63:13 118:2
138:14 142:10
151:6 190:2
240:18
originating
132:2
origins 45:5 82:8
Orsi 1:5 12:2
249:18
othering 80:5
otherwi- 65:19
outcome 89:20
124:16 251:17
outdoor 98:9
outlet 72:1
outlets 113:17
outrage 80:20

outrageous 72:6
outside 27:1,22
36:2 83:7
93:23 132:21
132:23 147:3
243:18
outspoken 73:2
outstanding
222:11
overall 36:18
77:10 246:21
overcome 45:9
45:20
Overlord 67:6
68:17
overly 168:6
oversee 32:23
143:15 172:18
overseen 182:25
oversight 153:18
158:18,21,22
159:20 163:16
173:20 181:8
196:4 198:14
overview 227:5
owe 155:9
Owen 107:17
owned 26:18
owners 148:5
149:18
ownership 106:2
140:15 141:10
owns 139:19
Oxford 29:1
84:7

_____
P
_____
P 2:1,1 10:3,18
P-1 248:3
P-E-N 57:25
P-E-N-E-M-U...
57:24 58:1
p.m 103:2
118:12 122:3,4
122:13,14,23
122:24 123:8,9
123:21,22

124:19,20
125:2,3,10,11
126:12,13
128:1 141:15
141:18 179:24
180:2 222:23
223:1 238:20
238:23 250:1,2
page 4:17,19,21
5:6,9 6:7,9
7:21 9:4,8
14:15 15:4
17:19 20:13
24:5,23,25
25:5,14,16
26:5 27:18
31:9,23,25
32:14,21 34:11
35:16,24 36:6
36:25 39:1,19
39:21 51:20,21
52:5 56:10
60:10,22 71:4
71:8,13,16
72:4,23 73:15
77:24 78:1,21
79:4,8 82:7
85:14 100:17
102:10 103:10
103:12,13,14
103:24 108:18
108:20,23
109:7 127:13
134:9 157:24
158:3,6 160:19
160:22 162:9
164:11,13
166:25 167:2,3
175:22 176:13
180:10 187:4
188:11 193:17
195:7 199:7
200:24 201:6
201:12 203:1
203:11,13
204:3 205:8
209:5 216:23

221:7,7,9,10
223:11,12
226:8,12,13
227:9,11,14,17
239:5,6,8
247:8,11
pages 23:21
29:23 79:7
114:19 156:8
176:1
paid 33:14 38:5
75:2 76:12
94:2 139:1,3,5
150:24 167:12
167:18 178:19
233:18 235:6
235:14,19
237:18,19
238:1
pain 189:19
paper 140:23
149:17,23
paperwork
58:18,19 59:8
141:8 162:17
162:20 167:14
171:21,23
179:13 184:18
paragraph 15:7
17:20 20:13,18
22:13,18 37:5
103:16 134:15
160:23 180:18
195:8 199:8,10
218:5
parameters
21:20 242:9
paranoid 67:17
paraphrase
81:18
parents 91:10,17
91:23
Parkway 2:21
parse 31:12
parsed 141:6
part 34:4 38:5
50:24 63:18

66:2 67:3 73:7
83:10 93:19
106:12 109:12
128:6 133:7
143:19 148:7
148:12 150:8
150:15 152:16
157:1 164:24
167:3,3,4,21
175:25 178:3
178:16 183:13
190:25 204:1
225:19 242:12
part-time
235:12 237:22
participants
52:18 105:6
participate
51:25 72:17
75:11 76:16
particu- 101:17
particular 27:25
91:1 95:16
116:5,6 187:23
198:10,12,17
201:22,24
214:2 215:24
228:13,14
particularly
43:22 45:18
138:16 213:11
246:3
parties 25:24
27:23 159:6
239:24 251:15
251:18,20
parties' 239:5
partner 215:9
party 166:3
190:6
Pass 246:6
passage 114:21
115:18,21
116:2
passed 22:1
69:17 132:7
244:3

**passwords** 157:4
**PAT** 1:3
**patently** 213:24
**Patterson** 2:5,20
  11:16,16
**pause** 66:21
  68:12 86:11
**pausing** 123:1
  123:10,23
  124:21 126:14
**pay** 65:19 88:15
  155:25 167:5
  169:7 174:9
  178:10,12
  183:8 234:22
  236:18,21
  237:3
**paying** 174:18
  200:25
**payment** 237:7
  238:3
**payments**
  167:23 233:19
  234:17,19,21
  237:24 238:8
**payroll** 235:20
**pays** 169:25
  237:9
**peaceful** 232:15
**pedals** 112:5
**pedestrian**
  206:8
**pediatrics**
  136:12
**penalty** 14:2
  54:11,15 57:20
  164:14 166:20
**Penemue** 57:22
**penis** 136:14
**people** 34:2 38:2
  42:25 43:21
  44:7 45:7,15
  46:1 47:12,20
  47:23 48:3,19
  48:25 49:21,24
  50:20 51:2,7
  52:18 53:9

54:20 56:21
59:1,6,13,21
66:2 69:13,25
73:5 75:15,15
76:11,20 80:2
80:5 81:7 83:6
83:8,10,13,14
84:8,10 89:24
93:24 95:4
98:16,18 99:24
99:25 100:2,8
105:7,18,20,21
106:18 107:3,4
107:11 108:3
109:2 110:16
111:14,17
114:15,20
123:25 124:3,4
125:17 128:24
129:12,20
131:6 138:6,7
142:8,9,12
144:2,12
145:13,17
146:7,24
148:11 149:1
150:4 151:4,8
151:14 154:19
154:23 168:18
171:16 174:23
175:2 182:20
191:8,10
192:24 193:4
197:24 198:23
209:9 217:16
217:18 224:14
226:13 233:19
234:6,24
235:12 246:2
**people's** 57:17
  81:18
**perceive** 131:7
**percent** 50:6
  155:21
**percentage**
  155:13,18
  183:3

**percentages**
  235:1,2,3
**perception**
  67:14
**perform** 5:16
  52:2 60:1
  78:22
**performance**
  108:24
**performances**
  103:21
**performed**
  73:18
**performing**
  106:15
**period** 17:22
  18:11,13,16
  142:3 179:1
  243:5
**perjury** 14:3
  54:11 57:20
  164:14 166:20
**permission**
  91:11 158:24
  197:9 207:2
**permits** 68:21
**permitted** 66:14
**person** 41:18
  46:25 47:24
  51:9 57:7 59:3
  73:19,20
  126:21,22
  130:4 204:21
  205:5,5,16,17
  206:17,24
  228:11 233:24
  234:4
**personal** 46:9
  71:16,18 83:5
  108:1 164:19
  170:3 207:5
  243:19
**personally** 49:8
  50:17 52:1
  94:9 104:13
  106:20 169:19
**persons** 251:18

**pg** 5:16 6:10,15
  6:25 7:23
**pgs** 4:14,15,17
  4:20,22,24 5:4
  5:7,9,12,14,18
  5:20,22,24 6:5
  6:8,13,17,20
  6:21,23 7:3,5,7
  7:9,11,13,15
  7:17,19,22 8:4
  8:6,8,10,13,16
  8:18,22 9:5,7,9
**phallic** 137:5
**phased** 182:13
**philosophically**
  149:22
**philosophy** 97:3
**photograph**
  109:1
**photographed**
  74:22 75:24
  104:1,9,18
**photographs**
  77:23,25 78:5
  108:14,17
  116:12 127:8,9
  127:11
**photos** 6:17,19
  6:22
**phrase** 81:14,15
  149:4 239:7
**physical** 27:2,12
  36:3
**PIAZZA** 1:3
**picking** 231:7
**pickling** 89:3
**picture** 108:18
  108:20 111:15
  117:1,4,16
  123:14 136:13
**pictures** 78:7,8,9
  116:22
**piece** 206:22
**pieces** 226:4
**pile** 248:15
**pill** 65:1,2,3,5
**pills** 88:19

**Pink** 5:16 62:21
  72:16,17 73:18
  74:18 75:12
  77:2,20 78:22
  142:3
**Pinker's** 226:18
**place** 16:23 18:4
  20:20 21:5
  38:16 45:2
  46:14 87:22
  99:5 108:22
  123:24 124:17
  130:16,19
  131:16 137:1
  137:24 144:24
  145:2 146:1
  150:5 189:3,4
  224:22 240:6
  241:6 243:9
  244:23,23
  245:21 251:10
**placed** 22:5
  146:19 230:24
  241:2
**placeholder**
  26:1,2,4,7,10
  26:13,17,22
  27:23 29:21,22
  31:11 38:15
  63:16
**placement** 19:19
  20:2 244:14
**placing** 20:23
  133:5 240:15
  241:19
**plaintiff** 89:22
  89:23 206:14
  207:12,22
  208:18,20
**Plaintiff's**
  247:25
**plaintiffs** 1:3,5
  2:3 12:1,3
  89:18 249:18
**plan** 240:11,23
  241:2,5
**Planets** 138:15

planned.' 195:20
Plano 2:21,22
platform 180:25
    183:10 233:11
play 67:3 95:22
    110:23 111:19
    121:25
played 95:20
    96:16,17,23
    110:24 111:3
    111:11,17
    127:12
playing 67:4
    68:11 109:12
    109:12 111:1
plays 94:21
    118:12 121:16
    122:3,13,23
    123:8,21
    124:19 125:2
    125:10 126:12
Plaza 2:10
PLC 3:10
please 11:8
    77:16,18
    114:25 206:6
    247:12
pledge 42:15
plenty 186:3
plugged 35:2,10
plugin 24:17
pluralism 51:4
    131:2,5 133:9
    134:1 242:23
point 18:8,23
    19:17,20 20:4
    20:5,7 23:1
    28:13,14 43:8
    61:4 75:18
    84:3,11,22
    89:7 92:11
    110:15 129:19
    129:20 131:15
    143:24 148:11
    154:19 157:13
    162:18 169:16
    171:22 173:10

174:14 186:8
    199:10 200:3
    211:9 213:20
    224:13 232:11
    232:14 243:24
points 61:1
poison 65:1,2,3
    65:5
polar 43:7
policy 193:22
    194:4,25 195:2
politically-aw...
    101:18 102:15
politically-cha...
    144:7
politicians 69:18
politics 43:1
poorly 152:14
popular 95:14
    134:17,21
population
    46:11 80:14
Porter 137:13
    138:19,22
    139:1,5,16
    140:8
portion 246:13
Portland 93:14
portray 64:2,7
    65:18
portrayal 65:22
pose 130:3
posing 108:3
position 13:3
    41:3 88:22
    98:4 100:4
    129:4 152:4
    194:22 214:25
positions 59:18
    76:13 150:24
    205:6
possibility 72:9
    113:18 167:17
possible 50:8
    200:16
possibly 140:25
    143:9

post 5:24 6:4 8:3
    8:5,7,8,9,11,20
    56:14 85:12
    87:10 160:8
    197:10 199:2
    204:16,17
    205:21 216:16
    217:6
posted 24:7,8,15
    52:10 70:10
    71:6,15 72:3
    78:1,5,7,9
    87:19 106:17
    118:2 194:6
    199:3 204:18
    216:8 218:15
posting 156:15
    157:14
posts 24:14
potential 17:5
    89:23
power 81:9
    149:18,22
practical 135:2
practice 220:6
    224:10
practices 43:18
praise 53:1
prayer 52:25
    66:15 67:23
    68:21 86:23
    132:3
prayers 27:13
    69:8
precedent 231:6
precedes 131:25
preceding
    108:24 110:25
precluded
    210:19
predate 77:10
predated 224:17
predates 25:17
    25:20 26:10,14
    31:19 32:10
pregnancy
    207:17

pregnant 207:17
prejudices 138:7
prepared 90:3
prescr- 42:9
prescribe 41:24
    42:8 43:18
    48:9,18 49:3
    50:5
prescribed 19:9
    120:10 147:15
prescribes 44:10
    44:16
presence 41:8
    90:20
present 3:16
    16:1 35:15
    112:10 226:3
presentation
    55:4
presented 19:18
    28:3
Presents 6:12
    103:10
preserve 69:6
    212:6
preserved 39:11
    212:15
preserving
    213:18
preside 27:7
president 81:23
    82:1,3 162:10
    166:24 173:3
    194:21 197:17
    231:6
press 5:18,21
    29:1 74:1 79:4
    84:7 85:4
presumably
    192:3
pretty 30:11
    55:14 75:10
    118:23 136:19
    197:23 198:4
    215:22 227:2
prevent 17:1
    23:9 80:14

92:15 105:21
    105:24 194:8
    231:16
prevented 18:10
    22:5 23:2
preventing 53:3
previous 51:13
    122:8
previously 36:5
    59:1,3 223:19
primarily
    126:19
primary 77:12
    183:15 226:16
    227:23
principle 46:6
    149:21
principled 174:9
    230:17
principles 41:5
    45:3 48:14,21
printed 39:6,11
    187:6 188:13
printout 4:16,18
    4:21,23 5:3,6,8
    5:13,15,17,19
    5:21,23 6:3,7,9
    6:12,24 7:3,16
    7:21,23 9:4,7,8
    103:9 246:17
prior 23:7 28:17
    30:14 55:24
    108:21 171:23
    224:18 242:14
    247:1
private 242:21
    243:14 245:6,8
    245:17
privately-held
    146:23
privilege 46:2
    114:1 132:5
    133:17
privileged 208:4
    208:13
privileges
    132:13

pro 200:5 201:3
209:19
**Pro-Choice** 6:4
87:11
**Pro-Scott** 5:11
71:5
**probably** 24:18
30:19,19,25
58:12 62:5,5
81:17 91:23
109:6 114:13
115:22 155:20
164:18 189:15
207:1 226:5
236:16 241:17
**problem** 157:3
248:11
**problems** 64:13
150:14
**procedural**
19:20 20:6
241:24
**procedure** 19:9
210:18 211:1
213:9,11
241:18,21,22
243:18 251:12
**procedures**
130:15
**proceed** 211:17
213:15 243:5
243:25
**proceeded** 16:2
**proceeding**
200:1 203:21
246:10 247:20
**proceedings**
11:2 66:21
204:11
**proceeds** 169:22
229:11
**process** 16:3
18:7,9,16,24
18:25 21:6,9
21:11 23:25
59:13,14,20
60:2,5 75:14

107:23 130:9
187:20,25
224:24 231:22
241:7,10
242:12,18
243:9
**processes**
197:13
**produce** 94:7
**produced** 10:7
**production**
118:1 180:21
**productive**
42:23,25
**products** 155:11
195:17
**Professor** 29:1
**professors** 84:15
**profit** 154:25
185:25
**prohibitive**
88:15 207:15
207:15
**project** 29:4,15
63:21 64:12,15
64:19 65:10,15
65:24 66:9
75:18 142:1
185:13
**projects** 53:5
167:17 174:18
233:18 234:16
**promote** 161:1
192:7,7
**promoting** 94:8
**promotional**
99:5
**prompted** 37:19
37:22 173:5
**Pronounce** 8:12
216:12
**pronouncing**
60:17 226:18
**proof** 152:22,24
**proper** 19:8,8
78:14 81:7
167:19 189:8

243:10
**properly** 165:5
165:14 169:5
**property** 153:25
153:25
**proposal** 16:22
**proposals** 150:8
150:22
**propose** 17:4,7,8
215:19 240:23
241:16 244:13
245:9
**proposed** 17:10
18:8,16 89:14
133:1 193:20
**proprietary**
153:24
**prosocial** 95:24
**prospectively**
241:9
**protest** 84:9
**protests** 73:4
**protocol** 237:8
**protocols** 19:8
21:19 231:15
242:8
**prove** 106:25
**proven** 50:7
194:15
**provide** 45:12
47:1 59:24
105:12 143:14
150:17 156:20
219:3 251:20
**provided** 47:10
118:1
**provision**
154:13 207:13
**provocative**
103:21
**proxy** 27:7
**pseudonym**
53:24 57:22
107:15 112:18
**pseudonymous**
58:3,4
**psychological**

227:2
**psychology**
227:1
**public** 10:10
17:22 18:11,12
18:15 21:24
28:2 67:12,14
130:20 132:5
132:14,15
133:5 143:17
145:6 146:19
146:21 147:1,3
150:9 159:24
160:1,4,9
163:18,22
173:23 174:1
181:10,16
194:20 195:9
196:2 200:11
218:6 242:10
242:11,12,15
243:5,10,25
244:7 245:5,15
245:18 251:4
251:25
**public-domain**
95:10
**public-facing**
144:7 153:20
173:13 194:20
197:16
**publication**
223:22
**publicly** 32:15
67:11 146:20
163:23 194:7,7
194:15 197:10
197:18 218:15
**published** 84:7
134:23 219:3
220:1 221:1
223:3 226:1
**publishing**
226:4
**pull** 207:23
208:16,20,22
208:25

**pulling** 208:2
234:25
**punk** 109:25
111:21
**purchase** 228:11
**purchases**
229:10,11
**purely** 40:22
**purported** 66:13
**purpose** 44:20
44:20,24 45:16
45:25 46:15
47:5 82:19,23
95:3 97:2
115:10,20
119:17 142:5
142:16,18,20
143:3 166:7
182:16 183:16
217:19
**purposelessness**
45:10,21
**purposes** 88:8
147:6,12 161:1
161:2 162:3,19
**pursuit** 39:25
**purview** 237:23
**put** 26:1 29:20
29:21 31:3
36:19 37:9
65:25 81:6
90:16 91:3
93:5 95:8
121:15 127:22
130:25 131:23
132:14 133:20
133:22,22
137:24 140:20
150:5 151:6
152:21 156:18
156:18 157:2
157:12 162:20
164:5 165:14
165:16,17
170:9 180:21
224:13,22,22
245:6 248:12

248:14
**puts** 113:23
**putting** 59:21
60:4 91:23
98:3 148:16
162:5

---
**Q**

**qualified** 129:21
**qualifies** 164:23
**qualify** 161:3
**qualifying** 231:4
**quality** 41:6
**question** 15:14
15:18 19:13,14
29:7 40:25
42:7 44:18
47:25 61:18
72:7 77:16
84:20 99:10,11
99:20 100:2,6
130:3 132:19
133:18 138:6
146:5 159:5
168:9 170:2
175:3 177:6,14
177:16 184:23
184:24 186:18
190:18 192:4
196:16,19,21
196:21 197:2
207:8 209:5,9
**questionable**
186:6,8
**questioned**
177:17
**questions** 5:6
39:1,19 50:8
84:14 130:9
137:10 150:11
150:17 164:18
166:17 175:8
191:15,16,18
191:21,23
192:2,19 210:9
211:18,23,23
212:19 214:24

217:13 233:7
238:25 239:2
239:20 246:6
246:22 248:23
249:14,17
**quick** 248:12
**quickly** 208:8
**quiet** 211:11
**quit** 205:10
**quite** 25:20 74:3
75:19 119:3
125:4,5 129:8
147:2 163:2
**Quitting** 8:7
204:17
**quote** 81:4
213:13
**quotes** 114:12

---
**R**

**R** 2:1
**RABBI** 1:7
**race** 195:5
**Rachel** 3:18
11:23
**racial** 192:12
193:1,21 195:5
**radically** 143:18
**raise** 139:12
155:7 200:12
200:20 209:23
210:21 211:13
211:16 214:5
214:25 215:11
**raised** 119:10
192:15 194:13
201:6,9,12,18
202:7,10,12
203:20,20
212:12 247:8
**raising** 161:18
195:24 210:19
213:19 214:13
239:25
**rally** 28:17,18
33:3 62:17,19
65:8 66:5,8,10

66:13,25 67:2
68:15 77:20
245:11,14
**ramifications**
163:1,2
**ran** 114:13
153:13
**Randazza**
199:12,12
200:4 201:4
**random** 130:3
**range** 43:3
**Rapert** 18:8,17
241:11 242:13
**Rapert's** 132:9
**rare** 200:8
**rational** 40:22
**rationalism**
97:17
**rave** 110:8,9
**re-establish**
107:24
**re-read** 200:13
**reach** 159:6
**reaching** 242:16
**react** 120:14
**reaction** 146:19
**read** 15:8,8,12
17:20,20 18:1
26:24,24 27:3
27:8,16 39:23
39:23 40:1
51:21,22 52:3
52:6,11 56:17
61:7 71:23
73:16,17,21
82:7,7,7,16
101:20 103:17
103:22 104:3,5
114:18 134:20
135:5 137:3
161:6 176:21
187:15 188:19
193:17,17,18
193:25 195:8
196:5 200:17
217:2,20

218:10 220:1
224:4 247:12
**readily** 14:10
19:22 115:24
191:12 221:4
223:10 225:7,8
**reading** 71:10
219:25 226:13
226:16
**ready** 238:16
249:15
**reaffirming**
242:24
**real** 90:19 99:18
107:16 128:10
248:12
**realized** 100:13
174:17
**really** 15:17
28:22 29:25
30:13 33:23
34:1,3 36:16
38:5 41:1
44:18 45:15
61:23 68:24
69:23,23 70:4
75:21 76:3
77:3 80:25
83:23 90:25
94:2 105:25
112:3 113:2,3
113:3,11 129:8
130:10 141:4
142:12,13
160:11 165:4
169:18 173:7
183:19,19
186:18 187:22
211:4 230:15
**reason** 7:9,10
23:24 39:24
47:22 83:17
141:24 151:7
152:14 160:15
161:9 162:13
162:24 163:15
164:9,16,21

165:3,8,21
166:5,10
167:11 168:4
168:10,17
169:2,10,13,22
169:25 171:7
174:24 178:15
182:7,13
183:24 185:6,9
185:14 222:8
230:17
**reasonable** 37:8
41:3 141:9
146:22 154:22
**reasoned** 40:19
40:21
**reasons** 135:2
194:15 230:20
**rebuttal** 206:22
**recall** 14:10
15:25 16:19
54:16 58:7,9
58:20 70:12
89:9 92:19
113:10,12
114:16,18
115:8 191:12
218:13 219:22
222:11 223:10
224:13 225:8
225:12 235:24
**receive** 40:9
169:12,21
183:1 209:19
236:2,4,5,6
**received** 40:12
50:21 217:1,7
237:25
**receives** 229:12
**receiving** 113:6
179:8 207:14
**recess** 56:6
86:18 102:25
141:16 179:25
222:24 238:21
**recipient** 161:9
**recognition**

153:10 171:4
178:4 230:23
**recognize** 13:13
14:24 24:4
25:13 31:8,10
34:10 36:24
38:25 39:18
60:9 68:14
72:22 77:25
78:21 79:3
82:1 85:3,11
87:9 94:23
100:16 102:7
103:9 104:24
108:15 112:18
116:21 117:11
121:11 122:7
126:1,16 127:9
127:15,24
134:9 137:11
157:20 160:15
164:8 170:11
175:18 176:11
178:23 180:7
187:4,8 188:11
193:11 199:2
202:22 203:10
204:16 205:21
216:14 218:23
220:21 223:3
223:15 226:8
247:6
**recognized**
163:8 175:1
177:10 188:17
**recognizing**
178:4
**recollect** 19:22
**recollecting**
110:20
**recollection**
160:3
**recommended**
226:13
**reconciliation**
135:25 136:11
**reconsider**

106:3
**record** 10:20
11:3 12:18,23
56:3,5,8 66:18
66:20,23,24
86:15,17,20
102:21,24
103:2 106:25
121:10,19
141:15,18
160:1 179:24
180:2 192:18
196:23 208:12
212:22 215:8
215:20 220:20
222:20,23,24
223:1 238:20
238:23 239:9
247:13 249:16
249:19
**recording** 96:6
**recordings**
96:14
**records** 203:6
**red** 198:5
**Reddit** 130:2,7
**redirect** 132:19
**reduce** 46:13
**redundant**
151:21
**reemerged**
197:15
**reenactment**
79:25 80:3,9
80:12,18
**refer** 81:16
149:12 186:12
**reference** 37:10
47:19 97:4
115:24 231:17
**referred** 17:17
62:21 70:1
126:20 170:22
**referring** 87:4
114:5
**refers** 62:2
**reflect** 98:2

189:17 201:3
232:17
**reflected** 27:24
232:9
**refresh** 72:2
203:19
**refusal** 23:7
**refuses** 195:13
241:13
**refusing** 197:6
**regard** 195:10
**regarding** 5:20
21:24 30:20
36:15 65:22
69:8 150:11
195:2,5 201:2
242:19
**regardless** 35:23
**regional** 129:21
**registered** 57:5
73:8 156:6
157:25 178:12
178:13
**registration**
156:3
**regular** 54:23
55:1,20,22
168:8 196:3
236:4,5,13
**regularly** 52:9
55:8 195:23
**reimbursement**
170:1
**Reincarnation**
49:4
**reiterate** 172:18
**rejected** 135:3
135:12
**relate** 182:10
**related** 69:15
116:6 144:6
186:12 187:2
191:21 236:25
**relates** 165:7
**relation** 63:15
**relationship**
151:17 153:6

165:8 166:10
**relationships**
165:19,25
166:16 172:5
239:3 248:23
**relative** 251:14
**relatively**
148:19
**release** 5:18,22
6:14 74:2 79:4
85:4 104:24
107:5
**relevance** 116:6
210:21 211:6
211:14 212:7
**relevant** 96:3
130:9 245:1
**reliability** 23:25
**religion** 1:6 35:6
35:20 36:12
64:3 84:5
188:17 230:22
**religionists** 68:7
**religions** 231:7
**religious** 21:8,25
29:5 31:14
50:20 51:3
64:7 66:3 69:6
69:11,12,22,24
88:17 91:1
92:9,16 99:9
105:5 106:1
114:2 124:24
131:1,2,5
133:4,4,6
142:9,17,20
143:6,11 144:8
160:25 163:9
175:1,4 177:1
177:3,7,19
184:18,21
186:3,19
195:11 230:16
231:3 233:4
242:20 247:9
**religious-based**
92:5 138:4

**remain** 232:22
**remained** 21:17
209:1 211:11
**remains** 89:8,11
89:19
**remarkably**
198:1
**remember** 18:8
71:25 92:19,23
93:11,13 96:5
96:7 111:2
113:8 115:17
115:18 154:18
191:14 226:5
242:1 246:11
246:15 248:25
**removed** 131:18
197:12
**render** 174:16
**rendered** 133:16
**Renew** 199:4
**renewing** 205:2
210:5
**renouncing** 28:9
**rent** 236:18
237:7,10
**rents** 167:23
**reordering**
232:21
**repeat** 207:8
**rephrase** 46:24
**reported** 251:7
**REPORTER**
74:14 86:11,14
172:1,4 203:2
206:6 248:2,8
248:11,19
249:15,20
**REPORTER'S**
4:9
**reports** 79:25
**represent** 11:13
11:14 12:19,20
32:22 189:1
200:5
**representation**
64:4 66:4

177:7,14
224:23 225:11
**representative**
1:17 10:6 11:6
13:6 76:22
136:8,9 185:12
207:6 210:10
251:6
**representatives**
59:24 84:1
225:10,10
243:12
**represented**
152:14 199:16
199:25
**represents** 82:13
136:4,5,6
**reprisal** 194:10
**reproductive**
128:5 129:2
148:12 198:3
**request** 10:7
118:1,4 131:16
178:3 197:7
218:5,12
239:10
**requested** 86:23
193:20 194:3
196:10 251:13
**requesting**
178:1
**requests** 160:9
195:12 218:8
**require** 49:15
155:3 156:19
163:7
**required** 18:21
18:23 20:1,10
42:12 51:24
59:12 154:24
218:8 244:10
**requirement**
15:19,23 16:6
16:13,15 89:11
195:3 224:18
225:9
**requirements**

15:11,15 58:21
183:19 194:8
**requires** 251:19
**research** 209:11
217:13
**reservations**
68:8
**reserve** 156:13
210:13
**reserved** 212:16
**resources**
195:23 200:6
**respect** 43:19
44:10,17 47:25
48:4,18 49:4
51:4 82:14
133:8 168:11
199:25 203:19
207:20
**respected** 89:21
**respects** 134:1
249:2
**respond** 27:13
160:9 197:2
239:11
**responded**
208:22
**responding**
196:25
**response** 51:6,8
83:1 117:25
118:3 177:25
210:8
**responsibilities**
129:15
**responsibility**
129:17 148:20
**responsible**
105:7
**responsive**
118:3
**rest** 125:19
153:3
**rested** 74:21
**restricted**
230:19
**restrictions** 43:4

43:21 88:14
100:7 230:15
230:23
**restrictive** 232:7
**retained** 199:13
**rethink** 150:21
**retroactively**
18:25 241:25
**REV** 1:7
**revealed** 111:8
111:11
**revelation** 40:10
40:13
**revenue** 161:5
183:9 233:11
235:2,3 238:6
238:7
**reverse** 96:23
**reversed** 96:24
**review** 175:19
226:4 251:12
**reviewed** 225:25
239:8
**revised** 201:3,15
**revision** 154:20
154:21 171:3
232:8
**Revolt** 226:16
226:22 227:23
**reworded**
154:22
**rhetoric** 194:19
**Rick** 28:17,18
33:3 62:17,19
65:9 66:10
67:21 68:5
69:2,5 70:1,4
72:3 77:20
**RIDDICK** 1:8
**riff** 138:14
**right** 12:8,11,11
20:25 23:12,25
24:8 25:12
26:10 27:20
30:5 31:6 34:8
35:18 36:22
37:17 42:19

46:4 48:1,10
49:15 52:1
54:15 58:6
60:7,8,14,20
61:18 63:12
65:8,12 66:6
66:15,17 70:5
70:25 72:12,20
74:23,25 76:9
77:23 78:17
79:2,15 80:23
85:9 87:1,8,17
88:8 90:11
92:5 94:4,5,25
95:17 98:17
100:18 101:4,9
101:13,16
102:12,13,16
103:4 106:8
108:8,12 110:8
110:9 114:11
116:8 117:12
118:10,16,21
119:5,11 121:4
121:12,22,24
123:1,6 124:2
124:14,18
125:1,8 126:4
126:14 127:5,7
127:22 130:21
131:15 132:24
134:7,8,13
136:4 138:15
138:21 140:8
141:11,19
147:17,20
151:5,16,25
155:19,25
156:4 158:11
159:8,14
160:14 162:11
164:5,8 165:12
166:14 170:8,8
170:9,11,17,23
172:22 173:2
174:3,5 175:9
175:16 176:23

178:21 179:2
179:15 180:12
180:15,18
181:8 186:1
187:11 188:9
190:20,21
195:1 196:11
198:13,15
204:8 205:19
205:19,20
209:24 212:10
215:16 216:5,6
218:16 219:17
219:25 220:12
221:25 222:18
223:9 225:15
226:16 227:9
227:12,22
228:1,2,9,25
234:4,25 238:9
240:4 244:12
245:14,16
246:5,5,9
**rights** 85:6 88:8
128:5 129:2
132:16 148:12
152:9,10
176:20 195:10
198:3 209:10
209:11,11
**rigidly** 148:25
**ring** 114:23
**rings** 114:22
115:6
**risen** 148:21
**rises** 136:2
**rising** 136:15
**ritual** 73:18
80:16 82:12
**rituals** 51:23,24
51:25 53:7
61:4 134:23
**Riverfront** 2:10
**road** 3:11 20:23
21:13
**Robbins** 1:10
3:20 12:9

**Rock** 1:22 2:6
  2:11,18 3:4
  10:12 246:4
**role** 65:21
  112:12 128:20
**roles** 149:1
**roll** 94:19,20
**rollout** 93:7
**Roman** 80:22
**room** 12:11
  41:21 43:5
**rooted** 196:21
**roughly** 155:21
**routed** 190:11
  249:12
**royalties** 234:19
  234:21
**RPR** 1:24 10:9
  251:4,25
**Rule** 239:13
  251:11
**ruled** 88:17
**rules** 18:6
  148:16 210:14
  210:17,25
  213:5,8,10,16
  213:17 251:12
**ruling** 6:4 31:14
  87:11 88:7,24
  208:1
**rumor** 145:11
  145:21
**rumors** 144:22
  144:23 145:1
**run** 43:12,15
  93:17,18,18
  128:24 137:24
  169:17 190:4
  198:4 233:14
  249:3,6,8,12
**rung** 159:15
**running** 161:17
  200:23
**runs** 233:23
**RUSSELL** 1:3

_____

**S**

**S** 2:1 4:11 5:1
  6:1 7:1 8:1 9:2
  10:18,18
**S-O-L-I-N-G**
  63:9
**S-U-K-K-A-R**
  127:19
**Sabbatic** 134:22
**sacred** 82:10
  227:21
**sacrifice** 61:4
**Sadist** 109:15
  110:24,25
  111:6,18
**sadomasochism**
  61:16
**safe** 44:2 113:7
**safety** 150:14
**sake** 19:24
  122:15 239:23
**salaried** 235:11
**salary** 234:22
  235:5,7 236:2
  236:5,14
  237:21
**sale** 9:7 228:8
**Salem** 7:3 52:9
  52:16 54:3
  172:25 180:12
  195:17,18
  237:21
**SalemArtGall...**
  134:10,12
**sales** 155:17,18
  229:15,21
  234:9
**SALINE** 251:3
**same-sex** 74:19
**sane** 44:3
**sat** 237:20
**Sat-** 52:22
**Satan** 27:6,10,12
  27:13,14 29:2
  67:14 90:8,10
  92:18 93:7,9
  94:8 95:1,5,6
  95:15 97:4

99:2,16,25
100:3 106:2
194:18
**Satan's** 80:7
**satanic** 1:9,17
  4:17,19,21,23
  5:3,7,11,21,23
  6:3,7,9,12,24
  7:13,14,16,16
  7:21,22 8:5,7
  8:10,12,18,21
  9:4,4,7 10:6
  11:6 13:3,7,12
  13:21 14:25
  20:15 24:4
  25:13 26:14,19
  26:25 27:19,21
  28:2,12,16,22
  28:24 29:3,8
  30:7,12 31:9
  31:20 32:12,18
  33:1,7,20,23
  34:2,11,14
  35:15,20 36:6
  36:24 38:3,7
  40:5 41:14,19
  41:24 42:7,12
  43:2,14,18,20
  45:17 46:20
  47:1,4,5,12
  48:8,17 49:3
  49:10,14 50:10
  50:12,15,21
  51:1,24 54:5
  54:13,13 56:19
  58:24 59:19,24
  60:10,13,25
  61:9 62:10,11
  63:12,14,16,21
  64:16,22,23
  65:5,11,18
  67:6,24 68:1
  68:18 71:5
  73:8,12,18,23
  75:16 76:18,23
  77:4,8,19,21
  79:12 82:19

85:4,5,12
87:10 90:9
100:16 101:16
102:10,13
103:10,17
104:16,16
107:19 117:25
120:1,6 127:25
128:4,6,14,20
129:5,18
130:18 134:13
134:23 137:25
139:9,21 140:1
140:3 141:22
142:1,11,15,16
143:1,19,23,25
144:2,9 146:23
147:7,13 148:5
149:25 150:12
151:17,21
152:8 153:25
154:15 156:3
161:13 162:8
163:8 164:22
164:24 165:9
168:11,12,24
170:12,21
173:14 174:4
174:11,24,25
175:9,18 176:3
176:15,23,24
178:9,15,18,24
180:14 181:1
181:22 182:8
182:14,21,22
183:14,16,17
184:1,7,8,9,17
184:19,22
185:3,5,13,17
185:18,22,24
186:10,13,20
187:5,13,18
188:6,18
190:15,21,24
192:1,5,6,15
193:5 194:3,16
194:19 196:8

196:10 197:14
199:3,16
200:19 201:2
204:9,17,23,23
204:24 205:10
205:10,11,23
206:14,20
207:6,16
209:14,23
210:11 216:12
216:25 217:8
217:25 220:22
222:8,15 223:4
223:19 224:11
224:15 225:4,6
225:17 226:9
226:14 227:20
228:7,21
232:24 233:1
235:18,22
236:10,11,15
236:21,25
237:1,2,9
238:6 240:23
241:1 245:20
246:2 247:9,17
251:6
**Satanicae**
  205:22 206:1
  216:9
**SatanicTempl...**
  228:9
**Satanism** 65:22
  80:6 97:4
  226:14 227:9
  227:12,15
**Satanist** 37:8
  64:6 67:15
**Satanists** 6:4
  47:11 50:19
  67:10 68:7
  87:10 89:3
  101:18 102:15
  144:3 245:12
**satisfying**
  162:19
**savvy** 30:22

**saw** 64:13 91:19
119:13 144:14
156:11 209:3
**saying** 98:1
99:21 113:12
132:18 135:13
185:2 194:24
197:11 204:4
205:5 216:4
217:18 233:25
**says** 15:8 22:13
22:19 24:6
32:24 35:5,19
39:24 51:23
56:11,12,14
82:8 101:1,16
103:16,25
104:8 109:16
167:5,22
170:15 176:12
176:12,14,17
187:10,12
188:16 193:19
195:9 203:22
205:9 209:7,9
216:24,24
218:5 223:12
**SB98** 68:3
**scantily** 124:10
**scene** 112:6
**schism** 217:15
**scholar** 84:5
**scholars** 84:5
**school** 66:15
67:23 84:16
90:8,9,21 91:2
91:4,5,9,12,20
92:14,18,21
93:7,9 94:8
95:1,5,5 98:25
99:2,3,7,8,12
99:13,15,16,16
99:24 100:3
**schools** 68:22
90:10 92:17
132:15
**Schulze** 2:5

**science** 41:11
89:1 232:13
**sciences** 97:19
**scientific** 41:1
41:13 45:7
48:14 49:19,20
50:3 51:16,17
51:18 88:16,22
161:1
**scientifically**
50:6
**scientifically-...**
49:24
**Scientology**
231:4,5
**Scott** 28:17,18
33:3 62:18,19
65:9 66:10,14
67:21 68:5,20
68:24 69:2,5
70:1,5 72:3,9
77:20
**Scott's** 70:11
**Scottsdale** 13:22
31:11 33:11
198:3
**screaming**
118:18
**screen** 87:14,15
103:14 228:6
**scripted** 119:23
120:9,12
**scripture** 114:16
**scrotum** 74:21
**sculptor** 138:22
**se** 166:5
**SEAL** 251:22,25
**search** 206:19
**searching** 28:1
32:17
**seated** 104:1,9
104:18
**Seattle** 93:15
**Sebastian**
117:13
**second** 4:15
14:24 71:4,8

71:12,20 82:6
82:6 85:14
102:22 109:1
117:1 118:1
122:17 145:7
158:3 167:2,3
175:15
**seconds** 119:4,5
122:6 123:2
**secretaries**
162:14
**secretary** 1:14
3:3 162:11
**section** 34:13,19
34:21 36:1
37:2,15,16
161:4 180:11
**secular** 92:7,16
**secularists**
101:18 102:15
**secure** 157:5
**security** 105:3
105:10,14,15
105:17 106:6,9
106:12,20,24
107:3,7,8,12
107:13 108:1,4
**see** 16:20 22:16
24:24 25:1,6,9
36:10 38:3
39:13,16 49:9
51:4 54:23
60:23 66:2
70:15 71:11
80:1 86:6
87:13 90:4
91:12 100:23
104:4 113:25
115:11 116:5
131:25 134:18
135:21,23
136:12 145:20
160:18 161:24
165:2,11
166:17 167:2,9
168:2 170:18
175:23 176:9

182:5 185:8
186:1,2,3
188:22,24
194:17 197:6
198:18 202:25
203:4,22
205:13 216:11
216:15 222:5
227:12,14
246:21,23,24
247:7
**seeing** 35:18
36:10,11,13
37:23 80:15
87:21 88:4
100:19,21,22
103:11 125:18
186:10 189:15
204:19 223:6
241:15
**seek** 23:6 132:14
132:15 174:4
**seeking** 18:7,24
18:25 19:12
20:4 35:6
56:23 64:3
66:4 81:1
**seeks** 35:20
**seen** 62:20 109:5
122:7 146:25
197:20
**segment** 154:21
**self-evidently**
175:5 241:4
**Self-ordained**
58:17
**sell** 104:12
**Senate** 67:22
**Senator** 18:8,17
132:9 241:11
**send** 92:22
155:14 175:10
176:2,3 177:18
**sending** 105:11
**sends** 131:4
**sense** 45:24
46:15,16 49:21

64:5 65:14
83:10 88:14
184:25
**sensibilities**
67:12
**sent** 32:23 92:20
**sentence** 15:7
16:10,12 26:25
27:5,10 56:14
73:16 82:6
176:17 218:4
**sentences** 27:16
135:7
**separate** 35:6,20
64:17,18 154:5
161:21 180:22
182:17 183:6,7
184:3
**separately** 4:13
89:6
**separation**
36:12
**September**
160:16,20
**series** 92:20
248:22
**seriously** 30:5
106:2
**servants** 80:7
**serve** 182:15
**serves** 143:25
**service** 52:13
251:20
**services** 52:8,8
52:15 54:3,13
54:20,25 55:1
55:5,22,25
59:25
**session** 22:11,23
23:4,10
**set** 14:19 23:15
25:11 31:5
34:8 36:21
38:21 60:7
62:7,7 72:11
77:6 78:17
79:1,10 84:25

85:9 87:7 90:5
100:10,11,12
101:22 102:20
104:22 108:9
110:2,5 116:13
122:21 134:7
137:8 143:12
174:3 178:21
179:20 182:4
188:9 190:20
198:25 204:8
205:19 213:12
214:13 218:16
220:12,12
228:1 236:13
237:8
setting 189:21
settled 234:23
setup 108:23
109:13
seven 37:16 38:9
38:14,19 39:25
40:3,8,10
41:15,17,25
42:8,13 43:5
44:9,16,23
45:2,11,18,23
46:3,12 47:14
47:25 49:17
51:10 52:22
125:12 151:5
206:21 211:25
231:21,23
232:4
sex 144:18,21,23
145:2,12,13,18
146:3
sexual 43:25
44:11 73:19
74:12,14
193:21 195:5
sexually 119:3
share 195:13
shared 53:5
shed 186:17
sheet 117:8
118:16,20

shoot 98:15
shop 228:7
233:14,14,23
234:5 235:5
Shopify 190:6
short 56:2 66:18
111:5 112:25
238:10,11,12
shortage 84:8
193:6
shots 6:21 121:6
show 52:18 64:1
64:2 69:13
116:12 177:19
246:18 247:3
showing 9:7
34:9 70:14
116:19 124:13
170:9 194:8
228:2 243:17
shown 246:13
shut 91:20
Shyloa 1:24 10:9
251:4,25
sic 91:9
Sickler 71:7,25
side 8:16 111:9
116:13 118:6
118:15 127:22
218:24
sign 105:20
106:7
signature 107:5
158:4
signed 68:25
69:2,3 140:24
153:9 164:13
166:19 167:15
172:13 205:21
significance
109:9 114:10
114:15 116:1
119:15,20
131:1
significant 46:11
201:5,8
signing 66:14

68:21 154:23
silent 209:2
silently 15:8
51:22 73:16
similar 53:7
92:4 97:10
98:19 234:19
245:10
simply 193:23
sing 53:1
singing 53:4
sir 172:1 203:3
248:3,13
sit 16:9 114:11
172:22 219:12
219:14,17
site 4:23 5:3,7,9
5:13,15,18,20
5:21,23 6:3,12
6:24 7:3,16,23
8:3,5,7,9,11,15
8:17,20 9:5,7,9
23:21 24:12
26:1,3,14
27:23 29:21
31:11 35:2,19
36:9 37:24,25
38:6,7,15
39:14 63:16
73:10,12,14,19
78:6,22 95:4
104:14 130:2
139:16 156:14
156:20 157:12
175:13 187:24
189:7,10,13,18
189:20 190:9
190:12 218:7
228:7 229:22
234:1,9 246:14
246:15,16
sites 26:8 31:3
73:5 156:4,10
156:12,23,24
157:9,15 160:8
189:24
sitting 98:11

124:6,7 125:20
126:19 164:16
166:2 220:5
235:24
situation 23:13
148:19 207:11
six 125:17
211:25
sized 135:22
SKIPPED 6:6
8:14,23
skipping 38:23
slide 118:6
slightly 175:16
sloppy 195:21
slowly 37:24
small 129:12
smoothly 211:17
snakes 135:24
social 38:2 70:10
226:25 227:2
society 1:6
174:10 232:16
sold 104:15,17
sole 157:25,25
Solicitor 2:16
Soling 63:7,9
112:15,19
173:17 180:18
181:4 219:2
236:12 239:4
somebody 29:20
64:6 107:13
130:3 158:24
167:17 190:13
191:12 200:23
206:20 225:2
233:14
somebody's
51:14
someone's 45:11
songs 53:1
Sonia 3:10 12:4
soon 35:7 52:10
Sororitatis
205:22 206:1
216:8

sorry 22:17
24:23 44:19
46:23 60:21
62:13 72:13
94:4 101:13,24
102:3 104:4,6
147:8 155:24
158:19 159:17
168:20 172:1,3
172:6 203:2,4
206:10 207:8
221:8 240:25
sort 146:18
148:20 211:15
212:21 213:2
246:10
sorts 49:6
sought 17:11,12
130:18 242:16
soul 6:14 49:7,9
49:12 104:25
105:21
souls 106:3
sound 21:21
95:21 96:11,19
115:15
sounds 38:10
61:19,19 79:14
151:20
sparse 197:23
speak 28:25
30:20 40:25
45:2 47:17
59:18,23 71:24
98:12 207:4,5
219:7 220:7
221:22 224:7
224:12,25
speaking 45:1
59:10 165:12
165:13 221:18
224:14,20
speaks 8:9 52:17
52:19 96:1
205:22 222:1,1
spec- 15:10
specializes

189:11
**specially** 15:10
**specialty** 61:24
    160:12 249:13
**specific** 28:14
    29:7 42:5
    51:11 65:25
    66:7 94:10
    113:10 141:21
    142:24 143:24
    147:15 160:3
    168:9 169:9
    177:9 191:14
    192:3 193:3
    195:2 198:9
    219:11 222:5
    224:22 232:2
    240:9,17
    244:18 246:20
**specifically**
    15:19 16:12
    92:11 110:2,5
    165:20,21
    178:1 187:1
    240:25
**specifics** 219:12
**specify** 50:13
    147:8 249:5
**speculation**
    61:20 140:16
    184:10 189:25
    222:2
**speculative**
    191:15
**speech** 111:5
    112:25 113:1
    114:7,8,9,12
    114:17 115:23
    117:9
**speed** 214:14
**spell** 57:23
**spelled** 63:9
**spend** 209:25
**spending** 198:16
**spent** 195:13,25
    196:11 197:6
    198:11,15

**sphere** 27:1 36:2
**spiders** 97:15,21
    97:23
**spirit** 68:4
**spiritual** 80:16
**spirituality**
    84:14
**spit** 120:7
**spitting** 119:19
**spoke** 71:25 97:9
    113:9 219:20
    221:14 222:9,9
    222:12 225:5
**spoken** 37:11
    219:6,9,15
    220:3 221:23
**spokesperson**
    13:5 68:1
    128:15 129:10
**sponsor** 17:4,5,7
    20:20 21:1,2,4
    22:8,10,22
    23:3,10 82:12
    242:25 243:1
    243:14
**sponsored** 79:12
**sponsoring**
    241:12
**sponsorship**
    17:3,11,12
    19:18 23:6
    242:14,16
**spot** 108:7
**spread** 73:6
**springboard**
    80:5
**ss** 251:2
**St** 216:17
**stack** 14:21
    116:16
**staff** 135:23
**stage** 73:4
    108:23 109:8
    109:13 110:2
    111:10,13
    117:10 125:18
    145:4

**staged** 66:5,8
**stamp** 157:22
**stand** 29:16
    174:9 240:20
**stand-alone** 38:6
    58:2,4
**standard** 153:5
    155:13 212:14
**standards** 22:2
    44:4,6 100:7
    154:6 172:10
    207:19 224:14
    224:22 237:8
**standing** 88:11
    88:22 176:19
    188:2 192:14
    231:13,15
    245:9
**stands** 61:12,21
    129:25
**Star** 138:14,16
**start** 129:21
    181:24 211:22
    231:6 248:2
**started** 29:3
    30:11 35:8
    63:13 129:9
    138:8 144:4
    176:6
**starting** 37:7
    110:15 126:11
    134:17
**starts** 160:24
**state** 1:14 3:3
    11:20 12:22
    16:24 42:12
    49:16,17 58:22
    59:8 66:5,8
    67:1 68:15
    131:20,23
    132:2,20
    133:19 135:3
    135:10 152:9
    171:11 207:11
    211:20 240:7
    240:24 241:3
    251:2

**stated** 68:20
    118:3
**statement** 34:19
    36:13 71:20
    81:24 82:2
    143:22 188:22
    235:25 242:11
    247:19
**statements** 14:8
    186:9 193:2
    219:3,22
    220:25 221:11
**states** 1:1 45:14
    58:20 114:2
    132:11
**static** 232:22
**statue** 6:17,19
    6:21,22 8:18
    103:5 116:4
    118:20 119:10
    123:17 130:19
    131:9 135:3,12
    135:19 136:16
    139:6,20
    144:15 147:7
    220:23 240:7
    244:14 245:22
**status** 162:24
    163:3 164:9
    165:4 166:1,5
    171:4 174:5,12
    175:6 176:15
    176:18,25
    177:11,23
    178:7 179:8
    187:22 188:5
    189:20 190:3
    199:18 230:7
    230:18,21,25
    231:2,8,12,19
**stay** 237:13,14
**staying** 115:23
**stenographic**
    251:8
**step** 18:12
    110:13,14
    118:24

**steps** 67:12
**Steven** 226:18
**STEWART** 1:7
**stick** 112:21
    116:15 118:9
**sticker** 247:24
    248:12
**stickers** 248:1
**stipulations**
    10:20 211:3
    212:14 213:13
    214:13
**stoke** 97:25
**stood** 69:14
**stop** 75:22 84:17
    89:15 122:5
    132:17 155:12
    190:23 208:3
    208:24
**stopped** 123:12
    214:12
**stops** 68:11
**store** 186:21
    195:17
**story** 8:9 197:19
    205:22
**Story's** 199:2
**straddling** 124:7
**straight** 98:15
    210:17
**strapped** 105:18
**strategically**
    195:21
**streaming**
    180:25 183:9
    233:10
**streams** 238:6
**street** 1:21 2:17
    3:4 10:12
    172:24,24
    180:11
**stretch** 136:19
**stretching** 96:18
**strict** 225:9
**strictly** 184:5
**strong** 131:4
**strongest** 200:16

structural 21:18
structurally
    21:20
structure 19:20
    188:1 189:6
structures 20:7
struggle 8:3 41:7
    186:1 193:12
struggling 45:11
Stuart 8:20
    223:22
student 82:12
student-led
    66:15 67:22
    68:21 69:9
studied 79:15
stuff 33:16 112:5
    155:18 202:4
STYLE 4:2
subject 232:18
    232:19 249:2
subjected
    171:23
submitted
    157:14 233:25
subordinate
    27:11
subscribe 41:14
    83:15
subscribers
    182:23
subscribes 51:10
    143:12
subscriptions
    183:3
subsequent 74:2
subset 172:14
substance 61:2
    217:21
substantially
    239:9
substantiate
    194:11
sudden 197:15
suffering 46:9
    46:11,13,16
    47:13

suggest 47:22
suggested 218:6
suggesting 186:7
    218:14
suggestions
    218:8
suggests 60:25
    61:10
Suite 2:6,10,17
    2:22 3:4
suits 198:2
Sukkar 127:17
    127:18
sullied 145:24
Sullivan 3:2
    11:18,18,22
summary
    213:21 218:5
sunglasses
    117:20
superfluous
    29:21
superior 43:23
supernatural
    27:1 28:9
    29:12 34:6
    35:22 36:2,13
    36:15 40:16
    41:3 49:2,25
    51:9,14 74:4
    81:8
supernaturali...
    28:9 35:15
    84:14
supernaturali...
    27:19 28:4,23
    29:9,18 30:4,9
    33:24
superstition
    35:6,21,23
    36:12
superstitions
    83:15
superstitious
    83:18 105:21
supervises 159:3
supervision

251:9
support 6:4 9:8
    20:8 51:5
    66:13 87:11
    176:18 187:12
    195:10 201:3
    209:19 247:14
    247:15,17
supporting
    243:4,23 247:8
supportive
    195:22
supports 195:15
supposed 65:11
    81:19
Supreme 74:8
    87:1,3 88:7
    92:1 131:19
sure 29:6,10,10
    32:20 33:5,8
    33:15 36:16
    39:12 48:7
    53:23,25 55:14
    81:13 86:13
    88:1 94:12,14
    97:13 98:6
    100:18 101:5
    102:9 104:7
    105:17 108:10
    117:13 124:14
    130:10 134:2
    138:3,23
    143:16 152:11
    152:18 153:2
    157:5 162:24
    168:22 169:5
    173:12 179:12
    183:20 186:18
    198:11,16
    201:22 206:25
    208:15 210:12
    213:3 214:17
    235:7,8 237:5
    237:23 243:21
Surely 68:4
surprise 201:17
    202:17

SUSAN 1:3
suspect 49:22
    55:12 70:6
    203:14
suspicious 67:16
swear 11:8
swing 68:13
sworn 11:9
    12:14
symbol 109:23
    110:1 135:25
    136:10,10,12
    137:5
symbolic 242:8
symbolism
    97:10 109:19
    135:16
symbols 136:15

_____
        T
_____

T 4:11 5:1 6:1
    7:1 8:1 9:2
    10:3,18,18
T-H-R-A-S-H
    111:24
table 107:2
taboo 83:17
taboos 43:25
take 15:4 17:19
    19:13 20:13
    28:6,19 33:1,2
    33:2 35:24
    37:15 39:21
    51:3,20 52:5
    56:2,10 66:17
    72:7 73:15
    77:23 78:20
    86:4 94:16
    103:8,12 106:1
    108:14 109:1
    116:20 117:15
    118:5 122:1
    127:13 137:2
    141:12 147:19
    152:4 160:22
    162:9 167:2,21
    172:23 177:21

179:16 193:16
195:7 199:7,8
199:12 202:22
205:7,7 209:5
210:3 214:25
216:23 220:7
223:11 231:2
237:5,11,16
238:9,17 240:4
246:17
taken 8:12 10:8
    13:20 30:5
    56:6 79:18
    86:18 96:14
    111:15 123:14
    141:16 179:25
    195:18 214:18
    216:12 222:24
    231:12 236:15
    237:6 238:8,21
    251:10
talk 30:15 45:3
    65:8 72:12,16
    79:11 80:5
    90:7 103:5
    135:18 148:1
    185:24 218:20
talked 141:20
    193:10 217:14
    235:23
talking 58:10,10
    66:10 96:8,8
    158:24 165:25
    213:23 233:2
    236:23 247:8
targeting 90:21
tarp 117:8
tastefully 74:21
tax 7:10 161:19
    163:4 164:9
    165:4,25 166:5
    166:13 170:17
    174:5,11
    176:15,24
    177:10,13,22
    178:3,7 179:8
    181:14 185:22

186:1,10,19
187:14,18,19
188:5,18,23,24
189:24 190:3,6
190:9,10,15
229:2,8,12
230:7,15,18,21
230:24 231:2,7
231:12,14,16
231:18
**tax-deductible**
247:16
**taxes** 174:9
178:10,12,19
**teachings** 67:19
67:25 91:6
**team** 107:8,12
107:13
**tear** 118:20
**technically**
161:11
**tell** 12:14 15:14
35:1 45:23
56:1 67:7
78:20 90:13
94:25 95:7,19
105:2 108:14
108:17 109:6,9
110:13 114:7
114:21 116:20
117:5 123:11
123:24 127:9
141:11 143:4,5
150:21 152:22
156:13 179:15
184:24 193:16
201:19 202:22
206:16 207:10
207:10 225:2
226:12 228:3,5
233:5
**telling** 47:7
208:22
**template** 132:10
**Temple** 1:9,17
4:17,19,21,23
5:3,7,21,23 6:3

6:7,9,12,24
7:13,15,16,16
7:21,22 8:5,8
8:10,12,21 9:4
9:4,7 10:6 11:6
13:4,7,12,21
14:25 20:15
24:5 25:14
26:15,20,25
27:19,22 28:2
28:12,16,22,24
29:3,8 30:7,12
31:9,20 32:13
32:18 33:2,7
33:20,23 34:2
34:11,14 35:16
35:20 36:6,25
38:3,7 40:5
41:14,19,24
42:7,12 43:2
43:14,18,20
45:17 46:20
47:1,4,5,12
48:8,17 49:3
49:10,14 50:10
50:12,15,21
51:1,24 54:5
54:13,14 56:19
58:24 59:19,24
60:10,13,25
61:9 62:10,11
63:12,14,16,21
64:16,22,23
65:5 67:6 68:1
68:18 73:8,23
75:16 76:18,23
77:4,8,19,21
79:12 82:19
85:4,5,12
87:10 90:9
100:17 101:16
102:10,13
103:10,17
104:16,17
107:20 120:1,6
127:25 128:4,6
128:14,20

129:5,18
130:18 134:13
134:24 137:25
139:9,21 140:1
140:3 141:22
142:1,11,15,16
143:1,19,23,25
144:2,9 146:23
147:7,13 148:6
149:25 150:12
151:18,22
152:8 153:25
154:15 156:3
161:13 162:8
163:8 164:23
164:24 165:9
168:11,12,24
170:12,21
173:14 174:4
174:11,24,25
175:9,18 176:3
176:15,23,24
178:9,15,18,24
180:14 181:1
181:23 182:8
182:14,21,22
183:14,16,17
184:1,7,8,9,17
184:20,22
185:3,5,13,17
185:18,22,24
186:10,13,20
187:5,13,18
188:6,18
190:22,24
192:1,5,6,15
193:5 194:4,16
194:19 195:12
195:24 196:11
197:14 199:3
199:16 200:19
201:2 204:9,17
204:23,23,24
205:10,11,11
205:23 206:21
207:7,16
209:14,23

210:11 216:12
216:24,25
217:8,25 222:8
222:16 223:4
223:19 224:11
224:16 225:4,6
225:17 226:9
226:14 227:21
228:7,21
232:25 233:1
235:18,23
236:10,11,15
236:21,25
237:1,3,9
238:7 240:23
241:1 245:20
246:3 247:9
251:6
**Temple's** 73:13
117:25 196:8
206:14 247:17
**Temple.com**
190:15
**Ten** 15:9,15,20
15:23 16:2,7
16:14 130:20
131:12,17,23
133:12,14,21
245:5
**tenet** 32:22
**tenets** 4:21 31:9
32:1,5,8 37:15
37:16,17,20,21
38:9,9,10,19
39:25 40:3,8,8
40:10 41:15,17
41:21,25 42:1
42:9,13,17,23
43:5 44:10,16
44:23 45:2,11
45:18,19,23
46:3,12 47:14
47:25 49:17
51:10 52:22
161:1 231:21
231:23 232:4,5
232:10,18

**tenor** 96:7
**tension** 82:25
**TERESA** 1:8
**term** 62:1 65:3
181:14
**terminal** 47:13
**terminally-ill**
47:4
**terminate**
207:17
**terminology**
36:15 148:17
149:9 189:8
**terms** 74:7
153:11 161:11
200:16
**terribly** 38:1
**terrorism** 106:1
**testified** 12:15
164:21 196:7
**testify** 14:2,5
**testifying** 246:9
**testimony** 54:11
231:25 246:11
248:25 251:5
**Texas** 89:8,11
89:18,23
**text** 25:16 27:23
28:7,10 29:22
29:25 31:23,25
35:2,4,10 36:2
36:19 37:12,13
37:14 38:16
39:22 87:13
109:16 115:12
115:13,24
153:24 176:14
188:15,16
205:13 247:1,7
247:15 248:18
**texts** 213:22
227:21
**thank** 20:12
72:11 101:24
112:23 116:11
**Thanks** 127:3
**theistic** 66:1

**theocracy**
132:11
**theocratic** 132:2
174:19 230:13
**theocrats** 114:1
114:4 227:18
**theology** 27:19
28:4,23 29:9
29:18 30:4,9
33:24
**theory** 67:18
**TheSatanicTe...**
39:1,19 85:17
187:6 188:22
226:9 228:12
229:16
**TheSatanicTe...**
5:9 7:23 60:10
188:12,24
**TheSatanicTe...**
181:2
**thing** 43:24
49:24 53:6
83:16 97:14
111:15,17
112:6 129:14
130:17 140:21
141:5 153:21
158:23 161:20
183:5 185:19
201:1 204:5
206:20 211:15
211:16 212:21
215:15 217:19
236:19 241:6
**things** 15:3 28:8
29:12 31:22
36:8 40:25
41:6,10 43:1,7
43:12,15,19
45:3 47:20,23
48:9,19 49:22
49:23 50:6
51:9 53:9
65:23 69:15
70:7 84:14
91:8,13,14

97:7 119:21
120:10,16,18
120:20 129:13
141:20 146:4
146:14 150:12
154:7 159:13
160:1,9 165:13
172:19 174:18
178:15 183:17
183:20 185:8,9
185:15 186:23
186:24 187:2
187:21 188:1
193:4 197:6
203:24 213:19
214:14 218:18
222:12 233:20
237:18
**think** 16:5 19:5
21:9 28:6
30:18 35:9
37:23 41:2
43:5,7,13 45:6
45:22 47:10
49:1,11 50:25
51:1,11 52:24
54:1 55:16
57:1,6 61:17
62:3,3,5 64:16
64:18 65:16
78:12 81:2,3
83:2,23,24
84:6,13 89:6
90:21 93:1,5
93:11,14 96:9
96:17 97:9,20
98:3,12,20,21
98:23,25 99:1
99:11,14
109:24 110:24
111:1,12,13
113:3,16,19
114:18,19
116:5 120:4,17
120:19 128:7
128:16,17,23
128:25 129:2

130:3,15
131:25,25
132:9 133:10
136:13,18,20
139:25 141:25
144:5,19 145:5
146:21,25
148:14 151:5,5
151:8,15
152:13 155:9
155:23,23
159:9 162:16
163:10 164:18
164:23 165:4
165:16,17
171:19 172:8,8
172:9,20,22
173:9 182:21
186:5 189:15
191:8,12
197:20 201:8,8
202:3 204:19
210:24 212:2
212:23 213:6
215:13,21,22
217:21 218:20
219:17 220:1,5
224:4 229:1
230:6 231:13
232:9 233:15
233:16 234:4,5
234:6,23,25
244:8,8,9,17
244:24,24,25
246:3
**thinking** 94:12
**third** 27:5
108:23 109:7
117:4,16 158:6
162:9 164:13
166:25 190:5
**third-party**
175:11 189:10
190:5
**Thorn** 8:15
218:24
**thoroughly**

100:9 177:17
**thought** 41:4
80:13,18 91:14
105:20 142:10
153:15 163:21
175:2,5 222:12
231:5 242:25
**thoughts** 36:18
**thousand** 209:20
**thrash** 111:20
111:22
**threatened**
208:3,20
**threatening**
105:5 208:25
**threats** 113:5
**three** 57:1 58:25
85:18 93:12
114:14 124:1
235:12 244:16
**threw** 114:19
**throes** 124:24
**throw** 217:17
**thrown** 194:18
**Thurston** 1:14
12:20
**ticket** 103:25
104:8 105:12
110:17,18,20
**Ticketleap** 6:12
103:9
**tickets** 104:12
104:15,17
105:23
**time** 8:17 11:4
18:23 19:10,23
26:12 28:3
29:9 30:9,16
30:24 32:16
33:1,9 60:13
62:22 63:2
69:10 70:8
77:3 91:21
96:18 107:11
119:4,7 122:16
122:17 125:7
128:19,21

129:1,3 130:4
130:5,14 137:3
138:4 139:23
143:10 148:18
149:11 194:14
195:23 196:23
197:14 200:21
207:24 208:17
211:5 215:2
216:1,2 221:1
221:22,24
222:7 223:23
224:11 225:7,8
225:24 233:18
236:9 239:3
240:9,19 241:6
241:22 251:10
**timeline** 19:8,11
**times** 8:15 13:17
144:19 218:24
220:14
**title** 13:21 85:17
86:5 128:16,17
129:7 216:11
223:4
**titled** 5:11,16
6:12 7:16,21
7:23 8:3,5,7,9
8:11,21 71:4
78:22 85:5
87:10 103:10
187:4 188:11
193:11 218:24
226:9
**titles** 129:14
**today** 55:24
63:17 64:22
67:8 164:17,25
166:2 173:11
190:13 213:23
218:20 219:14
220:5 227:15
235:24 239:22
**told** 26:11,21
30:10 68:4
201:17
**TOM** 3:21

tomorrow 71:17
164:19 170:4,6
218:19 239:25
top 51:21 52:5,6
60:22 71:13
79:7 86:7
101:1 103:14
124:7,23
125:13 160:19
193:17,19
223:11 248:19
Topeka 73:3
topic 97:11
topics 13:7
14:15
tore 114:19
torn 117:8
totally 59:4
Town 5:24 85:12
85:18 86:24
87:4
track 57:17
172:16
tradition 134:24
traditional 80:3
traffic 38:2
tragedies 73:5
trans 209:11
transactions
167:23 168:5,7
168:11,18
169:3 183:23
transcribed
251:8
transcript
251:12
transcripts
33:10 226:4
Transfer 6:14
104:25
transferred
141:2
transitioning
75:17
transitory 77:3
transparency
218:7

trappings 35:14
travel 45:14
treasurer
162:11 173:3
treasurers
162:15
Trek 138:17
Trek's 138:15
trial 210:21
212:16 213:16
tried 22:10
75:11 141:5
tropes 95:12,13
95:14,16
trouble 125:18
true 53:8 86:25
89:12 187:17
194:2,5 201:21
217:5
truly 63:4
Trump 174:14
174:15 230:13
231:1
trumped 88:18
Trust 132:14
trustees 162:14
167:25
truth 12:14,14
12:15 42:25
192:20 194:24
196:13 222:6
truthfully 14:5
219:7,13 220:7
222:1,9
try 22:22 53:8
83:25 105:25
132:12 152:21
176:25 231:10
244:23
trying 23:2,9
38:12 64:10
69:6 75:15
107:23 113:2,6
151:20 153:16
153:17 184:24
185:20 186:8
194:22 208:24

230:21 232:17
241:2
TST 51:23 52:8
52:9 56:12
71:19 101:16
102:13 164:17
165:11,13
193:22 200:5,9
208:11 209:9
223:12 239:3
239:11 246:10
248:24 249:3,6
TST's 4:15
176:18 195:10
200:10
TSTTV 182:23
234:9
Turing 223:14
turn 247:11
turned 97:20
turns 80:13
TV 181:1,23
183:17
Twice 13:18
Twitter 199:17
200:12,19
201:2 202:8,10
202:14 203:11
203:21,21
204:10,10,25
246:10,10
247:9,20
two 14:1 16:13
22:23 55:16,18
55:24 58:13
74:19,22 75:7
75:24 79:7
101:3 109:2
117:10 118:14
124:3,22,23
126:16 135:7
223:12 224:6
225:15 234:6,8
234:24 235:12
two-tier 105:10
TX 2:22
type 43:24 51:11

53:5 63:25
80:4 91:18
99:9 111:15,17
111:19 129:14
130:17 140:21
141:5 144:1,3
177:13 185:8
204:4 217:19
224:19 241:6
typed 166:21
types 44:5 65:23
239:20

---

**U**

U 10:18
U.S 88:7 92:1
177:5 188:17
Uh-huh 31:2
112:9 133:2
159:7 216:10
233:12
ultimate 40:25
148:5 149:18
ultimately 78:9
84:13
umbrella 185:4
185:4,9 233:3
unable 20:19
unanswered
191:24
unaware 69:19
223:23
unbendable
43:9
under- 160:7
underfunded
198:21
undermine
63:22
understand
15:17 29:6
38:13 39:2
44:18 48:8
49:13 61:25
77:11 86:9
131:3 132:18
140:11 163:1,2

182:5,10 185:2
185:20,21
186:9 196:20
204:3 205:4
216:3 230:7
233:24 241:21
243:22 245:15
understanding
17:6,16 18:18
18:20 19:7,25
20:11 21:16
22:1 23:5,11
28:21 29:17,20
45:7 48:24
49:19,21 62:1
63:24 65:17
81:19 84:11
87:18,23 89:13
91:17 99:4,18
104:14 106:23
113:14 116:3
120:15 130:8
139:21 140:6
153:12 156:5
160:7 162:21
164:2 173:25
178:8 182:12
186:16,22
189:5,22 190:2
190:8 203:16
217:11 229:7
239:16 243:3,8
244:2 245:23
understood
79:20
unduly 212:21
unenforceable
174:16
unify 217:16
unique 171:19
United 1:1 7:7
45:14 114:2
132:11 137:12
137:21,23
138:1,8,11,15
139:10,23
140:8 141:1

The Satanic Temple 30(b)(6) 3/10/2020        Donna Cave, et al. v. John Thurston

157:21 158:10
158:13,17,20
159:23 160:4
161:12 165:9
168:12,13,23
171:1 178:15
182:6,12 185:5
185:10,14
228:23 234:10
235:15,16
**universal** 41:7
    45:3 46:14
**universe** 27:7
    45:6
**University** 5:19
    29:1 84:7
**unknown** 25:24
    27:24 47:15
**unobjectionable**
    133:11
**unrelated** 89:6
**unspeakable**
    81:15
**unthinkable**
    67:9
**unthought**
    150:13
**untoward** 186:5
**untrue** 222:4
**untruthful**
    219:23
**untruthfully**
    219:9,15,20
    220:3
**unveil** 120:2,3
**unveiled** 117:7
    120:20 128:15
**unveiling** 6:13
    6:17,20,21,23
    8:18 103:10,19
    108:21,22,25
    110:12,14
    116:22 117:6
    118:4 119:16
    120:14 121:12
    126:2 128:19
    128:21 144:14

144:24 145:3
145:14 146:13
147:7,14
220:22
**unwilling** 43:9
**updated** 37:24
    189:17
**updating** 187:21
**upholding** 87:1
**upper** 39:6
**urination** 145:7
**URL** 38:6 39:13
    101:8 157:5
    176:9,11
    180:25
**use** 36:14 65:3
    80:10,11,12
    81:1,14,15
    89:2 105:10
    112:4,24 130:7
    138:5 153:24
    156:6 161:13
    176:5 236:25
    251:8
**useful** 162:25
**uses** 107:14
    175:9 205:25
**usual** 213:12
**usually** 17:17
    26:7 52:18,21
    69:18 171:24
    197:23,24
    198:2
**Uterus** 8:22
    223:5

_____
        **V**
**v** 13:21 87:4
    92:4 201:2
    246:10 247:9
**validated** 41:11
    177:4
**validating** 21:18
**validity** 88:18
**valuable** 200:6
**value** 65:25 69:5
    70:9 72:8

83:19 177:21
178:2 197:25
198:1
**values** 48:23
    53:9 82:14
    96:9 131:3,5
    143:12 144:3
    152:13 242:24
**Van** 71:6,25
**various** 29:23
    51:3 95:8
    96:19 132:12
    176:19 186:23
    193:4 233:6,19
**vegan** 61:3
**veganism** 43:23
**venue** 106:10
**verbatim** 114:12
    132:8 251:7
**version** 131:21
**versus** 153:2
**vet** 129:20
**veteran's** 73:4
**veto** 149:18,22
    157:8
**vetted** 93:24
    224:16 225:11
**vetting** 93:23
**vice-versa**
    208:12
**VICTOR** 1:7
**video** 6:21 66:25
    67:4 68:11,14
    68:15 94:7,9
    94:10,13,21,23
    94:25 95:1,3
    95:11 96:23,24
    99:1 100:1
    118:2,3,4,6,12
    121:6,8,11,12
    121:15,16,23
    121:24,25
    122:3,7,8,13
    122:16,23
    123:1,7,8,12
    123:21 124:19
    125:2,9,10

126:1,12,14
127:12 144:14
146:2 180:25
**Videographer**
    3:21 11:3 56:4
    56:7 66:19,22
    86:16,19
    102:23 103:1
    141:14,17
    179:23 180:1
    222:22,25
    238:19,22
    249:25
**videos** 67:2,3
    72:3
**VIDEOTAPED**
    1:16
**view** 21:2 84:3
    84:11 152:6
    169:16 183:13
**viewed** 234:17
**viewership**
    183:2
**viewpoint** 21:6
    69:7 91:1
    92:14 131:1
    169:6 231:11
    242:19 243:15
    243:16
**viewpoint-neu...**
    22:4
**viewpoints**
    131:8 133:17
    243:18,19
**views** 43:6 183:4
**VII** 172:23
**violation** 131:20
**violence** 226:19
    227:5
**VIP** 103:25
    104:8,12,17
**vision** 141:25
    142:3
**voice** 40:16 96:3
    114:2 172:2
    195:24
**voices** 69:12,19

95:20
**volition** 120:5
**volunteer** 151:2
**volunteers** 93:17
    93:22,23 94:2
**voting** 130:9
**VS** 1:12

_____
        **W**
**W** 63:22
**Wait** 72:13
**waited** 179:7
**waive** 213:19
    214:12
**waived** 208:14
    210:18 215:1
**Wall** 132:3
**WALTER** 1:8
**want** 14:9 17:15
    43:12 50:24
    51:1,5 59:21
    59:21 62:9
    67:3 76:14
    97:13 99:2
    104:5 121:5,25
    132:5 133:19
    135:15 141:19
    142:12 150:9
    150:16,20
    159:6 211:4
    212:2,6,23
    213:3 214:7
    215:11 238:17
    241:5 246:17
    246:21 247:11
    248:2
**wanted** 75:6
    80:12 90:9
    91:25 93:23
    99:25 128:24
    142:13 152:15
    230:2 231:1
**wanting** 112:24
    132:23 142:8
    212:5 215:14
    215:15 230:20
**war** 202:4

The Satanic Temple 30(b)(6) 3/10/2020        Donna Cave, et al. v. John Thurston

Page 293

203:15 204:5
**warehouse**
108:22 111:9
**warrant** 78:15
**wasn't** 17:6
28:24 34:1
37:25 39:9,11
58:24 65:17,25
81:8 83:7,7
88:21 90:2,2
92:11 99:17,17
99:21 119:23
119:23 120:12
146:9 165:14
189:16 224:21
230:10 236:19
**watch** 122:12,19
152:17
**watched** 121:8
121:11 123:11
127:12 146:2
**watching** 80:19
99:1
**way** 33:21 40:20
49:9,23 52:2
52:23 63:21
81:12 83:21
92:7 99:14,19
108:9 120:22
125:8 145:24
146:12 147:4,6
147:12 153:1
161:25 162:4
164:2 186:13
194:22 195:14
213:6 232:7
249:6,11
**Wayback** 23:17
23:20 87:15
**ways** 25:21
48:23 60:24
61:9
**we'll** 28:20,20
50:24 101:24
123:6 125:1
134:3,3 141:12
165:1,1 179:16

179:17 212:1
215:1 218:18
238:10 240:4
**we're** 12:18 23:6
23:7 35:5,25
37:23 38:22,22
38:23 45:1,1
47:7,7,7 55:16
56:3,22 60:3,4
60:4 66:19,22
66:24 84:13
86:16 94:12,15
102:23 103:1
121:23 125:12
141:14 143:11
147:5 149:11
149:17,17,23
151:14,15
152:9 153:1
159:15 170:23
189:15 202:4
210:14,16,24
213:5,20,23
215:21,22
222:22 234:24
238:19
**we've** 118:14
122:7 132:25
132:25 141:5
141:20,20
144:4 146:2,3
146:25,25
151:12,13
157:11,11
193:10 195:3
213:7 215:22
235:23 238:14
244:19 245:2
**weapons** 105:18
**wearing** 71:18
**web** 4:17,19,21
4:23 5:3,6,7,9
5:13,15,18,20
5:21,23 6:3,7,9
6:12,24 7:3,16
7:21,23 8:3,5,7
8:9,11,15,17

8:20 9:5,7,9
23:21,21 24:5
24:10,12,20
25:14,22 26:1
26:3,7,13
27:23 29:21
30:20,21 31:3
31:9,11 32:14
32:21 33:15
34:11 35:2,16
35:18 36:6,9
36:25 37:23,25
38:6,7,15 39:1
39:14,19 60:10
63:16 72:23
73:9,12,14
78:6,22 79:4
95:4 100:17
102:10 130:2
150:6 156:4,10
156:12,14,20
156:22,23
157:9,12,15
186:21 187:4
189:20,24
218:6 226:8
228:7 229:22
234:1 246:14
246:15,16
**Web-building**
189:8
**Wednesday** 71:7
91:20
**weekly** 55:25
150:6
**weeks** 200:14
**Welcome** 67:5
**went** 21:16 28:1
31:10 32:17
33:11 38:8,15
106:20 117:12
139:10 202:12
202:13,13
206:19 209:2
231:22 242:1,6
**weren't** 16:3
68:24 74:3

76:5 80:2 83:8
83:9 94:2
105:15,18
106:9 113:15
147:15 178:2
191:14 211:2
212:13 224:9
230:22
**West** 2:21
**Westboro** 5:13
5:15,17 72:22
73:1,2 74:7,20
78:1,6,21 79:4
**WestboroBap...**
73:9
**WESTERN** 1:2
**White** 63:22
**who've** 126:16
191:10
**wide** 43:3
**will--** 122:15
**William** 112:8
**willing** 72:9
**willingly** 147:23
**wind** 202:8
**wish** 200:9
**witch** 67:16
**witch-hunting**
67:16
**withdrew**
131:14,16
**witness** 4:5 8:12
10:7 11:8,9
12:13 23:16
74:16 77:15
84:19 118:17
121:18 172:3,6
179:18,22
197:2 206:7
208:4,9,15
216:11 220:17
239:14,17
240:1 246:6
247:4,23 248:6
248:14 251:6
251:22
**witnesses** 88:16

**Wolf** 111:3,7
112:1
**wolves** 61:6
**woman** 46:19
124:7
**women** 75:24
123:16 124:23
192:12,25
**women's** 195:10
209:10
**wonder** 44:25
200:10
**wondering**
142:25 143:21
**Woodlane** 3:4
**word** 26:4 27:6
28:19 33:3
65:1 80:12
89:2 137:2
169:5
**worded** 50:25
**wording** 34:24
78:14 202:3
**WordPress**
24:17 189:10
**words** 37:10
65:13 113:9
207:1
**work** 12:21
24:10,20 25:22
30:22 33:15
87:24 93:24
94:3 116:15
138:4 139:1,3
139:5 151:2
158:23 163:10
171:16,25
180:23 185:21
187:21 226:23
233:17 235:13
237:16
**worked** 138:18
138:23 141:5
161:15 235:21
**working** 25:24
29:14 60:4
72:1 75:15

129:13 132:9
169:9 179:12
208:3 222:15
234:24
**works** 41:9
130:24 161:16
169:20 182:18
189:10 234:5,5
**world** 28:3
44:15,19,20,24
45:8 46:7
48:24 49:19
50:7 65:12
83:7 97:19,25
98:13 232:22
**worship** 52:25
95:15
**worst** 105:25
**worth** 88:1
**worthwhile**
33:19
**worthy** 47:24
**wouldn't** 16:17
26:9 30:19
69:7 75:5
80:20 81:9
108:7 144:20
146:6,11,11,20
202:17
**writ** 227:21
**write** 33:18
**writeoff** 161:20
**writer** 221:14,17
**writing** 115:23
**written** 24:8
27:23 34:25
49:8 113:16
206:23,23
209:3 226:3
239:12
**wrong** 19:5
23:13 65:19
84:13 93:15
106:25 129:3
160:10 163:21
163:25 174:2
182:15 245:24

**wrongly** 80:13
159:25
**wrote** 28:7 34:13
34:16,19 37:5
37:12,13 84:6
193:11 194:14
206:22 225:15
242:2

———————
          **X**
———————
**X** 4:1,11 5:1 6:1
7:1 8:1 9:2

———————
          **Y**
———————
**y'all** 212:13
**y'all's** 213:14
**yeah** 13:24
14:22,22 23:11
25:5,7 36:7
39:13,20 42:6
42:6,6 53:17
53:19 57:12
58:23 59:12,15
61:11 62:6
69:1 70:22,23
70:25 72:14
76:25 80:24
81:13 83:2
86:25 87:12,20
87:25 88:3,5
89:5 94:17,20
95:18 96:8
97:1 98:6,8,12
100:13 101:4
101:23 102:20
103:16 104:7
110:19 111:23
111:25 112:20
114:25 115:7,7
115:9,9,16
116:15,17,17
118:9,10 119:8
119:12,14
124:24 125:8
125:16 134:3
135:14 139:4
140:4 142:19

145:10 147:9
151:12 159:1,2
161:24 162:4
166:23 167:4
172:6 175:10
175:20 176:12
179:20 184:14
184:14 188:7
189:9 207:9
210:23 214:15
220:19 227:2
227:10 234:4
235:7 236:25
238:13,16,18
241:1 244:20
249:22
**year** 21:22,22
55:11,12,14,24
58:12 60:12
175:19 188:5,5
**years** 22:23
55:16,18 57:5
58:11,25 67:8
90:23 110:21
174:4 178:11
193:19 197:15
213:2 244:17
**Yep** 121:22
**York** 8:15
191:13 204:23
218:24 220:14
225:19,21
**younger** 90:21
**YouTube** 118:2

———————
          **Z**
———————
**zealots** 105:5
**zero** 196:4
202:18
**zoning** 15:10,19
**Zoom** 151:14

———————
          **0**
———————
**01970** 172:25
180:12

———————
          **1**
———————

**1** 2:10 4:2,14
5:16 6:10,15
6:25 7:23
13:10,11
175:22,22
**1:14:04** 118:12
**1:14:48** 118:13
**1:19:46** 122:3
**1:20:29** 122:4
**1:20:48** 122:13
**1:20:57** 122:14
**1:21:20** 122:23
**1:21:45** 122:24
**1:22:05** 123:8
**1:23:05** 123:9
**1:23:34** 123:21
**1:23:58** 123:22
**1:25:10** 124:19
**1:25:32** 124:20
**1:25:55** 125:2
**1:26:24** 125:3
**1:26:54** 125:10
**1:28:03** 125:11
**1:29:32** 126:12
**1:29:39** 126:13
**1:54** 141:15
**10** 1:20 4:4,15
5:8 11:4 15:5
17:19 20:13
60:6,8 67:8
70:16,20,20,24
70:24 92:24
119:4 128:1
151:8 227:14
**10-A** 70:19
**10-B** 5:10 70:13
70:17,19 71:1
**10:21** 56:5
**10:32** 56:8
**10:48** 66:20
**10:49** 66:23
**10:50** 67:4
**10:51** 68:11
**100** 6:7
**102** 6:9
**1023-EZ** 7:10
164:8 165:4,15

166:8,12
**103** 6:12 213:17
**104** 6:14
**108** 6:17
**10th** 10:9 251:22
**11** 5:13 72:19,21
187:7 188:12
188:13
**11:19** 86:17
**11:33** 86:20
**11:44** 94:21
**11:47** 94:22
**11:58** 102:24
**116** 6:19
**12** 4:6,24 5:15
12:24 34:11
35:14 78:16,19
227:17
**12:49** 103:2
**1202** 3:11
**121** 6:21
**127** 6:22,24
**13** 4:14 5:17 9:5
9:7 78:25 79:2
85:16 86:2
90:23 204:18
**134** 7:3
**137** 7:4
**14** 4:15 5:19
8:22 81:21,22
170:13 223:12
**15** 5:21 60:19
84:24 85:2,3
92:24
**157** 7:6
**16** 5:23 71:7
85:8,10,11
86:22
**160** 7:8
**1600** 2:22
**164** 7:10
**17** 5:14 6:3,7
72:23 87:6,8
100:21,22
101:8,11,12,13
101:13
**170** 7:12

The Satanic Temple 30(b)(6) 3/10/2020          Donna Cave, et al. v. John Thurston

Page 295

**175** 7:16
**178** 7:14
**18** 6:6
**180** 7:18
**1856** 134:22
**186** 7:21
**188** 7:23
**19** 87:14,19
  137:18 175:22
**193** 8:3
**1950s** 96:6
**1975** 12:24
**198** 8:5

---

**2**

**2** 4:3,15,20,22
  5:9,18,22,24
  6:5,8 7:3,17
  9:9 14:18,20
  14:24 15:4
  103:24 175:22
  176:13 205:8
  221:7,9,10
  227:9 247:11
**2,000** 236:19
**2/12/2020** 39:6
**2:08** 141:18
**20** 4:19 5:16,18
  25:14 67:8
  78:23 79:4
  155:23
**200** 2:17
**2001** 2:21
**2013** 4:19,22,24
  5:14,16,18
  24:22,24 25:14
  27:18 28:13,18
  28:23,24 31:9
  32:25 33:2,4,6
  33:22 34:1,11
  35:14 62:12,13
  62:15 71:7
  72:23 78:23
  79:5
**2014** 4:17 5:4,21
  6:10 24:5 25:2
  25:6 36:25

**79:13** 85:4,16
  86:2 87:19
  100:17,23
  101:3 102:8
  137:19 157:22
  160:17,20
**2015** 5:23 6:3,25
  85:11 86:1,7
  87:9,16,23
  127:24 128:1
  128:15 130:12
  220:1 221:19
**2017** 6:8 17:16
  17:18,21 18:5
  18:21 19:4,25
  20:16 22:11,15
  22:20,21 58:25
  73:23 101:8,11
  101:13 128:7
  164:10,11
  170:13 173:6
  178:11
**2018** 55:19,20
  128:7 178:11
  180:8 181:22
  194:2 195:1
  199:3 204:18
  217:15 229:18
**2019** 7:17 22:22
  23:3 100:23
  101:3 175:19
  176:3 178:24
  229:16
**2020** 1:20 10:9
  11:4 55:18
  187:7 188:13
  251:23
**204** 8:7
**205** 8:9
**21** 4:17 24:5
  216:23
**210** 8:11
**218** 8:15
**22** 4:22 6:6 31:9
**220** 8:17
**222** 8:20
**226** 9:4

**227** 9:7
**23** 6:7 100:14,15
  100:15 115:14
**2311** 2:5
**24** 4:16 5:23 6:3
  6:9 8:13 85:11
  85:25 86:7
  87:9,16,23
  102:5,6 178:24
**246** 4:7
**248** 9:8
**25** 4:18 6:11
  127:1
**250** 4:8
**251** 4:9
**256** 3:4
**26** 6:12 103:3,6
  160:16,20
  180:8 181:22
**27** 6:14 17:20
  19:3 20:16
  22:15,20
  104:21,23,24
  239:5
**274** 17:16 18:5
  18:21 19:4,25
**28** 6:16 128:1
  130:12 239:6,8
**29** 6:17,24
  108:11,13
  127:24
**2a** 180:11

---

**3**

**3** 4:3,14,16 5:20
  6:17,20 7:7,11
  7:15,19,22
  24:2,3 100:23
  101:3 103:24
  123:1
**3:08** 179:24
**3:25** 180:2
**30** 5:21 6:9,18
  85:4 100:17,19
  100:23 101:1
  102:8
**30(b)(6)** 1:17

**10:5** 11:5
  13:12 165:6
  251:6
**30(c)(1)** 213:13
  214:11
**30(c)(2)** 239:14
**30(e)** 251:11
**300** 2:6
**31** 4:21 6:19
  20:13 22:13,18
  116:18,19
  164:10,11
**32** 6:21 121:3,5
**323** 1:21 2:17
  10:11
**33** 6:22 127:4,6
**34** 4:23 6:24
  20:18 127:21
  127:23
**35** 7:3 134:6,8
**36** 5:3 7:4 137:7
  137:9
**37** 7:6 157:18,19
**38** 5:6 7:8 123:2
  160:13,14
**39** 7:10 164:4,6

---

**4**

**4** 4:18 6:13,23
  7:9,13 8:8
  25:10,12 39:21
  157:22 193:17
  195:7 199:7
**4:18-CV-00342**
  1:12
**4:27** 222:23
**4:34** 123:10
**4:44** 223:1
**4:55** 123:23
**40** 7:12 170:7,9
  170:11
**41** 7:14 122:5
  178:20,22
  213:2
**41-B** 7:16
  175:14,17
**42** 7:18 180:3,5

**180:6**
**43** 7:20
**44** 7:21 186:25
  187:3
**45** 7:23 188:8,10
**46** 8:3 193:8,9
**47** 8:5 198:24
  199:1
**48** 8:7 204:14,15
**49** 8:9 205:18,20

---

**5**

**5** 4:17,21,24 5:4
  5:12,14 8:10
  31:4,7 51:20
  51:21 209:5
  221:7 227:11
**5,000** 201:18
**5:11** 238:20
**5:19** 238:23
**5:21** 124:21
**5:38** 250:1,2
**5:44** 125:5
**50** 8:11 210:2,4
  216:7
**500** 3:4
**501(c)(3)** 161:4
  161:20 162:7
  163:9 176:15
**501(c)(3)s**
  163:23
**51** 8:14
**54** 8:14
**55** 8:15 218:21
  218:22 220:17
  220:18,19
**56** 8:17 220:11
  220:13,21
**57** 8:19
**58** 8:20 222:17
  222:18 223:2
**59** 8:23

---

**6**

**6** 4:23 6:21 8:6
  8:18 17:19
  25:6 34:7,9

The Satanic Temple 30(b)(6) 3/10/2020        Donna Cave, et al. v. John Thurston

52:5 167:4
180:18
**6:22** 115:14
**60** 5:8 8:23
**605** 2:10
**61** 9:4 226:6,7
**62** 9:6
**63** 9:7 227:25
228:2,5 248:7
248:9
**64** 9:8 172:24
180:11 248:7
248:10,21

**7**

**7** 5:3,4 8:4,16
20:13 36:20,23
36:25 56:10
199:3 223:11
223:12
**70** 5:10
**710** 1:25 251:25
**72** 5:13
**72114** 2:11
**72201** 1:22 2:18
10:12
**72201-1094** 3:4
**72227** 2:6
**72712** 3:11
**75075** 2:22
**78** 5:15,17

**8**

**8** 5:5 7:5 38:23
167:21
**8:20** 126:7
**8:32** 126:11
**8:44** 126:15
**81** 5:19
**84** 5:21
**85** 5:23
**87** 6:3

**9**

**9** 5:6,7 38:20,22
38:23 56:9
239:12

**9:14** 10:10 11:1
11:5
**9:20** 127:1
**90** 155:21
**98** 67:22

Shyloa Myers