# Note:

# These exhibit numbers were skipped:

# 8, 18, 19, 20, 21, 22, 25, 28, 30, 43, 51, 52, 53, 54, 57, 59, 60, 62

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, JUDITH LANSKY,                           **PLAINTIFFS**
PAT PIAZZA, and SUSAN RUSSELL

ANNE ORSI, AMERICAN HUMANIST          **CONSOLIDATED PLAINTIFFS**
ASSOCIATION, FREEDOM FROM
RELIGION FOUNDATION, INC.,
ARKANSAS SOCIETY OF FREETHINKERS,
JOAN DIETZ, GALE STEWART, RABBI
EUGENE LEVY, REV. VICTOR H. NIXON,
TERESA GRIDER, and WALTER RIDDICK

THE SATANIC TEMPLE, DOUG MISICKO               **INTERVENORS**
Aka "LUCIEN GREAVES," and ERIKA
ROBBINS

v.                        CASE NO. 4:18-CV-00342 KGB/BD

JOHN THURSTON, Arkansas Secretary of State,
In his official capacity                             **DEFENDANT**

### NOTICE OF DEPOSITION

To:   The Satanic Temple
      c/o Matthew Kezhaya, Esq.
      Kezhaya Law Firm, PLC
      1202 N.E. McClain Road
      Bentonville, AR 72712
      Matt@Kezhaya.Law

**PLEASE TAKE NOTICE** that pursuant to the provisions to the Federal

Rules of Civil Procedure, the Defendant, by and through his counsel, will take the

deposition of **The Satanic Temple**, at the place and time identified below, before a

Certified Court Reporter or some other officer authorized by law to administer oaths.

Def.'s Ex. 26 - Page 111 of 337



The deposition will be stenographically, videographically, and audio recorded.  This deposition will be used for discovery and evidentiary purposes to the fullest extent allowed by the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

The deposition will take place on Tuesday, March 10, 2020, at 9:00 a.m. at the Arkansas Attorney General's Office, 323 Center Street, Little Rock, Arkansas, 72201.

The matters for examination are listed in Attachment A.

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

By:   /s/ Michael A. Cantrell
Michael A. Cantrell
Ark. Bar No. 2012287
Assistant Solicitor General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR  72201
Phone: (501) 682-2401
Fax:  (501) 682-8162
Email:  michael.cantrell@arkansasag.gov

## CERTIFICATE OF SERVICE

1, Michael A. Cantrell, Assistant Solicitor General, hereby certify that on February 4, 2020, I sent the foregoing notice by electronic mail to:

The Satanic Temple
c/o Matthew Kezhaya, Esq.
Kezhaya Law Firm, PLC
1202 N.E. McClain Road
Bentonville, AR  72712
Matt@Kezhaya.Law


_/s/ Michael A. Cantrell_____
Michael A. Cantrell

**Attachment A**

The matters for examination shall include the Satanic Temple's:

1. Proposed complaint in intervention and subsequent amendments; responses to Defendant's written discovery requests;
2. Participation in previous depositions;
3. Baphomet statue's design, creation, ownership, unveiling, and modifications;
4. Origins and history;
5. Registration, control, and content of current and former websites;
6. Beliefs and tenets;
7. Campaigns, initiatives, and events, including:
    a. "Rally for Governor Rick Scott";
    b. "Pink Mass in Mississippi";
    c. "Protect Children Project";
    d. "Black Mass at Harvard";
    e. "After School Satan Club";
    f. "Grey Faction";
    g. "The Unveiling";
    h. "Rally for Religious Liberty";
    i. "Devil's Renaissance";
8. Governance, organization, and leadership, including Executive Ministry, National Council, Grey Faction, and local chapters;
9. Legal, financial, and organizational relationships among Doug Misicko; Cevin Soling; the United Federation of Churches, LLC; The Satanic Temple, Inc.; Reason Alliance, Ltd.; The Alliance for Self-Directed Education, Inc.; Spectacle Films, Inc.; and Cinephobia, LLC;
10. Claimed tax-exempt status;
11. Fundraising efforts; flow of proceeds from purchases and contributions made through Satanic Temple-related websites identified by Defendant in previous discovery;
12. Legal, financial, and organizational relationships to local chapters;
13. Statements by officers, spokespeople, and authorized individuals; press releases;
14. Efforts to place the Baphomet statue on public grounds;
15. Correspondence with Mason Hargett, Erika Robbins, and Arkansas officials;
16. Participation with the making of the *Hail Satan!* film;
17. Registration, ownership, and use of intellectual property; and
18. Involvement in this and other litigation.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DONNA CAVE,** *et al.*                                                                    **PLAINTIFFS**

**ANNE ORSI,** *et al.*, and                                                **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE, DOUG MISICKO** (aka "**LUCIEN**          **INTERVENOR PLAINTIFFS**
**GREAVES,**") and **ERIKA ROBBINS**

**CASE NUMBER:**

v.

**4:18-CV-00342**

**JOHN THURSTON,** as Arkansas Secretary of State, in his official          **DEFENDANT**
capacity

---

### TST'S SECOND AMENDED COMPLAINT IN INTERVENTION

---

**COME NOW** Intervenor-Plaintiffs The Satanic Temple, Doug Misicko (aka "Lucien Greaves") and

Erika Robbins, who state as follows in support of their complaint against the Defendant.

This second amended complaint is similar to the first amended complaint, Doc. 40, filed

December 24, 2018. Minor grammatical and stylistic improvements have been made to further assist

the reader in understanding the issues raised, the Defendant has been corrected to the new

constitutional officer of the State, and Intervenor-Plaintiffs have withdrawn the claim to monetary

damages and the jury demand. The only outstanding claims for relief now sound in equity.

#### INTRODUCTION

In 2015, the State of Arkansas enacted 2015 Act 1231, the "Ten Commandments Monument

Display Act," codified at ACA § 22-3-221. Pursuant to this Act, the State erected a particular statue

on public grounds.  This statue was specifically exempted from otherwise generally-applicable

regulations for all other monuments on state capitol grounds.  It purports to prescribe sectarian



EXHIBIT
2
TST Depo

religious rules upon the populace of this State. It specifically endorses one sect of religion above all others ("Thou shalt have no other gods before me.") This is anathema to our secular system of government.

In response to the then-proposed Ten Commandments Monument, The Satanic Temple offered to donate its own religious monument, of Baphomet, for placement on public grounds. The Satanic Temple expended significant sums in submitting a formal application, preparing architectural plans, and flying its spokesman, Lucien Greaves, to testify before the Arts and Grounds Commission. But prior to a public comments period, the State changed the rules to require legislative approval of any monuments before public comment. No members of the General Assembly were willing to associate with The Satanic Temple. Unlike the Ten Commandments Monument, the Baphomet Monument was not specially exempted from the zoning and Arts and Grounds Commission requirements.

The Cave Plaintiffs and Orsi Plaintiffs have already filed a complaint adequately addressing the Establishment Clause violations in the unlawful religious motivation behind the Ten Commandments Monument and its prohibited attempt to establish a state religion. The TST Plaintiffs agree that the motivation and the message behind the Ten Commandments monument renders its placement unlawful under the Establishment Clause.

The State's disparate treatment of the Baphomet monument and the Ten Commandments Monument is the defining distinction of this complaint in intervention. The TST Plaintiffs are uniquely situated to present this Equal Protection claim.

TST Plaintiffs also seek different relief from the Plaintiffs. Whereas the Cave Plaintiffs and Orsi Plaintiffs seek the removal of the Ten Commandments Monument, the TST Plaintiffs chiefly seek the placement of their own monument. Alternatively, TST Plaintiffs seek the removal of the Ten

Def.'s Ex. 26 - Page 116 of 337

Commandments Monument.  In other words, for so long as the Ten Commandments monument stands or stood on public grounds, the Baphomet statute must be erected on the same public grounds.

## JURISDICTION AND VENUE

1.  This Court has subject matter jurisdiction pursuant to 28 USC §§ 1331 and 1343.

2.  This Court has subject matter jurisdiction to issue declaratory judgments pursuant to 28 USC § 2201.

3.  This Court has personal jurisdiction over the Defendant.

4.  Venue properly lies with this Court pursuant to 28 USC § 1391(b).

## PARTIES

5.  The Satanic Temple is an organized religion.  See generally "FAQ" available at https://thesatanictemple.com/pages/faq (last visited May 3, 2018); see also "Tenets" available at https://thesatanictemple.com/pages/tenets (last visited May 3, 2018).

6.  Its organizational mission is to encourage benevolence and empathy among all people.  See "Our Mission" available at https://thesatanictemple.com/pages/about-us (last visited May 3, 2018).  The Satanic Temple's function is to actively provide outreach, to lead by example, and to participate in public affairs wheresoever the issues might benefit from rational, Satanic insights.  See "FAQ," above.  The Satanic Temple expended funds in the placement of its own religious monument for placement on capitol grounds, the State denied this application.

7.  Erika Robbins is a member of The Satanic Temple.  Ms. Robbins resides in Little Rock, Arkansas.  Ms. Robbins personally visited the Ten Commandments monument, was offended by it, and now avoids the capitol grounds as a result.  Ms. Robbins feels that the State treats her as a second-class citizen because of her religious beliefs.

Def.'s Ex. 26 - Page 117 of 337

8.  Lucien Greaves is a co-founder of The Satanic Temple and serves as its primary spokesman. Oppenheimer, Mark "A Mischievous Thorn in the Side of Conservative Christianity" *New York Times*, July 10, 2015, available at https://www.nytimes.com/2015/07/11/us/a-mischievous-thorn-in-the-side-of-conservative-christianity.html (last visited May 3, 2018). Lucien Greaves visited Arkansas during the second installation of the Ten Commandments Monument and was personally offended by its erection.

9.  Defendant Mark Martin is the Secretary of State of the State of Arkansas being sued in his official capacity. His duties include approving of monuments on Capitol Grounds. This involves designs, placement, and timing of monument placement.

## FACTS

10. The Arkansas State Capitol grounds are located in downtown Little Rock. They include almost 40 acres of facilities and grounds. The State Capitol is the seat of Arkansas state government. The grounds include the State Capitol Building (which houses the Governor's office, the General Assembly, and the staffs of nearly all of the State's constitutional officers), the Justice Building (where the State Supreme Court and Court of Appeals sit), the Arch Ford Building (home of the Arkansas Department of Education), and the State Multi-Agency Building.

11. In 2015, the State enacted 2015 Act 1231, the "Ten Commandments Monument Display Act," codified at ACA § 22-3-221. Pursuant to this Act, the State erected a particular monument to the Ten Commandments on public grounds.

12. The Ten Commandments Monument reads as follows:

> The Ten Commandments
> I AM the LORD thy God.
> Thou shalt have no other gods before me.
> Thou shalt not make to thyself any graven images.

---

Def.'s Ex. 26 - Page 118 of 337

Thou shalt not take the Name of the Lord thy God in vain.

Remember the Sabbath day, to keep it holy.

Honor thy father and thy mother, that thy days may be long upon the land which the Lord thy God giveth thee.

Thou shalt not kill.

Thou shalt not commit adultery.

Thou shalt not steal.

Thou shalt not bear false witness against thy neighbor.

Thou shalt not covet thy neighbor's house.

Thou shalt not covet thy neighbor's wife, nor his manservant, nor his maidservant, nor his cattle, nor anything that is thy neighbor's.

See also ACA § 22-3-221(b)(1).

13. In September 2015, and in response to the proposed Ten Commandments Monument, The Satanic Temple proposed its own monument to Baphomet.

14. Baphomet is a goat-headed, angel-winged, androgynous creature first rendered to current form by occult historian, Eliphas Levi.

15. Baphomet represents minority groups demonized throughout history.  For centuries, outsider groups were regularly accused of witchcraft, heresy, and a host of other then-capital offenses. Now, these minority groups are protected from the State by fundamental constitutional rights. Importantly, the Establishment Clause and the Equal Protection Clause prohibit the State from oppressing adherents of The Satanic Temple.

16. Baphomet represents a reconciliation of opposites and a memorial for those who suffered from witch hunts, religious persecution, and unjust accusations: all part of the trial and error that helped Americans to realize our need for a rational and secular system of government.

17. Baphomet is a central figure of religious significance to adherents of The Satanic Temple.

18. In August, 2016, The Satanic Temple submitted a full formal application to the Arts and

Grounds Commission providing full exposition of the meaning and justification for placing the monument on Capitol Grounds.

19. In October, 2016, both the Ten Commandments proposal and the Baphomet proposal were presented at a hearing of the Arts and Grounds Commission monuments subcommittee.

20. Lucien Greaves appeared on behalf of, and at the expense of, The Satanic Temple at the Arts and Grounds Commission subcommittee meeting. The subcommittee asked questions related to materials and cost and chose locations for the monuments, should they be erected.

21. In December, 2016, the Legislature held its public hearing for the Ten Commandments monument request.

22. In January, 2017, The Satanic Temple sent Lucien Greaves to a second subcommittee hearing, where the architectural plans for the Baphomet Monument were considered. The Satanic Temple incurred travel expenses in sending Mr. Greaves to this hearing.

23. In January, 2017, Sen. Jason Rapert stated that The Satanic Temple will never have a monument at the Capitol. To that end, Sen. Rapert presented 2017 HB 1273 which prohibits the construction or removal of any monument on capitol grounds absent an act of the General Assembly.

24. On January 25, 2017, Subcommittee Two of the Capitol Arts and Grounds Commission voted that the Baphomet Monument was sufficient to proceed to the next step, a public comments hearing.

25. 2017 HB 1273 was enacted on February 22, 2017 as 2017 Act 274.

26. The effect of 2017 HB 1273 is to reverse the order of operations for monuments on capitol grounds.

27. Before 2017 HB 1273, the Arts and Grounds Commission holds a public comment period

Def.'s Ex. 26 - Page 120 of 337

and decides whether to approve.  If the Arts and Grounds Commission approves, an act of the General Assembly then must enact the construction of the monument.

28. After enactment of 2017 Act 274, the proponent of any monument must secure an act of the General Assembly prior to consideration by the Arts and Grounds Commission.

29. The purpose of 2017 Act 274 is sinister.  It was specifically designed to usurp from The Satanic Temple a fair opportunity for the erection of the Baphomet Monument.

30. Because 2017 Act 274 was enacted, a public comments hearing was never scheduled for the Baphomet Monument.

31. On February 27, 2017, The Satanic Temple emailed every member of the General Assembly seeking legislative approval pursuant to the newly-passed law.

32. This first request for legislative approval was met with little to no response.

33. Follow-up requests followed on April 19, 2017.

34. The Satanic Temple received a uniform and unequivocal response to the follow-up.  No member of the General Assembly would be willing to assist in the efforts of bringing the Baphomet Monument to the capitol grounds.

<u>**Count 1**</u>
Violation of Equal Protection

35. The State provided unequal treatment under the law to the TST Plaintiffs.  Particularly, by carving special exemptions to the zoning and Arts and Grounds Commission requirements for the Ten Commandments Monument, but not for the Baphomet Monument.  See ACA § 22-3-221(b)(4)(B).

36. This preferential treatment for the Ten Commandments Monument, and not the Baphomet Monument, "sends a message to nonadherents that they are outsiders, not full members of

the political community, and an accompanying message to the adherents that they are insiders, favored members of the political community." <u>Lynch v. Donnelly</u>, 465 U.S. 668, 688 (1984) (O'Connor, J., concurring)

37. The TST Plaintiffs are powerless to protect themselves by the political process because they are a historically oppressed minority outsider group. Judicial intervention is necessary to vindicate their constitutional rights.

38. In placing the Ten Commandments Monument but refusing to place the Baphomet Monument, the State has engaged in unlawful disparate treatment on the basis of religion. This is a violation of the Equal Protection Clause of the Fourteenth Amendment.

## Count 2
### Violation of Establishment Clause

39. The Ten Commandments Monument is permanently affixed to the capitol grounds.

40. By placing this permanent monument on the symbolic center of the State government, the State is broadcasting a statement that the particular brand of religion espoused by the Ten Commandments is given special deference, above all other religions. This is prohibited by the Establishment Clause because it is a prohibited breach in the "wall of separation between church and State." <u>Reynolds v. United States</u>, 98 U.S. 145, 164 (1878).

41. The motivation and effect of the Ten Commandments Monument violates the Establishment Clause because the monument is undeniably religious in nature. <u>E.g. Stone v. Graham</u>, 449 U.S. 39, 41-42, 101 S.Ct. 192 (1980) (per curiam) (emphasis added):

> The pre-eminent purpose for posting the Ten Commandments on schoolroom walls is plainly religious in nature. **The Ten Commandments are undeniably a sacred text in the Jewish and Christian faiths, and no legislative recitation of a supposed secular purpose can blind us to that fact.** The Commandments do not confine themselves to arguably secular matters, such as honoring

---

one's parents, killing or murder, adultery, stealing, false witness, and covetousness. Rather, the first part of the Commandments concerns the religious duties of believers: worshipping the Lord God alone, avoiding idolatry, not using the Lord's name in vain, and observing the Sabbath Day.

42. The Cave Plaintiffs' Complaint adequately pleads the unlawful religious motivation behind the monument at ¶¶ 42-43, 61-65, and 75-93. In lieu of copying these paragraphs, TST Plaintiffs incorporate these allegations here as if restated word-for-word.

**WHEREFORE** TST Plaintiffs pray this Court award the following relief, in addition to all other relief to which they may be entitled:

(1) Declaratory relief that the State has violated the Equal Protection Clause by giving preferential treatment to the Ten Commandments Monument and denying similar treatment for the Baphomet Monument.

(2) Declaratory relief that the State violated the Establishment Clause by erecting a monument to the Ten Commandments.

(3) Permanent injunctive relief of either:

    (a) Defendant shall immediately place the Baphomet Monument; or

    (b) Defendant shall immediately remove the Ten Commandments Monument and is permanently barred from enforcing the Ten Commandments Monument Display Act in the future.

(4) Reasonable attorneys' fees and costs pursuant to 42 USC § 1988.

**[remainder intentionally left blank, signature and certificate following]**

Respectfully submitted on November 1, 2019,
On behalf of Movants / proposed intervenor plaintiffs

| By | /s/ Matthew A. Kezhaya | and | /s/ Stuart P. de Haan |
|----|------------------------|-----|------------------------|
| | Matthew A. Kezhaya, ABA # 2014161 | | Stuart P. de Haan, AZ Bar No. 026664 |
| | Attorney for TST Plaintiffs | | Attorney for TST Plaintiffs |
| | KEZHAYA LAW PLC | | de Haan Law Firm, PLLC |
| | 1202 NE McClain Rd | | 100 N Stone Avenue, Suite 512 |
| | Bentonville, AR 72712 | | Tucson, Arizona  85701 |
| phone | (479) 431-6112 | | (520) 358-4089 |
| fax | (479) 282-2892 | | (520) 628-4275 |
| email | matt@kezhaya.law | | stu.dehaan@gmail.com |

## CERTIFICATE AND NOTICE OF SERVICE

**NOTICE IS GIVEN** that I, Matthew A. Kezhaya, submitted for filing the foregoing document by uploading it to the Court's ECF system.  The ECF system sends automated notice to all counsel of record.

Matthew A. Kezhaya, ABA# 2014161

Def.'s Ex. 26 - Page 124 of 337

http://www.thesatanictemple.com/category/news/    Go    FEB  **APR**  JUN
44 captures                                              ◀  **21**  ▶
7 May 2013 - 3 Dec 2019                                2013 **2014** 2015



(https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/)

## News

### The Satanic Temple and the First Amendment (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/the-satanic-temple-and-the-first-amendment/)

Posted March 6th, 2014 by Lucien (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/author/cevin/) & filed under News (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/category/news/).



### The Satanic Temple Performs Ceremony at Westboro Baptist Church Family Gravesite (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/the-satanic-temple-performs-ceremony-at-westboro-baptist-church-family-gravesite/)

Posted July 17th, 2013 by Lucien (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/author/cevin/) & filed under News (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/category/news/).

**Satanic Temple Performs Same-Sex Union-Celebrating "Pink Mass" at Grave Site of Westboro Baptist Church Founder's Mother**



EXHIBIT
3
TST Depo

http://www.thesatanictemple.com/category/news/    Go    FEB  APR  JUN
44 captures                                                                          ◀  21  ▶
7 May 2013 - 3 Dec 2016                                                              2013  2014  2015



(https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/wp-content/uploads/2013/07/hail-johnston-crop.jpg)Baptist Church founder Fred Phelps in order to stage a formal ceremony celebrating same-sex unions. Photos of the ceremony are publicly available on the new Satanic Temple-operated website, www.westboro-baptists.com, where The Satanic Temple encourages other same-sex couples to submit their own photos from similar pilgrimages to the Mississippi cemetery.

Satanic Temple spokesperson Lucien Greaves officiated the ceremony while two same-sex couples celebrated their homosexuality at the gravesite.

The Satanic Temple supports freedom and the pursuit of happiness for all people, thus they support same-sex couples' legal equality. The Satanic Temple claims that the mass was conducted as an affirmation of those values, and claims that the action is meant to convey a message of love in the face of hate.

The Westboro Baptists, famed for their bombastic "God Hates Fags" anti-homosexual activism, raised the ire of the Satanic Temple months previous. "The idea for the Pink Mass ceremony and website came during the aftermath of the tragic Boston Marathon bombings, during which time the WBC were threatening to protest the funerals of the bombing victims," explains Greaves. "Members of The Satanic Temple were in Boston, waiting for them, but they failed to show. Later, the WBC issued a statement that they had been present 'in spirit'. We decided that a same-sex couple celebrating ceremony at the gravesite of Fred Phelps's mother was an appropriate way to meet the Westboro Baptists, 'in spirit', but this time on our terms."

Explaining the ceremony itself, Greaves continues, "The Satanic Temple now believes that Fred Phelps must believe that his mother is now gay, in the afterlife, due to our Pink Mass... And nobody can challenge our right to our beliefs."

This revelation of The Satanic Temple's graveyard ritual comes fast on the tail of the Westboro Baptist Church's announcement that they intend to picket the death of 31 year-old "Glee" actor, Cory Monteith.

The Satanic Temple is hoping their recent action will draw attention to the organization's efforts to raise funds so that they may



(https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/wp-content/uploads/2013/07/DSC_0037.jpg)participate in the New York City Department of Transportation's Adopt-a-Highway program. More information on the campaign can be found at: http://www.indiegogo.com/projects/the-satanic-temple-adopt-a-highway-campaign?c=home

# "Hail Satan" in Austin, Texas (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/hail-satan-in-austin-texas/)

Posted July 6th, 2013 by Lucien (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/author/cevin/) & filed under News (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/category/news/).

http://www.thesatanictemple.com/category/news/                                    Go      FEB  APR  JUN

44 captures                                                                            ◀  21  ▶
7 May 2013 - 3 Dec 2016                                                               2013  2014  2015



(https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/wp-content/uploads/2013/07/644067_348526711929379_1889746963_n.jpg)Pro-Choice advocates chanted "Hail Satan" in response to a Pro-Life mob singing out *Amazing Grace*. While a good deal of commentary from both ends of the spectrum has thoughtlessly denigrated the "Hail Satan" faction, we feel that their message was both salient and clear: religious rationales used to justify certain views to some hold no currency whatsoever to scores of others. While neither the Old nor New Testaments have anything directly to say about the issue of abortion, interpretations of those texts, construed into a Pro-Life stance, mean nothing to those of us who do not contextualize our lives within the framework of those mythologies.

Thus, chanting "Hail Satan" was an effective way of saying, "You are going to have to argue your point on rational grounds. We do not subscribe to your Religion."

While various commentary has focused on the legitimacy of the activists' Satanic loyalties, we would submit that the concentration on the question of whether or not Satanism is Pro-Life or Pro-Choice misses the point entirely. Surely, there are Christians who consider themselves 'Pro-Choice' just as there are Satanists who, following their own conscience, consider themselves 'Pro-Life'.

(That said, The Satanic Temple believes "One's body is inviolable, subject to one's own will alone." Devoid of the presence of a supernatural ghostly essence (soul), the Will is necessarily the product of a developed nervous system, which arguably gives the authority of inviolability to the mother over the fetus.)

The fact is, arguments based upon some notion of religious primacy aren't going to resolve this debate, nor should they have any place in the argument at all.

We fully support the "Hail Satan" activists in Austin, Texas, and we applaud their courage in reminding the world that ours is a Nation of religious pluralism.

Hail Satan.

## The Satanic Temple crowdsources effort to 'adopt-a-highway' in New York City (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/the-satanic-temple-crowdsources-effort-to-adopt-a-highway-in-new-york-city/)

Posted June 10th, 2013 by Lucien (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/author/cevin/) & filed under News (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/category/news/).



(https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/wp-content/uploads/2013/06/adopt-a-highway.jpeg)In further efforts to increase public understanding and acceptance of Satanism, the Satanic Temple plans to enter the adopt-a-highway program in New York City where they will maintain voluntary beautification of a stretch of public highway for at least 2 years by way of litter cleanup and landscaping.



Once approved, the New York Department of Transportation will erect a blue-and-white sign acknowledging The Satanic Temple as the adopters of the designated piece of highway, helping promote a message of Satanic civic pride and social responsibility.

According to The Satanic Temple, the organization hopes to convey "support, camaraderie, and compassion," for which they are "dedicated to keeping our public spaces clean, safe, and enjoyable for all people."

"Community, compassion, justice, and civic responsibility — these are worthwhile values wherever they are practiced, regardless of whomever they are practiced by, and whatever arbitrary political or religious label may be attached to them. We call on all people to support the Satanic Temple in this effort to engage their community in a positive, productive manner," the Satanic Temple website states. (more...) (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/the-satanic-temple-crowdsources-effort-to-adopt-a-highway-in-new-york-city/)

## News Updates 05/06/2013 (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/new updates-05062013/)

Posted May 7th, 2013 by Lucien (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/author/cevin/) & filed under News (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/category/news/).

The forum is active. Registration is required. Please visit the 'forum' page link at the top menu of the website.

This past April 11th, members of The Satanic Temple, along with long-time public Satanist and entertainer, Szandora LaVey (https://web.archive.org/web/20140421100840/http://szandoralavey.tumblr.com/), delivered lectures at Harvard's Graduate School of Education. The response has been overwhelming positive.

TST spokesperson, Lucien Greaves, began his lecture, *A History of Satanism from the Old Testament to The Satanic Temple*:

> There is an unfortunate fantasy that has stained our civilization's history — the delusion of a hidden society that has pledged itself to the service of Satan and, in doing so, opposes all that is held dear in Christian society. (more...) (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/news-updates-05062013/)

## Satanism from the Old Testament to The Satanic Temple (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/sata from-the-old-testament-to-the-satanic-temple/)

Posted April 3rd, 2013 by Lucien (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/author/cevin/) & filed under News (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/category/news/).

The Cultural Studies Club at Harvard's Graduate School of Education to host lecture on The History of Satanic Worship

Thursday, April 11 from 7:00pm to 9:00pm, the Cultural Studies Club at Harvard University's Graduate School of Education (HGSE) will host members of the Satanic Temple and Satanic model/performer Szandora LaVey as they present a lecture on the world's most maligned religion.

The Cultural Studies Club of Harvard University's Graduate School of Education will be hosting 'A History of Satanic Worship' to be presented April 11, 2013, by academics and practicing Satanists. (more...) (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/satanism-from-the-old-testament-to-the-satanic-temple/)

## Updates (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/upd

Posted March 14th, 2013 by Lucien (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/author/cevin/) & filed under News (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/category/news/).

http://www.thesatanictemple.com/category/news/   Go   FEB APR JUN   ◀ 21 ▶   2013 2014 2015

44 captures
7 May 2013 - 3 Dec 2016

Testament to The Satanic Temple. Please let us know if your college or university might be interested in arranging a speaking engagement with us. Contact: TheSatanicTemple at Gmail dot com.

- Our forum is now active and we hope to start a productive dialogue regarding our future organizational activities. Please email the address above if you are interested in joining the conversation.
- Activists are advocating for an International Day to Defend Apostates and Blasphemers. Please check out their petition here: http://www.richarddawkins.net/news_articles/2013/3/13/international-day-to-defend-apostates-and-blasphemers# (https://web.archive.org/web/20140421100840/http://www.richarddawkins.net/news_articles/2013/3/13/international-day-to-defend-apostates-and-blasphemers)

## Rally in Tallahassee (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/rally-in-tallahassee/)

Posted February 4th, 2013 by Lucien (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/author/cevin/) & filed under News (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/category/news/).



(https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/wp-content/uploads/2013/02/Hail-Satan-Hail-Rick-Scott-.jpg)**Rally in Tallahassee**

This past January, the 25th, The Satanic Temple staged a rally on the Capitol Steps of Tallahassee in support of Florida Governor Rick Scott's Senate Bill (98) which authorizes "a district school board to adopt a policy that allows an inspirational message to be delivered by students at a student assembly; providing policy requirements; providing purpose, etc."

While some saw Senate Bill 98 a flagrant attempt at inserting Christian prayer into public schools, The Satanic Temple recognized that *all* religions and religious perspectives (including those of non-believers) stand to benefit from this freedom to speak their message to those who might otherwise never be exposed to it. SB98, we feel, supports religious diversity, rather than homogeneity.

Before a nonplussed press, supporters, and puzzled passers-by, The Satanic Temple spokesman, Lucien Greaves delivered a preliminary statement which was followed by a speech given by one Cassandra Wagner, a High School Satanist native to Florida. The Keynote speech was delivered by the head of the Satanic Temple. (more...) (https://web.archive.org/web/20140421100840/http://www.thesatanictemple.com/rally-in-tallahassee/)

Sign up for The Satanic Temple Newsletter
Email Address

Subscribe

powered by MailChimp
(https://web.archive.org/web/20140421100840/http://www.mailchimp.com/affiliates/?aid=43c46880f30ca2d5b901adf24&afl=1)!



http://www.thesatanictemple.com/religious-beliefs-of-the-satanic-temple/

Go

DEC **JAN** MAR
◀ **20** ▶
2012 **2013** 2014

5 captures
15 Jan 2013 - 26 Mar 2013

▼ About this capture



(https://web.archive.org/web/20130120053110/http://www.thesatanictemple.com/)

# Religious Beliefs of The Satanic Temple

The Satanic Temple believes that God is supernatural and thus outside of the sphere of the physical. God's perfection means that he cannot interact with the imperfect corporeal realm. Because God cannot intervene in the material world, He created Satan to preside over the universe as His proxy. Satan has the compassion and wisdom of an angel. Although Satan is subordinate to God, he is mankind's only conduit to the dominion beyond the physical. In addition, only Satan can hear our prayers and only Satan can respond. While God is beyond human comprehension, Satan desires to be known and knowable. Only in this way can there be justice and can life have meaning.

Hail Satan!



EXHIBIT
4
TST Depo

http://www.thesatanictemple.com/religious-beliefs-of-the-satanic-temple/   Go   DEC  **JAN**  MAR

**5 captures**
15 Jan 2013 - 26 Mar 2013

◀ **20** ▶
2012  **2013**  2014

▼ About this capture







(https://web.archive.org/web/20130322033310/http://www.thesatanictemple.com/)

# Fundamental Tenets of the Satanic Temple

There are nine fundamental tenets — with nine being a significant Satanic number. Each tenet is represented by one of the choir of nine Angels sent from Heaven to oversee Earth.

1. People should be guided by compassion and wisdom and follow the golden rule of "do unto others as you would have them do unto you."



2. The Circle of Compassion should extend to all species, not just humans.
3. People are fallible, and although we should all try to do our best, poor judgment is inevitable. If we make a mistake, we should do our best to rectify it, and resolve any harm that may have been caused by our misdeeds.
4. The Satanist should ever be self-reflective.
5. All life is precious in the eyes of Satan.

Def.'s Ex. 26 - Page 132 of 337



EXHIBIT
5
TST Depo
PENGAD 800-631-6989



appropriate, however, to be proud of ignorance.

8. While proselytizing might have noble intent, it is not acceptable to coerce or push your beliefs on others. It is always best to lead by example.

9. Every tenet is a guiding principle to designed to inspire nobility in action and thought. The spirit of compassion and wisdom should always prevail over the written or spoken word.



THE
SATANIC TEMPLE

(https://web.archive.org/web/20131212065107/http://www.thesatanictemple.com/)

# Welcome to the official website of The Satanic Temple

Those wishing to contribute to a fund to put a Satanic Monument at Oklahoma State Capitol, please do so here:

**Oklahoma Monument Fund** (https://web.archive.org/web/20131212065107/http://www.indiegogo.com/projects/put-a-satanic-monument-at-ok-capitol/x/3532086)

**Thank you for your support**

"Iahveh, on his mountain, was jealous of Lucifer […] angels like unto men feel love and hatred quicken within them. Capable, at times, of generous resolves, they too often follow their own interests and yield to fear. Then, as now, they showed themselves, for the most part, incapable of lofty thoughts, and in the fear of the Lord lay their sole virtue. Lucifer, who held vile things in proud disdain, despised this rabble of commonplace spirits for ever wallowing in a life of feasts and pleasure. But to those who were possessed of a daring spirit, a restless soul, to those fired with a wild love of liberty, he proffered friendship, which we return with adoration. These latter deserted in a mass the mountain of God and yielded to the Seraph the homage which That Other would fain have kept for himself alone."

– *Revolt of The Angels*, Anatole France

**Contents**

1 A History of The Satanic Temple
2 Mission Statement
3 Beliefs
4 Tenets
5 Issues

# A History of The Satanic Temple

The truth regarding Satanism has been unfortunately obscured by a history of delirious, paranoid conspiracy theories, blood libel, and imaginative inaccuracies. Just as ancient Pagans demonized early Christians, and Christians in turn demonized Pagans and Jews, so too are Satanists popularly demonized as a result of misunderstandings, intolerance, and fear-mongering opportunism.

While underlying causes of witch-hunts — ancient and modern — are generally recognized to have their sociological origins in factors independent of the actual existence of witches or Satanists, evidence nonetheless suggests the regular appearance of Satanic devotees extending far back into Western civilized history. Historical reports of early Satanism are often colored by fears of an anti-human "other", however, the literary history of Satan — from Milton to Anatole France — suggests that biblical interpretations of a humanistic, benevolent Satan, driving our highest aspirations and encouraging human compassion have resonated for centuries. Though not professed Satanists themselves, we nonetheless consider Milton and France's works inspired texts that best capture the Satanic archetype as a symbol of revolt against the tyranny of autocracy as well as the tyranny of archaic dogmas... a literary Satan that holds primacy in the corporeal world from which God is permanently detached.

The Satanic cults of conspiracy theory folklore have no basis in historical fact, nor is there any evidence of a single line of Satanic tradition that has persisted, unbroken, parallel, and in opposition to, the openly practiced religions of our Civilization's history.

Def.'s Ex. 26 - Page 134 of 337



http://www.thesatanictemple.com/        Go   NOV  DEC  JAN
818 captures                                 ◀  12  ▶
13 Jan 2013 - 13 Jan 2020                    2012 2013 2014



Angel from the Literary Lucifer, influenced in part by reconstructed rites and the libertine philosophical (https://web.archive.org/web/20131212065107/http://www.thesatanictemple.com/wp-content/uploads/2012/12/Witches_Flight_Goya.jpg)underpinnings of the 18th century Medmenham Monks.

To embrace the name "Satan" is to avow skepticism in the face of all things, even — especially — that which is held sacred. To stand forth as a "Satanist" is to rend from the persecutory, affrighted mob a convenient out-group label, demanding that individuals be judged for their concrete actions, not their fealty to arbitrary social norms and illusory categorizations.

Satanism is not mindless abandon and depravity, but a philosophy that drives us to lead fruitful and dignified, epicurean lives. Satan, the symbolic force of design that would urge humanity toward refined pleasures of the Arts and Sciences. Satan, who first brought the fruit of knowledge to Humankind that thereafter we might live not as naked brutes in the wild, but develop our cultural splendor into ever more aesthetically and technologically advanced heights. Ours is the Humanistic Satan who would sacrifice His own Heavenly residence so that Humanity might learn to understand and enjoy the physical world they inhabit.

Satanists are often natural aestheticians who revel in the grandeur of human artistic, architectural achievements while also often drawn to the idiosyncratic and bizarre that are all too typically misunderstood, feared, and discarded.

With compassion, the Satanic Temple accepts all who are just and compassionate.

Though we have far to go before public education leads to a mainstream embrace of our Satanic religion, we feel that our own public "coming out" will go a long way toward raising the consciousness of the populace... and the social environment has never yet been better prepared for the welcoming of a new Satanic era.

## Mission Statement

The mission of The Satanic Temple is to encourage benevolence and empathy among all people. In addition, we embrace practical common sense and justice. As Satanists we all should be guided by our conscience to undertake noble pursuits guided by our individual wills. We believe that this is the hope of all mankind and the highest aspiration of humanity.

As an organized religion, we feel it is our function to actively provide outreach, to lead by example, and to participate public affairs wheresoever the issues might benefit from rational, Satanic insights.

http://www.thesatanictemple.com/                                    Go   NOV DEC JAN
818 captures                                                              ◀ 12 ▶
13 Jan 2013 - 19 Jan 2020                                              2012 2013 2014



## Beliefs

The Satanic Temple seeks to separate Religion from Superstition by acknowledging religious belief as a metaphorical framework with which we construct a narrative context for our goals and works. Satan stands as the ultimate icon for the selfless revolt against tyranny, free & rational inquiry, and the responsible pursuit of happiness.



In theological terms, the mythology translates thus:
(https://web.archive.org/web/20131212065107/http://www.thesatanictemple.com/wp-content/uploads/2012/12/Satan-rouses-the-Fallen-Angels.jpg)

*God is supernatural and thus outside of the sphere*
*(https://web.archive.org/web/20131212065107/http://www.thesatanictemple.org/fundamental-tenants-of-the-satanic-temple/) of the*
*physical. God's perfection means that he cannot interact with the imperfect corporeal realm. Because God cannot intervene in the material*
*world, He created Satan to preside over the universe as His proxy. Satan has the compassion and wisdom of an angel. Although Satan is*
*subordinate to God, he is mankind's only conduit to the dominion beyond the physical. In addition, only Satan can hear our prayers*
*(https://web.archive.org/web/20131212065107/http://www.thesatanictemple.org/fundamental-tenants-of-the-satanic-temple/) and only*
*Satan can respond. While God is beyond human comprehension, Satan desires to be known and knowable. Only in this way can there be justice*
*and can life have meaning.*



evolving religion, unfettered by arcane doctrines born of fearful minds in darkened times. Belief must reconstruct itself to fact, never the other way round. This is the Luciferian impulse to eat of the Tree of Knowledge, even (and especially) when to do so irretrievably dissipates blissful and comforting delusions of old.

That which will not bend must break, and that which can be destroyed by truth should never be spared its demise.

This is an ultimatum.

Hail Satan!



## Tenets

There are nine fundamental tenets — with nine being a significant Satanic number. Each tenet is represented by one of the choir of nine Angels sent from Heaven to oversee Earth.

Def.'s Ex. 26 - Page 137 of 337

http://www.thesatanictemple.com/    Go   NOV DEC JAN
818 captures
13 Jan 2013 - 15 Jan 2020    ◀ 12 ▶
2012 2013 2014



2. The struggle for justice is an ongoing pursuit.

3. People are fallible, and although we should all try to do our best, poor judgment is inevitable. If we make a mistake, we should do our best to rectify it, and resolve any harm that may have been caused by our misdeeds.

4. One's body is inviolable, subject to one's own will alone.

5. Beliefs should conform to our best scientific understanding of the world. We should take care never to distort scientific facts to fit our beliefs.

6. The freedoms of others should be respected, even the freedom to offend. To willfully encroach upon the freedoms of another is to forego your own.

7. There are, and will continue to be, things unknown and misunderstood. We must recognize this, never taking pride in ignorance, never assuming the unknown to be forever unknowable.

8. While proselytizing might have noble intent, it is not acceptable to coerce or push your beliefs on others. It is always best to lead by example.

9. Every tenet is a guiding principle designed to inspire nobility in action and thought. The spirit of compassion and wisdom should always prevail over the written or spoken word.

## Issues

(https://www.youtube.com/ Satanic- feature=watch)
Temple/220538341415523)

http://www.thesatanictemple.com/   Go   JAN **MAR** APR

818 captures
13 Jan 2013 - 15 Jan 2020

◀ **07** ▶
2013 **2014** 2015



**THE**
**SATANIC TEMPLE**

(https://web.archive.org/web/20140307164329/http://www.thesatanictemple.com/)

# Welcome to the official website of The Satanic Temple

"Iahveh, on his mountain, was jealous of Lucifer [...] angels like unto men feel love and hatred quicken within them. Capable, at times, of generous resolves, they too often follow their own interests and yield to fear. Then, as now, they showed themselves, for the most part, incapable of lofty thoughts, and in the fear of the Lord lay their sole virtue. Lucifer, who held vile things in proud disdain, despised this rabble of commonplace spirits for ever wallowing in a life of feasts and pleasure. But to those who were possessed of a daring spirit, a restless soul, to those fired with a wild love of liberty, he proffered friendship, which we return with adoration. These latter deserted in a mass the mountain of God and yielded to the Seraph the homage which That Other would fain have kept for himself alone."

– *Revolt of The Angels*, Anatole France

## Contents

1 A History of The Satanic Temple
2 Mission Statement
3 Beliefs
4 Tenets
5 Issues

# A History of The Satanic Temple

The truth regarding Satanism has been unfortunately obscured by a history of delirious, paranoid conspiracy theories, blood libel, and imaginative inaccuracies. Just as ancient Pagans demonized early Christians, and Christians in turn demonized Pagans and Jews, so too are Satanists popularly demonized as a result of misunderstandings, intolerance, and fear-mongering opportunism.

While underlying causes of witch-hunts — ancient and modern — are generally recognized to have their sociological origins in factors independent of the actual existence of witches or Satanists, evidence nonetheless suggests the regular appearance of Satanic devotees extending far back into Western civilized history. Historical reports of early Satanism are often colored by fears of an anti-human "other", however, the literary history of Satan — from Milton to Anatole France — suggests that biblical interpretations of a humanistic, benevolent Satan, driving our highest aspirations and encouraging human compassion have resonated for centuries. Though not professed Satanists themselves, we nonetheless consider Milton and France's works inspired texts that best capture the Satanic archetype as a symbol of revolt against the tyranny of autocracy as well as the tyranny of archaic dogmas... a literary Satan that holds primacy in the corporeal world from which God is permanently detached.

The Satanic cults of conspiracy theory folklore have no basis in historical fact, nor is there any evidence of a single line of Satanic tradition that has persisted, unbroken, parallel, and in opposition to, the openly practiced religions of our Civilization's history.

Modern Satanisms, defined in the 20th century, have suffered from stagnation, inactivity, and nonexistent political relevance. The Satanic Temple defines Satanism on its own terms, drawing from the powerful aesthetic and metaphor of tyranny's ultimate adversary, deriving a composite Rebel



Angel from the Literary Lucifer, influenced in part by reconstructed rites and the libertine philosophical

EXHIBIT
7
PENGAD 800-631-6989
TST Depo



To embrace the name "Satan" is to avow skepticism in the face of all things, even — especially — that which is held sacred. To stand forth as a "Satanist" is to rend from the persecutory, affrighted mob a convenient out-group label, demanding that individuals be judged for their concrete actions, not their fealty to arbitrary social norms and illusory categorizations.

Satanism is not mindless abandon and depravity, but a philosophy that drives us to lead fruitful and dignified, epicurean lives. Satan, the symbolic force of design that would urge humanity toward refined pleasures of the Arts and Sciences. Satan, who first brought the fruit of knowledge to Humankind that thereafter we might live not as naked brutes in the wild, but develop our cultural splendor into ever more aesthetically and technologically advanced heights. Ours is the Humanistic Satan who would sacrifice His own Heavenly residence so that Humanity might learn to understand and enjoy the physical world they inhabit.

Satanists are often natural aestheticians who revel in the grandeur of human artistic, architectural achievements while also often drawn to the idiosyncratic and bizarre that are all too typically misunderstood, feared, and discarded.

With compassion, the Satanic Temple accepts all who are just and compassionate.

Though we have far to go before public education leads to a mainstream embrace of our Satanic religion, we feel that our own public "coming out" will go a long way toward raising the consciousness of the populace... and the social environment has never yet been better prepared for the welcoming of a new Satanic era.

## Mission Statement

The mission of The Satanic Temple is to encourage benevolence and empathy among all people. In addition, we embrace practical common sense and justice. As Satanists we all should be guided by our conscience to undertake noble pursuits guided by our individual wills. We believe that this is the hope of all mankind and the highest aspiration of humanity.

As an organized religion, we feel it is our function to actively provide outreach, to lead by example, and to participate public affairs wheresoever the issues might benefit from rational, Satanic insights.



Beliefs

construct a narrative context for our goals and works. Satan stands as the ultimate icon for the selfless revolt against tyranny, free & rational inquiry, and the responsible pursuit of happiness.



In theological terms, the mythology translates thus:
(https://web.archive.org/web/20140307164329/http://www.thesatanictemple.com/wp-content/uploads/2012/12/Satan-rouses-the-Fallen-Angels.jpg)

*God is supernatural and thus outside of the sphere (https://web.archive.org/web/20140307164329/http://www.thesatanictemple.org/fundamental-tenants-of-the-satanic-temple/) of the physical. God's perfection means that he cannot interact with the imperfect corporeal realm. Because God cannot intervene in the material world, He created Satan to preside over the universe as His proxy. Satan has the compassion and wisdom of an angel. Although Satan is subordinate to God, he is mankind's only conduit to the dominion beyond the physical. In addition, only Satan can hear our prayers (https://web.archive.org/web/20140307164329/http://www.thesatanictemple.org/fundamental-tenants-of-the-satanic-temple/) and only Satan can respond. While God is beyond human comprehension, Satan desires to be known and knowable. Only in this way can there be justice and can life have meaning.*

The Satanist harbors reasonable agnosticism in all things, holding fast only to that which is demonstrably true. The cultural narratives through which we contextualize our lives must be malleable to conformity with our best scientific understandings of the material world... Those understandings, in turn, must never be so rigidly codified as to themselves be inflexible to advancements yet unknown. Thus, Satanism is an evolving religion, unfettered by arcane doctrines born of fearful minds in darkened times. Belief must reconstruct itself to fact, never the other way round. This is the Luciferian impulse to eat of the Tree of Knowledge, even (and especially) when to do so irretrievably dissipates blissful and comforting delusions of old.

That which will not bend must break, and that which can be destroyed by truth should never be spared its demise.

This is an ultimatum.

Hail Satan!

http://www.thesatanictemple.com/    Go    JAN **MAR** APR
818 captures
13 Jan 2013 - 15 Jan 2020
◄ **07** ►
2013 **2014** 2015



## Tenets

There are seven fundamental tenets.



1. One should strive to act with compassion and empathy towards all creatures in accordance with reason.
2. The struggle for justice is an ongoing and necessary pursuit that should prevail over laws and institutions.
3. One's body is inviolable, subject to one's own will alone.



6. People are fallible. If we make a mistake, we should do our best to rectify it and resolve any harm that may have been caused.

7. Every tenet is a guiding principle designed to inspire nobility in action and thought. The spirit of compassion, wisdom, and justice should always prevail over the written or spoken word.

# Issues

(https://web.archive.org/web/20140307155523/http://www.youtube.com/watch?v=...Satanic-      feature=watch)
Temple/220538341415523)

# FAQ

## MEMBERSHIP



**HOW CAN I JOIN?**

Go to https://thesatanictemple.com/pages/join-us

**I AM HAVING PROBLEMS JOINING. THE "JOIN" BUTTON DOES NOT WORK.**

When people register, an email confirmation is automatically generated. Sometimes that ends up in people's spam folders. If you are having trouble registering, it is because you have already successfully registered.

**WHAT ARE THE BENEFITS OF JOINING?**

The benefits of joining depend on what you want to do with your membership. Joining on our website will put you on our mailing list so you can stay up-to-date on our activities and campaigns. If you want your membership to be even more rewarding, consider becoming active in a chapter or contributing to the mission of The Satanic Temple in other ways.

A list of our chapters can be found here: https://thesatanictemple.com/pages/find-chapter.

You can also network with other TST members on our official forum on Facebook: https://www.facebook

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER        ⭐


Def.'s Ex. 26 - Page 144 of 337

We value the privacy of our members and do not share membership information with anyone. Only the founders of the organization are permitted access to the membership database and it is used exclusively by TST for outreach and communication. TST will never disclose the names of any of our members without their explicit permission. The release of anyone's name without their consent would undermine our members' trust in the organization.

### ARE THERE AGE RESTRICTIONS FOR MEMBERS?

No.

### I WANT TO SELL MY SOUL, GET RICH, JOIN THE ILLUMINATI, ETC.

Please look elsewhere.

### CHAPTERS AND MEMBER OUTREACH

### HOW CAN I COMMUNICATE WITH OTHER MEMBERS?

The easiest way to get in touch with other members is to join our official forum on Facebook: https://www.facebook.com/groups/1663215740560553/

### WHERE ARE TST CHAPTERS AND HOW CAN I REACH OUT TO THEM?

A list of our current chapters can be found on our website at https://thesatanictemple.com/pages/find-chapter. If you do not see a chapter in your area, it might be possible for you to start one.

### I DON'T SEE A CHAPTER LISTED IN MY CITY.

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER          ★

THE SATANIC TEMPLE     SHOP SATAN ·     JOIN US     ABOUT US ·     FIND CHAPTER

CHURCH OF SATAN VS THE SATANIC TEMPLE?  🐦  f  G+  ▶  ⊚  👤  🔍   USD          🛒⁰ CART

## HOW CAN I START A CHAPTER?

Starting a new Chapter of The Satanic Temple can be very rewarding. It also requires time, effort, and an understanding of the mission of The Satanic Temple.

You might want to join our official forum on Facebook and do a search to see if anyone else is looking to create a Chapter in your area. Here is a link to the forum: https://www.facebook.com/groups/1663215740560553/.

Familiarize yourself with TST's tenets, mission statement, and frequently asked questions, all of which are on our website. Next, write to newchapter@thesatanictemple.com and express your desire to create a new chapter in your area.

**Are purchases and contributions on this site tax deductible?**

Items purchased from the TST shop and contributions made on the shop website are not tax-deductible. They still assist with the costs of our outreach programs and extensive litigation to promote the religious liberties of our members. To make tax-deductible donations, go to our other website, www.thesatanictemple.org.

## BELIEFS OF THE SATANIC TEMPLE

### DO YOU WORSHIP SATAN?

No, nor do we believe in the existence of Satan or the supernatural. The Satanic Temple believes that religion can, and should, be divorced from superstition. As such, we do not promote a belief in a personal Satan. To embrace the name Satan is to embrace rational inquiry removed from supernaturalism and archaic tradition-based superstitions. Satanists should actively work to hone critical thinking and exercise reasonable agnosticism in all things. Our beliefs must be malleable to the best current scientific understandings of the material world — never the reverse.

### DO YOU PROMOTE EVIL?

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER                    ★

Def.'s Ex. 26 - Page 146 of 337

Satan is a symbol of the Eternal Rebel in opposition to arbitrary authority, forever defending personal sovereignty even in the face of insurmountable odds. Satan is an icon for the unbowed will of the unsilenced inquirer – the heretic who questions sacred laws and rejects all tyrannical impositions. Our metaphoric representation is the literary Satan best exemplified by Milton and the Romantic Satanists from Blake to Shelley to Anatole France.

**IF YOU DO NOT BELIEVE IN THE SUPERNATURAL, HOW IS TST A RELIGION?**

The idea that religion belongs to supernaturalists is ignorant, backward, and offensive. The metaphorical Satanic construct is no more arbitrary to us than are the deeply held beliefs that we actively advocate. Are we supposed to believe that those who pledge submission to an ethereal supernatural deity hold their values more deeply than we? Are we supposed to concede that only the superstitious are rightful recipients of religious exemption and privilege? Satanism provides all that a religion should be without a compulsory attachment to untenable items of faith-based belief. It provides a narrative structure by which we contextualize our lives and works. It also provides a body of symbolism and religious practice — a sense of identity, culture, community, and shared values.

**IS TST A MEDIA STUNT/HOAX/TROLLING, ETC.?**

Some have conveniently concluded, upon observing The Satanic Temple's media coverage, that attention is the primary objective of our activities. While media outreach has helped to raise awareness of the campaigns we have initiated, these campaigns have articulated goals related issues that are important to us and our membership.

So inured is the general public to the idea that there is only one monolithic voice of "the" religious agenda that any attempt at a counter-balance — or assertion of a minority voice — is often viewed as a targeted provocation against those who enjoy traditional religious privilege.

**WHAT DO YOU BELIEVE?**

We believe in reason, empathy, the pursuit of knowledge and our Seven Tenets:

- One should strive to act with compassion and empathy toward all creatures in accordance with reason.
- The struggle for justice is an ongoing and necessary pursuit that should prevail over laws and institutions.
- One's body is inviolable, subject to one's own will alone.
- The freedoms of others should be respected, including the freedom to offend. To willfully and unjustly encroach upon the freedoms of another is to forgo one's own.
- Beliefs should conform to one's best scientific understanding of the world. One should take care never to distort scientific facts to fit one's beliefs.
- People are fallible. If one makes a mistake, one should do one's best to rectify it and resolve any harm that might have been caused.
- Every tenet is a guiding principle designed to inspire nobility in action and thought. The spirit of compassion, wisdom, and justice should always prevail over the written or spoken word.

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER   ☆

Def.'s Ex. 26 - Page 147 of 337

## WHAT ARE SOME OF THE RITUALS OF TST?

The Satanic Temple does not have any required rituals, but some members choose to participate in rituals that they find personally meaningful. There is no absolute "right" way to perform any of them. Typically, they are composed by members themselves, adhere to the TST tenets, and are tailored to meet their individual or local needs. Rituals never involve the promotion of suffering, do not involve animals, and are always consensual among all participants. Some of the rituals that have been held by TST members include:

- Black Mass — a celebration of blasphemy, which can be an expression of personal liberty and freedom
- Unbaptism — participants renounce superstitions that may have been imposed upon them without their consent as a child
- Destruction ritual — participants destroy an object they own that symbolizes a source or pain in their lives
- Defiance ritual — a pledge to challenge the status quo in a way that is personally meaningful

## HOW ARE YOU DIFFERENT FROM HUMANISTS?

A unifying attribute of all Satanists is our embrace of our outsider status. In addition, Satanists adhere to the principles of individual sovereignty and the rejection of tyrannical authority. These concerns are of paramount importance to us, but are not fundamental components of Humanism.

## HOW ARE YOU DIFFERENT FROM OTHER SATANIC ORGANIZATIONS?

Many Satanic organizations focus on pointless and misguided efforts to establish a monopoly on a vision of the one 'true' Satanism. This obsession with ownership has fomented an unfortunate culture in which Satanism's most vitriolic critics are often self-identified Satanists.

The Satanic Temple is not interested in establishing itself as the sole arbiter of Satanic practice. Rather, we are open to working with other self-identified Satanic organizations to promote general recognition of Satanic legitimacy.

While many Satanic organizations seem to revel in superfluous hierarchies while isolating themselves in petty organizational autocracy, the Satanic Temple eschews rigid, centralized authority and focuses its efforts on effecting tangible constructive change. We believe in building a politically active Satanic movement and invite others to join us in these efforts.

## HOW DOES TST'S SATANISM DIFFER FROM LAVEYAN SATANISM?

TST has its own guiding principles and tenets, distinct from the LaVeyan school, that we feel represents a natural evolution in Satanic thought. The overriding principle calls for utilizing the best scientific evidence available to make the most rational real-world decisions. To that en̲d ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲ ̲e with v

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER   ⭐

Def.'s Ex. 26 - Page 148 of 337

finds little value in LaVeyan edicts such as those that instruct one to "acknowledge the power of magic if you have employed it successfully to obtain your desires. If you deny the power of magic after having called upon it with success, you will lose all you have obtained." (From the Eleven Satanic Rules of the Earth, Anton LaVey)

## HOW CAN I ATTEND TST SERVICES?

Services are hosted regularly at TST headquarters in Salem, Massachusetts and will soon be posted online.

## DONATIONS

### I WANT TO DONATE

Contribute to The Satanic Temple:

Contributions can be made to The Satanic Temple via our website following this link: https://thesatanictemple.com/collections/contribute-to-the-satanic-temple-campaigns

For now, contributions are not tax-deductible.

Donate to Reason Alliance:

To make tax-deductible donations that support our mission, please donate to Reason Alliance Ltd. Reason Alliance is a 501(c)(3) non-profit created to promote the tenets of TST. Donations are tax-deductible in accordance with IRS rules and regulations.

Donate here: https://www.reasonalliance.com/donate.html

Amazon Smile

Please go to https://smile.amazon.com/ and add Reason Alliance as your preferred charity

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER     ⭐

THE SATANIC TEMPLE    SHOP SATAN ·    JOIN US    ABOUT US ·    FIND CHAPTER

CHURCH OF SATAN VS THE SATANIC TEMPLE?  🐦  f  G+  ▶  ◉  👤  🔍   USD        🛒⁰ CART

**I WANT TO VOLUNTEER SERVICES**

Please let us know what specific services you are offering and fill at the form at:

https://thesatanictemple.com/pages/contact

**MEDIA AND EVENTS**

**I AM A JOURNALIST OR OTHER MEMBER OF THE MEDIA, HOST A PODCAST, OR AM FILMMAKER, HOW CAN SET UP AN INTERVIEW OR HOW CAN I GET SOMEONE TO SPEAK AT AN EVENT?**

Please email us at media@thesatanictemple.com

**I AM DOING A STUDENT PROJECT AND HAVE QUESTIONS...**

We are happy to assist. Please review our site and if you have specific questions that are not addressed, reach out and email us your questions. Please allow us sufficient time to draft a response. You can find the contact form here: https://thesatanictemple.com/pages/contact

-

**ORDINATION**

**I would like to be ordained.**

TST will be offering ordination to interested members, but we take this process very seriously and members wishing to be ordained must take a course that we are creating to ensure they are informed of TST principles and best practices in general. We will post a notice when this is available, but for now we are not ordaining anyone.

**WEDDINGS**

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER         ☆

Def.'s Ex. 26 - Page 150 of 337

**TST STORE – SHOP SATAN**

**I HAVE AN ISSUE WITH AN ORDER.**

Please contact us at: sales@thesatanictemple.com.

**ACTIVISM**

**MY CITY IS CONSIDERING PASSING A LAW THAT VIOLATES THE CIVIL RIGHTS OF MEMBERS OF TST**

Cities often consider laws that are problematic and possibly unconstitutional and quite often they do not get enacted or even voted on. Except in extraordinary situations, we do not get involved with legislation that is merely being considered.

**I READ ABOUT A CITY SOMEWHERE THAT PASSED A LAW THAT VIOLATES THE CIVIL RIGHTS**

Without a person in that city willing to work with us, it is often difficult for us to intervene.

**MY CITY HAS PASSED A LAW OR ENGAGED IN AN ACTION THAT SHOULD BE OF INTEREST TO TST**

Please provide details and let us know if you or someone you know is willing to go on record as a local resident. TST is often, but not always, a last resort and in many situations Freedom From Religion Foundation (FFRF.org) and Americans United for Separation of Church and State (www.au.org) are able to help. They have a team of lawyers on staff who deal with many related issues. Please keep in mind that The Satanic Temple does not have the resources to fight every instance of injustice and some instances of injustice, though worth fighting, do not fall within TST's mission.

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER    ⭐

The Satanic Temple logo is a registered trademark of United Federation of Churches LLC dba The Satanic Temple

The Baphomet with Children statue is protected by copyright and owned by United Federation of Churches LLC dba The Satanic Temple © 2013

The Satanic Temple logo is protected by copyright and owned by United Federation of Churches LLC dba The Satanic Temple © 2013

All rights reserved. Unauthorized use is an infringement of copyrights, trademarks, or proprietary rights.

Use of site means acceptance of all Terms of Use, Business Policies, Security & Privacy Statement, Legal & Copyright Notice, & Prices, subject to change without notice

---

## SOCIAL SATAN

🐦 f G+ ▶ 📷

## MAIN MENU

The Satanic Temple

Shop Satan

Join Us

About Us

Find Chapter

Church of Satan vs The Satanic Temple?

## SHOP SATAN

Shop All

Membership Cards

Shirts and Hoodies

Mugs

Candles

Jewelry

Tote bags

Lapel Pins & Buttons & Book

Collaborations

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER

⭐

HOME    DONATE    ABOUT US    HOW CAN I HELP?    HAIL SATAN?    LOG IN

# OFFICIAL HOLIDAYS OF THE SATANIC TEMPLE

## LUPERCALIA – FEBRUARY 15

Based on the Roman festival of the same name, Lupercalia falls on February 15th. In keeping with the ancient tradition, February 13th and 14th are observed as feast days leading up to the actual holiday. What we are translating this to in TST is a "hail yourself" day. This idea offers a parallel to the "others-centered" traditions of Sol Invictus.
Representation: Celebration of bodily autonomy, sexual liberation, and reproduction
Historical Context: Pre-Roman annual pastoral festival that derives its name from the Roman Lycaean Pan (not to be confused with the Greek fawn-esque Pan, this one has wolf-like traits). Traditionally, the celebration would occur in the Lupercal cave, near the sanctuary to Rumina, the goddess of breastfeeding and the wild fig tree.
The celebration often started with whipping other individuals with strips of sacrificial goat or dog skin. Being whipped was seen as an honor and would "promote" healthy deliveries or help the barren become pregnant.
Suggestions for Celebration:

- A feast that includes a milk-like substance, figs, lamb (or a vegan option), & other foods.
- Rituals with a mock sacrifice, orgies, BDSM, asexual awareness, bodily autonomy, wolves



HEXENNACHT – APRIL 30

UNVEILING DAY – JULY 25

HALLOWEEN – OCTOBER 31

SOL INVICTUS – DECEMBER 25

OBSERVANCES

- ROE V WADE – JANUARY 22ND
- DEVIL'S NIGHT - JUNE 6TH
- BLASPHEMY DAY - SEPTEMBER 30TH
- YOUR BIRTHDAY - FLOATING OBSERVANCE

Def.'s Ex. 26 - Page 153 of 337


EXHIBIT
10
TST Depo

© The Satanic Temple  All rights reserved

Legal Trademark and Copyright Notice

**Support Us**

Def.'s Ex. 26 - Page 154 of 337

« Critical report on Florida's campaign finance system finds a fan in Weatherford | Main | Strapped for cash to build, university presidents urge lawmakers for relief »

## You hear the one about the pro-Scott satanic cult?

It sure sounded funny.

An outfit called The Satanic Temple announced last week that it was gathering at the State Capitol on Jan. 25 to show support for Gov. **Rick Scott**, a Christian conservative.

The group's spokesman/overlord, **Lucien Greaves**, explained that his group liked Scott for signing SB 98 last year, which allows school districts to create policies letting students deliver "inspirational messages" at public events.  Greaves said his members liked the bill because it allowed promotional opportunities for the dark master.

Greaves swore to god (his, of course) that this was no joke.

But upon further review, it turns out that Greaves is pulling another kind of joke on us.

Greaves is listed as the casting director of a feature film called …wait for it…The Satanic Temple.

A casting call was posted on the web site Actors Access on Jan. 7 seeking non-union actors for no pay.

"We are seeking people from all walks of life, goths, grandparents, soccer moms, etc to be the followers of a charismatic yet down to earth Satanic cult leader," the post stated. "The shoot will be on January 25th in downtown Tallahassee. Actors will be required to wear tasteful Satanic garb."

The casting call said the movie was a mockumentary about the "nicest Satanic Cult in the world." It was seeking actors for eight speaking roles "to play minions" and 10 featured extras. (The positions have since been filled).

So, wow. This didn't sound like your run-of-a-mill political rally for satanists.

What's really going on here?



You hear the one about the pro-Scott satanic cult? | Naked Politics                    Page 2 of 5

Greaves couldn't be reached Wednesday. But he told Naked Politics on Tuesday that he won't reveal the true purpose of the event. He wouldn't explain his Facebook page, which appears to have been launched in January and which posts a scathing MSNBC video of Scott (an odd thing to have for a Scott supporter). Greaves said he lives in Cambridge, Mass and is 30, but on Tuesday acknowledged that he's not revealing his real name.

He wouldn't say why. Perhaps its the film critics he fears the most.

Posted by Michael Van Sickler on Wednesday, Jan. 16, 2013 at 8:30 PM in Rick Perry | Permalink

Share

## Comments

**0 Comments**                                                                    Sort by    Oldest


| Add a comment... |

Facebook Comments Plugin

## Connect With Us

Follow @NakedPoliticsFL

## PolitiFact Florida

Tampa Bay Times · Miami Herald
# PolitiFact✓Florida

**PolitiFact Florida is a partnership of the Tampa Bay Times and the Miami Herald to help you find the truth in politics.**

## Recent Posts

DEFENDANT'S EXH. H

Def.'s Ex. 26 - Page 156 of 337

Weeks after allegations surfaced, Ron DeSantis still silent on Jim Jordan

Aramis Ayala, Florida's first elected African-American state attorney, endorses Gillum for governor

Republicans say Rubio's bill is the way for Congress to deter Russian meddling

Donna Shalala, Maria Elvira Salazar lead the money race for Ros-Lehtinen's seat

Congress candidate's husband has financial ties to scandal-plagued Ukrainian oligarch

## Miami Herald: Politics

☞ Republicans say Rubio's bill is the way for Congress to deter Russian meddling

☞ Philip Levine and Scott Robins sell Sunset Harbour properties for $69 million

☞ Congress candidate's husband has financial ties to scandal-plagued Ukrainian oligarch

☞ Rick Scott on his wealth held in a trust: 'I don't know how they invested the dollars'

☞ Café con Politics Podcast: David Beckham sings the stadium blues

» More news



**IN PARTNERSHIP WITH THE TAMPA BAY TIMES**
**Recent Posts**

☞ FSU to move statue of slave owner, but not take his name off building

☞ Weeks after allegations surfaced, Ron DeSantis still silent on Jim Jordan

☞ Democratic debate for Florida governor adds new cast member tonight

☞ Lawmakers, news executives: Tariffs hurting local journalism, communities

☞ Aramis Ayala, Florida's first elected African-American state attorney, endorses Andrew Gillum for governor

More | Subscribe 🔲

## Contributors



**Mary Ellen Klas,**
**Tallahassee Bureau Chief**
E-mail  ||  About

**Doug Hanks,**
**Miami-Dade County Hall reporter**
E-mail  ||  About

DEFENDANT'S EXH. H





**David Smiley,**
**Miami City Hall reporter**
E-mail  ||  About

## Other Sites

Sayfie Review

State of Florida

Florida House of Rep.

Florida Senate

Florida Commission on Ethics

Florida Department of State - Division of Elections

Florida Election Commission

County supervisors of election

Federal Election Commission

Florida Statutes

The Boardroom Brief

## Categories

| Please choose a category | ⌄ |
|---|---|

## Archives

| Please choose a date range | ⌄ |
|---|---|

Syndicate this site 


DEFENDANT'S EXH. H

Add me to your TypePad People list
Powered by TypePad

DEFENDANT'S EXH. H

web.archive.org/web/20130717181130

Not secure | web.archive.org/web/20130717181130/http://www.westboro-baptist.com/

INTERNET ARCHIVE
WaybackMachine
http://www.westboro-baptist.com/    Go
125 captures
17 Jul 2013 - 10 Aug 2019

JUN  JUL  AUG
◄   17   ►
2012  2013  2014

▼ About this capture

# WESTBORO-BAPTIST

## A Website Owned And Operated By The Satanic Temple

CONTACT    PERFORM YOUR OWN PINK MASS    PRESS RELEASE    TST ADOPT-A-HIGHWAY CAMPAIGN    f  🐦  g+  ▶️



### THE GRAVE

Catherine Idalette Johnston, wife of Fred W. Phelps, Sr., Mother to Westboro Baptist Church founder Fred Phelps, Jr., was honored in a ceremonial "Pink Mass", performed by The Satanic Temple, at her gravesite. The Pink Mass is a Satanic ritual performed at the grave site of a deceased person, which changes the sexual orientation of that person in the afterlife.

### LESBIAN AFTERLIFE

Same-sexed couples expressed their love at the gravesite of Fred Phelps, Jr.'s mother before a high priest of the Satanic Temple, who recited an incantation. Upon completion of the Pink Mass ceremony, Catherine Johnston is now gay in the afterlife.

### THE POST MORTEM GAYING

Other same sex couples are invited to respectfully and tastefully express their mutual affection at Ms. Johnston's gravesite. After a Pink Mass has been performed, every time a same sex couple kisses over a gravesite, the now-gay deceased is pleasured in the afterlife.

PENGAD 800-631-6989

TST Depo

EXHIBIT
11

Ex. 26 - Page 160 of 337



Def.'s Ex. 26 - Page 161 of 337







Def.'s Ex. 26 - Page 164 of 337



INTERNET ARCHIVE
WayBack Machine

http://www.westboro-baptist.com/perform-your-own-pink-mass  Go

23 captures
20 Jul 2013 - 1 Jul 2017

# WESTBORO-BAPTIST

### A Website Owned And Operated By The Satanic Temple (Not Affiliated With The Westboro Baptist Church Of Topeka, Kansas)

CONTACT   HOW CAN I HELP?   PERFORM YOUR OWN PINK MASS   PRESS RELEASE   TST ADOPT-A-HIGHWAY CAMPAIGN

## PERFORM YOUR OWN PINK MASS

Catherine Idalette Johnston is buried in Magnolia Cemetery, Meridian, MS. [section 11] Other same sex couples are invited to respectfully and tastefully express their mutual affection at Ms. Johnston's gravesite. After a Pink Mass has been performed, every time a same sex couple kisses over the gravesite, the now-gay deceased is said to be pleasured in the afterlife.

Send your photos to info@thesatanictemple.com.

This site is owned and operated by The Satanic Temple, and is not affiliated with the Westboro Baptist Church



INTERNET ARCHIVE
WaybackMachine
http://www.westboro-baptist.com/grave-site-ceremony/   Go   JUN **JUL** AUG
39 captures
20 Jul 2013 - 3 Jul 2019
2012 **20** 2015
2013
About this capture

# WESTBORO-BAPTIST

## A Website Owned And Operated By The Satanic Temple (Not Affiliated With The Westboro Baptist Church Of Topeka, Kansas)

CONTACT    HOW CAN I HELP?    PERFORM YOUR OWN PINK MASS    PRESS RELEASE    TST ADOPT-A-HIGHWAY CAMPAIGN

## PRESS RELEASE

### The Satanic Temple Performs Ceremony at Westboro Baptist Church Family Grave-site

### Satanic Temple Performs Same-Sex Union Celebrating "Pink Mass" at Grave Site of Westboro Baptist Church Founder's Mother

This past Sunday, July 14, top officials from the New York-based Satanic Temple traveled to the grave site of the mother of Westboro Baptist Church founder Fred Phelps in order to stage a formal ceremony celebrating same-sex unions. Photos of the ceremony are publicly available on the new Satanic Temple-operated website, www.westboro-baptists.com, where The Satanic Temple encourages other same-sex couples to submit their own photos from similar pilgrimages to the Mississippi cemetery.

DSC_0274

Satanic Temple spokesperson Lucien Greaves officiated the ceremony while two same-sex couples celebrated their homosexuality at the gravesite.



PENGAD 800-631-6989
EXHIBIT
13
TST Depo

Def. Ex. 26 - Page 166 of 337

INTERNET ARCHIVE
WayBack Machine
http://www.westboro-baptist.com/grave-site-ceremony/    Go    JUN  JUL  AUG
39 captures                                                      ◄ 20 ►
20 Jul 2013 - 3 Jul 2019                              2012  2013  2015

Satanic Temple spokesperson Lucien Greaves officiated the ceremony while two same-sex couples celebrated their homosexuality at the gravesite.

The Satanic Temple supports freedom and the pursuit of happiness for all people, thus they support same-sex couples' legal equality. The Satanic Temple claims that the mass was conducted as an affirmation of those values, and claims that the action is meant to convey a message of love in the face of hate.

The Westboro Baptists, famed for their bombastic "God Hates Fags" anti-homosexual activism, raised the ire of the Satanic Temple months previous. "The idea for the Pink Mass ceremony and website came during the aftermath of the tragic Boston Marathon bombings, during which time the WBC were threatening to protest the funerals of the bombing victims," explains Greaves. "Members of The Satanic Temple were in Boston, waiting for them, but they failed to show. Later, the WBC issued a statement that they had been present 'in spirit'. We decided that a same-sex couple celebrating ceremony at the grave-site of Fred Phelps's mother was an appropriate way to meet the Westboro Baptists, 'in spirit', but this time on our terms."

Explaining the ceremony itself, Greaves continues, "The Satanic Temple now believes that Fred Phelps must believe that his mother is now gay, in the afterlife, due to our Pink Mass... And nobody can challenge our right to our beliefs."

This revelation of The Satanic Temple's graveyard ritual comes fast on the tail of the Westboro Baptist Church's announcement that they intend to picket the death of 31 year-old "Glee" actor, Cory Monteith.

The Satanic Temple is hoping their recent action will draw attention to the organization's efforts to raise funds so that they may participate in the New York City Department of Transportation's Adopt-a-Highway program. More information on the campaign can be found at: http://www.indiegogo.com/projects/the-satanic-temple-adopt-a-highway-campaign?c=home

MENU

About Harvard     Admissions & Aid     Schools     On Campus

Gazette News     Events     Visit     Give

Faculty   Staff   Students   Alumni   Parents   Visitors   Media

About Harvard / History of the Presidency / Drew Gilpin Faust /

# History of Presidency

## Statement on 'Black Mass'

**May 12, 2014**
DREW GILPIN FAUST
CAMBRIDGE, MASS.

*A statement by President Drew Faust*



The reenactment of a 'black mass' planned by a student group affiliated with the Harvard Extension School challenges us to reconcile the dedication to free expression at the heart of a university with our commitment to foster a community based on civility and mutual understanding. Vigorous and open discussion and debate are essential to the pursuit of knowledge, and we must uphold these values even in the face of controversy. Freedom of expression, as Justice Holmes famously said long ago, protects not only free thought for those who agree with us but freedom for the thought that we hate.

Def.'s Ex. 26 - Page 168 of 337

But even as we permit expression of the widest range of ideas, we must also take responsibility for debating and challenging expression with which we profoundly disagree. The 'black mass' had its historical origins as a means of denigrating the Catholic Church; it mocks a deeply sacred event in Catholicism, and is highly offensive to many in the Church and beyond. The decision by a student club to sponsor an enactment of this ritual is abhorrent; it represents a fundamental affront to the values of inclusion, belonging and mutual respect that must define our community. It is deeply regrettable that the organizers of this event, well aware of the offense they are causing so many others, have chosen to proceed with a form of expression that is so flagrantly disrespectful and inflammatory.

Nevertheless, consistent with the University's commitment to free expression, including expression that may deeply offend us, the decision to proceed is and will remain theirs. At the same time, we will vigorously protect the right of others to respond—and to address offensive expression with expression of their own.

I plan to attend a Eucharistic Holy Hour and Benediction at St. Paul's Church on our campus on Monday evening in order to join others in reaffirming our respect for the Catholic faith at Harvard and to demonstrate that the most powerful response to offensive speech is not censorship, but reasoned discourse and robust dissent.

## WEBSITE

Accessibility

Sitemap

## GET IN TOUCH

Contact Harvard

Maps & Directions

Jobs

Social Media

## SECURITY & BRAND

Privacy Statement

Report Copyright Infringement

Report Security Issue

Trademark Notice

Harvard Apps

Def.'s Ex. 26 - Page 169 of 337

© 2020 The President and Fellows of Harvard College

MENU

Def.'s Ex. 26 - Page 170 of 337

**FOR IMMEDIATE RELEASE**

## The Satanic Temple Issues Challenge to Michigan Governor in Defense of Gay Rights

*State Resistance Prompts Temple to Offer Recognition of Same-Sex Marriages on Grounds of Religious Liberty*

**NEW YORK, NY – May 30, 2014 -** The Satanic Temple, a controversial religious organization, has offered to perform same-sex weddings in the state of Michigan with the intention of having the union recognized under the First Amendment's protection of religious freedom. The temple hopes their efforts will prompt definitive reform on the state's anti-gay marriage stance.

In a recent issue of the Detroit Weekly paper *The Metro Times*, Lucien Greaves, spokesperson for The Satanic Temple, stated, "In Michigan, Governor Rick Snyder allows his loathing of homosexuals to trump his adhesion to the Constitution. We'd like to educate Snyder on the Constitution and the First Amendment by performing a gay marriage in Michigan. To us, marriage is a sacrament. We recognize it and think the state should have to recognize the marriage on religious liberty grounds."

Technically legal in the Federal Courts, Michigan nonetheless fails to recognize same-sex couples as recipients of health benefits following an indefinite stay upon a ruling lifting the same-sex marriage ban. Same-sex marriage remains in "legal limbo" in Michigan while Snyder, who has long been opposed to gay marriage, remains ambivalent. The Satanic Temple feel the governor is prolonging the inevitable, and same-sex couples should enjoy full recognition now.

Michigan-based same-sex couples interested in having their wedding officiated by The Satanic Temple are encouraged to contact the organization at info@thesatanictemple.com.

### About The Satanic Temple

The mission of The Satanic Temple is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will. Civic-minded, The Satanic Temple has been involved in a number of good works including


EXHIBIT
15
TST Depo

taking a stand against the controversial and extremist Westboro Baptist Church. For more information about The Satanic Temple, please visit http://www.thesatanictemple.com/.

###

Media Relations Contact:

Priya Dua

Public Relations

720-220-5339

priya.g.dua@gmail.com

http://thesatanictemple.com/category/campaigns/greece-town-hall/    Go

JAN **FEB** APR

◀ **24** ▶

2014 **2015** 2016

**14 captures**
31 Jul 2014 - 8 Apr 2015

## Category Archives: Greece Town Hall

**GREECE TOWN HALL**

# GREECE TOWN HALL

JUNE 13, 2014 | LEAVE A COMMENT

The recent Supreme Court decision in Town of Greece v. Galloway affirmed the right to open town board meetings with a prayer offered by members of the clergy. The Satanic Temple has submitted a request to deliver a prayer at a future meeting and is awaiting a reply.

◀ FIRST AMENDMENT   ◀ FREEDOM OF RELIGION   ◀ SEPARATION OF CHURCH AND STATE



http://thesatanictemple.com/category/campaigns/greece-town-hall/    Go

JAN   FEB   APR

◄ **24** ►

2014   **2015**   2016

**14 captures**
31 Jul 2014 - 8 Apr 2015

Social Media Integration Powered by Acurax Wordpress Theme Designers

Def.'s Ex. 26 - Page 174 of 337

http://thesatanictemple.com/satanists-leverage-hobby-lobby-ruling-in-support-of-   Go

31 captures
31 Jul 2014 - 4 Jan 2019

JAN   FEB   APR
◀   **24**   ▶
2014   **2015**   2016
▼ About this capture

MEDICAL INFO, PRESS RELEASES, PRESS ROOM, WOMEN'S HEALTH ISSUES

# SATANISTS LEVERAGE HOBBY LOBBY RULING IN SUPPORT OF PRO-CHOICE INITIATIVE

JULY 19, 2014 | SATAN

Satanists Leverage Hobby Lobby Ruling In Support of Pro-Choice Initiative

## Download PDF of Press Release

*The Satanic Temple Leverages Hobby Lobby Ruling to Claim Exemption From State-Mandated Pro-Life Materials as First Initiative in Ambitious Women's Health Campaign*

NEW YORK, NY – July 28, 2014 - In response to what The Satanic Temple have dubbed a "pernicious encroachment" of "informed consent" laws regarding abortion, the organization is asserting a religious exemption from the burden of state-mandated "informational" abortion materials for those who share their deeply held beliefs. According to their website, "The Satanic Temple believes that the body is inviolable — subject to one's own will alone." Further, "we strive to make all decisions regarding personal health based on the best scientific understanding of the world, regardless of the religious or political beliefs of others.

Informed consent bills — requiring abortion providers to give their patients official "informational" material regarding the procedure — have been criticized in the past for providing biased and false information to women in a bald effort at dissuading them from abortions. Such materials have included claims of a link between abortion and breast cancer, as well as claims regarding a depressive "post-abortion syndrome", both of which The Satanic Temple view as "scientifically unfounded" and "medically invalid" and therefore an affront to their religious beliefs.

While The Satanic Temple (TST) are not the first organization to criticize the state-mandated abo[...] materials as false and/or biased, they are the first to offer an exemption from such materials on [...] religious grounds. TST spokesperson, Lucien Greaves, points out that the controversial Hobby L[...] ruling bolsters their cause: "While we feel we have a strong case for an exemption regardless of th[...]

EXHIBIT
L1
TST Depo

Def.'s Ex. 26 - Page 175 of 337

http://thesatanictemple.com/satanists-leverage-hobby-lobby-ruling-in-support-of-   Go

JAN   FEB   APR
◀   24   ▶
2014   2015   2016

31 captures
31 Jul 2014 - 4 Jan 2019                                                             ▼ About this capture

given to religious beliefs, and the fact that our beliefs are based on best available knowledge, we expect that our belief in the illegitimacy of state-mandated 'informational' material is enough to exempt us, and those who hold our beliefs, from having to receive them."

Greaves explains the process by which this exemption is offered: "We have drawn up a letter for women who are considering an abortion. The letter explains our position and puts the care provider on notice that a failure to respect our call for an exemption from state-mandated informed consent materials constitutes a violation of our religious liberty. Interested parties can read more at www.thesatanictemple.com/medical-info."

"All women who share our deeply held belief that all their personal choices should be made with access to the best available information, undiluted by biased or false information, are free to seek protection with this exemption whether they are members of The Satanic Temple or not. We merely contend that we are in a unique position to argue the merits of this belief, as it is fundamental to our religious philosophy."

The exemption from state-mandated informational materials is but the first campaign in a series of Women's Health initiatives The Satanic Temple intend to make public in the near future.

◀ ACCURATE MEDICAL INFO   ◀ HOBBY LOBBY

Social Media Icons Powered by Acurax Web Development Company

Def.'s Ex. 26 - Page 176 of 337





HOME   ABOUT US   SHOP SATAN   CAMPAIGNS   JOIN US   CONTACT   SALEM ART GALLERY

# Our Mission

The mission of The Satanic Temple is to encourage benevolence and empathy among all people. In addition, we embrace practical common sense and justice.

As an organized religion, we feel it is our function to actively provide outreach, to lead by example, and to participate in public affairs wheresoever the issues might benefit from rational, Satanic insights. As Satanists, we all should be guided by our consciences to undertake noble pursuits guided by our individual wills. We believe that this is the hope of all mankind and the highest aspiration of humanity.

**Our Mission**

The Satanic Temple (TST) facilitates the communication and mobilization of politically aware Satanists, secularists, and advocates for individual liberty. *Read More.*

## Membership Cards





Def.'s Ex. 26 - Page 177 of 337

EXHIBIT
23
TST Depo
PENGAD 800-631-6989



Rights Legal Aid
Fund





Donate to TST



**SIGN UP FOR THE SATANIC TEMPLE NEWSLETTER**

**Email Address:**

Your email address

Submit

Unable to show Instagram photos

Def.'s Ex. 26 - Page 178 of 337



web.archive.org/web/20140730232315/http://thesatanictemple.com/about-us/our-mission

http://thesatanictemple.com/about-us/our-mission   [Go]

JUN **JUL 30 2014** SEP
2013                      2015

107 captures
30 Jul 2014 - 3 Apr 2019

WELCOME TO THE OFFICIAL WEBSITE OF
# THE SATANIC TEMPLE

HOME   ABOUT US ▾   UPDATES   FAQ   CAMPAIGNS ▾   MERCHANDISE   JOIN US ▾   DONATE   PRESS ROOM   PODCAST   CONTACT US

Search ...

THE SATANIC TEMPLE VIDEO

SUBSCRIBE TO OUR UPDATES

email address

SUBSCRIBE

OUR MISSION

## OUR MISSION

The Satanic Temple (TST) facilitates the communication and mobilization of politically aware Satanists, secularists, and advocates for individual liberty. Read More

## DONATE TO THE CAUSE

EXHIBIT
24
TST Depo
PENGAD 800-631-6989

Def's Ex. 20 - Page 179 of 337

The Satanic Temple presents: The Unveiling Tickets in Detroit, MI, United States

MASTER

- [Find My Orders](#)
- [Sign In](#)

- 

- [Find My Orders](#)
- [Sign In](#)
- 



[Home](#)
[About](#)
[Get There](#)
[Tickets](#)

# The Satanic Temple presents: The Unveiling

## By The Satanic Temple (**other events**)

Sat, Jul 25 2015 8:00 PM — Sun, Jul 26 2015 2:00 AM

ABOUT ABOUT

The Satanic Temple invites you to join us for a night of chaos, noise, and debauchery at The Unveiling, a hedonistic celebration introducing the controversial Baphomet monument accompanied by provocative performances and installations.

Never before seen in public, The Satanic Temple Baphomet monument is already the most controversial and politically charged contemporary work of art in the world. Weighing one ton and towering at nearly nine feet tall, the bronze statue is not only an unparalleled artistic triumph, but stands as a testament to plurality and the

EXHIBIT

26

TST Depo

PENGAD 800-631-6989

power of collective action. The event will serve as a call-to-arms from which we'll kick off our largest fight to date in the name of individual rights to free exercise against self-serving theocrats.

Come dance with the Devil and experience history in the making.

Featuring performances by:

WOLF EYES, Detroit noise legends
SADIST, Dark punk from Boston
DJ: WILLIAM MORRISON of Skinny Puppy/OhGr
DJ's: MATTE BLACK & MICHAEL DOYLE

Attendees are participants. 18+

NOTE: Doors open at 8:00 pm and close at 9:00 pm. No one will be admitted past 9:00 pm. SHOW UP ON TIME. Event location will NOT be announced publically. Tickets will NOT be sold at the door. All advanced ticket holders will receive an email with venue address on the day of the event. The event will be held in Detroit proper. PAY ATTENTION TO YOUR EMAILS. It is imperative that you follow all instructions sent to you. Photography is strictly prohibited. 18+

VIP ticket holders will have an exclusive opportunity to be photographed seated on the Baphomet monument, and will receive a limited edition event poster which they can have autographed by Lucien Greaves.



(1 of 1)
Restrictions

*Doors open at 8:00 pm and close at 9:00 pm.* **No one will be admitted past 9:00 pm**. *SHOW UP ON TIME. Event location will NOT be announced publically. Tickets will NOT be sold at the door. All advanced ticket holders will receive an email with venue address on the day of the event. The event will be held in Detroit proper. PAY ATTENTION TO YOUR EMAILS. It is imperative that you follow all instructions sent to you. Photography is strictly prohibited. 18+*

Def's Ex. 26 - Page 181 of 337



## The Satanic Temple

other events by this organization

Facebook

Twitter

Email Us

www.thesatanictemple.com

**Mailing Address**

519 Somerville Ave #288 Somerville, MA 02143
Ticketleap, Inc. | Privacy | Terms | Sell Tickets Online | Free Online Event Registration

Def's Ex. 26 - Page 182 of 337

thesatanictemple.ticketleap.com/thesatanictemple/details



FIND MY ORDERS    SIGN IN

HOME

ABOUT

GET THERE

TICKETS

# The Satanic Temple presents: The Unveiling

By The Satanic Temple | OTHER EVENTS

SAT, JUL 25 2015  —  SUN, JUL 26 2015
8:00 PM                      2:00 AM

ABOUT

The Satanic Temple invites you to join us for a night of chaos, noise, and debauchery at The Unveiling, a hedonistic celebration introducing the controversial Baphomet monument accompanied by provocative performances and installations.

Never before seen in public, The Satanic Temple Baphomet monument is already the most controversial and politically charged contemporary work of art in the world. Weighing one ton and towering at nearly nine feet tall, the bronze statue is not only an unparalleled artistic triumph, but stands as a testament to plurality and the power of collective action. The event will serve as a call-to-arms from which we'll kick off our largest fight to date in the name of individual rights to free exercise against self-serving theocrats.

Def.'s Ex. 26 - Page 183 of 337



# Release of Liability, Film Notice and Transfer of Soul Agreement

In exchange for participation in The Satanic Temple's Unveiling event on July 25, 2015, we, the undersigned, agree to the following:

I agree to respect all requests from The Satanic Temple event staff and security.

I understand that should I reveal the location to any unauthorized parties, I will willingly and knowingly be putting attendees at risk of harm to their person or property; **therefore I agree to refrain from texting, emailing, or communicating by phone or by any other means the location of any of the security checkpoints or the event itself.**

I recognize there are inherent risks to attending this event, and I agree to take full responsibility for my safety and well-being. Further, I release and discharge The Satanic Temple and their event staff of all responsibility for any injury to my body or eternal soul, loss of or damage to property, and any other injury, physical or incorporeal, that may be sustained while participating in The Unveiling event or at any of the security checkpoints.

I understand that by entering The Unveiling event, I am providing consent for use of my photograph, image, voice and likeness in any and all media, throughout the universe, in perpetuity, without remuneration.

**I agree that by signing this document under any name, given or adopted, actual or pseudonymous, I am hereby avowing my soul to Satan (aka Abbadon, aka Lucifer, aka Beelzebub, aka The Antichrist). I do so knowing that He (aka The Fallen One, aka The Father of Lies) or any of His representatives may choose to collect my eternal soul at any time, with or without notice. I understand that my signature or mark representing any name, real or made up,  upon these papers constitutes a lasting and eternal contract, and that there will be no further negotiations on the matter of my eternal soul.**





EXHIBIT

29

TST Depo

PENGAD 800-631-6989



Def.'s Ex. 26 - Page 186 of 337



Def.'s Ex. 26 - Page 187 of 337

EXHIBIT

31

TST Depo

PENGAD 800-631-6989









003 Why do two half-naked men kiss after unveiling Satanic statue

EXHIBIT
32
TST Depo
FORUM 800-631-6989





003 Why do two half-naked men kiss after unveiling Satanic statue



003 Why do two half-naked men kiss after unveiling Satanic statue

0:00:20

0:00:24

Def.'s Ex. 26 - Page 194 of 337



003 Why do two half-naked men kiss after unveiling Satanic statue



003 Why do two half-naked men kiss after unveiling Satanic statue



EXHIBIT

33

PENGAD 800-631-6989





