

# FROM THE DESK OF JEX BLACKMORE

⌂ > JEX BLACKMORE AMA ON JULY 28, 2015 AT 10 PM EDT

## 📄 JEX BLACKMORE AMA ON JULY 28, 2015 AT 10 PM EDT

Jex Blackmore, national spokesperson for The Satanic Temple and head of the Detroit chapter, will be answering questions about the temple, satanism, and the recent unveiling of the Baphomet statue in Detroit on the Ask Me Anything (AMA) subreddit tonight at 10 PM EDT.

## LEAVE A REPLY

Your email address will not be published.

Name                                Email                                Website

EXHIBIT
35
TST Dep
PENGAD 800-631-6989

**BAPHOMET**



The First Amendment requires that the US government must treat all religions equally. After a statue of the Ten Commandments was donated to Oklahoma City by State Representative Mike Ritze and placed outside the Oklahoma State Capitol, The Satanic Temple offered to donate a its own statue of Baphomet – a pagan idol associated with the Knights Templar conceived in the 11th century and whose image has evolved over time. The most popular representation of Baphomet as a "Sabbatic Goat" did not appear until 1856 when Eliphas Lévi published Dogmas and Rituals of High Magic. The Satanic Temple has continued the tradition of adapting the image of the mythical figure. The most notable difference is that Baphomet now has a male chest. This was done for practical reasons such that the statue could not be rejected by State governments on the grounds that it could be considered obscene.

The Oklahoma City Supreme Court ordered the removal of the Ten Commandments statue on the grounds that Oklahoma State law prohibits the use of state property to further religions. The offer to donate the Baphomet statue to Oklahoma was then withdrawn; however, it is now being offered to other states where a Ten Commandments statue appears on publicly owned property. The Satanic Temple Baphomet monument will remain on exhibit at Salem Art Gallery until it is placed alongside other religious monuments on public property.

This representation features antecedents that include elements of Zoroastrianism, Gnosticism, the figure of Melek Taus and Slayer's debut album cover. At its core is the union of opposites and the line of shadow and light. Constructed in bronze, weighing over 3,000 pounds and standing eight and half foot tall, the Salem Art Gallery is the temporary home of "Baphomet" – the most politically-charged sculpture of our time.

## INDEPENDENT CONTRACTOR AGREEMENT
### (Company)

This Independent Contractor Agreement ("**Agreement**") is entered into as of March 19, 2014, by and between Mark Porter, with a principal place of business at 293 Himrod St apt 1R Brooklyn NY 11237 ("**Company**"), and The United Federation of Churches LLC, a Massachusetts corporation, with a principal place of business at 519 Somerville Ave #288 Somerville, MA 02143 ("**Contractor**").

1.     **Services.**

1.1     **Nature of Services.**  Contractor will perform the services, as more particularly described on Exhibit A, for Company as an independent contractor (the "**Services**").  The Services have been specially ordered and commissioned by Company.  Contractor agrees that the Services are done as "work made for hire" and as a result, Company will own all copyrights in the Services. Contractor will perform such services in a diligent and workmanlike manner and in general accordance with the schedule set forth in Exhibit A.  The content, style, form and format of any work product of the Services shall be completely satisfactory to Company and shall be consistent with Company's standards. Contractor hereby grants Company the right, but not the obligation, to use and to license others the right to use Contractor's, and Contractor's employees', name, voice, signature, photograph, likeness and biographical information in connection with and related to the Services.

1.2     **Relationship of the Parties.**  Contractor enters into this Agreement as, and shall continue to be, an independent contractor.  All Services shall be performed only by Contractor and Contractor's employees.  Under no circumstances shall Contractor, or any of Contractor's employees, look to Company as his/her employer, or as a partner, agent or principal.  Neither Contractor, nor any of Contractor's employees, shall be entitled to any benefits accorded to Company's employees, including without limitation worker's compensation, disability insurance, vacation or sick pay.  Contractor shall be responsible for providing, at Contractor's expense, and in Contractor's name, unemployment, disability, worker's compensation and other insurance, as well as licenses and permits usual or necessary for conducting the Services.

1.3     **Compensation and Reimbursement.**  Contractor shall be compensated and reimbursed for the Services as set forth on Exhibit B. No other fees and/or expenses will be paid to Contractor, unless such fees and/or expenses have been approved in advance by the appropriate Company executive in writing.  Contractor shall be solely responsible for any and all taxes, Social Security contributions or payments, disability insurance, unemployment taxes, and other payroll type taxes applicable to such compensation.  Contractor hereby indemnifies and holds Company harmless from, any claims, losses, costs, fees, liabilities, damages or injuries suffered by Company arising out of Contractor's failure with respect to its obligations in this Section 1.3. Payments will be made on a schedule in accordance with Exhibit B. Each payment to Contractor by Company shall represent a stage in the construction process where payment will be deemed complete for that component of construction. Contractor understands that Company may need additional time to produce funds for subsequent stages and Contractor may delay work on a stage of construction until payment has not been received when work must resume. Contractor will exercise patience in waiting for payment for each stage of construction in the event of such a delay.

1.4     **Personnel.**  Contractor represents and warrants to Company that its employees performing Services hereunder will have (a) sufficient expertise, training and experience to accomplish the Services; and (b) executed agreements which state that (i) all work done by the employee will be a work made for hire, as that term is defined under U.S. copyright law, and will owned by Contractor; and



(ii) the employee assigns all rights in and to all work done by the employee to Contractor. Contractor agrees that all its personnel shall be compensated, taxes withheld, and other benefits made available as required by applicable law and regulations. Contractor shall require all employees who perform Services and/or have performed Services hereunder to acknowledge their work is work-for-hire.

2. **Protection of Company's Confidential Information.**

2.1 **Confidential Information.** Company maintains confidential information about the members/partners who comprise the Company which have great value in its ability to do business (collectively, "**Company Information**"). Company will be disclosing Company Information to Contractor during Contractor's performance of the Services. Company Information includes not only information disclosed by Company, but also information developed or learned by Contractor during Contractor's performance of the Services. Company Information is to be defined as the identity of the members/partners or information that could enable others to determine their identity.

2.2 **Protection of Company Information.** Contractor agrees that at all times during or subsequent to the performance of the Services, Contractor will keep confidential and not divulge, communicate, or use Company Information, except for Contractor's own use during the Term of this Agreement to the extent necessary to perform the Services. Contractor further agrees not to cause the transmission, removal or transport of tangible embodiments of, or electronic files containing, Company Information from Company's principal place of business, without prior written approval of Company.

2.3 **Exceptions.** Contractor's obligations with respect to any portion of the Company Information as set forth above shall not apply when Contractor can document that (i) it was in the public domain at the time it was communicated to Contractor by Company; (ii) it entered the public domain subsequent to the time it was communicated to Contractor by Company through no fault of Contractor; (iii) it was in Contractor's possession free of any obligation of confidence at the time it was communicated to Contractor by Company; or (iv) it was rightfully communicated to Contractor free of any obligation of confidence subsequent to the time it was communicated to Contractor by Company.

2.4 **Company Property.** All materials, including without limitation documents, drawings, drafts, notes, designs, computer media, electronic files and lists, including all additions to, deletions from, alterations of, and revisions in the foregoing (together the "**Materials**"), which are furnished to Contractor by Company or which are developed in the process of performing the Services, or embody or relate to the Services, the Company Information or the Innovations (as defined below), are the property of Company, and shall be returned by Contractor to Company promptly at Company's request together with any copies thereof, and in any event promptly upon expiration or termination of this Agreement for any reason. Contractor is granted no rights in or to such Materials, the Company Information or the Innovations, except as necessary to fulfill its obligations under this Agreement. Contractor shall not use or disclose the Materials, Company Information or Innovations to any third party.

2.5 **Representations and Warranties.** Contractor represents and warrants to Company that (a) Contractor has full power and authority to enter into this Agreement including all rights necessary to make the foregoing assignments to Company; that in performing under the Agreement; (b) by performing this Agreement, Contractor will not violate the terms of any agreement with any third party; and (c) the Services and any work product thereof are the original work of Contractor, do not and will not infringe upon, violate or misappropriate any patent, copyright, trade secret, trademark, contract, or any other publicity right, privacy right, or proprietary right of any third party. Contractor shall defend, indemnify and hold Company and its successors, assigns and licensees

2

harmless from any and all third-party claims, actions and proceedings, and the resulting losses, damages, costs and expenses (including reasonable attorneys' fees) arising from any claim, action or proceeding based upon or in any way related to Contractor's, or Contractor's employees, breach or alleged breach of any representation, warranty or covenant in this Agreement, and/or from the acts or omissions of Contractor or Contractor's employees.

**3.     Termination of Agreement.**

      **3.1     Term.** This Agreement shall be effective from the date first listed above for the period set forth on Exhibit A, or until completion of the Services, as applicable, unless sooner terminated by either party in accordance with the terms and conditions of this Agreement ("**Term**"). If Company exercises its right to terminate the Agreement, any obligation it may otherwise have under this Agreement shall cease immediately, except that Company shall be obligated to compensate Contractor for work performed up to the time of termination.  If Contractor exercises its right to terminate the Agreement, any obligation it may otherwise have under this Agreement shall cease immediately. Additionally, this Agreement shall automatically terminate upon Contractor's death.  In such event, Contractor's estate or beneficiaries shall succeed to Contractor's rights under this agreement, including any rights to receive future, contingent compensation, as such rights exist at the time of Contractor's death.

**4.     Additional Provisions.**

      **4.1     Governing Law and Attorney's Fees.**  This Agreement shall be governed by and construed in accordance with the laws of the State of Massachusetts, without regard to its choice of law principles.  The parties consent to exclusive jurisdiction and venue in the federal and state courts sitting in Boston, Massachusetts.  In any action or suit to enforce any right or remedy under this Agreement or to interpret any provision of this Agreement, the prevailing party shall be entitled to recover its reasonable attorney's fees, costs and other expenses.

      **4.2     Binding Effect.**  This Agreement shall be binding upon, and inure to the benefit of, the successors, executors, heirs, representatives, administrators and permitted assigns of the parties hereto.  Contractor shall have no right to (a) assign this Agreement, by operation of law or otherwise; or (b) subcontract or otherwise delegate the performance of the Services without Company's prior written consent which Company will not unreasonably withhold.  Any assignment in contravention of this provision shall be void.

      **4.3     Severability.**  If any provision of this Agreement shall be found invalid or unenforceable, the remainder of this Agreement shall be interpreted so as best to reasonably effect the intent of the parties.

      **4.4     Entire Agreement.**  This Agreement, including the Exhibits, constitutes the entire understanding and agreement of the parties with respect to its subject matter and supersedes all prior and contemporaneous agreements or understandings, inducements or conditions, express or implied, written or oral, between the parties.

      **4.5     Injunctive Relief.**  Contractor acknowledges and agrees that in the event of a breach or threatened breach of this Agreement by Contractor, Company will suffer irreparable harm and will therefore be entitled to injunctive relief to enforce this Agreement.

      **4.6     Contractor's Remedy.**  Contractor's remedy, if any, for any breach of this Agreement shall be solely in damages and Contractor shall look solely to Company for recover of such

3

damages. Contractor waives and relinquishes any right Contractor may otherwise have to obtain injunctive or equitable relief against any third party with respect to any dispute arising under this Agreement. Contractor shall look solely to Company for any compensation which may be due to Contractor hereunder.

**4.7** **Agency.** Contractor is not Company's agent or representative and has no authority to bind or commit Company to any agreements or other obligations.

**4.8** **Amendment and Waivers.** Any term or provision of this Agreement may be amended, and the observance of any term of this Agreement may be waived, only by a writing signed by the party to be bound. The waiver by a party of any breach or default in performance shall not be deemed to constitute a waiver of any other or succeeding breach or default. The failure of any party to enforce any of the provisions hereof shall not be construed to be a waiver of the right of such party thereafter to enforce such provisions.

**4.9** **Time**. Contactor agrees that time is of the essence in this Agreement.

**4.10** **Notices.** Any notice, demand, or request with respect to this Agreement shall be in writing and shall be effective only if it is delivered by personal service, by air courier with receipt of delivery, or mailed, certified mail, return receipt requested, postage prepaid, to the address set forth above except where otherwise indicated. All such notices by Contractor to Company must be sent to and approved by the managing member of Company. Approvals for payments, material changes, and continuances of Phases, are only valid if they are made in writing by the managing member of Company. Such communications shall be effective when they are received by the addressee; but if sent by certified mail in the manner set forth above, they shall be effective five (5) days after being deposited in the mail. Any party may change its address for such communications by giving notice to the other party in conformity with this section.

CONTRACTOR

_____
CONTRACTOR (Print Name)

_____
SIGNATURE OF CONTRACTOR

COMPANY
**United Federation of Churches LLC**

By: _____
COMPANY (Print Name)

_____
SIGNATURE OF MANAGING MEMBER

4

**EXHIBIT A**
**Description of Services**

Independent Contractor Agreement between The United Federation of Churches, a Massachusetts LLC ("**Company**"), and Mark Porter ("**Contractor**") dated as of March 19, 2014.
**Services to be provided by Contractor:**

Additional Services may be added by parties by mutual agreement in writing.

**Term of Agreement:** Completion of Services

**Work product to be delivered by Contractor** (Include drawings/architectural renderings):


Mark Porter will make a sculpture of 3 figures along with a supporting base and back based on the renderings provided by Company in Exhibit C. The work has been divided into three phases. The budgets for each phase of the project are listed with descriptions below.

Phase One has a target completion date of June 1st, 2014
The completion of the sculpture in clay
$18,000

Phase Two has a target completion date of July 15, 2014
The completion of mold
$10,000

Phase Three has a target completion date of October 1st, 2014
The completion of sculpture in bronze with a finished patina
$27,500

*Exhibit A*
*Page 1 of 1*

**EXHIBIT B**
**Payment**

Independent Contractor Agreement between The United Federation of Churches, a Massachusetts LLC ("**Company**"), and Mark Porter ("**Contractor**") dated as of March 19, 2014.

**Compensation**

It is agreed by Company and Contractor that Contractor has received ten thousand dollars ($10,000.00) towards the total payment for services.

An additional eight thousand dollars ($8,000.00) shall be due within ten (10) days of notification via email by Contractor to Company of the satisfactory completion of Phase One.

Phase Two shall not commence without the written approval of Company via email and may be delayed to allow time for Company to secure funds. Company shall then be required to pay five thousand dollars ($5,000.00) to Contractor and the remaining balance of five thousand dollars ($5,000.00) shall be due within ten (10) days of notification via email by Contractor to Company of the satisfactory completion of Phase Two.

Phase Three shall not commence without the written approval of Company via email and may be delayed to allow time for Company to secure funds. Company shall then be required to pay thirteen thousand and five hundred dollars ($13,500.00) to Contractor and the remaining balance of thirteen thousand and five hundred dollars ($13,500.00) shall be due within ten (10) days of notification via email by Contractor to Company of the satisfactory completion of Phase Three.

If for any reason the project is terminated prior to completion, for each phase that is approved, Contractor and Company shall still be obligated to each other for full payment for every approved Phase and for the completion of services for that approved Phase.

Pricings are subject to change if the materials or scope of work changes and Contractor will notify Company in advance of these changes. All changes must be approved in writing. Email is acceptable.

If Company sells the sculpture or any cast made of the sculpture, Company will pay Contractor twenty-five percent (25%) of the Net Revenue. Net Revenue is defined as the total sales price less construction costs and any other costs associated with the sale as well as any costs from any time associated with the transportation, maintenance, insurance, protection, and housing of the statue. 25% of Net Revenue is payable by Company to Contractor within thirty (30) days of Company receiving good funds.

Contractor affirms that he has been paid in full for Phase One and Phase Two.

EXHIBIT C
Renderings





1



2

**D**

# The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

### Limited Liability Company
### Certificate of Organization
(General Laws Chapter 156C, Section 12)

**FILED**

FEB  4 2014

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

Federal Identification No.: _____

(1) The exact name of the limited liability company:

United Federation of Churches, LLC

(2) The street address of the office in the commonwealth at which its records will be maintained:
519 Somerville Ave. #288, Somerville, MA 02143

(3) The general character of the business:
Educational activities and all other lawful purposes.

(4) Latest date of dissolution, if specified: _____

(5) The name and street address, of the resident agent in the commonwealth:

NAME                              ADDRESS
Douglas Misicko                   519 Somerville Ave. #288
                                  Somerville, MA 02143

(6) The name and business address, if different from office location, of each manager, if any:

NAME                              ADDRESS
Douglas Misicko


EXHIBIT
37
TST Depo

(7) The name and business address, if different from office location, of each person in addition to manager(s) authorized to execute documents filed with the Corporations Division, and at least one person shall be named if there are no managers:

NAME                                         ADDRESS

(8) The name and business address, if different from office location, of each person authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property recorded with a registry of deeds or district office of the land court:

NAME                                         ADDRESS

(9) Additional matters:

Signed by (by at least one authorized signatory): _____

Consent of resident agent:

I   Douglas Misicko
_____
resident agent of the above limited liability company, consent to my appointment as resident agent pursuant to G.L. c 156C § 12*

*or attach resident agent's consent hereto.

# COMMONWEALTH OF MASSACHUSETTS

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

#2927

## Limited Liability Company Certificate
### (General Laws Chapter 156C, Section 12)

I hereby certify that upon examination of this limited liability company certificate, duly submitted to me, it appears that the provisions of the General Laws relative thereto have been complied with, and I hereby approve said application; and the filing fee in the amount of $500.00 having been paid, said application is deemed to have been filed with me this 4th day of February, 20 14, at _____ a.m./p.m.

_time_

1215408

Effective date: _____

_William Francis Galvin_
**WILLIAM FRANCIS GALVIN**
_Secretary of the Commonwealth_

Filing fee: $500

## TO BE FILLED IN BY LIMITED LIABILITY COMPANY
### Contact Information:

Douglas Misicko

519 Somerville Ave. #288

Somerville, MA 02143

Telephone: _____

Email: doug@process.org

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

CORPORATIONS DIVISION   2014 FEB -4   PM 1:42   SECRETARY OF THE COMMONWEALTH

c156c312Ccert 10/6/11

MA SOC   Filing Number: 201497212820     Date: 9/26/2014 9:29:00 AM



**The Commonwealth of Massachusetts**
**William Francis Galvin**

**Minimum Fee: $35.00**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

### Articles of Organization
(General Laws, Chapter 180)

**Federal Employer Identification Number:**  <u>471933964</u> *(must be 9 digits)*

#### ARTICLE I

The exact name of the corporation is:

<u>REASON ALLIANCE, LTD.</u>

#### ARTICLE II

The purpose of the corporation is to engage in the following business activities:

<u>THE CORPORATION IS ORGANIZED EXCLUSIVELY FOR CHARITABLE, RELIGIOUS, EDUCATI ONAL, AND SCIENTIFIC PURPOSES TO PROMOTE THE TENETS AS HEREIN DESCRIBED, INCL UDING, FOR SUCH PURPOSES, THE MAKING OF DISTRIBUTIONS TO ORGANIZATIONS THAT QUALIFY AS EXEMPT ORGANIZATIONS UNDER SECTION 501(C)(3) OF THE INTERNAL REVE NUE CODE, OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE. THE TENETS ARE: • ONE SHOULD STRIVE TO ACT WITH COMPASSION AND EMPATHY TOWARDS ALL CREATURES IN ACCORDANCE WITH REASON. • THE STRUGGLE FOR JUSTICE IS AN ON GOING AND NECESSARY PURSUIT THAT SHOULD PREVAIL OVER LAWS AND INSTITUTION S. • ONE'S BODY IS INVIOLABLE, SUBJECT TO ONE'S OWN WILL ALONE. • THE FREEDOMS OF OTHERS SHOULD BE RESPECTED, INCLUDING THE FREEDOM TO OFFEND. TO WILLFULL Y AND UNJUSTLY ENCROACH UPON THE FREEDOMS OF ANOTHER IS TO FORGO YOUR OW N. • BELIEFS SHOULD CONFORM TO OUR BEST SCIENTIFIC UNDERSTANDING OF THE WOR LD. WE SHOULD TAKE CARE NEVER TO DISTORT SCIENTIFIC FACTS TO FIT OUR BELIEFS. • PEOPLE ARE FALLIBLE. IF WE MAKE A MISTAKE, WE SHOULD DO OUR BEST TO RECTIFY IT AND RESOLVE ANY HARM THAT MAY HAVE BEEN CAUSED. • EVERY TENET IS A GUIDING P RINCIPLE DESIGNED TO INSPIRE NOBILITY IN ACTION AND THOUGHT. THE SPIRIT OF COM PASSION, WISDOM, AND JUSTICE SHOULD ALWAYS PREVAIL OVER THE WRITTEN OR SPO KEN WORD.</u>

#### ARTICLE III

A corporation may have one or more classes of members. If it does, the designation of such classes, the manner of election or appointments, the duration of membership and the qualifications and rights, including voting rights, of the members of each class, may be set forth in the by-laws of the corporation or may be set forth below:

#### ARTICLE IV

Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the corporation, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the corporation, or of its directors or memb or of any class of members, are as follows:
*(If there are no provisions state "NONE")*



**EXHIBIT**
38
TST Depo

NO PART OF THE NET EARNINGS OF THE CORPORATION SHALL INURE TO THE BENEFIT OF, OR BE DISTRIBUTABLE TO ITS MEMBERS, TRUSTEES, OFFICERS, OR OTHER PRIVATE PERSO NS, EXCEPT THAT THE CORPORATION SHALL BE AUTHORIZED AND EMPOWERED TO PAY R EASONABLE COMPENSATION FOR SERVICES RENDERED AND TO MAKE PAYMENTS AND D ISTRIBUTIONS IN FURTHERANCE OF THE PURPOSES SET FORTH IN ARTICLE II. NO SUBSTA NTIAL PART OF THE ACTIVITIES OF THE CORPORATION SHALL BE THE CARRYING ON OF P ROPAGANDA, OR OTHERWISE ATTEMPTING TO INFLUENCE LEGISLATION, AND THE CORP ORATION SHALL NOT PARTICIPATE IN, OR INTERVENE IN (INCLUDING THE PUBLISHING O R DISTRIBUTION OF STATEMENTS) ANY POLITICAL CAMPAIGN ON BEHALF OF OR IN OPPO SITION TO ANY CANDIDATE FOR PUBLIC OFFICE. NOTWITHSTANDING ANY OTHER PROVI SION OF THESE ARTICLES, THE CORPORATION SHALL NOT CARRY ON ANY OTHER ACTIVI TIES NOT PERMITTED TO BE CARRIED ON (A) BY A CORPORATION EXEMPT FROM FEDERAL INCOME TAX UNDER SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE, OR THE CORRE SPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE, OR (B) BY A CORPORATION, CO NTRIBUTIONS TO WHICH ARE DEDUCTIBLE UNDER SECTION 170(C)(2) OF THE INTERNAL R EVENUE CODE, OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE. UPON THE DISSOLUTION OF THE CORPORATION, ASSETS SHALL BE DISTRIBUTED FOR ONE OR MORE EXEMPT PURPOSES WITHIN THE MEANING OF SECTION 501(C)(3) OF THE INTERN AL REVENUE CODE, OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CO DE, OR SHALL BE DISTRIBUTED TO THE FEDERAL GOVERNMENT, OR TO A STATE OR LOCAL GOVERNMENT, FOR A PUBLIC PURPOSE. ANY SUCH ASSETS NOT SO DISPOSED OF SHALL BE DISPOSED OF BY A COURT OF COMPETENT JURISDICTION OF THE COUNTY IN WHICH T HE PRINCIPAL OFFICE OF THE CORPORATION IS THEN LOCATED, EXCLUSIVELY FOR SUCH PURPOSES OR TO SUCH ORGANIZATION OR ORGANIZATIONS, AS SAID COURT SHALL DET ERMINE, WHICH ARE ORGANIZED AND OPERATED EXCLUSIVELY FOR SUCH PURPOSES.

*Notes: The preceding four (4) atricles are considered to be permanent and may only be changed by filing appropriate Articles of Amendment.*

**ARTICLE V**

The by-laws of the corporation have been duly adopted and the initial directors, president, treasurer and clerk or other presiding, financial or recording officers, whose names are set out on the following page, have been duly elected.

**ARTICLE VI**

The effective date of organization of the corporation shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing.

09/26/2014

**ARTICLE VII**

The information contained in Article VII is not a permanent part of the Articles of Organization.

**a. The street address** *(post office boxes are not acceptable)* **of the principal office of the corporation** *in Massachusetts* **is:**

| No. and Street: | 519 SOMERVILLE AVE. NO. 288 | | | |
| City or Town: | SOMERVILLE | State: MA | Zip: 02143 | Country: USA |

**b. The name, residential street address and post office address of each director and officer of the corporation is as follows:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|

| PRESIDENT | DOUGLAS MISICKO | 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA | 01/01/16 |
| TREASURER | DOUGLAS MISICKO | 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA | 01/01/16 |
| SECRETARY | DOUGLAS MISICKO | 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA | 01/01/16 |
| DIRECTOR | DOUGLAS MISICKO | 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA | 01/01/16 |

**c. The fiscal year (i.e., tax year) of the business entity shall end on the last day of the month of:**
December

**d. The name and business address of the resident agent, if any, of the business entity is:**

Name:      DOUGLAS MISICKO
No. and Street:      519 SOMERVILLE AVE. NO. 288
City or Town:      SOMERVILLE      State: MA      Zip: 02143      Country: USA

**I/We, the below signed incorporator(s), do hereby certify under the pains and penalties of perjury that I/we have not been convicted of any crimes relating to alcohol or gaming within the past ten years. I/We do hereby further certify that to the best of my/our knowledge the above-named officers have not been similarly convicted. If so convicted, explain:**

**IN WITNESS WHEREOF AND UNDER THE PAINS AND PENALTIES OF PERJURY, I/we, whose signature(s) appear below as incorporator(s) and whose name(s) and business or residential address (es) beneath each signature do hereby associate with the intention of forming this business entity under the provisions of General Law, Chapter 180 and do hereby sign these Articles of Organization as incorporator(s) this 26 Day of September, 2014.** *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*
W. JAMES MAC NAUGHTON 7 FREDON MARKSBORO ROAD NEWTON, NJ 07860

© 2001 - 2014 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 201497212820     Date: 9/26/2014 9:29:00 AM

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

September 26, 2014 09:29 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

| Form **1023-EZ** | **Streamlined Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code** | OMB No. 1545-0056 |
|---|---|---|
| (Rev. June 2014) Department of the Treasury Internal Revenue Service | Do not enter Social Security numbers on this form as it will be made public. Information about Form 1023-EZ and its separate instructions is at  *www.irs.gov/form1023* | **Note:** *If exempt status is approved, this application will be open for public inspection.* |

☑ **Check this box to attest that you have completed the Form 1023-EZ Eligibility Worksheet in the current instructions, are eligible to apply for exemption using Form 1023-EZ, and have read and understand the requirements to be exempt under section 501(c)(3).**

**Part I** **Identification of Applicant**

**1a** Full Name of Organization

REASON ALLIANCE LTD

| **b** Mailing Address (number, street, and room/suite). If a P.O. box, see instructions. | **c** City | **d** State | **e** Zip code + 4 |
|---|---|---|---|
| 519 SOMERVILLA AVE NO 288 | SOMERVILLE | MA | 02143-0000 |

| **2** Employer Identification Number | **3** Month Tax Year Ends (MM) | **4** Person to Contact if More Information is Needed |
|---|---|---|
| 47-1933964 | 12 | W JAMES MAC NAUGHTON |

| **5** Contact Telephone Number | **6** Fax Number (optional) | **7** User Fee Submitted |
|---|---|---|
| (732)634-3700 | | $275.00 |

**8** List the names, titles, and mailing addresses of your officers, directors, and/or trustees. (If you have more than five, see instructions.)

| First Name: DOUGLAS | Last Name: MISICKO | | Title: PRESIDENT, DIRECTOR | |
|---|---|---|---|---|
| Street Address: 519 SOMERVILLE AVE | | City: SOMERVILLE | State: MA | Zip code + 4: 02143-0000 |

| First Name: | Last Name: | | Title: | |
|---|---|---|---|---|
| Street Address: | | City: | State: | Zip code + 4: |

| First Name: | Last Name: | | Title: | |
|---|---|---|---|---|
| Street Address: | | City: | State: | Zip code + 4: |

| First Name: | Last Name: | | Title: | |
|---|---|---|---|---|
| Street Address: | | City: | State: | Zip code + 4: |

| First Name: | Last Name: | | Title: | |
|---|---|---|---|---|
| Street Address: | | City: | State: | Zip code + 4: |

**9a** Organization's Website (if available):

**b** Organization's Email (optional):

**Part II** **Organizational Structure**

**1** To file this form, you must be a corporation, an unincorporated association, or a trust. **Select the box** for the type of organization.

⊙ Corporation       ○ Unincorporated association       ○ Trust

**2** ☑ **Check this box** to attest that you have the organizing document necessary for the organizational structure indicated above.
(See the instructions for an explanation of **necessary organizing documents.**)

**3** Date incorporated if a corporation, or formed if other than a corporation (MMDDYYYY):       09262014

**4** State of Incorporation or other formation:       MA

**5** Section 501(c)(3) requires that your organizing document must limit your purposes to one or more exempt purposes within section 501(c)(3).

☑ **Check this box** to attest that your organizing document contains this limitation.

**6** Section 501(c)(3) requires that your organizing document must not expressly empower you to engage, otherwise than as an insubstantial part of your activities, in activities that in themselves are not in furtherance of one or more exempt purposes.

☑ **Check this box** to attest that your organizing document does not expressly empower you to engage, otherwise than as an insubstantial part of your activities, in activities that in themselves are not in furtherance of one or more exempt purposes.

**7** Section 501(c)(3) requires that your organizing document must provide that upon dissolution, your remaining assets are used exclusively for section 501(c)(3) exempt purposes. Depending on your entity type and the state in which you are formed, this requirement may be satisfied by operation of state law.

☑ **Check this box** to attest that your organizing document contains the dissolution provision required under section 501(c)(3) or that you do not need an express dissolution provision in your organizing document because you rely on the operation of state law in the state in which you are formed for your dissolution provision.

For Paperwork Reduction Act Notice, see the instructions       Catalog No. 66267N       Form **1023-EZ** (Rev. 6-2014)

EXHIBIT 39 TST Depo

PENGAD 800-631-6989

Form 1023-EZ (Rev. 6-2014)                                                                                                    Page **2**

## Part III    Your Specific Activities

**1** Enter the appropriate 3-character NTEE Code that best describes your activities (See the instructions):     X01 _____

**2** To qualify for exemption as a section 501(c)(3) organization, you must be organized and operated exclusively to further one or more of the following purposes. By checking the box or boxes below, you attest that you are organized and operated exclusively to further the purposes indicated. **Check all that apply.**

☑ Charitable                    ☑ Religious                    ☑ Educational

☐ Scientific                    ☑ Literary                    ☐ Testing for public safety

☐ To foster national or international amateur sports competition              ☐ Prevention of cruelty to children or animals

**3** To qualify for exemption as a section 501(c)(3) organization, you must:

- Refrain from supporting or opposing candidates in political campaigns in any way.

- Ensure that your net earnings do not inure in whole or in part to the benefit of private shareholders or individuals (that is, board members, officers, key management employees, or other insiders).

- Not further non-exempt purposes (such as purposes that benefit private interests) more than insubstantially.

- Not be organized or operated for the primary purpose of conducting a trade or business that is not related to your exempt purpose(s).

- Not devote more than an insubstantial part of your activities attempting to influence legislation or, if you made a section 501(h) election, not normally make expenditures in excess of expenditure limitations outlined in section 501(h).

- Not provide commercial-type insurance as a substantial part of your activities.

☑ **Check this box** to attest that you have not conducted and will not conduct activities that violate these prohibitions and restrictions.

**4** Do you or will you attempt to influence legislation? _____      ○ Yes    ⦿ No
(If yes, consider filing Form 5768. See the instructions for more details.)

**5** Do you or will you pay compensation to any of your officers, directors, or trustees?     _____      ⦿ Yes    ○ No
(Refer to the instructions for a definition of **compensation**.)

**6** Do you or will you donate funds to or pay expenses for individual(s)?     _____      ⦿ Yes    ○ No

**7** Do you or will you conduct activities or provide grants or other assistance to individual(s) or organization(s) outside the United States?     _____      ○ Yes    ⦿ No

**8** Do you or will you engage in financial transactions (for example, loans, payments, rents, etc.) with any of your officers, directors, or trustees, or any entities they own or control?     _____      ⦿ Yes    ○ No

**9** Do you or will you have unrelated business gross income of $1,000 or more during a tax year?     _____      ○ Yes    ⦿ No

**10** Do you or will you operate bingo or other gaming activities?     _____      ○ Yes    ⦿ No

**11** Do you or will you provide disaster relief?     _____      ○ Yes    ⦿ No

## Part IV    Foundation Classification

Part IV is designed to classify you as an organization that is either a private foundation or a public charity.  Public charity status is a more favorable tax status than private foundation status.

**1** If you qualify for public charity status, check the appropriate box (1a - 1c below) and skip to Part V below.

**a**  ⦿ **Select this box** to attest that you normally receive at least one-third of your support from public sources or you normally receive at least 10 percent of your support from public sources and you have other characteristics of a publicly supported organization. **Sections 509(a)(1) and 170(b)(1)(A)(vi).**

**b**  ○ **Select this box** to attest that you normally receive more than one-third of your support from a combination of gifts, grants, contributions, membership fees, and gross receipts (from permitted sources) from activities related to your exempt functions and normally receive not more than one-third of your support from investment income and unrelated business taxable income. **Section 509(a)(2).**

**c**  ○ **Select this box** to attest that you are operated for the benefit of a college or university that is owned or operated by a governmental unit. **Sections 509(a)(1) and 170(b)(1)(A)(iv).**

**2** If you are not described in items 1a - 1c above, you are a private foundation. As a private foundation, you are required by section 508(e) to have specific provisions in your organizing document, unless you rely on the operation of state law in the state in which you were formed to meet these requirements. These specific provisions require that you operate to avoid liability for private foundation excise taxes under sections 4941-4945.

○ **Select this box** to attest that your organizing document contains the provisions required by section 508(e) or that your organizing document does not need to include the provisions required by section 508(e) because you rely on the operation of state law in your particular state to meet the requirements of section 508(e). (See the instructions for explanation of the section 508(e) requirements.)

Form **1023-EZ** (Rev. 6-2014)

Form 1023-EZ (Rev. 6-2014)                                                            **Page 3**

**Part V**     **Reinstatement After Automatic Revocation**

Complete this section only if you are applying for reinstatement of exemption after being automatically revoked for failure to file required annual returns or notices for three consecutive years, and you are applying for reinstatement under section 4 or 7 of Revenue Procedure 2014-11. (Check only one box.)

1   ☑   **Check this box** if you are seeking retroactive reinstatement under section 4 of Revenue Procedure 2014-11. By checking this box, you attest that you meet the specified requirements of section 4, that your failure to file was not intentional, and that you have put in place procedures to file required returns or notices in the future. (See the instructions for requirements.)

2   ☐   **Check this box** if you are seeking reinstatement under section 7 of Revenue Procedure 2014-11, effective the date you are filling this application.

**Part VI**     **Signature**

☑   **I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, and to the best of my knowledge it is true, correct, and complete.**

DOUGLAS MISICKO                                     PRESIDENT, DIRECTOR
(Type name of signer)                                             (Type title or authority of signer)

                                                                   8/31/2017
                                                                    (Date)

Form **1023-EZ** (Rev. 6-2014)

MA SOC   Filing Number: 201764178350   Date: 11/14/2017 10:04:00 PM



**The Commonwealth of Massachusetts**
**William Francis Galvin**

Minimum Fee: $35.00

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**Articles of Organization**
(General Laws, Chapter 180)

**Identification Number:** 001299281

### ARTICLE I

The exact name of the corporation is:

THE SATANIC TEMPLE

### ARTICLE II

The purpose of the corporation is to engage in the following business activities:

THIS CORPORATION IS ORGANIZED AS A TAX-EXEMPT ORGANIZATION EXCLUSIVELY FOR ONE OR MORE OF THE PURPOSES SPECIFIED UNDER SECTION 501(C) OF THE INTERNAL RE VENUE CODE. SPECIFICALLY, THE CORPORATION IS ORGANIZED AS A CHURCH OR RELIGI OUS INSTITUTION AS DESCRIBED UNDER 501(C)(3). THE PURPOSE OF THE CORPORATION IS TO ENGAGE IN THE FOLLOWING ACTIVITIES: A) THE PROMOTION OF THE BELIEFS, IDEALS, AND TENETS OF THE RELIGION. B) MUTUAL SUPPORT AND ASSISTANCE OF THE RELIGIO N'S MEMBERS. C) HOLDING RELIGIOUS EVENTS AND CEREMONIES. D) INTERACTION WITH THE COMMUNITIES WITHIN WHICH THE CHURCH HAS A PRESENCE. E) TO ENGAGE IN SUC H OTHER ACTIVITIES CONSISTENT WITH THE OPERATION OF A NON-PROFIT CHURCH AS D ESCRIBED BY SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE OR CORRESPONDING S ECTION OF ANY FUTURE FEDERAL TAX CODE.

### ARTICLE III

A corporation may have one or more classes of members. If it does, the designation of such classes, the manner of election or appointments, the duration of membership and the qualifications and rights, including voting rights, of the members of each class, may be set forth in the by-laws of the corporation or may be set forth below:

AS STATED IN THE BYLAWS OF THE CORPORATION

### ARTICLE IV

Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the corporation, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the corporation, or of its directors or members, or of any class of members, are as follows:
*(If there are no provisions state "NONE")*

UPON DISSOLUTION OF THIS CORPORATION, ITS ASSETS REMAINING AFTER PAYMENT OR PROVISION FOR PAYMENT, OF ALL DEBTS AND LIABILITIES OF THIS CORPORATION, SHAL L BE DISTRIBUTED FOR ONE OR MORE EXEMPT PURPOSES WITHIN THE MEANING OF SECTI ON 501{C)(3) OF THE INTERNAL REVENUE CODE OR SHALL BE DISTRIBUTED TO THE FEDER AL GOVERNMENT, OR TO A STATE OR LOCAL GOVERNMENT, FOR A PUBLIC PURPOSE. NO

**EXHIBIT**
40
TST DEPO

PENGAD 800-631-6989

SUBSTANTIAL PART OF THE ACTIVITIES OF THIS CORPORATION SHALL BE THE CARRYING ON OF PROPAGANDA, OR OTHERWISE ATTEMPTING TO INFLUENCE LEGISLATION (EXCEPT AS OTHERWISE PROVIDED BY SECTION 501 (H) OF THE INTERNAL REVENUE CODE) AND TH IS CORPORATION SHALL NOT PARTICIPATE IN, OR INTERVENE IN (INCLUDING THE PUBLIS HING OR DISTRIBUTION OF STATEMENTS), ANY POLITICAL CAMPAIGN ON BEHALF OF, OR IN OPPOSITION TO ANY CANDIDATE FOR PUBLIC OFFICE. NOTWITHSTANDING ANY OTHE R PROVISIONS OF THESE BYLAWS, THIS CORPORATION SHALL NOT CARRY ON ANY ACTI VITIES NOT PERMITTED TO BE CARRIED ON (A) BY A CORPORATION EXEMPT FROM FEDER AL INCOME TAX UNDER SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE OR (B) BY A CORPORATION, CONTRIBUTIONS TO WHICH ARE DEDUCTIBLE UNDER SECTION 170(C)(2) O F THE INTERNAL REVENUE CODE. NO PART OF THE NET EARNINGS OF THIS CORPORATION SHALL INURE TO THE BENEFIT OF, OR BE DISTRIBUTABLE TO. ITS MEMBERS. DIRECTORS. O FFICERS. OR OTHER PRIVATE

*Notes: The preceding four (4) atricles are considered to be permanent and may only be changed by filing appropriate Articles of Amendment.*

### ARTICLE V

The by-laws of the corporation have been duly adopted and the initial directors, president, treasurer and clerk or other presiding, financial or recording officers, whose names are set out on the following page, have been duly elected.

### ARTICLE VI

The effective date of organization of the corporation shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing.

### ARTICLE VII

The information contained in Article VII is not a permanent part of the Articles of Organization.

**a. The street address *(post office boxes are not acceptable)* of the principal office of the corporation *in Massachusetts* is:**

No. and Street:      64 BRIDGE STREET
City or Town:      SALEM      State: MA      Zip: 01970      Country: USA

**b. The name, residential street address and post office address of each director and officer of the corporation is as follows:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| TREASURER | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERVILLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| CLERK | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |
| DIRECTOR | DOUGLAS MISICKO | 519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA<br>519 SOMERVILLE AVENUE #288<br>SOMERIVLLE, MA 02143 USA | 12/31/2019 |

**c. The fiscal year (i.e., tax year) of the business entity shall end on the last day of the month of:**
December

**d. The name and business address of the resident agent, if any, of the business entity is:**

| | | | | |
|---|---|---|---|---|
| Name: | DOUGLAS MISICKO | | | |
| No. and Street: | 519 SOMERVILLE AVENUE | | | |
| | #288 | | | |
| City or Town: | SOMERILLE | State: MA | Zip: 02143 | Country: USA |

**I/We, the below signed incorporator(s), do hereby certify under the pains and penalties of perjury that I/we have not been convicted of any crimes relating to alcohol or gaming within the past ten years. I/We do hereby further certify that to the best of my/our knowledge the above-named officers have not been similarly convicted. If so convicted, explain:**

**IN WITNESS WHEREOF AND UNDER THE PAINS AND PENALTIES OF PERJURY, I/we, whose signature(s) appear below as incorporator(s) and whose name(s) and business or residential address (es) beneath each signature do hereby associate with the intention of forming this business entity under the provisions of General Law, Chapter 180 and do hereby sign these Articles of Organization as incorporator(s) this 14 Day of November, 2017.** *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*
DOUGLAS MISICKO 519 SOMERVILLE AVENUE #288 SOMERVILLE, MA 02143

© 2001 - 2017 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 201764178350     Date: 11/14/2017 10:04:00 PM

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

November 14, 2017 10:04 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*



## The Commonwealth of Massachusetts
### William Francis Galvin

Minimum Fee: $15.00

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

### Articles of Amendment
(General Laws, Chapter 180, Section 7)

**Identification Number:** 001299281

We, DOUGLAS MISICKO **X** President __ Vice President,

and DOUGLAS MISICKO **X** Clerk __ Assistant Clerk ,

of THE SATANIC TEMPLE
located at: 64 BRIDGE STREET   SALEM , MA 01970 USA

**do hereby certify that these Articles of Amendment affecting articles numbered:**

**X** Article 1          __ Article 2          __ Article 3          __ Article 4

*(Select those articles 1, 2, 3, and/or 4 that are being amended)*

of the Articles of Organization were duly adopted at a meeting held on 5/23/2019 , by vote of: 1 members, 0 directors, or 0 shareholders,
being at least two-thirds of its members/directors legally qualified to vote in meetings of the corporation (or, in the case of a corporation having capital stock, by the holders of at least two thirds of the capital stock having the right to vote therein):

### ARTICLE I

The exact name of the corporation, *as amended*, is:
*(Do not state Article I if it has not been amended.)*

THE SATANIC TEMPLE, INC.

### ARTICLE II

The purpose of the corporation, *as amended*, is to engage in the following business activities:
*(Do not state Article II if it has not been amended.)*

### ARTICLE III

A corporation may have one or more classes of members. **As amended,** the designation of such classes, the manner of election or appointments, the duration of membership and the qualifications and rights, including voting rights, of the members of each class, may be set forth in the by-laws of the corporation or may be set forth below:

EXHIBIT
41
TST Depo

Def.'s Ex. 26 - Page 225 of 337

directors or members, or of any class of members, are as follows:
*(If there are no provisions state "NONE")*

The foregoing amendment(s) will become effective when these Articles of Amendment are filed in accordance with General Laws, Chapter 180, Section 7 unless these articles specify, in accordance with the vote adopting the amendment, a *later* effective date not more than *thirty days* after such filing, in which event the amendment will become effective on such later date.

**Later Effective Date:**

**Signed under the penalties of perjury, this   24 Day of May, 2019,  <u>DOUGLAS MISICKO</u> , its  ,**
**President / Vice President,**
**<u>DOUGLAS MISICKO</u> , Clerk / Assistant Clerk.**

© 2001 - 2019 Commonwealth of Massachusetts
All Rights Reserved

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

## May 24, 2019 01:19 PM

### WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*



If you cannot see images, please click here



# The Satanic Temple in 2019

## 2019 WAS A BANNER YEAR FOR THE SATANIC TEMPLE

### Here are some things that took place:

## IRS CHURCH DESIGNATION

Most monumentally, the <u>IRS granted The Satanic Temple 501(c)(3) tax-exempt status</u> as a church in April. This marks the first time such recognition has been bestowed upon an international Satanic religious organization. In addition to affirming TST's status, this will support our legal standing as we move forward in our various efforts to defend our rights across the country.



## LIBRARY OF CONGRESS INCLUDES THE SATANIC TEMPLE'S RELIGIOUS REPRODUCTIVE RIGHTS WEBSITE IN HISTORIC COLLECTION

MA SOC Filing Number: 201829600550 Date: 8/26/2018 11:14:00 PM



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**Minimum Fee: $500.00**

## Certificate of Organization
(General Laws, Chapter )

**Identification Number:** 001343142

**1. The exact name of the limited liability company is:** CINEPHOBIA LLC

**2a. Location of its principal office:**

No. and Street: 64 BRIDGE STREET
City or Town: SALEM    State: MA    Zip: 01970    Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**

No. and Street: 64 BRIDGE STREET
City or Town: SALEM    State: MA    Zip: 01970    Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
FILM PRODUCTION

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name: MALCOLM JARRY
No. and Street: 64 BRIDGE STREET
City or Town: SALEM    State: MA    Zip: 01970    Country: USA

I, MALCOLM JARRY resident agent of the above limited liability company, consent to my appointment as the resident agent of the above limited liability company pursuant to G. L. Chapter 156C Section 12.

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | DOUG MISICKO | 64 BRIDGE STREET<br>SALEM, MA 01970 US |
| MANAGER | CEVIN SOLING | 64 BRIDGE STREET<br>SALEM, MA 01970 US |

**7. The name and business address of the person(s) in addition to the manager(s), authorized to execute documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Def.'s Ex. 26 Page 230 of 337 | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|



**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name | Address (no PO Box) |
|---|---|---|
| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code |
| REAL PROPERTY | CEVIN SOLING | 64 BRIDGE STREET SALEM, MA 01970 USA |

**9. Additional matters:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 26 Day of August, 2018,**
CEVIN SOLING

*(The certificate must be signed by the person forming the LLC.)*

© 2001 - 2018 Commonwealth of Massachusetts
All Rights Reserved

Def.'s Ex. 26 - Page 231 of 337

MA SOC   Filing Number: 201829600550     Date: 8/26/2018 11:14:00 PM

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

August 26, 2018 11:14 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*



THE SATANIC TEMPLE     SHOP SATAN  ·  JOIN US     ABOUT US  ·  FIND C

CHURCH OF SATAN VS THE SATANIC TEMPLE?   🐦 f G+ ▶ 📷 👤 🔍   USD    🛒 0

Home / Contribute to The Satanic Temple / Contribute To The Satanic Temple         Next →

# CONTRIBUTE TO THE SATANIC TEMPLE

$ 5.00

Contributions to The Satanic Temple support our organization and its ongoing efforts: to defend the First Amendment, to protect the rights of women to make informed decisions about their health free from harassment and unnecessary legislation, and to protect children from abuse in public schools.

*Contributions/donations support the efforts and campaigns of The Satanic Temple, but are not tax-deductible.

◉ One-time Contribution to The Satanic Temple

○ Recurring Contribution to The Satanic Temple

**Thank You For Supporting The Satanic Temple!**



SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER    50    ☆

Def.'s Ex. 26 - Page 233 of 337

THE SATANIC TEMPLE    SHOP SATAN    JOIN US    ABOUT US    FIND CHAPTER

CHURCH OF SATAN VS THE SATANIC TEMPLE?   USD   CART



**Qty**

1

**ADD TO CART**

☆ ADD TO WISHLIST (214)

Share:

---

**SOCIAL SATAN**

   

**MAIN MENU**

The Satanic Temple

Shop Satan

Join Us

**SHOP SATAN**

Shop All

Membership Cards

Shirts and Ho…

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER



Def.'s Ex. 26 - Page 234 of 337

THE SATANIC TEMPLE    SHOP SATAN ·    JOIN US    ABOUT US ·    FIND CHAPTER

CHURCH OF SATAN VS THE SATANIC TEMPLE?    𝕏  f  G+  ▶  @  👤  🔍    USD    🛒 0 CART

Lapel Pins & Buttons & Book

Collaborations

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER



Def.'s Ex. 26 - Page 235 of 337

HOME   DONATE   ABOUT US   HOW CAN I HELP?   HAIL SATAN?   LOG IN

# WHY DONATE?



The Satanic Temple:

- Advocates on behalf of children in public school to abolish corporal punishment
- Applied for equal representation where religious monuments are placed on public property to uphold th separation of church and state.
- Provides religious exemption and legal protection against laws that unscientifically restrict women's rep and bodily autonomy,
- Exposes fraudulent harmful pseudo-scientific practitioners and claims in mental health care,
- Holds After School Satan Clubs in schools besieged by proselytizing organizations with a curriculum tha on free inquiry, rationalism, and scientific understanding. Our presence serves as an anti-indoctrination illustrating to children that opposing religious perspectives can be held by moral and responsible people live in fear of divine retribution.
-

As a religion recognized by the US government, donations to The Satanic Temple are tax deductible.

**DONATE**

Support Us

Def.'s Ex. 26 - Page 236 of 337



8/23/2019                                "The Struggle for Justice is Ongoing" - Jex Blackmore - Medium

# "The Struggle for Justice is Ongoing"



Jex Blackmore  [ Follow ]
Aug 6, 2018 · 9 min read

On my departure from The Satanic Temple



Members of The Satanic Temple of Detroit hold the nation's first state-sanctioned Satanic ceremony on the steps of the Michigan State Capitol, 2015.

It's with a heavy heart that I pen this open letter. This past March, I left my position as spokesperson and member of The Satanic Temple (TST), an organization best known for anti-theocratic rabble rousing via litigation and occult-style public demonstrations. The organization inspired countless people who have organized their communities and



8/23/2019                    "The Struggle for Justice is Ongoing" - Jex Blackmore - Medium

found the motivation and strength to challenge injustices. I am endlessly moved by TST's supporters and have no interest in taking these important experiences and relationships away from anyone. I have been relatively silent about my departure and I fear that this letter will create a wound for some. I assure you, my intent is not to inflict pain, but to inspire accountability.

I was intimately connected to the majority of the organization's most notable actions as a consultant and public representative for the better half of the Temple's life. When I was invited to join the organization in 2014, I was a practicing Satanist and activist. I saw a group of engaged outsiders bringing power to their voices through radical political action. I dedicated five years to the Temple: helping it grow, developing policies and models for success, and quite literally, placing my life and livelihood on the line. As one of the few visible and prominent female voices in TST, I endured countless threats, harassment, and violations. I dedicated myself because the Temple's mission, to "encourage benevolence and empathy among all people, reject tyrannical authority, advocate practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will," was one that I believed in — and still do.

Within three years of my joining the organization, TST had grown exponentially. Like many groups facing unanticipated success, the Temple struggled to develop the kind of infrastructure required to evolve and support its members. We launched a chapter model, an online shop, and found ourselves up to our necks in requests from journalists and eager new members. I proposed a system of checks and balances, of developing shared leadership, and of vetting project ideas. I could have done better, and I am not blameless, but I was also not silent.

It became clear to me that TST leadership was unwilling or unable to address its capacity issues and tackle head on its lack of inclusion and equitability. After several years of unsuccessfully prototyping and proposing solutions to these issues I began to step back, unsure of how else to address the problems I saw. I justified my continued participation because I believed my role as a spokesperson for the organization's reproductive rights campaign was important. TST was doing meaningful work to secure the right to accessible abortion and to challenge restrictive and unjust laws that hinder that access. My role as a visible female voice in the organization seemed vital — after all, on multiple

occasions, leadership exclusively invited men to speak on women's reproductive rights campaigns. A decision I strongly oppose.

In February of 2018, the Temple asked me to step away from my role as a spokesperson due to the content of one of my personal performance pieces in which I called on people to sabotage and execute "the president". The language I used was considered offensive by a few unnamed members in the Temple, and out of consideration for their discomfort, I stepped down. I stand by my words. The political and religious performance was centered around a criticism of oppressive power structures and an evocative call for self-liberation from these institutions. While my speech may have made some uncomfortable, the intention and meaning of the work was misinterpreted by people who were not in attendance. There was no effort to seek clarification regarding the context and meaning of the work. As many of you know, I've regularly employed bold language as part of my ritual practice as a response to a political environment that is similarly harsh. I intentionally did not name a particular individual because I take issue with the entire institution of power — and not those specifically within it. I chose specific language to broadly criticize tyrannical positions. Contrary to later interpretations, I did not name a specific person, or make a specific threat. Any interpretation or statement that colors my intention as calling for violence is inaccurate, out-of-context, and false.

My departure was mutually agreed upon, but it was also business as usual — a small group of individuals with no accountability to the organization they represent asserting a paternalistic need to put a woman in her place, gain control, and undermine her autonomous power. I will not compromise the content of my creative work to satisfy the fears and complacency of others. The Satanic Temple that I joined years ago, when it was full of potential and courage, no longer exists and I cannot allow my voice, however controversial, to be silenced.

I am writing this now because there have been a number of inexcusable actions on the part of the Temple that have compelled me to speak up. I was engaged with and promoted the work of TST for five years and now feel a personal and moral responsibility to make my opposition to certain actions public. If I'm honest, I must admit that I wish I had done so sooner. I recognize the kind of fear and intimidation that keeps us from speaking truth to power. I too struggle with this.

Over the years, members and chapter heads have requested and proposed the implementation of a gender, sexual, and racial diversity policy to ensure equity within TST leadership and alignment to the mission. The demand was not simply ignored but completely dismissed. The demand was not hollow; there was a clear and pressing need for this policy. While I was part of the organization, I witnessed male members of the organization exploit their position and influence to behave inappropriately and disrespectfully towards women. I myself experienced harassment and abuse from members who have now left the organization. I was not supported by leadership during these times, but was asked to let it all "blow over." I don't speak for anyone but myself, but I know that my experience is one of many examples of systematic gaslighting, degradation, and bullying that many women have experienced within TST over the years.

Despite being an organization that claims to be a champion for women's rights, and despite relying on the work of *many* strong and talented women — most of whom are unpaid — TST has not created an inclusive space for marginalized members. Likewise, while they have a mission "against the exclusion of other voices," there has been no effort to create a diverse membership or rid the organization of a culture of racism and sexism. TST continues this hypocritic legacy to this day. The Salem Gallery regularly hosts whitewashed panels and art exhibitions.

While numerous women, queer people, and people of color have supported TST and have been members of TST, their voices and concerns have been willfully ignored and dismissed. This is a problem. A disinterest in including diverse voices and addressing racism, sexism and misogyny is completely inexcusable, but it is especially outrageous when the organization perpetuating gender and racial inequality benefits from and profits off of a marginalized narrative.

Members of the public donate money to support TST's campaigns in regards to women's rights and religious liberty lawsuits and events. However, despite many requests from Temple chapters, the organization refuses to share how these donated funds are spent. Currently, there is no way of knowing if the money donated actually supports their legal actions. In fact, as far as I know, members do not know how they fund the products in their store, the gallery in Salem, or the many lawsuits they've taken on. Countless lawsuits have been announced or "planned," many have not been followed through, and

Def.'s Ex. 36 - Page 240 of 337

often times, the legal actions are strategically sloppy. Dozens of dedicated, supportive chapters across the country regularly commit their time and resources to raising money for the Temple. Yet members have no voice in how the money is spent, they do not decide how it's allocated, and they do not know where it goes. Unlike other charitable groups, there is no public organizing board or regular financial disclosures and there's zero oversight.

Without a transparent process of accountability, TST co-founder Lucien Greaves has taken on absurd legal battles under the guise of the Temple. He recently sued Twitter over "religious discrimination," upset that his *personal* account was briefly suspended and TST's accounts have not been granted a "verified" status. The action on the part of the social media giant was perhaps unjustified, but asking thousands of members to support and donate money to assist in your personal crusade is corrupt and unhinged. Furthermore, using those funds to hire an attorney from the controversial Randazza Legal Group demonstrates a disgraceful lack of judgement that highlights the continued absence of diverse and equal representation within the organization. Are there no limits on this recklessness?

Shamefully, I ignored past expressions of racism and sexism, believing that the cause we were working toward was more important than the errors of some. I was wrong. I bought into the same myths of white supremacy that feed our culture of racism and oppression and let myself support and help build a corrupt organization that further empowers privileged white men. My efforts toward reform were absorbed and subverted. I apologize for my part in this and know that white feminism has a long history of this same story. I am dedicated to deepening my understanding of intersectional feminism and committed to working within an antiracist framework.

Judeo-Christian mythology reveals Satan as a catalyst who caused the explosion of knowledge and individual autonomy in humanity. Ultimately, Satanism is a philosophy that celebrates the individual and inspires a ceaseless pursuit of justice. And while TST claims to "adhere to the principles of individual sovereignty and rejection of tyrannical authority," but their idea of individualism fails to respect the lived experiences, knowledge, and wisdom of people across all social identities. The organization lacks curiosity, perpetuates a narrow and limited understanding of reality, and maintains a bland and monolithic portrayal of the human experience that abandons the

Def.'s Ex. 26 - Page 241 of 337

fundamental underpinnings of Satanic philosophy. Other chapters have struggled with TST's abandonment of these core beliefs and have recently announced their own departure from the organization. It is not enough to declare one's beliefs: a Satanic organization must also implement these guiding principles in practice. Many of us who have left believe that we must actively seek to include as many ways of knowing in order to strengthen our actions against unjust subjugation. Glorifying and upholding the limited understanding of reality that is available to cis/straight/white men is not just morally, ethically, and strategically wrong, it is antithetical to building community, uplifting the individual, and pursuing knowledge.

The Temple is not an organization that I'm proud to be affiliated with any longer. In writing this, I have no ulterior agenda except to speak truth to my experiences. I wish to be open to those who have followed my work over the years and hope that they know that I did not intentionally mislead them. I remain incredibly proud of much of the work that I accomplished during my time at TST. Before I joined, you could count our membership on your fingers. Now, a movement has been built.

I wish the story of The Satanic Temple did not land on such a cliché note. I ask that you keep the faith, for the corruption that you see now is not a symptom of radical organizing. Rather, it is a symptom of power, racism, and patriarchy. TST was nothing until the people on the ground breathed life into it. The people who showed up for actions, for protests, and at meetings, those who organized, who sacrificed their time and resources and supported one another. The Satanic Temple is all of you.

In five short years, thousands of us have been able to take on state governments and legislators. We challenged reproductive injustice. We gathered en masse at courthouses, warehouses, and state capitals. We embraced our wild nature and our compassionate spirit. We are sinners, we are Satanists, and we are activists. If you leave TST, continue to organize and find ways of supporting one another. If you stick with them: demand inclusion, transparency, collaboration, and justice. After all, it's you who have the power.

As individuals and as a community we must continue to challenge the theocratic state and the injustices born from this imperfect world. I am deeply committed to this work and will continue to work towards liberation for all people. I'm with you, and I'm not going anywhere.

# HAIL SATAN

Politics      Religion      Satanism      Feminism      Activism

About    Help    Legal

Def's Ex. 36 - Page 243 of 337

# Why I'm Leaving The Satanic Temple



Emma Story [Follow]

Aug 7, 2018 · 8 min read



EXHIBIT
47
TST Depo

Def.'s Ex. 26 - Page 244 of 337

I've been involved in the New York City chapter of The Satanic Temple for about two and a half years, first as a regular member, then as media liaison, and now as co-chapter head. My reasons for joining TST were simple: I was enchanted with their work in the areas of reproductive freedom and separation of church and state, and I thought their strategy of using the unique legal power of religious groups in the United States to accomplish this work was brilliant. I still believe in this work, and I still hold the tenets and stated mission of TST in the highest regard.

One of the only things that has checked my enthusiasm for TST over the past couple of years has been the unwavering commitment of cofounder Lucien Greaves to his particular flavor of free speech absolutism. Greaves thinks it's terrible that protests prevented Milo Yiannopouolos from speaking at Cal Poly (I was delighted), that it's bad news that many social media and podcasting platforms recently banned conspiracy theorist Alex Jones (I think it's very good and was long overdue), and that hate speech as a concept is too nebulous to legislate and thus should be left alone (I think hate speech is bad and that to pretend otherwise in 2018 is intellectual dishonesty).

Until recently, I didn't think these areas of disagreement with Greaves posed a problem for my continued involvement with The Satanic Temple. After all, I still firmly believe in the seven tenets, and I'm still firmly on board with TST's stated mission. But it's become increasingly clear to me over the past year or so that the personal opinions of Lucien Greaves *are* the organizational opinions of The Satanic Temple, and I was naive to think otherwise. Though they haven't been formally declared canon, Greaves's Patreon posts generally end up being treated as organizational policy — Patreon content is routinely cited in internal TST discussions as evidence of what TST's stance is on any given issue.

This has been brought sharply into focus for me over the past couple of months, as TST has launched its lawsuit against Twitter. If you're not familiar with the lawsuit, this announcement should get you up to speed. Although it doesn't fall into my core areas of interest (reproductive freedom and separation of church and state), I have no problem in principle with the idea of TST suing Twitter over religious discrimination. My concerns are entirely centered on our legal representation: Marc J. Randazza of Randazza Legal Group. Randazza has a long history of defending deeply troubling people in free speech cases. Notably, he's also currently defending conspiracy theorist Alex Jones in the lawsuit brought against him by Sandy Hook parents.

Def.'s Ex. 26 - Page 245 of 337

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 46 of 82

This in itself is not shocking. Lawyers defend objectionable people all the time. As has been frequently pointed out to me, a criminal defense lawyer isn't a bad person for defending criminals. If I'm on trial for murder, I'm not going to refuse to be represented by someone who has represented murderers in the past. I might, however, refuse to be represented by someone who writes fan letters to serial killers and appears on talk radio shows to chat about how much he loves murder. That's the problem here — Randazza is not just doing his job:

*"If you want to represent detestable clients, fine. But when you go out into the media and don't just defend them but actually adopt their logic and moral arguments, that's different. Then, it looks like you agree with them. And if you agree with them, you can no longer avail yourself of the lawyerly presumption that you are just doing your job. Instead of being a mere part of the process, you become part of the problem."*

As much as Greaves and other TST loyalists argue otherwise, Randazza is not just another lawyer and it's disingenuous to pretend that he is. There is a line between defending reprehensible people and being a reprehensible person, and for me, he crossed that line long ago. He has appeared on Alex Jones's InfoWars again and again — not merely to discuss the Sandy Hook case but to express a whole variety of opinions about everything from Starbucks's racial bias training to "the culture of victimhood" in the United States: *"One day in the future, there will be the uber victim: it will be one victim, to rule over all of them. There will be a black lesbian in a wheelchair with an eye patch and every single possible victimization and she will rule…. It's a dystopian fairy tale."*

Most TST leadership at the national and chapter level will tell you that we all agree TST, like Satanism in general, has a diversity issue, and that we want very much to encourage people from historically oppressed groups to feel comfortable joining our cause. But how can we expect people from vulnerable minority groups to believe a word we say when we're busy allying ourselves with a man who spends his time working for and befriending literal Neo-Nazis? Regardless of the original reasons for TST's diversity problem, working with someone like Randazza can only make it worse. It's not a coincidence that the people who are leaving TST over this issue right now are predominantly members of the very same vulnerable groups we say we want to attract. We can also reasonably expect prospective TST members who belong to these communities to be turned off not only by the Randazza issue but by other utterly tone-

deaf messaging on TST's public site. It's clear that a lot of people at the national level of TST don't think this matters, but I very strongly disagree.

The other major point that keeps getting brought up in discussions of Randazza is the fact that he has offered to represent TST pro bono, meaning no valuable resources would be diverted from other campaigns. I agree that this is a rare opportunity, one that I wish TST were given more often. But since this is in fact the case, I have to wonder why so much of TST's messaging to members and the general public about the Twitter lawsuit has focused on a need to raise funds. I've gone back and re-read a lot of this material over the past few weeks and have come to the conclusion that this misdirection is deliberate, and I object to it in the strongest possible terms.



_screenshot from The Satanic Temple Official Forum on Facebook_

Ultimately, what it comes down to for me is I can no longer ignore the obvious evidence that my goals and those of The Satanic Temple have diverged. As I've said, I joined TST to do what I consider vital work in the areas of reproductive freedom and separation of church and state. Not only does the Twitter lawsuit not fall into those areas, it's actually making that work harder by alienating hard-working members and valuable allies. I'm in chapter leadership, so it's natural that members of my chapter as well as members of my social circle and the media come to me for help understanding why TST does the things

Case 4:18-cv-00342-KGB    Document 260-43    Filed 03/06/23    Page 48 of 82

it does. Until now I have enthusiastically explained it to them to the best of my ability. But when it comes to Randazza, I honestly don't know what to say.

I want to revisit the idea I brought up earlier that there is no longer much of a distinction between the personal opinions of Lucien Greaves and the organizational opinions of The Satanic Temple. This is the core of the other big problem I have with TST, and it's the main reason I've chosen to make this letter public. There seems to be little to no recognition at the national level of the amount of time, money, and social capital poured into TST at the local chapter level — to say nothing of the professional and personal risks many of us incur by lending our support to a Satanic organization.

It's actually not clear to me why the chapter program exists at all.[1] The attitude of both National Council and Executive Ministry toward chapter leadership (to say nothing of chapter membership) has been consistently dismissive and condescending, with one or two rare exceptions. When I recently brought up my concerns about Randazza with my chapter's current National Council point of contact, as chapter heads are frequently instructed to do, I was laughed at and then treated to an explanation of what a lawyer is. Furthermore, there is no transparency whatsoever from the national organization in terms of upcoming actions or future plans — we found out about the Twitter lawsuit, for example, exactly the same way the general public did (via the TST email newsletter). This isn't how a robust, scalable nonprofit operates — religious or otherwise.

Of course, this isn't the first time I've expressed my concerns about the issues I've mentioned here. The difference is that in the past, I've done so privately, via the appropriate channels, as instructed by national leadership. But that has accomplished nothing. I've waited weeks for a response from Greaves or anyone at the national level to a letter listing our Randazza concerns — a letter that was collaborated on and signed by many chapter heads, not just myself. The only response we've gotten to the sincere and legitimate issues laid out in that letter is a smug and self-congratulatory Patreon post intended for the general public — or at least the subset of the general public that pays to hear Greaves's thoughts. It's also clear that we wouldn't have even gotten this much if the now-dissolved LA chapter and former TST spokesperson Jex Blackmore hadn't recently gone public with their concerns.

It will be said that I'm posting this letter because I crave attention, but I want to emphasize that the opposite is true — I would greatly prefer to quietly remove TST from

my social media presence and move on. But as someone who has been a vocal supporter of TST to my family, friends, and even my coworkers, I think it's important to explain my reasoning. I also think we have evidence that making a public statement is the only way to get the attention of Greaves and other national TST leadership, and I'm hopeful that as more of us speak up, real change might happen inside the organization. Either way, I've become increasingly convinced that if what I want to do is make real progress in the areas that originally drew me to TST, then I'd be better off working with other organizations to accomplish these goals. It makes me sorrier than I can adequately express to say this, but here we are. I will always be a Satanist, but I can no longer in good conscience call myself a member of The Satanic Temple.

[1]*Originally, this sentence ran "it's actually not clear to me why the chapter program exists at all, except perhaps as a source of fundraising revenue." I've edited it because it became clear it was being interpreted in a way I didn't intend. While fundraising was an important part of my work with the New York City chapter, there are no mandatory fundraising requirements or quotas imposed on chapters by the national organization. Membership in TST is free and fundraising by chapters is entirely voluntary.*

Religion     The Satanic Temple     Twitter     Satanism     Activism

Def.'s Ex. 26 - Page 249 of 337

# Yet Another Quitting The Satanic Temple Post (YAQTSTP) Updated: New Information about Adam Parfrey



Autumn  [Follow]
Aug 13, 2018 · 5 min read



EXHIBIT
48
TST Depo
PENGAD 800-631-6989



Yes just like some others, I'm including a photo of the Baphomet Statue and myself (This was actually taken in Salem)

So I might not be a council member of any chapter, but I am a member of The Satanic Temple, and I feel that it has to be written why I am personally leaving something that I have defended to multiple people, that I have donated money to, that I have put in so many hours of my life getting to know people from all over the world with the same beliefs in the same seven tenets.

For those of you that don't know what I am talking about, The Seven Tenets of The Satanic Temple can be found here. To me personally, they've been the only thing that has brought me back to religion in general. Beyond that, I have found a community of people that for the first time in my adult life accept me for me. You see, joining TST and being an active member gives me the same spirit of church-going that I haven't had since I was a Lutheran (Excommunicated LCMS). I love the communities that I have been a part of, and in some cases help build to some small degree.

That is why I feel like I have to write YAQTSTP. So before I even begin I'll give you the TL:DR right here:

- Lawyer with ties to the "Alt-Right"

- A general dislike for how everything has been handled and explained to me since I've started having questions

. . .

Some of what I'm going to say is just general observation that I have had from taking part in Satanic interlude over the last couple days. I have read both sides of the argument with certain parts, and other parts of this might sound completely bonkers for some but again, I have noticed this activity within TST circles. I will not be using actual names or titles throughout this post as not to out anyone, there is secrecy that Satanism grants.

So, just to get it out of that way, and I can continue rambling like a madwoman, I hereby quit The Satanic Temple of NYC, The Satanic Temple of Colorado, and The Satanic

Def.'s Ex. 26 - Page 251 of 337

Temple national organization. I am by no means a spokesperson for any of the above organizations, and what I know is just what any community member knows of any of the above organizations. I have no "inside knowledge" of the workings outside of what I have seen posted online, researched myself online, and some general hearsay that I have picked up and what I have researched online.

So take what I have to say with either a grain of salt or don't read on any further if you don't wanna re-read accusations.

Ok so now that I got that out of the way, let's get going. The first part of why I am quitting TST is Marc Randazza. I understand that attorneys don't represent their clients outside of court but Mr. Randazza has repeated gone on the Alex Jones Show, said things about Political Correctness, and the families of Sandy Hook families. He also has repeatedly gone to "Alt-Right" rallies and espoused the views of his clients. Basically this man is horrible and even being associated with him brings a certain layer of social debt. If you sound like a Nazi and represent Nazis in court, you, yourself, might be a Nazi.

I completely understand a pro-bono lawyer, but to me, the biggest thing has been that The Satanic Temple/Reason Alliance has specifically fundraised off of the lawsuit against Twitter. As evidenced below:

May 30th, 2018-The Satanic Temple is suing Twitter for religious discrimination. Click here for the full complaint and click on the button below to learn more and make a tax-deductible donation to the campaign



If they're fundraising off of the legal suit against Twitter, where has the money gone? I went to go do a little bit of digging, and found nothing about the Reason Alliance's finances over the last couple of years. I searched for their Form 990 in the IRS database, and because they don't make more than $50k/year, they get to file a 990-N, basically a postcard. I also searched Charity Navigator and a couple other sites, all to basically find nothing of any use on anything Reason Alliance. Started to sound fishy to me, so I went to the Reason Alliance website, surely they've got to disclose something on there about where the money is going, and it is yet another dead end.

I started to ask around TST itself, and the only helpful response I was given was, "the money went into the general legal fund". I'm sorry, but I thought I was donating to the lawsuit against Twitter specifically if I donated to this campaign.

Then came the response (which basically amounted to mansplaining what a lawyer does) and after one of the largest chapters voted unanimously to leave, a former spokeswoman and someone I look up to very much and would someday love to have a conversation with, Jex Blackmore, spoke out against the hiring of the lawyer, amongst other issues including the lack of diversity within the leadership of TST.

When a significant portion of your membership has issues with the way something is being handled, maybe change the way you're handling it but that concept seems to be too advanced for TST. Instead, it continues to be associated with a right-wing lawyer who is absolutely reprehensible. Then when anyone asks questions, they get a very generic response or no response at all about the issue.

UPDATE: This isn't well known, but Adam Parfrey spent a lot of his adult life around fascists and Nazis. There is multiple links to fascism that can be found online, including his participation in founding the Abraxas Foundation. I first found this through Trident Antifa and a tweet here. I didn't first realize the connection between Parfrey and Lucien Greaves until I found this tweet from Lucien himself. I also found this article on SpitfireList about Adam Parfrey, Michael Moynihan, and Boyd Rice.

Since the inception of the group, it has been in close ties with someone with a long history of fascism. This has yet to be adequately addressed by the leadership.

AveSatanas

Religion     Satanism     Lawyers     The Satanic Temple     Adam Parfrey

About    Help    Legal

Def.'s Ex. 26 - Page 253 of 337

Mary Doe Speaks: Her Story — The Satanic Temple, a Case Experience

# Mary Doe Speaks: Her Story — The Satanic Temple, a Case Experience



**Ordo Sororitatis Satanicae** [Follow]
Feb 13, 2019 · 4 min read

## Reproductive Rights in Missouri

The Ordo Sororitatis Satanicae has undertaken Three Great Acts: to Witness, to Measure, and to Pronounce. Today, Mary Doe from The Satanic Temple's reproductive rights campaign contacted our order to inform the OSS that her case was dismissed as of today, but not before she herself withdrew from the case. Or rather, attempted to.

Curiously, on February 6th, 2019 Mary Doe informed TST's attorney that she no longer wanted any part of the case and was seeking to officially withdraw as plaintiff, one week later… the case was dismissed.

Being that our co-founder worked closely with Mary personally during this time as a once Temple member herself, she was able to easily vouch for Mary's identity. Mary requested our assistance in telling her story to the world.

Though our interview was brief, we asked Mary what precipitated her withdrawal, and what role TST may have played in the events that came about.

**OSS: How did you become involved with The Satanic Temple?**

**Mary:** Several of my friends were already involved with them. I found myself pregnant and couldn't keep the child. I asked a friend for help. I wasn't exactly religious. A friend recommended them. I went to their website and looked at the tenets, I loved them. My friends told me TST was looking for someone in an abortion restrictive state who was seeking abortion services.



Def.'s Ex. 26 - Page 254 of 337

EXHIBIT
49
TST Depo



Former Satanic Temple members of Missouri state they chose the name "Mary" for "what should be obvious reasons."

**OSS: What was it like trying to obtain an abortion in Missouri?**

**Mary:** There were a lot of obstacles. I had to pay for the procedure. Your OSS co-founder paid for travel and lodging out of her own pocket and from donations, but there was still an undue hardship. There was only this one clinic in the whole state of Missouri that did the procedure. I lived in Greene County which was 4.5 hours away from Saint Louis. I had to pay for food for three days, diapers, I missed work and feared losing my job. After all of it, I had to ride home those 4.5 hours with a child on my lap.

**OSS: Did you feel you were in good hands?**

**Mary:** I had a false sense of security. The Missouri Chapter was good, but this was early on. Beyond that, I didn't realize how far differing some opinions in TST went. There were anti-Semites as well as other hate-filled individuals who had found their way into TST.

I felt like I was championed pretty well at first… When it was lucrative for them and they could make money off of my case. As soon as I questioned them, they began handling things weirdly. I contacted the attorney to pull out of the case almost 3 years ago. His response was to impose a gag order on me.

I couldn't speak to anyone in TST, not even friends. I heard from no one for years.

**W. JAMES Mac NAUGHTON, ESQ.**
*Attorney at Law*
7 Fredon Marksboro Road
Newton, New Jersey 07860
Phone (732) 634-3700
Fax (732) 875-1250
wjm@wjmesq.com

Def.'s Ex. 26 - Page 255 of 337

July 5, 2016



Re: *Mary Doe V. Nixon*, *et al*, Index No. 15AC-CC00205; Missouri Circuit Court for the Nineteenth Judicial Circuit County of Cole; and *The Satanic Temple and Mary Doe v. Nixon et al*, Index No. 4:15-cv-986-HEA, United States District Court for the Eastern District of Missouri

Dear Ms. ███████

I will undertake representing you (the "Client") in the above-described actions (the "Actions"). I will, to the best of my ability and to the limits of my professional responsibility, treat your identity as a privileged communication and keep it confidential and secret.

My fees and costs will be paid by The Satanic Temple. However, in the event you terminate my services at any time and for any reason other than incompetence prior to the final disposition of either Action, you will be liable to pay me a flat fee of $1,500.

You agree that you will have no intentional contact with any member of The Satanic Temple during the course of my representation. You agree that you will not publicize your involvement in the Actions, including, without limitation, revealing your identity or your opinions related to the Actions. We agree that I will have sole authority to make or authorize publicity for the Actions or your involvement in the Actions. You understand and agree that your deposition transcript dated July 17, 2015 or any affidavits or certifications you sign in the Actions may be filed with the Court and thereby become a matter of public record.

Any disputes arising out of or related to my representation of the Client will be determined in New Jersey and the Client consents to the jurisdiction of the New Jersey courts for any such action. Client represents that she has had the opportunity to consult independent counsel regarding the execution of this retainer agreement.

Please indicate your acceptance by signing in the space provided below and returning one copy of this letter to me. This retainer agreement supersedes our prior

███████
July 5, 2016
Page 2

retainer agreement. I appreciate your confidence in me and look forward to working with you.

Sincerely,

W. James Mac Naughton

WJM:ndg

Agreed to and accepted:

Document from Mary Doe depicting her Temple banishment and gag order came at a price.

**OSS: When did you first begin to question the authenticity of TST?**

**Mary:** I had wanted to pull out of the case for some time, but I stuck with it because I believed in the tenets and in TST. But their open willingness to align themselves with the alt-right? I couldn't agree with that. I'm not ok with hate pointed in any direction.

**OSS: Can you tell us what you felt on the day of the procedure?**

**Mary:** I was anxious. Fearful. But overall what I experienced was relief. I had no regrets. I would've been financially and emotionally devastated by another pregnancy. I already have a child. This pregnancy would've impinged on my child's welfare and would've further impoverished me. I felt no loss. No guilt. All I felt was relief... that life could go on even though it was a struggle.



Planned Parenthood St. Louis, Missouri. Photo courtesy OSS.

**OSS: On February 6th of this year you notified the attorney for TST that you were withdrawing from the case?**

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 58 of 82

**Mary:** I wanted to withdraw from the case for some time, but I was stuck because I believed in the case. I think it's a convenient coincidence that their withdrawal comes just a few days after my own decision.

**OSS: Were your wishes respected? Did they allow you to withdraw from the case in 2016?**

**Mary**: I was ignored at first. I was banished and not allowed to speak to anyone else in TST. Doug (Lucien) and I had a falling out. Following that I talked to the attorney to withdraw. He convinced me to stay on board. I still believe in the case, but I don't want TST in my life.

**OSS: What would you like us to know that we haven't covered?**

**Mary:** People should question TST before they join. They aren't for gay rights, women's rights, trans rights or anything. Do your research. They are out to make a name and nothing else. They didn't care about me, I was a cash-cow to them.



Planned Parenthood Columbia, Missouri. Currently the subject of an FBI investigation regarding a recent arson attempt as a Hate Crime. Photo Google Maps.

Abortion     Missouri     The Satanic Temple     Reproductive Rights     Reproductive Justice

About    Help    Legal

Def.'s Ex. 26 - Page 258 of 337



Coatlicue — Aztec, Primordial earth goddess, mother of the gods, the sun, the moon and the stars. "Most Aztec artistic representations of this goddess emphasize her deadly side, because Earth, as well as loving mother, is the insatiable monster that consumes everything that lives. She represents the devouring mother, in whom both the womb and the grave exist." https://en.wikipedia.org/wiki/Coatlicue

# As Witness and Measure Taken, To Pronounce: The Satanic Temple — My Experience

 Ordo Sororitatis Satanicae  [ Follow ]
Aug 15, 2018 · 31 min read

*By: Nikki Moungo*

*St Louis Chapter Head (former), The Satanic Temple*

*National Council Member (former), The Satanic Temple*

*Edited 8/21/18: To reflect whistleblower's professional title, holding a PhD in Philosophy and a teacher of Ethics.*

## Preface

Def.'s Ex. 26 - Page 259 of 337

EXHIBIT
50
TST Depo
PENGAD 800-631-6989

*Let me preface this account by stating I never asked for any position within The Satanic Temple (TST). Not when I was twice asked to lead the St. Louis Chapter, and not when I was asked to play the role of National Council member. I willingly sacrificed my time, resources, finances, contacts, and, I do not regret that. The purpose of this account? Not only do my religious beliefs demand such, my conscience does as well; If it could happen to me, it can happen to you.*

*Once departed, it was my wish to fully separate myself from any entanglement or association with The Satanic Temple. This organization will not be listed on my résumé or under any account of 'personal achievements'. There is real work to be done here on what is known as "the front lines" in Missouri. The TST St. Louis Chapter left this organization in our rearview mirror and followed our own pursuits as a collective; we have about as much time to address the recent concerns surrounding the temple now, as we did at the time of our departure.*

*It saddens me deeply that I must traverse back through time, and once again experience the pain and stress this organization wreaked upon myself and my Missouri comrades. Would I classify my overall personal experience as traumatizing? Yes. Perhaps confronting the pain which arose from the three years and four months I was loyal and fully committed to my work with The Satanic Temple will finally help me sever the rotting umbilical cord once and for all. I am done. Have been done. I am tired of this. I have no 'side'.*

*I can only speak to my experience. Indeed, I have little sympathy for those who knew the facts, held the evidence, but decided to remain onboard and still got burned. I care deeply about many who are still heavily involved with The Satanic Temple. Regardless of their choice to remain attached, I've supported their efforts as individuals and recognize their noble desire to make impactful contributions. I've chosen to overlook the organization they're attached to, despite it all.*

- ***Note: For all intents and purposes, non-capitalizations on titles contained herein should be considered intentional.***

. . .

# Beginnings

My experience began with The Satanic Temple in September of 2014. During this time period, I was still deep in the throes of loss. My son experienced an exceptionally difficult anti-LGBTQIA interaction with his father's family in July of 2013. The very next day, he was found unresponsive and CPR was administered. We were not given a choice

Def.'s Ex. 26 - Page 260 of 337

Case 4:18-cv-00342-KGB Document 260-43 Filed 03/06/23 Page 61 of 82

about his life-support removal once brain death was determined by his team of physicians some 8 days later. Though I would not have elected to prolong my child's non-life in this state of non-existence, I was still there when they turned off the equipment keeping everything pumping. I was there in the little visitor room when they cremated his youthful body, the shell that once held the embodiment of my first child, just barely 21. I carry these memories with me, they are in everything I do, in his honor. The fact I have to make time for this current TST flap is infuriating and deeply insulting.

I've always been a fighter for the underdog, whom I identified with. I didn't feel I was as much worth fighting for as other underdogs were, but if trouble found me (and it did), I never made it easy for the aggressor. I've had many names and epithets thrown at me over the years: The outcast. The new girl. The rebel. Trouble. Joker. I didn't care. Grandpa taught me about Mark Twain too early. I was a "social ruination" and a target before I even got started, with a DNA set that was clearly meant to lead me into a career as a professional comedian... or into law. "Sassy" as they called it back then. Ugh. All labels I'd come to know before adolescence in the early 80's. It should come as no surprise that a person of the above-described nature would find the temple appealing. Supposedly, the temple was ready to fight, and I was born primed and ready to roll, my son's death serving (still) as an inexhaustible source of fuel for the fire.

My first interaction with the temple was while I, my comrades, and our allies were embroiled in a church-and-state battle in my hometown. I reached out to Lucien Greaves and explained our predicament. He offered to assist however the temple could.



*As it turned out, temple involvement in our fight at city hall was unnecessary. Our community showed up, and we walked away victorious with a final council vote of 6–*

Def.'s Ex. 26 - Page 261 of 337

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 62 of 82

> *2, thus foiling the local Knights of Columbus in their monotheistic pursuit of placing religious propaganda on taxpayer property.*

This win came at a time when we really needed one. Happy campers, we decided to keep our grassroots effort momentum going, forming groups and mobilizing! Meanwhile, talks continued with Lucien Greaves, and TST celebrated our local win with us. Greaves expressed deep concern to me over the oppression of MO citizens and people like my son through arbitrary systems. I shared very personal information with Lucien Greaves (and, later, co-founder Malcolm Jarry) regarding the profound impact the loss of a child had had on our lives. I spoke to my son's experience as a young LGBTQIA person in Missouri, within his school system, amongst his peers and family. I expressed my purpose.

As I explored the temple, I recognized their "Seven Tenets" as the code I was raised on (along with a fun peppering of others, like the Desiderata). The Tenets were the Humanist Manifesto's 15 theses of religious humanism, broken down and repackaged with a little Thelema-style "do no harm" thrown in. The Tenets were not new ideas, and I found them very pleasing and relatable in their modernized and condensed form. Not to mention, their final total product was impressive and aesthetically appealing: the temple's list of campaigns encapsulated every effort I was ready to — or had already — hit the ground running on. I saw the ability to encompass many forms of thought and wondered how well they would all mingle in the same pot together.

**Humanist Manifesto I - American Humanist Association**

This work has been declared by the AHA board as historic, and is superseded by Humanist Manifesto III The Manifesto is…

americanhumanist.org

As I learned about the temple, Springfield Missouri's legendary Skepticon conference was just around the corner, set for November of 2014. I and others were very curious about the temple and their founders. We conducted serious research and were inclined to be very supportive of their work. We believed in what we were doing and that we were making ethically conscious decisions. So much so, that I offered to initiate talks with the Skepticon organizers to see whether the temple founders would be interested in participating in the yearly freethinker conference. The founders relayed their potential interest, and thus talks with Skepticon organizers began. Skepticon was able to make space for Lucien to host a workshop but were understandably short on funding so close to the conference date. Once I'd offered to sponsor the temple's travel

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 63 of 82

expenses, the agreement was made, and we were bringing The Satanic Temple to Missouri! Yay! I remember that as a joyous time. It's so bittersweet now.

At the conference, the temple founders were charmingly sardonic, intelligent, and we enjoyed having the opportunity to get to know them better before deciding whether or not to "go all in." We appreciated them all the more for their imperfections. Discussions regarding a St. Louis chapter began during our conference down time. Though the founders deferred to me for the chapter head role, I declined, recommending another. We were very enthusiastic. We returned to St. Louis and formed our local chapter. The "cavalry" was coming!

. . .

# S atanic St. Louis

We had a rough start, to be sure. But… the cavalry was coming. It didn't help matters that our first chapter head already had a small legion formed against him from within the temple; whether these were "earned" attacks or not, I cannot attest to. What I do know is the attacks against him were constant, vicious, aggressive, and detrimental to our new chapter's growth. I was not appreciative. Was this the cavalry? A Facebook "*Satanic attack dog*" group? Not my style. Neither did the newly formed St. Louis chapter receive a warm welcome from the existing most active membership or fellow chapters. It was a lukewarm beginning, at best.

From our chapter formation in November of 2014 until April of 2015, we struggled to find our footing. We were approached by a young woman we would later assign the pseudonym of "Mary", and the subject of the temple's eventual reproductive rights cases. We wanted to help her. I'd been in her shoes and knew what she faced. Single motherhood, low income in Missouri? That's a story I know well, including unintended pregnancy; which is one of the reasons I later became a trained clinic escort. I knew what Mary would face at the "gauntlet" and the potential dangers the "pro-life" community of Missouri presents. Finding myself "later in life" and in a position to assist, I was happy be able to assist her in a meaningful way, and in an arena in which I had personal experience.

It was during this time we learned our (first) chapter head had tossed out the chapter manual, one our membership never even knew existed. He'd decided to disregard the handbook's contents… Surprise! Once alerted to this problem, our members quickly caught up on the newly discovered chapter manual. After our chapter head encountered

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 64 of 82

more troubling issues with taking directives from the co-founders — and now in complete understanding of chapter rules — we eventually took an anonymous survey of St. Louis membership, and it was decided we needed new leadership.

I was asked again by Lucien Greaves to lead the St. Louis chapter. I expressed some reticence, and we began discussing the pros to co-chapter head positions; the concept of shared responsibility was a definite plus. I have a full-time job and family to attend to, and, some days, grief can throw me for a loop. This was a big commitment, and I don't take such commitments lightly. Lucien Greaves suggested a person who'd ingratiated himself within our local chapter, and one I'd grown rather (mistakenly) fond of to share this responsibility with. I will refer to this person as "Donklin" throughout the remainder this personal account. The concept of a dual partnership and shared responsibilities being preferable, I accepted the offer in July of 2015. Our chapter thus continued its activities without a lapse in leadership and with two new co-chapter heads at the helm.

Our chapter engaged in many activities (many of which can still be found on the now defunct St. Louis Chapter Facebook page), including helping establish the first ever temple satellite chapter in Springfield, MO. We lectured, tabled at conferences, held monthly member meetings and events, as well as quarterly public meetings. At the end of 2015, I was asked to be a member of The Satanic Temple's National Council and accepted, along with my co-chapter head Donklin.

W hat led to our chapter dissolution and/or termination? Why either/or? Once dissolution was on the table, while our membership was voting on whether they wanted to dissolve their chapter or to keep it going and elect new chapter heads on April 24th 2017, The Satanic Temple was busy making that decision for them. Comprised of individuals who represented the Seven Tenets with a sense of duty and honor, the St. Louis TST chapter membership voted to dissolve. It was also their wish that we continue our work together in our own way. We have done so through the creation and development of the Ordo Sororitatis Satanicae.

There were many factors in my decision to leave the temple, it's not a decision you make overnight. It is also not a decision I regret. The moment it was done, the tears I cried were because I was free.



Def.'s Ex. 26 - Page 264 of 337

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 65 of 82



La Necefsidad con fu martillo fatal y fus clauos de
Diamante manda alas tres Parcas Cloto, Lachefis, y
Atropos fus hijas, que hilen fiete hilos vitales para las
vidas delos 7. Infantes, que eftan para nafcer enel eftado
de Salas y Lara, mas que los hilen delicados y cortos,
porque afsi eftaua ordenado del hado fupremo.

(1)

Necefsitas malleo fatali, clauifque inftructa
adamantinis, filias fuas Parcas, feptem parare
iubet fila, pro feptem fratribus in terra
Salas et Lara nafcituris; fed illa breuia
et tenuia, quod fic in fatis efset.

## Why I Left The Satanic Temple

**Those in Need**

After Mary and I began working together, I learned more about her circumstances. That is her story to tell, and I will not be disclosing details. Suffice it to say, as is the case with oppressed and subjugated low-income single mothers in Missouri, in early September of 2016, Mary needed help with her living situation, which had become intolerable. Again, this was territory I knew and understood personally. Her situation spoke to me deeply and was representative of too many single-parent families in Missouri.

I relayed the situation to co-founders Lucien Greaves and Malcolm Jarry, requesting temporary financial assistance from the temple to help get her safely situated and on her feet in a new city. I would guide and advocate for her with the rest until she had access to the resources and services she needed. That's how a religious community should respond, right? In a phone call with Jarry, he pledged to provide a nominal amount towards monthly housing assistance for period of 6 months once we worked out the details. Details: Mary could not apply for an apartment without 3 weeks or more worth of paystubs and a decent credit rating. Section 8 exists yet remains closed. I suggested the temple sign a corporate-type 6-month lease, preferably in a location where she

Def.'s Ex. 26 - Page 265 of 337

Case 4:18-cv-00342-KGB Document 260-43 Filed 03/06/23 Page 66 of 82

would have access to resources, public transit, reliable child-care options, and where she could afford to remain on the property once the 6-month grace period expired for continued stability.

Even though her situation continued to deteriorate, and our chapter members did all they could to assist her personally, our request for housing assistance was never fulfilled by the temple. The reasoning behind this lapse was never relayed to me. Mary sought emergency services, which are often religious based, and she relayed to me her child was forced to engage in religious education in order for them to maintain their shelter status.

> *Mary is not alone. There are many more like her here. I was once Mary. As you can see by the many "handmaids" joining hands in their hooded red robes across the state of Missouri, the "Mary's" of the past, present, and future have united.*

Despite my view of the temple and their arbitrary hierarchy, I wish Mary every success on her current litigation in our great state of Missouri.

## Undeserved Appointments

Our chapter began having issues with Donklin as soon as he officially took on the role of National Council member in the beginning of 2016. Donklin became petulant and haughty toward our local membership, who didn't understand how they'd earned his ire. He stopped attending meetings and fulfilling duties he had offered to perform, often leaving our membership in the lurch, forcing members to complete his obligations for him last minute. A times, this behavior risked our collective safety.

Later, Donklin blamed me and our membership for his own poor behaviors and spent most of his time engaging in psychodramas on the temple's Facebook group page, where the temple had its "main presence." Other council members had expressed their immense dissatisfaction with his forum activities. I reported our co-chapter head issues directly to Lucien, since there was no protocol on who to report a national council member to (if not the national council itself), and Lucien asked me what our chapter wanted to do.

We decided to ask Donklin to step down from his chapter-head position, and he resigned with barely a word, seemingly relieved the decision had been more or less made for him. He seemed much more delighted by prospective council duties. Why he malingered in his chapter-head position while making promises he had no intention of fulfilling, we have no idea. We, too, were thankful this stuck cog in our collective machinery had been removed (or so we thought).

Def.'s Ex. 26 - Page 266 of 337

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 67 of 82

It was unfortunate that the temple's executive ministry and a few other council members failed to grasp that his betrayal was to our chapter membership, claiming Donklin's transgressions and failures were instead an "interpersonal issue" between us. By not recognizing the character flaw that would keep this person from performing their national council duties in an ethical and responsible manner, the temple placed the entire organization at risk, leaving an untrustworthy, unethical, and thereby arbitrary authority figure in a position he wasn't fit to hold.

Again, with no lapse in leadership, our 3rd St. Louis co-chapter head was appointed, and Greaves deferred to my selection for appointment. I am happy to report that Gwen & I are still working closely together over a year and a half later, along with many of our original St. Louis chapter members.

# Official Complaints Registered

On November 9th, 2016, St. Louis and Springfield members were forced to enter a collective official 3-part complaint to executive ministry. Included below, are excerpts from this official complaint listed as, "*Origins Complaint 1, Claim & Summary*."

Within this complaint, examples and evidence of Donklin's misconduct claims were provided to all members of the executive ministry via email. This included a screen shot of a text conversation between the Springfield Satellite co-chapter head and Donklin, in which Donklin stated (in reference to his lack of interest in chapter duties and resignation), "*I don't give a shit about her dead kid, or trans issues.*" Here Donklin is referring to myself, my deceased child, and presumably co-chapter head Gwen and/or trans folk in general.

## Official Complaint Excerpt:

"**ORIGINS COMPLAINT 1 National Council Member Misconduct**

**CLAIM**: *A member of the National Council does not exhibit the leadership skills nor integrity required of the position.*

**SUMMARY**

*Does the non-development of an ethical code we can all agree on serve to misguidedly protect one in leadership position, who continually exhibits poor leadership & humanistic behaviors, lacking in ethics or personal responsibility, in both the official group and within what was once his own chapter?*

Def.'s Ex. 26 - Page 267 of 337

*The real answer doesn't matter. Chapter heads and other members already have the astute and correct perception that we as leadership have no system of checks and balances in place beyond the Tenets, while unaware of the multitude of problems Donklin has created in Missouri. The continued appointment of inappropriate council members will confirm their pre-existing concerns.*

*Additionally, Missouri members being fully aware that a non-deserving National Council member holds a seat and does nothing to preserve the integrity of our organization, causing loss of trust within our membership for TST as a whole. Keep in mind, all of these member issues with Donklin were presented to Executive Ministry prior to any recent "simple Facebook dispute."*

*If appropriate ethical action had been taken by acting bodies when these issues and patterns were first presented as a concern, we would likely not have had this not so "simple Facebook dispute" to contend with. Moungo, as equals and holding no authority over Donklin, did all she could reasonably do to resolve the mounting situation amicably, but could not act beyond notifying Executive Ministry and then National Council, all of whom left this to Moungo and Donklin to "work out," under the misdirection of Donklin that these were simply "interpersonal issues" between him and Moungo, and not the larger concern of the of MO membership as a whole.*

*Moungo and MO were left unprotected by National TST leadership, left under the oppressive force of a National Council member former chapter head, who was abusing his privilege while tainting the honor of his seat."*

# Temple Response?

Lucien Greaves decided it was the Springfield co-chapter head whistleblower that was the root of the problem and took issue with him, questioning his motives and intent for sharing the conversation, rather than Donklin's poor representation of his seat. Incidentally, The Satanic Temple had previously asked me to participate in their Detroit Unveiling documentary on "This Is Life" with Lisa Ling, where I spoke to our family's loss on national television; then turned around and allowed a council member to retain his seat after stating "*I don't give a shit about her dead* (gay) *kid or trans issues*," thus exposing an attitude contrary to our entire body of work; this wasn't just a "personal" insult. It was as if my son and the LGBTQIA community were valued as only a tool to be used at the temple's disposal and sole discretion.

**Ironically, the whistleblower holds a PhD in Philosophy and is a teacher of Ethics. They were acting in the best interests of the temple and their**

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 69 of 82

**dedicated membership. That the teacher of Ethics would summarily be dismissed for sharing the unethical statements of a national council member that do not reflect the temple's mission or tenets is beyond logic, reason and is inexcusable.**

After the temple decided there was no malfeasance on Donklin's part for his hurtful statement as a council member, I had to continue to work closely with this person who did not reflect the mission statement or the Tenets, and yet who was nonetheless still making decisions for chapters full of decent, hard-working people who were investing their time and money. I made a sacrifice in the face of abuse and continued my temple work for the sake of our Missouri membership, for the TST membership at large, and for an organization I knew could do better.

# Double Standards

In November of 2016, I received a request from a person in the greater Kansas City area, who was interested in starting a chapter. I began intake as per my council duties, and, after several informative interviews, on December 24th, 2016, I submitted the prospect's bio to the council and executive ministry via email. This was an exceptionally suitable chapter head and TST representative, a POC, who had worked closely with LGBTQIA youth and children in various services, one who cleared several serious background checks for a major charitable organization. After meeting this chapter-head prospect in person, the reply I received from temple leadership as to the prospect's chances of entry into temple leadership was very disturbing.

Co-founder and executive ministry member Malcolm Jarry issued a lit response, rejecting the candidate on the grounds he was a terrorist due to his involvement with "Students for Justice in Palestine" while at university. I was seriously taken aback at Jarry's inflammatory, unreasoned, and emotionally charged response. Then another council member stepped forward and bravely admitted they too were, or had previously been, involved with the same organization. This council member questioned whether the temple was prepared to remove them from their council position, or should Jarry's end-all, be-all ruling on the prospect remain in place? Though I campaigned for this wonderful candidate, the issue was simply 'case closed'. If TST hierarchy cannot hold themselves to the same standards they hold potential chapter heads to, they are unworthy of their own position. To claim this person was a terrorist is truly concerning and potentially harmful hyperbole and sets as well terrible standards for an egalitarian, decentralized governing body.

· · ·



## Final Straws

**Straw 1 —** In February of 2017, I began work on a private, sole-member, independent business venture in Topeka, KS. The project went through many incarnations, and for a brief period, temple involvement was considered and ultimately rejected. If anything, the temple could always be a potential client like anyone else, should they choose. The final business plan was completely unrelated to and beyond the purview of The Satanic Temple; nonetheless, the founders were informed of the final status of the project and never expressed to me a potential conflict of interests. I informed them because (at this point in time) they were my friends, they were talented, and I respected their opinions. While the founders expressed support for the project, they were understandably busy and/or possibly, simply disinterested, and little more was said.

Later, as the first project goal was realized, St. Louis co-chapter head Gwen excitedly shared what she could in a group by and for TST chapter heads. This was a group specifically wherein discussion beyond temple activities was (supposedly) encouraged, a

"get to know each other better" space to build comradery that was considered a "free speech, no penalty zone." The NYC chapter head, creator of the penalty-free concept for the group, turned around and submitted a bizarre, emotionally charged inflammatory complaint to the national council about my business project on April 20th, 2017, citing the post as his initial reasoning for said complaint.

The NYC chapter head raged in his grievance that I was "abusing my temple status" by promoting the project in the (penalty free by his design) chapter head group (thus assigning an arbitrary penalty with his manic sounding writ). He used the term "vaugebooking" to imply I was using the temple's religious brand to promote a project, though at no point did anyone produce evidence of such. It was an absolutely insane, barely digestible, tantrum-esque rant.

Though he stated he had no idea what the project entailed, he went on postulating heavily on several laughable and preposterously wild speculations regarding the nature and purpose of my business, even suggesting TST should be in control of the company, were they to become involved in my (personal) project. The final business plan approved by my CPA held no mention of the temple, nor any reference to my religion or any of my religious organizational attachments. At this stage, there was neither desire nor need whatsoever to include the temple in the business operations, nor to employ their brand for any purpose. We took steps to ensure that all of my private enterprises were completely separate, for very good reasons.

**S** traw 2 — Naturally, Donklin, still in his council position, chimed in on the NYC chapter head's (misinformed, enraged, and hate-filled) email. Donklin, as it turned out, had been feeding the NYC chapter head misleading information regarding my council votes and our council discussions. Failing to realize he'd been played by Donklin, the NYC chapter head mounted a campaign against me in his zealous email, one it seemed Donklin had been waiting for. What followed was rabid, extremely disturbing, disgusting, and inexcusable.

Though I was one of the few TST position holders who *did not* do so, Donklin jumped right in on the contrived accusation train with his own, claiming I was "***opportunistically using TST as a platform for your personal endeavors,***" though he was unable to adequately demonstrate how I was supposedly going about it. This wasn't the first board table I'd sat at, but this? This was the grossest display of boardroom behavior I'd ever personally witnessed over the course of an email chain. I cautioned the temple to get their attack dogs in line and vowed that I would protect my investment with legal counsel if needed.

Def.'s Ex. 26 - Page 271 of 337

Despite the fact that I had made it absolutely clear that my private business venture was beyond their implied purview, council members Donklin & Stevens persisted in issuing baseless accusations that I was attempting to advance myself and my private enterprise using the temple brand, condemning a project they claimed to know little about, while continually failing to accurately demonstrate how this had occurred.

Lucien eventually requested everyone stop and that we discuss the chapter head's complaint email later. Yet Donklin and Stevens continued to carry on as if no directive had been issued. Stevens later issued a tone-deaf demand to see my business plan, financial records, and other documents pertaining to my private legal enterprise.

My track record speaks for itself, long before I encountered TST. I do not now, nor have I ever needed TST to promote any of my outside efforts or businesses. Not a single one. Neither would my projects be of a nature to bring shame upon my deceased son, my home, my comrades, my businesses, or the temple itself.

*Why would the temple, a collection of self-described individualists, stand in the way of an individual philanthropic pursuit that had absolutely nothing to do with them? I suddenly felt like I was dealing with evangelicals. Next, they'd be demanding a sample of my bodily fluid and the contents of my bank account, or so it seemed. It was extremely invasive, as well as abusive and without respect to my autonomy, privacy, or dedication to and fulfillment of my temple work.*

S traw 3 — From the beginning of this bizarre, far from professional interchange, I stated I would defend my private, non-TST-related venture with legal counsel when and if necessary, so as to protect it from the authoritarian overreach of The Satanic Temple and members participating in potentially libelous behaviors. The response from national council member Donklin on April 21st, 2017, when I dared to protect myself and my company? I was a *"bloodsucking opportunistic piece of shit,"* though no demonstrable evidence of this existed or had occurred.

Donklin's rant continued, ever increasing in vitriolic fervor:

*"Mkay pumpkin. Speaking of vicious attacks, you're the one threatening to sue people over... what exactly? I can't figure it out. Maybe your brain tumor is acting up again, better get that checked out. Or maybe it's the PTSD talking. Go smoke a bowl, that'll fix everything. I wonder what Child Services would think about all the drugs and guns in your house. Is there enough there for a felony charge with intent to sell? Maybe we should find out."*

A threat to "swat" my family with bogus allegations aimed at an already grieving household. Inconceivable and intolerable from an "empathetic and compassionate" organization I'd made serious contributions and upheld every commitment to. Mind you, this threat was allowed to stand with absolutely no censure from The Satanic Temple. Why? Because I stated I would retain legal counsel if the attacks from temple members did not cease and desist? Or, maybe it's because cronies protect their own, no matter if threats against women and children have been issued. My husband and child are black; threats to weaponize the police against my home is an act of intimidation and cowardice. The silence of the temple in the face of Donklin's vile harassment is telling and speaks to me of their complicity.

S traw 4 — National council member Greg Stevens chose not to respond to the threats against myself and family, instead responding, "*Secondly, in these emails Nikki is already speaking as though she is not a National Council member: talk of lawsuits, tyrannical over-reach, a lot of "you" and "them" with no sense at all of "we". To me, the lawsuits are the biggest deal here. Everyone gets emotional sometimes, everyone makes mistakes. But if you can't take an attitude of trying to work with the team that you are on, and worse if you repeatedly make legal threats, then you are already de facto not part of the team.*"

Yes, you heard that right. I'm expected to "work with a team" who hosts a member that made it clear he doesn't give a shit about a dead gay kid or trans folk issues. One lacking honor and integrity. One who issues threats against my family, jokes about my brain tumor. One giving misinformation to chapter leaders. One who gossiped and conspired against his own chapter. One who made baseless accusations about my abusing the temple brand…and I'm the dick with a bad attitude.

I'm the problem according to Stevens, for failing to take this kind of bullshit. I am not allowed to defend my family, my livelihood, my financial or business records from the temple, and if I'm forced into a defense position by unethical and aggressive temple male-member hierarchy, it *only then* becomes "me vs. them." How utterly ironic and hypocritical, considering Donklin's statements and actions were consistently entirely antithetical to the (supposed) mission statement of TST:

> "*The mission of The Satanic Temple is to encourage benevolence and empathy among all people, reject tyrannical authority, advocate practical common sense and justice, and be directed by the human conscience to undertake noble pursuits guided by the individual will.*"

More from Stevens: "*Finally, if I had seen this as a proposal, and without any more information than i have now, I would have voted against it, for reasons well-*

Def.'s Ex. 26 - Page 273 of 337

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 74 of 82

*articulated by Donklin.*" So, the threat-lobbing council member who doesn't care about dead gay kids or trans folks issues is at least, "well-articulated." Were Donklin's threats and harassment also well-articulated? Stevens would vote on something he admitted knowing nothing of, and all based on the fragile charges of unethical council member Donklin, and a chapter head who was known for maniacal rants with a penchant for drama?

Furthermore, why would I submit a proposal for a private enterprise unrelated to TST or any sensitive personal documents financial or otherwise to The Satanic Temple's national council? To the very council erroneously hosting an egregiously unethical member like Donklin, when Missouri couldn't even trust him with our most basic chapter business?

After all of this, not once was I provided any evidence of how I was abusing my temple position for shameless self-promotion. Dare I say: projecting?

S traw 5 — Not one council member could be bothered to decry these statements, though a few attempted flaccid deflections. The attack against me continued all the same. As far any misinformation by Donklin? Lucien responds: "*However, we have also been, generally, pro-transparency, and I don't believe we've had a strong understanding about what we do and do not talk about in regards to what takes place in National Council meetings. As pissed as I am that on a few occasions I've had people crying to me about discussions they have no place in, I also recall that we've had discussions that indicate a philosophy of conveying the meeting's contents to relevant parties immediately following those meetings. Agenda item: What is and is not proprietary (for NC only) in National Council meetings*"

As to knowledge of my project, Lucien stated "*I am aware of it, and it is my understanding that it is a private venture that was viewed as holding potential for TST-related actions/projects.*"

That was the extent of his 'defense'. Though Lucien stated the founders knew of the project and did not announce any protests to it, he made little-to-no objection to the previous or continued onslaught. Lucien seemed to be stuck on the concept that I would hire legal counsel to protect myself from this aggressive attack on my person, family, and private business, rather than address the brazen threats and undeserved attacks. There was no cavalry.

S traw 6 — Our chapter sent Jex Blackmore an email on April 24th, 2017, relating the above events as the reasons for St. Louis' departure from The Satanic Temple.

Def.'s Ex. 26 - Page 274 of 337

Her absence had been noticed and her input long past required, though she supposedly had access to the council/ministry emails. We did not receive a response but would have very much appreciated her insight and assistance with a council and ministry run seriously amok. I cannot speak to why the few female council members still active and remaining did not speak up during the final attack episode, nor do I wish to wonder why they would dishonor their council seat, or feminism for that matter. There was no more honor.

*After withstanding wild accusations from one enraged unpredictable male chapter head, one unethical and aggressive male council member who employed intimidation tactics, a tone-deaf ignoble male council member who kept babbling on about business plans that were none of his business, limp responses full of self-concern from co-founder Lucien and on behalf of the temple's executive ministry with no responses from co-founders Jarry or Jex: I concluded that the system had broken down. Executive ministry was beyond reach and unwilling to address the absurd attacks in an appropriate and timely manner. At this point, the temple was so far beyond repair, I was unwilling to waste any more valuable time towards its potential restoration.*

.   .   .



Def.'s Ex. 26 - Page 275 of 337



## An Ironic Aside

The first issue I brought to the national council were my concerns over serving as both a chapter head and a national council member. These concerns were entered into our first-ever meeting minutes as the very first order of discussion from 3/5/2016 as: "**There was discussion regarding chapter heads that are also National Council members, and whether there was a possible conflict of interest. Doug suggested that National Council members who are also chapter heads recuse themselves from voting if a vote affected their chapter; council agreed.**" It was odd that dual roles had suddenly become an "issue" only *after* I pushed for a system of council checks and balances via a basic bona fide agreement between the National Council and Executive Ministry, and again when we made an official complaint on behalf of St. Louis and Springfield satellite chapters against Donklin, and yet again when our chapter began seriously discussing dissolution.

Oddly, none of the members (in attendance) of this final fiasco council could seem to remember that I'd posed this as potential conflict from the very first council meeting and submitted as the first-ever council discussion topic, even though I'm looking at the official minutes as I type this. Whereas prior, during our initial discussion, it was decided that having insight into chapter function was considered a plus in being an effective council member, as you'd have an experienced perspective on chapter operations and the issues chapters face. The council also wanted the option to submit their own event proposals for chapters to (I assume electively) participate in, while I felt it was best to have only chapters voting on and creating proposals to submit to the council for approval, as chapters knew their individual regions, resources, needs and abilities best. Who would vote on council proposals? The council? If the national council

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 77 of 82

was going to make proposals, why have chapters? I much preferred a decentralized structure, but the council was assuming and hoarding more power for themselves, with some council members openly abusing it.

.   .   .

# Repercussions: Lies & Loss

Donklin was reportedly removed from his position in July of 2017, nearly 8 months after Missouri TST's initial, formidable complaint from both chapters, which contained compelling evidence and was ignored by the council and "ministry". However, I cannot attest to the veracity of this information, if he was removed at all, or under what circumstances. If so, his possible removal was much too late for our former chapter members, and quite possibly for the temple itself. I have no idea why the temple would leave unsavory characters in positions of hierarchy and knowingly allow them to exert tyrannical rule. That would be for the founders to answer. I, for one, am no longer interested in any excuses they might have to offer.

Bigger losses existed here than were previously mentioned. Lucien was (like) a brother to me and a friend to my children, who looked up to him like a cool uncle. Or rather, he let us believe that. After the attack and St. Louis' quick and quiet departure, I lost many "friends" through gossip-mongering, and had my name continually dragged through the mud by people I'd genuinely loved. This is one of the many reasons why our Ordo is private. Quite simply, the work we do and community we share based on our shared values isn't something one can just click online to state they're a member of, nor act on behalf of. We've learned. Trust shall be gained. Checks and balances are needed.

.   .   .

# Post Departure: Insult to Injury

Long after St. Louis' departure from TST, suddenly the temple decided to activate the Springfield satellite chapter to full chapter status, just as activity in the Mary case began anew, even though they'd continually denied Springfield "full chapter" status. After St. Louis' departure, members in Springfield decided to stay in the ring. At one point in time, I threatened to quit TST over the council's constant ignoring of (or refusals to allow) Springfield's full chapter status request. A temple member who goes by the pseudonym "Chalice" misinformed Springfield that I had blocked Springfield's attempts

Case 4:18-cv-00342-KGB    Document 260-43    Filed 03/06/23    Page 78 of 82

to become a full chapter. Springfield TST members were also instructed to cease contact with me. What consequences they faced for failing to do so, I have no idea.

Not only were we left holding the bag in Missouri where Mary's case was ongoing, but temple members spreading verifiably false rumors about me and my intentions amongst my own friends and allies here in Missouri was petty and unconscionable. Our reproductive rights in Missouri are very much *our* concern, and temple psychodramas with 'Satanic internet troll gossip machines' are antithetical to *our* progress here.

. . .



# Of Lawyers & Ethics

I have no personal issue with the temple's choice of lawyer at face value, as no doubt my own family attorney has represented those of questionable character and law breakers: that's his job. All persons deserve fair and equal representation under the law — even scumbags. I seriously doubt my attorney attends client events such as White Nationalist Separatist functions. However, I wouldn't retain his services if he did.

Def.'s Ex. 26 - Page 278 of 337

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 79 of 82

Conversely, I also understand the desperate plight of the subjugated and oppressed, not that the male founders of The Satanic Temple represent either. Yet, to those under the iron fist, pro-bono counsel is a bona fide fucking unicorn, one for which you roll out the red carpet. It costs big bucks in billable hours to defend your so-called freedoms. From my perspective, it's difficult to buy the hard sell of the temple dispute over their choice of attorney as being the sole (or even primary) reason for the temple's most recent splits. Though that is what the press seems to be the most focused on, it's really the least of the temple's worries from where I'm standing.

# On Temple Funding

I have no knowledge of what The Satanic Temple does with funding received or income from merchandise. Having neither requested nor received payment from The Satanic Temple, nor been given access to any tax returns or financial statements, I simply have nothing upon which to base any substantial speculation. However, as an experienced bookkeeper, I witnessed nothing that would qualify as adequate statements for circulation among the council or to the public. Though I cannot claim malfeasance in this matter (lacking access to the records), I find the lack of visibility on event expenditures and earnings unsettling and an odd practice. I did request summary financial information and suggested it be made public on their website as a transparency commitment to donors, whether or not it was required. My requests and suggestions were ignored.

·   ·   ·

# Afterthoughts

I still contend Outcasts forming their own communities of bright, well-meaning and motivated individuals with shared ideals holds serious potential and is more than just a darkly romantic notion. Do good. Do it together *and* do it when alone. For the good of the whole is for your good, too. You can do good and still get yours, while keeping in mind "getting yours" is not an honorable achievement when done at the expense of others.

I am saddened for my friends remaining within the temple's grasp, as well as that The Satanic Temple did not take the time between the St. Louis chapter's exit to implement any structural improvements for the organization. A year and a half now, the same complaints are still circulating. If it is too difficult to represent the Sixth Tenet, *"People are fallible. If we make a mistake, we should do our best to rectify it and remediate*

Def.'s Ex. 26 - Page 279 of 337

Case 4:18-cv-00342-KGB   Document 260-43   Filed 03/06/23   Page 80 of 82

*any harm that may have been caused*", perhaps you should not represent anything. Patterns. Repeated often enough, patterns become writing on the wall, yet many will still choose to ignore the writing posted boldly there.

I **Know Who I Am**

Those who would poison the well would have you believe I'm either crazy, an enormous bitch, a complete failure at my chapter and/or council work, or whatever other disprovable contrivance, all in attempt to hide their own failings. How sadly typical. If I am anything, I am fair. I am generous. I make every attempt to honor the code I was raised on and the Seven Tenets their re-creators dismiss. I have been doing nothing but working my ass off to make the world somewhat more bearable for those like my son since my departure from this organization.

Though Jex and the LA & UK chapters will seek and likely receive vindication, their validation of our experience from a year and a half ago makes little difference to myself or former St. Louis membership now, as the damage has already been done. There is no vindication for us, and I do not seek your sympathy. I would now like very much to be left to continue our work in peace, along with my comrades who genuinely understand the degrading and further eroding conditions here in Missouri.

.   .   .

T he writing of this record forced me to traverse through a mountain of old emails and documents, the memories emerging still sharp and clear as glass. Though the writing of this record has inflicted additional pain I had hoped to leave behind me, I am putting this record to print per my deeply held religious beliefs within the Ordo Sororitatis Satanicae, as the writing and public declaration of this record are a matter of our sacred religious principles and ideology put into practice:

- The Ordo Sororitatis Satanicae *"First Great Act"* is to Witness.

- The *"Second Great Act"* is to Measure; to evaluate the words and deeds of any political act or social mover, especially theistically motivated oppressors in positions of power.

- The *"Third Great Act"* is to Pronounce; to issue and publicize that evaluation so that each misguided, egregious form of harm they have inflicted (or attempt to inflict) is common knowledge.

There. I have performed all Three Great Acts per my personal and religious code with this one writ.

I am done with it. Do with it what you will.

While the male Satanic community bickers amongst themselves over who shall remain the edgiest among them all, our Missouri Lilituan Satanic Sorority has work to do and sacred duties to perform.

*May science and reason always triumph over myth and superstition. Ave Lilitu!*

Irreverently,

Nikki Moungo

Dame Sister & Tribune Mother

Ordo Sororitatis Satanicae



Moungo, delivering a Lilituan Invocation at the Missouri Capitol on 5/18/2018.

View Invocation: https://www.youtube.com/watch?v=xb3p6HK5ZeI&t=12s

http://www.newstribune.com/news/missouri/story/2018/may/18/alternative-religious-group-holds-dedication-capitol/726849/

Case 4:18-cv-00342-KGB Document 260-43 Filed 03/06/23 Page 82 of 82

Reproductive Rights     Religious Freedom     Missouri     Honor

About    Help    Legal

Def.'s Ex. 26 - Page 282 of 337