Case 4:18-cv-00342-KGB   Document 260-44   Filed 03/06/23   Page 1 of 55

# The New York Times

BELIEFS

# A Mischievous Thorn in the Side of Conservative Christianity

**By Mark Oppenheimer**

July 10, 2015

NORTHAMPTON, Mass. — It is hard to know what to hope for when meeting a couple of Satanists. Horns? Sulfurous fumes? Faint strains of organ music? But when they sit down in an organic food cafe and order plates of fettuccini Alfredo, it's hard to take them seriously as worshipers of the Dark Lord of the Underworld.

Nevertheless, the men who call themselves Lucien Greaves and Malcolm Jarry — pseudonyms for the two co-founders of the Satanic Temple — have done more for the Satanic brand than anyone since Anton LaVey, the San Francisco carnival worker who wrote "The Satanic Bible" (Avon, 1969). With only a website, some legal savvy and a clever way with satire, the two Bostonians' new, mostly virtual religion has become a sharp thorn in the brow of conservative Christianity.

Their religion, or anti-religion, has about 20 chapters and 20,000 Facebook followers, they say. With no full-time staff, the Satanic Temple has in three years achieved the kind of social media exposure usually reserved for pets in distress.

Last month, the Satanic Temple claimed victory after a court ordered that a monument to the Ten Commandments be removed from the Oklahoma Capitol grounds. Although the Satanic Temple was not a plaintiff in the lawsuit, they say their plan to place a statue of Baphomet, a goat-headed deity of occult legend, beside the monument, on freedom-of-religion grounds, may have forced the court's hand.

In April, the Satanic Temple used a crowdsourcing campaign to raise $800 for a rural Missouri woman's trip to St. Louis, to have an abortion. As legal restrictions have forced other clinics to close, the St. Louis clinic is the last abortion provider in the state

EXHIBIT
55
TST DEPO

Case 4:18-cv-00342-KGB   Document 260-44   Filed 03/06/23   Page 2 of 55

And in 2013, the Satanic Temple achieved notoriety for its "pink mass," enacted at the grave site of the mother of Fred Phelps, founder of the notorious Westboro Baptist Church. The ritual, involving same-sex couples kissing, was described on the Satanic Temple website as having turned Mr. Phelps's mother "gay in the afterlife."

Def.'s Ex. 26 - Page 284 of 337



The Satanic Temple's clay sculpture of Baphomet, which was used successfully in a lawsuit filed in Oklahoma. Mark Porter and Jessie Wakeman, via Associated Press

Def.'s Ex. 26 - Page 285 of 337

Case 4:18-cv-00342-KGB    Document 260-44    Filed 03/06/23    Page 4 of 55

Mr. Jarry, a 48-year-old filmmaker, musician and academic, agreed to speak on the condition that I not use his real name. He does not actually believe in Satan, he said. But long ago he imagined the potential effectiveness of a Satanic organization.

"The first conception was in response to George W. Bush's creation of the White House Office of Faith-Based and Community Initiatives," said Mr. Jarry, who was raised by irreligious Jews. "I thought, 'There should be some kind of counter.' " He hit on the idea of starting a faith-based organization that met all the Bush administration's criteria for receiving funds, but was repugnant to them. "Imagine if a Satanic organization applied for funds," he remembered thinking. "It would sink the whole program."

That idea percolated until 2012. At an event at Harvard, Mr. Jarry, who was taking graduate classes there, met the man who became "Mr. Greaves," a man who, when not participating in Satanic Temple activism, is often called Douglas Mesner. He is now 39 years old and says he "does some odd jobs" for a living. Mr. Jarry and Mr. Mesner bonded over a shared distaste for organized religion and an inclination to fight back with mischief.

At the time, Florida's governor, Rick Scott, was pushing a bill to allow voluntary prayer at public school functions. After the bill passed, the two traveled to Florida to make their feelings known.

"So we created this mock rally in support of Rick Scott," Mr. Jarry recalled, "where we were coming out to say how happy we were because now our Satanic children could pray to Satan in school."

Mr. Mesner stood behind Mr. Scott on the steps of the state Capitol, holding a banner proclaiming, "Hail Satan! Hail Rick Scott!"

At the time, the name associated with the Satanic Temple's email account was "Lucien Greaves." When it became clear that the news media would want to interview someone from the organization, Mr. Mesner adopted Lucien Greaves as his pseudonym. In 2013, Vice magazine outed Mr. Greaves as Mr. Mesner, and since that time he has answered

Case 4:18-cv-00342-KGB   Document 260-44   Filed 03/06/23   Page 5 of 55

to both names — although in fact, "Douglas Mesner" is also a pseudonym, one he has used for many years. He, too, asked that his legal name not be published, to prevent threats to his family.

Mr. Mesner insists that his attraction to the Satanic label is not just opportunistic. Although he, like Mr. Jarry, is an "atheistic Satanist," meaning that he no more believes in a literal Satan than he does in a literal God, he finds special meaning in Satanism, which represents to him the solidarity of outsiders, those judged and excluded by the mainstream.



Mr. Jarry, left, and Mr. Greaves of the Satanic Temple in front of Memorial Hall on Harvard University's campus where they planned to stage a satanic "black Mass" last year.
Shiho Fukada for The New York Times

As a child in the 1980s, Mr. Mesner noticed how suspected Satanists were accused of inciting child abuse and how Satanic music was considered a culprit in juvenile delinquency.

Def.'s Ex. 26 - Page 287 of 337

Case 4:18-cv-00342-KGB   Document 260-44   Filed 03/06/23   Page 6 of 55

"And as a kid, in the midst of that, you are playing Dungeons & Dragons, listening to certain music, and you wonder, 'What is Satanism?' " Mr. Mesner said. "And you find it to be this syncretism, this amalgam, and it's something you can't walk away from. It's not arbitrary to us. It's a way of celebrating an outsider status, to look where other people won't, to look for the obscure, the bizarre, the anomalies. To see the beauty in the ugliness."

The Satanic Temple's founders do not believe in tax exemptions for religious organizations, so have not asked for one; they also refuse to say what the Satanic Temple's budget is. The organization has seven fundamental tenets, which the founders say are a work in progress, subject to change.

"It could be eight tomorrow, it could be six," Mr. Jarry said. The tenets include humanistic statements like "One's body is inviolable, subject to one's will alone" and "Beliefs should conform to our best scientific understanding of the world. We should take care never to distort scientific facts to fit our beliefs."

Satanic Temple plans include the ultimate in strait-laced, law-abiding activism: lawsuits. It is looking into using the Religious Freedom Restoration Act to oppose abortion waiting periods, claiming that it violates Satanic doctors' belief in the sanctity of good science.

And they are looking for plaintiffs, willing to identify as Satanists, who will file suit against public schools' use of in-school isolation and deprivation of bathroom access. Such punishments "are physical or psychological abuse," Mr. Mesner said, "which violates the Satanic Temple principle of sovereignty of body and mind."

The two Satanists are also trying to figure out what to do with their statue of Baphomet, by the sculptor Mark Porter, since they no longer plan to place it on the grounds of the Oklahoma Capitol. It was to be unveiled on July 25 at a theater in Detroit, but under pressure from Christian activists, the theater has withdrawn its permission. Which is the kind of oppression that Mr. Mesner has come to expect will be visited on his kind.

"We've been talking a lot of comedy," Mr. Mesner said, "but I genuinely feel this is every bit a religion — this cultural identity, this narrative that contextualizes your life, your works, your goals. And you have these deeply held beliefs, that if they are violated, it compromises your very self."

mark.e.oppenheimer@gmail .com; Twitter: @markopp1

A version of this article appears in print on July 10, 2015, on Page A17 of the New York edition with the headline: A Mischievous Thorn in the Side of Conservative Christianity

Def.'s Ex. 26 - Page 289 of 337

Case 4:18-cv-00342-KGB   Document 260-44   Filed 03/06/23   Page 8 of 55

# TIME

## Hundreds Gather for Unveiling of Satanic Statue in Detroit



The bronze monument was unveiled by the Satanic Temple in Detroit on July 25, 2015   Matt Anderson

BY **NASH JENKINS**

JULY 27, 2015



EXHIBIT

56

TST DEPO

A little before midnight on Saturday, a crowd of around 700 gathered in an old industrial warehouse a few blocks from the Detroit River for what

Def.'s Ex. 26 - Page 290 of 337

they'd been told was the "largest public satanic ceremony in history." Most of them professed to be adherents of Satanism, that loosely organized squad of the occult that defines itself as a religious group. Others came simply because they were curious. After all, Satanists exist in the popular psyche as those who casually sacrifice goats and impregnate Mia Farrow with Lucifer's child; if this ceremony was indeed unprecedentedly big, who knew what could be in store?

**Read more:** *The Evolution of Modern Satanism in the United States*

The reality of the event — and of the contemporary Satanic movement at large — was tamer, and, if the Facebook pictures speak the truth, harmlessly festive: a cross between an underground rave and a meticulously planned Halloween party. They were there to publicly unveil a colossal bronze statue of Baphomet, the goat-headed wraith who, after centuries of various appropriations, is now the totem of contemporary Satanism. The pentagram, that familiar logo of both orthodox Satanists and disaffected teens, originated as a rough outline of Baphomet's head.

The statue itself is impressive: almost nine feet tall, and weighing in at around a ton. The horned idol sits on a throne adorned with a pentagram, but it is the idol's wings, and not his chair, that curiously evoke the Iron Throne from a certain celebrated HBO fantasy series. He has the jarring horns of a virile ram but the biceps of a guy who lifts four or five times a week. His legs, which are crossed, end not in feet but in hooves. It might seem more menacing if not for the two bronze-statue children standing on either side of him — a girl on his left; a boy on his right; both are looking up at him earnestly.

"Baphomet contains binary elements symbolizing a reconciliation of opposites, emblematic of the willingness to embrace, and even celebrate differences," Jex Blackmore, who organized the unveiling, told TIME late Sunday night. In a sense, the statue is a stress test of American plurality: at what point does religious freedom make the people uncomfortable?

Def.'s Ex. 26 - Page 291 of 337

# Get The Brief.

Sign up to receive the top stories you need to know right now.

> Enter your email address

> Choose your country ▼

☐ I can confirm I have read and accept the Terms Of Use.

> **SIGN UP NOW**

You may unsubscribe from email communication at any time. See our Privacy Policy for further details.

Blackmore directs the Detroit chapter of the Satanic Temple, one of the few coherent organizations in a field that's otherwise disorganized and dogmatically nebulous. The Satanic Temple has chapters in Florida and Finland, in Italy and Minneapolis. Its headquarters are in New York, but the Detroit office is its first and largest outpost. Blackmore — who, by the way, uses a pseudonym for safety reasons — grew up in the Detroit metropolitan area and returned to the city to work with the Satanic Temple after attending a lecture on Satanism at Harvard.

| SPOTLIGHT STORY |

## Kobe Bryant Had a Singular Impact on His Game and the World

Bryant died in a helicopter crash near Los Angeles on Sunday, along with his daughter Gianna

Def.'s Ex. 26 - Page 292 of 337



Asked whether her group is a religious organization (or rather an anti-religious organization) she explains that it's less of a church and more of an affinity

Def.'s Ex. 26 - Page 293 of 337

group, built around what she repeatedly refers to as "Satanic principles." It's not the dogma you might expect. To quote from the group's website:

*The Satanic Temple holds to the basic premise that undue suffering is bad, and that which reduces suffering is good. We do not believe in symbolic "evil."*

Most vitally, though, the group does not "promote a belief in a personal Satan." By their logic, Satan is an abstraction, or, as Nancy Kaffer wrote for *The Daily Beast* last year, "a literary figure, not a deity — he stands for rationality, for skepticism, for speaking truth to power, even at great personal cost."

Call it Libertarian Gothic, maybe — some darker permutation of Ayn Rand's crusade for free will. One witnesses in the Satanic Temple militia a certain knee-jerk reaction to encroachments upon personal liberties, especially when those encroachments come with a crucifix in hand. The Baphomet statue is the Satanic Temple's defiant retort *du jour.*

"We chose Baphomet because of its contemporary relation to the figure of Satan and find its symbolism to be appropriate if displayed alongside a monument representing another faith," Blackmore said.

The monument she refers to is a six-foot marble slab engraved with the Ten Commandments, controversially situated on the grounds of the Oklahoma State Capitol. In 2012, state representative Mike Ritze fronted $10,000 out of his own pocket to have the marker installed in the shadow of the capitol's dome, prompting the ire of those who believed it flagrantly violated the separation of church and state. The American Civil Liberties Union sued the state of Oklahoma; the Satanic Temple fought fire with fire. If the Christians could chisel their credo onto public property, the argument went, why couldn't they?

The state didn't agree, and rejected the Satanic Temple's petition to place Baphomet's statute on legislative property. The point is now moot, though: a month ago, the Oklahoma Supreme Court ruled that the Ten Commandments

monument violated the state constitution, a judgment that will probably stick in spite of an obstinate governor.

It seems there are battles left to fight, though. A Detroit pastor described the unveiling of the statue as "a welcome home party for evil." A Catholic activism group in the city actively encouraged people to attend mass at a local cathedral to speak out against the statue — a pray-in, if you will. Meanwhile, Arkansas Governor Asa Hutchinson recently signed a bill that will put the Ten Commandments on a similar monument on the grounds of the State Capitol in Little Rock. The Satanic Temple may be planning a road trip.

*Read next:* *Preaching Pope Francis's Politics May Be the Key to Becoming President*

*Listen to the most important stories of the day*

## MOST POPULAR ON TIME

**1**   Coronavirus Death Toll Rises to 170 in China

**2**   Some Patients With Wuhan Coronavirus Only Show Mild Symptoms. Here's Why That's a Problem

**3**   We Can Only Process Kobe Bryant's Death by Being Honest About His Life

**CONTACT US AT** EDITORS@TIME.COM.



Def.'s Ex. 26 - Page 295 of 337



# broke-ass stuart

**you are young, broke and beautiful**

LITTLE ROCK, AR:
IF YOUR CAR IS OVER 3 YEARS OLD, WE HOPE YOU KNOW THIS RIDICULOUSLY EASY TIP

TAP YOUR AGE     18-25     26-35     36-45     46-55     56-65     65+

EVERQUOTE

## THE SATANIC TEMPLE OF NYC IS FIGHTING FOR YOUR LIBERTY AND YOUR UTERUS

**22** NOV 2016        **LAURYN PETRIE - NYC EDITOR**

♡ 5      ⌣ 9



That's right. Satan has come to Gotham, and I'm not talking about a comic book premise.

We use cookies to ensure that we give you the best experience on our website. By using this site, you hereby agree to our Contrary to common misconceptions, The Satanic Temple doesn't actually worship the devil (or any deity for that matter), or even believe in Satan. So why put such a theologically controversial



figure in the title of the organization? What DOES The Satanic Temple do? And why has their membership skyrocketed after the election? Well, I didn't have to brave fire and brimstone to get my answers. Just Brooklyn.

I sat down with two delightful and articulate young men who represent the NYC Chapter of TST, and one of them wasn't even wearing black.

**Why do you think TST is attracting such a large and diverse group of people right now?**
**TST**: *It's the same reason that you have the religions now that are popping up like The Jedi Church, or the Church of the Flying Spaghetti Monster, and Dudeism. There are all these people looking for communities that match their aesthetics and interests for cultural cohesion and shared values that aren't necessarily about the worship of a deity. That being said, we are a serious religion, an atheistic one, but a religion nonetheless.*

**What are some of the secular and political actions that The Satanic Temple is undertaking?**
**TST**: *The Satanic Temple is a staunch supporter of civil rights, LGBTQ rights, religious freedoms, cultural rights, woman's reproductive rights, and individual liberty.*

*One of our biggest initiatives right now is the reproductive rights campaign in Missouri, which is challenging entirely arbitrary waiting periods for woman who want to have a legal abortion and are told that they have to wait a certain amount of time, and have to read certain anti-abortion literature. There's absolutely no medical or scientific need for that. It's strictly so that woman have a harder time getting into clinics with the hope that they'll have second thoughts after reading all the propaganda.*

**How is The Satanic Temple fighting this?**
**TST**: *Lawsuits. Suing the state of Missouri for example. And you can find more information on the status of all the ongoing lawsuits and what we're doing in that arena here:*
https://religiousreproductiverights.com/

You may have heard about the 2014 efforts of The Satanic Temple to have a Baphomet statue displayed alongside the Ten Commandments Monument at the Oklahoma State Capital. Eventually, the Ten Commandments Monument was removed so The Satanic Temple backed off. Although in 2015, the Detroit chapter of TST did unveil the monument amidst much religious protest and heavy news coverage.



We use cookies to ensure that we give you the best experience on our website. By using this site, You hereby agree to our cookie policy.

Def.'s Ex. 26 - Page 297 of 337

The Satanic Temple of NYC Is Fighting For Your Liberty and Your Uterus - Broke-Ass S... Page 3 of 14



**TST**: *The Baphomet sculpture is about this... if you're going to allow the Ten Commandments to be on* public *ground, you need to open it up to everyone with* a different belief system. *The hope is that they'll just take down the Ten Commandments Monuments.*

Some people think there is more than one sculpture. There is only one completed Baphomet monument, and it's in Salem, MA. But, it might end up at the Arkansas State Capital.

*A lot of people see this as just elaborate trolling. Unfortunately, the term "trolling " is only pretty much a negative thing these days. But there was a day and time when there was a positive aspect to it, and this would be an example of that. Yeah, we have serious goals here, but we're taking an unusual route to accomplish those goals. Theres defiantly some humor taken to extreme levels by building a giant sculpture of Baphomet and then saying we want to put this on the State Capital in Oklahoma and Arkansas, or you can take down your Ten Commandments monument, or you can let everybody have one. Muslims, Hindus, Pagans, The Flying Spaghetti Monster, etc. Any recognized religion should have the right to a monument of some kind on state grounds. If one can, everybody can.*

Personally, I would love to see an ornate Flying Spaghetti Monster sculpture complete with a liquid fountain of never-ending marinara sauce.



We use cookies to ensure that we give you the best experience on our website. By using this site, you hereby agree to our
cookie policy.   Accept    Cookie Policy

The Satanic Temple of NYC is Fighting For Your Liberty and Your Uterus - Broke-Ass S...Page 4 of 14



Satan is also getting into some after school action with The Satanic Temple's "After School Satan" program. I imagined a lot of learning how to headbang to Slayer correctly, and how to draw a perfect pentagram. It turns out, my heavy metal fantasies are completely inaccurate.

**TST**: *The goal of "After School Satan" is to present a balance against "The Good News Club" which is done by the Child Evangelism Fellowship. Which just takes kids and making them terrified of hell at an early age. They don't just hold a Christian after school club, they evangelize very heavy-handedly under the guise of helping parents who need their kids to have some after school programs. It's supposed to be good for the kids, and they get better grades, and it looks all happy. But if you look at their actual training materials, it's pretty ugly stuff. They start out by telling the children between the ages of 4 and 12 that if they sin, they will be separated from God for life. Often in low-income areas where an after school program really does help parents, "The Good News Club" is the only option. They're also pretty extreme as they don't consider other Christians who aren't evangelical to be true Christians.*

*It's not that The Satanic Temple is necessarily against people with religious beliefs doing things after school. CEF is evangelizing and are particularly pernicious.*

*At the end of the day, After School Satan is about a Supreme Court decision. We don't want to be in schools, we want CEF and the like out. But as long as they're there, we'll be there. Hopefully schools eventually just do away with it all.*

So what does the "After School Satan" curriculum look like?
**TST**: *We present some basic exercises about science, reason, and critical thinking. Some games, and a healthy snack. There's absolutely nothing religious at all about what we're doing other than the fact that the name Satan is in the title of the program. But that's only because this is who is running the program, it's not the content. Many of the people signing up to be teachers aren't even members of The Satanic Temple. They're just secularists who like what we're doing and want to teach them. So it's not only our members running the programs. It's also local school teachers who are atheists, or humanists, or secularists in some way.*



We use cookies to ensure that we give you the best experience on our website. By using this site, You hereby agree to our cookie policy.   Accept



**Membership in The Satanic Temple skyrocketed after the election. Any thoughts on that?**

**TST**: *I think a large majority of Americans are seeing a potential theocratic and fascist regime on* it's *way, and they're probably people that have been following what we have been doing on some level and decided maybe I should get more involved now that we're going to have a theocrat as VP and the President-to-be is a potential fascist nightmare.*

**Who are The Satanic Temple's biggest critics?**
*Various Evangelical groups, and actually a lot of atheists. Like the Capital A hardcore atheists. They say things like "well if you don't believe in a sky daddy then why would you believe in a ground troll." They don't even want to have a genuine discussion about archetypes and mythology. They pretty much just think it's all stupid and silly.*

**So, why Satan? Doesn't he have a generally bad reputation worldwide?**
**TST**: *This, of course, is one of our favorite questions. We often point out to people that Satan is a metaphorical symbol that we've derived from the literary tradition as opposed to the occult or theological traditions. We like to point primarily to the English Romantics starting with John Milton, William Blake, Percy Bysshe Shelley, Lord Byron. Anatole France's "Revolt of The Angels" is central too. Satan is a metaphorical archetype that represents standing up to arbitrary authority, tyrannical authority, and in our case often standing up to theological politics or politicians with theocratic world views. There's also a* leftist *and early atheist politics that would invoke Satan as a rebellion against the church that was running certain countries at that time So there's a pretty strong left wing take and tradition on using Satan as an archetype politically. Russian anarchist Mikhail Bakunin and his book "God and the State" is probably the most obvious work to point to, but that's not everyone in the organization, that's more of a subset of us that are interested in that.*

*And also look at Satan as a role and not a character in the Hebrew Bible, "ha satan" literally translates*
We use cookies to...This whole adversary thing in modern Satanism comes from The Book of Job when...to our

cookie policy.   Accept   Cookie Policy

*Satan calls Job out and then God actually does all the bad stuff to Job. But Satan wasn't a person or a deity then, "he" was a role.*

A majority of people equate the word Satanism with the "Satanic Panic" of the 1980's and all the urban legends of cults sacrificing children.

TST: *The Satanic Temple has an entire separate sub-organization called The Grey Faction that focuses especially on those issues* https://greyfaction.org/

*Specifically how certain psychologists have used discredited theories about recovering false memories that helped to create that moral panic in the 1980's. The bigger discussion here is about moral panics in general. Which is why of The headquarters of The Satanic Temple is in Salem, Mass which was the epicenter of the most famous moral panic in our countries history, that being, of course, the Salem Witch Trials.*



How do you join The Satanic Temple? Are there tithes?

TST: *No. There're two types of membership. Anybody can go to the national site at* https://thesatanictemple.com/ *with a simple email address you scan sign up for the newsletter and become a member. And then there're Chapter members, and that requires some responsibilities to be involved on some level. Every Chapter does that a little differently. No has to pay anything unless you want a card and a certificate. That costs $25, but by no means do you have to do that. If there's a local chapter where you are, to join you do have to be accepted, but there's no initiation or anything. You*

We use cookies to ensure that we give you the best experience on our website. By using this site, you hereby agree to our cookie policy.  Accept   Cookie Policy

*don't even have to be a Satanist, you can just be a strong ally who believes in the political and secular actions without being super stoked about all the aesthetic aspects.*

**So you don't even have to be a goth?**
**TST**: (Laughs) *No, we have actually had many very normal looking people. I actually feel underdressed because I'm not even wearing black right now.*

The two TST members interviewed were Draco Ignis and Hofman A Turing.

Full list of all of The Satanic Temple's social and political campaigns:
https://thesatanictemple.com/campaigns/

The Satanic Temple NYC Chapter: https://thesatanictemplenyc.com/

🏷 TAGS:   CIVIL LIBERTIES    GOTH CULTURE    LGBTQ RIGHTS    NYC    REPRODUCTIVE RIGHTS    SATANISM

THE SATANIC TEMPLE    THEOLOGY


**PREVIOUS POST**
**#FUCK2016**

**NEXT POST**
**HOW TO BEAT SEASONAL AFFECTIVE DISORDER**



### LAURYN PETRIE - NYC EDITOR

Lauryn Petrie is a reformed drug addict, ex-stripper, college drop out, and stand-up comedian. She currently resides in the NYC area taking odd jobs, writing, and telling jokes to drunks. You can follow her on Twitter @TheLaurynPetrie and follow her live shows here: http://laurynpetrie.com

🐦   f   t   📷   ▶   ✉



We use cookies to ensure that we give you the best experience on our website. By using this site, You hereby agree to our cookie policy.    Accept    Cookie Policy

# YOU MIGHT ALSO LIKE



THE SATANIC TEMPLE OF NYC IS FIGHTING FOR YOUR LIBERTY AND YOUR UTERUS



ARTIST YOU NEED TO KNOW: SAM & GILL ARE BAD MOTHERFOLKERS



DEATH OF THE CAM GIRL NEXT DOOR

We use cookies to ensure that we give you the best experience on our website. By using this site, You hereby agree to our cookie policy.   Accept   Cookie Policy



POLITICAL SECRETS AND THE DAY JOB THAT EXPOSES THEM

**13 Comments**    **Broke Ass Stuart**                                       Login ▾

♡ Recommend    ☛ Share                                                 Sort by Best ▾

 Join the discussion...

LOG IN WITH           OR SIGN UP WITH DISQUS ⑦

                              Name

**David M. Harris** · 2 years ago

These folks have nothing to do with actual Satanism. Satanism is an apolitcal philosophy
based on rational egoism and individuality. These folks are nothing more than a film
production company engaging in political stunting in hopes of furthering interest in their
media projects. Satanists abhor the indoctrination of children by ANY religious philosophy,
and find the idea of this after school program to be completely disgusting.

David Harris
Magister - Church of Satan
www.churchofsatan.com

4 ∧    ∨ · Reply · Share ›

> **cetude** ➜ David M. Harris · 2 years ago
>
> That's your definition..what's the matter? Jealous they are grabbing headlines while
> COS isn't? Those days of LaVey are long gone an dead--the COS died with Anton
> LaVey but even he was a master charlatan. there are different Satanists including
> ones who actually believe in a real devil. Actually the Temple of Satan has the same
> beliefs as the COS being that they both do not believe in a real Satan and just
> worship themselves; technically speaking this is not a religion, but an atheist club.
> The Temple of Satan is taking customers away from the COS. That's all part of
> materialism which is something both worship. After school Satanism is appropriate
> since Christians do the same thing.
>
> 2 ∧    ∨ · Reply · Share ›

We use cookies to ensure we give you the best experience on our website. By using this site, You hereby agree to our

> **The Broker** ➜
> Tell us: is there one instance in which a political movement might threaten your right
> to individuality, your individual choice? And when that happens, is not your

## don't miss a thing

BEST. EMAIL. LIST. EVER.

| email address |
| --- |

SUBSCRIBE

## bacon makers

Little Rock, AR:
Rest in Peace with a $350,000
Life Insurance Policy for as
low as $16/Month

TAP YOUR AGE

18-25   26-35   36-45   46-55   56-65   65+

Calculate Your Coverage

EVERQUOTE

## get our daily digest

| email address |
| --- |

SUBSCRIBE

Screw algorithms, get a daily digest of all our new articles each morning

## top posts

We use cookies to ensure that we give you the best experience on our website. By using this site, you hereby agree to our cookie policy.   Accept   Cookie Policy

week                    month                    all time

 XO FESTIVAL CANCELLED. BAY AREA SAVED FROM IT'S OWN FYRE FEST.

♡ 1

 5 SAN FRANCISCO BARS YOU DIDN'T KNOW ABOUT

♡ 3

 SF CONDO DEVELOPERS APPROPRIATE ARTIST'S WORK WITHOUT PERMISSION

♡ 55

 5 WAYS TO MAKE A HOMEMADE PIPE W/ STUFF YOU FIND AROUND THE HOUSE

♡ 7

 29ROOMS: A FEAST FOR YOUR EYES AND YOUR INSTAGRAM

♡ 1

We use cookies to ensure that we give you the best experience on our website. By using this site, You hereby agree to our cookie policy.   Accept   Cookie Policy

Def.'s Ex. 26 - Page 306 of 337

https://brokeassstuart.com/blog/2016/11/22/103831/                                              7/18/2018



## latest podcasts



A PODCAST FOR ORPHANS, BY ORPHANS

♡ 2



ERIC BARRY WRITES: CORINNE AND THE CHEESE (PART 2)

♡ 0

THOUGHTS ON CELEBRITIES AND SUICIDE

♡ 3

ERIC BARRY WRITES: CORINNE AND THE CHEESE (PART 1)

♡ 0



ON CREATING A BETTER FUTURE FOR THE TENDERLOIN & SOMA

♡ 14

We use cookies to ensure that we give you the best experience on our website. By using this site, You hereby agree to our cookie policy.   Accept   Cookie Policy

Def.'s Ex. 26 - Page 307 of 337



## get in touch

Got a broke-ass tip?
Wanna advertise with us?
How about write for us?
Got any love letters or death threats for me?
CONTACT US

## who we are

We write for busboys, poets, social workers, students, artists, musicians, magicians, mathematicians, maniacs, yodelers and everyone else out there who wants to enjoy life not as a rich person, but as a real person. Namely, we write for you.

## subscribe

SUBSCRIBE TO THE BEST EMAIL LIST EVER

| email address |
| --- |

SUBSCRIBE

We use cookies to ensure that we give you the best experience on our website. By using this site, You hereby agree to our cookie policy.   Accept   Cookie Policy

© Broke-Ass Stuart

Site By Go Web Smarty



We use cookies to ensure that we give you the best experience on our website. By using this site, You hereby agree to our
cookie policy.   Accept   Cookie Policy

# THE SATANIC TEMPLE LIBRARY

## PRIMARY READING

**Revolt of the Angels by Anatole France (1914)**



*"I knew him. He was the most beautiful of all the Seraphim. He shone with intelligence and daring. His great heart was big with all the virtues born of pride: frankness, courage, constancy in trial, indomitable hope. Long, long ago, ere Time was, in the boreal sky where gleam the seven magnetic stars, he dwelt in a palace of diamond and gold, where the air was ever tremulous with the beating of wings and with songs of triumph. Iahveh, on his mountain, was jealous of Lucifer. You both know it: angels like unto men feel love and hatred quicken within them. Capable, at times, of generous resolves, they too often follow their own interests and yield to fear. Then, as now, they showed themselves, for the most part, incapable of lofty thoughts, and in the fear of the Lord lay their sole virtue. Lucifer, who held vile things in proud disdain, despised this rabble of commonplace spirits for ever wallowing in a life of feasts and pleasure. But to those who were possessed of a daring spirit, a restless soul, to those fired with a wild love of liberty, he proffered friendship, which we return with adoration. These latter deserted in a mass the mountain of God and yielded to the Seraph the homage which That Other would fain have kept for himself alone."*

Ultimately a meditation on the corruption of power, Anatole France's *Revolt of the Angels* (1914) utilizes the theological metaphor of Satan as a force favoring free inquiry, the War in Heaven a metaphysical battle against universal tyranny.

Arcade, an angel who has strayed from Heaven to study Philosophy and History on Earth seeks to re-assemble Lucifer's legion to overthrow the detached and intolerant God of Heaven. Finally, Satan, after contemplating His probable victory concludes:

"No, let us not conquer the heavens. It is enough to have the power to do so. War engenders war, and victory defeat. God, conquered, will become Satan; Satan, conquering, will become God. May the fates spare me this terrible lot!"

**The Better Angels of Our Nature: Why Violence Has Declined by Steven Pinker**



EXHIBIT
61
TST Depo

PENGAD 800-631-6989

Def.'s Ex. 26 - Page 310 of 337

ABOUT US    SHOP SATAN    FIND CHAPTER   JOIN US   CHURCH OF SATAN VS THE SATANIC TEMPLE?   TST HOME





*"The doctrine of the sacredness of the soul sounds vaguely uplifting, but in fact it is highly malignant. It discounts life on earth as just a temporary phase that people pass through, indeed, and infinitesimal fraction of their existence. Death becomes a mere rite of passage, like puberty or a midlife crisis." "Witch hunts are always vulnerable to common sense."*

Dr. Pinker's sweeping survey of the human condition demonstrates beyond reasonable doubt the phenomenon of declining violence in the civilized world. From the contemporary vantage point we are now better able to consider what works, and what does not, in relation to effective sociopolitical models conducive to optimal liberty and happiness among populations. While not a book about Satanism specifically, this book is nonetheless indispensable to understanding the intellectual roots of the Satanic Reformation exemplified by The Satanic Temple, as it outlines the scientific refutations of crass calls to Police State policies and counter-productive misinterpretations of Darwinism that have plagued Satanic circles through decades of inaction and unfocused ineptitude.

## LITERARY SATANISM

### Romantic Satanism: Myth and the Historical Moment in Blake, Shelley and Byron, Authors: Schock, P.



Criticism has largely emphasised the private meaning of 'Romantic Satanism', treating it as the celebration of subjectivity through allusions to Paradise Lost that voice Satan's solitary defiance. The first full-length treatment of its subject, Romantic Satanism explores this literary phenomenon as a socially produced myth exhibiting the response of writers to their milieu . Through contextualized readings of the major works of Blake, Shelley, and Byron, this book demonstrates that Satanism enabled Romantic writers to interpret their tempestuous age: it provided them a mythic medium for articulating the hopes and fears their age aroused, for prophesying and inducing change.

### The Satanic Epic by Neil Forsyth



Whatever the author's intentions in writing Paradise Lost, there is little doubt that Milton's epic is the true Satanic Bible, establishing our understanding of Satan as rebel against tyranny over the body and mind.

"Satan emerges as the main challenge to Christian belief. It is Satan who questions and wonders and denounces. He is the great doubter who gives voice to many of the arguments that Christianity has provoked from within and without. And by rooting his Satanic reading of *Paradise Lost* in Biblical and other sources, Forsyth retrieves not only an attractive and heroic Satan but a Milton whose heretical energies are embodied in a Satanic character with a life of his own."

Links:

Def.'s Ex. 26 - Page 311 of 337

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER



Blake, William: America a Prophecy (1793)

de Vigny, Alfred: Eloa (1823)

Godwin, William: An Enquiry Concerning Political Justice (1793)

Hazlitt, William: On Shakespeare and Milton (1818)

Sand, George: Consuelo (1861)

Shelley, Percy Bysshe: Essay on the Devil and Devils (1819)

Shelley, Percy Bysshe: Prometheus Unbound (1820)

Lord Byron: Cain: A Mystery (1821)



**Litanies of Satan by Charles Baudelaire (from The Flowers of Evil, 1857)**

Wisest of Angels, whom your fate betrays,
And, fairest of them all, deprives of praise,

Satan have pity on my long despair!

O Prince of exiles, who have suffered wrong,
Yet, vanquished, rise from every fall more strong,

Satan have pity on my long despair!

All-knowing lord of subterranean things,
Who remedy our human sufferings,

Satan have pity on my long despair!

To lepers and lost beggars full of lice,
You teach, through love, the taste of Paradise.

Satan have pity on my long despair!

You who on Death, your old and sturdy wife,
Engendered Hope — sweet folly of this life —

Def.'s Ex. 26 - Page 312 of 337

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER ⭐

ABOUT US        SHOP SATAN        FIND CHAPTER   JOIN US   CHURCH OF SATAN VS THE SATANIC TEMPLE?   TST HOME

Satan have pity on my long despair!

You know in what closed corners of the earth
A jealous God has hidden gems of worth.

Satan have pity on my long despair!

You know the deepest arsenals, where slumber
The breeds of buried metals without number.

Satan have pity on my long despair!

You whose huge hand has hidden the abyss
From sleepwalkers that skirt the precipice,

Satan have pity on my long despair!

You who give suppleness to drunkards' bones
When trampled down by horses on the stones,

Satan have pity on my long despair!

You who, to make his sufferings the lighter,
Taught man to mix the sulphur with the nitre,

Satan have pity on my long despair!

You fix your mask, accomplice full of guile,
On rich men's foreheads, pitiless and vile.

Satan have pity on my long despair!

You who fill the hearts and eyes of whores

With love of trifles and the cult of sores,

Satan have pity on my long despair!

The exile's staff, inventor's lamp, caresser
Of hanged men, and of plotters the confessor,

Satan have pity on my long despair!

Step-father of all those who, robbed of pardon,
God drove in anger out of Eden's garden

Satan have pity on my long despair!

Prayer

Praise to you, Satan! in the heights you lit,
And also in the deeps where now you sit,
Vanquished, in Hell, and dream in hushed defiance

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER

ABOUT US    SHOP SATAN    FIND CHAPTER   JOIN US   CHURCH OF SATAN VS THE SATANIC TEMPLE?   TST HOME

— Roy Campbell, Poems of Baudelaire (New York: Pantheon Books, 1952)

### The Master and Margarita **by Mikhail Bulgakov**



"When the devil arrives in 1930s Moscow, consorting with a retinue of odd associates—including a talking black cat, an assassin, and a beautiful naked witch—his antics wreak havoc among the literary elite of the world capital of atheism. Meanwhile, the Master, author of an unpublished novel about Jesus and Pontius Pilate, languishes in despair in a pyschiatric hospital, while his devoted lover, Margarita, decides to sell her soul to save him. As Bulgakov's dazzlingly exuberant narrative weaves back and forth between Moscow and ancient Jerusalem, studded with scenes ranging from a giddy Satanic ball to the murder of Judas in Gethsemane, Margarita's enduring love for the Master joins the strands of plot across space and time."

### Speak of the Devil: **an Anthology of Demonology**



This anthology, published in 1945, contains a wide array of perspectives regarding the character of Satan, as presented in literature, whether as heroic liberator from tyranny, devious manipulator of human desires, or author of Evil. This collection gathers some of the more artfully told tales that have invoked the Devil's name.

### La-Bas **by Joris K. Huysmans**



"This novel is the classic of Satanism. It caused a sensation when it first appeared in 1891 because of its extraordinarily detailed and vivid descriptions of the Black Mass. These descriptions are also authentic, for J. K. Huysmans, who has been called the greatest of the French decadents, had firsthand knowledge of the satanic practices, witch cults, and the whole of the occult underworld thriving in late nineteenth-century Paris. At its center is Durtal, a writer obsessed with the life of one of the blackest figures in history, Gilles de Rais. The legendary crimes, trial, and confession of this grotesque fifteenth-century child murderer, sadist, necrophile, and practitioner of all the black arts unfold in episode after horrifying episode."

## HISTORY OF SATANISM

### The Invention of Satanism **by Asbjorn Dyrendal, James R.**

Def.'s Ex. 26 - Page 314 of 337

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER





"Satanism is a complex phenomenon that has often been the source of controversy across social and rhetorical contexts. Some consider it the root of all evil. Others see it as a childish form of rebellion or as a misapplication of serious esoteric beliefs and practices. Still others consider it a specific religion or philosophy that serves as a form of personal and collective identity. In *The Invention of Satanism*, three experts explore Satanism as a contemporary movement that is in continuous dialogue with popular culture, and which provides a breeding ground for other new religious movements."

### The Devil's Party: Satanism in Modernity by Per Faxneld & Jesper Aa. Petersen



"Recent years have seen a significant shift in the study of new religious movements. In Satanism studies, interest has moved to anthropological and historical work on groups and individuals. Self-declared Satanism, especially as a religion with cultural production and consumption, history, and organization, has largely been neglected by academia. This volume, focused on modern Satanism as a practiced religion of life-style, attempts to reverse that trend with 12 cutting-edge essays from the emerging field of Satanism studies. Topics covered range from early literary Satanists like Blake and Shelley, to the Californian Church of Satan of the 1960s, to the radical developments that have taken place in the Satanic milieu in recent decades. The contributors analyze such phenomena as conversion to Satanism, connections between Satanism and political violence, 19th-century decadent Satanism, transgression, conspiracy theory, and the construction of Satanic scripture. A wide array of methods are employed to shed light on the Devil's disciples: statistical surveys, anthropological field studies, philological examination of *The Satanic Bible*, contextual analysis of literary texts, careful scrutiny of obscure historical records, and close readings of key Satanic writings. [...]"

### Children of Lucifer: The Origins of Modern Religious Satanism by Ruben van Luijk



"If we are to believe sensationalist media coverage, Satanism is, at its most benign, the purview of people who dress in black, adorn themselves with skull and pentagram paraphernalia, and listen to heavy metal. At its most sinister, its adherents are worshippers of evil incarnate and engage in violent and perverse secret rituals, the details of which mainstream society imagines with a fascination verging on the obscene. *Children of Lucifer* debunks these facile characterizations by exploring the historical origins of modern Satanism..."

Def.'s Ex. 26 - Page 315 of 337 The Encyclopedic Sourcebook of Satanism by Je    SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER        ★

https://thesatanictemple.com/pages/the-satanic-temple-library                                                                6/13

ABOUT US     SHOP SATAN     FIND CHAPTER   JOIN US   CHURCH OF SATAN VS THE SATANIC TEMPLE?   TST HOME

y   f   G⁺   ▢   ◉   ▲   Q    USD     ☕⁰ CART



"In the public imagination Satanism is associated with bizarre rituals, perverse hedonistic lifestyles, heavy metal music, immature adolescents acting out, horror movies, and rumors of ritual abuse. But what are the facts behind the urban legends and the "moral panics" that periodically sweep the country regarding this countercultural phenomenon? This authoritative reference work gathers together scholarly studies of Satanism and original source material, focusing on two major aspects—organized religious Satanism and the Satanic Ritual Abuse hoax that was prevalent in the 1980s and early 1990s. The contributors first examine modern Satanism, a decentralized movement whose only coherence is based on certain themes that date back to the writings of Anton Szandor LaVey, especially his Satanic Bible. Among other factors, the authors discuss how the emergence of the Internet as a form of communication has created some coherence among disparate groups through cross-reference. Many articles are devoted to the Satanic Ritual Abuse scare, an erroneous belief in a vast underground network of Satanists who were abusing children. For years members of the law enforcement community and numerous therapists, encouraged by the hype of mass media, bought into this panic."

### The Affair of the Poisons by Anne Somerset



The Story of the Black Mass. The 'Affair of the Poisons' was a scandal at which 'all France trembled' and which 'horrified the whole of Europe' as it implicated a number of prominent persons at the court of King Louis XIV in the late 17th century. Parisian society was seized by a fad for spiritualist seances, fortune- telling, and the use of love potions. The most celebrated case was that of La Voisin, a midwife and fortune-teller whose real name was Catherine Deshayes Monvoisin and whose clientele included the Marquise de Montespan, Olympe Mancini and Marshal Luxembourg. No formal charges were made, and there is no evidence that they were seriously implicated, yet a permanent stain was left on their names. La Voisin was burned as a poisoner and a sorceress in 1680. A special court was instituted to judge cases of poisoning and witchcraft, and the poison epidemic came to an end in France. This bizarre witchhunt, which embroiled the gilded denizens of Versailles with the most sordid dregs of Paris society, remains both a fascinating enigma and an utterly compelling story.

### Europe's Inner Demons: The Demonization of Christians in Medieval Christendom *by Norman Cohn (2001)*



*Europe's Inner Demons* is a fascinating history of the irrational need to imagine witches and an investigation of how those fantasies made the persecutions of the middle ages possible. In addition, Norman Cohn's discovery that some influential sources on European witch trials were forgeries has revolutionized the field of witchcraft, making this one of the most essential books ever written on the subject.

Def.'s Ex. 26 - Page 316 of 337

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER     ★

ABOUT US    SHOP SATAN    FIND CHAPTER   JOIN US   CHURCH OF SATAN VS THE SATANIC TEMPLE?   TST HOME

y f G· ◘ ▪ ⚹ ⚲ USD    ₩⁰ CART



An excellent history that demonstrates the inextricable relationship between the medieval demonization of Jews and the Satanic Panic libels of modern days. "this is the definitive work of scholarship on the medieval conception of the Jew as devil—literally and figuratively. Through documents, analysis, and illustrations, the book exposes the full spectrum of the Jew's demonization as devil, sorcerer, and ritual murderer. The author reveals how these myths, many with origins traced to Christian Europe in the late Middle Ages, still exist in transmuted form in the modern era."

The Satanism Scare



A collection of academic articles contemporary to the Satanic Panic of the 1980s & 1990s "Although there is growing concern over Satanism as a threat to American life, the topic has received surprisingly little serious attention. Recognizing this, the editors of this volume have selected papers from a wide variety of disciplines, broadly covering contemporary aspects of Satanism from the vantage points of studies in folklore, cults, religion, deviance, rock music, rumor, and the mass media. All contributors are skeptical of claims that a large, powerful satanic conspiracy can be substantiated. Their research focuses instead on claims about Satanism and on the question of whose interests are served by such claims. Several papers consider the impact of anti-Satanism campaigns on public opinion, law enforcement and civil litigation, child protection services, and other sectors of American society. The constructionist perspective adopted by the editors does not deny the existence of some activities by "real" Satanists, and two papers describe the workins of satanic groups. Whatever the basis of the claims examined and analyzed, there is growing evidence that belief in the satanic menace will have real social consequences in the years ahead."

The Enemy Within: 2,000 Years of Witch-hunting in the Western World *by John Demos (2008)*



The term "witch-hunt" is used today to describe everything from political scandals to school board shake-ups. But its origins are far from trivial. Long before the Salem witch trials, women and men were rounded up by neighbors, accused of committing horrific crimes using supernatural powers, scrutinized by priests and juries, and promptly executed. The belief in witchcraft--and the deep fear of evil it instilled in communities--led to a cycle of accusation, anger, and purging that has occurred repeatedly in the West for centuries. Award-winning historian John Demos puts this cultural paranoia in context. He takes readers from the early Christians persecuted in Rome through the Salem witch trials, McCarthy's hunt for communists, and the hysteria around child sex-abuse cases and satanic cults in the 1980s. An original and fascinating look at the cultural, societal, and psychological practice of witch-hunts, *The Enemy Within* illuminates the dark side of communities driven to rid themselves of "evil," no matter what the cost.

Evil Incarnate: Rumors of Demonic Conspiracy and Satanic Abuse in History *by David Frankfurt*    SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER    ★

ABOUT US    SHOP SATAN    FIND CHAPTER   JOIN US  CHURCH OF SATAN VS THE SATANIC TEMPLE?  TST HOME

y f G- ◘ ⚭ ⚐ Q  USD       ⯅° CART



In the 1980s, America was gripped by widespread panics about Satanic cults. Conspiracy theories abounded about groups who were allegedly abusing children in day-care centers, impregnating girls for infant sacrifice, brainwashing adults, and even controlling the highest levels of government. As a historian of religions David Frankfurter listened to these sinister theories, it occurred to him how strikingly similar they were to those that swept parts of the early Christian world, early modern Europe, and postcolonial Africa. He began to investigate the social and psychological patterns that give rise to these myths. Thus was born *Evil Incarnate*, a riveting analysis of the mythology of evil conspiracy. The first work to provide an in-depth analysis of the topic, the book uses anthropology, the history of religion, sociology, and psychoanalytic theory, to answer the questions "What causes people collectively to envision evil and seek to exterminate it?" and "Why does the representation of evil recur in such typical patterns?" Frankfurter guides the reader through such diverse subjects as witch-hunting, the origins of demonology, cannibalism, and the rumors of Jewish ritual murder, demonstrating how societies have long expanded upon their fears of such atrocities to address a collective anxiety. Thus, he maintains, panics over modern-day infant sacrifice are really not so different from rumors about early Christians engaging in infant feasts during the second and third centuries in Rome. *In Evil Incarnate*, Frankfurter deepens historical awareness that stories of Satanic atrocities are both inventions of the mind and perennial phenomena, not authentic criminal events. True evil, as he so artfully demonstrates, is not something organized and corrupting, but rather a social construction that inspires people to brutal acts in the name of moral order.

**Satan's Silence: Ritual Abuse and the Making of a Modern American Witch Hunt** *by Debbie Nathan and Michael Snedeker (2001)*



Communities throughout the United States were convulsed in the 1980s and early 1990s by accusations, often without a shred of serious evidence, that respectable men and women in their midst many of them trusted preschool teachers secretly gathered in far reaching conspiracies to rape and terrorize children. In this powerful book, Debbie Nathan and Mike Snedeker examine the forces fueling this blind panic.

**The Old Enemy** **by Neil Forsyth**



"Neil Forsyth's *The Old Enemy: Satan and the Combat Myth* (1987) is a learned account of the transformations in the idea of an evil one in religious writings from the Sumerian to modern monotheisms, and particularly how it develops into the Christian notion of Satan, the fallen Lucifer."

**The Devil: A New Biography** **by Philip C. Almond**

Def.'s Ex. 26 - Page 318 of 337

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER        

ABOUT US    SHOP SATAN    FIND CHAPTER   JOIN US   CHURCH OF SATAN VS THE SATANIC TEMPLE?   TST HOME

 

    y   f   G+   ▢   ☰   ▲   Q   USD    🛒 CART



"In *The Devil*, Philip C. Almond explores the figure of evil incarnate from the first centuries of the Christian era. Along the way, he describes the rise of demonology as an intellectual and theological pursuit, the persecution as witches of women believed to consort with the Devil and his minions, and the decline in the belief in Hell and in angels and demons as corporeal beings as a result of the Enlightenment. Almond shows that the Prince of Darkness remains an irresistible subject in history, religion, art, literature, and culture."

Here's to My Sweet Satan: How the Occult Haunted Music, Movies and Pop Culture, 1966-1980 **by George Case**



Particularly useful in its insights into the relationship of pop culture occultism to the rise of the faddish Multiple Personality Disorder phenomenon, spurred on by the now-debunked MPD "case study" of "Sybil."

"A sweeping and masterful cultural history, "Here's to My Sweet Satan" tells how the Occult conquered the American imagination, weaving together topics as diverse as the birth of heavy metal, 1970s horror films, the New Age movement, Count Chocula cereal, the serial killer Son of Sam, and more. Cultural critic George Case explores how the Occult craze permanently changed American society, creating the cultural framework for the political power of the religious right, false accusations of Satanic child abuse, and today's widespread rejection of science and rationality. An insightful blend of pop culture and social history, "Here's to My Sweet Satan" lucidly explains how the most technological society on earth became enthralled by the supernatural."

## SATANISM TODAY

The Happy Satanist **by Lilith Starr**



"From Harvard to heroin and back to wellness: these essays chronicle Lilith Starr's inspiring story of recovery and healing in the face of insurmountable odds. In the philosophy of Satanism, she finally found the inner strength needed to beat a lifetime of addiction and depression. Now she shares the secrets she learned on her Satanic journey back to well-being. Discover the positive, life-changing power of atheistic Satanism for yourself! Learn the truth behind the common misconceptions about Satanism, and how to tap into the deep reservoir of personal power we all have inside."

The Last Illusion **by Clive Barker (with essay by Lucien Greaves)**



Def.'s Ex. 26 - Page 319 of 337

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER    ★ 

Case 4:18-cv-00342-KGB   Document 260-44   Filed 03/06/23   Page 38 of 55

**Related Topics**

[The Soul Machine](#) **by George Makari**



"*Soul Machine* takes us back to the origins of modernity, a time when a crisis in religious authority and the scientific revolution led to searching questions about the nature of human inner life. This is the story of how a new concept—the mind—emerged as a potential solution, one that was part soul and part machine, but fully neither. In this groundbreaking work, award-winning historian George Makari shows how writers, philosophers, physicians, and anatomists worked to construct notions of the mind as not an ethereal thing, but a natural one. From the ascent of Oliver Cromwell to the fall of Napoleon, seminal thinkers like Hobbes, Locke, Diderot, and Kant worked alongside often-forgotten brain specialists, physiologists, and alienists in the hopes of mapping the inner world. Conducted in a cauldron of political turmoil, these frequently shocking, always embattled efforts would give rise to psychiatry, mind sciences such as phrenology, and radically new visions of the self. Further, they would be crucial to the establishment of secular ethics and political liberalism."

[Phantom Terror: Political Paranoia and the Creation of the Modern State, 1789-1848](#) **by Adam Zamoyski**



This book describes the fear of rebellion instigated by the French Revolution that gave rise to modern paranoid conspiracy theories related to hidden Satanic societies -- fears that still persist, in almost identical narrative form, to this day.

"For the ruling and propertied classes of the late eighteenth century, the years following the French Revolution were characterized by intense anxiety. Monarchs and their courtiers lived in constant fear of rebellion, convinced that their power—and their heads—were at risk. Driven by paranoia, they chose to fight back against every threat and insurgency, whether real or merely perceived, repressing their populaces through surveillance networks and violent, secretive police action. Europe, and the world, had entered a new era.

*Phantom Terror* explores this troubled, fascinating period, when politicians and cultural leaders from Edmund Burke to Mary Shelley were forced to choose sides and either support or resist the counterrevolutionary spirit embodied in the newly-omnipotent central states. The turbulent political situation that coalesced during this era would lead directly to the revolutions of 1848 and to the collapse of order in World War I. We still live with the legacy of this era of paranoia, which prefigured not only the modern totalitarian state but also the now preeminent contest between society's haves and have nots."

[Fire and Light](#) **by James MacGregor Burns**

Def.'s Ex. 26 - Page 320 of 337





"In this engaging, provocative history, James MacGregor Burns brilliantly illuminates the two-hundred-year conflagration of the Enlightenment, when audacious questions and astonishing ideas tore across Europe and the New World, transforming thought, overturning governments, and inspiring visionary political experiments. *Fire and Light* brings to vivid life the galaxy of revolutionary leaders of thought and action who, armed with a new sense of human possibility, driven by a hunger for change, created the modern world. Burns discovers the origins of a distinctive American Enlightenment in men like the Founding Fathers Benjamin Franklin, John Adams, Thomas Jefferson, and James Madison, and their early encounters with incendiary European ideas about liberty and equality. It was these thinker-activists who framed the United States as a grand and continuing experiment in Enlightenment principles."

## ASSAULT OF THE THEOCRATS

One Nation Under God: How Corporate America Invented Christian America **by Kevin M. Kruse**



"We're often told that the United States is, was, and always has been a Christian nation. But in *One Nation Under God*, historian Kevin M. Kruse reveals that the belief that America is fundamentally and formally Christian originated in the 1930s.

To fight the "slavery" of FDR's New Deal, businessmen enlisted religious activists in a campaign for "freedom under God" that culminated in the election of their ally Dwight Eisenhower in 1952. The new president revolutionized the role of religion in American politics. He inaugurated new traditions like the National Prayer Breakfast, as Congress added the phrase "under God" to the Pledge of Allegiance and made "In God We Trust" the country's first official motto. Church membership soon soared to an all-time high of 69 percent. Americans across the religious and political spectrum agreed that their country was "one nation under God.""

Inventing a Christian America: The Myth of the Religious Founding **by Steven K. Green**



At times frustratingly dense and tedious, Inventing a Christian America is nonetheless an excellent resource for academic support of its central claim.

"Among the most enduring themes in American history is the idea that the United States was founded as a Christian nation. A pervasive narrative in everything from school textbooks to political commentary, it is central to the way in which many Americans perceive the historical legacy of their nation. Yet, as Steven K. Green shows in this illuminating new book, it is little more than a myth.     In *Inventing a Christian America*, Green, a leading historian of religion and politics, explores the historical record that is purported to support the popular belief in America's religious founding and status as a Christian nation. He demonstrates that, like all myths, these claims are based on historical "facts" that have been colored by the interpretive narratives that have been imposed upon them. In tracing the evolution of these claims and the evidence

Def.'s Ex. 26 - Page 321 of 337



&#x1F426; f G+ &#x25A2; &#x24E7; &#x1F464; &#x1F50D;   USD     &#x1F6D2; CART



"At a time when the separation of church and state is under attack as never before, *Freethinkers* offers a powerful defense of the secularist heritage that gave Americans the first government in the world founded not on the authority of religion but on the bedrock of human reason. In impassioned, elegant prose, celebrated author Susan Jacoby traces more than two hundred years of secularist activism, beginning with the fierce debate over the omission of God from the Constitution. Moving from nineteenth-century abolitionism and suffragism through the twentieth century's civil liberties, civil rights, and feminist movements, *Freethinkers* illuminates the neglected achievements of secularists who, allied with tolerant believers, have led the battle for reform in the past and today."

---

**SOCIAL SATAN**

&#x1F426; f G+ &#x25A2; &#x24D8;

**MAIN MENU**

About Us
Shop Satan
Find Chapter
Join Us
Church of Satan vs The Satanic Temple?
TST Home

**SHOP SATAN**

Shop All
Membership Cards
Shirts and Hoodies
Mugs
Candles
Jewelry
Tote bags
Lapel Pins & Buttons & Book
Collaborations

Def.'s Ex. 26 - Page 322 of 337

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER   &#9733;



ABOUT US   ·   SHOP SATAN   ·   FIND CHAPTER   JOIN US   FAQ   TST HOME   🐦 f ▶ ⓘ

USD      🛒 ⁰

Home  /  Shop All  /  Page 1 of 5

# SHOP ALL





Contribute To The Satanic Temple

*from* $ 5.00

Official Membership Cards and Certificates

$ 25.00      SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER      

Def.'s Ex. 26 - Page 323 of 337



TST Baphomet Pendant Designed by Dellamorte & Co.

**$ 40.00**





Baphomet Candle by Bill Crisafi

**$ 24.00**



Shop All - The Satanic Temple

ABOUT US · SHOP SATAN · FIND CHAPTER  JOIN US  FAQ  TST HOME 🐦 f ▶ ⊙ ◉ 👤 🔍

USD        🛒⁰ CART





003 DENIM

TST Baphomet Shirt by Dellamorte

*from* **$ 25.00**

☆

The Satanic Temple Logo Mug hand thrown by Deneen Pottery

**$ 25.00**

☆

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER

Shop All - The Satanic Temple

ABOUT US ·   SHOP SATAN ·   FIND CHAPTER   JOIN US   FAQ   TST HOME 🐦 f ▶ 📷 👤 🔍

USD     🛒⁰ **CART**





Baphomet Mug Designed by Dellamorte & Co. in Red

$ 25.00



TST Logo Pendants Designed by Dellamorte & Co. in Red and Black

$ 30.00



SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER ⭐

ABOUT US　·　SHOP SATAN　·　FIND CHAPTER　JOIN US　FAQ　TST HOME　🐦 f ▶ ◎ 👤 🔍

USD　　🛒⁰ CART





Yule Cat Mug Designed by Abigail Larson for TST Two Color Choices

$ 25.00

 ☆

Baphomet Pillar Candle designed by Dellamorte & Co for TST

$ 20.00

 ☆

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER ⭐

Def.'s Ex. 26 - Page 327 of 337

Shop All - The Satanic Temple



ABOUT US  ·   SHOP SATAN  ·   FIND CHAPTER  JOIN US  FAQ  TST HOME  🐦 f ▶ ⊙ ⚲ Q

USD       🛒⁰ CART



**001 Stars Stripes and TST**



The Satanic Temple Flags

$ 20.00

☆

TST Illuminated page designed by Luciana Nedelea Candle

$ 25.00

☆

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER

★

ABOUT US ·    SHOP SATAN ·    FIND CHAPTER   JOIN US   FAQ   TST HOME   🐦 f ▶ ⊚ 👤 🔍

USD     🛒⁰ CART





The Satanic Temple Original Logo on Red T-shirt

*from* **$ 25.00**



TST Religious Reproductive Rights Tenet T-shirt in Red One's body is inviolable subject to ones own will alone

*from* **$ 25.00**



SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER ⭐

Def.'s Ex. 26 - Page 329 of 337





The Satanic Temple Red Logo Shirt

*from* **$ 25.00**



TST Cardinal Red Logo Hoodie

*from* **$ 40.00**



SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER

⭐

Def.'s Ex. 26 - Page 330 of 337

ABOUT US ·    SHOP SATAN ·    FIND CHAPTER   JOIN US   FAQ   TST HOME   

USD       🛒⁰ CART





TST Original Logo on Grey Shirt

*from* **$ 25.00**



Grey TST Religious Reproductive Rights Tenet T-shirt One's body is inviolable subject to ones own will alone

*from* **$ 25.00**

☆

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER     

USD     🛒⁰ CART





The Satanic Temple Red Logo Lapel Pin

**$ 12.00**

☆

The Satanic Temple Purple Logo Lapel Pin

**$ 12.00**

☆



SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER



Def.'s Ex. 26 - Page 332 of 337

Shop All - The Satanic Temple





The Satanic Temple Salem Devil Kitty Lapel Pin

$ 12.00

☆

TST Winged Baphomet Necklace Designed by Arcana Obscura in Silver

$ 75.00

☆

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER



ABOUT US ·   SHOP SATAN ·   FIND CHAPTER   JOIN US   FAQ   TST HOME   🐦 f ▶ 🄾 👤 🔍

USD        🛒 ⁰ CART





TST Winged Crowned Skull Logo Ring Designed by Arcana Obscura in Sterling Silver

$ 50.00
☆

Oak King Pillar Candle designed by Bill Crisafi for TST

$ 20.00
☆

1   2   3   …   5   Next »

**SOCIAL SATAN**

**MAIN MENU**

**SHOP SATAN**

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER

Def.'s Ex. 26 - Page 334 of 337

ABOUT US  ·   SHOP SATAN  ·   FIND CHAPTER  JOIN US  FAQ  TST HOME

USD          🛒⁰ CART

FAQ                           Candles
TST Home                      Jewelry
                              Tote bags
                              Lapel Pins & Buttons & Book
                              Collaborations

SUBSCRIBE TO THE SATANIC TEMPLE NEWSLETTER

Def.'s Ex. 26 - Page 335 of 337

# The Satanic Temple vs. Twitter

## Support The Satanic Temple's fight against religious discrimination

$5,649 Raised of $50,000 Goal (11%)

Campaign has ended.

87 Contributions

- <u>Donate Now</u>

> *"I think everybody here can take comfort in knowing that if you're banned on Twitter for calling upon people to report a threat, the appeal process is as simple as having Fox, Newsweek, and other media outlets report upon the outrage for a weekend."*

> **- Lucien Greaves**

### THE SATANIC TEMPLE FILES COMPLAINT AGAINST TWITTER FOR RELIGIOUS DISCRIMINATION

#### THE HISTORY

When a Massachusetts resident asked people on Twitter to burn down the headquarters of The Satanic Temple (TST) in Salem, a tweet that took wing when retweeted by Corey Feldman, Twitter refused to take action and instead, without any justification, suspended both the accounts of TST and TST's spokesperson and cofounder, Lucien Greaves. Twitter has also ignored requests to verify the accounts of TST and Lucien Greaves. According to Greaves, "The failure of Twitter to verify both accounts, which both clearly meet Twitter's documented standards for verification, compounded by the suspension of the accounts clearly demonstrates a pattern of hostile discriminatory behavior engaged in by Twitter against The Satanic Temple. It reveals the biased human agency behind a facade of neutral and evenly enforced standards."

EXHIBIT
64
PENGAD 800-631-6989

#### THE ISSUE

While Twitter lifted the suspensions of both the TST and Lucien Greaves accounts after their actions were exposed in mass media, they have still not verified the accounts of either while failing to justify their refusal.

#### THE COMPLAINT

The Satanic Temple (TST) has filed legal papers with the Massachusetts Commission Against Discrimination alleging that Twitter has engaged in a pattern of discriminatory actions. The complaint charges Twitter with discrimination in a public accommodation on the basis of religion and unlawful retaliation. TST has repeatedly shown that they expect the same legal rights that are afforded to other religious organizations and will seek legal recourse to protect those rights. <u>Click here</u> for the full complaint

3/10/2020     Case 4:18-cv-00342-KGB   Document 260-44   Filed 03/06/23   Page 55 of 55

The Satanic Temple vs. Twitter - Reason Alliance Ltd.

## THE COUNSEL - Randazza Legal Group

The counsel in this matter is Marc J. Randazza of the Randazza Legal Group. Randazza is a well-known First Amendment attorney who has handled many high-profile First Amendment cases, and who never shies away from an unpopular cause. Randazza said, "When Twitter installed its Orwellian-named 'Trust and Safety Council,' free speech advocates sensed immediately that this would become a censorship board. However, none of us could have predicted exactly how discriminatory and arbitrary Twitter would be." He said, "Twitter has decided who it disfavors, politically, ethnically, and religiously, and they get significantly less free expression rights on Twitter than its favored groups. Enough is enough. Satanists are equal to any other religious adherents under the law, and deserve to be treated equally. If Twitter disagrees, then it should be prepared to explain why its 'Trust and Safety Council' believes that it should favor one religion over another – consistent with the Civil Rights laws."

## SUPPORT NEEDED

Make a tax-deductible donation to support The Satanic Temple's legal battles in defense of Civil Liberties