

**State of Oklahoma**
**Office of Management and Enterprise Services**          **Records Request Form**
**Division of Capital Assets Management**

OMES/Division of Capital Assets Management • P.O. Box 53218 • Oklahoma City, OK 73152

The Office of Management and Enterprise Services, Division of Capital Assets Management (DCAM) complies with the Oklahoma Open Records Act. DCAM records are available for public inspection and copying, except for records which are designated as confidential under state or federal law. In accordance with DCAM statutes and administrative rules, records related to an open solicitation are made available to the public after the contract is awarded.

**NOTE:** DCAM records may not be removed or rearranged during inspection. Records must be kept in the order in which they were provided. The requestor must designate the records to be copied with use of paper markers, self stick notes or other non-destructive means.

**REQUESTOR INFORMATION:**  *The Satanic Temple*          Date of Request:   *February 23, 2015*
Name:                *C/O MuckRock News*      Business:
Street Address:  *DEPT MR 16214*       City:  *Boston*      State:  *MA*     Zip Code:  *02205*
                 *P.O. Box 55819*
Telephone:                    E-mail:  *16214-6384272024@requests.muckrock.com*          Fax

**FEE SCHEDULE:**

  a.  $ 0.25 per page for photocopies of records up to 8 1/2" x 14" or smaller.
  b.  Copies of other media shall be actual cost of reproduction including labor.
  c.  $ 1.00 per page for certified copies.

DCAM reserves the right to charge the actual cost of reproduction including labor if the information requested is not readily available or requires an extended amount of time to retrieve. DCAM will provide an estimated charge to copy and produce the records requested. All fees for copies, including delivery fees, if any, must be paid before the documents are provided.

**RECORDS REQUESTED:**          *We are requesting any and all documents related to the approval of monuments by the*
                    *State of Oklahoma including, but not limited to, a monument commemorating the Bill*
Description and dates of records desired:  *of Rights and a monument to Civil Rights leader MLK, Jr. and any and all monuments*
                    *applied for, granted, or refused, from 2008 to the present.*

If possible, provide following information when requesting Purchasing records:

Requisition #: _____  Purchase Order #: _____

Department, if applicable:  ☐  Construction & Properties   | |    Risk Management
                         (405) 521-2112            (405) 521-4999
               ☒  Other:   DCAM Administration
See other Departments at
http://www.ok.gov/DCS/Administrative_Units/Public_Relations/DCS_Detailed_Contact_List/index.html

Department Contact, if known:   cpc@omes.ok.gov

*signature*  FOR The Satanic Temple
Signature of Requestor                          Printed Name

**FOR OFFICE USE ONLY:**

| Date Request Received: | | | Request Processed by: | | |
|---|---|---|---|---|---|
| Date OMES Legal Notified: | | | Number of Copies: | | Amount Due: |
| Date Legal Approval: | | Date Requestor Notified: | | Date Payment Received: | |
| Date Document Mailed/Picked-up: | | | Person Monitoring Review: | | |
| Date of File Review: | | Other: | | | |

DCAM/ADMIN • FORM 012 (03/2013)                *Received by Anita the*          PAGE 1 OF 1
                         *#1500342*
*28 pages*          *ANITA RHEA NOTARY #15003421 EXP. 04/13/23 PUBLIC STATE OF OKLAHOMA*   SOS Docs 017800
                         *5/28/2020*

## Beverly Hicks

| | |
|---|---|
| **From:** | Beverly Hicks |
| **Sent:** | Thursday, April 30, 2015 3:33 PM |
| **To:** | 16214-63842724@requests.muckrock.com |
| **Subject:** | RE: Freedom of Information Request: Request for records regarding Capitol monuments |
| **Attachments:** | DCAM-FORM-CPC-001B .pdf; PETA Banner.pdf; Satanic Monument Application 2014-01-07.pdf; Satanic Monument Application 2015-03-23.pdf; Elizabeth Shaffer Application 2-23-15.pdf; RE: Mugar BookScanStation Extract |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Categories:** | CONFIDENTIAL |

To Whom It May Concern:

This correspondence is in regard to your 2-23-15 Open Record request. I am pleased to inform you that your request has been completed by this office. Thank you for your patience.

I have no records of the following:

- Application for Ten Commandments Monument
- Application for a monument commemorating the Bill of Rights
- Application for a monument to Civil Rights leader MLK, Jr.

**Attached are the following:**

Applications on hold: (Until the moratorium is lifted)

1. PETA – 12/17/2013
2. Satanic Monument – 01/07/2014
3. Satanic Monument – 03/05/2015 (Amended to replace Kelsey Daniels from the 01/07/2014 application) – Received e-mail on March 23, 2015.

Applications Rejected:

1. Elizabeth Shaffer – 02/23/2015 (The documents listed in her application couldn't be found)

Respectfully,



Capitol Preservation Commission
Capital Assets Management (CAM) | OMES

P.O. Box 53218, OKC, OK. 73152-3218 (Mailing)
Fax 405-521-6403
*Sign up to receive email or wireless updates from OMES.*

**From:** 16214-63842724@requests.muckrock.com [mailto:16214-63842724@requests.muckrock.com]
**Sent:** Sunday, February 22, 2015 11:26 PM
**To:** Capitol Preservation Committee
**Subject:** Freedom of Information Request: Request for records regarding Capitol monuments


February 23, 2015
State Capitol Preservation Commission
Capitol Preservation Commission
Will Rogers Office Building
P.O. Box 53218
Oklahoma City, OK 73152-3218

To Whom It May Concern:

Pursuant to the Oklahoma Open Records Act, I hereby request the following records:

We are requesting any and all documents related to the approval of monuments by the State of Oklahoma including, but not limited to, a monument commemorating the Bill of Rights and a monument to Civil Rights leader MLK, Jr. and any and all monuments applied for, granted, or refused, from 2008 to the present.

Please include and all relevant letters, application forms, external emails, internal emails, meeting notes, PowerPoint Presentations, policy statements, processing notes, memoranda, deliberation records and notes, press statements, and any other documents.

I also request that, if appropriate, fees be waived as I believe this request is in the public interest. The requested documents will be made available to the general public free of charge as part of the public information service at MuckRock.com, processed by a representative of the news media/press and is made in the process of news gathering and not for commercial usage.

In the event that fees cannot be waived, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I would request your response within ten (10) business days.

Sincerely,

The Satanic Temple

Filed via MuckRock.com
E-mail (Preferred): 16214-63842724@requests.muckrock.com

For mailed responses, please address (see note):
MuckRock News

Def.'s Ex. 27 - Page 3 of 28                                                                              SOS Docs 017802

DEPT MR 16214
PO Box 55819
Boston, MA 02205-5819

PLEASE NOTE the new address as well as the fact that improperly addressed (i.e., with the requester's name rather than MuckRock News) requests might be returned by the USPS as undeliverable.

3

SOS Docs 017803

## Beverly Hicks

| | |
|---|---|
| **From:** | Lucien Greaves <thesatanictemple@gmail.com> |
| **Sent:** | Tuesday, January 07, 2014 2:43 PM |
| **To:** | Amber Sharples |
| **Cc:** | bhenderson@acluok.org; rkiesel@acluok.org; Beverly Hicks |
| **Subject:** | Re: CAPITOL PRESERVATION COMMISSION |
| **Attachments:** | DCAM FORM.doc; Renderings.pdf; TST letter.docx |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Honorable Commission Members:

Enclosed please find a completed copy of the "Request for Approval of Architectural Modifications" form which includes scaled architectural plans along with cover letter that were mailed to your offices and should arrive shortly. Communication with can best be facilitated via email. Kindly let me know if you require any additional information in order to process our request.

Very Truly Yours,

Malcolm Jarry

On Mon, Nov 25, 2013 at 5:31 PM, Lucien Greaves <thesatanictemple@gmail.com> wrote:

Dear Ms. Hicks:

I recently mailed you notice of my organization's interest in donating a monument to Oklahoma City for display at the State Capitol. I am writing to provide you with our email address in order to facilitate better communication.

Kindly confirm receipt of this notice at your earliest convenience, and please keep us up to date on the process required to submit our donation.

A copy of our letter is also enclosed.

Thank you for your attention to this matter.

1

Very truly yours,


Lucien Greaves

The Satanic Temple

2

SOS Docs 017805



**State of Oklahoma**
**Office of Management and Enterprise Services**
**Division of Capital Assets Management**
**State Capitol Preservation Commission**

**Request for Approval**
**of Architectural Modifications**

**NOTE:** Submit the completed Request for Approval and all required attachments to the Chair, State Capitol Preservation Commission, Attn: Collections Manager, c/o Oklahoma Arts Council, P.O. Box 52001-2001, Oklahoma City, OK 73152-2001. Questions may be directed to the Collections Manager at (405) 521-2931 or via email to amber.sharples@arts.ok.gov . Commission rules are available at www.dcs.ok.gov .

**DATE:**    1/2/2014

**APPLICANT INFORMATION**

(By request, the application is being submitted by The Satanic Temple)

Name of Person Making Request:    ▮▮ Temple)

**Address:**

Organization:

Street & P.O. Box:    ▮▮▮▮▮▮

City:    ▮▮▮▮▮▮    State:  ▮    Zip Code:  ▮▮▮

Telephone:    ▮▮▮▮    Ext.    Fax:  (    )    Ext.

Email:    thesatanictemple@gmail.com

**SPONSOR INFORMATION**

Name:    The Satanic Temple

Street & P.O. Box:    519 Somerville Ave #288

City:    Somerville    State:  MA    Zip Code:  02143

Telephone:    (617)    863-6660    Ext.    Fax:  (    )    Ext.

Email:    thesatanictemple@gmail.com

**TYPE OF REQUEST:**

☒    Architectural Modification (Please reference Rules and Architectural Standards)

Submission of a proposal does not guarantee approval or acceptance of the project. If a proposal is approved, all parties must comply with the complete guidelines of the Architecture and Grounds Committee and the administrative rules of the State Capitol Preservation Commission, as outlined in the Administrative Rules OAC 115, effective July 2006. The State Capitol Preservation Commission meets every even-numbered month for review of submitted proposals.

*Proposals should be submitted to:*

Chair, State Capitol Preservation Commission
Attn: Collections Manager
c/o Oklahoma Arts Council
P.O. Box 52001-2001
Oklahoma City, OK 73152-2001
Tel. (405) 521-2931
Amber.sharples@arts.ok.gov

Def.'s Ex. 27 - Page 7 of 28    SOS Docs 017806

## ARCHITECTURAL MODIFICATIONS PROPOSAL

All architectural proposals must include scaled architectural plans or renderings with this form before they will be considered. If additional space is needed, the general concept of the project, including the plans and project timeline, can be presented on a separate form, limited to two pages.

Brief Description of Proposal: This proposal involves the donation of a statue for placement outside the Oklahoma City Capitol near the existing 10 Commandments monument. The statue has been designed to reflect the views of Satanists in Oklahoma City and beyond. It is intended that this will serve as a beacon calling for compassion and empathy among all living creatures, and will also have a functional purpose as a chair where people of all ages may sit on the lap of the 7 foot tall goat-headed Baphomet for inspiration and contemplation. Text on the statue shall read from one of the tenets of The Satanic Temple: "The spirit of compassion, wisdom, and justice should always prevail over the written or spoken word." In addition, text on the back shall read a passage from Lord Byron's dramatic work, "Cain": "Then who was the Demon? He / Who would not let ye live, or he who would / Have made ye live forever, in the joy / And power of Knowledge?" There shall also be a quote from William Blake: "Prisons are built with stones of Law, Brothels with bricks of Religion." The design of the statue can be seen in the enclosed rendering.

Provide Project Timeline: After approval, construction and delivery will take roughly six months.

Scaled architectural plans/renderings included (required):     ☒ Yes     ☐ No

**DO NOT WRITE BELOW THIS LINE – FOR COMMISSION USE ONLY**

Date: _____

The proposal is referred to:

☐ Capitol Curator / Architect for Plan Review

☐ Architecture and Grounds Committee

☐ Art Standards Committee

Architectural Plan reviewed with Capital Assets Management Personnel:    ☐ Yes    ☐ No

Artwork plans reviewed with Capital Assets Management Personnel    ☐ Yes    ☐ No

Item for action at next Commission meeting:    ☐ Yes    ☐ No

Date of Commission meeting on agenda as action item: _____

Notify requesting party of the following:



Other Instructions:

Def.'s Ex. 27 - Page 9 of 28                                                        SOS Docs 017808



SOS Docs 017809

# THE SATANIC TEMPLE

519 Somerville Ave #288
Somerville, MA 02143
www.thesatanictemple.org

January 2, 2014

Chair, State Capitol Preservation Commission
Attn: Collections Manager
c/o Oklahoma Arts Council
POP Box 52001-2001
Oklahoma City, OK 73152-2001

Dear Honorable Commission Members:

Enclosed please find a completed "Request for Approval of Architectural Modifications" form which includes scaled architectural plans. Kindly keep us updated on the review process and let us know if any additional information is required.

We look forward to hearing from you and appreciate your time reviewing our request.

Very truly yours,

Malcolm Jarry

cc:
Attorney General E. Scott Pruitt
313 NE 21st Street
Oklahoma City, OK 73105

Brady R. Henderson
Ryan Kiesel
ACLU of Oklahoma Foundation
3000 Paseo Drive
Oklahoma City, OK 73103

Daniel Mach
Heather L. Weaver
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005

    SOS Docs 017810

# THE SATANIC TEMPLE

519 Somerville Ave #288
Somerville, MA  02143
www.thesatanictemple.org

March 5, 2015

Chair, State Capitol Preservation Commission
Attn: Collections Manager
c/o Oklahoma Arts Council
POP Box 52001-2001
Oklahoma City, OK 73152-2001

Dear Honorable Commission Members:

Enclosed please find an amended "Request for Approval of Architectural Modifications" form, which includes scaled architectural plans.

We would appreciate receiving a prompt reply to this request.

Very truly yours,

Malcolm Jarry

cc:
Attorney General E. Scott Pruitt
313 NE 21st Street
Oklahoma City, OK 73105



**State of Oklahoma**
**Office of Management and Enterprise Services**
**Division of Capital Assets Management**
**State Capitol Preservation Commission**

**Request for Approval**
**of Architectural Modifications**

**NOTE:** Submit the completed Request for Approval and all required attachments to the Chair, State Capitol Preservation Commission, Attn: Collections Manager, c/o Oklahoma Arts Council, P.O. Box 52001-2001, Oklahoma City, OK 73152-2001. Questions may be directed to the Collections Manager at (405) 521-2931 or via email to amber.sharples@arts.ok.gov . Commission rules are available at www.dcs.ok.gov .

3/6/2015 amends
**DATE:**     1/2/2014 request

**APPLICANT INFORMATION**

Name of Person Making Request: ▮▮▮▮▮▮ - (amended to replace ▮▮▮▮▮▮▮

Address:

Organization: _____

Street & P.O. Box: ▮▮▮▮▮▮

City: ▮▮▮▮▮▮▮          State: ▮▮          Zip Code: ▮▮▮

Telephone: ▮▮▮▮▮▮   Ext. _____   Fax: ( )          Ext. _____

Email: ▮▮▮▮▮▮

**SPONSOR INFORMATION**

Name:     The Satanic Temple

Street & P.O. Box:     519 Somerville Ave #288

City:   Somerville          State:  MA          Zip Code:  02143

Telephone:   (617)   863-6660   Ext. _____   Fax: ( )          Ext. _____

Email:     info@thesatanictemple.com

**TYPE OF REQUEST:**

☒   Architectural Modification (Please reference Rules and Architectural Standards)

Submission of a proposal does not guarantee approval or acceptance of the project. If a proposal is approved, all parties must comply with the complete guidelines of the Architecture and Grounds Committee and the administrative rules of the State Capitol Preservation Commission, as outlined in the Administrative Rules OAC 115, effective July 2006. The State Capitol Preservation Commission meets every even-numbered month for review of submitted proposals.

*Proposals should be submitted to:*

Chair, State Capitol Preservation Commission
Attn: Collections Manager
c/o Oklahoma Arts Council
P.O. Box 52001-2001
Oklahoma City, OK 73152-2001
Tel. (405) 521-2931
Amber.sharples@arts.ok.gov

## ARCHITECTURAL MODIFICATIONS PROPOSAL

All architectural proposals must include scaled architectural plans or renderings with this form before they will be considered. If additional space is needed, the general concept of the project, including the plans and project timeline, can be presented on a separate form, limited to two pages.

Brief Description of Proposal: This proposal involves the donation of a statue for placement outside the Oklahoma City Capitol near where the 10 Commandments monument is situated. The statue has a wholly secular purpose of promoting an understanding and appreciation of the history and evolution of law in the United States. The statue also functions as a chair where people of all ages may sit for inspiration and contemplation. The text on the statue shall read: "Be it known to all that this statue commemorates the history of law in the United States of America. From the deplorable Satanic Witch Hunts, the cherished doctrines of due process, presumption of innocence, and the protection of minorities from the tyranny of mob rule became part of the established foundation of American jurisprudence."

Provide Project Timeline: After approval, delivery will take roughly 30 to 90 days.

Scaled architectural plans/renderings included (required):     ☒ Yes     ☐ No

CPC - FORM 001A (00/2012)                                                                                          PAGE 2 OF 3

**DO NOT WRITE BELOW THIS LINE – FOR COMMISSION USE ONLY**

Date: _____

The proposal is referred to:

☐ Capitol Curator / Architect for Plan Review

☐ Architecture and Grounds Committee

☐ Art Standards Committee

| | | |
|---|---|---|
| Architectural Plan reviewed with Capital Assets Management Personnel: | ☐ Yes | ☐ No |
| Artwork plans reviewed with Capital Assets Management Personnel | ☐ Yes | ☐ No |
| Item for action at next Commission meeting: | ☐ Yes | ☐ No |

Date of Commission meeting on agenda as action item: _____

Notify requesting party of the following:




Other Instructions:

Def.'s Ex. 27 - Page 15 of 28                                              SOS Docs 017814



SOS Docs 017815

THE SATANIC TEMPLE
519 Somerville Ave #288
Somerville, MA 02143



7014 2120 0004 0780 8130



U.S. POSTAGE
PAID
BRIGHTON,MA
02135
MAR 05, 15
AMOUNT
**$6.49**
00101831-29

RECEIVED

MAR 2 3 2015

CAPITOL PRESERVATION
COMMISSION

Chair, State Capitol Preservation Commission
Attn: Collections Manager
c/o Oklahoma Arts Council
POP Box 52001-2001
Oklahoma City, OK 73152-2001

3-23-15
Was hand delivered to Tammy Kaeh
by John Estus to give to me.

73152₂2001 B050

SOS Docs 017816

## Beverly Hicks

| | |
|---|---|
| **From:** | Beverly Hicks |
| **Sent:** | Thursday, April 30, 2015 3:33 PM |
| **To:** | 16214-63842724@requests.muckrock.com |
| **Subject:** | RE: Freedom of Information Request: Request for records regarding Capitol monuments |
| **Attachments:** | DCAM-FORM-CPC-001B .pdf; PETA Banner.pdf; Satanic Monument Application 2014-01-07.pdf; Satanic Monument Application 2015-03-23.pdf; Elizabeth Shaffer Application 2-23-15.pdf; RE: Mugar BookScanStation Extract |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Categories:** | CONFIDENTIAL |

To Whom It May Concern:

This correspondence is in regard to your 2-23-15 Open Record request. I am pleased to inform you that your request has been completed by this office. Thank you for your patience.

I have no records of the following:

- Application for Ten Commandments Monument
- Application for a monument commemorating the Bill of Rights
- Application for a monument to Civil Rights leader MLK, Jr.

**Attached are the following:**

Applications on hold: (Until the moratorium is lifted)

1. PETA -- 12/17/2013
2. Satanic Monument -- 01/07/2014
3. Satanic Monument -- 03/05/2015 (Amended to replace Kelsey Daniels from the 01/07/2014 application) -- Received e-mail on March 23, 2015.

Applications Rejected:

1. Elizabeth Shaffer -- 02/23/2015 (The documents listed in her application couldn't be found)

Respectfully,



Capitol Preservation Commission
Capital Assets Management (CAM) | OMES

   SOS Docs 017817

P.O. Box 53218, OKC, OK. 73152-3218 (Mailing)
Fax 405-521-6403
*Sign up to receive email or wireless updates from OMES.*

**From:** 16214-63842724@requests.muckrock.com [mailto:16214-63842724@requests.muckrock.com]
**Sent:** Sunday, February 22, 2015 11:26 PM
**To:** Capitol Preservation Committee
**Subject:** Freedom of Information Request: Request for records regarding Capitol monuments


February 23, 2015
State Capitol Preservation Commission
Capitol Preservation Commission
Will Rogers Office Building
P.O. Box 53218
Oklahoma City, OK 73152-3218

To Whom It May Concern:

Pursuant to the Oklahoma Open Records Act, I hereby request the following records:

We are requesting any and all documents related to the approval of monuments by the State of Oklahoma including, but not limited to, a monument commemorating the Bill of Rights and a monument to Civil Rights leader MLK, Jr. and any and all monuments applied for, granted, or refused, from 2008 to the present.

Please include and all relevant letters, application forms, external emails, internal emails, meeting notes, PowerPoint Presentations, policy statements, processing notes, memoranda, deliberation records and notes, press statements, and any other documents.

I also request that, if appropriate, fees be waived as I believe this request is in the public interest. The requested documents will be made available to the general public free of charge as part of the public information service at MuckRock.com, processed by a representative of the news media/press and is made in the process of news gathering and not for commercial usage.

In the event that fees cannot be waived, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I would request your response within ten (10) business days.

Sincerely,

The Satanic Temple

Filed via MuckRock.com
E-mail (Preferred): 16214-63842724@requests.muckrock.com

For mailed responses, please address (see note):
MuckRock News

2

SOS Docs 017818

DEPT MR 16214
PO Box 55819
Boston, MA 02205-5819

PLEASE NOTE the new address as well as the fact that improperly addressed (i.e., with the requester's name rather than MuckRock News) requests might be returned by the USPS as undeliverable.

3

                                    SOS Docs 017819

## Beverly Hicks

| | |
|---|---|
| **From:** | Beverly Hicks |
| **Sent:** | Thursday, April 23, 2015 8:48 AM |
| **To:** | 16214-63842724@requests.muckrock.com |
| **Subject:** | RE: Freedom of Information Request: Request for records regarding Capitol monuments |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

To Whom It May Concern:

I am in receipt of the two e-mails you sent on April 3 and April 20, 2015. I apologize for the delayed response and not replying in a timely manner. I am still working diligently on the request. Thank you for your patience!

Respectfully,

**Beverly Hicks**
**Administrative Coordinator**
p. 405-522-0440 | f. 405-521-6403
Division of Capital Assets Management (DCAM) | OMES
omes.ok.gov



*Sign up to receive email or wireless updates from OMES.*

**From:** 16214-63842724@requests.muckrock.com [mailto:16214-63842724@requests.muckrock.com]
**Sent:** Monday, April 20, 2015 4:01 AM
**To:** Beverly Hicks
**Subject:** RE: Freedom of Information Request: Request for records regarding Capitol monuments

April 20, 2015
State Capitol Preservation Commission
Capitol Preservation Commission
Will Rogers Office Building
P.O. Box 53218
Oklahoma City, OK 73152-3218

This is a follow up to a previous request:

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information request, copied below, and originally submitted on Feb. 16, 2015. Please let me know when I can expect to receive a response, or if further clarification is needed.

1

                    SOS Docs 017820

Thank you for your help.

---

On April 3, 2015:

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information request, copied below, and originally submitted on Feb. 16, 2015. Please let me know when I can expect to receive a response, or if further clarification is needed.

Thank you for your help.

---

On March 12, 2015:

To Whom It May Concern:

Thank you for your patience, as I'm diligently working on your request.

Respectfully,

[cid:image001.png@01D05C9F.A2FE88D0]
Capitol Preservation Commission
Division of Capital Assets Management (DCAM) | OMES
P.O. Box 53218, OKC, OK. 73152-3218 (Mailing)
Fax 405-521-6403
Sign up<https://public.govdelivery.com/accounts/OKOMES/subscriber/new/> to receive email or wireless updates from OMES.

---

On March 11, 2015:

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information request, copied below, and originally submitted on Feb. 16, 2015. Please let me know when I can expect to receive a response, or if further clarification is needed.

Thank you for your help.

---

On Feb. 24, 2015:

Thank you for your application!

Thank you,

2

          SOS Docs 017821

[cid:image003.png@01D04F70.2AADA960]
Capitol Preservation Commission
Division of Capital Assets Management (DCAM) | OMES
P.O. Box 53218, OKC, OK. 73152-3218 (Mailing)
Fax 405-521-6403
Sign up<https://public.govdelivery.com/accounts/OKOMES/subscriber/new/> to receive email or wireless
updates from OMES.

---

On Feb. 23, 2015:

To Whom It May Concern:

Pursuant to the Oklahoma Open Records Act, I hereby request the following records:

We are requesting any and all documents related to the approval of monuments by the State of Oklahoma
including, but not limited to, a monument commemorating the Bill of Rights and a monument to Civil Rights
leader MLK, Jr. and any and all monuments applied for, granted, or refused, from 2008 to the present.

Please include and all relevant letters, application forms, external emails, internal emails, meeting notes,
PowerPoint Presentations, policy statements, processing notes, memoranda, deliberation records and notes,
press statements, and any other documents.

I also request that, if appropriate, fees be waived as I believe this request is in the public interest. The requested
documents will be made available to the general public free of charge as part of the public information service
at MuckRock.com, processed by a representative of the news media/press and is made in the process of news
gathering and not for commercial usage.

In the event that fees cannot be waived, I would be grateful if you would inform me of the total charges in
advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if
available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I would request your response within ten
(10) business days.

Sincerely,

The Satanic Temple

---

On Feb. 23, 2015:

Hello:

Please fill out the attached form.

Thank you,

[cid:image003.png@01D04F70.2AADA960]
Capitol Preservation Commission
Division of Capital Assets Management (DCAM) | OMES
P.O. Box 53218, OKC, OK. 73152-3218 (Mailing)
Fax 405-521-6403
Sign up<https://public.govdelivery.com/accounts/OKOMES/subscriber/new/> to receive email or wireless updates from OMES.

---

On Feb. 23, 2015:

To Whom It May Concern:

Pursuant to the Oklahoma Open Records Act, I hereby request the following records:

We are requesting any and all documents related to the approval of monuments by the State of Oklahoma including, but not limited to, a monument commemorating the Bill of Rights and a monument to Civil Rights leader MLK, Jr. and any and all monuments applied for, granted, or refused, from 2008 to the present.

Please include and all relevant letters, application forms, external emails, internal emails, meeting notes, PowerPoint Presentations, policy statements, processing notes, memoranda, deliberation records and notes, press statements, and any other documents.

I also request that, if appropriate, fees be waived as I believe this request is in the public interest. The requested documents will be made available to the general public free of charge as part of the public information service at MuckRock.com, processed by a representative of the news media/press and is made in the process of news gathering and not for commercial usage.

In the event that fees cannot be waived, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I would request your response within ten (10) business days.

Sincerely,

The Satanic Temple

Filed via MuckRock.com
E-mail (Preferred): 16214-63842724@requests.muckrock.com

For mailed responses, please address (see note):
MuckRock News
DEPT MR 16214
PO Box 55819
Boston, MA 02205-5819

PLEASE NOTE the new address as well as the fact that improperly addressed (i.e., with the requester's name rather than MuckRock News) requests might be returned by the USPS as undeliverable.

                                           SOS Docs 017823

## Beverly Hicks

| | |
|---|---|
| **From:** | Beverly Hicks |
| **Sent:** | Thursday, March 12, 2015 8:37 AM |
| **To:** | 16214-63842724@requests.muckrock.com |
| **Subject:** | RE: Freedom of Information Request: Request for records regarding Capitol monuments |

To Whom It May Concern:

Thank you for your patience, as I'm diligently working on your request.

Respectfully,



Capitol Preservation Commission
Division of Capital Assets Management (DCAM) | OMES
P.O. Box 53218, OKC, OK. 73152-3218 (Mailing)
Fax 405-521-6403
***Sign up* to receive email or wireless updates from OMES.**

**From:** 16214-63842724@requests.muckrock.com [mailto:16214-63842724@requests.muckrock.com]
**Sent:** Wednesday, March 11, 2015 4:03 AM
**To:** Beverly Hicks
**Subject:** RE: Freedom of Information Request: Request for records regarding Capitol monuments

March 11, 2015
State Capitol Preservation Commission
Capitol Preservation Commission
Will Rogers Office Building
P.O. Box 53218
Oklahoma City, OK 73152-3218

This is a follow up to a previous request:

To Whom It May Concern:

I wanted to follow up on the following Freedom of Information request, copied below, and originally submitted on Feb. 16, 2015. Please let me know when I can expect to receive a response, or if further clarification is needed.

Thank you for your help.

---

Def.'s Ex. 27 - Page 25 of 28                                                                 SOS Docs 017824

On Feb. 24, 2015:

Thank you for your application!

Thank you,

[cid:image003.png@01D04F70.2AADA960]
Capitol Preservation Commission
Division of Capital Assets Management (DCAM) | OMES
P.O. Box 53218, OKC, OK. 73152-3218 (Mailing)
Fax 405-521-6403
Sign up<https://public.govdelivery.com/accounts/OKOMES/subscriber/new/> to receive email or wireless
updates from OMES.

---

On Feb. 23, 2015:

To Whom It May Concern:

Pursuant to the Oklahoma Open Records Act, I hereby request the following records:

We are requesting any and all documents related to the approval of monuments by the State of Oklahoma
including, but not limited to, a monument commemorating the Bill of Rights and a monument to Civil Rights
leader MLK, Jr. and any and all monuments applied for, granted, or refused, from 2008 to the present.

Please include and all relevant letters, application forms, external emails, internal emails, meeting notes,
PowerPoint Presentations, policy statements, processing notes, memoranda, deliberation records and notes,
press statements, and any other documents.

I also request that, if appropriate, fees be waived as I believe this request is in the public interest. The requested
documents will be made available to the general public free of charge as part of the public information service
at MuckRock.com, processed by a representative of the news media/press and is made in the process of news
gathering and not for commercial usage.

In the event that fees cannot be waived, I would be grateful if you would inform me of the total charges in
advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if
available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I would request your response within ten
(10) business days.

Sincerely,

The Satanic Temple

---

On Feb. 23, 2015:

Hello:

2

Please fill out the attached form.

Thank you,

[cid:image003.png@01D04F70.2AADA960]
*Capitol Preservation Commission*
Division of Capital Assets Management (DCAM) | OMES
P.O. Box 53218, OKC, OK. 73152-3218 (Mailing)
Fax 405-521-6403
Sign up<https://public.govdelivery.com/accounts/OKOMES/subscriber/new/> to receive email or wireless updates from OMES.

---

On Feb. 23, 2015:

To Whom It May Concern:

Pursuant to the Oklahoma Open Records Act, I hereby request the following records:

We are requesting any and all documents related to the approval of monuments by the State of Oklahoma including, but not limited to, a monument commemorating the Bill of Rights and a monument to Civil Rights leader MLK, Jr. and any and all monuments applied for, granted, or refused, from 2008 to the present.

Please include and all relevant letters, application forms, external emails, internal emails, meeting notes, PowerPoint Presentations, policy statements, processing notes, memoranda, deliberation records and notes, press statements, and any other documents.

I also request that, if appropriate, fees be waived as I believe this request is in the public interest. The requested documents will be made available to the general public free of charge as part of the public information service at MuckRock.com, processed by a representative of the news media/press and is made in the process of news gathering and not for commercial usage.

In the event that fees cannot be waived, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I would request your response within ten (10) business days.

Sincerely,

The Satanic Temple

Filed via MuckRock.com
E-mail (Preferred): 16214-63842724@requests.muckrock.com

For mailed responses, please address (see note):
MuckRock News
DEPT MR 16214

3

PO Box 55819
Boston, MA 02205-5819

PLEASE NOTE the new address as well as the fact that improperly addressed (i.e., with the requester's name rather than MuckRock News) requests might be returned by the USPS as undeliverable.