**From:** **Doug Mesner** ▮▮▮▮▮@gmail.com
**Subject:** Fwd: Re: Follow Up
**Date:** April 19, 2017 at 4:52 PM
**To:** Mason Hargett ▮▮▮▮▮@hotmail.com, Mason Hargett ▮▮▮▮▮@gmail.com, Erika Robbins ▮▮▮▮▮@gmail.com

---------- Forwarded message ----------
From: "The Satanic Temple" <thesatanictemple@gmail.com>
Date: Apr 19, 2017 4:48 PM
Subject: Fwd: Re: Follow Up
To: "douglas mesner" <▮▮▮▮▮@gmail.com>
Cc:

---------- Forwarded message ----------
From: "The Satanic Temple" <thesatanictemple@gmail.com>
Date: Apr 19, 2017 4:23 PM
Subject: Re: Follow Up
To: "Collins-Smith, Linda" <linda.collins-smith@senate.ar.gov>
Cc: "Rapert, Jason" <jason.rapert@senate.ar.gov>, "▮▮▮▮@thesatanictemple.com" <▮▮▮▮@thesatanictemple.com>

Hello Linda --

Perhaps your grasp upon the content of the email is only as intellectually informed as senator Rapert's grasp of the law. The email was in regards to The Satanic Temple's request to place our monument on Capitol grounds. The Satanic Temple has a public address and we have been in correspondence with Arkansas not only via email, but via post. If you're trying to be intimating regarding "real name" claims of "fraud", please know that, here again, Jason Rapert is simply plain ignorant. Many religions, indeed many professions, take different names and, when not used for purposes of withdrawing from personal responsibility, nor engaging in fraudulent activity, is also not illegal.
If you have physical mail to send us our would like to discuss your sponsorship of our Baphomet monument over the phone (knowing as you must that it's your only chance of keeping Stanley's monument standing), please let us know. If you're still confused as to what the previous email was trying to convey, please haven't somebody read it to you slowly. Failing that, feel free to reach out to us with any further questions. Happy to help you!

Love,
Lucien Greaves

On Apr 19, 2017 3:05 PM, "Collins-Smith, Linda" <linda.collins-smith@senate.ar.gov> wrote:
> When contacting the legislature is is proper to include your full contact information, including address, phone number and where do you live?  I am including Senator Rapert in this email as you use his name.
>
> Senator Linda Collins-Smith
>
> Sent from my iPad
>
> On Apr 19, 2017, at 2:48 PM, ▮▮▮▮@thesatanictemple.com<mailto:▮▮▮▮@thesatanictemple.com>" <▮▮▮▮@thesatanictemple.com<mailto:▮▮▮▮@thesatanictemple.com>> wrote:
>
> Dear honorable lawmaker of Arkansas,
>
> This is a follow-up to a previous letter you received from The Satanic Temple offering you the opportunity to sponsor our monument for representation on the State Capitol grounds. My apologies if you've already replied to the previous letter. We are simply establishing our due diligence. After multiple appeals for sponsorship, we expect we'll establish that the bureaucratic process employed by Arkansas for monument approvals is indeed discriminatory. When one monument of religious significance is sponsored to the exclusion of another, and the legislative process is openly abused by self-serving politicians like Sen. Jason Rapert, we feel it our honorable duty to challenge this Constitutional corruption.
>
> To reiterate from our previous letter, if you wish to maintain an argument for the legality of a 10 Commandments monument on Capitol grounds, consider sponsoring our Baphomet monument for inclusion on the Capitol grounds as well. Otherwise, we are confident that the 10 Commandments monument will be deemed illegal and will come down.
> Please reply by the end of the week, Friday 21 April 2017.
>
> Love,
> Lucien Greaves

Def.'s Ex. 29 - Page 2 of 2