**From:** douglas mesner thesatanictemple@gmail.com
**Subject:** Re: [FWD: Re: Follow Up]
**Date:** April 19, 2017 at 6:35 PM
**To:** jana.dellarosa@arkansashouse.org
**Cc:** Malcolm Jarry satanictempleorg@gmail.com, ▇▇▇@thesatanictemple.com
**Bcc:** ▇▇▇@gmail.com

Dear Jana Della Rosa,

Thank you for your reply. Allow me to respond. You "don't think" that "the people" of District 90 want our monument at the Capitol. However, this wasn't put to a vote of the people and, even if it were, it wouldn't change the fact that it is not the place of the government to favor one expression of religious significance over another, nor can the people vote to overturn the 1st Amendment in your district, in Arkansas, or at large. We are aware that Sen. Rapert has argued that the 10 Commandments monument is Secular and historical, however he is on record publicly explicitly stating otherwise, so we suspect this could greatly compromise the alleged legality of the 10 Commandments in the near future. Further, the 10 Commandments monument is a private donation, which thus opened the Capitol grounds as a 1st amendment-protected "limited public forum" making the popularity of any views expressed a moot point. So long as our monument meets the structural requirements, it can not be denied, legally, on the grounds of viewpoint discrimination. This may seem untenable in practice, but such a forum must reasonably be 'first come first served.' Failure to find sponsorship for our monument will thus establish that the protocol of requiring legislative approval is inherently discriminatory. Thank you again for your reply.

Regards,
Douglas Mesner (AKA Lucien Greaves)

> -------- Original Message --------
> Subject: Re: Follow Up
> From: "Della Rosa, Jana" <jana.dellarosa@arkansashouse.org>
> Date: Wed, April 19, 2017 4:09 pm
> To: "▇▇▇@thesatanictemple.com" <▇▇▇@thesatanictemple.com>
>
> I was elected to represent the people of District 90 and I do not believe this is something they want on their Capitol grounds. There is an almost infinite number of other monuments which are also not on Capitol grounds. To say that choosing one monument over another is illegal is absolutely ridiculous. By that logic, we would have to approve every proposed monument made by anyone at any time from anywhere. Clearly we have to be selective about which monuments we believe the people of Arkansas want on the grounds of their Capitol.
> If you can't find a current representative to sponsor this legislation, you have the same right as anyone else to run your own candidate. I wish you luck in getting a representative elected in Arkansas with the installation of a satanic monument on public grounds as their campaign platform.
>
> Thank you,
> Jana Della Rosa
>
> Sent from my iPhone
>
> On Apr 19, 2017, at 2:49 PM, "▇▇▇@thesatanictemple.com<mailto:▇▇▇@thesatanictemple.com>" <▇▇▇@thesatanictemple.com<mailto:▇▇▇@thesatanictemple.com>> wrote:
>
> Dear honorable lawmaker of Arkansas,
>
> This is a follow-up to a previous letter you received from The Satanic Temple

offering you the opportunity to sponsor our monument for representation on the State Capitol grounds. My apologies if you've already replied to the previous letter. We are simply establishing our due diligence. After multiple appeals for sponsorship, we expect we'll establish that the bureaucratic process employed by Arkansas for monument approvals is indeed discriminatory. When one monument of religious significance is sponsored to the exclusion of another, and the legislative process is openly abused by self-serving politicians like Sen. Jason Rapert, we feel it our honorable duty to challenge this Constitutional corruption.

To reiterate from our previous letter, if you wish to maintain an argument for the legality of a 10 Commandments monument on Capitol grounds, consider sponsoring our Baphomet monument for inclusion on the Capitol grounds as well. Otherwise, we are confident that the 10 Commandments monument will be deemed illegal and will come down.
Please reply by the end of the week, Friday 21 April 2017.

Love,
Lucien Greaves