Transcript of the Testimony of

# Douglas Misicko

**Date:** March 11, 2020

**Case:** Donna Cave, et al. v. John Thurston

**Bushman Court Reporting**
Shyloa Myers
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION

DONNA CAVE, JUDITH LANSKY,                    PLAINTIFFS
PAT PIAZZA, AND SUSAN RUSSELL

ANNE ORSI; AMERICAN HUMANIST       CONSOLIDATED PLAINTIFFS
ASSOCIATION; FREEDOM FROM
RELIGION FOUNDATION, INC.;
ARKANSAS SOCIETY OF FREETHINKERS;
JOAN DIETZ; GALE STEWART; RABBI
EUGENE LEVY; REV. VICTOR H. NIXON;
TERESA GRIDER; AND WALTER RIDDICK

THE SATANIC TEMPLE; DOUG MISICKO,            INTERVENORS
AKA "LUCIEN GREAVES"; AND ERIKA
ROBBINS

VS.                       CASE NO. 4:18-CV-00342

JOHN THURSTON, ARKANSAS SECRETARY            DEFENDANT
OF STATE, IN HIS OFFICIAL CAPACITY
```

VIDEOTAPED ORAL DEPOSITION

OF

DOUGLAS ALEXANDER MISICKO

March 11, 2020

Office of the Arkansas Attorney General
323 Center Street
Little Rock, Arkansas 72201

Page 710

Shyloa Myers, RPR, CCR
Arkansas Lic. No.

Page 3

                    A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

DARRYL E. "CHIP" BAKER
Baker Schulze Murphy & Patterson
2311 Biscayne Drive
Suite 300
Little Rock, AR  72227

    E-mail: dbaker@b-s-m-law.com


JOSHUA D. GILLISPIE
Green Gillispie
1 Riverfront Plaza
Suite 605
North Little Rock, AR  72114

    E-mail: josh@greenandgillispie.com


ON BEHALF OF THE DEFENDANT:

MICHAEL A. CANTRELL
Assistant Solicitor General
Arkansas Atttorney General's Office
323 Center Street
Suite 200
Little Rock, AR  72201

    E-mail: michael.cantrell@arkansasag.gov

LEA PATTERSON
First Liberty
2001 West Plano Parkway
Suite 1600
Plano, TX  75075

    E-mail: lepatterson@firstliberty.org

Page 4

ON BEHALF OF THE DEFENDANT (Continued):

GARY SULLIVAN
Managing Attorney
Arkansas Secretary of State
500 Woodlane Street, Suite 256
Little Rock, AR  72201-1094

E-mail: gary.sullivan@sos.arkansas.gov


ON BEHALF OF THE INTERVENORS:

MATTHEW A. KEZHAYA
SONIA A. KEZHAYA
Kezhaya Law, PLC
1202 Northeast McClain Road
Bentonville, AR  72712

E-mail: matt@kezhaya.law



ALSO PRESENT:

MICHAEL FINCHER

RACHEL KLUENDER

BRITTANY GARCIA

ERIKA ROBBINS

TOM HALLUM, Videographer

---

Page 5

I N D E X

STYLE AND NUMBER . . . . . . . . . . . . . . . . . 1

APPEARANCES . . . . . . . . . . . . . . . . . . . 2

CAPTION/STIPULATIONS . . . . . . . . . . . . . . . 6

WITNESS:  DOUGLAS ALEXANDER MISICKO

    Examination by MR. CANTRELL......8

    Examination by MR. KEZHAYA.......164

    Deposition concluded . . . . . . . . . . . . . 166

COURT REPORTER'S CERTIFICATE. . . . . . . . . . . . 167

E X H I B I T S

| DESCRIPTION | MARKED |
|---|---|
| 1  Article titled, "Unmasking Lucien Greaves,<br>Leader of The Satanic Temple; 10 pgs. | 39 |
| 2  Transcript of Arts and Grounds Commission<br>Meeting of January 25, 2017; 14 pgs. | 55 |
| 3  Post from Process.org dated December 30,<br>2017; 1 pg. | 75 |
| 4  Document headed, "The Process Is . . .";<br>7 pgs. | 77 |
| 5  Excerpt from The Phsychick Bible; 3 pgs. | 80 |
| 6  Illustrations from Might is Right; 6 pgs. | 104 |
| 7  Signed insert for hardcover edition of<br>Might is Right; 1 pg. | 106 |
| 8  Article entitled, "Who Are the 'Satanists'<br>Designing an Idol for the Oklahoma<br>Capitol?"; 7 pgs. | 127 |

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 6

| | | |
|---|---|---|
| 9 | Document headed, "Lucien Greaves of The Satanic Temple"; 3 pgs. | 128 |
| 10 | Article entitled, "Trolling Hell: Is the Satanic Temple a Prank, the Start of a New Religious Movement -- or Both?"; 30 pgs. | 129 |
| 11 | Article entitled, "Satanic Leader: After School Clubs Send Positive Message"; 6 pgs. | 130 |
| 12 | Article entitled, "Never Let Your Activism Be Artless: An Interview with Lucien Greaves of The Satanic Temple"; 41 pgs. | 131 |
| 13 | Article entitled, "I'm a Founder of the Satanic Temple. Don't Blame Satan for White Supremacy"; 8 pgs. | 131 |
| 14 | Printout of Facebook comments; 5 pgs. | 135 |
| 15 | Printout of Tweet by Douglas Mesner; 1 pg. | 137 |
| 16 | Printout from Facebook page; 1 pg. | 138 |
| 17 | Article entitled, "You Hear the One About the Pro-Scott Satanic Cult?"; 1 pg. | 148 |
| 18 | Article entitled, "Decoding the Symbols on Satan's Statue"; 21 pgs. | 163 |
| 19 | CD containing deposition videos | 147 |
| 20 | Color photo taken at Devil's Renaissance; 1 pg. 1 pg. | 156 |

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 7

C A P T I O N

ANSWERS AND ORAL DEPOSITION OF DOUGLAS ALEXANDER MISICKO, a witness produced at the request of the Defendant, taken in the above-styled and numbered cause on the 11th of March, 2020 before Shyloa Myers, CCR, RPR, and Notary Public, at 9:09 a.m. at the offices of the Arkansas Attorney General, Civil Department, 323 Center Street, Little Rock, Arkansas 72201.

S T I P U L A T I O N S

NO STIPULATIONS ON THE RECORD

Page 8

1        (Deposition commences at 9:09 a.m.)

2              PROCEEDINGS

3        THE VIDEOGRAPHER:  We are on the record.

4   The date is March 11, 2020. The time is

5   9:09 a.m. This the deposition of Douglas

6   Alexander Misicko.

7        Will you swear the witness in, please.

8        (Witness sworn.)

9        MR. CANTRELL:  Okay. So we're on the

10  record. And let's all go around and -- and say

11  who we are and who we represent.

12       I am Michael Cantrell. I represent the

13  Defendant. I am with the Attorney General's

14  Office.

15       MS. PATTERSON:  Lea Patterson from the

16  First Liberty Institute for the Defendant.

17       MR. SULLIVAN: I'm Gary Sullivan from the

18  Secretary of State's Office for the Defendant.

19  And I have observers, staff attorney Michael

20  Fincher and staff attorney Rachel Kluender.

21       MR. GILLESPIE: Josh Gillespie for the Cave

22  plaintiffs.

23       MR. BAKER:  Darryl Baker for the Orsi

24  plaintiffs.

25       MS. KEZHAYA:  Sonia Kezhaya for the

Page 9

1   intervenors.

2        MR. KEZHAYA:  Matt Kezhaya for

3   intervenors.

4        And we have Erika Robbins with us as well.

5        MR. CANTRELL:  All right. Thank you.

6        DOUGLAS ALEXANDER MISICKO,

7        Called as a witness, having been first duly

8   sworn to tell the truth, the whole truth, and nothing but

9   the truth, was examined and testified as follows:

10             EXAMINATION

11  BY MR. CANTRELL:

12  Q.    Okay. So, as I said, we're on the record. We're

13  conducting this deposition under the Federal Rules of

14  Civil procedure.

15       And, Mr. Misicko, good morning.

16  A.    Good morning.

17  Q.    You were the designated representative for the

18  30(b)(6) deposition yesterday, correct?

19  A.    Correct.

20  Q.    Okay. And today you're appearing in your individual

21  capacity?

22  A.    Correct.

23  Q.    Okay. And, just like yesterday, you understand that

24  you're under oath?

25  A.    Yes.

Page 10

1   Q.    Okay. Any reason why you can't give full and
2   complete testimony today?
3   A.    No.
4   Q.    Okay. No -- no drugs or alcohol of any nature that
5   would prevent you from testifying?
6   A.    Correct.
7   Q.    Okay. All right. Did you review any documents to
8   prepare for today?
9   A.    I did not.
10  Q.    Okay. And, other than your attorney, did you speak
11  with anyone else in preparation for today?
12  A.    I did not.
13  Q.    All right. And was -- Misicko is your last name,
14  correct?
15  A.    Correct.
16  Q.    M-I-S-I-C-K-O?
17  A.    Correct.
18  Q.    Okay. I've got the spelling right.
19        Was Misicko-- am I -- am I pronouncing it
20  correctly? "Miss-sicko" or how do you say it?
21  A.    Whichever. I'm not sure what its origins are.
22  Q.    Okay. Was that the surname of your father or your
23  mother?
24              MR. KEZHAYA:   What's the relevance of that
25        question?

Page 11

1              MR. CANTRELL:  Just background.
2              MR. KEZHAYA:  Don't answer that.
3        He uses a pseudonym to protect his
4        identify for a reason. His family is off
5        limits.
6              MR. CANTRELL:  Okay. Well --
7              MR. KEZHAYA:  No questions about his
8        family.
9              MR. CANTRELL:  We may -- I'll pass on that
10       now. Let me think about that. We may come back
11       to that I mean, I understand your concern; but
12       we may come back to that.
13             THE WITNESS:  Well, I'll pass on it later
14       too.
15  Q.    (Mr. Cantrell) Okay. All right. Have you ever used
16  any aliases?
17  A.    I have, yes.
18  Q.    Okay. What aliases have you used?
19  A.    Doug Mesner and Lucien Greaves.
20  Q.    Any others?
21  A.    Not that I can readily think of.
22  Q.    Okay. Have you used others that you can't recall?
23  A.    I'm sure I have online and that type of thing.
24  Q.    Okay. For what purpose would you use an alias?
25  A.    For the purposes of keeping myself safe from people

Page 12

1   who would wish to do me harm.

2   Q.    Is that the only reason?

3   A.    As I sit here right now, it's the only reason I can

4   think of.

5   Q.    Okay. Have you ever used the alias Konrad

6   Josefsson?

7   A.    Yes.

8   Q.    Okay. For what purpose did you use that alias?

9   A.    That was a Facebook identity to -- to keep it

10  separated from the fandom or whoever else might want to

11  have a -- a relationship with my personal page.

12        Facebook doesn't allow you to run business accounts

13  or even a fan page, and I have a fan page for Lucien

14  Greaves without a personal account. And I don't like to

15  have a personal account on Facebook.

16  Q.    Okay. So do you have a personal account under the

17  name of Konrad Josefsson on Facebook?

18  A.    I used to. I do not any longer.

19  Q.    Okay. All right. When did you begin using the name

20  Doug Mesner?

21  A.    I don't know. A long -- long time.

22  Q.    A long time ago. Can you be more --

23  A.    Probably --

24  Q.    -- precise?

25  A.    -- around 20 years ago.

Page 13

1   Q.    Around 20 years ago?

2   A.    Yeah.

3   Q.    Okay. So sometime around 2000?

4   A.    Probably.

5   Q.    Okay. And for what purpose did you begin using that

6   name?

7   A.    As a pseudonym as a writer.

8   Q.    Did you publish writings under the name Doug

9   Mesner?

10  A.    I did.

11  Q.    What writing did you publish under that name?

12  A.    I published some articles in Skeptic Magazine,

13  Skeptical Inquirer, and maybe some others. I don't -- I

14  don't remember.

15  Q.    Okay. And when did you begin using the name Lucien

16  Greaves?

17  A.    Around the inception of The Satanic Temple,

18  probably 2013.

19  Q.    Okay. And where did -- where did that name come

20  from?

21  A.    It was arbitrary. Originally I was setting up a

22  Facebook page for The Satanic Temple. And that again

23  required a personal page to be set up, so I set up one in

24  the name of Lucien Greaves.

25  Q.    Okay. How did you come up with the name Lucien

Page 14

1    Greaves?

2    A.    I don't -- I don't recall. It was -- in all of a

3    moment I put that name. I didn't put much thought into

4    it. I didn't think it was going to stick the way it has.

5    Q.    Okay. And when was it that you were setting up the

6    Facebook page that you referred to just a minute ago?

7    A.    Probably 2013.

8    Q.    2013. Okay.

9          Do you remember what the -- more specifically what

10   the time frame would have been?

11   A.    I do not.

12   Q.    Could it have been early or late in the year?

13   A.    That -- that I -- I have no idea.

14   Q.    Okay. Would it have been in conjunction with your

15   work on one of the campaigns?

16   A.    It would have been in conjunction with the

17   establishment of The Satanic Temple's Facebook page, so I

18   think that -- I think that's apparent when you go onto

19   Facebook, if one were to check.

20   Q.    Okay.

21   A.    But I'm not -- I'm not certain.

22   Q.    Okay. And the Facebook page you're referring to

23   is -- what's the name of this Facebook page?

24   A.    The Satanic Temple.

25   Q.    The Satanic Temple, okay.

Page 15

1          Okay. Okay. Has anyone else ever used the name

2    Lucien Greaves?

3    A.    Not that I know of.

4    Q.    Was Lucien Greaves the name of a -- a character in

5    a film?

6    A.    No.

7          Lucien Greaves was my pseudonym.

8    Q.    Okay. Was anyone asked to play the role of Lucien

9    Greaves besides you in a film?

10   A.    Not that I recall.

11   Q.    Okay. Are you aware of a casting call being posted

12   on a Web site called Actor's Access?

13   A.    I am.

14   Q.    Okay. Tell me about that.

15   A.    We -- I think that was for the Rick Scott rally.

16   Malcolm was working with a -- a production guy and asked

17   him to generate support for the rally. And the guy tried

18   to do so by issuing a casting call.

19   Q.    Okay. And did -- did that casting call include the

20   name Lucien Greaves as the casting director?

21   A.    I believe it did.

22   Q.    Okay. And so were you the casting director?

23   A.    I don't know if he was considering me the casting

24   director or how he was appropriating that name, but I did

25   not post the casting call.

Page 16

1  Q.    Okay. So you were the one to first come up with the

2  name Lucien Greaves, correct?

3  A.    Correct.

4  Q.    Okay. And so you would have come up with the name

5  Lucien Greaves before this casting call was posted on

6  Actor's Access Web site, correct?

7  A.    Correct.

8  Q.    Okay. All right. When did you begin using the name

9  Konrad Josefsson?

10  A.    I --

11         MR. KEZHAYA:  Asked and answered. You've

12       already asked this question.

13         MR. CANTRELL:  You can answer.

14         MR. KEZHAYA:  No. Move on to your next

15       topic. We're not going to be here for nine

16       hours again. I'm not going to listen to you

17       asking the same questions over and over again.

18         MR. CANTRELL:  Matt -- Matt, he hasn't

19       answered this question.

20         MR. KEZHAYA:  Yes, he has. He testified

21       earlier that he set it up so that he could

22       create the TST Web site.

23         MR. CANTRELL:  I asked when he began using

24       it, the time frame.

25         MR. KEZHAYA:  Go ahead and answer.

Page 17

1  A.    That I -- I have -- I have no idea.

2  Q.    (Mr. Cantrell) Okay.

3  A.    I don't keep track of that. I mean, sometime

4  after -- sometime after the establishment of Lucien

5  Greaves as a fan page and not a personal page so that I

6  could not have a personal page but still operate the fan

7  page and the business page.

8  Q.    Okay.

9  A.    So I can just give you that kind of, like, after

10  time frame; but I'm pretty bad at isolating.

11         THE COURT REPORTER:  And may I just ask

12       you to keep your voice up just a little bit or

13       maybe scoot closer to me.

14         THE WITNESS:  Okay. Yeah, yeah. Sorry.

15  Q.    (Mr. Cantrell) Can you spell Konrad Josefsson for

16  us, just for the record.

17  A.    I don't -- I don't remember how that was spelled,

18  honestly. It's been a while since that account was

19  active.

20  Q.    Okay. Well, I'll give you the spelling. You tell me

21  if it sounds right.

22       K-O-N-R-A-D, J-O-S-E-F-S-S-O-N?

23  A.    Yeah, that -- that could be the one.

24  Q.    Okay. Okay. Where did you grow up?

25         MR. KEZHAYA:  This falls within the same

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 18

```
1         issue of the protecting of identity.
2                Don't answer that.
3    Q.    What state did you grow up in?
4                MR. KEZHAYA:  The same issues. Nothing
5         that touches on family. Nothing that could be
6         used to be -- find his family.
7                What possible relevance does that have to
8         the case?
9                MR. CANTRELL:  Matt, this is all
10        background; you know that.
11               MR. KEZHAYA:  We're about to go to a
12        30(d)(3) motion. Move on to your next topic.
13               MR. CANTRELL:  This is all background; you
14        know that.
15               MR. KEZHAYA:  I do know this is
16        background.
17               MR. CANTRELL:  I will pass on that
18        question --
19               MR. KEZHAYA:  This is background that
20        we're not going to get into.
21               MR. CANTRELL:  I'll pass on this question
22        as well. I get to -- I get to --
23               MR. KEZHAYA:  You get to not unreasonably
24        annoy, embarrass, or harass.
25               MR. CANTRELL:  I am not unreasonably
```

Shyloa Myers

Bushman Court Reporting                          501-372-5115

---

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 19

```
1         annoying or embarrassing anybody. This is
2         background, Matt; you know that.
3                MR. KEZHAYA:  That is background that can
4         be used to find his family, and we are not
5         going into that territory.
6                MR. CANTRELL:  I told you I'm going to
7         pass on that question, but I am inquiring --
8                MR. KEZHAYA:  Please do.
9                MR. CANTRELL:  -- into background.
10               All right. Let's take a break. We're off
11        the record.
12               THE VIDEOGRAPHER:  We're going off the
13        record at 9:22 a.m.
14               (Recess taken.)
15               THE VIDEOGRAPHER:  We are back on the
16        record at 9:27 a.m.
17               MR. CANTRELL:  Okay. So we are back on the
18        record.
19   Q.   (Mr. Cantrell) Mr. Misicko, what's your educational
20        background?
21   A.    A Bachelor of Liberal Arts, Harvard University,
22        2012.
23   Q.    Okay. And what did you study at Harvard?
24   A.    Liberal -- liberal arts.
25   Q.    Is that what your degree is in?
```

Shyloa Myers

Bushman Court Reporting                          501-372-5115

Page 20

1   A.    Yes, Bachelor of Liberal Arts.

2   Q.    All right. Bachelor of --

3   A.    Liberal Arts.

4   Q.    -- Liberal Arts.

5         Okay. Was there any particular area that you

6   concentrated in or focused on or had a major in?

7   A.    I changed concentrations a few times, and I just

8   got the general Bachelor of Liberal Arts.

9   Q.    Okay. Any subject area that you found a particular

10  interest in?

11  A.    Psychology, cognitive science.

12  Q.    Did you do any kind of a capstone course or

13  specialized study in those areas?

14  A.    I ended up just -- just filling out my basic

15  requirements for the Bachelor of Liberal Arts.

16  Q.    Okay. Do you have any specialized training or

17  education in any area?

18  A.    Not in any areas relevant to -- to this case. I

19  don't know -- well, like, as -- as kind of -- no, I'm not

20  claiming any -- any professional or educational

21  specialties.

22  Q.    Okay. You're not claiming, but have -- have you

23  undertaken any specialized training or education in any

24  area?

25  A.    I don't really understand the question. I kind of

Page 21

1   feel like any course is specialized training in its

2   particular area.

3   Q.    Okay. Since -- since you graduated with your

4   Bachelor of Arts degree, have you taken any -- any

5   courses, whether online or in -- in-person courses?

6   A.    I -- I have taken free online courses through MIT

7   and Harvard.

8   Q.    And what were those?

9   A.    I -- I couldn't immediately recall. I mean, there's

10  various that are just available online for free that

11  I've -- that I've pretty much -- pretty much just audited

12  rather than formally got certification on. So it's

13  probably not even worth mentioning.

14  Q.    Well, what -- what were -- what did you study at

15  MIT or through MIT?

16  A.    Just things that were of general interest to me.

17  One was a programming course I think. I looked at other

18  courses related to literature.

19  Q.    How many courses did you take with MIT?

20  A.    I didn't -- this isn't formally taking courses.

21  It's probably not even worth including.

22  Q.    Auditing?

23  A.    Yeah. And -- and they're free online courses.

24  Q.    Uh-huh.

25  A.    It's courseware available on the Web site.

Page 22

```
1   Q.    Okay. And then with Harvard, what -- what courses
2   did you audit or take?
3   A.    I don't really remember. Just whatever, like,
4   struck my interest at the time. Like, they have their edX
5   program; you can look at, like, a full menu of
6   interesting topics. To me it's more like watching a Ted
7   Talk than formally taking a class.
8   Q.    How many -- how many of those have you -- have you
9   done?
10  A.    I -- I couldn't -- couldn't immediately recall. I
11  mean, every so often I just check that stuff out and go
12  through and see what's interesting to me.
13  Q.    So I'm asking you to recall courses that you've
14  taken through MIT or Harvard, these -- are these
15  continuing education courses? Or just courses that you
16  say you've audited, I guess is -- is the word you use,
17  correct?
18  A.    Yeah.
19  Q.    Okay.
20  A.    It probably wasn't worth mentioning. It's pretty
21  much like going through YouTube and watching videos, to
22  my mind.
23  Q.    All right. So you've mentioned Programming and
24  Literature. What others?
25  A.    I'm -- I'm not sure.
```

Page 23

```
1   Q.    You don't recall?
2   A.    I don't recall.
3   Q.    Okay. All right. Tell me about your work history,
4   starting with college.
5   A.    Could you be more specific?
6   Q.    Yeah.
7         What -- what -- where have you worked?
8   A.    I don't know. When I was younger, I had various
9   part-time jobs. Prior to working for -- or working as the
10  spokesperson of The Satanic Temple, I worked for a
11  publishing company in Boston, Hachette.
12  Q.    What is that?
13  A.    Hachette, H-A-C-H-E-T-T-E.
14  Q.    Okay. What was your position with Hachette?
15  A.    Support services.
16  Q.    And what does -- what does that mean practically?
17  A.    It essentially means that -- taking broad overview
18  of operations within the company. When there's problems
19  or troubleshooting to be done, it's left to support
20  services to figure it out.
21  Q.    Okay. Did you ever work at a bookstore?
22  A.    I did.
23  Q.    Okay. What bookstore did you work at?
24  A.    I worked at a Border's Books and Music.
25  Q.    When did you work there?
```

Page 24

1   A.    I -- I couldn't -- I couldn't recall the dates.

2   Q.    Was it before your association with The Satanic

3   Temple?

4   A.    Yes.

5   Q.    Was it before college?

6   A.    Yes.

7   Q.    Okay. All right. Any other work history?

8   A.    Yeah, I -- I had a lot of jobs.

9   Q.    What were your other jobs that you've -- you've

10  had?

11  A.    I don't know.

12        And there were a lot of them. I mean, I had

13  part-time jobs when I was younger starting from high

14  school; and some of them lasted only the course of about

15  a month or two.

16        I don't -- I don't know if there's any point to

17  this.

18  Q.    Well, the point is you're under oath and --

19  A.    I understand that.

20  Q.    -- and I'm asking a question about your work

21  history and --

22  A.    Maybe -- maybe I can summarize it by saying that I

23  have no work history that I think is relevant to my

24  position or understanding about the legitimacy of the Ten

25  Commandments monument or that gives me some kind of

Page 25

1   expertise related to issues related to the First

2   Amendment or the Establishment Clause or -- or law.

3        I think if that's what you're getting at, I can

4   answer you under oath that I'm not claiming any specialty

5   in those categories.

6   Q.    And I'm not asking you that question. The question

7   I'm asking you is your work background.

8   A.    Okay.

9   Q.    This -- this is background information that I'm

10  asking.

11  A.    Sure.

12  Q.    So we can -- we can keep doing this the -- the hard

13  way, or you can just give me the basic information --

14        MR. KEZHAYA:  Mike, what possible basis

15        does this have related to this case? He's not

16        an expert, which is why you would ask these

17        questions. We're not claiming he's an expert.

18        MR. CANTRELL:  Matt, you know that

19        background is --

20        MR. KEZHAYA:  This is falling into the bad

21        faith and unreasonable annoyance section of

22        30(d)(2). So I'd like you to either skip to

23        the -- skip to the point or move on to your

24        next topic.

25        MR. CANTRELL:  Matt, you understand that

Page 26

1    background of a witness --
2            MR. KEZHAYA:  Whether he worked in a
3    bookstore in 2008 or whatever sometime long ago
4    pre- -- in high school does not matter. There
5    is no possible relationship between that and
6    this case. This is still a discovery
7    deposition, Rule 20 --
8            MR. CANTRELL:  So your position is that no
9    background of this witness is --
10           MR. KEZHAYA:  His high school background
11   does --
12           MR. CANTRELL:  -- not relevant at all?
13           MR. KEZHAYA:  -- not even a little bit
14   matter.
15           Yeah, that's my position. You want to sell
16   that to the judge?
17           MR. CANTRELL:  Okay. We may raise this --
18           MR. KEZHAYA:  Okay. Let's -- let's put
19   high school background on our list.
20           MR. CANTRELL:  We may raise this.
21   Q.   (Mr. Cantrell) All right. Mr. Misicko, how are
22   you -- how are you currently employed?
23   A.   I'm the spokesperson for The Satanic Temple.
24   Q.   Okay. Do you have any other employment currently?
25   A.   I do not.

Page 27

1    Q.   All right.
2    A.   I mean, I would like to amend that. It's -- maybe
3    I'm not clear on the question.
4        I don't en- -- I don't get a regular salary as the
5    spokesperson for The Satanic Temple. So, I mean, I
6    generate my income from a variety of means stemming from
7    the fact that I'm the spokesperson for The Satanic
8    Temple.
9    Q.   Okay. And what are those variety of means?
10   A.   Like speaker's fees. I have a Patreon page, which
11   is a third-party Web site where subscribers can subscribe
12   to the content you create, whether you post interviews
13   or -- or whatever online material. Articles, that type of
14   thing.
15       So -- and, you know, so I work on various projects,
16   and those -- those generate income for me, which is -- I
17   put it all under the umbrella as spokesperson for The
18   Satanic Temple. So if that helps clarify.
19   Q.   Okay. I appreciate that, yeah.
20       What projects are you referring to that generates
21   income?
22   A.   Like the speaking engagements. But it's not only
23   speaking engagements. I've sometimes done more -- more --
24   different types of live shows. I've done live
25   soundtracking for films, other kinds of ticketed events.

Page 28

1        And -- but the Patreon page is the most consistent

2   means of generating income.

3   Q.    Okay. And, tell me, what is a Patreon page?

4   A.    A Patreon page is -- Patreon is a third-party Web

5   site on which people subscribe to the content of

6   different people who post their content on Patreon.

7        So there's -- there's a pay wall, and the -- the

8   content creator sets the -- sets the amount by which

9   people have to pay to -- to see the content that they

10  create.

11       So if you have a -- have a market, a subscribing

12  market, they pay a monthly subscriber fee.

13  Q.    What is the monthly subscriber fee for your Patreon

14  page?

15  A.    For mine it's $1.

16  Q.    Do you have more than one Patreon page?

17  A.    No.

18       And subscribers are able to pay whatever amount

19  they want. Some people choose to pay more for whatever

20  reason. But there's a minimum of $1 to access the

21  content.

22  Q.    Okay. How many monthly subscribers do you have?

23  A.    I don't know. I think, like, 850.

24  Q.    And you testified that that's the most consistent

25  generator of income for you?

Page 29

1   A.    It is.

2   Q.    Okay. How much income does the Patreon page

3   generate?

4   A.    Around 2,500.

5   Q.    2,500?

6   A.    Per month. Twenty-three to twenty-five per month.

7   Q.    Okay. And you mentioned live soundtracking.

8        What is that?

9   A.    I've done a couple shows before where me and some

10  other people played live music to the presentation of a

11  silent film.

12  Q.    You've played music to a silent film?

13  A.    To accompany, yeah, the -- the showing of a silent

14  film.

15  Q.    I see. Okay.

16       How many of those have you done?

17  A.    I think just two.

18  Q.    What other projects? You mentioned a variety of

19  projects that you derive income from.

20  A.    Well, I -- sometimes lectures pay. You know, public

21  appearances, speeches, that type of thing. That's --

22  that's about it.

23  Q.    Do you -- do you have a speaking fee that you

24  charge?

25  A.    I haven't had a consistent speaking fee. It's

Page 30

1  usually -- I try to work with the organizations to
2  determine what's fair and what they can afford and what I
3  feel is fair for me to -- to come out and do the event.
4  Q.    Uh-huh. What's the most that you've charged for a
5  speaking engagement?
6  A.    I think the most I've been paid is $2,000.
7  Q.    The most you've been paid to -- to speak?
8  A.    Correct. I -- I think that's it.
9  Q.    And where was that?
10 A.    I think that would -- I think I had one 2,000 -- a
11 couple $2,000 events before Madison, Wisconsin, just
12 preceding my arrival in -- in Arkansas here. But I can't
13 readily recall where those were or when.
14 Q.    You said preceding coming to Arkansas for this
15 deposition?
16 A.    Correct, yeah.
17 Q.    Okay. So this would have been this week? Or last
18 week or?
19 A.    It would have been the day before I flew in, and
20 then I had a day -- I don't know what today is, so -- I
21 flew to Arkansas. There was a day off, and then I came to
22 the first deposition.
23       And the day before all that, I gave a lecture in
24 Madison.
25 Q.    Okay. And what group were you giving a lecture to?

Page 31

1  A.    I -- I don't remember. It was a student group.
2  Q.    A student group at a university?
3  A.    At -- I believe it's the University of Madison.
4  It's in -- it's in downtown Madison. It's a large campus
5  area, so it's I'm sure the -- I'm sure it's the primary
6  university in Madison in that case. I'm not -- I'm not
7  sure.
8  Q.    Okay.
9  A.    I think it's the University of Madison.
10 Q.    Okay. And you -- you don't recall the name of the
11 group that you were speaking to?
12 A.    I -- I do not. I know it was a student group,
13 but . . .
14 Q.    Okay. And you said that you gave a couple of
15 speeches in Madison, correct?
16 A.    No. I just -- I just gave the one speech in
17 Madison.
18 Q.    Oh, okay.
19 A.    I mean on this -- sorry. I know I've spoken in
20 Madison before. But prior to coming here, you know,
21 this -- that particular event I'm speaking about, I only
22 spoke one time on this last trip to Madison, if that's
23 what you mean.
24 Q.    Okay. So previously you've -- you've had a trip to
25 Madison where you've -- where you've had a speaking

Page 32

1  engagement?

2  A.    Correct.

3  Q.    Okay.

4  A.    And I think it was with the same student group. But

5  I'm not sure, again, what the student group's name is.

6  Q.    Okay. And, as far as public appearances, do you

7  charge for public appearances?

8  A.    I get paid for public appearances, but I've also

9  not gotten paid for public appearances.

10  Q.    Uh-huh. How much have you gotten paid for public

11  appearances?

12  A.    Up to $2,000 and as little as zero.

13  Q.    Okay. And how about lectures that you mentioned?

14  A.    I -- can you be more specific?

15  Q.    Do you receive income from lectures that you give?

16  A.    I -- I don't know. There's a difficult distinction

17  sometimes to me between giving a speech and giving a

18  lecture.

19      I don't know if any of the classrooms I've ever

20  spoken to where I've formally been included on the

21  syllabus as a guest speaker, I don't think any of those

22  have actually ever paid.

23  Q.    So how many paid public appearances or speaking

24  engagements have you had in the past year?

25  A.    You mean beginning, like, in January? Or 12 months

Page 33

1  preceding today?

2  Q.    Yeah, so the previous 12 months say.

3  A.    So including -- including Q & A sessions with

4  the -- with the film viewings of Hail Satan? that -- it's

5  hard for me to arrive at a number of

6  that. There's been a lot of travel, and I -- I don't have

7  a good -- I don't have a good sense of it.

8  Q.    Can you --

9  A.    There was -- there was a lot around this time last

10  year, and then there was not much at all. And I haven't

11  done any for a -- for several months before this one in

12  Madison just the other day.

13  Q.    Okay. So you said a lot this time last year?

14  A.    Correct.

15  Q.    What -- what did you do this time last year? How

16  many did you do?

17  A.    I'm not sure how many I did, but I had -- I was --

18  I did a lot of appearances with screenings of the Hail

19  Satan? film.

20  Q.    So would you estimate three? Five? 10?

21      MR. KEZHAYA:  Object to form.

22  A.    I -- I'm saying more along the lines of probably 10

23  in the past year.

24  Q.    Okay. So 10 public appearances or speaking

25  engagements in the past year?

Page 34

1  A.   I would say that would be a closer number.

2  Q.   Okay. Could you have done 20?

3  A.   I -- I really don't know. I -- I would be surprised

4  if I had done 20. I would say it would be probably more

5  around 10. I could be wrong.

6  Q.   All right. What other projects do you have that you

7  derive income from?

8  A.   I don't -- can't think of any other things I derive

9  income from right now.

10      I have a -- a -- I don't know if you would call it

11  a regular column on the religious blog site Patheos,

12  which generates a certain amount of monetization per

13  reads on an article.

14  Q.   Do you receive a -- a monthly check from Patheos?

15  A.   I -- no. Well, it just depends on how much action

16  your page has gotten, how many readers your -- your

17  articles have -- have derived. And then there's, like,

18  these micro payments that come in for each, each read.

19      And then I think after it reaches a certain point,

20  they disburse the funds electronically.

21  Q.   How much have you received from Patheos in the past

22  year?

23  A.   $50 or less.

24  Q.   All right. Any other projects?

25  A.   None from which I'm deriving income currently that

Page 35

1  I can think of.

2  Q.   Okay. Any that you've derived income from in the

3  previous year?

4  A.   Not that I can think of now.

5  Q.   Okay. Any other way that you earn a livelihood?

6  A.   No.

7  Q.   Okay. And your testimony yesterday as the --

8       MR. KEZHAYA:  Object to referencing

9       testimony yesterday.

10  Q.   -- as the 30(b)(6) representative of The Satanic

11  Temple was that you received an income from The Satanic

12  Temple until four months ago?

13       MR. KEZHAYA:  Don't answer that.

14       This falls within the Interrogatory No. 9

15       limitation that the Court provided us last

16       week.

17       Also he was here as the 30(b)(6)

18       representative yesterday. He's here as Doug

19       today.

20  Q.   (Mr. Cantrell) How was your compensation from The

21  Satanic Temple structured before four months ago?

22       MR. KEZHAYA:  Don't answer that.

23  Q.   How is your compensation currently structured?

24       MR. KEZHAYA:  Don't answer that.

25       As a general matter, do not answer any

Page 36

1          questions surrounding your legal or financial
2          relationship with broadly any TST or TST
3          affiliate.
4    Q.   How much do you receive in various types of
5    compensation from The Satanic Temple?
6               MR. KEZHAYA:  Don't answer that.
7    Q.   Did you file tax returns for 2019?
8               MR. KEZHAYA:  Don't answer that.
9    Q.   Did you file tax returns for 2018?
10              MR. KEZHAYA:  Don't answer that.
11   Q.   Did you file tax returns for 2017?
12              MR. KEZHAYA:  Don't answer that.
13   Q.   For each of those years, how much taxable income
14   did you receive?
15              MR. KEZHAYA:  Don't answer that.
16   Q.   And what tax writeoffs did you have?
17              MR. KEZHAYA:  Same.
18   Q.   How much did you write off? Did you declare
19   business expenses on any of your -- for any of your tax
20   returns? What are they? How much? Is there any reason
21   your taxable income understates the pecuniary benefit you
22   receive from The Satanic Temple?
23   A.   (No audible response.)
24              MR. CANTRELL:  All right. So we will
25         reserve the right to take these issues to the

Page 37

1          judge, since the witness has been instructed
2          not to answer these questions.
3               And for now why don't we proceed a little
4          farther, and then we'll take a break.
5    Q.   (Mr. Cantrell) Okay. All right. What hobbies do you
6    have?
7               MR. KEZHAYA:  What possible relevance does
8          that have to this case? We've been through
9          every other named plaintiff in this case, and
10         you didn't ask anyone else about hobbies.
11              MR. CANTRELL:  I asked them about
12         activities that they enjoy doing.
13   Q.   (Mr. Cantrell) What activities do you enjoy doing?
14   A.   I don't have much free time. I -- I read a lot.
15   Q.   Anything else?
16   A.   Sometimes I watch movies.
17   Q.   Okay. All right. What organizations are you a part
18   of?
19   A.   The Satanic Temple. I can't think of any others.
20   Q.   Are you aware that you are a part of other
21   organizations?
22   A.   As I sit here now, I'm not aware that I still hold
23   any affiliations with any other organizations.
24   Q.   Okay. All right. You've referred to writings of
25   yours that are posted online.

Page 38

1      What -- tell me about -- about where your writings
2  appear online?
3  A.    Well, as I said, there's the Patheos page.
4        There's a LucienGreaves.com Web site.
5        And I -- I can't readily think of anywhere else,
6  but the Internet's a big place.
7  Q.    Have you created other Web sites on which you have
8  contributed content?
9  A.    Could you be more specific?
10 Q.    Have you created -- well, let me -- let me mention
11 there is -- there is Process.org?
12 A.    Correct. I have writings on Process.org.
13 Q.    Okay. Any other Web sites that you can think of
14 that have your writings?
15 A.    Not that I can think of.
16       But, again, like Process.org, I just didn't
17 immediately think of it. So if you run any of those past
18 me, I could -- you know, I could verify or disconfirm.
19 Q.    Okay. There is a Web site, For Infernal Use Only?
20 A.    That's the -- the Patheos page.
21 Q.    Okay. And you mentioned the -- your Patreon page?
22 A.    Correct.
23 Q.    Okay. Is that where most of your writings are
24 found?
25 A.    Yes.

Page 39

1  Q.    Okay. Have you ever contributed to something called
2  "The Angry Atheist"?
3  A.    Not that I know of. I know somebody who went by the
4  title of The Angry Atheist.
5  Q.    Is that person associated with The Satanic Temple?
6  A.    I do not know if that person is associated with The
7  Satanic Temple.
8  Q.    Have you done podcasts?
9  A.    How do you mean? Like, as an interview subject?
10 Q.    Have you -- well, have you participated in -- in
11 podcasts, either as the interviewer or the interviewee or
12 speaker or --
13 A.    Yes.
14 Q.    Okay. What podcasts have you participated in?
15 A.    Too many, too many to name. And some of them I
16 never even knew necessarily what they were called when I
17 was doing them.
18 Q.    Did you engage in any podcasts as a -- as a regular
19 participant?
20 A.    I'm sure I've been on some podcasts more than once.
21 And on my Patreon page I post what I call a regular
22 podcast of a half an hour, which I started about less
23 than a year ago where I usually interview people.
24 Q.    Okay. All right. And you've mentioned some of the
25 names that you've used on social media.

Page 40

1        Have you used any other names on social media that

2    we've not talked about?

3    A.    Not that I can -- not that I can think of.

4    Q.    Okay. All right. Okay. So let me go ahead --

5              MR. CANTRELL:  Give me one moment.

6              Actually, why don't we -- why don't we just go

7              ahead and take our break.

8              THE VIDEOGRAPHER:  We're going off the

9              record at 10:08 a.m.

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 43

1    particular phrase.

2         So could you -- could you tell us about what it

3    means for something to be a "metaphorical narrative

4    construct," as you use it here?

5    A.    Well, say a parable or -- or any type of -- of

6    mythology that speaks to universal issues or -- or

7    archetypal relationships but isn't necessarily to be

8    taken literally.

9    Q.    Okay. And what do you mean not to be "taken

10   literally"?

11   A.    I don't know how to -- how to clarify that further.

12   For example, a parable is not to be interpreted literally

13   but to be interpreted in a framework of applying the

14   lessons or meaning from the tale to other generalized

15   situations or real-world issues.

16        Is that -- is that kind of what you're getting at?

17   Q.    I think so.

18        I'm just -- anything that you can say to help me

19   kind of grasp what it means that -- especially what you

20   mean when you say, "Religion can and should be a

21   metaphorical narrative construct"?

22   A.    Right, right.

23        Like, when it comes to religious mythologies, I

24   don't think that in order to be useful they need to be

25   interpreted literally. Referring back to my comments

Shyloa Myers

Bushman Court Reporting                          501-372-5115

Page 44

1  about parables, you can derive meaning from metaphor,
2  symbolism, and the -- the lessons imbued into these,
3  these tales.
4        And -- and those aren't -- that's not rendered
5  meaningless if the tales in which those -- those moral
6  stories are told aren't believed to have taken place
7  in -- in the real material world.
8  Q.    Okay. And so specifically with The Satanic Temple,
9  you referred to the -- I think the mythology there is --
10 there's a metaphorical narrative construct associated
11 with The Satanic Temple, right?
12 A.    There's that concept -- concept of the Miltonian
13 Satan beginning with Paradise Lost, which tells the tale
14 of Satan as this rebel angel against a tyrannical God.
15      And that is viewed more as a metaphorical narrative
16 construct. Certainly the story isn't believed to be a
17 literal documentary history of events; rather, it's
18 something from which can be derived the certain values
19 and principles.
20 Q.    Okay. And when you say it's not a -- like, a
21 documentary history, you mean it's not -- not a factual
22 account of something that historically took place? It's
23 not intended to be that, I guess?
24 A.    Whether or not it's intended to be that, it
25 shouldn't be taken as that; because it -- those kinds of

Page 45

1  stories deviate far from what is known of material
2  reality, but they speak to us more on a -- for lack of a
3  better word, a spiritual level. They speak to us
4  regarding principles and general universal ordering and
5  that type of thing.
6  Q.    Okay. And -- and so Satan to you is a metaphorical
7  narrative construct?
8  A.    Correct.
9  Q.    Okay. And -- and you're very open about the fact
10 that you don't believe in the real existence of Satan?
11 A.    Correct.
12 Q.    Okay. So, if I understand it, you -- you -- you use
13 the imagery of Satan, but you don't take that use of
14 Satanic imagery to imply any metaphysical claims about
15 the existence of a real Satan?
16 A.    We do not believe in a literal supernatural entity
17 that could, say, appear to us in this room by means of
18 invocation. We -- we just don't believe in any of these
19 supernatural propositions put forward.
20      Satan is a metaphorical narrative construct.
21 Q.    Okay. So you don't mean to be making any
22 supernatural claims when you use the imagery of Satanism?
23 A.    Correct.
24 Q.    Okay. Okay. So -- so if I can kind of sum all that
25 up, you -- you find the imagery of Satanism useful; but

Page 46

1   you're saying I find this useful, but I'm not going to

2   claim that it makes any claims about what actually is the

3   case?

4   A.     Well --

5   Q.     Or what actually exists?

6   A.     Well, metaphorical narrative constructs can make

7   claims about what exists on a certain emotional,

8   psychological level.

9       It may -- it can make claims about archetypes

10  and -- and it can make claims about -- generally about

11  orders of events, things like that, how to properly

12  contextualize a -- your moral bearings, things like that.

13      But we're not making claims of -- of -- of

14  physical, material events. We're -- we're making claims

15  related to principles and moral bearings, that type of

16  thing.

17      And the -- these metaphorical narrative constructs

18  can speak to those elements. So those -- those elements

19  are very real, but we're not making claims related to a

20  material discrete entity known as "Satan."

21      Satan is kind of malleable to literary history in

22  the same way that there's various interpretations of God

23  or even Jesus.

24  Q.     So the -- take, like, the world of Harry Potter.

25      Could that be a metaphorical narrative construct?

Page 47

1   A.     Well, Harry Potter -- Harry Potter is a

2   metaphorical narrative construct.

3       I would say also so is the Bible.

4   Q.     Okay. Okay. So you think that all religion is a

5   metaphorical narrative construct?

6   A.     Well, you -- we'd have to go through the religions.

7   I mean, you take Confucianism; Confucianism doesn't

8   generally tell tales in metaphorical context. They --

9   Confucianism kind of lays out ideas and -- and tenets.

10      So I -- I don't think it's fair to say as a blanket

11  statement that all religions are based as metaphorical

12  narrative constructs.

13  Q.     Okay. But -- but the Bible you said is a

14  metaphorical narrative construct, in your opinion?

15  A.     Yeah, in my -- in my opinion it's a literary work

16  from which people derive certain values and contextualize

17  themselves and their place in -- in the world and their

18  kind of culture and ethics.

19      And my -- my point overall is that I don't feel

20  that anything is lacking from one's religious

21  identification necessarily or the -- or the enriching

22  aspects that they can derive from religion if they -- if

23  they also don't agree that the stories that they get

24  these values from and that context from are -- are

25  literal.

Page 48

1    Q.    Okay. You've also used the -- the phrase "literary

2    construct," to refer to Satan as a literary construct?

3    A.    Correct.

4    Q.    Okay. And would you use the word "metaphysical" to

5    say these -- these literary constructs or these

6    metaphorical narrative constructs don't imply any

7    metaphysical claims about the -- about Satan or about

8    angels?

9               MR. KEZHAYA:   Object to form.

10   A.    Well, you'd have to more closely define

11   "metaphysical." I think the -- the old definition of

12   metaphysical is just kind of the -- in -- in -- kind of

13   an overarching theory of -- of many kind of basic or

14   physical claims of, you know, overarching theories of

15   even scientific claims or whatever.

16         So I -- I guess you could consider the idea that

17   you can take -- if -- if I'm correct in this, then the

18   idea of a metaphorical narrative construct and being able

19   to derive certain experiences, goals, a moral bearing and

20   that type of thing, that could be considered true to --

21   true to linguistic analysis, a metaphysical claim that

22   these pric- -- these very real principles can be derived

23   from that, if I'm correct on the linguistics of that,

24   just to maybe split hairs.

25   Q.    Okay. Well, I -- I appreciate that.

Page 49

1               MR. CANTRELL:  All right. Let's just pause

2    here still on the record.

3          I've got an e-mail that I'm going to send

4    to chambers and all counsel of record informing

5    the Court that we've got an issue. We've got a

6    dispute and asking the Court to arrange a

7    hearing at its earliest convenience.

8          So I'm going to --

9               MR. KEZHAYA:  Is this concluding the

10   deposition --

11              MR. CANTRELL:  No.

12              MR. KEZHAYA:  -- in its present capacity?

13              MR. CANTRELL:  No.

14         No, I'm just sending this e-mail to the

15   Court to inform the Court that we've got an

16   issue and that will need the Court to --

17              MR. KEZHAYA:  Like a teleconference?

18              MR. CANTRELL:  -- resolve the dispute.

19   Yeah, so . . .

20         All right. So I've sent that. You all

21   should have that now or momentarily, anyway.

22              MR. KEZHAYA:  What happens if the judge is

23   ready right now and new issues come up after

24   the fact?

25              MR. CANTRELL:  If she's ready now, then we

Page 50

1  can -- we can do it now.

2         But I anticipate we can proceed and -- and

3  we'll hear something from the judge.

4  Q.  (Mr. Cantrell) Okay. I want to talk to you about the

5  Ten Commandments.

6  A.  So I -- should I file this?

7  Q.  Yeah, you can set that aside.

8         MR. KEZHAYA:  What number was that?

9         MS. PATTERSON:  One.

10         MR. CANTRELL:  Number 1, yeah.

11  Q.  (Mr. Cantrell) Okay. So you were involved in

12  litigation in Oklahoma concerning the Ten Commandments

13  monument there, right?

14  A.  No, I -- I don't think it got to litigation. There

15  may have been a Demand Letter, but it did not get to the

16  point of actually filing a suit.

17     The Ten Commandments monument in Oklahoma was

18  deemed illegal by the Oklahoma Supreme Court before we

19  took formal legal action.

20  Q.  Okay. So you were not a part of the -- the

21  litigation that was brought by the ACLU in Oklahoma?

22  A.  No, no.

23  Q.  Okay. Was it your intention to get involved in that

24  litigation if it had proceeded?

25  A.  There was not a strategy in place that would -- in

Page 51

1  which we would join the ACLU in their lawsuit. It -- if

2  that's what you mean specifically.

3  Q.  Well, okay. Let me -- let me back up.

4     So you -- was your testimony that you sent a Demand

5  Letter or intended to send a Demand Letter?

6         MR. KEZHAYA:  Renew my objection to

7         questions surrounding TST. We were here all day

8         yesterday talking about TST.

9  Q.  And I'm asking about you in your -- your personal

10  capacity?

11  A.  Either way, I don't remember if there was a Demand

12  Letter sent. I just don't recall.

13     I know there was communication with the State's --

14  the Arts and Grounds Commission, which it might not be

15  called -- their Arts and Grounds Commission. But I think

16  they're an analogous agency.

17     And I don't -- I don't recall how far the

18  communications went beyond that. I remember a problem

19  with -- Oklahoma was less that they were quick to openly

20  deny us, but it was more an issue in Oklahoma that they

21  were nonresponsive.

22  Q.  Okay. Did you make any trips to Oklahoma?

23  A.  I did not.

24  Q.  Okay. How did you first learn about Arkansas' Ten

25  Commandments monument?

Page 52

1  A.    I believe it was Mason Hargett who told me about

2  the -- the Ten Commandments monument in Arkansas.

3  Q.    When would that have been?

4  A.    It would have been at a conference I was speaking

5  at, the American Atheist Conference.

6        And I don't recall the year. 2016 probably. Maybe

7  2015.

8  Q.    Okay.

9  A.    It was their -- it was their annual conference.

10 Q.    Had you ever been to Arkansas before that time?

11 A.    Yes.

12 Q.    For what purpose had you come to Arkansas?

13 A.    I know I had come to Arkansas previously to go to a

14 film festival. I think I had also been to Arkansas

15 previously to visit Hot Springs on a separate occasion.

16 Q.    Okay. Do you have any friends or family in

17 Arkansas?

18              MR. KEZHAYA:  This goes to the family

19        objection. Don't answer that.

20              Actually, friends I'm going to cover in

21        the family objection.

22              MR. CANTRELL:  Say that again.

23              MR. KEZHAYA:  Friends and family are off

24        limits. Earlier I had said family's off limits,

25        but --

Page 53

1              MR. CANTRELL:  So now you're expanding it

2        to friends?

3              MR. KEZHAYA:  Friends outside of TST

4        group.

5              MR. CANTRELL:  Oh, so now it's outside of

6        TST?

7              MR. KEZHAYA:  Yeah. People who are within

8        the context of TST is what this litigation is

9        about. Outside of that are people who are

10       related to him in some way who aren't taking on

11       the risk that he has.

12             I'm not interested in having random

13       bystanders being harassed because they don't

14       like him.

15             MR. CANTRELL:  And so I'll --

16 Q.    (Mr. Cantrell) My question is merely if you have

17 friends or family in Arkansas. It's not --

18             MR. KEZHAYA:  Don't answer as to family.

19 Q.    Do you have friends in Arkansas?

20 A.    Yes.

21 Q.    Okay. Did you have friends in Arkansas prior to

22 2016?

23 A.    Yes.

24 Q.    Okay. Was -- had you ever been to the Arkansas

25 State capitol grounds before 2016?

Page 54

1   A.     I do not believe so.

2   Q.     Okay. When was your first visit to the Arkansas

3   State capitol grounds?

4   A.     I'm not going to remember a date. And I'm trying

5   hard to remember the occasion. I think the first occasion

6   that I came to the Capitol is when I came to the Arts and

7   Grounds Commission for a subcommittee hearing regarding

8   the -- the monuments request.

9   Q.     Okay. Was this a meeting in which you made a

10  presentation?

11  A.     Yes.

12  Q.     Okay. And your presentation dealt with the Baphomet

13  monument?

14  A.     Yes.

15         I -- I don't -- I'm not sure if we want to formally

16  consider that a presentation, but the -- the Arts and

17  Grounds Commission asked the questions they felt relevant

18  to considering private donations of monuments, and I

19  answered those questions.

20  Q.     Okay. Okay. Would that -- could that meeting have

21  been in October of 2016?

22  A.     Yeah, that could have been.

23         I am genuinely bad at placing -- placing time,

24  though; so . . . I'm not trying to be obscure there. It's

25  just I'm -- that's not a talent of mine. Just like some

Page 55

1   people have no sense of direction, I have no sense of --

2   of the time passed.

3   Q.     Okay. Well, how about your -- your time on the

4   Arkansas State capitol grounds for that visit.

5          Where was the meeting held; do you recall?

6   A.     I know it was not far from the formal State Capitol

7   building itself. It was, like, a -- the Arts and Grounds

8   Commission building, at least at that time and maybe

9   still now, was, like, a one-level ranch type building on

10  a nice incline.

11  Q.     Okay. Did you have any other purpose for that visit

12  to the Arkansas State capitol grounds?

13  A.     No.

14  Q.     Okay. Do you re- -- have you been to the Arkansas

15  State capitol grounds since that time?

16  A.     Yes.

17  Q.     Okay. What was your second visit?

18  A.     I'm not sure if I'm forgetting a visit or not, but

19  the next visit I remember was for the -- I was observing

20  the installation of the second installment of the Ten

21  Commandments monument.

22  Q.     Okay. So you made another visit to attend the

23  installation of the second Ten Commandments monument.

24         Could that have been in April of 2018?

25  A.     Yeah, that sounds -- that sounds right.

Page 56

1  Q.    Okay. And would it refresh -- well, let me ask
2  this: Did you attend any other meetings of the Capitol
3  Arts and Grounds Committee -- Commission?
4  A.    I might have attended two of those. I actually -- I
5  actually don't remember. I -- I can't recall if I re- --
6  if I attended one and there was a meeting and I didn't --
7  and I wasn't asked questions and then did the one where I
8  was asked questions. But I really . . .
9           (Exhibit 2 marked for identification.)
10 Q.    Okay. Let me -- let me give you this. I'm
11 marking -- I'm marking this as an Exhibit 2.
12       Okay. So take a look at this. And I'll say this is
13 actually a -- a transcript that was produced by I believe
14 the Orsi plaintiffs, as indicated by the -- the line at
15 the bottom.
16       And I'll ask you to take a look at this and tell me
17 if this refreshes your memory about a meeting of the
18 Capitol Arts and Grounds Commission held on January 25,
19 2017?
20 A.    Okay. This appears to be the transcript of the --
21 of the meeting of the Arts and Grounds Commission that
22 I -- I recall being at.
23 Q.    Okay. Turn to Page 11, if you will, in the upper
24 right-hand corner. And about two-thirds of the way down,
25 it says, Mr. Greaves -- Mr. Greaves says, "Understood."

Page 57

1       And then Mr. Boyd says:
2           "We're going to have to -- now, that
3           brings up an interesting point that I'd
4           like to point out to you because of the
5           session. One of the requirements in
6           existing law is that you have to have a --
7           you have to have legislative approval for
8           this before we can move forward.
9           "We're in a legislative session right
10          now. We won't be again for two years. We
11          can't do it during the fiscal session. The
12          threshold to have that bill discussed -- I
13          would recommend to you that you give
14          consideration to finding a sponsor and
15          trying to get that approval."
16 Q.    Did I read that part correctly?
17 A.    Correct.
18 Q.    Okay. Does this refresh your recollection of part
19 of a Commission hearing?
20 A.    Yes. This looks accurate to my recollection.
21 Q.    Okay. And, as I understand what's going on here,
22 Mr. Boyd, who was a member of the Commission, is
23 basically explaining that under existing law, you have to
24 have legislative approval before your application could
25 move forward on the Baphomet statue; is that correct?

Page 58

1  A.   Correct.

2  Q.   Okay. All right. And you can set that aside.

3       Okay. So when you came to the capitol grounds for

4  that January 25, 2017, meeting, did you have any other

5  purpose for going to the Arkansas State capitol grounds?

6  A.   I did not.

7  Q.   Okay. For the second installation of the Ten

8  Commandments monument, did you have any other purpose for

9  going to the capitol grounds?

10 A.   I did not.

11 Q.   Okay. Do you recall any other visits to the capitol

12 grounds?

13 A.   Yes.

14      There was one not terribly long ago, some, like,

15 three months ago I think it was.

16 Q.   What was the purpose of your visit three months ago

17 to the capitol grounds?

18 A.   I don't remember. I was -- I must have been

19 attending an event or something. I do remember I came to

20 the capitol grounds and observed the -- the State Supreme

21 Court Building. I mean, toured around the interior of it.

22 I don't -- I don't recall the purpose of that visit,

23 though.

24 Q.   Was this visit in connection with a -- a deposition

25 of Senator Jason Rapert?

Page 59

1  A.   Oh, yes, that would be it. I'm sorry. That's

2  correct.

3  Q.   Okay.

4  A.   I didn't tie those together.

5  Q.   Okay. And you visited the capitol grounds at that

6  time?

7  A.   Yes.

8  Q.   Okay. Had the Ten Commandments monument been

9  installed at that time?

10 A.   Yes.

11 Q.   Okay. Did you go see the monument?

12 A.   I did, yeah.

13 Q.   Did you see any other monuments?

14 A.   Yes, yes.

15 Q.   What other monuments do you recall seeing?

16 A.   I recall seeing a large bell I think it is.

17      And I think there's also a -- the firefighters'

18 monument that I could see. There seemed to be some

19 renovation work, and I think it was surrounding that one.

20      I don't recall any other monuments, though there --

21 there could be.

22 Q.   Did you take any photographs of any of the

23 monuments on that visit?

24 A.   I do not believe that I took any photographs.

25 Q.   Did anyone take photographs of you?

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 60

1   A.    I don't readily recall. Probably.

2   Q.    Where were the photographs taken?

3   A.    I don't specifically recall photographs.

4   Q.    But you say there were probably some photographs

5   taken of you?

6   A.    Yeah, probably.

7   Q.    Okay. All right. Any other visits to the capitol

8   grounds that you can recall?

9   A.    Not that I can recall.

10   Q.    Okay. Did you come to the capitol grounds in August

11   of 2018?

12   A.    Could you be more specific?

13   Q.    Did you come in connection with the Baphomet

14   statue?

15   A.    Maybe.

16         I mean, could -- is there anything more specific

17   still?

18   Q.    Well, I'm -- I'm just -- if that -- I guess what

19   I'm asking is if you recall a visit in which you brought

20   the Baphomet statue to the Arkansas State Capitol

21   grounds?

22   A.    Oh, yes. And, I'm sorry, what date were you  . . .?

23   Q.    August of 2018.

24   A.    That sounds right. I remember it was over a hundred

25   degrees, so August is probably around when that was.

Shyloa Myers

Bushman Court Reporting                    501-372-5115

---

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 61

1   Q.    Okay. And what was your purpose for that visit?

2   A.    That we had a rally.

3   Q.    And that was in connection with your desire to

4   place the Baphomet statue?

5   A.    It was in defense of the general principle of -- of

6   pluralism and First Amendment values connected with the

7   effort to install the -- the Baphomet to complement and

8   contrast the Ten Commandments monument.

9   Q.    Okay. Okay. Any other -- any other purpose for that

10   visit?

11   A.    No.

12   Q.    Okay. Did you go -- well, strike that.

13         Let's talk about the installation ceremony for the

14   Ten Commandments monument.

15         The night before, do you recall anything that you

16   did the night before the installation ceremony?

17   A.    Yeah.

18         I was drinking with the guys who were going to

19   install the Ten Commandments monument the next day at

20   their hotel, which also happened to be the hotel I was

21   staying at.

22   Q.    Okay. What transpired that night?

23   A.    We were sitting at the hotel bar drinking.

24   Q.    Okay. Anything occur after that?

25   A.    Not that I recall.

Shyloa Myers

Bushman Court Reporting                    501-372-5115

Page 62

1   Q.    Okay. Did you make a visit to the uninstalled Ten

2   Commandments monument?

3   A.    Oh, yes. I -- I saw that.

4   Q.    Okay. Tell us about that.

5   A.    I saw the shrink-wrapped Ten Commandments monument,

6   and I took a selfie before it.

7   Q.    Okay. And where was the shrink-wrapped Ten

8   Commandments monument at that time?

9   A.    On the flatbed of the truck belonging to the people

10  who were going to install it.

11  Q.    And where was the truck located?

12  A.    In the hotel parking lot.

13  Q.    Okay. So did you climb up onto the truck bed?

14  A.    I did.

15  Q.    Okay. Are you aware of other Ten Commandments

16  monuments other than the one on the Arkansas State

17  Capitol grounds?

18  A.    Yes.

19  Q.    Okay. Tell me the ones you're aware of?

20  A.    I know there were two deemed illegal by the Supreme

21  Court on the same day. They deemed the one legal in

22  Austin in Van Orden V. Perry.

23        The two that were deemed illegal are always

24  completely disregarded by Senator Rapert when he presents

25  his arguments for the legality of a stand-alone new Ten

Page 63

1   Commandments monument on the Arkansas capitol grounds.

2        I know there was another one recently removed in

3   New Mexico within the past five years deemed a violation

4   of the Establishment Clause.

5        And I know that people like Senator Rapert often

6   like to mention that there are other Ten Commandments

7   monuments on public grounds as affirmation that they

8   belong there and -- and aren't a violation of the

9   Establishment Clause, whether or not they've been

10  litigated or -- or otherwise.

11       I don't know how many there are still standing, but

12  I know that -- I believe it was the Order of Eagles went

13  to great lengths to install Ten Commandments monuments

14  across the nation in association with the Charlton Heston

15  film The Ten Commandments.

16       And -- and I know that the current efforts at

17  promoting model legislation around the nation to install

18  further Ten Commandments monuments work on the Order of

19  Eagles design, because the Order of Eagles design was

20  interpreted in a couple of cases as being

21  nondenominational.

22  Q.    Okay. So of those other Ten Commandments monuments,

23  have you visited any of those monuments?

24  A.    I have seen other Ten Commandments monuments, but

25  I'm hard pressed to -- to recall where or even -- or even

Page 64

1  readily recall whether they were on public or private
2  grounds.
3  Q.    Were you opposed to those monuments?
4  A.    I would be opposed to those monuments if they were
5  on public grounds without any other symbols of -- to
6  assert pluralism.
7  Q.    Okay. Regardless of whether they're in Arkansas or
8  Oklahoma or Texas or?
9  A.    Well, to me the -- the only issue -- I would -- I
10  would never take issue with a Ten Commandments monument
11  being on church property.
12       However, a Ten Commandments monument on say the
13  capitol grounds gives the appearance of Government
14  approval. It gives the appearance that a single exclusive
15  viewpoint has co-opted the authority of the Government.
16  Q.    Okay. So, as I understand it, there's nothing
17  specific about Arkansas public grounds that you find
18  significant; it's the placement on public grounds,
19  period, regardless of which state it's in? You're opposed
20  to the placement of Ten Commandments monuments on public
21  grounds, period?
22  A.    Well, the -- the exclusive placement of Ten
23  Commandments monuments.
24  Q.    Okay.
25  A.    I think part of Van Orden V. Perry was the -- the

Page 65

1  determination that there was no evidence of viewpoint
2  discrimination; there was a multiplicity of -- of
3  monuments. Ostensibly Austin would -- would be compelled
4  to accept a Baphomet monument if it were -- if it were
5  offered.
6       That's -- I mean, that's yet to -- to be seen, of
7  course.
8  Q.    Okay. Do you believe the Ten Commandments causes
9  the commandments to have the force of state law?
10  A.    I believe that the exclusive placement of a Ten
11  Commandments monument on the capitol grounds to the
12  exclusion of other monuments from other perspectives
13  gives the appear- -- appearance of the Government --
14  explicit Government endorsement of a specific religious
15  viewpoint.
16  Q.    And I understand that that's -- that's your -- your
17  view. And let me ask that particular question again.
18       Do you believe the Ten Commandments monument causes
19  the commandments to have the force of state law?
20  A.    I --
21            MR. KEZHAYA:  Object to speculation. He's
22       not a lawyer.
23            You can go ahead and answer.
24  A.    Well, I would -- I would need to understand that
25  more specifically.

Page 66

1    I understand that the -- that the Ten Commandments
2   monument being on the public grounds is not equal to
3   passing a bill saying that one must respect the Sabbath
4   and keep it holy under -- under penalty of law.
5   Q.   Okay. So you're saying those are -- those are not
6   the same thing; placing a Ten Commandments monument
7   exclusively is not the same thing as the Legislature
8   passing a law to that effect?
9   A.   I -- I know it's not in effect and in reality, but
10  it might appear as such to -- to certain members of the
11  population.
12  Q.   Okay. Have you been coerced by threat of penalty to
13  obey the Ten Commandments?
14  A.   I have not.
15  Q.   Have you been coerced by force of state law to obey
16  the Ten Commandments?
17  A.   I have not.
18  Q.   Are you aware of anyone who has been coerced by the
19  State to obey the Ten Commandments?
20  A.   Well, I mean, we're going to have to narrow in on
21  what's meant by "coerced."
22       I feel it's coercive to have an exclusive
23  stand-alone Ten Commandments monument displaying these
24  kind of divine fiats, and -- and that being there might
25  give the impression of coercion to other people.

Page 67

1    I happen to know that it doesn't carry the weight
2   of law in the same way that a bill passed by the
3   Legislature does, but I feel that that appearance of
4   having co-opted the authority of the Government is a
5   coercive element to -- to a significant number of the
6   population -- a significant population with -- who might
7   see that.
8   Q.   Are you aware of anyone in particular who has felt
9   coerced to obey the Ten Commandments by the State of
10  Arkansas?
11  A.   I believe I do.
12       I would say Senator Rapert strikes me as one of
13  those people.
14  Q.   You think Sen- -- let me -- explain what you mean.
15  That's a little confusing to me.
16  A.   Well, Senator Rapert, by his own testimony and his
17  public statements, seems to believe that he is -- that
18  his -- his actions are -- are viewed either favorably or
19  unfavorably by a divine power that holds ultimate
20  authority also over our Government, and our Government
21  should respect that divine authority.
22       And in that way I feel like he is openly stating
23  that his beliefs have a coercive effect on his life that
24  also compel him to act in a coercive nature upon other
25  people to follow a -- a Godly system of government.

Page 68

1   Q.   Okay. So do you -- do you think Senator Rapert has
2   himself felt coerced to obey, to obey the Ten
3   Commandments?
4   A.   I think -- well, my understanding is -- if I
5   interpret what -- what Senator Rapert says in his public
6   statements and in his testimony, is that, yes, he happily
7   feels coerced by a -- a divine patriarchal character to
8   obey the Ten Commandments monument, the -- the dictates
9   of the Ten Commandments monument; and, furthermore, to
10  impose those dictates upon the population at large.
11  Q.   Okay. So do you think that the State of Arkansas
12  has coerced Senator Rapert to obey the Ten Commandments?
13  A.   I think Senator Rapert is trying to coerce the
14  Arkansas State Government to -- to obey what he feels is
15  the authority of his god.
16  Q.   Okay. What -- have you suffered any ailments as a
17  result of the placement of the Ten Commandments monument
18  on the Arkansas State capitol grounds?
19  A.   Do you mean, like, physical illness?
20  Q.   Sure.
21       If -- have you suffered any physical illness as a
22  result?
23  A.   Not that -- not that I'm aware of, no.
24  Q.   Okay. Any -- any other ailments that you might have
25  suffered as a --

Page 69

1   A.   I -- no. Unless I were to start subscribing to
2   supernatural beliefs, I think I can safely say that I've
3   suffered no physical ailments due to the placement of the
4   Ten Commandments monument --
5   Q.   Okay.
6   A.   -- on capitol grounds.
7   Q.   Okay. And you've not been unable to work due to the
8   placement of the Ten Commandments monument on the
9   Arkansas State capitol grounds?
10  A.   Correct.
11  Q.   Okay. And have you sought any treatment, therapy,
12  or counseling as a result of the Ten Commandments
13  monument being placed on the Arkansas State Capitol
14  grounds?
15  A.   I have not.
16  Q.   Okay. Have you been harmed in any other way, other
17  than what we've talked about already?
18  A.   Other than what we've discussed, I -- I can't think
19  of other ways in which I may have been harmed.
20  Q.   Okay.
21       THE WITNESS:  I'm sorry. Can I call a
22       restroom break? I'm sorry.
23       MR. CANTRELL:  Absolutely, absolutely.
24       Yeah, let's take a break.
25       THE VIDEOGRAPHER:  We are going off the

Page 70

1    record at 11:04 a.m.

2         (Recess taken.)

3         THE VIDEOGRAPHER:  We're back on the

4    record at 11:22 a.m.

5    Q.   (Mr. Cantrell) Okay. Mr. Misicko, would it be

6    appropriate for a person to consider you to be a mature

7    adult?

8    A.   I believe so.

9    Q.   Would you say that you're susceptible to religious

10   indoctrination?

11   A.   No more so than anybody else.

12   Q.   Would you say that you're susceptible to peer

13   pressure more than anyone else?

14   A.   I would not say that.

15   Q.   Okay. So you've made efforts to place the Baphomet

16   monument on the Arkansas State Capitol grounds.

17        Tell me what efforts you've made to that end?

18   A.   I -- I don't believe I made individual efforts to

19   place the Baphomet on the -- on the grounds. I worked

20   with The Satanic Temple toward that end.

21   Q.   Okay. You did attend meetings, we've discussed

22   already?

23   A.   Correct, yeah.

24   Q.   Okay. So, other than that, there were no other

25   efforts you made personally to place the Baphomet

Page 71

1    monument on the Arkansas State Capitol grounds?

2    A.   Correct.

3         I am not as a private individual offering to donate

4    this -- this private construction of a -- of a monument.

5    Q.   Uh-huh. And I understand that.

6         My question goes to whether you as an individual

7    participated in -- in efforts supporting the Baphomet

8    monument application?

9    A.   Yes.

10   Q.   Okay. And what are those?

11   A.   I mean, aside from the ones we've already

12   discussed?

13   Q.   Yes.

14   A.   I don't think there was anything we haven't

15   discussed. But if there's -- if there's anything you feel

16   we're missing, then by all means, let's -- we can go into

17   those.

18   Q.   Okay. But you can't think of any other efforts you

19   made?

20   A.   Correct.

21   Q.   Okay. Okay. I want to ask you about some of the

22   other things that you've been involved with.

23        So what is the Process Church of the Final

24   Judgment? Not to imply that you've been a part of the

25   Process Church of Final Judgment, but you've -- you've

Page 72

1  dealt with that subject matter, correct?

2  A.    Correct.

3  Q.    Okay. Tell me about that.

4  A.    That was a research topic of mine. They were a --

5  they had a bizarre little alternative religious cult from

6  the 1960s to 1970s. They disbanded sometime in the

7  seventies.

8  Q.    Okay. And what did your research topic involve?

9  A.    Just kind of the narrative arc of the rise and fall

10  of this -- this little social group and its -- its

11  beliefs.

12  Q.    What did you learn about the Process Church?

13  A.    It -- its -- I learned its general history and some

14  of the individual narratives of experience within that

15  group.

16  Q.    Who were the individuals that you focused on or

17  were concerned with?

18  A.    Well, I was concerned with anybody who was a part

19  of the Process Church of the Final Judgment, especially

20  their inner circle "luminaries" as they called them.

21        There were quite a few more willing to speak

22  than -- than others. There's a documentary I'm in about

23  this topic.

24  Q.    A documentary on the Process Church?

25  A.    Correct, yeah.

Page 73

1  Q.    Okay. Why were you included in that documentary?

2  A.    As somebody with knowledge of -- of the Process

3  Church of the Final Judgment. Again, not as a

4  participant. They were well before my time. But as

5  somebody who had researched the topic and had spoken with

6  people who are -- who had been part of it when it was an

7  active organization.

8  Q.    Okay. Are you familiar with -- and help me with

9  this name: Genesis P. Orridge?

10  A.    Yes. I've -- I mean, I've heard some people just

11  say Porridge.

12  Q.    Porridge?

13  A.    And other people say P. Orridge. I'm not sure

14  which -- which one --

15  Q.    Okay.

16  A.    -- he or she prefers.

17  Q.    Did you come to know Porridge?

18  A.    No, not personally.

19  Q.    Okay. Have you ever spoken with him?

20  A.    No.

21  Q.    Okay. Are you familiar that he founded a group

22  called The Process?

23  A.    It's not my understanding that -- that Genesis

24  founded the group and called it The Process.

25        I know Genesis was really interested in the topic

Page 74

1   and also knew some of the people who were involved in The
2   Process, but I believe that Genesis's organization was
3   called something else.
4   Q.    Okay.
5   A.    I could be wrong.
6   Q.    What was the name of his organization?
7   A.    I thought he called his thing, whatever he
8   designates it, as, like, a legal entity or whatever or
9   even if it's defined as a legal entity, I don't know. Or
10  if it's just kind of, like, an online concept or -- or
11  some kind of, like, art project type thing.
12        I believe it's the Temple of the Psychic Youth.
13  Q.    Okay. Did -- and you referred to him as "Genesis."
14        Did -- did Genesis have any relationship with the
15  Process Church?
16  A.    Genesis knew -- I think Genesis was very fixated
17  with The Process. And as somebody fixated with The
18  Process, I think Genesis also sought out and spoke to
19  people who were involved in it.
20        But I don't -- I don't really know -- I mean,
21  Genesis may -- may have had overlap with the actual
22  organization itself while it was active. It wasn't my
23  understanding that that was -- that that was the case,
24  though.
25  Q.    Okay. What is -- what is The Process?

Page 75

1   A.    Could you be more specific?
2   Q.    Well, it was a -- a -- I thought you used that as a
3   reference a minute ago.
4         Were you referring to the Process Church?
5   A.    Correct, yes.
6   Q.    Okay. Okay. What is Process.org?
7   A.    Process.org was a Web domain or still is a Web
8   domain, but it's -- it's pretty inactive now regarding,
9   like, posting of content.
10        But it was a domain owned by William Morrison that
11  took on part of the aesthetic of the -- the Process
12  Church of the Final Judgment, not necessarily because he
13  subscribed to any of their beliefs but also just out of
14  fixation with -- with The Process.
15  Q.    Okay. And what is -- describe that aesthetic of the
16  Process Church for us?
17  A.    The Process had its own -- its own symbols and
18  types of art and that type of thing.
19  Q.    What -- what are some of the symbols?
20  A.    The -- the head of Maenads, a goat head symbol. A
21  4P symbol where the four P's are interlocked. There's
22  others. I can't really . . .
23  Q.    Okay. Did you write, post, or publish on
24  Process.org?
25  A.    I did.

Page 76

1   Q.    And you posted -- did you -- do you recall whether
2   you posted those under the name Doug Mesner?
3   A.    I posted those under the name Doug. I don't know if
4   they were more specific than that.
5   Q.    Okay. And -- and you posted quite a bit on
6   Process.org; is that right?
7   A.    I -- I think in total there was somewhere around 30
8   articles in the course of six or seven years.
9   Q.    Okay. Do you know when you began posting on
10  Process.org?
11  A.    I think around 2006.
12  Q.    Okay.
13  A.    Thereabouts.
14  Q.    Do you know when your last post was?
15  A.    I do not. Probably, like, a good five years ago.
16  Q.    Okay. And you -- you've used an e-mail address from
17  the Process.org domain, right?
18  A.    Yes.
19           MR. CANTRELL:  Okay. Give me one moment.
20  Q.    (Mr. Cantrell) Okay. and somehow I've only got
21  three of these, but I'm going to mark this as Exhibit 3.
22           (Exhibit 3 marked for identification.)
23  Q.    Okay. Can you tell me what that is?
24  A.    It looks to be part of what might have been my
25  first post on Process.org.

Page 105

1           (Luncheon recess.)
2           THE VIDEOGRAPHER:  We are back on the
3       record at 1:07 p.m.
4           (Exhibit 6 marked for identification.)
5   Q.   (Mr. Cantrell) All right. I'm handing you what I've
6   marked as Exhibit 6.
7       Can you flip through that and tell me what -- what
8   this is?
9   A.    These are illustrations I did for the publication
10  of a book called Might is Right.
11  Q.    Okay. And what is Might is Right?
12  A.    Might is Right is the book that Anton LaVey
13  plagiarized from to -- or took sections from to construct
14  The Satanic Bible.

Page 124

1    MR. KEZHAYA:  Well, that's definitely for
2    sure; but just in case.
3        MR. CANTRELL:  Okay.
4        MS. KEZHAYA:  We're taking 24 hours.
5        (Counsel confer sotto voce.)
6        MR. CANTRELL:  Okay. Yeah. So go ahead
7    and -- okay. So I apologize. Here is -- here's
8    the clip that we're sending -- and, again, this
9    is -- again, my understanding this is part of
10   what is called the "Might is Right Special,"
11   part of a 24-hour podcast.
12       And I'll go ahead and -- and hit play.
13       (Audio plays from 1:40 p.m. to 1:42 p.m.)
14   NOTE: THE FOLLOWING IS NOT A VERBATIM TRANSCRIPT OF
15   AUDIO. QUALITY IS TOO POOR TO CERTIFY AS VERBATIM.
16       MALE 1: "Yeah, I mean, you know,
17   it's -- it's funny how people associate
18   Naz- -- like the Nazis went immediately
19   with that social Darwinism. It's the only
20   thing they can put together, you know what
21   I mean? And there's a -- they have a
22   knee-jerk reaction. All you have to do is
23   to mention social Darwinism, and they
24   immediately think of World War II.
25       MALE 2: "Right. That's exactly what I

Page 125

1    was talking about, the -- the unconscious
2    collective trauma of World War II,
3    apparently.
4        MALE 1: "Exactly. It was just -- it
5    just threw things off, and I think it --
6    you know, speaking of eugenics, it -- it
7    kind of gave eugenics a bad name too.
8    Well, completely ruined it.
9        MALE 2: "Threw the baby out with the
10   bath water, so to speak.
11       MALE 1: "Exactly. Precisely.
12       MALE 2: "I mean, just like
13   (inaudible) antisemitic to me --
14   (Cross-talk. Inaudible.) a bad word -- it
15   just depends"
16       MALE 1: "-- we're living in right now
17   because I -- I really think that eugenics
18   would be something that would be used much
19   more openly than it is now.
20       MALE 2: "Like, I think it's okay to
21   hate Jews if you hate them because they're
22   Jewish and they wear a stupid fucking
23   Frisbee on their head and walk around
24   thinking they're God's chosen people, but
25   it's not okay to hate somebody just

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 126

1    because their parents were stupid fucking
2    Jews and wore stupid Frisbees on their
3    head and thought that Jews, they were
4    God's chosen people.
5        "I mean, that's not what they -- they
6    choose to go along with. And they're normal
7    people too.
8        MALE 1: "If they're Jews?"
9        MR. CANTRELL:  Okay. You can go ahead and
10   turn it off, Josh.
11       (Mr. Robinson exits.)
12   Q.   (Mr. Cantrell) Okay. So -- and let me ask you,
13   the -- the voice that began, "I think it's okay to hate
14   Jews if you hate them because they're Jewish," do you
15   recognize that as your voice?
16   A.   I recognize that as my voice, but I can't
17   authenticate the fidelity of that recording.
18   Q.   And I'm -- I'm not asking you to authenticate
19   fidelity of -- and at least as I understand what you're
20   saying.
21       But I am asking you if -- did you make the
22   statement that was recorded there?
23   A.   I can't authenticate that. I do not -- I cannot
24   authenticate the fidelity of that recording. I cannot say
25   that that recording was not altered.

Shyloa Myers
Bushman Court Reporting                    501-372-5115

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 127

1    Q.   Did you make a statement that: "I think it's okay
2    to hate Jews if you hate them because they're Jewish and
3    they wear a stupid fucking Frisbee on their head and walk
4    around and think they're God's chosen people, but it's
5    not okay to hate somebody just because their parents were
6    stupid fucking Jews and wore stupid Frisbees on their
7    head and thought that Jews were God's chosen people"?
8    A.   That is exactly the statement I'm telling you I
9    cannot authenticate.
10   Q.   Okay. And I'm asking you: Did you make that
11   statement?
12   A.   I -- I don't know what the difference is between
13   your -- your question previously and the question now.
14   I'm telling you I can't tell you whether I made that
15   exact statement or not.
16   Q.   Okay. So is your -- is your testimony today then
17   that you did not make that statement?
18   A.   No.
19       My testimony is that I cannot authenticate that as
20   true to the form in which I spoke any statements on that
21   show.
22   Q.   Okay. On -- on that podcast did you express that
23   it's not okay to hate Jews for racist reasons?
24   A.   My understanding, my broad recollection of
25   something that happened nearly 20 years ago was that I

Shyloa Myers
Bushman Court Reporting                    501-372-5115

Page 128

1  was making an inarticulate point that it is okay to be
2  critical of superstitious religious beliefs but not okay
3  to be critical of somebody's ethnic or ancestral
4  background.
5  Q.    Okay. And so is it correct to characterize that as
6  saying it's -- it's not okay to dislike people again for
7  racist reasons, but it is okay to dislike people for
8  religious reasons?
9  A.    I would not agree with that statement today. I
10  don't know if I would have agreed with it back then.
11      But I just don't think it's -- it's okay to -- to
12  hate people for their religious beliefs, but I think it
13  is okay to be critical of beliefs that aren't -- aren't
14  based upon empirical evidence.
15           (Exhibit 8 marked for identification.)
16  Q.    Okay. Let me move on. And I may have other
17  follow-up questions at some point, but let me move on.
18      All right. I'm handing you what I have marked as
19  Exhibit 8.
20      Do you recognize this as an article titled, "Who
21  are the 'Satanists' Designing an Idol for the Oklahoma
22  Capitol?" published in The Atlantic?
23  A.    Yes.
24      I see a date of February 4, 2014.
25  Q.    Okay. And did you give statements that were

Page 129

1  published in this article?
2  A.    I do not readily recollect this specific article.
3  Q.    Okay. Do you recollect someone named Gideon Resnick
4  by any chance?
5  A.    I don't -- I don't think so. I mean, I may very
6  well have done an interview with this guy.
7  Q.    Okay. You have no reason to doubt the authenticity
8  of the article or of statements attributed to you in this
9  article, right?
10  A.    Well, I'd have to read the article or read it
11  again, whatever the case may be.
12  Q.    Would you have spoken to someone at The Atlantic
13  about this time, about February 14, 2014?
14  A.    It's not at all implausible that I spoke to
15  somebody from The Atlantic. I just don't readily
16  recollect this particular article, because there was a
17  lot of -- of articles around that time.
18  Q.    Okay. All right. And, whenever you speak to the
19  media, you -- you speak truthfully, correct?
20  A.    To -- to my recollection.
21  Q.    Okay. Do you know of any instance in which you have
22  spoken untruthfully to the media?
23  A.    I cannot think of one sitting here today, no.
24           (Exhibit 9 marked for identification.)
25  Q.    Okay. All right. I'm -- I'm going to hand you what

Page 130

1    I've marked as Exhibit 9.

2    A.    We're done with this?

3    Q.    Yeah. You can set that aside.

4          Okay. Do you recognize Exhibit 9 as an interview

5    published under the title, "Lucien Greaves of The Satanic

6    Temple," in the Detroit Metro Times?

7    A.    I'm -- I'm seeing that here dated May 27, 2014.

8    Q.    Okay. And do you recall giving an interview to the

9    Detroit Metro Times?

10   A.    No. But it's not -- not at all implausible to me.

11   Again, this was a -- you know, this -- I was doing a lot

12   of interviews.

13   Q.    Okay. And you have no reason sitting here today to

14   doubt that you gave an interview and gave the statements

15   reflected in this interview, correct?

16   A.    Correct.

17               (Exhibit 10 marked for identification.)

18   Q.    Okay. All right. You can set that aside.

19         I'm handing you Exhibit 10.

20   A.    Are you just going to take one of the stapled

21   copies?

22   Q.    Yeah, I'm sorry. Let me -- one of them had a

23   sticker on it. Yeah, let me keep that one. I gave you the

24   wrong one. Okay. There we go. Try to . . .

25   A.    Okay.

Page 131

1    Q.    Okay. Do you recognize Exhibit 10 as an interview

2    published under the title, "Trolling Hell: Is The Satanic

3    Temple a Prank, the Start of a New Religious Movement, or

4    Both"? in the Village Voice?

5    A.    I do.

6          Dated July 2, 2014.

7    Q.    Yes.

8          Do you recall giving this interview?

9    A.    I do.

10               (Exhibit 11 marked for identification.)

11   Q.    Okay. Okay. And you can set that aside.

12         Okay. I'm handing you what's been marked as

13   Exhibit 11.

14         Do you recognize this as an interview published

15   under the title, "Satanic Leader: After-school Club Sends

16   Positive Message," in Salem News?

17   A.    I -- I recognize it as such.

18         Dated October 28, 2016.

19   Q.    Yes.

20         Do you recall giving this interview?

21   A.    It looks familiar to me, but I haven't -- I'm not

22   readily aware of its contents while sitting here now.

23   Q.    Okay. But you have no reason to doubt the

24   authenticity of it?

25   A.    Correct.

Page 132

1           (Exhibit 12 marked for identification.)

2   Q.    Okay. Okay. I'm handing you an Exhibit 12.

3         Do you recognize this as an interview published

4   under the title, "Never Let Your Activism be Artless: An

5   Interview with Lucien Greaves of The Satanic Temple," in

6   Haute Macabre?

7   A.    Correct.

8         Dated June 28, 2017.

9   Q.    Okay. And do you recall giving the interview?

10  A.    I do.

11  Q.    Okay. And I'll just direct your attention to

12  Page 28, 28 of 41. There's a -- a comment there I believe

13  that is the name Konrad Josefsson.

14        Is -- is this a comment that you would have posted?

15  A.    Perhaps. That was probably the account I was using

16  on Facebook at the time.

17           (Exhibit 13 marked for identification.)

18  Q.    Okay. Okay. You can set that aside.

19        All right. I'm showing you what I've marked as

20  Exhibit 13.

21        And do you recognize this as an article titled, "I

22  am a Founder of The Satanic Temple. Don't Blame Satan for

23  White Supremacy"?

24  A.    Yes.

25  Q.    Okay. And --

Page 133

1   A.    Dated August 23, 2017.

2   Q.    And this was published in the Washington Post?

3   A.    Correct.

4   Q.    Okay. Did you write this article?

5   A.    I did.

6   Q.    Okay. And take a look at Page 3 of 8 down in the

7   bottom left-hand corner -- or, sorry, bottom right-hand

8   corner, Page 3 of 8 at the top. And read along with me as

9   I read that. "I identify nontheistically."

10        Do you see that?

11  A.    Yes.

12  Q.    Okay.

13           "I identify nontheistically with a

14        Miltonic Satan that defies all

15        subjugation, exalts scientific inquiry,

16        and promotes Humanistic, pluralistic

17        values. The Satan of modern Satanism is a

18        metaphorical icon for Enlightenment

19        values. Satanism adopts a mythological

20        backdrop that we feel is more befitting to

21        modern culture than the monarchical,

22        feudalistic, theocratic superstitions of

23        old. The Satanic Temple, far from

24        endorsing crash [sic], nationalistic

25        tribalism actively fights for individual

Page 134

1           sovereignty and secular values."
2       ·   Did I read that correctly?
3   A.    I -- I would just say it's "crass" nationalistic
4   tribalism.
5   Q.    Okay.
6   A.    Otherwise, correct.
7   Q.    Okay. Thank you.
8         All right. And is that an expression of -- of your
9   view?
10  A.    Yes.
11  Q.    Okay. All right. And you can set that aside.
12        What was your involvement with the making of Hail
13  Satan?, the film?
14  A.    I was a primary subject in the film Hail Satan?.
15  Q.    Okay. And what does Hail Satan? deal with? What's
16  the subject matter of Hail Satan?
17  A.    The origins and growth of The Satanic Temple.
18  Q.    And you're familiar with a filmmaker, Penny Lane?
19  A.    Correct.
20        She is the director of Hail Satan?.
21  Q.    And Penny Lane became -- did she become a member of
22  The Satanic Temple during the making of the film?
23  A.    I have understood that she has said that in maybe
24  more than one interview, at least one interview. I think
25  she said she became a member of The Satanic Temple.

Page 135

1   Q.    Okay. What did you -- what did you do to assist the
2   filmmakers in their making of the film?
3   A.    I would keep them apprised of events taking place
4   in The Satanic Temple or -- or activities being engaged
5   in in the name of the organization. They could determine
6   if it was worthy of them coming and filming it, that type
7   of thing.
8         I did weekly meetings with them to kind of go over
9   scheduling and going over the current pressing items so
10  they could decide what best fit their -- their narrative
11  needs for the film they were making.
12  Q.    And a large part of that film deals with matters
13  that are the subject of this litigation; is that right?
14  A.    Could you be more specific?
15  Q.    Yeah.
16        So a large part of that film deals with attempts to
17  place the Baphomet monument statue on the Arkansas State
18  Capitol grounds, right?
19  A.    Even though I've seen the film too many times to
20  want to care to see it again, I cannot place a good
21  estimate on how much time is invested in the issue of the
22  Arkansas Ten Commandments monument and the attempted
23  placement of the Baphomet monument, but I do know it was
24  a subject in the film.
25  Q.    Okay. It -- I mean, without asking you to, you

know, give a percentage or anything like that, I mean, it was -- it was a substantial part of the movie, right? Of the film?

A. I think so.

Q. Okay. Okay. Have you ever claimed to have done work for the Central Intelligence Agency?

A. I have not.

Q. Okay. Do you know why that rumor would be out there?

MR. KEZHAYA: Object to speculation, hearsay.

Go ahead and answer, though.

A. Yeah, I -- I really can't, because people say a lot of crazy things about me --

Q. Okay.

A. -- all the time.

Q. Have you ever worked for the Central Intelligence Agency?

A. I have not.

Q. All right.

A. Not that I'm aware of.

(Exhibit 14 marked for identification.)

Q. Okay. All right. I'm handing you what I've marked as Exhibit 14.

Do you recognize Exhibit 14?







A. I see Exhibit 14 to be screen captures from my Twitter page.

Q. Okay. And do you recognize the occasion on which these tweets were made?

A. It appears that these tweets were made during Senator Rapert's deposition. The date must be on record.

Q. Okay. And did you in fact make the tweets in this Exhibit 14?

A. I did.

And, from what I can see, I -- I haven't read through all these tweets. Perhaps I should.

Q. Yeah, take a look.

A. Okay. Yes, all those tweets appear on the level to me.

Q. Okay. And did you delete some of these tweets the same day?

A. Not that I recall.

Q. Okay. So and let me ask more pointedly: During a break in a deposition, did you review tweets that you had made previously and -- and decide that they needed to be deleted?

A. I -- it's possible, but not that I recall.

Q. Okay. So all -- if -- did you delete any of these tweets at any subsequent time?

A. I -- I don't believe so.

Page 138

1    Q.    Okay.

2    A.    As I sit here today, I honestly think I did not

3    delete any of those tweets.

4    Q.    Okay. So if we were to go look, all of these tweets

5    would still be in your Twitter feed?

6    A.    Oh, yes.

7    Q.    Okay. You can set that aside.

8              MR. KEZHAYA:   Which exhibit is the

9         selection of Twitter posts?

10             THE WITNESS:  14.

11             MR. KEZHAYA:  14. Thank you.

12             MR. CANTRELL:  Yeah, 14.

13             (Counsel confer sotto voce.)

14   Q.    (Mr. Cantrell) Have you ever expressed the opinion

15   that we should remove "In God We Trust" from currency and

16   inscriptions in the House and Senate chambers?

17   A.    Probably.

18   Q.    Okay. Well, do you know when you would have done

19   that?

20   A.    No.

21         But if you can narrow in and be more specific, I

22   can possibly authenticate one such comment.

23             (Exhibit 15 marked for identification.)

24   Q.    Okay. All right. I'm handing you Exhibit 15.

25         Does that appear consistent with your memory?

Page 139

1    A.    This tweet from 2013 isn't something I readily

2    remember, but it's not something I object to as

3    indicative of something I would write.

4    Q.    Okay. It wouldn't surprise you to go back and find

5    that in your -- your Twitter feed?

6    A.    It wouldn't surprise me to find it in my Twitter

7    feed tomorrow.

8              (Exhibit 16 marked for identification.)

9    Q.    Okay. Thank you.

10         All right. I am showing you Exhibit 16.

11         Can you identify Exhibit 16?

12   A.    I -- I'm not sure the exact description of this.

13   It's a partial screen grab of my Facebook page. It's kind

14   of an odd formatting. It doesn't look like how my

15   Facebook page typically looks I think when you log in.

16   Maybe it does.

17         It looks like the top part of my Facebook fan page,

18   in any case.

19   Q.    Okay. I don't know about you. I call this part the

20   banner, the top part there?

21   A.    Correct, yeah.

22   Q.    Okay. And it says, "Together we can bring Baphomet

23   to Arkansas"; correct?

24   A.    Yes.

25   Q.    And it's a photograph -- it appears to me this is a

Page 140

1  photograph of you at the installation ceremony for the
2  Ten Commandments?
3  A.    Correct.
4  Q.    Okay. And has this image been Photoshopped?
5  A.    It has.
6  Q.    Okay. What -- what was Photoshopped?
7  A.    The same sunglasses I am wearing have also been put
8  on the face of Senator Rapert. And also my left hand has
9  also been superimposed so it looks as though Rapert's
10  hand matches my hand.
11  Q.    Okay. And did you do that photoshopping?
12  A.    I did.
13  Q.    Okay. And you posted that as your banner on your
14  Facebook page?
15  A.    Correct.
16  Q.    Okay. All right. And you can set that aside.
17        Okay. What other litigation or legal proceedings
18  have you been involved in besides this litigation?
19              MR. KEZHAYA:  Object to form. Modify the
20              question to 2013 or later, and we won't have an
21              issue.
22              I'll reference you back to the Order,
23              Pages 28 to 29, Interrogatory No. 3 to Doug
24              Misicko asks the identical question and set of
25              questions you're about to get to. The Court

Page 141

1              directs TST and Doug in his personal capacity
2              to provide the name, number, and jurisdiction
3              for each case, civil or criminal, to which he's
4              been a party since 2013.
5              I interpret that to be a limitation set
6              forth by the Court.
7              MR. CANTRELL:  So I'll -- I'll ask that
8              particular question.
9  Q.    (Mr. Cantrell) What -- what have you been involved
10  in since 2013 as far as legal proceedings or lawsuits?
11  A.    Now, in --
12              MR. KEZHAYA:  And also to clarify: You're
13              asking Doug with his person hat on? You're not
14              talking to TST, right?
15              MR. CANTRELL:  That's correct. I'm not
16              asking about The Satanic Temple. I'm asking
17              about Doug Misicko.
18  A.    Well, that makes it confusing for me. I -- in
19  Scott- -- for the Scottsdale case I was deposed in my
20  personal capacity, so I think -- I think that's it.
21        I think any other litigation I played a hand in
22  would have been in my capacity as a representative of --
23  of TST, unless I'm mistaken.
24        I -- I don't know if we went over those yesterday.
25  Sometimes the -- sometimes the distinction is unclear in

Page 142

1  retrospect. But, as I sit here now, all I can readily
2  think of is that I was deposed in my personal capacity in
3  the case of -- of The Satanic Temple and/or Michelle
4  Shortt V. Scottsdale.
5  Q.    Okay. Have you ever been accused of defamation?
6  A.    Not after 2013.
7  Q.    Okay. Prior to 2013?
8         MR. KEZHAYA:  Objection. This is calling
9         outside the Court's order. So --
10        MR. CANTRELL:  I'm not asking about
11        litigation.
12        MR. KEZHAYA:  How is being accused of
13        defamation not litigation?
14        MR. CANTRELL:  I'm sorry?
15        MR. KEZHAYA:  How is being accused of
16        defamation not litigation? That's -- the
17        definition is a cause of action.
18        MR. CANTRELL:  I am -- I am asking if he
19        has ever been accused of defamation.
20        MR. KEZHAYA:  Which is a cause of action.
21        MR. CANTRELL:  Well, it -- I think that
22        you're right; it is a cause of action. But
23        defamation includes more than just a cause of
24        action.
25        MR. KEZHAYA:  I see. In that case object

Page 143

1         to hearsay.
2         But go ahead and answer.
3  A.    I -- I'm sure people have made that claim many
4  times. I've written a lot of material that people have
5  objected to, specifically on issues related to the Grey
6  Faction subject matter that you referenced earlier.
7         So, you know -- so, yes, people I'm sure have
8  claimed that I -- I have slandered them or defamed them
9  on probably multiple occasions.
10 Q.    Okay. Tell me about your relationship with a man
11 named Neil Brick?
12 A.    Can -- can you be more specific?
13 Q.    Are you familiar with a man named Neil Brick?
14 A.    I am.
15 Q.    Okay. Has -- has Neil Brick ever made accusations
16 that you've defamed him?
17        MR. KEZHAYA:  This goes back to my hearsay
18        objection, but -- and I'm going to just issue a
19        standing hearsay objection to people saying
20        mean things on the Internet.
21        But go ahead and answer.
22 Q.    Yeah. And let me -- let me clarify where I'm going.
23        My understanding is you have taken issue with Neil
24 Brick and his mode of doing therapy with respect to
25 ritual Satanic abuse; is that right?

Page 144

1   A.    Well, to be clear, I'm not privy to any sessions of

2   therapy that Neil Brick has engaged in.

3         Neil Brick does, however, hold conferences for

4   mental health professionals where he speaks about

5   conspiracy theories related to the Illuminati, Satanic

6   ritual abuse, repressed and recovered memories of -- of

7   all kinds of bizarre activities, including Satanic

8   abortions and -- and the opening of demonic portals

9   through which -- through which entities might pour in and

10  do evil.

11        It's to me well outside the boundaries of accepted

12  reality, and it's -- it's alarming to me that mental

13  health professionals are able to go to Neil Brick's

14  conferences and earn continuing education units to be

15  educated upon these bizarre and highly improbable

16  conspiracy theories.

17  Q.    And so why -- have you taken any action that would

18  rouse the ire of Neil Brick?

19  A.    Every action I have taken in reference to Neil

20  Brick, any time I have written his name or been critical

21  of his theories or presentations, Neil Brick has --

22  has -- has taken issue.

23  Q.    Okay. Was the name Neil Brick used in a very early

24  Satanic Temple Web Page?

25  A.    I believe a variation of the name Neil Brick was

Page 145

1   used.

2   Q.    Okay. So it was B-R-I-C-K-E as opposed to

3   B-R-I-C-K?

4   A.    Correct.

5   Q.    Okay. And in what context was that name used?

6   A.    I do not recall.

7         And I think that was used more in reference to what

8   was perceived as my conflict with Neil Brick than by

9   my -- by my bidding.

10  Q.    Okay. And can you -- I'm not sure I'm following

11  you. Can you --

12  A.    What I mean is I -- I don't bear the responsibility

13  for the use of the variation of the name Neil Brick, but

14  I believe that the use of the name Neil Brick was a type

15  of acknowledgment of my -- of the kind of conflict

16  Neil -- Neil Brick and I were believed to be engaged in.

17  Q.    Okay. And so would you have put together the text

18  that included that reference to Neil Brick?

19  A.    No, I -- I don't believe I did.

20  Q.    Okay. Do you know who would have put it together?

21  A.    I do not.

22  Q.    Okay. And you use the -- the name Lucien Greaves.

23        Who owns the -- does anyone own a trademark to

24  Lucien Greaves?

25  A.    Well, currently The Satanic Temple does. And -- but

Page 146

1   that trademark wasn't -- the trademark wasn't solidified

2   until -- it was probably -- it was probably still 2019.

3   It's probably not as recent as 2020.

4        But it's somewhere later in 2019 we would have

5   finally have done that in reply to a lot of imposter

6   accounts being made on social media in the name of Lucien

7   Greaves with -- with images of me as well, intentionally

8   portraying themselves as me when they were not.

9               THE COURT REPORTER:  "Portraying

10              themselves as me"?

11              THE WITNESS:  As me when they were not.

12  Q.   And do you know more specifically whether the

13  Lucien Greaves trademark would be owned by United

14  Federation of Churches as opposed to The Satanic Temple,

15  Inc.?

16  A.   No. I'm sorry.

17       I just -- I just have this knowledge that the --

18  the Lucien Greaves trademark is owned and by us somehow.

19  I didn't fill out that paperwork. I didn't file it. I

20  didn't make those -- those arguments or appeals, if those

21  needed to be made.

22              MR. CANTRELL:  Okay. All right. Let's --

23              let's take a break and -- actually, let's go

24              off the record.

25              THE VIDEOGRAPHER:  We are going off the

Page 147

1   record at 2:19 p.m.

2               (Recess taken.)

3               THE VIDEOGRAPHER:  We are back on the

4   record at 3:32 p.m.

5               MR. CANTRELL:  Okay. And we're back on the

6   record.

7        I am providing opposing counsel with discs

8   that contain the four videos that were played

9   during the deposition for The Satanic Temple

10  held yesterday.

11       So I will -- I will pass those to opposing

12  counsel now.

13  Q.   (Mr. Cantrell) All right. Mr. --

14              THE WITNESS:  For the sake of order,

15              should I place something with the sticker and

16              folder here in this pile to indicate that

17              that's the order of the exhibit?

18              MS. KEZHAYA:  Are these numbered exhibits?

19              Are they numbered?

20              MR. KEZHAYA:  Are these numbered in the

21              files? Because they're not numbered on the

22              discs.

23              MR. CANTRELL:  In the files.

24              MR. KEZHAYA:  Okay.

25              MR. CANTRELL:  The file names are numbered

Page 148

1    like, 001, 002, 003, 0004. Why don't we go
2    ahead and make -- make that an exhibit. Make
3    the disc an exhibit.
4              MS. KEZHAYA:  Each one?
5              MR. BAKER:  Those -- I think those are --
6              MR. KEZHAYA:  Are these four copies of all
7    of the videos?
8              MR. CANTRELL:  There's a copy for each of
9    us.
10             MR. KEZHAYA:  Oh, okay.
11             MR. CANTRELL:  Yes. So you can pass those
12   around.
13             MR. KEZHAYA:  Okay. Well, then never mind.
14             MR. CANTRELL:  Okay.
15             THE WITNESS:  They're from yesterday.
16             MR. KEZHAYA:  Yeah.
17             MR. BAKER:  I want the video. So I was
18   excited about that.
19             MR. KEZHAYA:  That's actually on the
20   record, so . . .
21             (Exhibit 19 marked for identification.)
22             MR. CANTRELL:  Okay. And I'm marking --
23   I'm marking a copy as Exhibit 19. So I'll hand
24   that to the court reporter.
25             (Counsel confer sotto voce.)

Page 149

1              MR. CANTRELL:  All right. Mr. Misicko --
2        oh, sorry. Let me -- there you go.
3              (Exhibit 17 marked for identification.)
4    Q.   (Mr. Cantrell) All right. I'm handing you what's
5    been labeled as Exhibit 17.
6         Do you recognize this as an -- a blog post or a
7    news blog post titled, "Did You Hear the One About the
8    Pro-Scott satanic cult?"
9    A.   I -- I see that text here. I don't see a -- which
10   outlet it's from or from which date -- oh, sorry. At the
11   bottom it says January 16, 2013.
12             MR. KEZHAYA:  I object to this document as
13        hearsay.
14   Q.   And you see it was -- it has the Miami Herald URL
15   down at the bottom?
16   A.   Correct.
17   Q.   Okay. And I believe you've spoken with Mr. Van
18   Sickler around that time?
19   A.   I -- I don't know.
20   Q.   Okay. So Mr. Kezhaya and I had a discussion
21   yesterday that today would be an appropriate -- would be
22   a more appropriate time to authenticate this particular
23   document.
24        But I understand that the testimony that you gave
25   in your 30(b)(6) capacity yesterday was that you had had

Page 150

1  a conversation with Michael Van Sickler sometime around

2  January of 2013; is that correct?

3  A.    It was this -- was this prior discussion of -- of a

4  discussion with this Van Sickler in relation to another

5  news article?

6  Q.    I believe it was -- it was --

7  A.    This was the same article?

8  Q.    This is the same one that I was questioning you

9  about at that time.

10  A.    Okay.

11  Q.    It may be a different printout of the article, so

12  this one was printed yesterday. I printed it out --

13  3/10 -- yeah, this version was printed yesterday by my

14  printer, so it -- it is a different printout; but it's

15  the same article that we talked about yesterday, I'll

16  represent to you.

17  A.    As I -- as I look at the article now, I don't

18  believe the article claims to have sought -- or it claims

19  to have sought direct quotes from me but also says that I

20  could not be reached. So I do not know that the author of

21  this article is claiming to have -- to have based this,

22  this piece off of direct dialogue with me.

23  Q.    I understand that.

24        But my question is: Did you speak with Michael Van

25  Sickler of the Miami Herald in about January 2013?

Page 151

1  A.    I can't -- I can't be certain who I did or didn't

2  speak to in regard to journalists in that time frame.

3  There were many.

4  Q.    Would it -- do you have any reason to doubt that

5  you spoke with Michael Van Sickler sometime around

6  January 2013?

7  A.    I do not have a reason to doubt it, and I do not

8  recall it coming to my attention that somebody claimed to

9  have spoken with me but didn't in that time that I can

10  recall.

11  Q.    Okay. Did you post an MSNBC video of Rick Scott on

12  your social media?

13  A.    In 2013?

14  Q.    In January 2013 or prior to that time?

15  A.    Maybe. It's difficult to recall social media

16  posts --

17  Q.    Okay.

18  A.    -- from 2013.

19  Q.    So would it have been out of character for you to

20  post a critical video of Rick Scott in January 2013 or

21  prior to that time?

22  A.    I don't think it would have been uncharacteristic

23  to post any video regarding the issue of SB96 and Rick

24  Scott.

25  Q.    Did you talk to a group called "Naked Politics,"

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 152

1  which I believe is the name of the Miami Herald blog?

2  A.    That name is not familiar to me.

3  Q.    Were you asked to explain your Facebook page by

4  anyone in the media around January of 2013?

5  A.    Not that I can recall.

6  Q.    Okay. Do you have any recollection at all of the

7  events described in the next to the last paragraph of

8  Exhibit 17, which says -- and read along with me.

9        "Greaves couldn't be reached Wednesday, but he

10  told Naked Politics on Tuesday that he won't reveal the

11  true purpose of the event. He wouldn't explain his

12  Facebook, which appears to have been launched in January

13  and which posts a scathing MSNBC video of Scott (an odd

14  thing to have for a Scott supporter)."

15       Did I read the correctly?

16  A.    You -- you read that correctly.

17  Q.    Okay. Do you have any recollections of any

18  conversations to that effect?

19  A.    I do not.

20  Q.    Okay. All right. But you don't -- you don't deny

21  that you could have had that conversation; is that right?

22  A.    I mean, I feel like the only person who could

23  really elaborate on this is the -- the author of the

24  piece. I'm not -- I'm not clear on what events are being

25  spoken of here.

Shyloa Myers
Bushman Court Reporting                    501-372-5115

---

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 153

1  Q.    Okay.

2  A.    Or are being written about here.

3  Q.    Okay. Thank you. You can set that aside.

4        All right. We talked about the installation of the

5  Ten Commandments monument.

6        Why did you attend the installation of the Ten

7  Commandments monument?

8  A.    To see the Ten Commandments monument be installed.

9  Q.    Okay. Any other reason?

10  A.    No.

11  Q.    Okay. Are you familiar with an event called

12  "Devil's Renaissance"?

13        MR. KEZHAYA:  I'm going to put out a

14        cautionary objection. I attended that event in

15        my capacity as attorney for The Satanic Temple.

16        Be very careful of what you ask.

17  Q.    Did -- are you familiar with an event called

18  "Devil's Renaissance"?

19  A.    And by that we're referring to an event in Detroit

20  some two months ago?

21  Q.    Okay. Held on December 28, 2019?

22  A.    Yeah.

23  Q.    Or thereabouts?

24  A.    That sounds correct, yes.

25  Q.    Okay. Can you tell me what that event -- what the

Shyloa Myers
Bushman Court Reporting                    501-372-5115

Page 154

1   purpose of that event was?

2           MR. KEZHAYA:  I'm going to object to this

3       line of questioning. This is a TST question,

4       not a Doug question.

5   Q.   Okay. Were you in attendance -- all right.

6       I'm going to hand you a document.

7       Do you recognize that photograph?

8           MR. KEZHAYA:  Let me see that before you

9       answer any questions. Don't answer any

10      questions about this document.

11          We just got off the phone with the judge.

12          MR. CANTRELL:  Matt --

13          MR. KEZHAYA:  We just said that TST is off

14      limits.

15          MR. CANTRELL:  What is your -- what is

16      your objection?

17          MR. KEZHAYA:  My objection is that we were

18      here for nine hours yesterday.

19          MR. CANTRELL:  What is your objection to

20      this?

21          MR. KEZHAYA:  When you were talking to him

22      with his TST hat on.

23          MR. CANTRELL:  How does this --

24          MR. KEZHAYA:  You are no longer talking to

25      him --

Page 155

1           MR. CANTRELL:  How does TST and not Mr. --

2           MR. KEZHAYA:  You have your 30(b)(6) --

3           MR. CANTRELL:  He stated that he is

4       familiar with this event.

5           MR. KEZHAYA:  Yeah.

6           MR. CANTRELL:  He was present at this

7       event.

8           MR. KEZHAYA:  Yeah.

9           MR. CANTRELL:  He has personal knowledge

10      of this event --

11          MR. KEZHAYA:  Do you have your 30(b)(6)

12      notice with you?

13          MR. CANTRELL:  I do.

14          MR. KEZHAYA:  Okay. Attachment A says

15      Devil's Renaissance. I'm specifically

16      referencing --

17          MR. CANTRELL:  That does not preclude --

18          MS. KEZHAYA:  -- Paragraph 7I, necessary

19      TST --

20          MR. CANTRELL:  That does preclude if you

21      add --

22          MR. KEZHAYA:  That is a TST question.

23          MR. CANTRELL:  That does not --

24          MR. KEZHAYA:  This is not a --

25          MR. CANTRELL:  -- preclude inquiry from

Page 156

1      Mr. Misicko, who has actual --

2           MR. KEZHAYA:  Let's add it to the bucket.

3           MR. CANTRELL:  -- knowledge of this event.

4           MR. KEZHAYA:  We don't need to go back and

5      forth like this.

6           MR. CANTRELL:  No, we don't.

7           MR. KEZHAYA:  Let's add it to the bucket.

8           MR. CANTRELL:  We don't.

9           MR. KEZHAYA:  Okay. Move on to your next

10     topic.

11          MR. CANTRELL:  So your argument is that

12     that statement on that Notice of Deposition

13     precludes inquiry from Mr. Misicko, who has

14     personal knowledge?

15          MR. KEZHAYA:  In the interest of good

16     faith, I'm going to allow this to proceed a

17     little bit further.

18          Go ahead and answer his question.

19          THE WITNESS:  I'm sorry?

20          MR. KEZHAYA:  Whether -- whether you've

21     seen that photo.

22  A.  Well -- oh, whether I'm familiar with this photo?

23  I -- I am not.

24  Q.  (Mr. Cantrell) Do you recognize what's taking place

25  there?

Page 157

1  A.  I assume this is from a bonfire at the Devil's

2  Renaissance, but I have not previously seen this photo.

3  Q.  Okay. Do you recognize the individual? And I'm not

4  asking for a name, but do you recognize the individual in

5  that photograph?

6  A.  I do.

7  Q.  Was that individual present at Devil's Renaissance?

8  A.  Yes.

9  Q.  Okay. Was there some type of ritual performed or

10  something involving a bonfire with this individual at

11  Devil's Renaissance?

12  A.  There was some type of bonfire and some type of

13  ritual. I do not know the extent or limit of the

14  involvement of the individual in the photo, other than

15  that the individual was there.

16  Q.  Okay. Was this individual involved in that ritual?

17  A.  That I do not know.

18  Q.  Okay. What was the ritual?

19  A.  That too I don't remember.

20     I did not organize or execute the event. I was in

21  attendance.

22          (Exhibit 20 marked for identification.)

23          MR. CANTRELL:  Okay. All right. Could I

24     see that? All right. I'm going to mark this

25     photograph that we've been discussing as

Page 158

1      Exhibit 20.

2              And I've only got one copy of this; so

3          I'll hand it back to you, and you can set that

4          aside.

5   Q.    (Mr. Cantrell) So your testimony yesterday as a

6   30(b)(6) witness was that you received an income from The

7   Satanic Temple until four months ago?

8   A.    Correct.

9   Q.    What changed at that time?

10  A.    I -- I believe I answered that also yesterday.

11         What changed was that the income generated from my

12  Patreon account began to keep me afloat independent of --

13  of any financial support from the accounts of The Satanic

14  Temple.

15  Q.    Okay. And how was your compensation from The

16  Satanic Temple, including affiliates, structured before

17  four months ago?

18  A.    Informally, no -- no formal -- no formal salary.

19  More as on an as-needed basis to -- if I was unable to

20  meet rent or food requirements.

21  Q.    Okay. And -- and so just -- I'm trying to

22  understand the structure of it.

23         What -- did you receive direct payments from The

24  Satanic Temple to cover those sorts of issues?

25  A.    I would receive PayPal, the disbursements via

Page 159

1   PayPal.

2   Q.    Okay. Is that the only form of compensation prior

3   to four months ago that you received?

4   A.    No. I was still --

5   Q.    From The Satanic Temple?

6   A.    From The Satanic Temple, correct.

7   Q.    Okay.

8   A.    That is.

9   Q.    Okay. And -- and how is your compensation currently

10  structured from The Satanic Temple?

11  A.    Not at all.

12         I -- this year I don't believe I've taken any

13  income from The Satanic Temple but have used The Satanic

14  Temple account for specific Satanic Temple expenses.

15  Q.    Okay. And what expenses? What Satanic Temple

16  expenses would you have spent it for?

17  A.    Business dinners. That's about all I can -- all I

18  can think of. Travel such as travel related to

19  litigation.

20  Q.    Okay. And so going back to the -- the PayPal

21  disbursements, how did you come to get those particular

22  disbursements? For example, did you and Malcolm have a

23  meeting or discuss that? Or how was --

24  A.    Correct. Yeah, I discussed it with Malcolm.

25  Q.    Okay. Okay. And how much do you receive in various

Page 160

1  types of compensation now?

2          MR. KEZHAYA:  I'd like to amend the

3          question to specifically from TST affiliates.

4          MR. CANTRELL:  Right, right.

5  Q.   (Mr. Cantrell) From The Satanic Temple and

6  affiliates, how much do you receive in various types of

7  compensation?

8  A.   Nothing. I have no -- no formal income right now

9  from The Satanic Temple.

10  Q.   Okay. And when you say "right now," you -- do you

11  anticipate having any?

12  A.   I -- yes, I -- in the future I believe that I will

13  be able to establish a regular income from The Satanic

14  Temple.

15  Q.   Okay. And when do you anticipate that that might

16  be?

17          MR. KEZHAYA:  This is beyond the scope of

18          the permissible questions by the Court. It's

19          limited from 2017 to present, not to future.

20  Q.   Okay. From 2017 to the present, how much

21  compensation would you say that you have received from

22  The Satanic Temple?

23  A.   I don't -- I don't really know.

24      On any given month I don't believe there was ever

25  anything more than a $2,000 withdrawal to my benefit.

Page 161

1  Q.   Okay. And that's exclusive of, like, you mentioned

2  airfare and business dinners and -- and those sorts of

3  things, correct?

4  A.   Correct.

5      That would be separate from business expenses

6  related to, say, travel.

7  Q.   Okay. Okay. And so would that -- how -- how much of

8  business expenses would you have had?

9          MR. KEZHAYA:  This is coloring outside the

10          lines. The Court said how much did you receive,

11          and she has specifically ruled on did you

12          declare business expenses.

13          MR. CANTRELL:  Okay. That's on the taxes.

14          That's on the tax returns. So I'm just asking

15          as far as compensation is concerned.

16          MR. KEZHAYA:  Compensation is not payment

17          of expenses. It's payment of expenses.

18  Q.   (Mr. Cantrell) So -- so are you compensated for

19  business expenses by The Satanic Temple?

20  A.   If -- if by that you mean do I spend personal funds

21  that are then reimbursed to me via The Satanic Temple?

22  No. Generally I use a -- a business card for Satanic

23  Temple expenses directly.

24  Q.   Okay. Okay. And so there's no other compensation

25  that you receive from The Satanic Temple that we haven't

Page 162

1    discussed already?

2    A.    That's correct.

3    Q.    Okay. Since 2017 to now?

4    A.    Well, there's Cinephobia.

5          Are we still considering that part of --

6                MR. KEZHAYA:  No, we're not.

7                MR. CANTRELL:  Matt, would you agree that

8          Cinephobia is an affiliate of The Satanic

9          Temple?

10               MR. KEZHAYA:  I would not.

11               MR. CANTRELL:  Okay. That was one that

12         I -- I could not recall earlier, but I -- I

13         think it is an affiliate.

14               MR. KEZHAYA:  It's not part of the judge's

15         order. We did not agree that Cinephobia is a

16         TST affiliate.

17               MR. CANTRELL:  Okay. All right. And I'll

18         ask the question, just to put it on record.

19   Q.    (Mr. Cantrell) How much in compensation have you

20   received from Cinephobia since 2017?

21               MR. CANTRELL:  And I understand you are

22         objecting to that question.

23               MR. KEZHAYA:  Subject to that objection,

24         go ahead and answer.

25               MR. CANTRELL:  Okay. And the basis for

Page 163

1    your objection is the Court's order?

2                MR. KEZHAYA:  It is outside the Court's

3          order. We specified there are three affiliates

4          that we all agree are TST. This is not one of

5          those.

6                MR. CANTRELL:  Okay.

7                MR. KEZHAYA:  And we do not agree that

8          this is one of those.

9                MR. CANTRELL:  Okay.

10               MR. KEZHAYA:  I'm going to let him,

11         because I know the answer is zero or next to

12         it.

13               MR. CANTRELL:  All right. Are you -- I'm

14         sorry.

15               MR. KEZHAYA:  Oh, never mind. Go ahead.

16   Q.    (Mr. Cantrell) Are you familiar with someone named

17   Kyn Laroux?

18   A.    Yes.

19   Q.    Okay. Do you have personal knowledge of his -- of

20   his affiliation with The Satanic Temple?

21   A.    Yes.

22   Q.    Okay. Are you aware that he holds any other

23   position with The Satanic Temple?

24   A.    I'm sorry. Any other position than what?

25   Q.    Well, let me ask a better question.

Page 164

1    Are you aware of any work, volunteer work that he
2  has done for The Satanic Temple?
3  A.   Yes.
4  Q.   Okay.
5  A.   He's done a range of volunteer work --
6  Q.   Okay.
7  A.   -- for The Satanic Temple.
8  Q.   What type of work has he done?
9              MR. KEZHAYA:  I object.
10             Don't answer that. This is a TST question.
11 Q.   Do you have personal knowledge of -- not as a
12 30(b)(6) representative of The Satanic Temple, but as the
13 individual, Doug Misicko, do you have personal knowledge
14 of Kyn Laroux's work with The Satanic Temple?
15             MR. KEZHAYA:  I don't care if he changes
16        hat. This is still a TST question.
17             Don't answer it.
18 A.   That -- that is difficult one, because I would say
19 I don't know anything of his work outside of what's
20 proprietary within TST.
21             (Exhibit 18 marked for identification.)
22 Q.   Okay. All right. I have -- let's see. I did not --
23 I'm handing you what I've marked as Exhibit 18. And I
24 only have one copy of this.
25             MR. KEZHAYA:  Let me see that first.

Page 165

1  Q.   Do you recognize that?
2              MR. KEZHAYA:  Don't answer any questions.
3        Well, so far it's nothing but ads.
4              MR. CANTRELL:  This is just an
5        authentication.
6              MR. KEZHAYA:  From a -- from a quick scan,
7        I don't see if he's quoted in this. Assuming
8        that he's not, I object as hearsay.
9  A.   I -- I -- I am familiar this article.
10 Q.   Okay. Can you tell me what it is?
11 A.   This was a BBC article talking about the symbolic
12 nature of the -- Baphomet monument.
13 Q.   Okay. And did you communicate with the BBC about
14 the Baphomet monument?
15 A.   I -- I communicated directly with the author of
16 this article, James Morgan.
17 Q.   Okay. All right.
18             MR. CANTRELL:  Okay. I have no further
19        questions at this time. I will pass the
20        witness.
21             MR. KEZHAYA:  Okay.
22             EXAMINATION
23 BY MR. KEZHAYA:
24 Q.   On a typical week, meaning a seven-day period, how
25 much time is your -- how much of your time is devoted to

Page 166

1  TST or TST-affiliated work?

2  A.    It depends on how many hours I'm awake. I would say

3  maybe subtract the hours I'm awake by two, and -- and

4  you'll have an idea of my -- my -- the amount of my life

5  dedicated to TST.

6  Q.    Would you characterize your involvement with TST as

7  at least a full-time job?

8  A.    Yes, I would -- it's -- I consider it much more

9  than a full-time job.

10 Q.    Is it a fair characterization of your compensation

11 from TST as ad hoc?

12 A.    Yes, I would say that's a fair characterization.

13 Q.    And, to the extent you are not compensated, do you

14 consider that pro bono?

15 A.    I do.

16 Q.    To the extent you do take compensation, is that as

17 minimal as possible?

18       MR. CANTRELL:  I'm just going to object to

19       leading questions.

20       MR. KEZHAYA:  That's fine.

21 A.    Yes.

22       I feel I've made a longstanding effort to withdraw

23 as little funds as possible from TST and only as

24 necessary.

25 Q.    You testified earlier that you've seen the Arkansas

Page 167

1  Ten Commandments monument; is that right?

2  A.    I did.

3  Q.    Okay. Are you offended by that monument?

4  A.    I am offended by that monument's exclusive

5  placement to the exclusion of the Baphomet monument,

6  because I feel it shows a certain privilege to a specific

7  religious viewpoint.

8        So, yes, I am offended by that monument.

9              MR. KEZHAYA:  I'll pass the witness.

10             MR. BAKER:  I have no questions.

11             MR. GILLISPIE:  No questions.

12             THE COURT REPORTER:  Are we ready to close

13        out this record?

14             MR. CANTRELL:  Yeah, I --

15             THE COURT REPORTER:  I'm sorry, sir.

16             MR. CANTRELL:  Sorry. One moment.

17             (Pause in proceedings.)

18             MR. CANTRELL:  Nothing further.

19             THE VIDEOGRAPHER:  The deposition is

20        concluded at 4:01 p.m.

21             (Deposition concluded at 4:01 p.m.)

22

23

24

25

Douglas Misicko 3/11/2020          Donna Cave, et al. v. John Thurston

Page 168

                    CERTIFICATE

STATE OF ARKANSAS      )
                       )ss
COUNTY OF SALINE       )

     I, Shyloa Myers, CCR, RPR, and Notary Public, do
hereby certify that the foregoing testimony of the
witness, DOUGLAS ALEXANDER MISICKO, was reported verbatim
through the use of the stenographic method and thereafter
transcribed by me or under my direct supervision to the
best of my ability, taken at the time and place set out
on the caption hereto.

     I FURTHER CERTIFY that in accordance with Rule 30(e)
of the Rules of Civil Procedure, review of the transcript
WAS NOT requested.

     I FURTHER CERTIFY that I am not a relative or
employee of any attorney or employed by the parties
hereto, nor financially interested or otherwise in the
outcome of this action, and that I have no contract with
the parties, attorneys, or persons with an interest in
the action that affects impartiality or that requires me
to provide any service not made available to all parties
to the action.

     WITNESS MY HAND AND SEAL this 10th day of
April, 2020.


_____      _____
Shyloa Myers, RPR, Notary Public      (SEAL)
Arkansas CCR Lic. No. 710

                    Shyloa Myers

Bushman Court Reporting                501-372-5115

# Transcript of the Testimony of

.

**Date:** January 25, 2017

**Case:**

## Bushman Court Reporting
Shyloa Myers
Phone: (501) 372-5115
Fax: (501) 378-0077
<www.bushmanreporting.com>

Cave v. Martin Orsi Documents 000744



. 1/25/2017                                                      v.

## ARTS AND GROUNDS COMMISSION MEETING

## REVIEW SUBCOMMITTEE II

January 25, 2017

Capital Zoning District Commission
410 South Battery Street
Little Rock, Arkansas

Shyloa Myers, RPR, CCR

Arkansas Lic. No. 710

Page 2

A P P E A R A N C E S

CHIEF DEPUTY SECRETARY:      Kelly Boyd

DIRECTOR OF CAPITOL FACILITIES:      Keith Diemer

CAPITOL FACILITIES COORDINATOR:      Alexis Reaves


SUBCOMMITTEE II MEMBERS:  Catherine Johnson

                         Tony Leraris

                         Kelly VanHook

Shyloa Myers

Bushman Court Reporting                           501-372-5115

 Cave v. Martin Orsi Documents 000746

. 1/25/2017                                                        v.

```
                                                      Page 3
                        I N D E X

CAPTION . . . . . . . . . . . . . . . . . . . . . 1

APPEARANCES . . . . . . . . . . . . . . . . . . . 2

        Meeting opened by Mr. Boyd......4

        Presentation by Mr. Greaves.....5

        Meeting closed by Mr. Boyd......12

COURT REPORTER'S CERTIFICATE. . . . . . . . . . . 13


                      E X H I B I T S

DESCRIPTION                                        MARKED

                       NO EXHIBITS
```

Shyloa Myers

Bushman Court Reporting                           501-372-5115

Def.'s Ex. 32 - Page 66 of 198 Cave v. Martin Orsi Documents 000747

Page 4

1            (Meeting commences at 11:00 a.m.)

2                        PROCEEDINGS

3       MR. BOYD:  Good morning.  We'll call the meeting to

4  order.  This is Subcommittee II of the State Capital Arts

5  and Grounds Commission.

6       Subcommittee II members are Kelly VanHook from Searcy,

7  Tony Lararis from Fort Smith, and the newest member to the

8  Subcommittee is Catherine Johnson from here in Little Rock.

9       And we want to welcome you to the Subcommittee.  Back

10  in September Secretary Martin tasked Subcommittee II with

11  hearing two proposals, one of which was a proposal by the

12  Satanic Temple to place a permanent monument and memorial on

13  the grounds of the State Capitol.

14       We held a meeting, October 12 I believe it was, to

15  where they made their first presentation.  And then they

16  were asked to go back and to create some drawings and gather

17  some information on the base.

18       At that meeting we pretty much gave them a choice of

19  two locations where the monument could be located.  From the

20  appearances of the drawing here, they've selected their site

21  and made their drawing specific to that site.  We have a

22  copy of it right here.  We do have some other 11 by 17

23  drawings up here if anybody needs a copy when the meeting is

24  over.

25       And the purpose of this meeting is to continue the due

Def.'s Ex. 32 - Page 67 of 198  Cave v. Martin Orsi Documents 000748

. 1/25/2017                                               v.

Page 5

1 | diligence by this Subcommittee to determine the sufficiency

2 | of the application.  The Subcommittee is not tasked with

3 | determining whether or not the statue or the memorial will

4 | be placed on the grounds.  It's to determine whether the

5 | application is sufficient to allow a proposal to be

6 | presented to the full Commission for review and a decision

7 | at that time.

8 |      So, with that, Mr. Greaves, if you would like to open

9 | your presentation to the Subcommittee, the floor is yours.

10 |      MR. GREAVES:  Sure.

11 |      I really don't have much for you beyond the drawing

12 | here.  It's about as straightforward as it comes.  It's a

13 | six by six square concrete base.  We have about eight slots

14 | I believe on the bottom of the monument itself, which would

15 | be bolted into the concrete itself.

16 |      As you see in the plans, the concrete goes about

17 | 1 foot, 4 inches -- it's 1 foot, 4 inches deep with 2 inches

18 | exposed coming out of the ground.

19 |      And that's about it.  Pretty boring overall.  I'm not

20 | sure what other questions you have.

21 |      This was drawn up under the understanding that there

22 | was this specific plot of land chosen, and then it was --

23 | and we've only drawn plans for that, that site.  So, I mean,

24 | if there's a change in plans, I think it wouldn't change too

25 | drastically what we're going to do, though; because I think

Page 6

1    any spot would accommodate a six by six.

2         This is, as asked for, signed off by a structural

3    engineer.

4         So let me know if you have any questions.

5         MR. BOYD:  Subcommittee?

6         MR. LERARIS:  It looks fine to me.

7         MS. VANHOOK:  Yeah, I agree.

8         THE COURT REPORTER:  Sir, would you please state and

9    spell your name, please.

10        MR. GREAVES:  L-U-C-I-E-N, G-R-E-A-V-E-S.  Lucien

11   Greaves.

12        THE COURT REPORTER:  Thank you.

13        MR. DIEMER:  On Item No. 6, can you explain that a

14   little bit more?  Kind of -- it's kind of a little vague.

15        MR. GREAVES:  Item No. 6?  Let me see.

16        MR. DIEMER:  I'm sorry.  That's on the cast and placed

17   concrete sections.

18        MR. GREAVES:  Sure.  Let me see.

19            (Committee members confer off the record.)

20        MR. GREAVES:  That's the contractor's own legalese, and

21   I'm not sure exactly.  It looks like standard language for

22   this type of document.  But means and methods, I don't know

23   how many means and methods are available for laying

24   concrete; but apparently there's more than one.  Although

25   I'm not even sure of that.  Maybe there's not more than one.

Def.'s Ex. 32 - Page 69 of 198 Cave v. Martin Orsi Documents 000750

Page 7

1   But this is just standard language on the document he's

2   using.

3        MR. DIEMER:   One other thing I've noticed is -- you

4   know we have existing sidewalks over there, so you have your

5   monument placed in between those two.

6        MR. GREAVES:   Correct.

7        MR. DIEMER:   Will you be connecting your sidewalk from

8   the existing so we'll have an actual walking path to your

9   path?

10        MR. GREAVES:   No.   Currently we just have it as a -- as

11   a six by six square.   But we could extend the concrete

12   beyond that at the same depth, if necessary.   Or less maybe

13   if that's possible, so there's not the kind of 2-inch

14   incline.

15        MR. DIEMER:   Right.

16        MR. GREAVES:   Or at least level with the sidewalk.

17   We'd be willing to accommodate that, certainly.

18        MR. DIEMER:   Okay.   Because with all the other

19   monuments, you don't have to walk on any grass to actually

20   get to the base of the monument.

21        MR. GREAVES:   Sure.   Okay.   If we move forward, we

22   can -- we can absolutely have that kind of sidewalk.

23        MR. BOYD:   Interestingly enough, it's actually a

24   violation of state law to walk on the grass around the State

25   Capitol.

. 1/25/2017                                                          v.

Page 8

1       MR. GREAVES:  I think you mentioned that last time.

2  Yeah, sorry.

3       MR. BOYD:  Well, it does make a difference this time;

4  because a lot of people don't realize that.

5       MR. GREAVES:  Sure.

6       MR. BOYD:  It keeps bare spots from around the

7  monuments.

8       MR. GREAVES:  If we were to move forward and we're

9  connecting the six by six square to the sidewalk, would we

10  have to connect both sidewalks so that it extends up both

11  ends?  Or just the one on the front?

12       MR. BOYD:  It would be up to your -- it would be your

13  decision.

14       MR. GREAVES:  Okay.

15       MR. BOYD:  That is the sidewalk that connects

16  diagonally across -- there's a sidewalk that runs north and

17  south, a sidewalk that runs east and west on West Third

18  Street.  And so if there is a diagonal there, it's not like

19  they're two separate locations that aren't reachable from

20  the other area.  So it's not really that big of an issue, as

21  far as I'm concerned, how you do it.

22       MR. GREAVES:  Yeah.

23       MR. BOYD:  There are a lot of people here that weren't

24  at the last meeting when we discussed the process.

25       The way that the memorial comes about or a monument

Page 9

1    comes about is an entity that's interested in doing that

2    submits an application to the Arkansas Arts and Grounds

3    Commission, which your group has done.

4         We held an initial meeting of the Commission where the

5    Secretary of State assigned various members of the

6    Commission to the Review Subcommittees.

7         And then we held the first meeting where we initially

8    reviewed the proposal which you submitted and then gave you

9    a series of questions.

10        And specifically what we're looking for is the ability

11   to install a path, for lack of a better word, that provides

12   permanence.  Because what we are talking about is a

13   permanent monument, and what works today or tomorrow over

14   the years would have a -- needs to be staying there looking

15   the same way.

16        So that's what today's meeting was about, your

17   presentation to the Subcommittee.  If the Subcommittee --

18   and I shouldn't say "if," I should say "when," whether it's

19   today or a subsequent meeting -- determines that your

20   application is sufficient to move forward, the next step

21   would be a public hearing where you would be asked to come

22   and members of the public will be allowed to express their

23   opinions regarding the proposed monument.

24        So the first thing that -- if you've completed your

25   presentation and the Subcommittee has no questions, I need

Page 10

1  to hear from the Committee whether they believe -- whether

2  or not they believe that this submission is sufficient to

3  move forward to the next stage.

4      MR. LERARIS:  I would assume it is, Kelly.  The drawing

5  is certainly detailed enough to tell us exactly how the base

6  sits.  And I guess the next step is to do the public

7  hearing.

8      MR. BOYD:  I need a motion to that effect, please, sir.

9      MR. LERARIS:  I so move.

10      MS. VANHOOK:  Second.

11      MR. BOYD:  A second is in place.  So a motion is made

12  and seconded to deem the proposal sufficient for movement

13  forward to the public hearing phase.

14      Any comments?  Any questions?  Discussions?

15      All in favor say aye.

16          (Committee members say aye.)

17      MR. BOYD:  Opposed?

18          (None opposed.)

19      MR. BOYD:  Mr. Greaves, you have submitted a proposal

20  that is sufficient in view of the Subcommittee; and now we

21  need to move to the public hearing phase, okay.

22      MR. GREAVES:  Will that be scheduled today?

23      MR. BOYD:  It will be -- no.

24      MR. GREAVES:  Okay.

25      MR. BOYD:  And I apologize for that.  The reason being

Page 11

1  we have a problem with getting three very busy people and

2  our team scheduled at the same time.

3       I can tell you that we will schedule this within -- we

4  will make known the next date within the next couple weeks

5  for you, okay.

6       MR. GREAVES:  Oh, sure.  You have my e-mail address if

7  you want.

8       MR. BOYD:  I certainly do, and I'll be happy to do

9  that.

10      MR. GREAVES:  Thank you.

11      MR. BOYD:  I wish I could tell you today.  We just

12  can't -- I have to tell you, it's not going to be before the

13  session is over.

14      MR. GREAVES:  Understood.

15      MR. BOYD:  We're going to have to -- now, that brings

16  up an interesting point that I'd like to point out to you,

17  because of the session.  One of the requirements in existing

18  law is that you have to have a -- you have to have

19  legislative approval for this before we can move forward.

20      We're in a legislative session right now.  We won't be

21  again for two years.  We can't do it during the fiscal

22  session.  The threshold to have that bill discussed -- I

23  would recommend to you that you give consideration to

24  finding you a sponsor and trying to get that approval.

25      The -- we're having a meeting tomorrow, and one of the

Def.'s Ex. 32 - Page 74 of 198 Cave v. Martin Orsi Documents 000755

Page 12

1   sponsors is a legislator; and he has assured me he's filing

2   a bill for that proposal this session.  The other proposal

3   for the 10 Commandments already has a bill in place.

4       Any time that a monument has gone up, the veterans --

5   the Vietnam Veterans, the Hall of -- the Medal of Honor, the

6   firefighters, the Little Rock Nine, they all have enabling

7   legislation that says we will build this monument on the

8   grounds.  So that's one of the requirements.

9       MR. GREAVES:  No problem.  I think they love me in the

10  legislature.

11      MR. BOYD:  It's up to you.  I'm not telling you that

12  you have to do that by any means.  I'm telling you before --

13  no matter how the Commission votes, before it moves forward,

14  there will have to be legislative approval.

15      MR. GREAVES:  Sure.

16      MR. BOYD:  So if you don't get it this session, you're

17  looking at a couple years.

18      MR. GREAVES:  Okay.

19      MR. BOYD:  I'm trying to help you out here a little

20  bit.

21      MR. GREAVES:  Thank you.  Understood.

22      MR. BOYD:  Questions?  Anyone else have a comment at

23  the table?  If not, the meeting stands adjourned.

24          (Meeting adjourned at 11:12 a.m.)

25

Def.'s Ex. 32 - Page 75 of 198   Cave v. Martin Orsi Documents 000756

. 1/25/2017                                                          v.

Page 13

CERTIFICATE

STATE OF ARKANSAS        )
                         )ss
COUNTY OF PULASKI        )


I, Shyloa Myers, CCR, RPR, and Notary Public, do hereby certify that the foregoing meeting of the ARTS AND GROUND COMMISSION, SUBCOMMITTEE II, was reported verbatim through the use of the stenographic method and thereafter transcribed by me or under my direct supervision to the best of my ability, taken at the time and place set out on the caption hereto.

I FURTHER CERTIFY that I am not a relative or employee of any attorney or employed by the parties hereto, nor financially interested or otherwise in the outcome of this action, and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects impartiality or that requires me to provide any service not made available to all parties to the action.

WITNESS MY HAND AND SEAL this 4th day of February, 2017.


_____        _____
Shyloa Myers, RPR, Notary Public             (SEAL)
Arkansas CCR Lic. No. 710

Def.'s Ex. 32 - Page 76 of 198   Cave v. Martin Orsi Documents 000757



http://www.process.org/discept/2007/12/30/as-it-was/

T he blog for Loki der Quaeler, Doug Mesner and William Morrison — it's where we air our dirty laundry, yak about whatever comes to mind, and of course...change the course of history!...

Social Bookmark : Technorati, Digg, de.licio.us, Yahoo, Blinkbits, Blogmarks, Google, Magnolia.   RSS : Entries or Comments

## As It Was...
by doug — December 30, 2007

At some point in my later teens I began to wonder where Satan had gotten off to. In earlier years the insidious Old Scratch was everywhere; planting blasphemous backward messages in music, sowing the seeds of homicide in spiritually naive Dungeons & Dragons players, and encouraging every manner of sinful abandon. The liquor-sodden, cathode-entranced, wife-beating working class of Middle America knew that the failings of their dysgenic children could only be attributed to the Supernatural. I seemed to recall a social climate in which terrified parent groups would assemble late-night emergency meetings to discuss the threat of an ever-present occult movement hell-bent on destroying democracy and decency itself.

Everywhere, there was an undertone of panic. [1] I once overheard a pair of adults conspiring in hushed tones regarding the horror of a recent news item: a teenager, overcome – *possessed* – by demonic influences, had cut off his mother's head in the climax of a petty dispute. Clearly, this was no mere Bogey Man story. This was real. Savage murders, it appeared, were growing



Searching for

Login

Editors
doug mesner (35)
Loki der Quaeler (17)
wiliam (7)

Latest Posts
There is a network of delusional witch-hunters in the mental health profession, and we must stop them
Where the Witch-hunters are: Satanic Panic and Mental Health Malpractice
Mental Health Malpractice Cover-up, Castlewood Treatment Center seeks to purchase plaintiff gag-order.
Dr. Randy Noblitt, Satanic Limb Transplants, and the Music of Mind Control
Sean Sellers: The Devil and Death Row


EXHIBIT
3
Misicko

## POLITICS

# Who Are the 'Satanists' Designing an Idol for the Oklahoma Capitol?

A New York-based group has plans to erect a giant demonic statue next to the Ten Commandments on the statehouse lawn. But the devil is in the details.

**GIDEON RESNICK**   FEBRUARY 4, 2014



An artist's rendering, released last month by the Satanic Temple, shows the design for the 7-foot monument. "We're talking with sculptors now," says the group's spokesman. (AP)

Shortly before 8 p.m. on a Wednesday night, I joined the Satanic Temple.

That is to say, I went through the process of becoming a member of the New York-based group, a two-step initiation that entails the whopping procedural rigmarole of putting in an email address and paying $25 on PayPal. Becoming a part of a religious organization that affiliates itself with the Antichrist is about as easy as purchasing a shirt on Etsy.

Def.'s Ex. 32 - Page 78 of 198

EXHIBIT
8
Misicko

Case 4:18-cv-00342-KGB  Document 260-50  Filed 03/06/23  Page 79 of 198

The payment actually goes towards processing a membership card and certificate; membership itself is free for "any who are willing to name themselves as Satanic Temple members in their county of residence." It's hard to imagine how the organization would verify that other than looking for declarations of faith on Facebook. There are innumerable communities devoted to Satan worship on the social media site. But the Satanic Temple has drawn more recent attention than any of these other groups—and the reason lies in Oklahoma City.

In November 2012, a 6-foot-tall statue of the Ten Commandments appeared outside the Oklahoma City state capitol. Mike Ritze, a Republican in the Oklahoma House of Representatives, paid $10,000 of his own family's money for the statue's creation after sponsoring a bill in 2009 that legally allowed him to erect it there. Although the monument was funded by a lawmaker's private money, it has been perceived as a state-sponsored advertisement for religion. In January, a New Jersey-based nonprofit known as American Atheists Inc. filed a lawsuit in federal court claiming the statue is unconstitutional.

The Satanic Temple approached the matter a bit differently. In December, the group applied for its own plot of land, right next to the Ten Commandments, upon which it hopes to erect a Satanic statue. The Temple unveiled its design last month: a 7-foot monolith depicting Baphomet (a goat-headed pagan idol in a cloak) seated on a throne, with an adoring child gazing up at him from each side. There's even space for young visitors to climb up and to sit on the devil's lap themselves.

The Satanists aren't the only group trying to stake out a presence on the capitol lawn. The Universal Society of Hinduism has expressed an interest in placing a statue of Lord Hanuman, a popular deity with the face of a monkey, near the spot where the Ten Commandments monument now sits. But as uncomfortable as the Hindu proposal might make some Christian lawmakers, the Satanic Temple's plan clearly brings the issue to a whole other level. It also raises a question: Are these devil-worshippers for real?

With its colorful name and accessible membership plan, the Satanic Temple resembles the Church of the Flying Spaghetti Monster, which formed in 2005 to contest the teaching of Intelligent Design in Kansas. In 2008, "Pastafarian" artists erected a statue of the Flying Spaghetti Monster on a courthouse lawn in Crossville, Tennessee, next to a display of Jesus carrying a cross. (Both statues were later taken down.) Like the Satanic Temple, the Church of the Flying Spaghetti Monster allows members to sign up online, even offering the opportunity to become an ordained minister for $20.





Lucien Greaves—aka Douglas Mesner—stands silhouetted against the sky at the grave of the Westboro Baptist Church Founder's mother. (thesatanictemple.com)

The spokesperson for the Satanic Temple is a shadowy Internet figure called Douglas Mesner, who goes by Lucien Greaves in professional satanic contexts. (His cell phone number contains the digits 666.) Although he claims to have a fervent disregard for media attention and answers questions in a semi-hushed, monotone voice, Mesner widely and adamantly pushes his firebrand agenda. He's written for the Skeptical Inquirer, a site published by the Committee for Skeptical Inquiry, which aims to debunk paranormal activities and "fringe science." He also had a blog on an online forum called Atheist Nexus.

His writings hardly seem like the work of an occultist. In fact, in a June 2013 *Daily Kos* article, Mesner wrote about the convicted murderer Sean Sellers, who claimed during his trial that he had been possessed by the devil. Mesner scoffed at the idea of Satan as a "supernatural" power, writing, "It's magical thinking, no more enlightened than a belief in the spiritual corruption of the left-handed."

It seems that the only magic Mesner conjures or believes in is the magic of media attention. In July of last year, Mesner officiated at a ceremony he referred to as a "pink mass," declaring that it would turn the mother of the founder of the Westboro Baptist Church gay for all eternity. During the ritual, two couples (one gay and one lesbian) kissed over the grave of Fred Phelps's mother, Catherine Idalette Johnston, while Mesner presided over them, wearing a horned helmet that made him look like Loki from the Avengers. He later released photographs of his penis resting on the headstone, after which he was charged with desecration of a grave, a misdemeanor offense.

At this stage, with a small flock and no defined structure, Mesner remains the primary mouthpiece of the Satanic Temple. (The Temple only has about 20 active members, according to Mesner, and most of them presumably joined in the same highly ritualized

Def.'s Ex. 32 - Page 80 of 198

way I did—by filling out a basic email form.) The group's stated theology is vague and benign: Its website lists seven main tenets, including the devilish notion of "acting with compassion and empathy towards all creatures in accordance with reason."

The group purports to view Satan as "the ultimate icon for the selfless revolt against tyranny, free & rational inquiry, and the responsible pursuit of happiness." Its website doesn't directly reference Anton LaVey, the Chicago-born occultist who founded the Church of Satan in the 1960s and inspired a national "Satanic Panic." In fact, its canon section lists just one text: a 1914 book called *Revolt of the Angels,* which frames Satan as a theological metaphor meant to bolster the human power of free inquiry.

When it comes to actual devil worship, Mesner has little faith. "I think that idea is silly," he said. "I can't even conceive of that actually being the case." Then he added politely, "I mean, I try to respect other people's beliefs as far as that kind of thing goes."

Mesner refuses to distinguish politics from religion, even though that separation seems to be the very cause his organization is championing in Oklahoma. "To say your religion is completely separated from your politics is asinine," Mesner said. "To me, there's no way to disentangle the two and I think the way our philosophy works, it ties in even more so. Our political actions are our religion."

To bring the Oklahoma project to life, Mesner created an IndieGogo page to raise an estimated $20,000. As of January 22, that fundraising goal had been exceeded, with 1,041 people contributing a total of $28,180. People seemed less enthralled with the Temple's previous fundraising effort to "support religious diversity"—it involved adopting a New York highway in Satan's name for the price of $15,000. The deadline has long passed and the Satanic Temple raised just $2,244.

Mesner says he hopes the monument will strengthen the position of the American Civil Liberties Union, which filed a lawsuit in August challenging the constitutionality of the Ten Commandments statue. "When the government literally puts one faith on a pedestal," wrote Ryan Kiesel, the ACLU of Oklahoma's executive director, in the press release announcing the suit, "it sends a strong message to Oklahomans of other faiths that they are less than equal."

But the ACLU has mixed feelings about the Satanic Temple's efforts. "For us, it's not about the notion of picking sides between different religions and different religious ideas," Brady Henderson, legal director of the ACLU of Oklahoma said. "Our whole position is that the state shouldn't be in the monument business at all. And so, because of that, we oppose the Temple's application—as we would anyone's application who thinks that the government needs to speak for their religion, whether that be the Ten Commandments or a statue of a Hindu deity or a Satanic statue."

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 82 of 198

On the other hand, Henderson does think that some positive outcomes can come from the Satanic Temple's efforts. "The good thing about what the Temple is doing is that it's making people really examine their own beliefs and really examine the rationale for the state or federal government being in the business of religion or monuments," Henderson said. "And that's something that is a very healthy thing."

Meanwhile, Mesner and his Temple have to wait to go ahead with their plan: The Oklahoma Capitol Preservation Commission has placed a moratorium on all statue proposals until the lawsuit with the ACLU has been adjudicated. "We're going to go ahead and start construction anyway," Mesner told me. "We're talking with sculptors right now and we have a promising prospect." (At this stage, Mesner doesn't want to reveal the foundry where the statue is going to be sculpted.) "If ultimately, it doesn't end up in Oklahoma," he added, "we're going to move on to the next place. This could go on for quite some time."

*We want to hear what you think about this article. Submit a letter to the editor or write to letters@theatlantic.com.*

May 27, 2014

# Lucien Greaves of the Satanic Temple

Spokesperson for the Satanic Temple was born and raised in Detroit.

**Doug Mesner was born** and raised in Detroit. Today, he is known as Lucien Greaves, spokesperson for **The Satanic Temple,** the group known for converting the ancestors of Westboro Baptist Church founder **Fred Phelps** to homosexuality in the afterlife, and for working to build a child-friendly monument to Satan on the State House lawn of Oklahoma City, right next to a monument of the Ten Commandments.

Their mission, "to encourage benevolence and empathy among all people" and to "embrace practical common sense and justice," is guided by their "conscience to undertake noble pursuits."

SPONSORED CONTENT BY





**Solo: A Star Wars Story' New Trailer**

How they bring that into the real world is through activism and championing issues including gay rights, women's rights — and the rights of public school students to refuse to be "hit, restrained, or placed in solitary confinement" by school administrators.

We first met Mesner on a chilly night in Cambridge, Mass. He had already graduated from Harvard University. Today, he travels the country, dodging the evil eyes of Fox News (National) and its cohorts.

**METRO TIMES:** How did growing up in Detroit influence your religious philosophy?



**LUCIEN GREAVES:** Satanism has always held a fascination for me. I grew up in the shadow of the satanic panic (of the 1980s). People used to talk about roving hordes of Satanists, as an enormous homicidal criminal cult. I think there were community meetings about it. Church groups were trying to ban heavy metal music and Dungeons & Dragons games — stuff that is outdated now. There was a real push to force people back into traditional, conservative values. People went to prison during that time on supernatural accusations! It was basically a witch-hunt. It turns out it was all based upon lies — a very egregious misrepresentation of Satanists. It was those lies that helped make the Satanists of today. It really had an effect on me, and made me pay attention to it. I was a kid, and it was horrifying.

When I got older, I started researching— where did this idea come from? And I met all stripes of Satanists, from the inner circle of Anton LaVey (author of *The Satanic Bible)*, to the conspiracy theorists who conscribed to the criminal conspiracy of Satanists.

**MT:** Why did you get involved with the Satanic Temple?

**GREAVES:** Satan is symbolic of the eternal rebel, opposition to arbitrary authority, and is in defense of personal sovereignty, even in the face of insurmountable odds. It's the literary Satan of Milton, and the romantic Satan of Blake to Shelley.

Religion doesn't belong to supernaturalists. To us, we embrace rational inquiry, removed from supernaturalism and archaic, tradition-based superstitions. We actively work to hone our critical thinking and exercise reasonable agnosticism in all things.

I started out really just consulting. We did a rally in support of [Republican Gov.] Rick Scott in Florida, who pushed through a bill that essentially allowed prayer in school. We thought it'd be a good thing for religious diversity — surely Rick Scott meant this only for Christians, but if he opened the door, now the marginalized religions had the chance to come in.

It was after that I became involved full-time as being the face and voice of the whole thing, and it became a full-on organization in an ongoing movement.

**MT:** TST has done some work on gay rights.

**GREAVES:** We work on social issues, engaging the socio-political dialogue. One of the things we felt strongly about is gay rights. And there's been a lot of progress, but there's still a lot of progress to be made. In Michigan, Gov. Rick Snyder allows his loathing of homosexuals to trump his adhesion to the Constitution. What we'd like to do is school Snyder on the Constitution, and school him on the First Amendment by performing a gay marriage in Michigan. To us, marriage is a sacrament. We recognize it, and we think the state would have to recognize the marriage on religious liberty grounds. Anyone who wants to do that can reach out and have their marriage performed by Lucien Greaves. We look forward to taking on Michigan on the gay rights issue, and bringing them into the 21st century.

**MT:** Have you had some pushback from the conservatives?

**GREAVES:** I've gotten just so many death threats, I'm just sick of it. It's distressing in a way, how the Fox News crowd points to me. **Ann Coulter tweeted my name.** When people throw my name out there, what is their point? What's implicit in that is a threat.

**MT:** Anything else you'd like our readers to know?

**GREAVES:** Tell them I'll be back. Detroit will come back. And shit's gonna happen. I know there's an idiot governor. We're going to do more in social justice. I urge people to check out our **Protect Children Project.** I also know Snyder has been trying to make it untenable for women to terminate a pregnancy, and we feel we should protect women from superfluous procedures like the trans-vaginal ultrasound, with religious exemption.

**MT:** Detroit is waiting.

Follow @asktheduchess

Jump to comments

Tags: Local News, Facetime



**Trump to End the Dollar as We Know It in 2018?**
This move could create huge windfalls making some people incredibly wealthy.

Watch The Video

🔥 11,442

Promoted Content

**SPEAKING OF FACETIME**

| Meet Joseph Krause of Backseat | George N'Namdi talks 'psycholog | Meet Tom Nardone of the Detroit |
|---|---|---|
| Meet Joseph Krause of Backseat Detroit Tours | George N'Namdi talks 'psychological gentrification' | Meet Tom Nardone of the Detroit Mower Gang |
| Jul 29, 2014 | Jul 23, 2014 | Jul 15, 2014 |

MORE »

**READERS ALSO LIKED...**

| A how-to guide for surviving the Trump | Detroit is being invaded by arctic snowy owls | Inside Ingrid LaFleur's Afrofuturist mayoral campaign |
|---|---|---|
| A how-to guide for surviving the Trump administration | Detroit is being invaded by arctic snowy owls | Inside Ingrid LaFleur's Afrofuturist mayoral campaign |
| Jan 4, 2017 | Jan 17, 2018 | Apr 12, 2017 |

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 86 of 198

# Trolling Hell: Is the Satanic Temple a Prank, the Start of a New Religious Movement — or Both?

by **ANNA MERLAN**

JULY 22, 2014

  



Def.'s Ex. 32 - Page 86 of 198

EXHIBIT
10
Misicko
PENGAD 800-631-6989



**The most controversial new work of art in the United States is a sculpture** that resides in an undisclosed warehouse location in Red Hook, Brooklyn. Hardly anyone knows where it is, and few have actually seen it. The people who commissioned the piece have warned the artist not to publicly identify himself.





JENA CUMBO

They don't think they're being paranoid.



▷ ✕

**W a t c h   v i d e o s   n o w**

Watch video and have great time
querteaw

>

"We've gotten all kinds of hate mail," Lucien Greaves, one of the people who
commissioned the work, says. Greaves has received a number of emailed death
threats, which he occasionally posts verbatim to his Facebook page: "I hope, I
pray you get a bullet. You are evil your a monster, an obamanation...the evil
radiates off you. I hope you suffer." A guest on Don Imus's show on Fox News
remarked jocularly that Greaves and his cohorts behind the sculpture should be
lined up next to it and shot.

Greaves hadn't seen the artwork in person until recently. On a warm afternoon
in early June, a friend drove him down to New York from his home near Boston

so he could take a look. He arrived in Brooklyn just as the sun was setting and hurried into the space where the sculpture is kept, quickly shutting the warehouse door behind him. Someone had tweeted its rough location not long ago, and he was uneasy about prying eyes.

Greaves closed the blinds, then turned to face the sculpture. He inspected it for a moment or two with quiet satisfaction.

"I love it," he said without smiling.

Not yet completed, the work is a huge statue of Baphomet, a horned, winged, sexually ambiguous, goat-like deity. Baphomet is usually depicted with a goat's body and cloven hooves, a woman's breasts and enormous, flared wings. A flame protrudes from the top of his head, and from his lap a staff with two snakes wrapped around it: a caduceus. Greaves asked the sculptor — we'll call him "Jack" — to forgo the breasts. This Baphomet is smooth-chested and muscular, with thin, shapely lips and rectangular pupils. The sculptor based his physique on a blend of Michelangelo's *David* and Iggy Pop.

When the piece is completed, Baphomet will be seated on a throne underneath an inverted pentagram. On either side of him, two children — a boy and a girl — will gaze up adoringly. On this day the little girl was absent, visiting another artist for some finishing touches. The boy was in place, his lips parted, his unpainted, dimpled Afro reminiscent of a giant golf ball.

"The caduceus represents reconciliation and negotiation," Greaves explained, lightly touching the staff. "The whole thing has binary elements, to represent balance and reconciliation."

▷ ✕

**V i e t n a m   W a r   5 0 t h   H a t s**

Part of the 50th Anniversary of the Vietnam War
collection by VetFriends.com - 30% Off

*See also:* *Photos: That Baphomet Sculpture Hidden in Brooklyn*

Baphomet has been around since at least the 1300s, when Spanish Inquisitors accused a Christian military order called the Knights Templar of worshipping the goat god. (Members were tortured for the offense, and burned at the stake every so often.) But the popular image of Baphomet comes from the mid-1800s, in the form of a drawing in *Dogme et Rituel de la Haute Magie*, a treatise written and illustrated by French occultist and magician Eliphas Levi. For Levi, Baphomet represented perfect harmony: male and female, darkness and light.

More recently, Baphomet has come to be associated with Satan and Satanism — and that's precisely Greaves's intent. He's the spokesman for the Satanic Temple, a group that intends to plant Baphomet on the lawn of the Oklahoma state Capitol, alongside a monument of the Ten Commandments. Oklahoma lawmakers decided it's fine to put up a religious statue if it's paid for with private funds, the Satanists point out. So why not their Baphomet, which was crowdsourced through online donations?

Bathed in the orange light of the setting sun, the statue looked beautiful, and a little eerie. As Greaves walked around the base, tracing the figure's outline with his fingers, Jack smiled. He'd quit his day job a few months earlier to work full-time on the piece. The Temple has poured $30,000 into it already, but this is only a model made of clay and steel. A mold is yet to be fabricated, then a bronze cast — a process that will cost at least another 30 grand. (The Temple won't be getting any tax breaks to help recoup expenses. It has chosen to become an LLC

instead of registering as a religious nonprofit. Greaves says the move, much like the statue itself, is a form of protest against the way most organized religious groups do business.)

In the meantime, the piece has become world-famous. After *Vice* magazine published photos on its website on May 1, seemingly every major media outlet followed with coverage.

If the piece ever does make it to Oklahoma City, Greaves expects that someone will destroy or deface it. "Someone's certainly going to try," he says. He chuckles. "They better know what they're doing, or they'll hurt themselves."

Greaves says he's looking into having Baphomet insured. But, he adds, almost merrily, "If it does get destroyed or defaced, there's a salient message there."

[



01-25-13 SATANISTS RALLY FOR RICK SCOTT

The Satanic Temple came crashing into the public view on a brilliantly sunny Florida day in January 2013, when a crowd of Satanists showed up at the state

Capitol dressed in black capes and ready to celebrate Gov. Rick Scott. Specifically, they wanted to broadcast their approval last year of a bill he'd signed, Senate Bill 98, which allowed student-led prayer at school assemblies. As the Satanists pointed out, those prayers could just as easily hail Satan as Jesus.



"I think he's a great American," the group's leader told a news camera, referring to the governor. The leader was brown-haired and balding. He wore a set of spiraling black horns protruding from his forehead, attached to a leather headband. "A politician who's willing to step out on a limb, in a possibly politically uncomfortable position, and have the faith in young people to speak their mind, I think it's a very healthy message."

"You don't really believe that," the cameraman pressed.

"I do!" the horned fellow replied. They looked at each other stonily.

The camerman's skepticism was well founded: The man with the horns wasn't a Satanist. He was an actor from New York, hired by a film crew making a mockumentary about "the nicest Satanic cult in the world." The film was to be called *The Satanic Temple*.

The *Miami Herald* was first to reveal the movie's motive. Dubious that a group of Satanists would celebrate a politician known for his Christianity-in-government advocacy and insistence on drug-testing welfare recipients, reporter Michael Van Sickler found a casting call for non-union actors to play "minions" and Satanic extras.

Def.'s Ex. 32 - Page 92 of 198

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 93 of 198

"We are seeking people from all walks of life, goths, grandparents, soccer moms, etc., to be the followers of a charismatic yet down-to-earth Satanic cult leader," read the ad, posted online at Actors Access. "The shoot will be on January 25th in downtown Tallahassee. Actors will be required to wear tasteful Satanic garb." The job was unpaid.

The Satanists for Scott story went viral, but the Temple leadership realized that it wouldn't do to have an actor play the group's leader. Doug Mesner, one of the group's founders, replaced him.

Though they indicate to news outlets that they're based in New York, the Temple brain trust is from the Boston area: Mesner, — a.k.a. "Lucien Greaves," the pale blond who visited Baphomet in Brooklyn; "Malcolm Jarry," the group's similarly pseudonymous co-founder; and, ostensibly, a third person, who has never been publicly identified and doesn't talk to the press.

Mesner says he's not fond of the spotlight, a statement borne out over the course of several interviews, which he approaches like a trip to the dentist: He's unfailingly polite and visibly miserable from start to finish. He says he stepped into the role of Greaves only reluctantly.



"I had to become Lucien," he explains. "It just became obvious that you're not going to be able to coach somebody on what we think and feel. We couldn't constantly have a feed going into his ear."

Despite the film's premise, Mesner insists the Satanic Temple has never been a hoax or a prank. In an interview for *Vice*, he said he and his co-founders

envisioned the Temple as "the poison pill in the church-state debate." But that's not quite right, either, he says now. "It's evolved into much more. We're putting forward the notion of our right not to be marginalized and, literally, a demonized group."

Over time, Mesner has grown increasingly leery about responding to personal questions. In 2012 he was willing to tell an ABC reporter he was 30 years old. Two years later, he doesn't want to reveal even that much. He has written previously that he attended Harvard University, but no one by that name is listed as either a current or former student. His last name may not be Mesner but Misicko, according to one lawsuit filed against him. (That name doesn't show up on Harvard's rolls, either.) He'll concede that he lives in Cambridge.

And that's about it.

"I'm trying to keep the story off of me personally and not put too fine a location on me," he says apologetically. "I'm just getting a flutter of angry, threatening mail and that kind of thing."

For a few months following the Rick Scott rally, the Satanic Temple stayed out of the headlines. In June of last year, the group tried unsuccessfully to raise money to adopt a New York state highway, writing on fundraising site Indiegogo, "This campaign will do more than keep the highways clean. It will help to send a clear message to the world, reaffirming American religious plurality."

Adopting highways is a hard cause to rally the demonic troops around. The effort raised only $2,200 of its $15,000 goal and was quietly scrapped. The following month, however, the Temple roared back to the front pages when it issued a press release announcing a Pink Mass, "a formal ceremony celebrating

same-sex unions," to be held in a graveyard in Meridian, Mississippi. The precise location was on top of the grave of Catherine Johnson, the mother of Fred Phelps, founder of the famously anti-gay Westboro Baptist Church. The ceremony consisted of same-sex couples making out with their elbows propped atop Johnson's headstone.

The goal was to transform Johnson into a posthumous lesbian: "The Satanic Temple now believes that Fred Phelps must believe that his mother is now gay, in the afterlife, due to our Pink Mass," Greaves (Mesner) declared in a follow-up press release. "And nobody can challenge our right to our beliefs."



▷ ✕

**Download PDF (Free)**

Download Here

ProPDFConverter

"Malcolm Jarry," whose idea it was to hold the mass, writes via email that Westboro "feed[s] off anger. They love being hated. But no one can react to being mocked. If you're made fun of, there's no defense for that. No retort. Nothing you can say or do. You become a joke." He'd hoped Johnson's grave would become a gay make-out spot for years to come, he writes: "I had a vision of it being a perpetual place where people could do this."

Jarry and Mesner traveled to Meridian together, then used Craigslist to find some locals up for a make-out session: two women and two men. At the ceremony's end, Mesner unzipped his pants, bared his scrotum, and draped it atop Johnson's headstone.

There is a photo.

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 96 of 198

The event, and especially the scrotum, attracted a media tsunami. It also drew the ire of Meridian's sheriff, who told local news that a warrant had been issued for Mesner's arrest for "desecration of a grave." The group had already left town.

"I don't know if I have a warrant," Mesner says. "Supposedly. That's the impression the sheriff gave in the press. We didn't go back to fight it."

Though the Adopt A Highway effort sputtered, it and the cemetery stunt certainly helped the Satanists' fundraising efforts for Baphomet. Mesner says the volume of donations has surpassed his wildest expectations; the numbers really took off after the group unveiled drawings of the monument on Indiegogo. "We just keep underestimating the value of images, I guess," he says. "A lot of people want a piece of it."

Just as the media chaos began to die down, the Temple found yet another prime piece of headline bait: It announced this past spring that it would reenact a black mass on the Harvard campus, and that the event would be sponsored by the Harvard Extension Cultural Studies Club.

Black masses have been described in religious and occult literature since the Middle Ages. They are, essentially, parodies of Roman Catholic masses, performed with real Communion wafers and a nude woman acting as the altar. (There's little evidence and no firsthand accounts indicating that they were ever actually performed in medieval times, but being accused of participating in a black mass was enough to get the alleged perpetrator executed during the Spanish Inquisition.)

University president Drew Faust called the planned reenactment "abhorrent," not to mention "flagrantly disrespectful and inflammatory," writing in an open

Case 4:18-cv-00342-KGB    Document 260-50    Filed 03/06/23    Page 97 of 198

letter that it represented "a fundamental affront to the values of inclusion, belonging, and mutual respect that must define our community."



The Archdiocese of Boston announced it would protest the event by holding its own mass the same night, May 12. More than 2,000 people showed up, including Faust. The Satanic Temple reluctantly agreed to move its mass off-campus. A nightclub signed on to host the affair but later reneged. The mass eventually found a venue: a banquet hall in a Chinese restaurant called the Hong Kong Lounge.

"I did not expect that level of outrage," Mesner admits. He says the Temple was consistent in articulating the intent of the mass: that it was meant as a reenactment, and that they would never use an actual Communion wafer. But, he allows, "We thought there might be one or two conspiracist individuals who would think we would actually summon demons, or whatever."

Undeterred, Mesner and Jarry are also carrying on with the Temple's Protect Children Project, which they launched last year to advocate against corporal punishment and the use of "isolation rooms" in public schools. Parents register on the Temple's Protect Children website (protectchildrenproject.com) and provide contact information for their home school district, whereupon the group sends a letter to administrators informing them that the family's deeply held spiritual beliefs prohibit their children from being subjected to physical restraints, prolonged isolation, or corporal punishment.

"We wrote it into our tenets that the body is inviolable and subject only to one's own will," Mesner explains. "You can't beat the kid. You have to find a human,

Case 4:18-cv-00342-KGB   Document 260-59   Filed 03/06/23   Page 98 of 198

civilized way to deal with problems in the classroom. If they violate that, we will pursue them." He couldn't say exactly how many letters they've sent to date, explaining that the effort is "still getting off the ground."

He and Jarry hope to set up a similar mechanism on behalf of women who live in states that require a transvaginal ultrasound prior to having an abortion.

"That [legislation] was put forth by hard-core religious believers of one stripe," Mesner says. "We feel we can exempt people from that on religious-liberty grounds as well."

With the exception of Christian publications and Fox News, most of the press has played Satanic Temple stories for their entertainment value. The American Civil Liberties Union opposes the group's Baphomet monument campaign, albeit politely. The ACLU is suing Oklahoma to remove the Ten Commandments monument, and they seem to feel the Satanists are muddying the waters a bit.

"Their basis for saying we have a right to have this on the Capitol lawn is inconsistent with our case," Brady Henderson, the ACLU's legal director, told Al Jazeera several months ago. "The state shouldn't have a religious monument at all."

The way Mesner sees it, the Temple's efforts are bringing Satanism aboveground, where it belongs.

"The idea is the more we do these things, the more acceptable they are," he says. "That's the whole point. We take away this ignorant idea of this kind of subterranean Satanic conspiracy that's supposedly murdering babies and all that kind of thing."

[



**Magus Peter H. Gilmore, leader of the Church of Satan.**    PHOTO CREDIT: CHURCH OF SATAN ARCHIVES

While the Satanic Temple makes headlines, the leader of the nation's oldest Satanic institution seethes. And he is not doing so quietly.



**Download PDF**

Download Here
ProPDFConverter

▷ ×

"When a fellow in horns — with an adopted moniker fit for a 1970s hairdresser — tea-bags a tombstone while some 'goth' rejects swap spit on the grave, it seems to us to be a parody of Satanism rather than a representation of some actual philosophical or religious organization."

Those lines were written by Magus Peter H. Gilmore, leader of the Church of Satan, on the Church's official blog. It's one of several denunciations Gilmore has issued against the Satanic Temple in the past year.

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 100 of 198

The Church of Satan was founded 48 years ago by the father of modern Satanism himself, Anton LaVey, one of the more entertaining spiritual leaders in recent memory. Born Howard Stanton Levey in 1930, he moved with his parents from Chicago to California as a child. He dropped out of school at age 16 to travel with the circus, playing the organ, working on an act with the big cats and behind the scenes at the "spook shows." In the off-seasons he played the organ at burlesque houses on Saturday nights and at tent revivals on Sunday mornings. He saw many of the same customers haunting both spots, feeding his cynicism about the endless Christian cycle: sin, be forgiven, sin some more.

After his carny youth, LaVey claimed to have worked as a crime-scene photographer for the San Francisco Police Department (which SFPD later denied) and as a freelance investigator of psychic phenomena. He was fascinated by the history of the occult — mysticism, rituals, and what he came to call "lesser magic": the practice of influencing and manipulating others. LaVey began giving weekly lectures on the occult. Before long he'd developed the full-fledged belief system that would become Satanism, which he officially founded on April 30, 1968.

Dr. LaVey, as Satanists refer to him, didn't believe in the existence of a literal devil, and most Satanists don't actually worship Satan. As LaVey put it in *The Satanic Bible* (the new religion's cornerstone text, published in 1969), the figure of Lucifer represents "a force of nature," an "untapped reservoir that few can make use of," a symbol of a human being's highest potential.

At its heart, Satanism is about exultant self-centeredness: indulgence in earthly pleasures, kindness only to people who deserve it, vengeance against those who have wronged the Satanist, and the use of lesser magic — wiles, manipulation, a soupçon of deceit — to influence others and advance in the world.



"We are no longer supplicating weaklings trembling before an unmerciful 'God,' who cares not whether we live or die," LaVey writes in *The Satanic Bible*. "We are self-respecting, prideful people — we are Satanists!"

LaVey, his children, and other church members were especially active through the 1980s and '90s, appearing on talk shows to promote the Satanic point of view. It was a particularly dangerous time to be a public Satanist: beginning in the late '80s, in what came to be called "the Satanic panic," hundreds of children alleged that they had been subjected to sexual abuse by Satanist parents or babysitters as part of dark, sadistic secret rituals.

LaVey died two days before Halloween 1997. Blanche Barton, his longtime partner, took over leadership of the church until 2001, when she passed the torch to Gilmore. He and his wife, Peggy Nadramia (the church's high priestess), live in the Hudson Valley, in a Victorian-style Black House.

Gilmore argues that the Satanic Temple amounts to no more than a bunch of trolls giving Satanism a bad name in a bald quest for attention. True Satanists, Gilmore asserts, don't act out their beliefs in public. The Church's members, he tells the *Voice*, "don't alert the media while going about their business. They have no interest in having the world gawk at them and treat them like freaks."

Gilmore is so incensed by the Satanic Temple that he's talking about them publicly. That's unusual: For years, with rare exceptions, the Church of Satan has

observed a fairly strict policy of not acknowledging the existence of other Satanic groups, maintaining that it is the only one with a direct line to LaVey.

"Since the 'Satanic Temple' claims to be New York-based, many people confused them with the Church of Satan, which has been officially headquartered in New York since I became High Priest in 2001," he writes in an email. (The church's official address is PO Box 666 at a Poughkeepsie post office.) "Some journalists did not do proper research, and in several cases simply reported that this statue stunt was perpetrated by the Church of Satan."

Gilmore is particularly incensed by the Baphomet monument, calling it "ugly" and noting in a blog post that it "seems pedophiliac, since the caduceus between the goat's legs is a phallic symbol." (Mesner angrily denies that last bit: "That kind of statement is well beneath the dignity of any of us.")

Gilmore is also concerned that the actions of the Satanic Temple will lead the larger world to think Satanists are proselytizing. And that would make Satanism just like the dull herd of faiths Satanists strive to rise above. The prospect horrifies him.

"It is possible that people could be confused by actions that depict Satanism as being just like other obnoxious spiritual doctrines, which want to force themselves upon people," he tells the *Voice*. "We do not want intelligent people to see us as yet another religion trying to intrude on public spaces."

[



**Vital Remains - Lunatic Of God's Creation (Live In Quebec City)**

The Satanic Temple counters that Gilmore is just jealous. The Church of Satan has grown stagnant and smug, its members contend, and Gilmore fears he's about to be replaced.



"The number of negative dispatches we've put out about the Church of Satan is zero," Mesner says. "But since we started, [Gilmore] has done nothing but write disparaging remarks."

"The Church of Satan does nothing," Brian Werner, the Satanic Temple's first high priest, says. "Their complete inactivity has just caused such an overwhelming amount of complacent consent, not only in the masses but within our own freethinking subculture. The inactivity has led to the complete degradation of everything we built for 40 years under LaVey."

High priesting isn't a full-time gig — the 34-year-old Werner is also a vocalist for Vital Remains, a popular satanic metal band. They tour 200 days a year and are especially big in Latin America. ("The Satanic Hispanics — it's a very niche demographic," he says dryly.)

Werner has identified as a Satanist since his teenage years. He was never a Church of Satan member himself but says he understands other people's disaffection. He got involved with the Satanic Temple out of a desire to be a different, more proactive breed of Satanist.

Zach Black is a 38-year-old sushi chef in Northern California and a longtime Satanist. He started the Satanic International Network, the largest — though not the only — social media site for Satanists. He was a card-carrying member of the Church of Satan for nearly a decade, from 1994 to 2002. For the first few years after he joined, Anton LaVey was still alive. That made all the difference, Black says, and the church was much more "proactive."

Black is one of a group of disaffected ex-Church of Satan members who believe Gilmore was never supposed to become the church's next leader. LaVey wanted to pass the torch to a man named Boyd Rice, an artist and writer who was a close friend, Black says. "But he turned it down. He didn't want to do it. I'm not sure why."

LaVey's estate went to Blanche Barton after she produced a handwritten will, purportedly written by LaVey, bequeathing all his worldly possessions, including the Church of Satan, to her. LaVey's daughter Karla later sued Barton. She and the other LaVey children, Zeena and Satan, received the royalties from LaVey's publications, while Barton took control of the Church of Satan. And then came Gilmore.

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 105 of 198

"LaVey would roll over in his grave," Black says.



▷ ✕

**Download PDF (Free)**

Download Here

ProPDFConverter

Rice, meanwhile, went in a different direction. For nearly two decades, he was part of Death in June, a British neo-folk band that anti-racist groups have accused of supporting white nationalism. Rice has repeatedly denied being a racist or a Nazi sympathizer, a claim that was not bolstered in 2008, when an old video surfaced of him on a public-access TV show, describing Death in June as a proud "racialist" band.

Similar charges have dogged Gilmore and the current Church of Satan leadership. In his 2007 book, *The Satanic Scriptures*, Gilmore denies that, writing that while there are "provable biological differences between the races and statistically demonstrable performance levels in various activities," the Church of Satan recognizes "individual merit, and ascribe no value to bloodlines."

Satanists, he adds, "treasure individualism, hardly something to be gained by goose-stepping en masse down the street."

Mesner says the Church of Satan has a distinctly right-wing, libertarian bent. That's not totally inaccurate: Gilmore thanks Ayn Rand in the introduction to *The Satanic Scriptures* and writes that LaVey founded his religion in direct defiance of a goopy, '60s culture of liberalism that celebrated everyone as equals.

Mesner considers the Satanic Temple a liberal alternative to the Church of Satan. The fact that its visible leadership skews younger would tend to support that view.

"I do believe the Satanic Temple is going to replace the Church of Satan, and that's why they're acting threatened," Zach Black says. "The church — they're just getting fat and old."

Retorts Gilmore: "The disgruntled people you mentioned in your questions to me have no idea about what is happening amongst our members, because the private affairs of our members are actually private. One earns friends and entrée into private events. That cannot be demanded."

He adds that the church has acted as a true spiritual refuge for members in times of both joy and grief. "I performed a memorable memorial service at a nondenominational funeral home in Greenwich Village in Manhattan that included bikers amongst the mourners, and the motorcycle belonging to the deceased was parked in front, black and gleaming, while his artwork was displayed in the chapel alongside his casket. His family and friends shared their grief, supporting his commitment to Satanism as his life philosophy."

They also do weddings. "Aside from one performed by Anton LaVey at the very beginning of the organization, none of these have been paraded before the media," Gilmore writes. "The happy couples celebrate their love, as you'll have noted from the wedding rite I crafted in my book. They share this with family and friends — not the press."

[

Case 4:18-cv-00342-KGB    Document 260-50    Filed 03/06/23    Page 107 of 198



A few years ago Doug Mesner was a freelance journalist whose main stock-in-trade was debunking stories of evil Satanists.

Def.'s Ex. 32 - Page 107 of 198



D o w n l o a d   P D F

Download Here

ProPDFConverter

"I don't see it as a contradiction at all," Mesner says of his career change. "It's completely consistent." The way he sees it, Satanic panic is still very much around. "I want to take that away, the idiotic mythology about a satanic cult that goes around murdering people and committing all these crimes." (He says it's the pervasiveness of anti-Satanist sentiment that convinced the Temple to use a pseudonym for its spokesman.)

Mesner wrote for his own site, Process.org, and for Examiner.com. For years he has been locked in an online battle with a man named Neil Brick, who claims he was subjected to ritual abuse and torture at the hands of MK-ULTRA, the infamous CIA "mind control" program. Brick runs an organization called S.M.A.R.T. for people who also believe they have been ritually abused. He also leads seminars on how to keep from being "mind-controlled."

Mesner takes great joy in deflating the claims of people like Brick. In 2009 he attended a conference on Satanic ritual abuse in Connecticut organized by S.M.A.R.T. He wrote a piece attacking the pseudoscience behind it (and the vendors in the lobby selling crystals and metal hats to deflect mind-control rays). Brick sued Mesner for defamation not long after that story came out. The case is ongoing.

Brick declined to comment about Mesner, saying his attorney has advised against it. He has written on his own blog that the Satanic Temple project is little more than an effort to get under his skin. He has a point: In the casting call for the Rick Scott stunt, the Temple's contact person was listed as "Neil Bricke." It's

an alias that the New York actor who briefly played the Satanic Temple's leader trotted out in a number of interviews. (Mesner insists it wasn't his idea to use that name: "That was somebody else. I wouldn't bother antagonizing Neil Brick.")



Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 110 of 198



His Facebook profile picture features him standing next to the Baphomet statute.

According to IMDb.com, Guinan and Soling co-produced a documentary in 2010 called *John Frum He Will Come*. From the description on the database: "On the tiny island of Tanna in the South Pacific, a cult religion believes that an American deity named John Frum will one day bring them an abundance of gifts and lead them to salvation. This film chronicles one man's attempt to fulfill this strange prophecy."

"Malcolm Jarry" declined to discuss his true identity with the *Voice*, writing in an email, "I am happy to discuss the activities and future plans of the Temple with you, but cannot entertain speculation with regards to members who choose not to have certain things publicized. I hope you understand." Neither Soling nor Guinan responded to requests for comment for this story.

Several other people who appear to be involved with the Satanic Temple have backgrounds in film and media production. On May 5, one of them put out a call on Facebook seeking participants for the Harvard black mass, writing, "I'm still looking for a couple Acolytes for our ritual at Harvard."

Mesner responded to the posting in a way that made it sound as if he was not the organizer of the event. "How many you need?" he asked. "I have a few people here — or do they need to be in NY for preliminaries?"

When reached for comment, the Facebook user declined to elaborate on the nature of his relationship to the Temple. "I'm afraid I shouldn't talk about that kind of thing," he writes. "Obviously it is a delicate situation for those involved. I'm sure Lucien would be happy to field any follow-up questions you have about the Satanic community. I wish the circumstances were safer."

██████████████████████████████

Mesner won't discount the idea of making a movie, though. But he says he has turned down numerous requests (including one from Showtime) to make a quick-hit reality series. "It would have to be educational in nature," he says of a potential film tie-in. "It would have to be structured like a lecture. I think it'd be excellent if there were a 13-episode series, exploring the issues of the Satanic panic and modern Satanism and going to places like Africa, where there's a new Satanic panic in action. There's so much history and so many issues, so many things worth exploring well outside some idiotic vanity production." (**Update**, **July 23**: An independent producer who works with Showtime says that while she's been in contact with the Temple, they have never been offered a show on the network. She adds that Soling sent her a treatment for his own proposed series, which she turned down.)

Mesner says the Satanic Temple's upcoming agenda includes performing a same-sex marriage in Michigan, and, as he puts it, "rolling out a women's rights initiative that leverages the Hobby Lobby ruling."



"I know we're going to keep on doing what we're doing," he says. "That'll shine through eventually. I don't mind people coming off and dismissing us as a prank. Not to get all George W. Bush with you — about, you know, 'The future will judge us' — but I think ultimately we're going to have a body of work that you can't ignore, and you can't cast off as the idiotic working of fools."

In the meantime, he adds wryly, "time to put my Kevlar on."

[amerlan@villagevoice.com]

*Correction:* An earlier version of this story referred to the Soling/Guinan film "John Frum He Will Come" as a mockumentary. It is a documentary. The *Voice* regrets the error.

MORE:   **LONGFORM**

## MOST POPULAR

**FILM**

### Around the World in 51 Soccer Movies

by BILGE EBIRI

**THE HARPY**

### Elon Musk and the Cult of the Celebrity Savior

by TALIA LAVIN

BOOKS

## Spinning Wire and Spanning Worlds: Building the Brooklyn Bridge

by R.C. BAKER

MUSIC

## What Is the Most Nostalgic Song of All Time?

by MIKEL JOLLETT

TRANSIT

## The City's Shuttle Bus Plan for the L Train Shutdown Is a Recipe for Gridlock

by AARON GORDON

THE TRENCHERMAN

## Preserving Palestinian Culture, One Seed at a Time

by JOSHUA DAVID STEIN

# Potty Train Your Dog

How to quickly teach your
adult dog or puppy to
never pee and poop inside
- ever

× ▷                              TrainPetDog.com



Email Address                    SIGN UP

©2017 VILLAGE VOICE, LLC. ALL RIGHTS RESERVED.    |    SITE MAP

https://www.salemnews.com/news/local_news/satanic-leader-after-school-clubs-send-positive-message/article_ffc1896f-98d8-58cd-9342-5d867054ff09.html

FEATURED

# Satanic leader: After-school clubs send positive message

By PHILIP MARCELO Associated Press   Oct 28, 2016



In this Oct. 24, 2016 photo, Lucien Greaves sits near a statue of a baby Baphomet inside the recently opened in
headquarters of the Satanic Temple in Salem, Mass. The Satanic Temple is waging religious battles along a var
nationwide, and its co-founder says it's just getting started. Greaves says the temple hopes to ensure Satanists
the world" and that "evangelical theocrats" don't monopolize the religious freedom debate. (AP Photo/Elise Ame
Elise Amendola





EXHIBIT

\\

Misicko

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 117 of 198

SALEM, Mass. (AP) — The Satanic Temple is waging religious battles along a variety of fronts nationwide, and its co-founder says it's just getting started.

The 3-year-old organization is fighting to get a nearly 9-foot, 1.5-ton statue of the goat-headed idol Baphomet placed on the Arkansas Capitol grounds as a counterpoint to a planned Ten Commandments monument.

Members have also proposed "After School Satan Clubs" in elementary schools from Oregon to Georgia where evangelical Christian "Good News Clubs" are operating.

And they've been pushing city councils from Alaska to Massachusetts to allow Satanists to give the opening prayer at public meetings — just as Christian, Jewish and other religious clerics have long done.

The Associated Press caught up with Temple co-founder Lucien Greaves as the organization settles into its news international headquarters in a former funeral parlor in Salem, the city north of Boston infamous for its 17th-century witch trials. The organization claims about 20 chapters and 50,000 members worldwide, including outposts in Britain, Finland, Italy and the Netherlands.

Greaves' comments have been edited for clarity and length.

——

AP: You've got some pretty serious security on this place. How's the reception in town been?

Greaves: You know, I was foreseeing a lot of pushback, and that really didn't happen, and I'm really happy about that. You should have seen the reaction when we unveiled the Baphomet monument in Detroit last year. There were death threats, protests — just a whole lot of ugliness. So the opening here was kind of low-key. We didn't really make an event of it.

——

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 118 of 198

AP: For those who don't know, what's the Satanic Temple all about?

Greaves: The Satanic Temple has seven tenets that describe our belief system. Personal autonomy, freedom of belief, scientific rationalism — those are really the core of the tenets. They say very little about Satan or why you would identify as a Satanist. ... The tenets are meant to be universal.

———

AP: So are you Satan worshippers?

Greaves: Definitely not. In fact, the idea of "worship" is antithetical to our anti-authoritarian philosophy. Devil worship implies a theistic point of view. We consider ourselves a non-theistic religious organization.

———

AP: Is the Satanic Temple a legally recognized religion? And does that affect your legal standing in court battles if not?

Greaves: We are incorporated as a religious organization, though we're an LLC rather than a tax-exempt religious nonprofit. If, by some circumstance, we find our religious legitimacy denied by a public agency for the fact that we've never sought IRS-recognized religious exemption, I have little doubt that the courts would rule in our favor. ... We feel that it's our sense of cultural identity, narrative and shared ethics that make us a religion.

———

AP: How are you different from other Satanist groups?

Case 4:18-cv-00342-KGB    Document 260-50    Filed 03/06/23    Page 119 of 198

Greaves: We're actually active and relevant today. (Other groups) will say they stand for certain things and stand against certain things, but those words ring hollow if there isn't some commensurate activity attached to it. ... What matters to us is self-identified Satanists standing up and saying they have a place in the world so that the evangelical theocrats don't have a monopoly over what constitutes religious freedom.

——

AP: The Portland, Oregon, chapter of the Satanic Temple is planning an open house for an "After School Satan" club in a Portland elementary school sometime next month. What can students, teachers and parents expect?

Greaves: We're not interested in turning kids away from their Christian background. We really want this to be enriching. We're not going to proselytize or make ham-fisted religious tirades. Our curriculum does not contain items of religious opinion. It contains fun activities premised on critical thinking, reasoning skills and the scientific, rationalist view of the world.

——

AP: Doesn't sound very Satanic. Why call it an "After School Satan" club at all?

Greaves: I'd say it sends a positive message that it's called the "After School Satan" club and that it's run by people who self-identify as Satanists. It's helpful for children to see that people can hold diametrically opposed religious points of view, but still be good, productive members of society, be noncriminal and friendly.

——

AP: Where's the Baphomet monument fight in Arkansas heading?

Greaves: I think they'll deny the Satanist monument and allow the Ten Commandments. But the monument will have to come down because it's clearly preferencing one religious viewpoint over another. And the taxpayers will have to foot the bill.

———

AP: What else is on the horizon for the Satanic Temple?

Greaves: We're trying not to spread ourselves too thin. There's a huge demand for starting chapters. We're doing the best we can to keep up with the interest without letting it get completely unmanageable. It's a balancing act. ... Hopefully, it'll get to the point where I feel I can write a book about what we're doing and why we're doing it — the things everybody always asks about.

## 0 comments                                                              -

**Sign in**                                                     **1 person listening**

| | + Follow | | Post comment as... |

Newest | Oldest

## Salem News Events                    📅 See All Events   ✚ Add your event

Fri, Mar 15              Wed, Mar 13              Wed, Mar 13              Wed, Mar 13

‹                                                                              ›

**Midday Haunted**        **Frame Up to Fit Out**   **MakerBot 3-D Printing**   **Beginner Belly Danc**
**Footsteps Ghost Tour**                            **Demo**
Salem Historical Tours    Essex Shipbuilding Museum  Hamilton-Wenham Public   Cape Ann Center for D

| | WED | THU | FRI | SAT | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 📅 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |



# Never Let Your Activism Be Artless: An Interview With Lucien Greaves of The Satanic Temple

June 28, 2017



EXHIBIT

12

Misicko

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 122 of 198

I recently had the pleasure of interviewing The Satanic Temple (https://thesatanictemple.com/)'s Lucien Greaves about art, activism, and what religion means as a framework rather than a faith. "Recently" isn't quite right — these questions were written back in February, as you might notice by the news reference in one of them, but we hope you'll forgive us the wait. I've been following TST's work for a while and am wholeheartedly a supporter of their mission, but whether you know their tenets (https://thesatanictemple.com/about-us/tenets/) by heart or are just tuning in, you're sure to find something of interest below.

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 123 of 198



**So, just to get it out of the way, could you describe the difference between The Satanic Temple and The Church of Satan for any readers who may not know?**

Well, first off, organizationally, there isn't any similarity. That is to say, we have an organization, we have active chapters internationally, we have a physical headquarters, and we have active campaigns to advance our goals in the real world. The Church of Satan has none of these things.

One thing that I don't think is clear to a lot of people is that *all* of the organized Satanic activity you've seen in the national and international press in the past years — from the Satanic monument (http://www.bbc.com/news/magazine-33682878), to the religious reproductive rights lawsuits (https://religiousreproductiverights.com/), to the After School Satan Clubs (https://afterschoolsatan.com/) — it's all come from The Satanic Temple. The Church of Satan writes these humorous tirades in opposition to each of our activities, but they always get their facts wrong. For instance, they'll claim that they would never seek to erect a monument on public grounds because, according to them, they support secularism.

> # Well, *we* support secularism, but we support it actively.

In fact, we very often work with the Freedom From Religion Foundation, Americans United for the Separation of Church and State, American Atheists, the American Humanist Association, and other established defenders of secularism nationwide. Our monuments are made in *defence of secularism*, and we are very clear about that. We only seek to place our Baphomet monument on public grounds where there is a pre-existing 10 Commandments monument to ensure that the government remains neutral regarding religious expression in public forums. Government has no place in Religion, Religion has no place in Government. If a

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 125 of 198

public forum allows privately donated religious monuments, the Government can't pick and choose between religious viewpoints. That's secularism. You can't let the theocrats take over the Public Square and claim it as their own exclusively.

Of course there are those who complain that a true expression of secularism would be the absence of any religious monuments on public grounds. Well, yes, but when there's already a 10 Commandments monument on public grounds, it doesn't do much good to simply say you wish it weren't there. There isn't much point to organizing a membership structure and hierarchy when there are no activities associated with those roles. When we're proposing our monument, the government then has to make a choice — will they accept a Satanic monument, or will they engage in religious discrimination and all but ensure that the 10 Commandments monument will come down as well?

Similarly, The Church of Satan objects to our After School Satan Clubs on the grounds that they feel proselytizing to children is abhorrent. If they learned about our after school program before commenting, they'd find that we, too, find proselytizing to children abhorrent. In fact, the very reason we started the After School Satan Clubs was to offer an alternative to coercive religious proselytizing inflicted on children through evangelical after-school clubs, and we only offer our club in schools where the evangelical presence already exists. Our curriculums don't contain any items of religious opinion and focus entirely on critical thinking and reasoning skills. To say, then, that we shouldn't call it the After School Satan Club misses the point. We're The Satanic Temple, and we're Satanists, and we're not going to hide that fact. The schools have to understand, if they allow evangelical clubs, they can't turn away the Satanists. For children to be aware that there are self-identified Satanists, and that they are friendly, approachable people — it has a counter-indoctrination effect.

So, the incessant criticisms we receive from the Church of Satan are either wildly misinformed, or completely dishonest.

Philosophically speaking, The Church of Satan is a fundamentalist LaVeyan organization, which makes a certain sense from a business perspective because they base their authenticity on the fact that they inherited Anton LaVey's organization and claim his achievements as their own. They hold to a remarkably similar philosophy as you find espoused by radical Tea Party Christians on the theocratic Right: Ayn Rand-inspired Social Darwinist authoritarian-fetishizing libertarianism,

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 126 of 198

but with a bit of occultic ritual magic thrown in. The Satanic Temple espouses a non-supernatural anti-authoritarian philosophy that views the metaphorical literary construct of Satan as a liberator from oppression of the mind and body. Our canon (https://dougmesner.com/library/) embodies the Romantic Satanism of Milton, Blake, Shelley, to, particularly, Anatole France, whose *Revolt of the Angels* is a primary text in TST. From its inception, modern Satanism, as it came to be defined in the Revolutionary era of Romantics, was very much a non-theistic movement aligned with Liberty, Equality and Rationalism. With that in mind, I think we're rather closely aligned with *early* Modern Satanism, rather than some type of wildly aberrant, unique and unrecognizable contemporary off-shoot.



TST Detroit Capitol Ceremony: Photo by Chris Switzer

**Since the religious construct of Satanism doesn't believe in the supernatural, you say you "turn to literature and art as icons for deeply held beliefs (http://fusion.net/story/351106/satanic-headquarters-salem/)." Can you talk more about the importance of art and literature, especially during times of conflict?**

Def.'s Ex. 32 - Page 126 of 198

This, I think, cuts to the very heart of what it means to be a non-theistic, non-supernaturalist religion. As I've described elsewhere (http://www.patheos.com/blogs/accordingtomatthew/2017/02/non-believers-embrace-religion-fighting-superstition/), non-theistic Satanic religious affiliation has a cultural framework that is deeply significant and far from arbitrary— that is to say, we couldn't simply re-label it for the sake of diplomacy, nor would doing so be true to our principles.

> The narrative of the ultimate rebel against tyranny, the use of blasphemy as a tool for liberation against imposed, frivolous, sanctified superstitions; the cultivation of the individual will and rationalism unencumbered by "faith" or blind subjugation; the willingness to stand as an outsider with a sense of justice that is independent of laws and institutions; all are embodied by the literary Satan.

Those of us who were burdened from childhood by archaic tradition-based dogmas, especially in the era of the Satanic Panic, were instilled with an irrational aversion and fear toward the "other", the Satanic. Breaking that barrier, defying such deeply-

entrenched cultural programming, embracing the symbols, narrative, and outside status of the Adversary, can be a supremely liberating personal experience, not merely incidentally divorced from superstition, but emblematic of, and vital to, the break with superstition. Whether we interpret them literally or not, the mythological backdrop by which we each contextualize our existential grounding is profoundly important in our lives. I feel that theists are subjugated by their myths, while we are empowered by ours. The literary Satanists of the Revolutionary Era understood this, and their power to change the world by way of altering the cultural mythological structure was certainly not lost on them. One can read some artful exposition on this point in Shelley's *A Defense of Poetry* (https://www.gutenberg.org/files/5428/5428-h/5428-h.htm). In explaining this, I can only hope to make some people understand that, despite common perceptions, Satanism is (or can be) deeply personally enriching, and isn't merely an attention-seeking shock tactic directed at observers. When the cameras aren't rolling, when the journalists have all left the spectacle, we are, in fact, Satanists still. I know this doesn't quite exactly directly answer the question of how literature and art serve as icons for deeply held beliefs; But the power of metaphor, the vital necessity of narrative to cultivate and define one's sense of self and purpose, the atavistic desire for art are all self-evident to me. I have a difficult time understanding the bizarre, yet apparently prevalent notion, that religious identity, practice, and ethics should be dependent upon intellectually crippling superstitions. I can't grasp why it became the norm to believe that mentally-stunted fundamentalists have a more authentic claim to deeply-held beliefs.

**Any advice you would give those who are operating at the intersection of art and activism?**

> Never separate art and activism.
> Never let your activism be artless, and never allow your art to be orthodox.

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 129 of 198



LA Mass, photo by Michael Mendoza

**In a VICE interview a few years ago, you said, "LaVey is an excellent jumping-off point, but his work was a product of its time, and it's appropriate to recontexualize it to today's reality. LaVey was active during a time in which, for decades, the United States was on a dysfunctional spiral of increasing violence." 2017 also seems to be a spiral of increasing violence; do you see TST adapting to that in any particular way?**

I don't agree that there is a spiral of increasing violence. In fact, violence is at historic lows. Since 2008, in the United States, violent crime has been lower than at any point (https://www.themarshallproject.org/2016/08/18/crime-in-context#.Iph03gQBw) in over 40 years. There was a rise in crime in 2015, but there's no reason to believe it's a trend, and there's no reason to believe it harkens the end of an overall decline in violence. Broader historical overviews indicate an overall decrease in violence from the beginning of recorded history till now. So why are we being sold this bullshit apocalyptic narrative of increasing criminality and violence? I think the reasons should be clear to anybody paying attention to American politics. There needs to be an emergency in order to declare Emergency Powers. Fear-mongering inures the public to unilateral executive actions that defy

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 130 of 198

the checks and balances of open deliberation. "Othering" strengthens tribal bonds as they unify themselves against a common enemy, and the creation of unease and general panic can be used by leaders to manipulate their followers who offer them the latitude to protect them by whatever means.

In the case of LaVey, he actually was living in a time in which violence in the United States was trending upward and *was* a cause for alarm. During the 1960s, crime steadily and dramatically rose (https://c24215cec6c97b637db6-9c0895f07c3474f6636f95b6bf3db172.ssl.cf1.rackcdn.com/interactives/2014/ten-economic-facts-about-crime/assets/crimefig1.png) till about 1995 when it began to plummet, eventually, to where we happily are now. LaVey seems to have looked at what was unique in the culture around him at the time to determine what may have precipitated the rise in crime, and to determine what might need to change to make things better. He looked critically at the Rights Revolution and he despised the Hippy culture. He imagined a stratified and tribally divided, non-democratic world. He advocated police state politics.

Turns out, he was wrong (https://www.youtube.com/watch?v=AgVqpk9Z6P8).

Secular democratic states are less likely to engage in war (https://my.vanderbilt.edu/jamesleeray/files/2014/01/ray-does-democracy-cause-peace.pdf) against each other and less likely to engage in terrorism or political violence than autocratic states. The rise in democratic states and the concurrent diminution in autocracies correlates to the global trend (https://ourworldindata.org/slides/war-and-violence/#/title-slide) in reduced violence (http://www.slate.com/articles/news_and_politics/foreigners/2014/12/the_world_ Intermingling cultures — free to "appropriate" from each other — fare better than insular ethnic/religious/nationalist cults. And crime has, as stated, drastically plummeted (https://c24215cec6c97b637db6-9c0895f07c3474f6636f95b6bf3db172.ssl.cf1.rackcdn.com/interactives/2014/ten-economic-facts-about-crime/assets/crimefig1.png) in the United States without any massive reductions in Civil Liberties. In fact, the Rights Revolution has continued to move forward, slowly — but with great resistance, particularly from the Christian Right — and inexorably. I highly recommend a book by Steven Pinker, *The Better Angels of Our Nature*, which explores this topic in great detail.

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 131 of 198

Troublingly, I feel that the greatest threat to our social stability now comes from those who claim we must do something to stop the imagined increase in violence. It becomes a self-fulfilling prophecy. We already see an increased tribalistic zeal, and we see pre-emptive violence in the name of anti-fascism, which will then be used as justification for increased police action. That's the real downward spiral.

However, an increase in crime now can't change what we know. It won't make a stratified, autocratic Social Darwinist system any more correct. That said, one might wonder why I feel LaVey could be described as an "excellent jumping-off point" at all, if he is so entirely incorrect on this important point? LaVey was a bold voice in opposition to faith-driven mindlessness. He was instrumental in establishing recognition of Modern Satanism, even if he did hang on to other forms of magical thinking. If he were alive today, I like to think that he would be able to see the evidence and adjust his thinking accordingly. Being able to live without delusion and adjust one's thinking to incorporate the best empirical evidence is, I think, a great overriding principle of Satanism.

In certain areas, LaVey was quite progressive, and I've gotten to know some of his old friends (who don't associate with the Church of Satan), and they've all said that they suspect he himself would very much appreciate what The Satanic Temple is now doing.

Case 4:18-cv-00342-KGB    Document 260-50    Filed 03/06/23    Page 132 of 198



Lucien Greaves photo by Chris Switzer

### Is there a reason TST's Baphomet doesn't have breasts?

The short answer as to why our Baphomet monument has no breasts is because we fight to win in all of our battles. The Baphomet was originally offered as a private donation to Oklahoma's State Capitol grounds where, in 2012, their government allowed for the placement of a 10 Commandments monument. The Oklahoma Legislature — led on this issue by a Southern Baptist Deacon State House representative — claimed that the 10 Commandments monument wasn't, in fact, a religious monument, but a secular, historical monument paying tribute to the early foundations of Constitutional Law. In further attempting to build an argument that the 10 Commandments on Capitol Grounds didn't constitute a government endorsement of religion, Oklahoma made clear that no public funds went into the construction of the monument, thus opening the Capitol Grounds as a First Amendment protected public forum for private donations. Clearly, they didn't expect anybody to call their bluff. It was the end of 2013 when we sent off a letter to the State of Oklahoma expressing to them that we should like to offer a monument to be displayed on the Capitol Grounds and requesting the documentation required to move our monument request forward. Having obtained that, we then began to design a monument within the parameters of their "limited open forum"

Case 4:18-cv-00342-KGB    Document 260-50    Filed 03/06/23    Page 133 of 198

requirements. After sketching out various proposals, it became clear that Baphomet was the best, artistically and symbolically. Symbolically, the binary elements of Baphomet aligned perfectly with our effort to counterbalance the 10 Commandments. We meticulously contrived a legal argument for the inclusion of the Baphomet on the Oklahoma Capitol grounds that artfully paralleled the 10 Commandments' Bill in every way. The Baphomet was to stand as an homage to the unjustly accused, the heretics and the scapegoats: those burned, hung, stoned, and tortured during witch-hunts and crowd panics. An homage to them, we explained, is an homage to the moral underpinnings of our secular Judiciary which works from a presumption of innocence, places the burden of proof upon the accuser, and refuses to recognize claims of divine authority or anti-blasphemy legislation. We constructed an ironclad argument. We knew, however, that exposed breasts would lead to an opportunity for Oklahoma to claim that our monument defied so-called decency standards, and they would be entirely relieved to evade the Establishment Clause issue in favor of a puritanical claim related to community standards. Initially, I worked with the artist to devise some type of covering for the breasts, but they all looked out-of-place and distracting. Artistically, the breastless bare chest looked best. We still occasionally hear from people who insist that they, as purists, would have included the breasts, decency complaints be damned. I just have to shrug and let them know that this is exactly why they'll most likely never get anything done.

**As a hybrid religion/activism group that embraces humor, TST bears some similarity to 60s activist group W.I.T.C.H., which has recently announced a modern reincarnation. I'm also reminded of Discordianism, which was my first introduction to the use of religion as a satirical framework as a teenager. Do you think humor is an integral part of activism?**

I think humor is integral to being a well-adjusted human. There is a difference, however, between creating a satirical religion and using satire, as a religious organization, to advance a point.

> Our identification as Satanists isn't "satirical," however, we're not adverse to using humor and satire to highlight various hypocrisies and absurdities we run up against. This point is entirely lost on some people who seem to believe that everything is mutually exclusive, and one organization can't be more than one thing at a time.

We're often asked if we're political, religious, an art movement, etc. Why would we have to choose between any one of those things? Why can we not be entirely sincere while also having a sense of humor? For that matter, why is it we seldom see the skepticism that is directed toward us directed toward the Evangelical Right? Is the Evangelical Right a sincere religious movement, or is it merely political? Is there anything in scripture that even distantly implies that a corporation like Hobby Lobby shalt not pay for insurance benefits that include contraceptive coverage? Is their belief that they should not pay those benefits more deeply-held than our belief in bodily autonomy merely because they claim to lack the intellectual nuance to *not* read their Bible as a literal historical text?

I would like to see that The Satanic Temple never loses its sense of humor, even as there persists this bizarre notion that humor and authenticity are irreconcilable.

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 135 of 198



TST Detroit Capitol Ceremony: Photo by Chris Switzer

**According to Breitbart, you reached out to clarify that TST had nothing to do with the counter-Milo protests in California, citing your support of free speech. How do you reconcile having "freedom to offend" with the danger Milo causes to individuals by targeting specific trans or undocumented students at his speeches?**

I'm not sure what danger he's caused to anybody. I've never read his material. I've never listened to him speak. Even still, after having defended his right to speak, I still don't give a shit about what he's saying. I defend the principle of Free Speech, and when you defend a principle, you don't only defend it selectively. If you can't support it when it incidentally doesn't benefit you, you're not supporting it at all. You can't claim that you believe in Free Speech, only insofar as you agree with what's being said. If Milo has posed a legitimate danger to individuals through inciting violence in a very direct and tangible way, if he's defamed people, or invaded their privacy — this seems like a matter for the civil courts, and the aggrieved parties should consult legal representation. If the "danger" is that he has hurt people's feelings, then I should be quite clear that I am not sympathetic. For my part, I can't wrap my head around the cognitive dissonance that has self-proclaimed defenders of Liberal Democracy calling for limitations on Free Speech

Def.'s Ex. 32 - Page 135 of 198

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 136 of 198

in the name of "anti-fascism." The irony is overwhelming. Of course, it seems, nobody quite wants to admit that they renounce Free Speech, so it's quite popular to try and categorize anything one disagrees with as Hate Speech worthy of censorship. But offensive and even hateful speech is, and should remain, protected under the First Amendment. Threats and incitement are treated differently, and there could be legal claims related to those, if in fact that's what Milo's done.

Many are the times in which The Satanic Temple has been wrongly denigrated as engaging in "hate speech" by offended Christian groups who imagine that any and all of our activities are acts of persecution against them. They would argue that while we're not make direct threats or inciting specific actions against them, our very identification as Satanists nonetheless threatens Christians and incites acrimony against them. Their feelings are hurt. They're offended. We would support a broadened definition of Hate Speech or accept a less discriminating interpretation of what constitutes a threat or incitement at our own peril.

My impression of Milo is that he rode a wave of celebrity that was largely created by the ignorant little assholes who ran amok lighting fires, smashing property, and macing bystanders in the face wherever he was scheduled to speak. When you take a third-rate comedian who's saying offensive things and demand his censorship, you suddenly give him the First Amendment high ground. You turn him into a defender of Civil Liberties. You make him a Free Speech martyr, and in the internet age his message is certainly no less accessible, you've only given him free publicity.

Incidentally, it appears that Milo's career as a sweetheart of the alt-right is all but entirely finished, and it wasn't destroyed because some screaming mob of mindless fascistic "anti-fascists" managed to impose a general censorship of his words, but because he was allowed to speak freely and express things that even his followers couldn't support or defend.

**Related, does TST have an official stance on punching Nazis?**

Personally, I think it's a bad idea to go out looking to punch anybody. I especially think it's a bad idea to go out looking to punch thick-skulled miscreants who themselves are looking for a pretext for a fight. I also think Nazis are a bit too easy a target to place all of our post-election angst upon. I'm not particularly concerned that the Nazi Party is going to gain prominence in the United States any time in the

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 137 of 198

near or projected future. Even our most oppressive elements on the right probably honestly believe themselves to be entirely unrelated to Nazis. The self-identified Nazis I know of are angry, uneducated, aggressive yokels who run no risk of organizing a national coup. I just don't run into Nazis in my daily life or when I'm out socializing. I'm not sure where people are living that they can decide to whimsically travel out and go punch a Nazi at will. Rather, I think the anti-Nazi rhetoric is simply a safe and inoffensive exhibition of discontent. It's something people can rant about and issue threats of violence toward without any real fear of actual confrontation. I think it would be far more poignant and meaningful if people were to confront Evangelical Nationalism and rail against the Theocratic Right. I get sick of hearing people say, "let's call them what they really are: Nazis." No. Why don't you call them what they really are? They are the Theocratic Right. They are Evangelical Nationalists. They are taking over the public offices and overturning Liberal Democracy. When you call people who have no attachment to Nazi-ism Nazis, they don't know you're talking about them, and it's not clear that you know who you're talking about either.



LA Mass, photo by Michael Mendoza

**You recently opened an international headquarters in Salem. Can you tell us about this?**

Case 4:18-cv-00342-KGB    Document 260-50    Filed 03/06/23    Page 138 of 198

Our organization has grown so rapidly in the past few years. It made sense to have a dedicated headquarters where we can keep our offices and centralize our operations. The lower floor is open to the public as an art gallery where we regularly have exhibitions. The current exhibition features the work of Vincent Castiglia, a remarkable artist who paints enormous and meticulously detailed works of art in his own blood. We have some amazing sculpture-work by Chris Andres, who also designed our veterans' memorial (https://www.nytimes.com/2017/05/08/us/satanic-temple-sponsors-a-veterans-memorial-in-a-minnesota-town.html?_r=1) in Minnesota. We also have a segment of the gallery dedicated to the Satanic Panic of the 1980s and 90s, and which still persists to a greater or lesser degree today. We also have a lecture room where we show films and host guest speakers.

> The gallery is always going to be a work in progress and we're adding to it all the time. By now, given my explanation of non-theistic religion and the importance and power of art, it shouldn't seem strange in the least that our headquarters should double as an art gallery. In fact, nothing could be more natural to us. Art is integral to our religion.

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 139 of 198

People often ask how we're received by the local community. There haven't been any problems at all. We get along with the neighbors, the local officials haven't given us any problems, and we really couldn't have picked a better place to put our headquarters. When people recognize me on the street, it's always been a positive and polite interaction. We've had many people visit from out-of-state just to visit our headquarters, and it hasn't been uncommon for them to considering moving to Salem afterward. I have a feeling that Salem will become home to the largest population of self-identified Satanists in the world in the foreseeable future.



TST Seattle Planned Parenthood March

**You support non-believers having access to religion as a framework. Can you elaborate on what that means? What is the difference between religion and faith?**

"Faith" is belief without evidence. Theists ennoble faith as integral to religion: blind belief in intellectually insulting superstitions that offer the benefit of solace in "knowing" that we'll go to a paradisiacal after-world, so long as we live a life of servitude toward an unseen master. Faced with disconfirming evidence, the theist often withdraws into arguments that attack a lack of moral clarity in science. The superstitious religionist feels that their ethics, community, and sense of cultural identity are founded upon old superstitions that they must strive to believe and struggle to uphold, despite the persistent injuries constantly dealt to those beliefs by critical scrutiny and empirical knowledge.

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 140 of 198

In the United States we afford certain protections to deeply-held beliefs to respect freedom of conscience. Thomas Jefferson, in his Statute of Virginia for Religious Freedom stated, "all men shall be free to profess, and by argument to maintain, their opinions in matters of Religion, and that the same shall in no wise diminish, enlarge or affect their civil capacities." Elaborating on this bill (which was important enough to him that it was named among three lifetime achievements upon his grave), Jefferson wrote in his memoirs that in this statute "protection of opinion was meant to be universal", and the document included "within the mantle of its protection the Jew and the Gentile, the Christian and Mahometan, the Hindoo, and infidel of every denomination."

Religious *opinion* was meant to be equally protected alongside faith. The non-believer's right to express non-belief and not be besieged by a state-sanctioned religious viewpoint is equally protected alongside the right of the superstitious to assemble in houses of worship and implore the good will of a petty and jealous deity to take pity on their pathetic and groveling souls. This is the only tenable interpretation of what "religious liberty" can mean in a democratic pluralistic society. Religious Liberty doesn't support a "right" to impose a religious viewpoint upon anybody else, or a "right" to limit another's civic capacities. Religious Liberty gives every one of the us the opportunity to object to impositions of the state that run contrary to our deeply-held beliefs and challenge our freedom of conscience. Superstition does not produce superior ethics or identities, nor does faith provide beliefs that are more deeply-held than the personal moral foundations of any well-adjusted atheist. It would be deplorable to give superstition preferential treatment to rational thinking.

Of course, any time that equal protection for the religious opinion of non-believers is contextualized as part of a fight for Religious Liberty, there's always some smug asshole, self-identifying as an atheist, who witlessly parrots the witticism, "atheism is a religion in the same way that bald is a haircut," or, "...in the same way that *off* is a television station," or any number of less-than-clever unoriginal variations. Nothing could be more helpful to the Fundamentalists than non-believers who insist that religion is dependent upon superstition, thus defining themselves outside of a protected class. I feel that atheist organizations, as organizations based upon a well-defined religious opinion, or opinion regarding religion, should have no hesitation in arguing for religious privilege and exemption including religious tax-exemption.

I think that the more people come to recognize the legitimacy of non-theistic religions — and there are already a significant population of atheist Jews, Buddhists, and others — the more we will see atheistic Christians making themselves known; individuals who still venerate the Christian myth and its customs, who identify with the Christian community, but simply can't claim to believe ludicrous Biblical stories — at least not literally.

> When superstitious delusion becomes isolated from the real-world benefits of religious affiliation, superstition becomes all the more impossible to maintain and defend. The sooner the atheist movement recognizes that their fight is with superstition, not religion, the sooner we'll get there.

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 142 of 198



TST Detroit Baphomet Unveiling, photo by Chris Switzer

### What are you working on right now? How can people get involved?

Recently, we were approved to place a veterans' memorial monument in a park in Belle Plaine, Minnesota where a Christian veterans' monument provoked controversy leading the local officials to open the public grounds as a limited open forum. We're crowd-funding (https://www.generosity.com/memorial-fundraising/the-satanic-temple-veterans-monument) to offset the cost of that effort.

We have two lawsuits, State and Federal, currently active in Missouri, where we're fighting against prohibitive abortion restrictions (https://religiousreproductiverights.com/) on the grounds that these restrictions violate our religious liberty.

We're putting a volunteer manual together for our After School Satan Club (https://afterschoolsatan.com/), so that people who aren't a part of a local TST chapter can nonetheless apply to present our After School Satan Club (ASSC) curriculum in schools where Evangelical indoctrination clubs are present. We're going to release our volunteer manual at around the same time we file our first ASSC-related lawsuit.

Def.'s Ex. 32 - Page 142 of 198

We're currently researching the prospect of opening our own religiously-protected abortion clinic.

I'm putting together a syllabus now for ordination coursework through The Satanic Temple, and it's going to be rigorous and intensive, but it will ensure that our ministry are entirely capable of speaking on behalf of our beliefs.

We're putting together an online platform so that we can video stream our activities at the headquarters to our membership and better connect with our international community.

> In fact, we have a massive number of projects currently in the works that keeping track of it all has become the largest difficulty we face. Expect big things in the near future.

People who want to get involved can check to see if they have a local chapter near them, or reach out to us if there is sufficient local interest in starting one. Keep up with our current campaigns on our website (http://thesatanictemple.com/) and check up on our daily news on Facebook (https://www.facebook.com/The-Satanic-Temple-220538341415523/). Check out our merchandise on ShopSatan.com (https://shopsatan.com/) and keep in mind that your purchases help fund our campaigns.

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 144 of 198



Grey Faction

### Anything you want to add?

Please check out GreyFaction.org (https://greyfaction.org/). Grey Faction is a sub-organization of The Satanic Temple dedicated to combating irrational conspiracy theory-based moral panics, modern witch-hunts, and the discredited therapeutic practices that still haunt us from beyond the formally recognized Satanic Panic era. We are keeping track of professionals (https://greyfaction.org/dramatis-personae/) in the mental health field that continue to use Recovered Memory Therapies to reveal and propagate delusional narratives of Satanic Ritual Abuse. We have issued (https://greyfaction.org/category/actions/) petitions against therapists who openly endorse bizarre conspiracy theories related to imaginary Satanic cults to the mentally vulnerable. Our research revealed the connection (https://www.youtube.com/watch?v=345oyzxNyc4&feature=youtu.be) between one such therapist and the murder of an 8-year old boy not many years ago. Our work with Grey Faction is supremely important, but has received relatively little press coverage.

Def.'s Ex. 32 - Page 144 of 198



Coven (http://hautemacabre.com/category/coven/)

(http://hautemacabre.com/category/featured/)

Featured

(https://www.instagram.com/hautemacabre/)

(https://twitter.com/HauteMacabre) (https://www.pinterest.com/sambot/)

(https://www.facebook.com/HauteMacabre/)

Previous Article

(Http://Hautemacabre.com/2017/06/How-Not-To-Be-Seen-Unlearning-

Next Article

ibility/)  (http://hautemacabre.com/2017/06/H-B-I-C/)

Someil (mthe:zsmeeted;i@gmail.com))
(http://facebook.com/deathwishywashy)
The devil may care but I don't mind. Pronouns: they/them.

(http://instagram.com/coolniceghost)
(http://twitter.com/coolniceghost)
7 Comment

I. amos
March 4, 2018 at 2:05 AM (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/#comment-507800)

Yes l am sriuce to join this my Number 0731517913

Reply (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/?replytocom=507800#respond)

II. Chris Saretto
July 4, 2017 at 4:35 PM (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/#comment-503714)

I appreciate something Lucien said that most people in occult circles have left behind – a sense of humor. Taking shit too seriously leads to a stiff back and inflexible hubris. Send in the clowns wearing pentagrams. The Satanic Temple does good work and I hope it continues for a long time.

Reply (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/?replytocom=503714#respond)

III. DoorknobHead (https://plus.google.com/109798741265484473329)

July 1, 2017 at 5:45 PM (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/#comment-503662)

A FAN OF THE SATANIC TEMPLE
The Satanic Temple is engaged in so many wonderful activities and is actually doing things to help make the world better for everyone, even for their detractors (the detractors just don't know it). The items listed below are very exciting. I will be curious to find out more about the ordination process when it is ready. Fun Fun Fun

> We're currently researching the prospect of opening our own religiously-protected abortion clinic.

> I'm putting together [Greaves] a syllabus now for ordination coursework through The Satanic Temple, and it's going to be rigorous and intensive, but it will ensure that our ministry are entirely capable of speaking on behalf of our beliefs.

> GreyFaction.org

Reply (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/?replytocom=503662#respond)

IV. geraldmcnatsky (http://dragonsarecoming.wordpress.com)
June 28, 2017 at 6:46 PM (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/#comment-503594)

How can you say that you're against authoritarianism and then be like "but it's totes cool if a fascist wants to rally in your city. That kind of authoritarianism is a-ok." Cowardly. What a let down.

Reply (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/?replytocom=503594#respond)

1. Konrad Josefsson
   (https://www.facebook.com/app_scoped_user_id/450621428632136/)
   June 28, 2017 at 7:59 PM (http://hautemacabre.com/2017/06/never-let-your-
   activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-
   temple/#comment-503596)

   Actually, it's totally consistent with anti-authoritarianism, if you actually
   understand what it means to live with democratic values.

   > Reply (http://hautemacabre.com/2017/06/never-let-your-
   > activism-be-artless-an-interview-with-lucien-greaves-of-the-
   > satanic-temple/?replytocom=503596#respond)

   1. Konrad Josefsson
      (https://www.facebook.com/app_scoped_user_id/450621428632136/)
      June 28, 2017 at 8:10 PM (http://hautemacabre.com/2017/06/never-let-your-
      activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-
      temple/#comment-503597)

      If you're against Free Speech you're supporting authoritarianism. You
      just feel that your authoritarian values are better than the other kind, and
      you may be right, but some people are against authoritarianism I'm and
      of itself, in any manifestation. If you're standing up for liberal
      democracy, don't be a coward who sells it those values in the face of any
      disagreement.

      > Reply (http://hautemacabre.com/2017/06/never-let-your-
      > activism-be-artless-an-interview-with-lucien-greaves-of-
      > the-satanic-temple/?replytocom=503597#respond)

2. Joseph Reilly
   July 2, 2017 at 8:57 AM (http://hautemacabre.com/2017/06/never-let-your-
   activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-
   temple/#comment-503671)

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 149 of 198

I agree. If we are to have true freedom of speech then we must allow everyone to have a voice, even someone as odious as Milo.

As an aside I think we need to stop using terms such as "fascist" and "Nazi" so carelessly. They refer to defunct political movements from the last century. Lucien makes an excellent point. We need to be more precise with our language. We should call these people what they really are: theocrat, nationalist, xenophobe, homophobe, bigot, etc.

> Reply (http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/?replytocom=503671#respond)

## Comment

Enter your comment here...

# Haute Macabre Shop



(http://hautemacabre.com/Shop)

Sponsors

**ADVERTISE HERE! (http://hautemacabre.com/contact/)**



(http://bloodmilkjewels.com)

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 152 of 198

 (https://ritualcravt.com/)

Def.'s Ex. 32 - Page 152 of 198



(https://mysticmedusa.com/abraxas/)



(https://www.shirepost.com/collections/moon)

 (http://SolsticeScents.com)



(http://www.sophireaptress.com/)

## Categories

**Categories** Select Category ⌄

Friends + Family

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 155 of 198



(http://blackphoenixalchemylab.com)

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 156 of 198



(http://cemeterygates.co/)



(https://necromancycosmetica.com/)



(https://pallbearerpress.com/)



(http://poison-apple-

printshop.myshopify.com/)



(https://shopsatan.com/)



(https://www.thegooddeath.store/shop)



(http://www.thewitchery.ca/)



(http://zoeticaebb.com/)

SIGN UP FOR OUR NEWSLETTER

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 160 of 198



en Years Of Haute
Macabre: A Woman
With Power, Pam
Grossman
(http://hautemacabre.com/2019/01/ten-years-of-haute-macabre-pam-grossman/)



Adipocere at Stitch
Fetish 7
(http://hautemacabre.com/2019/01/adipocere-at-stitch-fetish-7/)



Full Moon Shop
Update: Oracles,
Black Galaxy,
Amethyst, Pyrite,
and More
(http://hautemacabre.com/2019/01/full-moon-shop-update-oracles-black-galaxy-amethyst-pyrite-and-more/)



10 Years of Haute
Macabre: Never Let
Your Activism Be
Artless: An Interview
With Lucien Greaves
of The Satanic
Temple
(http://hautemacabre.com/2017/06/10-years-of-haute-macabre-never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/)

Def.'s Ex. 32 - Page 160 of 198

(https://www.instagram.com/hautemacabre/)

© 2008-2019 HAUTE M (https://twitter.com/HauteMacabre)

Content on this website contains (https://www.pinterest.com/sambot/)
monetization, which can result in
commissions or advertising fees being (https://www.facebook.com/HauteMacabre/)
earned for purchases made by visitors that click through any of the advertisements
and/or links included on this website.

Def.'s Ex. 32 - Page 161 of 198

# The Washington Post

*Democracy Dies in Darkness*

# I'm a founder of the Satanic Temple. Don't blame Satan for white supremacy.

Calling hatred Satanic just lets people off the hook.

By **Lucien Greaves**

Lucien Greaves is co-founder of and spokesperson for the Satanic Temple, an international nontheistic religious organization advocating for secularism and scientific rationalism.

August 23, 2017 at 5:00 a.m. CDT

Soon after the violent white supremacist protests in Charlottesville this month, religious leaders and pious politicians began the usual drudgery of fitting the events into their preferred narratives.

Kentucky Gov. Matt Bevin (R) seized the opportunity to rail against secularism, declaring that the whole thing was but a symptom of a rampant evil that has been allowed to freely permeate public schools unmitigated by the moral corrective of compulsory Bible study. Some Christian leaders, such as Liberty University President Jerry Falwell Jr., said little about the actual events in Charlottesville, but praised President Trump's "bold" and "truthful" statement at his news conference three days after the protest, which claimed "many sides" were to blame and that all sides harbored some "very fine people." American Family Radio host Bryan Fischer blamed Democrats.



Def.'s Ex. 32 - Page 162 of 198

But the consensus among Christian leaders was that Satan was at fault. As Evangelist Franklin Graham put it: "Shame on the politicians who are trying to push blame on President Trump for what happened in Charlottesville. ... Really, this boils down to evil in people's hearts. Satan is behind it all." Premier Christianity, a popular news and culture blog "from a Christian perspective," condemned both white supremacy and Trump's equivocating response to it as "Satanic." Similarly, Morgan Guyton, director of the NOLA Wesley Foundation, the United Methodist campus ministry at Tulane and Loyola universities in New Orleans, saw in Charlottesville a "manifestation of Satan's power." Russell Moore, president of the Ethics & Religious Liberty Commission of the Southern Baptist Convention, denounced white supremacy as "Satanism" and "devil-worship."

AD

As the co-founder of and spokesman for the Satanic Temple, I'm naturally irritated by such comments. To many casual observers, there seems to be a tendency to view condemnations of white supremacy as Satanism as a triumph of progressive thought among prominent U.S. Christians. But such language is not harmless. It lets mainstream religions off the hook for some of the darker periods of American history, despite the deep connections between slavery and Christian theology. These leaders' invocation of the eternal adversary as a scapegoat comes with darker implicit assumptions that should be confronted and rejected outright.

I'm a founder of the Satanic Temple. Don't blame Satan for white supremacy. - The Washington Post

I identify nontheistically with a Miltonic Satan that defies all subjugation, exalts scientific inquiry and promotes Humanistic, pluralistic values. The Satan of Modern Satanism is a metaphorical icon for Enlightenment values. Satanism adopts a mythological backdrop that we feel is more befitting to modern culture than the monarchical, feudalistic, theocratic superstitions of old. The Satanic Temple, far from endorsing crass nationalistic tribalism, actively fights for individual sovereignty and secular values.

In allowing the colloquial use of "Satanic" to stand unopposed as a blanket term to describe all that is reprehensible and morally corrupt, one also tacitly affirms the implied opposite, that Christianity defines all that is just and morally sound. Correcting this assumption is more than a matter of embittered punitive nitpicking; it's a matter of maintaining fidelity to historical facts so that we might more appropriately confront the dire issues of the present. It's a matter of undermining the destructive certainty of moral authority held by the superstitious.

AD

Slavery in the United States was traditionally — and rather credibly, from a theological perspective — justified on scriptural grounds. The Ku Klux Klan is as much a religious Protestant sect as the Taliban or al-Qaeda are Muslim. The doctrine of the Christian Identity movement, with its spurious scholarship and militant apocalyptic urgency, forms the ideological backdrop of "virtually all white supremacist and extreme anti-government movements" in the United States, the Anti-Defamation League writes.

Case 4:18-cv-00342-KGB Document 260-50 Filed 03/06/23 Page 165 of 198

Allowing Christian leaders to merely disown Protestant radicalization by fiat absolves them of having to confront the problem. It's one thing to disagree with the scriptural interpretation of a movement; it's another to deny that the movement had any foundations in scriptural interpretations at all. Facing the problem of Protestant racism from within means acknowledging its existence and dedicating a certain amount of energy to maintaining a nonracist church, not merely claiming that such elements exist only when politically convenient.

It's well past time we stopped allowing religious authorities to pretend that their doctrines have guided the rights revolution, when in reality, far too many of them traditionally stalled and crippled it. Without a moment's introspection, we find American Christian religious leaders claiming the glory of the 1960s civil rights movement while simultaneously fighting to prevent and undo any advances in rights for lesbian, gay, bisexual and transgender Americans. As if they've never been wrong, and failing to be corrected by those who know better, they carry on acting as if "right" is not defined by that which is equitable, increases happiness, or reduces suffering, but rather is defined by (their interpretations of) what is stated as such in their archaic, yet allegedly infallible, laws.

AD

Blaming "Satan" for any misdeeds, real or imagined, has never been a victimless crime. Moore's words are the very stuff of witch hunts inspired by a guilty desire to purge one's own sins in a conflagration of the scapegoated "other." In fact, Trump's own conspiracy scapegoating, his cozy relationship with deranged paranoia-mongers and his near unanimous support among evangelicals have all unquestionably contributed to the increasing flagrance of the racist right. Blaming Satanism for Charlottesville only adds fuel to the growing flames of conspiracist unreason while shifting responsibility from where it properly belongs.

Finally, it must be said that nothing could be more antithetical to modern nontheistic Satanism than racist ideologies. We embrace a large diversity of individuals from a wide spectrum of political and cultural backgrounds, but we're all unified by our respect for individual rights and pluralism. It is axiomatic within Satanism that individuals must be judged for their own actions and for their own merits. To unfavorably relegate individuals into arbitrary categories, or to take credit for the achievements of another based upon a shared classification, is to defy the very foundational principles of our ethics. We simply have no place for simple-minded supremacist, nationalist ideologues, and it's impossible to interpret our tenets otherwise.

Ironically, much of what Moore and other preachers of superstition claim to know about Satanism is derived from a mythology constructed from libels against minority out-groups by Christian majorities. Pagans and Jews were early victims of violent purges, their practices deemed Satanic and intolerable. Native Americans and black slaves were often suspected and accused of Satanic activity in Early America. The vision for a "Christian Nation," persistently fought for by evangelical theocrats, with its refusal to accept cultural diversity, holds that there is but one right way to live our lives, one lifestyle for all households, only one acceptable religious outlook that should be dictated to the nation at large, one god for one people. Is it really so mysterious that some among them might decide there's a "right" race as well?

If we're going to confront the violence in Charlottesville in any constructive manner, we're going to have to do better than "the Devil made them do it."

**Read more:**

As a psychiatrist, I diagnose mental illness. Also, I help spot demonic possession.

What the Pizzagate conspiracy theory borrows from a bogus satanic sex panic of the 1980s

The whole point of Confederate monuments is to celebrate white supremacy

AD



 **Lucien Greaves**
@LucienGreaves

**Tweets** 7,435   **Following** 209   **Followers** 24.4K   **Likes** 17.8K   Follow



**Lucien Greaves** @LucienGreaves · 3h

Rapert just asserted his right to know who all is in the room and why, seemingly indicating that he is unable to recognize me.

💬 13   🔁 4   ♡ 177   ✉

**Lucien Greaves** @LucienGreaves · 4h

To be clear, Rapert's totally non-religious "American Heritage & History Foundation" which financed his entirely secular 10 Commandments monument shares a PO box with his ministry.

💬 11   🔁 22   ♡ 238   ✉

**Lucien Greaves** @LucienGreaves · 4h

It has been established that Rapert uses one PO box for his ministry and business entities.

💬 5   🔁 3   ♡ 118   ✉

**Lucien Greaves** @LucienGreaves · 4h

Rapert is nonsensically objecting to images taken off his ministries public website being entered into evidence, as the site contains pictures of his family.

💬 14   🔁 6   ♡ 141   ✉



**Lucien Greaves**
@LucienGreaves

Tweets **7,435**  Following **209**  Followers **24.4K**  Likes **17.8K**

Follow

**Lucien Greaves** @LucienGreaves · 3h
Rapert has eventually agreed that a "commandment" is a type of order.

11    1    132

**Lucien Greaves** @LucienGreaves · 3h
With some massaging of the question it has been gained that Rapert feels AR chose a version of the 10 Commandments that was deemed legal for public display in Van Orden v Perry.

7    1    87

**Lucien Greaves** @LucienGreaves · 3h
"Legislative testimonial privilege" has been invoked to protect Rapert from answering as to whether any other versions of the 10 Commandments were considered.

6    5    96

**Lucien Greaves** @LucienGreaves · 3h
Rapert's National Association of Christian Lawmakers, which he apparently runs in his capacity as a Senator, solicits for correspondence at a mutual address with his ministry. The address is listed on the donate page stating he'll take mail for either entity there.

10    7    123



**Lucien Greaves**
@LucienGreaves

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| **7,435** | **209** | **24.4K** | **17.8K** |

Follow



**Lucien Greaves** @LucienGreaves · 2h

Due to the unspecified limit of the temp restraining order against disseminating Rapert's testimony (which I interpreted to apply only to the video), and as we do not which to prejudice the judge against releasing said testimony, I have agreed with my lawyers to end live tweeting

◯ 28      ⟳ 6      ♡ 148      ✉

**Lucien Greaves** @LucienGreaves · 2h

We're on a break. I suspect there will be a meltdown over my tweeting in a few minutes.

◯ 25      ⟳ 2      ♡ 232      ✉

**Lucien Greaves** @LucienGreaves · 3h

"How was the Liberty Legal Institute chosen to defend the constitutionality of the 10 Commandments monument?"
Legislative privilege invoked to avoid answer.

◯ 11      ⟳ 7      ♡ 124      ✉



**Lucien Greaves**
@LucienGreaves

#DemocraticDebate
5,492 Tweets

#TBJBestPlaces

#GiveForGoodLou
1,440 Tweets

#ThursdayThoughts
77.2K Tweets

© 2019 Twitter  About  Help Center  Terms
Privacy policy  Cookies  Ads info

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| 7,435 | 209 | 24.4K | 17.8K |

Follow

**Lucien Greaves** @LucienGreaves · 2h
I am disappointed to not be commenting on how the Senator claims to not to even have a ballpark figure on the actual price for his grossly over-financed monument.

 11        7        192

⤾ Lucien Greaves Retweeted

**Seth Andrews** @SethAndrewsTTA · 2h
Replying to @LucienGreaves

"When they opened the seventh seal, there was the deafening roar of Blue Oyster Cult (on vinyl). Hell's minions sallied forth. And behold, a black horse carrying the angel Lucien. And tweets followed with him."

 1        11        134

**Lucien Greaves** @LucienGreaves · 2h
It would be unprecedented to hold testimony of a public official in a matter such as this protected from Freedom Of Information Act requests. I am certain that will not happen.

 5        6        121

**Lucien Greaves** @LucienGreaves · 2h
Happy to speak with Max Brantley @ArkTimes , @BlueHogReport , and others when this lets out

 2        3        101

## Lucien Greaves

@LucienGreaves

Cofounder and spokesperson for The
Satanic Temple patreon.com
/LucienGreaves

⌖ Salem

🔗 thesatanictemple.com

🗓 Joined November 2015

🖼 610 Photos and videos

  

  


**Lucien Greaves** @LucienGreaves · 3m
New melt down about me tweeting

💬 4        ⟲ 1        24


**Lucien Greaves** @LucienGreaves · 7m
Rapert refused to bring any documentation related to his American History &
Heritage Foundation on the grounds that he's here in his "personal capacity" not
as the prez of his company. His lawyers uphold this ludicrous argument. To the
judge that will go.

💬 6        ⟲ 2        29


**Lucien Greaves** @LucienGreaves · 10m
You know what? I wasn't going to alert people that I'm here. Rapert did that. He's
going to complain about the deposition publicly, and I'm going to remain silent?
Fuck that.

💬 8        ⟲ 4        78


**Lucien Greaves** @LucienGreaves · 17m
Wish I could tell you about "legislative testimonial privilege" now being invoked
to evade answer on the origin of the "10 Commandments Display Act."

💬 9        ⟲ 6        45

⟲ Lucien Greaves Retweeted


**Joseph Laycock** @joe_laycock · 2h
Most debates about these monuments do not realize that Judaism, Catholicism,
and Protestantism have different versions of the Ten Commandments and that
these monuments are always explicitly Protestant.

**Lucien Greaves** @LucienGreaves
"Legislative testimonial privilege" has been invoked to protect Rapert from
answering as to whether any other versions of the 10 Commandments were
considered.

💬 7        ⟲ 14        65



← **Tweet**

**douglas mesner**
@douglas_mesner

Remove &quot;In God We Trust&quot; from US currency and inscriptions in House and Senate chambers. wh.gov/IWO2Z

2:30 PM · Oct 27, 2013 · Twitter for Websites

**1** Like



EXHIBIT
15
Misicko
PENGAD 800-631-6989





« Critical report on Florida's campaign finance system finds a fan in Weatherford | Main | Strapped for cash to build, university presidents urge lawmakers for relief »

## You hear the one about the pro-Scott satanic cult?

It sure sounded funny.

An outfit called The Satanic Temple announced last week that it was gathering at the State Capitol on Jan. 25 to show support for Gov. **Rick Scott**, a Christian conservative.

The group's spokesman/overlord, **Lucien Greaves**, explained that his group liked Scott for signing SB 98 last year, which allows school districts to create policies letting students deliver "inspirational messages" at public events. Greaves said his members liked the bill because it allowed promotional opportunities for the dark master.

Greaves swore to god (his, of course) that this was no joke.

But upon further review, it turns out that Greaves is pulling another kind of joke on us.

Greaves is listed as the casting director of a feature film called ...wait for it...The Satanic Temple.

A casting call was posted on the web site Actors Access on Jan. 7 seeking non-union actors for no pay.

"We are seeking people from all walks of life, goths, grandparents, soccer moms, etc to be the followers of a charismatic yet down to earth Satanic cult leader," the post stated. "The shoot will be on January 25th in downtown Tallahassee. Actors will be required to wear tasteful Satanic garb."

The casting call said the movie was a mockumentary about the "nicest Satanic Cult in the world." It was seeking actors for eight speaking roles "to play minions" and 10 featured extras. (The positions have since been filled).

So, wow. This didn't sound like your run-of-a-mill political rally for satanists.

What's really going on here?

Greaves couldn't be reached Wednesday. But he told Naked Politics on Tuesday that he won't reveal the true purpose of the event. He wouldn't explain his Facebook page, which appears to have been launched in January and which posts a scathing MSNBC video of Scott (an odd thing to have for a Scott supporter). Greaves said he lives in Cambridge, Mass and is 30, but on Tuesday acknowledged that he's not revealing his real name.

He wouldn't say why. Perhaps its the film critics he fears the most.

Posted by Michael Van Sickler on Wednesday, Jan. 16, 2013 at 8:30 PM in Rick Perry | Permalink

Share

## Comments



Def.'s Ex. 32 - Page 175 of 198

| Home | News | Sport | Weather | Shop | Reel | Travel |

Home | Video | World | US & Canada | UK | Business | Tech | Science

AD

Ad

Upgrade your workout.



Audible

Le

## Magazine

# Decoding the symbols on Satan's statue

By James Morgan
BBC News, Washington DC

1 August 2015





EXHIBIT
1 8
Misicko
PENGAD 800-631-6989



**A controversial statue unveiled by the Satanic Temple at a secret ceremony in Detroit has attracted protests. But who is the goat-headed figure? And what do the elements of the statue symbolise?**

The bronze statue is nearly 9ft tall and depicts a winged hermaphrodite known as Baphomet, flanked by two smiling children. It cost $100,000 (£64,000) to make and hundreds of Satanists turned out to see it unveiled.

Long term, the Satanic Temple wants to move the piece 900 miles (1,450km) south-west and erect it opposite a Ten Commandments monument outside Oklahoma City's Capitol Building.

This plan was thrown into doubt when Oklahoma's Supreme Court ruled that the use of state property to benefit a religion is banned under the state constitution - the fate of both the Satanist statue and the Ten Commandments monument is now unclear.

In today's Magazine

**Risking my life for a Parkinson's cure**
9 March 2019

**How Japan is helping pensioners stay happy and have fun**
13 March 2019

**Return of the cat man**
7 March 2019

**Growing up mixed-race**
7 March 2019



Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 178 of 198

## The name Baphomet

The name dates back to the Inquisition and torture of the Knights Templar about 1100 who, according to French chroniclers of the Crusades, confessed to worshipping a heathen idol called Baphometh.

Some scholars believe "Baphometh" was simply a corruption of "Mahomet" - the Prophet Muhammad.

ADVERTISEMENT



But over the years as the mystery and speculation around the Templars has grown, so too have the interpretations of the word and its meaning.

One elaborate interpretation even drove the plot in Dan Brown's historical thriller Da Vinci Code, where the word Baphomet is decoded and translated to mean "Sophia" or wisdom.

## Levi's Baphomet



Def.'s Ex. 32 - Page 178 of 198



OTHER

The best-known modern image of Baphomet was drawn in 1856 by the French occultist
Eliphas Levi, in his book Transcendental Magic: Its Doctrine and Ritual.

He envisaged a winged hermaphrodite with a torch between his horns and a pentagram on his
forehead.

Its arms bore the Latin words SOLVE (separate) and COAGULA (join together) - the powers of
"binding and loosing" usurped from God.

Levi's drawing was the inspiration for the Satanic Temple's new monument.

"It contains all these binary opposites - above and below, part animal, part human. Male and
female," says Greaves.

"It embodies opposites and celebrates contrasts."

## Two-finger salute

Two fingers on the right hand point up and two on the left hand point down, meaning "as
above, so below".

These words and the accompanying gesture are familiar to occultists. They are drawn from the ancient works of Hermes Trismegistus, whose writings became popular during the Renaissance and Reformation.

The phrase is also used in relation to science, the universe and God, but Levi wrote that, by making the gesture, his Baphomet "expresses the perfect harmony of mercy with justice".

## Two young children





"We hope children will see this as a beautiful work of art - there is nothing to be afraid of. That's what the children symbolise," says Greaves.

"The goat's face has a neutral expression. It's not demonic, ferocious or monstrous - as people make it out to be - if you look at without the cultural baggage."

But do children really have nothing to be afraid of from Satan?

"I don't think children approaching the monument without being primed by propaganda will find anything horrific about it," says Greaves.

"But we're about not indoctrinating children. For the most part children are forced into religion. That's something we definitely don't care to do."

## The Caduceus

On the Baphomet's stomach is an old Greek symbol of two serpents entwined around a staff - the staff which was carried by Hermes and heralds in general.

The caduceus symbolises trade, negotiation and reciprocity and was co-opted into the Baphomet by Levi.

"For us it symbolises reconciliation of the opposites - such as having a Satanic monument opposite a Christian one," says Greaves.

"We think that's a powerful message when it's sitting opposite the Ten Commandments - you can have these dualities, differences without conflict."

## Breasts

Levi's Baphomet was a hermaphrodite, with breasts, "but we took the breasts off," says Greaves. The Temple did not want to get embroiled in a debate about gender which might distract from what it believes are the more important messages of the Baphomet.

Instead, he says, the boy and girl reflect that "male-female dualism" seen in Levi's Baphomet.

## Pentagram



Seen both on the forehead of the Baphomet and on the throne behind him, the pentagram is a widely recognised Satanic symbol - and often appears inverted.

Saint Peter's cross is often inverted too - as it was during the Satanic Temple's unveiling ceremony.

"This inversion is Satan's perception. It asks people to reconsider their cultural grounding, look at the evidence and reconsider their values," says Greaves.

"You have this one-sided vision with institutionalised religion as the arbiters of moral correctness.

"It prevents them considering whether they could be incorrect today on issues such as gay marriage and reproductive rights.

"It's true you don't have to identify with Satan to take on those causes. But the image of Satan resonates for us."



## Torch between horns

"The torch of knowledge is the middle horn - it glorifies the pursuit of knowledge. We put a high value on that - it's really central to our beliefs in general," says Greaves.

As Levi wrote: "The flame of intelligence shining between his horns is the magic light of the universal balance, the image of the soul elevated above matter, as the flame, whilst being tied to matter, shines above it."

## Inscriptions

These have yet to be added but the Satanic Temple gave details of their plans in a statement last year.

On the front of the statue, above the inverted pentagram, will be one of the Satanic Temple's seven fundamental tenets: "The spirit of compassion, wisdom, and justice should always prevail over the written or spoken word."

The back of the stone slab will display a passage from Lord Byron's dramatic work, Cain that reads: "Then who was the Demon? He who would not let ye live, or he who would have made ye live forever, in the joy and power of knowledge?"

## What is the Satanic Temple?



The group describes itself as "Satanists, secularists, and advocates for individual liberty".

"We understand the Satanic figure as a symbol of man's inherent nature, representative of the eternal rebel, enlightened inquiry and personal freedom rather than a supernatural deity or being.

"We actively provide outreach and participate in public affairs where the issues might benefit from rational, Satanic insights."

*Subscribe to the* **BBC News Magazine's email newsletter** *to get articles sent to your inbox.*

## Share this story About sharing

## More on this story

**Goat-headed Satanic statue sparks protests in Detroit**
27 July 2015

**Harvard's satanic mass conjures controversy**

19 May 2014

**Bolsover 'hotbed of Satanism' claims dismissed**
3 February 2015

## In today's Magazine

### Risking my life for a Parkinson's cure
9 March 2019

### How Japan is helping pensioners stay happy and have fun
13 March 2019

### Return of the cat man
7 March 2019

### Growing up mixed-race
7 March 2019

### If you die early, how will your children remember you?
5 March 2019

Magazine





**How Japan is helping pensioners stay happy and have fun**

13 March 2019   Stories



**Risking my life for a Parkinson's cure**

9 March 2019   Stories



**Return of the cat man**

7 March 2019   Stories

# More Videos from the BBC

Recommended by Outbrain



**Victor Vasarely: The art that tricks the eyes**



**Is Kosovo's capital city the ugliest in Europe?**



**'You grasped that quite well': What trailblazing women hear**



**Canada's lake of methane**



**This biodegradable planter could help save forests**



**The man who swims to work**

# Elsewhere on BBC

Recommended by Outbrain

# You Might Also Like



BBC News

**Mars 'mole' hits blockage in its burrow**



BBC Future

**What is vulvodynia?**



BBC News

**Nut allergy woman home after five years**



BBC Future

**Anthropology: The sad truth about uncontacted tribes**



BBC News

**Mary Queen of Scots documents found**



BBC Culture

**Seven of Karl Lagerfeld's most iconic moments**

## Top Stories

**US to ground all Boeing crash aircraft**
It follows the lead of many other countries after two Boeing 737 Max 8 crashes in five months.
11 minutes ago

**British MPs debate a no-deal Brexit vote**
11 March 2019

**Ex-Trump chief gets 43 more months in jail**
5 minutes ago

ADVERTISEMENT



## Features



The 36-year-old exams whizz in college cheat scandal





Would Trump make a good comedian?



North Korea's rocket site message to Trump





Islamic State women defiant in face of lost caliphate

How Japan helps pensioners stay happy and have fun



Indicted US actress' daughters in spotlight





The victims of a global tragedy in Ethiopia



The white Southerners who fought US segregation





**EU points finger for Brexit deal defeat**

PAID AND PRESENTED BY  iShares
by BlackRock



Ep 3

# Money Movement





🎧 Listen now

Elsewhere on the BBC





**Football phrases**

15 sayings from around the world

Most Read

| | |
|---|---|
| US to ground all Boeing crash aircraft | **1** |
| Thomas Cook plane crop top passenger 'told to cover up' | **2** |
| Boris Johnson historical child sex abuse comments 'horrific' | **3** |
| Tina Malone admits 'Bulger killer photo' Facebook post | **4** |
| Man who killed chip-stealing seagull given curfew | **5** |
| 'Distracted boyfriend' couple star in Hungary pro-family ads | **6** |
| Paul Manafort: Ex-Trump chief gets 43 more months in jail | **7** |
| Catherine Shaw death: Woman missing in Guatemala had 'blow to head' | **8** |
| Spring Statement: Hammond promises 'deal dividend' | **9** |
| Michael Jackson 'innocent' adverts to be removed | **10** |

ADVERTISEMENT



**Why you can trust BBC News**

## BBC News Services

On your mobile

On your connected tv

Get news alerts

Contact BBC News

---

## Explore the BBC

| | |
|---|---|
| Home | News |
| Sport | Weather |
| Shop | Reel |
| Travel | Capital |
| Culture | Future |
| Sounds | CBBC |
| CBeebies | Food |
| Bitesize | Arts |
| Make It Digital | Taster |
| Nature | Local |
| TV | Radio |

Case 4:18-cv-00342-KGB   Document 260-50   Filed 03/06/23   Page 196 of 198

---

| | |
|---|---|
| Terms of Use | About the BBC |
| Privacy Policy | Cookies |
| Accessibility Help | Parental Guidance |
| Contact the BBC | Get Personalised Newsletters |
| Advertise with us | Ad choices |

**Copyright © 2019 BBC.** The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

# Exhibit 19 is a CD





EXHIBIT

20

Misicko

PENGAD 800-631-6989