Transcript of the Testimony of

# Erika Robbins

**Date:** March 2, 2020

**Case:** Donna Cave, et al. v. Anne Orsi, et al.

**Bushman Court Reporting**
Jeff Bennentt
Phone:  (501) 372-5115
Fax: (501) 378-0077

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, JUDITH LANSKY, PAT PIAZZA AND SUSAN RUSSELL
　　　Plaintiffs,

ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM
RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF
FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE
LEVY, REV. VICTOR H. NIXON, TERESA GRIDER AND WALTER
RIDDICK
　　　Consolidated Plaintiffs
THE SATANIC TEMPLE, DOUG MISICKO A/K/A "LUCIEN GREAVES"
AND ERIKA ROBBINS.
　　　Intervenors
vs.　　　　Case No. 4:18-CV-00342KGB
JOHN THURSTON, ARKANSAS SECRETARY OF STATE, IN HIS
OFFICIAL CAPACITY.
　　　Defendant.

ORAL DEPOSITION OF ERIKA ROBBINS

APPEARANCES:

MR. MATTHEW KEZHAYA, ESQ.
　Kezhaya Law
　1202 NE McClain Road
　Bentonville, Arkansas  72712

*** For the Satanic Plaintiffs ***

MR. DARRYL E. "CHIP" BAKER, ESQ.
MR. J.G. "GERRY" SCHULZE, ESQ.
　Baker, Schulze, Murphy & Patterson
　2311 Biscayne Drive, No. 300
　Little Rock, Arkansas  72227

*** For the Orsi Plaintiffs ***

---

**Page 2**

1　　　APPEARANCES (CONTINUED):
2　　　MR. MICHAEL A. CANTRELL, ESQ.
　　　MR. GARY SULLIVAN, ESQ.
3　　　　Arkansas Attorney General's Office
　　　　323 Center Street, Suite 200
4　　　　Little Rock, Arkansas  72201; and
5　　　MS. LEA PATTERSON, ESQ.
　　　　First Liberty
6　　　　2001 West Plano Parkway, Suite 1600
　　　　Plano, Texas  75075
7
　　　　*** For the Defendant ***
8
9
　　　ALSO PRESENT:
10　　　Mason Hargett
11
12
13
14
15
16
17
18
19
20
21
22　　　TAKEN BEFORE Jeff Bennett, Certified Court
　　Reporter, LS Certificate No. 19, Bushman Court
23　　Reporting, 620 West Third Street, Suite 302, Little
　　Rock, Arkansas 72201 on March 2, 2020 at the Arkansas
24　　Attorney General's Office, 323 Center Street, Suite 200,
　　Little Rock, Arkansas commencing at 9:07 a.m.
25

---

**Page 3**

1　　　　　　　I N D E X
2　　　WITNESS SWORN: ERIKA ROBBINS
3　　　　　　　　　　　Page
4　　Examination by Mr. Cantrell　　　6
5　　Examination by Mr. Kezhaya　　　85
6　　Re-Examination by Mr. Cantrell　86
7
8
9
10
11
12　　　　　　　EXHIBITS
13　　Exhibit 1　　　　30
14　　Exhibit 2　　　　36
15　　Exhibit 3　　　　82
16　　Exhibit 4　　　　84
17
18
19
20
21
22
23　　Certificate　　　　99
24　　Witness' Signature　　　100
25

---

**Page 4**

1　　　ANSWERS AND DEPOSITION OF ERIKA ROBBINS, a witness
2　　produced at the request of Defendant, taken in the above
3　　styled and numbered cause on the 2nd day of March, 2020,
4　　before Jeff Bennett, Certified Court Reporter, LS
5　　Certificate No. 19, a Notary Public in and for Saline
6　　County, Arkansas, taken at the offices of the Arkansas
7　　Attorney General's Office, 323 Center Street, Suite 200,
8　　Little Rock, Arkansas at 9:07 a.m.
9　　　　　S T I P U L A T I O N S
10　　　IT IS STIPULATED and AGREED by and between the
11　　parties through their respective counsel that the
12　　deposition of ERIKA ROBBINS may be taken at the time and
13　　place designated pursuant to the Federal Rules of Civil
14　　Procedure.
15　　　　　ERIKA ROBBINS
16　　　The witness hereinbefore named, having been duly
17　　cautioned and sworn or affirmed to tell the truth, the
18　　whole truth, and nothing but the truth, testified as
19　　follows:
20
21
22
23
24
25

---

1 (Pages 1 to 4)

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

| Page 5 |
| --- |

1    THE VIDEOGRAPHER: We are on the record.
2  The date is March 2, 2020. The time is 9:07
3  a.m. This deposition is taking place at the
4  Office of the Arkansas Attorney General, 323
5  Center Street, Suite 200, Little Rock,
6  Arkansas.
7    This is Case Number 4:18-CV-00342 KGB/BD
8  entitled, "Donna Cave, Judith Lansky, Pat
9  Piazza and Susan Russell, Plaintiffs, Anne
10  Orsi, et al. Consolidated Defendants, The
11  Satanic Temple, et al., Intervenors, versus
12  John Thurston, Arkansas Secretary of State, in
13  his Official Capacity."
14    The witness is Erika Robbins and our
15  court reporter is Jeff Bennett.
16    If counsel will please introduce
17  themselves for the record, the witness will be
18  sworn in?
19    MR. CANTRELL: Okay.
20    MR. KEZHAYA: This is Matt Kezhaya
21  appearing on behalf of the Satanic Plaintiffs.
22    MR. BAKER: Darryl Baker on behalf of the
23  Orsi Plaintiffs.
24    MR. CANTRELL: My name is Michael
25  Cantrell. I represent the Defendant. I work

| Page 6 |
| --- |

1  with the Arkansas Attorney General's Office.
2    MS. PATTERSON: Lea Patterson for First
3  Liberty, Defendant.
4    MR. SULLIVAN: Gary Sullivan from the
5  Secretary of State's Office for the Defendant.
6    (The witness was sworn.)
7    MR. CANTRELL: And, for the record, we do
8  have one other person. Do you mind
9  identifying yourself?
10    MR. HARGETT: Yes. Mason Hargett, a
11  member of the Satanic Temple.
12    EXAMINATION
13  BY MR. CANTRELL:
14  Q.   All right. And we are on the record.
15    And this deposition is being conducted on the
16  Federal Rules of Civil Procedure.
17    My name is Michael Cantrell. As said a minute
18  ago, I work with the Attorney General's Office and I
19  represent the Defendant, John Thurston.
20    Can you state your name and date of birth for the
21  record?
22  A.   Erika Robbins, March 10, 1978.
23  Q.   Thank you. Have you ever used any aliases?
24  A.   No.
25  Q.   Have you ever been deposed before?

| Page 7 |
| --- |

1  A.   No.
2  Q.   Do you understand you're under oath?
3  A.   Yes.
4  Q.   Do you understand that that means that you're
5  promising that all of your answers to my questions are
6  going to be true and correct?
7  A.   Yes.
8  Q.   And the court reporter has to transcribe our
9  conversation. So be sure to give clear yes or no
10  answers. Whenever you say uh-huh or huh-uh it doesn't
11  come across real well, at least on the stenographic
12  record and maybe not on the video either.
13    Can you do that for me?
14  A.   I'll do my best.
15  Q.   Thank you. So I'll try not to cut you off when
16  you're answering a question. And I'll ask you to let me
17  finish asking my question before you answer. Can you do
18  that?
19  A.   Yes.
20  Q.   Thank you. And sometimes it gets difficult as the
21  deposition goes on sometimes. And I understand that.
22  Let's do our best.
23    And if you need to take a break for any reason,
24  just let me know and we'll take one. I just ask that
25  you let me finish asking. If I've asked a question,

| Page 8 |
| --- |

1  I'll ask you to answer that question before we take a
2  break. Is that fair?
3  A.   Yes.
4  Q.   Okay. And let me know if you don't understand any
5  question that I ask you. Will you do that?
6  A.   Yes.
7  Q.   Thank you. Anything you need right now before we
8  begin?
9  A.   I don't. Thank you.
10  Q.   Okay. Is there any reason why you can't give full
11  and complete testimony today?
12  A.   No.
13  Q.   And you haven't had any alcohol today?
14  A.   No.
15  Q.   And you're not on any medication that would
16  prevent you from testifying?
17  A.   No.
18  Q.   Okay. With that out of the way. What is your
19  educational background?
20  A.   High school and some college.
21  Q.   Okay. And where did you go to high school?
22  A.   Hall High School in Little Rock.
23  Q.   Okay. And what year did you graduate?
24  A.   1996.
25  Q.   And where did you attend college?

2  (Pages 5 to 8)

Jeff Bennett

Page 9

1    A.  The University of Colorado in Colorado Springs.
2    Q.  That took you out of state.
3    A.  My --
4    Q.  Go ahead.
5    A.  My father lived in Colorado.
6    Q.  Okay.  How far did you get in your studies?
7    A.  About a year and a half.
8    Q.  Did you attend college anywhere else?
9    A.  No.
10   Q.  Did you have any major or field of specialization?
11   A.  No.
12   Q.  Did you receive any degree?
13   A.  No.
14   Q.  What took you away from college after one and a
15   half years?
16   A.  I couldn't figure out exactly what I wanted to do,
17   therefore I couldn't figure out what I wanted to study.
18   Q.  Okay.  That's fair enough.  And then after college
19   what did you occupy yourself with after that?
20   A.  I came back to Arkansas and went to work.
21   Q.  Okay.  Do you have any specialized training or
22   education in any area?
23   A.  No.
24   Q.  Tell me about your work history; you said you came
25   back and went to work?

Page 10

1    A.  I went to work for Alltel.  And I worked in the
2    call center there and became an account manager.
3    Q.  You were an account manager with Alltel?
4    A.  Uh-huh.  Yes.
5    Q.  Thank you.  I appreciate that.  And so how many
6    years were you with Alltel?
7    A.  Three, possibly maybe longer.
8    Q.  Okay.  And then after that?
9    A.  Gibraltar National Insurance.
10   Q.  Was that still here in Arkansas?
11   A.  It was.
12   Q.  And what was your position with Gibraltar?
13   A.  I began with claim coding.  And then I ended with
14   managing the auto and health and dental liability
15   policies.
16   Q.  Okay.  And as one who has not worked in insurance,
17   tell me what your day-to-day work was like in both of
18   those positions?
19   A.  In the first position it went through all of the
20   codes for medical billing and all of the diagnosis codes
21   for medical billing.  And lining those up and making
22   sure that they were applied toward the plan that we had.
23       As far as the auto liability, we had to do a
24   little bit more research as far as what people were
25   doing, whose fault what accident was, pulling the

Page 11

1    reports, pulling the medical history and all of that.
2    Q.  Okay.  How long were you with Gibraltar?
3    A.  Until 2006.
4    Q.  So that's three years roughly or --
5    A.  Possibly.  I don't remember exactly.
6    Q.  Okay.  Until 2006.  Okay.  And then in 2006 you
7    had a career change?
8    A.  Well, my mother was sick.
9    Q.  Okay.
10   A.  So I left to take care of her.  I worked part-time
11   at a veterinary clinic.  And that didn't last for just
12   too long.  It was a little bit less than a year.  And
13   then I took care of her full-time.
14   Q.  Okay.  And you worked at a veterinarian clinic?
15   A.  Yes.
16   Q.  You said it was part-time?
17   A.  Yes.
18   Q.  Okay.  Did you have any other jobs at that time?
19   A.  No.
20   Q.  Okay.  And then how about after that?
21   A.  After that I haven't worked.  I began to get sick
22   a few years into all of that.  And nobody could really
23   figure out why.  And it's taken a long time, but I
24   finally got the help that I needed and the diagnosis
25   that I needed.

Page 12

1    Q.  Okay.  Have you had any other work history?
2    A.  No.
3    Q.  Are you associated with a store called the
4    Freckled Frog?
5    A.  I am.
6    Q.  Okay.  What's your association?
7    A.  I'm co-owner.
8    Q.  You're co-owner?
9    A.  Yes.
10   Q.  Okay.  And how did you become co-owner of the
11   Freckled Frog?
12   A.  Well, as a hobby I did jewelry.  And I met a lot
13   of other artists that didn't have a place to sell their
14   things.  And Sadie Nuffer, the co-owner, being one of
15   them.  And we decided it would be a good idea to put
16   together a kind of co-op where people could sell their
17   things that were made in Arkansas.
18   Q.  And so how would you describe the Freckled Frog?
19   You said it was as a co-op.  If you were describing your
20   business to someone else, how would you describe it?
21   A.  It's a consignment store.
22       So artists, depending on what the store things
23   will sell, and everything is on consignment.  So if
24   artists have shows and they need to come get their stuff
25   to go do that, they can do that at any point.  And other

3 (Pages 9 to 12)

Erika Robbins 3/2/2020                     Donna Cave, et al. v. Anne Orsi, et al.

Page 13

1  than that, when something sells they get paid for it.
2  Q.  Okay.  And as co-owner you derive an income from
3  Freckled Frog?
4  A.  No, nothing.
5  Q.  Okay.  Help me understand how is it that you're
6  co-owner and this is not work?  Does that make sense?
7  So I'm asking about work history, and I'm hearing that
8  you co-own the Freckled Frog, but that's not work?
9  A.  Because I don't generate an income from it.  The
10 only way that you would generate an income from it is if
11 you actually sold things and received money from that.
12 Q.  Okay.
13 A.  The other co-owner doesn't draw a salary either,
14 but she's able to produce items that sell in the store.
15 So therefore she gets paid for the items that she sells
16 in the store.
17 Q.  Okay.  I may have more questions about that later.
18 A.  Okay.
19 Q.  I don't want to -- did you review anything in
20 preparation for this deposition today?
21 A.  I did.
22 Q.  What did you review?
23 A.  I reviewed the other depositions.
24 Q.  Okay.  And when you say "other depositions" can
25 you be more specific?

Page 14

1  A.  I don't remember the names exactly that were on
2  them.
3  Q.  Were they other depositions that had been taken in
4  this case?
5  A.  Yes.
6  Q.  Okay.  So were they depositions of other
7  plaintiffs?
8  A.  Yes.
9  Q.  Okay.  How many of them did you look at?
10 A.  I believe there were five or six.
11 Q.  Did your review anything else?
12 A.  No.
13 Q.  And other than your attorney, did you speak with
14 anyone else to prepare for today?
15 A.  Mason.
16 Q.  Okay.  And what did you talk about with Mason?
17       MR. KEZHAYA:  Object to attorney/client
18       privilege.  I was party to all those
19       conversations.
20 BY MR. CANTRELL:
21 Q.  Okay.  And I'll ask you to answer the question.
22       MR. KEZHAYA:  No.  This is an objection
23       on attorney/client privilege.  Don't answer
24       that.
25       MR. CANTRELL:  So you can raise

Page 15

1  attorney/client privilege with private
2  conversations that you've had with your
3  client.
4       MR. KEZHAYA:  Uh-huh.
5       MR. CANTRELL:  If there's a third-party
6  present --
7       MR. KEZHAYA:  Mason is my client.
8       MR. CANTRELL:  Mason is your client as
9  well?
10      MR. KEZHAYA:  Uh-huh.
11      MR. CANTRELL:  Okay.  When did he become
12 your client?
13      MR. KEZHAYA:  Last night.
14      MR. CANTRELL:  Last night?
15      MR. KEZHAYA:  Uh-huh.
16      MR. CANTRELL:  Okay.
17 BY MR. CANTRELL:
18 Q.  Okay.  So Ms. Robbins, did you have any
19 conversations with Mason before last night?
20 A.  No.
21 Q.  About -- and specifically about the deposition or
22 this litigation?
23 A.  No.
24 Q.  Okay.  Anyone else that you spoke with to prepare
25 for today?

Page 16

1  A.  No.
2  Q.  All right.  Now, maybe we can talk about more
3  interesting issues.
4  A.  Okay.
5  Q.  So how would you characterize -- well, let me
6  ask -- let me -- how would you characterize your
7  religious beliefs?
8  A.  I characterize my religious belief as a pursuit of
9  knowledge and a pursuit of justice.
10 Q.  Okay.  Are there any labels you'd use like
11 Christian, Agnostic, Atheist?
12 A.  Satanic.
13 Q.  I'm sorry?
14 A.  Satanic.
15 Q.  Satanic.  Okay.  And when you say "Satanic"
16 explain to me what that label means?
17 A.  To me that means knowledge and the pursuit of
18 justice.
19 Q.  Okay.  And so when I hear you say "Satanic" it
20 makes me wonder, okay, do you believe in the existence
21 of Satan as an entity?
22 A.  No.
23 Q.  Okay.  So then in what sense -- why does it make
24 sense then to call yourself to say that you are -- that
25 you have Satan beliefs if you don't believe in an

Jeff Bennentt
Bushman Court Reporting                                    501-372-5115
Def.'s Ex. 33 - Page 5 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 17

1  existing Satan?
2  A.   The Satanic Temple is a religion, it follows a set
3  of tenets that I firmly believe in.
4  Q.   Okay.  So I'm asking for your personal beliefs.
5  You follow the tenets of the Satanic Temple?
6  A.   Correct.
7  Q.   Okay.  And for you why does that have any relation
8  to Satan, in particular?
9  A.   Satan is an icon.
10 Q.   Okay.  Say more about that, please?
11 A.   Okay.  Satan is -- Satan is metaphorical.  It is
12 to me Satan means the pursuit of knowledge.
13 Q.   Okay.  So when you say Satan is metaphorical, by
14 that I take it you don't believe in a literal Satan?
15 A.   Correct.
16 Q.   So Satan is a fictional construct?
17 A.   A metaphorical construct.
18 Q.   A metaphorical construct.
19     Okay.  Do you not like the word fictional?
20 A.   I prefer the latter.
21 Q.   Okay.  I'm not -- I don't mean to badger you about
22 this at all.  I just really want to understand.
23     So if it's metaphorical you don't believe that an
24 actual Satan exists, do you believe in any supernatural
25 beings?

Page 18

1  A.   No.
2  Q.   Okay.  And so in that sense Satan would be
3  fictional?
4  A.   Correct.
5  Q.   Okay.  All right.  How long have you considered
6  yourself to have Satanic beliefs in that sense?
7  A.   Around 2015.
8  Q.   Okay.  Did you have any other religious beliefs
9  before coming to your current beliefs?
10 A.   I considered myself an Atheist for a very long
11 time.
12 Q.   Okay.  You say, "a long time," years or --
13 A.   Many years.
14 Q.   Many years?
15 A.   Yes.
16 Q.   So going back before 2015?
17 A.   Yes.
18 Q.   Can you give me any sort of time frame when you
19 became an Atheist?
20 A.   I would say that I considered -- I didn't even
21 know what the term Atheist meant until I was in high
22 school.  But I began not believing in a higher power
23 when I was in elementary school.
24 Q.   Okay.  And you still consider yourself a
25 nonbeliever?

Page 19

1  A.   Correct.
2  Q.   Okay.  Are you familiar with the Ten Commandments
3  monument?
4  A.   Yes.
5  Q.   How did you first learn about the Ten Commandments
6  monument?
7  A.   In the news.
8  Q.   Okay.  And what did you think about the Ten
9  Commandments monument when you first learned about it?
10 A.   Being on public grounds, I was immediately
11 offended.
12 Q.   When you say, "you were offended by it," what do
13 you mean by that?
14 A.   The very first commandment commands you to believe
15 in a God.
16 Q.   Anything else?
17 A.   And that negates the rest of it for me.
18 Q.   Okay.  Had you seen the Ten Commandments monument,
19 at that time, whenever you first learned about it?
20 A.   It wasn't up yet.
21 Q.   Okay.
22 A.   I heard about it when it was going through
23 legislation.
24 Q.   Okay.  When did you first see the monument?
25 A.   The first one that I saw was when it was rebuilt.

Page 20

1  Q.   Okay.  And so you said that you were offended by
2  the monument, even though you hadn't seen it, you had
3  just heard about it on the news; it was the idea of a
4  Ten Commandments monument that you were offended by?
5  A.   Before it had even passed that it was going to go
6  up.
7  Q.   Okay.  Now, let me ask you about your visits to
8  the Arkansas State Capitol grounds.  And if you've read
9  the other depositions, you know I go on this spiel about
10 when I say, "Arkansas State Capitol grounds," I mean to
11 include both inside the Capitol Building and the grounds
12 outside.
13     So have you ever been to the Arkansas State
14 Capitol grounds?
15 A.   Yes.
16 Q.   So let's go back to -- let's go back to say 2015.
17 So beginning around 2015 or beginning, let's say if you
18 can January 1, 2015.  Have you been to the Arkansas
19 State Capitol grounds since that time?
20 A.   Yes.
21 Q.   Do you recall your first visit during that time
22 frame?
23 A.   Not specifically during that time frame.
24 Q.   Okay.  To the best of your recollection, can you
25 describe your visits to the Capitol grounds since that

5 (Pages 17 to 20)

Page 21

1  time?
2  A.  I visited the Capitol grounds several times since
3  then.  Just in leisure, my favorite thing to do on
4  Saturday is go get seafood from Kay Hall and Sons and go
5  eat crab legs and shrimp, and sit on the Capitol grounds
6  on the nice, manicured lawn and eat my seafood.
7      But aside from that, I have attended marches, I
8  have picked up voter registration, rally application.
9  Q.  Any others?
10  A.  Not that I can think of off the top of my head.
11  Q.  Okay.  And you said you've attended marches?
12  A.  Yes.
13  Q.  Which marches have you attended?
14  A.  The Women's March, there was a Reproductive March,
15  and a March for Science.
16  Q.  And the Women's March and the Reproductive March,
17  is this the same event?
18  A.  No, there were two separate events.
19  Q.  Okay.  So you've just given me three different;
20  okay, Women's March, Reproductive -- I'm sorry.  What
21  did you --
22  A.  The Reproductive Rights March.
23  Q.  Okay.  And then a March for Science?
24  A.  Yes.
25  Q.  Do you recall when these took place?

Page 22

1  A.  I don't remember the exact dates.
2  Q.  Okay.  Do you believe that they've been since
3  2015?
4  A.  Yes.
5  Q.  Okay.  And when you attended these marches, just
6  as I recall from previous depositions, I believe that
7  some plaintiffs, I'll represent to you that some
8  plaintiffs represented that these were held on the
9  Capitol steps on the front of the Capitol.  Is that
10  consistent with your recollection?
11  A.  Yes.
12  Q.  Okay.  So the Women's March was on the front
13  steps, the Reproductive Rights was on the front steps,
14  and the March for Science were held on the front steps
15  as well?
16  A.  Correct.
17  Q.  Is that correct?
18  A.  Yes.
19  Q.  Okay.  And during any of those events did you go
20  anywhere else on the Capitol grounds?
21  A.  Yes.
22  Q.  Okay.  Where did you go?
23  A.  Walked around.
24  Q.  Okay.
25  A.  And I did leave out I went to, it was a

Page 23

1  legislative hearing possibly on the vaping ban in the
2  Mac Building.  And that one might have been prior to
3  2015.
4  Q.  Okay.  You said you walked around on your visits
5  to some of these marches?
6  A.  Yes.
7  Q.  Where did you walk around?
8  A.  The building, the sidewalk that goes all the way
9  around it.
10  Q.  Okay.  And was, do you recall, was that part of
11  the event itself?
12  A.  No.
13  Q.  Do you recall which march that was or which event
14  that was?
15  A.  Most likely all of them.  Well, the Reproductive
16  March I didn't because I felt bad that day, but the
17  other two.
18  Q.  I'm sorry.  I missed what you said?
19  A.  The Reproductive March, I didn't walk around that
20  day, but the other two I did.
21  Q.  Okay.  And the voter registration rally, tell me
22  about that one?
23  A.  It wasn't a rally, it was to go pick up forms.
24  Q.  Okay.  And where did you pick those up from?
25  A.  The Capitol.  It was downstairs.  It was an office

Page 24

1  in the bottom.  I can't remember exactly where.
2  Q.  Okay.  And then a legislative hearing on vaping,
3  you said you're not sure whether that's been since 2015?
4  A.  Yeah, I don't remember the year of that one, but
5  yes.
6  Q.  Where did you go?
7  A.  That was the, I think it's called the Mac
8  Building.
9  Q.  Okay.
10  A.  Facing the Capitol.  It's the one on the right
11  behind it.
12  Q.  Okay.  Did anyone else accompany you on any of
13  these visits to the Capitol?
14  A.  I always saw people that I knew there, but I
15  didn't go with anybody.
16  Q.  Okay.  Who do you recall seeing at what event?
17  A.  Numerous friends that I know.
18  Q.  Can you name those you remember?
19  A.  No, honestly I can't.  I know a lot of people.
20  Q.  So you don't remember anybody specifically that
21  you saw at any of these events?
22  A.  I don't remember anybody specifically that was at
23  one or the other.  Like one might have been at the
24  other.
25  Q.  Okay.

6 (Pages 21 to 24)

Erika Robbins 3/2/2020                                      Donna Cave, et al. v. Anne Orsi, et al.

| | |
|---|---|
| Page 25 | Page 27 |

Page 25

1   A.   But I've lived in Little Rock most of my life, so
2   I know a lot of people.
3   Q.   Okay.  So without specifying a particular event,
4   who do you recall seeing on your visits to the Capitol?
5   A.   The Arkansas Circus Group, I know that they were
6   at -- honestly I don't remember if it was the
7   Reproductive Rights March or the Women's March.  I
8   remember meeting up with them there.  And there were --
9   Q.   Let me stop you.  You said the Arkansas Circus
10  Group?
11  A.   Arkansas Circus Arts.
12  Q.   Circus Arts?
13  A.   Uh-huh.
14  Q.   Okay.
15  A.   Yes.
16  Q.   Go ahead.  I didn't mean to interrupt.
17  A.   And aside from that, just people that I generally
18  know.
19  Q.   Okay.
20  A.   I didn't go with any of my closest friends.
21  Q.   And I'm asking you who do you see; who you
22  remember seeing, what are their names?
23  A.   Just generally people that I know.  And I'm awful
24  with names.  Most of the time when I introduce somebody
25  I make sure to introduce the other one so they'll say

Page 26

1   their name first.
2   Q.   Yeah.  And so who do you remember specifically?
3   A.   Familiar faces.
4   Q.   Do you not remember anyone's names of anyone that
5   you saw at any of these events?
6   A.   Not in particular that was at any particular
7   event.
8   Q.   Okay.  Did reading any of the depositions that you
9   read before today, I believe, did that trigger any
10  memory of people you may have seen?
11  A.   I don't know any of those people.
12  Q.   Okay.  You don't know any of the other plaintiffs?
13  A.   No.  I've met Annie or Anne.  I don't remember
14  exactly what her name is.  I've met her once before.
15  Q.   Okay.  Again I don't mean to badger you.  But your
16  testimony today under oath is that you do not remember
17  anyone's names of anyone that you saw at any of these
18  events held at the Capitol?
19  A.   I don't remember anyone's name in particular that
20  I saw there that day.
21  Q.   Okay.  When was the last time you were on the
22  Capitol grounds?
23  A.   I don't exactly remember.  Probably to eat
24  seafood.
25  Q.   Do you recall when that was?

Page 27

1   A.   I would say last -- the last time it was warm
2   outside, so probably in the fall.
3   Q.   Do you remember you said it was warm; was it warm
4   and sunny weather?
5   A.   Yes.  That's generally when I go out there.
6   Q.   Okay.  And when you went to eat seafood do you
7   remember where you went?
8   A.   That time I took my blanket and I went an sat on
9   if you're looking at the Capitol, the left courtside by
10  the trees.  Like there's an area that you drive all the
11  way around and park.  And I sat in the middle of that
12  underneath the trees.
13  Q.   Is this the median area?
14  A.   Yes.
15  Q.   So there's like a roadway on each side, it's a
16  long, narrow strip?
17  A.   Actually, no, it was right on other side of the
18  median, because I remember watching people in the
19  median.
20  Q.   Okay.  Were you to the front of the Capitol or to
21  the back to the Capitol?
22  A.   To the front of the Capitol on the side.
23  Q.   Okay.  And as you're facing the front of the
24  Capitol it's over on the left?
25  A.   The Capitol was over on the right.

Page 28

1   Q.   The Capitol is over on the right.
2   From where I'm sitting.
3   Q.   Okay.  So you were sitting there -- I think I
4   understand what you're saying.
5   A.   Okay.
6   Q.   You were sitting and the Capitol Building was to
7   your right.  Are you good with east and west?
8   A.   Kind of.
9   Q.   Okay.  Were you facing the front of the Capitol?
10  A.   If I turned this way, I would be facing the front
11  side of the Capitol.
12  Q.   Okay.  And the Capitol then would have been to
13  your right?
14  A.   Correct.
15  Q.   Okay.  You said that was last fall.  Can you be a
16  little more specific; you said the weather was warm,
17  would that have been October, November?
18  A.   I honestly do not know.  On Saturdays when it's
19  sunny and I wake up early enough to go get in line.  And
20  I feel like it and able to do it, I go stand in line and
21  get seafood.
22  Q.   Okay.  Where do you get seafood from?
23  A.   Kay Hall and Sons.  If you haven't ever gone you
24  should.
25  Q.   Okay.  And were you with anyone else when you went

7 (Pages 25 to 28)

Erika Robbins 3/2/2020                          Donna Cave, et al. v. Anne Orsi, et al.

Page 29

1  to eat seafood on the Capitol?
2  **A. No. That's one thing I really like to do by**
3  **myself.**
4  Q.  Okay.  All right.  So that was the last time that
5  you've been to the Capitol grounds?
6  **A. That I recall.**
7  Q.  Do you recall the time before that?
8  **A. I don't. I've been to the Capitol many times.**
9  Q.  How many times would you estimate that you've been
10 on a yearly basis since 2015?
11 **A. Four to five. Oh, actually counting the seafood,**
12 **10 a year.**
13 Q.  So 10 times a year?
14 **A. Yes.**
15 Q.  And when you go eat seafood do you usually go with
16 someone else?
17 **A. No, I usually go by myself.**
18 Q.  Okay.
19 **A. That way you can eat seafood and it go everywhere**
20 **and --**
21 Q.  Okay.
22 **A. It's not the most graceful thing to eat.**
23 Q.  Okay.  I may have some more questions about your
24 visits.
25 **A. Sure.**

Page 30

1  Q.  But let me ask you.
2      MR. CANTRELL:  I'll tell you what.  Why
3  don't we -- let's take a little break.  I've
4  realized I didn't bring my deposition
5  stickers.  So let's take a little break and
6  then we'll reconvene in just a few minutes.
7  **A. Okay.**
8      MR. CANTRELL:  So we're off the record.
9      THE VIDEOGRAPHER:  We're off the record
10 at 9:43 a.m.
11     (A recess was had.)
12     THE VIDEOGRAPHER:  We're back on the
13 record at 10:02 a.m.
14 BY MR. CANTRELL:
15 Q.  So we are back on the record.  Ms. Robbins, I'm
16 going to hand you what I've marked as Exhibit 1.  This
17 is a map of the Capitol grounds that we've used in some
18 other depositions.
19     (Deposition Exhibit 1 was marked.)
20 Q.  So I want to ask you a little bit more
21 specifically about some of your visits to the Capitol
22 grounds.  Whenever you have been to the Capitol grounds
23 for the rallies, and you say that you've walked around
24 the Capitol, you said it was on the sidewalk around the
25 Capitol?

Page 31

1  **A. Yes.**
2  Q.  Okay.  And would that have been the sidewalk
3  immediately around the perimeter of the Capitol Building
4  that you walked on?
5  **A. Yes.**
6  Q.  Okay.
7  **A. And the ones that are on the other side of the**
8  **street.**
9  Q.  Okay.  You say "the other side of the street?"
10 **A. Meaning the street that goes along under the**
11 **tunnel where the Capitol is. There's another walkway**
12 **that goes in front of there.**
13 Q.  Okay.  So you're referencing -- you're referencing
14 the -- it's a long, straight sidewalk to the front of
15 the Capitol Building?
16 **A. Correct.**
17 Q.  Okay.  And whenever you took that walk, for what
18 purpose did you take that walk around the building?
19 **A. Just to walk.**
20 Q.  Okay.  Any other reason why you would have chosen
21 to do it?
22 **A. I enjoy the landscaping.**
23 Q.  Okay.  Anything else?
24 **A. Not anything in particular, other than when we**
25 **went to go look at the Ten Commandments monument.**

Page 32

1  Q.  I'm sorry.  Can you say that one more time?
2  **A. Not anything that I went to look at in particular**
3  **on the grounds other than when we specifically went to**
4  **look at the 10 Commandments monument.**
5  Q.  Okay.  And when was that that you went to look at
6  the 10 Commandments monument?
7  **A. The first time was the day that it was installed.**
8  Q.  Okay.
9  **A. The second time it was installed.**
10 Q.  Okay.  So it was installed and then it was run
11 over and then another was installed.  You're saying it
12 was that --
13 **A. Correct.**
14 Q.  -- a visit to see that version of it.
15     Okay.  And whenever you went to see the monument
16 that day, do you recall the route you took across the
17 grounds?
18 **A. I parked behind the Capitol. There are a couple**
19 **of public parking places that are -- it is -- I believe**
20 **it's close to the 23 that's on your map, the 21 and 23.**
21 **There are three or four public parking places that are**
22 **right there. And I parked there that day.**
23 Q.  Okay.  And walked from there to?
24 **A. A very short walk to where the monument was from**
25 **there.**

8 (Pages 29 to 32)

Jeff Bennettt

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 33

1  Q.  Okay.  Did you go to see any other monuments that
2  day?
3  **A.  I did.  The Internal Flame one that's on the side**
4  **of the Capitol close was to the 6th.**
5  Q.  Any other monuments?
6  **A.  Not that I recall.**
7  Q.  And what was the purpose of your visit that day?
8  **A.  To see what was being installed.**
9  Q.  Okay.  And do you remember how -- well, you say,
10 "To see what was being installed," you mean the Ten
11 Commandments monument itself?
12 **A.  Correct.**
13 Q.  Okay.  And do you recall how soon it was after the
14 installation that you went to see it?
15 **A.  I was there when they were mounting it on the**
16 **spikes.**
17 Q.  Okay.  So is this the same visit?
18 **A.  Yes.**
19 Q.  Okay.  So you were there the day of the
20 installation?
21 **A.  Correct.**
22 Q.  How long were you there?
23 **A.  I was there for several hours that day on the**
24 **bench right beside it.**
25 Q.  Okay.

Page 34

1  **A.  It wasn't installed when we thought it was going**
2  **to be installed, so it took quite a while.**
3  Q.  Okay.  Do you recall what time you were there?
4  **A.  I believe I got there close to 7:30 in the**
5  **morning.  It might have been a little bit earlier.**
6  Q.  And do you recall what time you would have left?
7  **A.  After all of the ceremonies were done.  And I**
8  **don't remember exactly what time that was.**
9  Q.  And by "the ceremony" do you mean like an
10 installation ceremony held there in front of the
11 monument?
12 **A.  Yes.**
13 Q.  Okay.  Were you with anyone else on that visit?
14 **A.  Doug Misicko was there.**
15 Q.  Anyone else?
16 **A.  No, not early in the morning.  Mason joined us**
17 **later.**
18 Q.  And you're referring to Mason --
19 **A.  Hargett.**
20 Q.  -- Mason Hargett.  And your purpose that day was
21 to see the Ten Commandments being installed?
22 **A.  Correct.**
23 Q.  Okay.  Let me -- I don't mean to jump around.  Let
24 me ask you when you go to the seafood restaurant, you
25 get your food and you take it to the Capitol grounds,

Page 35

1  can you point on the map to where or direct us on the
2  map to where you sit?
3  **A.  So most of the time I park in the same area that I**
4  **parked when we went to go see the monument that day.**
5  **Generally on Saturdays it's pretty empty there.  But**
6  **still there's not a whole lot of public parking.  I used**
7  **to go down where the picnic tables are right behind that**
8  **that.  It would be right behind where the Ten**
9  **Commandments monument, the hill that goes down behind**
10 **it, and very close to that parking place.**
11 Q.  And so you're parking, so you're driving onto the
12 Capitol grounds --
13 **A.  Correct.**
14 Q.  -- from elsewhere?
15 **A.  Yes.**
16 Q.  Okay.  Is there a route that you normally take in
17 your car when you're driving onto the Capitol grounds or
18 through the Capitol grounds?
19 **A.  Not one specifically.**
20 Q.  Okay.  So the day of the protest -- excuse me --
21 the day of the installation was there a protest?
22 **A.  There were people there in opposition to the**
23 **monument being erected.**
24 Q.  Okay.  And can you tell me about that group of
25 people?

Page 36

1  **A.  I didn't know any of those people.**
2  Q.  Okay.
3  **A.  There were several different people from all over**
4  **the state.**
5  Q.  How did you learn that there were people from all
6  over the state?
7  **A.  They talked about it.**
8  Q.  So you spoke with them?
9  **A.  Somewhat.**
10 Q.  Okay.
11 **A.  And I overheard conversations.**
12 Q.  Okay.  Can you describe what the protest was like?
13 **A.  People with signs and people standing watching**
14 **what was going on.  I wouldn't consider it much of a**
15 **loud protest.  There wasn't any yelling against it.**
16 **There weren't people screaming.**
17 Q.  Okay.  Did you join in the protest?
18 **A.  No.**
19 Q.  Okay.  I'm going to hand you what I've marked as
20 Exhibit 2.
21         (Deposition Exhibit 2 was marked.)
22 Q.  And I'll ask you if you recognize that?
23 **A.  I do.**
24 Q.  Okay.  Does this appear to be a photograph of the
25 Ten Commandments monument?

9 (Pages 33 to 36)

Erika Robbins 3/2/2020                              Donna Cave, et al. v. Anne Orsi, et al.

|  | Page 37 |
|---|---|
| 1 | **A.  It does.** |
| 2 | Q.  Okay.  And I just want to ask you about the |
| 3 | significance that you attribute to these various -- to |
| 4 | various aspects.  So just the broad outlines of the |
| 5 | monument, the curved top, what significance do you |
| 6 | attribute to that? |
| 7 | **A.  A gravestone.** |
| 8 | Q.  Okay.  Anything else? |
| 9 | **A.  The tablets on the top I assume came from the** |
| 10 | **Biblical story of Moses and his tablets.** |
| 11 | Q.  Okay.  How about the foreign script in those |
| 12 | tablets?  It may be hard to see in that picture. |
| 13 | **A.  The ones at the top?** |
| 14 | Q.  Yes. |
| 15 | **A.  I assume that that's the same thing in a different** |
| 16 | **language as these.** |
| 17 | Q.  As the -- as what's written below? |
| 18 | **A.  Correct.** |
| 19 | Q.  Okay.  And then there is a pyramid with an eye in |
| 20 | it circled by little rectangles? |
| 21 | **A.  The eye of providence in the trinity.** |
| 22 | Q.  Does that have any other significance in your |
| 23 | mind? |
| 24 | **A.  The eye of the Christian God.** |
| 25 | Q.  Okay.  And why do you think it represents the |

|  | Page 38 |
|---|---|
| 1 | Christian God? |
| 2 | **A.  That's what the eye of providence is.** |
| 3 | Q.  Okay.  And then right below that is the eagle and |
| 4 | a flag? |
| 5 | **A.  What's your question?** |
| 6 | Q.  Does that have any significance in your mind? |
| 7 | **A.  An eagle and an American flag.  Our bird and our** |
| 8 | **flag.** |
| 9 | Q.  Okay.  So symbols you say, "our bird and our |
| 10 | flag," you mean of the United States? |
| 11 | **A.  Yes.** |
| 12 | Q.  Okay.  And then down toward the bottom there are |
| 13 | two six-point stars on either side.  What significance |
| 14 | does that have in your mind? |
| 15 | **A.  The star of David.** |
| 16 | Q.  And then there's a symbol in the middle there |
| 17 | looks like a P over an X? |
| 18 | **A.  The initials of Jesus Christ.** |
| 19 | Q.  Do you know how -- how do you get the initials of |
| 20 | Jesus Christ? |
| 21 | **A.  I believe it's either Greek or Latin.** |
| 22 | Q.  Okay.  How about the part that says, Presented to |
| 23 | the people of Arkansas by the American History and |
| 24 | Heritage Foundation? |
| 25 | **A.  What is your question about that?** |

|  | Page 39 |
|---|---|
| 1 | Q.  Yeah.  What significance does that have in your |
| 2 | mind for the monument? |
| 3 | **A.  That it was donated by the American History and** |
| 4 | **Heritage Foundation.** |
| 5 | Q.  Okay.  All right.  And then just looking at the |
| 6 | Ten Commandments, the language on the monument says the |
| 7 | Ten Commandments, I am the Lord thy God. |
| 8 |    What do you take the significance of that to be? |
| 9 | **A.  Sitting on state property, saying it's a** |
| 10 | **commandment, the first thing, I feel like I'm being** |
| 11 | **commanded that somebody's telling me I am the Lord thy** |
| 12 | **God.** |
| 13 | Q.  Okay.  Who do you take the "I" to refer there? |
| 14 | **A.  The Lord that they worship.** |
| 15 | Q.  And who's they, if you could clarify? |
| 16 | **A.  The religion that believes this.** |
| 17 | Q.  The religion that believes? |
| 18 | **A.  That the Ten Commandments are law.** |
| 19 | Q.  Okay.  And then who do you take the "I" to refer |
| 20 | to? |
| 21 | **A.  Me.** |
| 22 | Q.  It says, Thou shalt have no other Gods before me. |
| 23 |    What do you take the significance of that to be? |
| 24 | **A.  Well, I don't consider anything of it significant** |
| 25 | **after that first sentence.** |

|  | Page 40 |
|---|---|
| 1 | Q.  Can you elaborate on what you mean? |
| 2 | **A.  I am the Lord thy God.  I don't have a God.  It's** |
| 3 | **trying to tell me that I do or command me that I do.** |
| 4 | Q.  Okay.  So you see the monument as telling you that |
| 5 | you have a God? |
| 6 | **A.  That I'm supposed to anyway.** |
| 7 | Q.  Okay.  And none of the rest of it has any |
| 8 | significance, in your mind, beyond that statement? |
| 9 | **A.  That first statement negates the rest of it for** |
| 10 | **me.** |
| 11 | Q.  Okay.  So the language here, it's expressed in |
| 12 | middle English and thou shalt and giveth and those sorts |
| 13 | of old, archaic forms of language. |
| 14 |    In your mind, what does that -- what's the |
| 15 | significance of that for this monument? |
| 16 | **A.  The language used in the King James Bible.** |
| 17 | Q.  Have you read the King James Bible? |
| 18 | **A.  Some of it.** |
| 19 | Q.  Would you have a problem if somebody took the Ten |
| 20 | Commandments as their guiding ethical philosophy? |
| 21 | **A.  As long as it was not on public grounds, not at** |
| 22 | **all.** |
| 23 | Q.  Okay.  And if -- if -- let me ask you this.  Do |
| 24 | you think if most people took the Ten Commandments as |
| 25 | their guiding ethical philosophy that society would be a |

Jeff Bennentt

Bushman Court Reporting                                              501-372-5115
Def.'s Ex. 33 - Page 11 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 41

1   better place?
2   A.   No.
3   Q.   Do you think it would be a worse place?
4   A.   I don't think that it would be any different.
5   Q.   You don't think it would be any different?
6   A.   No.
7   Q.   Okay.  Do you believe that most people, in fact,
8   follow the Ten Commandments as their guiding ethical
9   philosophy?
10  A.   No.
11  Q.   Okay.  Then help me understand how society
12  wouldn't be any different?
13  A.   We have laws in place that cover everything that's
14  relevant on this stone.
15  Q.   Okay.  So when in your life did you first learn
16  about the Ten Commandments?
17  A.   As a young child.
18  Q.   Do you remember the context?
19  A.   Probably Sunday school.
20  Q.   Would you be surprised if there was someone who
21  had not heard about the Ten Commandments or was not
22  familiar with it?
23  A.   Not at all.
24  Q.   And why not?
25  A.   Because we have a lot of people in our country

Page 42

1   that are not Christian.
2   Q.   Are you familiar with Cecil DeMille movie the Ten
3   Commandments?
4   A.   I am.
5   Q.   Have you ever seen that movie?
6   A.   I have.
7   Q.   I'll just ask.  Were you -- were you -- were you
8   offended by the Ten Commandments in that movie?
9   A.   I saw it many times when I was a young child.  No,
10  I wasn't offended by it at that point.
11  Q.   Okay.  Would you be offended by it if you saw it
12  today?
13  A.   It's not on public property.  If they were showing
14  it at the Arkansas State Capitol, yes, I would be
15  offended by it.
16  Q.   You would be offended by a showing of Cecil
17  DeMille's The Ten Commandments movie?
18  A.   A religious film, any religious film.
19  Q.   Okay.  If it was shown on the -- on public
20  property?
21  A.   Correct.
22  Q.   Okay.  Have you encountered the Ten Commandments
23  in other settings?
24  A.   Other than church and the Capitol, no.
25  Q.   Okay.  Do you know about the history of the Ten

Page 43

1   Commandments?
2   A.   The history of the monuments or the history of the
3   story of the Ten Commandments?
4   Q.   Let's say the history of the story?
5   A.   Yes.
6   Q.   Okay.  Tell me what you know about the story?
7   A.   That a man talked to a bush.  And laws were given
8   to him written on stones.  He carried them down a
9   mountain, broke them, had to go get more.  And came back
10  down to people that were out of control.  And those are
11  the laws that the burning bush said he needed to impose
12  on them.
13  Q.   Are you aware of how old the Ten Commandments are?
14  A.   No.
15  Q.   If you had to guess, would you --
16        MR. KEZHAYA:  Object to speculation.
17  Q.   You can answer.
18  A.   I have no idea.
19  Q.   Do you think it's older than 100 years, 500 years,
20  1,000 years?
21        MR. KEZHAYA:  Object to form and also
22        speculation.
23  A.   I do not know.
24  Q.   Okay.  Are you aware of any other Ten Commandments
25  monuments other than the one on the Arkansas State

Page 44

1   Capitol grounds?
2   A.   I know that there was one in Alabama.  There was
3   one in Kentucky.  There was one in Oklahoma.  And there
4   still remains one in Texas.  And I know that there are
5   others, but I don't know exactly which ones.
6   Q.   Okay.  Have you been to visit any of those
7   monuments?
8   A.   No.
9   Q.   Are you offended by those as well?
10  A.   Yes.  If they are on state property or government
11  property, yes.
12  Q.   Okay.
13  A.   As a stand-alone representing one point of view,
14  if other religions were being represented, I wouldn't
15  have a problem with it.
16  Q.   Okay.  So are you familiar with the Texas
17  monument?
18  A.   Somewhat.
19  Q.   Okay.  And so are you aware that that's been the
20  result -- been the subject of some litigation?
21  A.   Yes.
22  Q.   Okay.  And so you're equally offended by the Texas
23  monument as you are Arkansas' monument?
24  A.   If it has nothing else standing beside it that
25  represents any other point of view, then yes, I am

11  (Pages 41 to 44)

Page 45

1    offended.  I realize that it stayed there because it had
2    been there for so long without objection.  But
3    personally, if it doesn't have anything else around it,
4    which I'm not sure if it does or not, yes, I am
5    offended.
6    Q.  Okay.  Are you aware of any of the history behind
7    the display of the Ten Commandments monuments in the
8    United States?
9    A.  Yes.
10   Q.  What are you aware of?
11   A.  The Fraternal Order of Eagles, and the movie with
12   the production of that, they put several monuments
13   around the country.
14   Q.  And by "the movie" you're referring to the Cecil
15   DeMille movie?
16   A.  Correct.
17   Q.  Okay.  Any other aspects of the history that
18   you're aware of?
19   A.  No.
20   Q.  Are you aware of -- are you aware that the Ten
21   Commandments has come to be used as a symbol of law?
22   A.  Not on its own.
23   Q.  Not on its own, can you explain what you mean?
24   A.  For instance, the Supreme Court has 15 plus other
25   lawmakers from different faiths that are represented.  I

Page 46

1    know that the Ten Commandments is depicted there with
2    Moses, but so are many other faiths.
3    Q.  Okay.  Going back to the day of the Ten
4    Commandments installation.  You said that you were with
5    Doug Misicko?
6    A.  I met up with him.
7    Q.  Okay.  Did you meet up with him at the Capitol?
8    A.  Yes.
9    Q.  Okay.  And how did you arrange meeting up with
10   Doug Misicko?
11   A.  Either -- I think it was a phone call.
12   Q.  And how did that phone call come about?
13   A.  I don't remember which of us called the other one.
14   Q.  Okay.  Did you know Doug Misicko previously?
15   A.  I met him at the Capitol Grounds Commission
16   meeting when I was going to object to the Ten
17   Commandments monument going up.
18   Q.  Okay.  And do you recall when that Commission
19   meeting was?
20   A.  I don't remember exactly.
21   Q.  Do you recall what took place at the Commission
22   meeting?
23   A.  Well, the -- I was not aware that they had already
24   done all of the public commentary on it.  It was the
25   Arts and Grounds Commission as far as the planning.

Page 47

1    Q.  Okay.
2         MR. BAKER:  Let the record reflect that I
3    am now leaving.  Mr. Schulze has taken my
4    place as counsel.
5    BY MR. CANTRELL:
6    Q.  A few more questions and then we'll switch topics.
7    A.  Sure.
8    Q.  Are you aware of any religious ceremonies being
9    held at the Ten Commandments monument?
10   A.  Not that I've witnessed.
11   Q.  Are you aware of any that you haven't witnessed?
12   A.  No.
13   Q.  Okay.  Are you aware of any religious activity
14   going on at the monument?
15   A.  When the monument was unveiled that day, after
16   Senator Rapert made his speech, there was a whole lot of
17   praise Jesus, praise the Lord, a lot of religious
18   cheering going on after that.
19   Q.  Okay.
20   A.  There were religious groups there that were very
21   happy about the monument being up.
22   Q.  Okay.  Do you know who those group were?
23   A.  I don't.
24   Q.  Do you know who any of those people were?
25   A.  I don't.

Page 48

1    Q.  If there was a video of that event, would those
2    statements be reflected and captured on the video?
3         MR. KEZHAYA:  Object to speculation.  Go
4    ahead.
5    A.  I'm sure that they would.
6    Q.  Did that take place during the -- during the
7    ceremony or what's time frame for the comments that
8    you're referring to?
9    A.  It was in conclusion to Senator Rapert's speech.
10   Q.  Okay.  So --
11   A.  And actually there was a comment from Doug.  He
12   asked regarding questions --
13   Q.  I see.
14   A.  -- the senator had.  And Doug asked a question.
15   And he was told or Senator Rapert made a comment to
16   ignore this person.  And that's when a lot of cheering
17   happened and, you know, praising of Jesus and thank you
18   Lord.
19   Q.  Okay.  So are you aware of any other activity that
20   you would describe as religious going on at the
21   monument?
22   A.  Not at the monument.
23   Q.  Okay.  You would agree that people -- well, let me
24   back up.
25       You're a plaintiff in this lawsuit, right?

12  (Pages 45 to 48)

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 49

1    A.   Correct.
2    Q.   Okay.  Would you agree that people, some people
3    might see your filing this lawsuit to remove the
4    monument as a divisive act?
5         MR. KEZHAYA:  Object to speculation.
6    A.   We don't necessarily want to remove the monument.
7    We want to place Baphomet here.
8    Q.   Let me ask the question in a little bit different
9    way.  Can you understand how it would be divisive for
10   someone to file a lawsuit and ask for the removal of the
11   monument?
12        MR. KEZHAYA:  Object to speculation.
13   A.   Do I answer?
14        MR. KEZHAYA:  Yes.  Unless I say don't
15        answer, go ahead and answer.
16   A.   I find this -- this monument divisive.  It started
17   here.
18   Q.   I understand that.  And my question is an attempt
19   to remove the monument, can you understand how that
20   itself could be divisive?
21        MR. KEZHAYA:  Object to speculation.
22   A.   I don't find it anymore divisive than the original
23   monument going up.
24   Q.   But it is divisive, right?
25        MR. KEZHAYA:  Object to speculation.

Page 50

1    A.   I feel like I answered the question.  I don't feel
2    like -- I think that all of it in entirety is divisive.
3    Q.   Both your actions and others' actions?
4    A.   That begin with this.
5    Q.   Okay.  So beginning with the monument going up?
6    A.   Yes.
7    Q.   And continuing with your action as well; that all
8    of it has been divisive?
9    A.   I agree with that.
10   Q.   Okay.  Let me ask you about do you believe the Ten
11   Commandments monument causes the commandments to have
12   the force of state law?
13   A.   It gives the appearance of that.
14   Q.   Okay.  Do you believe that it causes the
15   commandments to have the force of state law?
16   A.   Yes.  It's sitting on the State Capitol grounds
17   with the word commandments.
18   Q.   Okay.  Just so I understand.  You believe that the
19   law of the State of Arkansas commands people, for
20   example, to honor their father and mother?
21   A.   I believe that's the message the State of Arkansas
22   is sending by putting this on state grounds.
23   Q.   Have you been coerced by any threat of
24   penalty to obey the Ten Commandments?
25   A.   No.

Page 51

1    Q.   Have you been coerced by the force of state law to
2    obey the Ten Commandments?
3    A.   No.
4    Q.   Are you aware of anyone who has been coerced to
5    obey the Ten Commandments?
6    A.   I mean, we're often told we're going to hell.
7    Q.   Okay.  Let me clarify.  Has any action of the
8    State of Arkansas caused anyone that you're aware of to
9    be coerced to obey the Ten Commandments?
10   A.   No.
11   Q.   Are you familiar with Arkansas Act 274 of 2017?
12   A.   You'll have to tell me what it is.
13   Q.   Okay.  Have you had a chance to review the
14   complaint that was filed in this case?
15   A.   I'm not sure.
16   Q.   Okay.
17        MR. KEZHAYA:  I'm going to object to
18        reading off the complaint without there being
19        an exhibit sticker on it.
20        MR. CANTRELL:  I haven't read yet.
21        MR. KEZHAYA:  I know.  This is a standing
22        objection.
23        MR. CANTRELL:  Yeah.  Okay.
24        MR. KEZHAYA:  It's a foundation issue.
25        She doesn't know what she's looking at.

Page 52

1         MR. CANTRELL:  Well, I understand.  I'm
2    consulting the complaint for my own benefit.
3    BY MR. CANTRELL (CONT.):
4    Q.   So I'll represent to you, Ms. Robbins, that one of
5    the allegations of the complaint filed by you and the
6    Satanic Temple is that there was a law that changed the
7    order in which certain events took place with respect to
8    the General Assembly and the Arkansas Capitol Arts and
9    Grounds Commission.  And so whenever I'm referring to
10   the Act 274 of 2017, I believe that is the same act that
11   is alleged in this complaint.
12        And so are you familiar with a law that changed
13   the order of approval?
14   A.   Yes.
15   Q.   Okay.  What is your understanding of what that law
16   did?
17   A.   The Baphomet monument had already been approved
18   through the Capitol Grounds.  We were allowed to
19   consider spots for it.  And then legislation came
20   through where a sponsor was required.
21   Q.   Okay.  So if I understand what you're saying, your
22   understanding is that the law that was passed in 2017
23   that we're referring to imposed a new requirement that
24   any monument have a sponsor in the legislature?
25   A.   From my understanding, yes.

13 (Pages 49 to 52)

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 53

1   Q.   Okay.  Anything else that that law did, to your
2   understanding?
3   A.   **Not that I can think of off the top of my head.**
4   Q.   And I understand you're not an attorney.  And I'm
5   not asking you to give a legal opinion.
6        Have you suffered any physical ailment as a result
7   of the Ten Commandments monument?
8   A.   **No.**
9   Q.   Okay.  Have you suffered any physical ailment as a
10  result of Act 274?
11  A.   **Stress.**
12  Q.   Okay.  And why have you felt stress?
13  A.   **I feel like the goal post was moved.**
14  Q.   Anything else?
15  A.   **No.**
16  Q.   Any other physical ailment that you've suffered as
17  a result of Act 274?
18  A.   **No.**
19  Q.   So have you been unable to work due to the Ten
20  Commandments monument being placed?
21  A.   **No.**
22  Q.   Have you been unable to work due to Act 274?
23  A.   **No.**
24  Q.   Have you sought any treatment therapy or
25  counseling as a result of the Ten Commandments monument

Page 54

1   being placed?
2   A.   **No.**
3   Q.   Have you sought any treatment, therapy or
4   counseling as a result of Act 274?
5   A.   **No.**
6   Q.   Have you been harmed in any other way by the Ten
7   Commandments monument being placed?
8   A.   **No.**
9   Q.   Have you been harmed in any other way by Act 274?
10  A.   **No.**
11  Q.   Would it be appropriate for a person to consider
12  you to be a mature adult?
13  A.   **Yes.**
14  Q.   And would you say that you're susceptible to
15  religious indoctrination?
16  A.   **No.**
17  Q.   Would you say that you're susceptible to peer
18  pressure?
19  A.   **No.**
20       MR. CANTRELL:  I'll tell you what.  It's
21       been about an hour since we broke.  Why don't
22       we go ahead and take another break.  And then
23       I'll have more questions for you.  We're off
24       the record.
25       THE VIDEOGRAPHER:  We're off the record

Page 55

1        at 10:46 a.m.
2        (A recess was had.)
3        THE VIDEOGRAPHER:  We are back on the
4        record at 11:03 a.m.
5   BY MR. CANTRELL:
6   Q.   Okay.  So we're back on the record.  And, Ms.
7   Robbins, you understand you're still under oath?
8   A.   **I do.**
9   Q.   I want to ask you about the Satanic Temple.  In
10  your understanding, what beliefs does the Satanic Temple
11  prescribe?
12  A.   **The pursuit of knowledge.  The importance of one's**
13  **self.  The importance of the evolving understanding of**
14  **the world around us.**
15  Q.   Okay.  Are those ideas contained in the seven
16  tenets?
17  A.   **Yes.**
18  Q.   Okay.  Is there anything other than those seven
19  tenets that is prescribed for belief by the Satanic
20  Temple?
21  A.   **Not prescribed for belief.**
22  Q.   Okay.  Just based on the way you answered, I want
23  to make sure that I'm asking the question right.
24       Is there anything else that the Satanic Temple
25  requires or prescribes or mandates of its members that

Page 56

1   are outside of those seven tenets?
2   A.   **No.**
3   Q.   Okay.  Are you indeed a member of the Satanic
4   Temple?
5   A.   **I am.**
6   Q.   When did you become a member of the Satanic
7   Temple?
8   A.   **I believe it was in 2015.  It was shortly after**
9   **the Grounds Committee meeting where I met the Satanic**
10  **Temple members.**
11  Q.   Okay.  And what did you do in order to become a
12  member of the Satanic Temple?
13  A.   **Well, I did a lot of research on it and a lot of**
14  **reading on it.  And in order to become a member, I**
15  **signed up to become a member.**
16  Q.   How did you sign up?
17  A.   **Via the website.**
18  Q.   And when you say, "you signed up via the website,"
19  were you signing up for a newsletter or for -- what were
20  you signing up for?
21  A.   **To become a member.**
22  Q.   To become a member.  Okay.  And what things then
23  did you -- did you begin to receive a newsletter as a
24  result of signing up?
25  A.   **Possibly.  I don't check my email.  I get too many**

14 (Pages 53 to 56)

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 57

1  of them.  So I couldn't tell you if there was a
2  newsletter or not.
3  Q.   Okay.  So you're unaware of whether or not there's
4  a Satanic Temple newsletter?
5  A.   Correct.
6  Q.   Okay.  How did you sign up; you said it's on the
7  website; was there like a form you fill in?
8  A.   There is.
9  Q.   Okay.  Did you have to check your email and
10  confirm that it was, in fact, your email?
11  A.   Yes.
12  Q.   Okay.  So then you would have received like a
13  confirmation email at least, right?
14  A.   I believe so.
15  Q.   Okay.  And what email address do you use for that
16  communication?
17  A.   Erikanicolerobbins@gmail.com.
18  Q.   Was there anything else you were required to do in
19  order to become a member of the Satanic Temple?
20  A.   No.
21  Q.   So you weren't required to state that you agree
22  with the seven tenets?
23  A.   I don't remember exactly.  I do agree with them.
24  So I don't remember if that was a specific question that
25  was on there or not.

Page 58

1  Q.   Okay.  What caused you to want to become a member
2  of the Satanic Temple?
3  A.   Education, learning more about them.
4  Q.   So you're saying learning more about the Satanic
5  Temple?
6  A.   Yes.
7  Q.   And as I understand it, you -- did you first learn
8  of the Satanic Temple at the -- in connection with the
9  Arts and Grounds Commission hearing?
10  A.   Correct.
11  Q.   Okay.  And you said you attended that hearing in
12  order to oppose the Ten Commandments monument?
13  A.   Correct.
14  Q.   So then your opposition to the Ten Commandments
15  monument preceded your involvement with the Satanic
16  Temple?
17  A.   Correct.
18  Q.   Okay.  When you went to the Capitol Arts and
19  Grounds Commission hearing had you seen a picture of the
20  Ten Commandments monument?
21  A.   I don't recall.
22  Q.   Okay.  Is it -- let me ask you.  I guess the idea
23  was enough to -- you testified earlier that you were
24  offended whenever you heard about the Ten Commandments
25  monument, that there were plans to put it up?

Page 59

1  A.   (Witness indicating).
2  Q.   And you're nodding your head?
3  A.   Yes.
4  Q.   Okay.  And you don't recall -- your testimony is
5  you don't recall whether you had seen a picture of what
6  the Ten Commandments monument would look like before the
7  Capitol Arts and Grounds Commission meeting?
8  A.   I may have seen a picture from a previous Ten
9  Commandments monument that was removed in a news clip
10  talking about the legislation for the Ten Commandments
11  monument.  But that one hadn't actually been put up yet,
12  so there was no way to see a picture of it.
13  Q.   Okay.  And by picture -- you don't know whether
14  you saw a picture or not, right?
15  A.   Correct.
16  Q.   Okay.  But your thought process is that it might
17  have -- if you had seen a picture, it might have been of
18  a previous monument from another state or what?
19  A.   Yes.
20  Q.   Okay.  So what were the circumstances of your
21  becoming a member of the Satanic Temple?
22  A.   Well, meeting the members at the committee
23  meeting.  And then reading more online about the
24  organization.
25  Q.   Okay.

Page 60

1  A.   And it really resinated with me.
2  Q.   And who was it that you met at the meeting?
3  A.   It was Mason and Doug.
4  Q.   Okay.  Was Mason a member of the Satanic Temple at
5  that time?
6  A.   Yes.
7  Q.   Anyone else you met there?
8  A.   A girl, Chris, I don't remember her last name.
9  And I don't know if she was an official member or not or
10  if she was just there to support them.
11  Q.   Okay.  And when you joined did anyone else join
12  along with you?
13  A.   No.
14  Q.   Have you had any lapses in membership in the
15  Satanic Temple?
16  A.   No.
17  Q.   Have you attended any of the Satanic Temple's
18  events?
19  A.   Yes.
20  Q.   What events have you attended?
21  A.   I have attended movie screenings and I've attended
22  rituals.
23  Q.   Okay.  And movie screenings, what movie?
24  A.   It was several that had to do with the Satanic
25  panic period.

15 (Pages 57 to 60)

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 61

1    Q.   And where was that?
2    A.   In Salem, Massachusetts at the headquarters.
3    Q.   When was that?
4    A.   2016 maybe '17.
5    Q.   Did you travel with anyone else?
6    A.   No.
7    Q.   Do you remember what time of year it was; spring,
8    summer?
9    A.   Fall.
10   Q.   It was fall.
11        Okay.  Do you remember, was there any connection
12   with any other event or holiday or anything like that
13   with that trip?
14   A.   The first one was around the time of Halloween.
15   It was in the month of October, but it was before
16   Halloween.
17   Q.   Okay.  And did you say the first one?
18   A.   Yes.
19   Q.   Okay.  So you've been up for more than one?
20   A.   Yes.
21   Q.   How many have you been to?
22   A.   I visited Salem four times.
23   Q.   And were all of those for movie screenings or were
24   they for other events too?
25   A.   Movie screenings, that's happened at two of them

Page 62

1    that I've been to.  I've been to two different rituals
2    and a dinner.
3    Q.   Okay.  Do you recall when any of your -- well, let
4    me back up.
5        So the visit in October, which you said was either
6    2016 or 2017, was that for a movie screening or what was
7    that for?
8    A.   The first one there was a lecture of some sort, I
9    don't remember, that went along with the movie
10   screening.
11   Q.   What was the lecture on?
12   A.   Satanic panic.
13   Q.   Who did the lecture?
14   A.   I don't remember exactly.
15   Q.   Okay.  Did I cut you off?  I didn't mean to.
16   A.   No.
17   Q.   Okay.  And then that was the one in October, all
18   in the October time frame?
19   A.   Correct.
20   Q.   Is that right?
21   A.   Yes.
22   Q.   Okay.  And then another screening of a movie?
23   A.   And then the next spring there was another movie
24   screening.
25   Q.   Okay.  And what was that movie about?

Page 63

1    A.   They all have to -- it's different.  It's not just
2    one movie that's screened, it's several .
3    Q.   Okay.  Several movies.
4        Okay.  Were those also about --
5    A.   Yes.
6    Q.   -- you used the phrase Satanic panic?
7    A.   Satanic panic.
8    Q.   Okay.  And were those your first two visits?
9    A.   Yes.
10   Q.   Okay.  And then subsequently do you remember the
11   next visit?
12   A.   It was around October of 2018.
13   Q.   And what was that for?
14   A.   That one was for, it was a destruction ritual.
15   And they might have had a different name for it.  That
16   might just be the one that I have in my head.
17   Q.   Okay.  So you went specifically to attend this
18   destruction ritual?
19   A.   Yes.
20   Q.   Okay.  Was this -- did you participate?
21   A.   Yes.
22   Q.   Were there other participants?
23   A.   Yes.
24   Q.   Do you recall who the other participants were?
25   A.   No.

Page 64

1    Q.   And then the next visit after that, do you recall?
2    A.   There was unbinding ritual or that was the
3    baptism.
4    Q.   Do you recall when that was?
5    A.   That was this last October.
6    Q.   So October of 2019?
7    A.   Correct.
8    Q.   So it sounds like you've been the previous three
9    years around October?
10   A.   Yes, and then once in the spring.
11   Q.   Okay.  Then you mentioned a dinner?
12   A.   The dinner, that was with -- that went along with
13   the first ritual weekend.
14   Q.   Okay.  And for these visits to Salem, how did you
15   get to Salem?
16   A.   Flew.
17   Q.   You flew.  Okay.  Did you purchase your own plane
18   tickets?
19   A.   I did.
20   Q.   Were you reimbursed for those plane tickets?
21   A.   No.
22   Q.   So did you bear the cost of your flights?
23   A.   I did.
24   Q.   Did you have to buy tickets to any of these
25   events?

16 (Pages 61 to 64)

Jeff Bennentt

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 18 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 65

1   A.   The dinner.
2   Q.   Okay. Do you remember how much that cost?
3   A.   It was $50.
4   Q.   And the others weren't -- didn't cost anything?
5   A.   No.
6   Q.   Okay.
7   A.   They accepted donations, I believe.
8   Q.   Okay. What took place during the destruction
9   ritual you referred to?
10  A.   We -- they gave us two pieces of paper. And one
11  we wrote down things that we wanted to get rid of, as
12  far as belief and things that we no longer believe in.
13      Let's see how can I explain this better. The
14  guilt that goes along with disappointing either family
15  or friends because you no longer believe the same things
16  that they believe, things along that line, things that
17  you need to release from.
18  Q.   Okay.
19  A.   And the orchestrator gives a speech on it, and
20  then you all go up and burn your pieces of paper.
21  Q.   Okay. Do you recall who the -- you referred to
22  the orchestrator?
23  A.   Yes.
24  Q.   Do you recall who that was?
25  A.   I don't.

Page 66

1   Q.   Tell me about the unbaptism?
2   A.   The unbaptism, it was a similar situation. You
3   walked in and your hands are bound with ribbon. And you
4   go in and you, the orchestrator is there, you hear the
5   importance of letting go of the things that are
6   currently holding you back, that had to do with any
7   superstitious beliefs, anything of the sort. And how
8   important it is to let those things go to continue with
9   a life of pursuit of knowledge and pursuit of truth.
10      And then they come around and untie you, and you
11  get the ashes and you are officially unbaptized.
12  Q.   Okay. So is this intended to undue a Christian
13  baptism or something to that effect?
14  A.   Something to that effect, yes.
15  Q.   Okay. Any other Satanic Temple events that you've
16  participated in?
17  A.   Not that I can think of.
18  Q.   Okay. What about what was called the Rally for
19  Religious Liberty?
20  A.   Yes.
21  Q.   Okay. Did you participate in that?
22  A.   Yes.
23  Q.   Okay. Tell me what your participation consisted
24  of?
25  A.   I filed the application at the State Capitol

Page 67

1   grounds and filled out all the paperwork, and got the
2   permit, contacted speakers, we held a rally.
3   Q.   Did you visit the Ten Commandments monument in
4   connection with the Rally for Religious Liberty?
5   A.   I'm certain I did.
6   Q.   Do you remember whether there was anything that
7   had been done to the monument at that time?
8   A.   Yes, I do remember. And I don't remember if I
9   actually saw it or if I saw pictures. But it had been
10  covered up at that time.
11  Q.   All right. Do you know who covered it up?
12  A.   I don't.
13  Q.   Any other events, Satanic Temple events you
14  participated in other than the ones we've talked about?
15  A.   Not that I can think of off the top of my head.
16  Q.   Okay. All right. Have you held any positions of
17  leadership or responsibility with the Satanic Temple
18  other than being a member?
19  A.   No.
20  Q.   Okay. And after the -- after the meeting -- well,
21  let me ask this.
22      How many meetings of the Capitol Arts and Grounds
23  Commission did you attend?
24  A.   Two or three.
25  Q.   Two or three. Okay.

Page 68

1   A.   I think the third one was when we were picking
2   out -- four, because I went to another one for the Gold
3   Star families. I just wanted to hear how that went.
4   Q.   Okay. And so was it after the first -- was that
5   the first meeting you attended that you met Doug Misicko
6   and --
7   A.   And Mason. Yes.
8   Q.   -- and Mason.
9       Okay. Did you do anything to assist with the
10  Satanic Temple's application to place the Baphomet
11  statue on the Arkansas State Capitol grounds?
12  A.   No.
13  Q.   How many -- do you know any other members of the
14  Satanic Temple in Arkansas, other than I think you said
15  you believe Mason is a member; do you know any others?
16  A.   Not personally. We've got many in the state, but
17  I don't know any personally other than Mason.
18  Q.   Okay. What do you know about the leadership of
19  the Satanic Temple?
20  A.   Can you rephrase the question?
21  Q.   Sure. Who are the leaders of the Satanic Temple?
22  A.   Well, there are two cofounders; Lucien Greaves and
23  Malcolm Jarry. And aside from that, there's a national
24  council and then the state chapters.
25  Q.   Do you know anyone on the national council.

17 (Pages 65 to 68)

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 19 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 69

1   A.   I don't know who all is on the national council.
2   Q.   But do you know anyone who is on the national
3   council?
4   A.   I don't know if they are or not.
5   Q.   Okay.  Do you know anyone who you think might be
6   on the national council?
7          MR. KEZHAYA:  Object to speculation.
8   A.   I don't know.
9   Q.   Tell me what you know about the way the Satanic
10  Temple is organized, other than there's two cofounders,
11  there's a national council and there's state chapters?
12  A.   I don't understand the question.
13  Q.   Okay.  That's fair enough.  What is the
14  relationship between the national council and the state
15  chapters?
16  A.   The state chapters, from my understanding, any of
17  the, what would it be called, anything large events that
18  they organize, they need to run it through the national
19  council just to make sure it goes along with TST's
20  message.
21  Q.   And by "TST" you mean the Satanic Temple?
22  A.   Correct.
23  Q.   Okay.  Are you aware of whether state chapters
24  receive funding from the national council or from the
25  cofounders?

Page 70

1   A.   No, not to my knowledge.
2   Q.   Okay.  So to your knowledge, they do not receive
3   funding?
4   A.   Correct.
5   Q.   Okay.  Do local chapters send funding or send
6   money to the national council or to the cofounders?
7   A.   Not to my knowledge.
8   Q.   Okay.  Are donations sent in by individual members
9   to the national council or to the cofounders?
10  A.   There is a donation button on the website.
11  Q.   Okay.  To your knowledge, that goes to who?
12  A.   The Satanic Temple.
13  Q.   Okay.  And by "Satanic Temple" more specifically
14  who do those donations go to?
15  A.   I don't have any knowledge of that.
16  Q.   You don't know.
17       Okay.  Have you donated to the Satanic Temple?
18  A.   I purchased a T-shirt, a membership card, and my
19  ticket to that dinner was a donation to TST.
20  Q.   Okay.  That was all done online?
21  A.   The ticket for the dinner I paid for in person.
22  Q.   Okay.  But the others were online?
23  A.   Yes.
24  Q.   Go ahead.  I didn't mean to interrupt you.
25  A.   I believe that I paid for it in person.  I don't

Page 71

1   quite remember, but yeah.
2   Q.   Okay.  So just to go back just a minute.  You are
3   aware that there are other members of the Satanic Temple
4   in Arkansas?
5   A.   Yes.
6   Q.   Okay.  But as I understand your testimony, you do
7   not know the names of any of those people; is that
8   right?
9   A.   I don't know any of them personally.  And I don't
10  know their full names.
11  Q.   Okay.  So you do know some of the names of members
12  of the Satanic Temple in Arkansas?
13  A.   One I can recall.  But passed that, I don't know.
14  Q.   Okay.  And can you just give me the names of the
15  people you know?
16  A.   Hadrienne and it's either Flynn or Flint.
17  Q.   And how is it that you're aware that they're
18  members of the Satanic Temple?
19  A.   From online.
20  Q.   From online?
21  A.   Uh-huh.
22  Q.   Okay.  And so is there a way online that you can
23  know where members are located geographically?
24  A.   Not unless they specifically state it.
25  Q.   Okay.  How did you learn that there are other --

Page 72

1   that these members are in Arkansas?
2   A.   Because I've seen many people state it.
3   Q.   Okay.  Where is it that you've seen this stated?
4   A.   On Satanic Temple posts.
5   Q.   Okay.  And what explain to me when you say,
6   "Satanic Temple posts"?
7   A.   The Facebook page and on Twitter.
8   Q.   Okay.  Are you aware of any forum or discussion
9   group that the Satanic Temple runs that's not on a
10  general social media site, for example, not on Facebook,
11  not on Twitter?
12  A.   Not that I'm a part of.
13  Q.   Okay.  Are you aware that one exists?
14  A.   I know that one did.  I don't know if it still
15  does.
16  Q.   Okay.  What is Satanic Arkansas?
17  A.   That is a group that was originally -- they
18  originally displayed themselves as wanting to be part
19  and support the Satanic Temple.  After a brief period,
20  we realized that they did not have the same core values
21  that we did.
22       And so Mason and I, after getting to know these
23  people in a short sense, decided that we didn't want
24  anything to do with them, because that's -- they support
25  things that we don't.

18  (Pages 69 to 72)

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 73

1  Q.  Okay.  And what is it that they support that you
2  don't?
3  A.  They are more concerned with Antifa.  It seems
4  that they supported these things.  And they want to do
5  protests to things that we felt would inevidentably end
6  up being violent, and that is definitely not what we're
7  about.
8  Q.  Is Satanic Arkansas a chapter of the Satanic
9  Temple?
10  A.  No.
11  Q.  Is it an unofficial chapter?
12  A.  No.
13  Q.  Has it ever been a chapter or an unofficial
14  chapter of the Satanic Temple?
15  A.  It was briefly considered a friends of group,
16  which is a precursor to being a chapter.  But that
17  didn't last for longer than a month or so.  Several of
18  the members helped out with the Religious Freedom Rally.
19  And very shortly after that we all determined that it
20  wasn't a good fit.
21  Q.  Okay.  Have you ever been a member of Satanic
22  Arkansas?
23  A.  I considered myself a member of Satanic Arkansas
24  when I considered that to be Arkansas' TST group.  But
25  that was very brief lived.

Page 74

1  Q.  So based on your understanding today, there's no
2  relationship between Satanic Arkansas and the Satanic
3  Temple?
4  A.  Correct.
5  Q.  Okay.  And your understanding is that it was
6  shortly after what was called the Rally for the First
7  Amendment that that relationship dissolved?
8  A.  Yes.
9  Q.  Okay.  How did you come to be a plaintiff in this
10  lawsuit?
11  A.  It's something that's important to me.
12  Q.  Okay.  Were you asked to participate by someone
13  else?
14  A.  I volunteered.
15  Q.  Okay.  How did you hear about the idea for this
16  lawsuit?
17  A.  That was at the committee meeting where I met
18  Mason and Doug.
19  Q.  Okay.  Have you ever been involved in any other
20  lawsuit or legal proceeding?
21  A.  I don't believe so.
22  Q.  Have you had an action against you by the
23  Department of Finance?
24  A.  There was a tax lien that ended up being proved
25  wrong.  It took me forever to get off of there.  I had

Page 75

1  already closed the business.  And they sent me a tax
2  bill for the year after the business had been closed.
3  Q.  Okay.
4  A.  It took a while.
5  Q.  What business was that in relation?
6  A.  Erika Robbins Jewelry Design.
7  Q.  Okay.  And when did you have that business?
8  A.  2009, maybe 2008.  It was a long time ago.
9  Q.  Does that have any relation to the Freckled Frog?
10  A.  No.
11  Q.  Okay.  Was this a business that you owned
12  yourself?
13  A.  Yes.
14  Q.  Did you pay any taxes in relation to that action
15  by the Department of Finance?
16  A.  Not according to that action.  I got it expunged.
17  I proved that the business had already been dissolved.
18  Q.  Okay.  Any other legal proceeding or lawsuit that
19  you've been involved in?
20  A.  Not that I can remember.
21  Q.  Did you have any involvement with the making of
22  the movie Hail Satan?
23  A.  No.
24  Q.  You didn't participate with anyone who was
25  involved in making it?  Well, let me back up.

Page 76

1  You didn't -- you didn't appear in the movie,
2  correct?
3  A.  I am in a crowd in one point during the movie.
4  Q.  Okay.
5  A.  That's it.
6  Q.  Okay.  Which event is that?
7  A.  That's at the Reproductive Rally and then -- oh,
8  two times.  And then they showed a clip when we were at
9  the committee meeting.
10  Q.  Okay.
11  A.  I'm sitting in the back.
12  Q.  Okay.  So you were not involved with anyone who
13  was making the movie?
14  A.  Correct.
15  Q.  Okay.
16  A.  I know that we just had a break.  This coffee has
17  run through me all of a sudden.  Is that possible?
18  Q.  Absolutely.
19       THE VIDEOGRAPHER:  We're going off the
20  record at 11:42 a.m.
21       (A recess was had.)
22       THE VIDEOGRAPHER:  We're back on the
23  record at 11:54 a.m.
24  BY MR. CANTRELL:
25  Q.  Okay.  We're back on the record.  And you

19 (Pages 73 to 76)

Jeff Bennentt

Erika Robbins 3/2/2020                                    Donna Cave, et al. v. Anne Orsi, et al.

Page 77

1    understand you're still under oath?
2    A.    I do.
3    Q.    Okay.  Just a few questions to make sure I've
4    covered everything I wanted to cover.  You had testified
5    that you were I believe an Atheist before joining the
6    Satanic Temple?
7    A.    Correct.
8    Q.    Can you explain what is it that distinguishes
9    being an Atheist from your belief after you joined the
10   Satanic Temple?
11   A.    There's a code of ethics that TST goes by, the
12   seven tenets.  And I strongly identify with those.
13   Atheist doesn't have necessarily a community.  That's
14   one thing that I didn't know I was missing until I was
15   introduced to these people.  And that's one thing that I
16   really enjoy about it.
17   Q.    Okay.  Anything else?
18   A.    Not that I can think of off the top of my head.
19   Q.    You had mentioned the pursuit of knowledge?
20   A.    Yes.
21   Q.    Is that something that was new or did you have
22   that before?
23   A.    As a general person, yes.  But not to the extent
24   of it being a guiding principle of my life.
25   Q.    Okay.  And then after joining the Satanic Temple

Page 78

1    that became --
2    A.    Yes.
3    Q.    -- a guiding thing?
4    A.    Yes.
5    Q.    What did you say, a guiding principle?
6    A.    Guiding principle, yes.
7    Q.    And then about your visits to the -- to see the
8    Ten Commandments monument, have you had any other
9    visits to see the Ten Commandments monument that we
10   haven't spoken about?
11   A.    I did.  I remembered after Senator Rapert's
12   deposition we went to go visit the monument.
13   Q.    And who did you go with?
14   A.    With Mason and Matthew and Stu de Haan and Doug.
15   Q.    Anyone else?
16   A.    No.  Well, they had security with them, but I
17   don't remember the name.
18   Q.    Okay.  Security, you mean a security person?
19   A.    Yes.
20   Q.    Okay.  Was there one or two or --
21   A.    There were two.  I don't remember if both of them
22   went with us or not to the Capitol though.
23   Q.    Have you been to see any other monuments on the
24   Capitol grounds?
25   A.    I walked around and looked at almost all of them.

Page 79

1    Q.    Which ones do you recall?
2    A.    My favorite one is the Internal Flame.  I like
3    fire.  The Central High Nine, the Firefighters Memorial,
4    the Liberty Bell.  Those are the ones that I can recall
5    off the top of my head.  And the boulders, which I
6    thought those were interesting.
7    Q.    And you mentioned the Liberty Bell.  You like the
8    Liberty Bell?
9    A.    It's okay.
10   Q.    It's okay?
11   A.    Yeah.
12   Q.    Why is it -- why do you say that?
13   A.    Well, it has a message on it that I don't
14   necessarily agree with.  But it is the national motto,
15   so.
16   Q.    Okay.  What message?
17   A.    In God we trust.
18   Q.    Okay.  And how do you feel about you said you
19   don't necessarily agree with it?
20   A.    Well, it's saying that we trust in a God.  Not all
21   of we trust in a God.
22   Q.    Okay.  So are you as offended by that as you are
23   by the Ten Commandments monument?
24   A.    No.
25   Q.    Okay.  And why not?

Page 80

1    A.    The in God we trust is the national motto, whether
2    I like it or not.  I don't think that that has as much
3    an overtly religious context as commandments that are
4    sitting on state property telling me how to live.
5    Q.    Okay.  So then is there a difference between I am
6    the Lord thy God and in God we trust?
7    A.    Yes.
8    Q.    Okay.  How are those different, in your mind?
9    A.    I am the Lord thy God, thou shalt have no other
10   Gods before me, as a commandment, it's commanded.
11   Q.    Okay.  And in God we trust is different because
12   it's not a commandment?
13   A.    It's a slogan.
14   Q.    It's a slogan.
15         Okay.  It's hard for me to understand the
16   difference, I'll be honest, between saying in God we
17   trust and seeing the Ten Commandments monument.
18         So is there anything you can say to clarify that
19   other than it's a commandment?  If we're saying in God
20   we trust, is that not committing ourselves to God and
21   trusting in God?
22   A.    The national motto was changed from one that
23   included all people to that during the red scare.  I
24   think it was during the fifties.  It's a slogan.  I
25   don't agree with it, but it's not commanding me to do

20  (Pages 77 to 80)

Jeff Bennentt

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

|                          Page 81                          |                          Page 83                          |
|---|---|

**Page 81**

1 certain things.
2 Q. Okay. Have you been back to the Capitol grounds
3 recently?
4 **A. Not since after Senator Rapert's deposition.**
5 Q. Okay. Any other visits to the Capitol grounds
6 that you can recall?
7 **A. Not that I can think of.**
8 Q. Okay. Are you married?
9 **A. No.**
10 Q. Have you ever been married?
11 **A. No.**
12 Q. Where are you working now?
13 **A. I'm not.**
14 Q. Okay. How long have you been not working?
15 **A. 2008 officially since I've been working full-time.**
16 **Actually I didn't even work full-time in 2008. The last**
17 **time I worked full-time was in I believe 2006, before my**
18 **mother got sick.**
19 Q. Okay. So help me understand how that lines up
20 with the jewelry design business?
21 **A. I did that as a hobby.**
22 Q. Okay.
23 **A. I wanted to do something with it, but I didn't**
24 **quite have the stamina for it.**
25 Q. Okay. So it was a business, right, it was a for

**Page 82**

1 profit enterprise?
2 **A. With not much profit, yeah.**
3 Q. Okay. It was intended as a for profit enterprise.
4     And then the Freckled Frog, is that also intended
5 as a for profit enterprise?
6 **A. It was intended for people to be able to sell**
7 **their things that are made in Arkansas. We just want**
8 **enough money to keep the rent paid, the insurance paid**
9 **and the lights on.**
10 Q. Okay. And you don't derive any profit from --
11 **A. Correct.**
12 Q. -- the Freckled Frog?
13 **A. Correct.**
14 Q. Okay. I'm just going to show you a couple of
15 photographs. I guess I'll make this an exhibit.
16     (Deposition Exhibit 3 was marked.)
17 Q. All right. I'll show you what I marked as Exhibit
18 3.
19 **A. Okay.**
20 Q. Can you -- do you recognize that photograph?
21 **A. Yes.**
22 Q. Tell me what it is?
23 **A. That is -- I believe that's the day that the**
24 **monument was re-erected. That is Mason, Doug, Jeremy**
25 **and I.**

**Page 83**

1 Q. And who is Jeremy?
2 **A. Jeremy Brasher, he spoke at one of the public**
3 **comment hearings that I did not attend before they**
4 **passed all of the stuff to allow them to erect**
5 **(inaudible) on the property.**
6     THE COURT REPORTER: I'm sorry. Erect
7     what?
8 **A. That's a good question. I don't remember what I**
9 **just said. He spoke at one of the public hearings where**
10 **the public could actually comment on what they thought**
11 **about this. And that was before the monument was**
12 **approved.**
13 Q. And are you aware of whether Jeremy Brasher is a
14 member of the Satanic Temple?
15 **A. I don't know if he is anymore. I haven't spoken**
16 **with him in a long time.**
17 Q. Okay. And the other individuals you mentioned,
18 Hadrienne and Flynn or Flint.
19 **A. Yes.**
20 Q. You don't know them personally was your testimony,
21 right?
22 **A. Correct.**
23 Q. Do you know their last names by any chance?
24 **A. I don't even know if that is his real name.**
25 Q. Okay. For each, for Hadrienne -- are these two

**Page 84**

1 different people?
2 **A. That's one name.**
3 Q. Oh, okay. So Hadrienne Flynn or Flint?
4 **A. Hadrienne Flynn or Flint, that's one name.**
5 Q. I see. So it's a first name and a last name?
6 **A. Yes.**
7 Q. Okay. I'm glad I asked. So it could be a
8 pseudonym?
9 **A. Correct.**
10 Q. And then I'm going to show you another image here.
11     (Deposition Exhibit 4 was marked.)
12 Q. I'll mark this Exhibit 4. Do you recognize that?
13 **A. I do. That was during the time when Satanic**
14 **Arkansas was considered, for a brief period of time,**
15 **that Satanic Arkansas was considered friends of the**
16 **Satanic Temple group. And Megan, and I don't know her**
17 **real last name, Christina, I don't remember, I don't**
18 **know her real last name, and I met at Vino's and we were**
19 **discussing the Religious Rights Rally.**
20 Q. Okay. So it's Megan and Christina?
21 **A. Yes.**
22 Q. Were you all founders of Satanic Temple, or were
23 you involved in the creation of -- I'm sorry -- Satanic
24 Arkansas?
25 **A. Megan and Christina started Satanic Arkansas. And**

                                        21 (Pages 81 to 84)

                          Jeff Bennentt

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 85

1    at that point we were planning on everything being
2    merged, because we were under the impression that they
3    were going to follow along with the guidelines of TST.
4    Q.   Okay.
5    A.   And as soon as we realized they weren't we broke
6    away.
7    Q.   Okay.  And you say "we" you're referring to?
8    A.   Mason and I.
9             MR. CANTRELL:  Okay.  I think that's all
10            the questions I have for you right now.  We'll
11            pass the witness.
12            MR. KEZHAYA:  Gerry, between the two of
13            us I'm going to take longer than you.  Do you
14            plan on asking any questions?
15            MR. SCHULZE:  I plan on asking no
16            questions at this point.
17            MR. KEZHAYA:  Okay.
18            EXAMINATION
19   BY MR. KEZHAYA:
20   Q.   Erika, are you familiar with Jason Rapert?
21   A.   I am.
22   Q.   Does he make various comments on social media?
23   A.   He makes numerous comments on social media.
24   Q.   Are some of those comments related to TST?
25   A.   Yes.

Page 86

1    Q.   This Act 274 of 2017 that you testified to, if I
2    refer to it as the Usurping Act, do you know what I'm
3    talking about?
4    A.   I will now.
5    Q.   Okay.  Before the Usurping Act, did Rapert go on
6    Facebook and say, "It would be a cold day in hell,"
7    quote unquote, "a cold day in hell before we can have a
8    Baphomet monument?"
9    A.   Yes.
10   Q.   Okay.  Did you personally see that?
11   A.   Yes.
12   Q.   At the Ten Commandments unveiling did Rapert
13   attempt to get Lucien Greaves arrested?
14   A.   Yes.
15   Q.   What happened there?
16   A.   He made comments to the law officials that were
17   near us, claiming that he wanted them to check for a
18   warrant from Meridian, Mississippi to see if they could
19   detain him.
20   Q.   Was Doug arrested that day?
21   A.   No.
22   Q.   Is that because he does or doesn't have a warrant
23   outstanding, to your knowledge?
24   A.   To my knowledge, there was never a warrant issued.
25   Q.   Okay.  Let's talk about the Freckled Frog.  You're

Page 87

1    testifying honestly when you say that you are not
2    working with the Freckled Frog?
3    A.   Correct.
4    Q.   But you do acknowledge that being a for profit
5    business owner, there's a connection there.  Do you
6    understand that?
7    A.   I do understand the connection.  The profit is a
8    whole different story.
9    Q.   Yeah, I'm about to get to that.
10   A.   Okay.
11   Q.   Before we get to profits, because I think it's
12   pretty clear you're not getting any profits.  I want to
13   talk about time.
14   A.   Okay.
15   Q.   On a day-to-day basis, how much time do you spend
16   at the Freckled Frog?
17   A.   30 minutes at the most.
18   Q.   And is that an average or is that actually that's
19   the most that you ever spent on it?
20   A.   That's about the most that I ever spend on it.
21   Q.   In terms of an average; is it about 30 minutes, is
22   it less than 30 minutes?
23   A.   Per day?
24   Q.   Uh-huh.
25   A.   Less than 30 minutes.

Page 88

1    Q.   Okay.  If you were to take an average of the
2    entire year, would this be less than 5 minutes on
3    average on a regular day?
4    A.   I would say about that.
5    Q.   Okay.  What about on a weekly basis, given your
6    just average week, how much time involvement does
7    Freckled Frog take out of your week?
8    A.   An hour or two.
9    Q.   Okay.  Do you consider that working?
10   A.   No.
11   Q.   Okay.  And as you testified earlier, you don't
12   derive any profits from Freckled Frog?
13   A.   Correct.
14   Q.   During the second unveiling of the Ten
15   Commandments monument about how many people were in the
16   crowd?
17   A.   By the end probably close to 150.
18   Q.   Okay.  Did you recognize that crowd to be
19   predominantly religious in nature?
20   A.   The majority of them, yes.
21   Q.   Okay.  Of the people who were opposed to the
22   monument, were they opposed to it because the monument
23   is religious?
24   A.   That seemed to be the case.
25   Q.   So regardless if you were for the monument or you

22  (Pages 85 to 88)

Erika Robbins 3/2/2020                                    Donna Cave, et al. v. Anne Orsi, et al.

Page 89

1    were against it, would you say that everyone looked at
2    this monument and say it's a religious monument?
3    **A.   Correct.**
4    Q.   Okay.  Do you still have Exhibit 2 in front of
5    you?
6    **A.   I do.**
7    Q.   Okay.  You were talking about the trinity or the
8    eye of providence.  Do you see that on there?
9    **A.   Yes.**
10   Q.   What does the trinity mean?
11   **A.   The father, the son and the holy ghost.**
12   Q.   So the trinity is a religious symbol there?
13   **A.   Correct.**
14   Q.   And the eye of providence is a religious symbol
15   there?
16   **A.   Correct.**
17   Q.   And I believe you have testified to the
18   (inaudible) row on the bottom center?
19   **A.   Yes.**
20   Q.   And that's religious, right?
21   **A.   Right.**
22   Q.   The bird and flag is not religious, to your
23   knowledge?
24   **A.   Not to my belief.**
25   Q.   Does that make this monument not religious?

Page 90

1    **A.   No.**
2    Q.   Does that just indicate that it's the state
3    affiliating itself with religion to you?
4    **A.   Yes.**
5    Q.   On the whole, would you say that this monument is
6    the state affiliated --
7         MR. CANTRELL:  I'm going to object to
8         leading questions.
9    BY MR. KEZHAYA (CONT.):
10   Q.   Okay.  On the whole, would you say that this is an
11   affiliation of the state with Christianity?
12   **A.   Yes.**
13   Q.   Okay.  These Ten Commandments are not numbered,
14   are they?
15   **A.   No.**
16        MR. CANTRELL:  I'm going to have a
17        continuing objection to you've been leading
18        all over the place.
19        MR. KEZHAYA:  Sure.  I understand.
20   BY MR. KEZHAYA:
21   Q.   That first commandment, could you please read it?
22   **A.   Thou shalt have no other Gods before me.**
23   Q.   Is there something before that?
24   **A.   I am the Lord thy God.**
25   Q.   Do you understand those two to be connected?

Page 91

1    **A.   Yes.**
2    Q.   Could you read it in full, please?
3    **A.   I am the Lord thy God.  Thou shalt have no other**
4    **Gods before me.**
5    Q.   Does the State of Arkansas have any other
6    monuments on Capitol grounds of any other religious
7    deities or what have you?
8    **A.   No.**
9    Q.   So the State of Arkansas has a monument that says,
10   Thou shalt have no other Gods before me, and it's just
11   this one monument, right?
12   **A.   Correct.**
13   Q.   Okay.  Does this monument feel exclusionary to
14   you?
15   **A.   Yes.**
16   Q.   Why is that?
17   **A.   Because I don't believe in a God.  And it says**
18   **that I'm commanded to believe that I am the Lord thy**
19   **God.  I feel that it excludes anybody that doesn't**
20   **believe in this version of God.**
21   Q.   Do you feel like this monument is creating classes
22   of citizens; those who do and those who don't?
23   **A.   Definitely.**
24   Q.   Do you feel like there's a preference among those
25   classes?

Page 92

1    **A.   Yes.**
2    Q.   Who is the preferred class?
3    **A.   The ones represented by this monument.**
4    Q.   Okay.  TST attempted to put up a competing
5    monument, right?
6    **A.   Correct.**
7    Q.   Do you know the circumstances that was TST's
8    attempt to put up a Baphomet monument?
9    **A.   Please explain?**
10   Q.   I'm asking if you know just the history of what
11   happened when TST attempted to put a Baphomet monument
12   up?
13   **A.   I know that they went through the Grounds**
14   **Commission, and the design was approved.  They were able**
15   **to -- I was present when a space was picked to put the**
16   **monument.  And then the goal post moved, and it required**
17   **a sponsor from a legislator before we could go any**
18   **further.**
19   Q.   Do you know mechanically what happened that the
20   goal post moved?
21   **A.   Legislation was passed requiring a sponsor.**
22   Q.   Okay.  Does TST have the political clout to get
23   sponsorship in the legislature?
24   **A.   No.**
25   Q.   Did that legislation affect anyone else, to your

23  (Pages 89 to 92)

Jeff Bennentt

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 93

1   knowledge?
2   **A.   It affected -- to my knowledge, it affected the**
3   **Freedom from Religion Foundation and their application**
4   **for the wall of separation as well.**
5   Q.   Okay.
6   **A.   There may be other groups that I'm not unaware of.**
7   Q.   Okay.  You talked about some circumstances that
8   took you up to Salem as well.  Did these all happen
9   about the same time of year?
10  **A.   Except for one.  Other than one trip in the**
11  **spring, I've gone in October for the last three years.**
12  Q.   Was it a coincidence that you went up in October
13  for the last three years?
14  **A.   Kind of.  I like Salem at that time of the year.**
15  **And they just happened to have events that I wanted to**
16  **participate in at that time of the year.**
17  Q.   Do they have events year around?
18  **A.   They do.**
19  Q.   Okay.  Are the October events, do they generally
20  run a theme?
21  **A.   Not anything that's much different than any other**
22  **time of the year.**
23  Q.   Okay.  What is, if anything, special about October
24  that brings you up there?
25  **A.   All of the history that goes along with the Salem**

Page 94

1   **witch trials and the celebrations, and all of the life**
2   **that's pumped into that town during that time of the**
3   **year.**
4   Q.   Is there a holiday of some sort around October
5   that triggers all this or is it just --
6   **A.   Halloween does for Salem.**
7   Q.   Okay.  And is that Salem as the town or the
8   headquarters specifically?
9   **A.   As the town.**
10  Q.   Is October like a tourist season time of the year
11  for --
12  **A.   Yes.**
13  Q.   Okay.  You talked a little bit about Satanic
14  panic, but for benefit of the record, what was the
15  Satanic panic?
16  **A.   Satanic panic was a bunch of stories that were**
17  **created during the I believe late seventies and early**
18  **eighties that demonized different beliefs, and made up**
19  **stores blaming things on Satan and Satanic activity that**
20  **were never proven to be true.**
21  Q.   Did these stories impact people's lives?
22  **A.   Yes.**
23  Q.   Is there a connection in TST's mind between the
24  Satanic panic and the Salem witch trials?
25  **A.   I do not know.**

Page 95

1   Q.   Okay.  What about in yours?
2   **A.   In mine, yes.  I would see it as something that**
3   **people don't understand.  That they have an immediate**
4   **knee-jerk reaction to.**
5   Q.   And does that knee-jerk reaction sometimes
6   adversely affect people?
7   **A.   Yes.**
8   Q.   Okay.  Earlier you were talking about how TST is
9   different from Atheistism.  Do you remember that?
10  **A.   Yes.**
11  Q.   When you were an Atheist, did that have an
12  affirmative meaning to you?
13  **A.   No.**
14  Q.   Was it just the absence of belief?
15  **A.   Correct.**
16  Q.   TST is it different?
17  **A.   It is, in that there is a code of ethics that's**
18  **set down and a community, and a way to discuss the way**
19  **you see the outside world or the world in general.**
20  Q.   And would you consider that an affirmative
21  message?
22  **A.   Yes.**
23        MR. CANTRELL:  Continuing objection to
24        all the leading questions.
25  Q.   Does TST bring joy to your life in a way that

Page 96

1   Atheistism didn't?
2   **A.   It does.**
3   Q.   Does TST replace for you the feeling of a sense of
4   God?
5   **A.   Yes.**
6   Q.   We talked a little bit about pseudonyms.  Are
7   pseudonyms common in TST?
8   **A.   Very.**
9   Q.   Why is that?
10  **A.   A lot of people don't want to reveal their birth**
11  **name, because they are worried about how it's going to**
12  **impact their employment, how it's going to impact their**
13  **family.**
14  Q.   Is there a stigma generally with being considered
15  an out-Satanist?
16  **A.   Yes.**
17  Q.   Is there anything else that we have not talked
18  about today that you think we should know?
19  **A.   Not that I can currently think of.**
20        MR. KEZHAYA:  I'll pass the witness.
21        MR. SCHULZE:  No questions.
22        MR. CANTRELL:  Give me one minute,
23        please.
24              RE-EXAMINATION
25  BY MR. CANTRELL:

24  (Pages 93 to 96)

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 97

```
 1    Q.   Ms. Robbins, I believe you said that you attended
 2   a hearing for the Gold Star Families; is that right?
 3    A.   Correct.
 4    Q.   Are you aware that the legislation Act 274
 5   affected the Gold Star monument?
 6    A.   That they got a sponsor for that one.
 7    Q.   Are you aware that that monument was affected by
 8   the legislation?
 9    A.   I'm aware that that monument was approved after
10   the fact, so therefore it would have had to have gotten
11   legislation.
12    Q.   Okay.  So I think the answer to your question, to
13   my question is, yes, you're aware that the Gold Star
14   Family monument was affected by Act 274; is that right?
15    A.   It would have had to have been.
16    Q.   Okay.  And as far as the Satanic panic so-called
17   is concerned, your knowledge of Satanic panic comes from
18   films and information that you've received from the
19   Satanic Temple; is that right?
20    A.   Not just from the Satanic Temple.
21    Q.   Okay.  What other sources of information have you
22   looked at?
23    A.   My own research.
24    Q.   And where have you conducted that research?
25    A.   Online.
```

Page 98

```
 1    Q.   What sources have you used?
 2    A.   The internet.
 3    Q.   What sources on the internet specifically?
 4    A.   Too numerous.
 5    Q.   Okay.
 6          MR. CANTRELL:  I believe that's all the
 7   questions I have.
 8          MR. KEZHAYA:  No further questions from
 9   TST.
10          MR. SCHULZE:  No further questions.
11          THE VIDEOGRAPHER:  The deposition is
12   concluded at 12:23 p.m.
13          (WHEREUPON, the deposition was concluded
14   at 12:23 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

Page 99

```
 1          C E R T I F I C A T E
 2   STATE OF ARKANSAS*
              ss    *
 3   COUNTY OF SALINE *
 4       I, JEFF BENNETT, Certified Court Reporter, a
     Notary Public in and for the aforesaid county and state,
 5   do hereby certify that the witness, ERIKA ROBBINS, was
     duly sworn by me prior to the taking of testimony as to
 6   the truth of the matters attested to and contained
     therein; that the testimony of said witness was taken by
 7   me in machine shorthand notes and was thereafter reduced
     to typewritten form by me or under my direction and
 8   supervision; that the foregoing transcript is a true and
     accurate record of the testimony given to the best of my
 9   understanding and ability.
10       In accordance with Rule 30(e) of the Rules of
     Civil Procedure, review of the transcript was requested
11   by the deponent or a party thereto.
12       I FURTHER CERTIFY that I am neither counsel for,
     related to, nor employed by any of the parties to the
13   action in which this proceeding was taken; and, further,
     that I am not a relative or employee of any attorney or
14   counsel employed by the parties hereto, nor financially
     interested, or otherwise, in the outcome of this action;
15   and that I have no contract with the parties, attorneys,
     or persons with an interest in the action that affects
16   or has a substantial tendency to affect impartiality,
     that requires me to relinquish control of an original
17   deposition transcript or copies of the transcript before
     it is certified and delivered to the custodial attorney,
18   or that requires me to provide any service not made
     available to all parties to the action.
19
         GIVEN UNDER MY HAND AND SEAL OF OFFICE on this
20   9th day of April, 2020.
21
22          _____
            Jeff Bennett, CCR, LS No. 19, Notary
23          Public in and for Saline County, Arkansas

     My Commission expires November 29, 2020.
24
25
```

Page 100

```
 1        ERRATA SHEET OF ERIKA ROBBINS
 2
 3   PAGE # | LINE # |  ERROR  | CORRECTION & REASON
 4          |        |         |
 5          |        |         |
 6          |        |         |
 7          |        |         |
 8          |        |         |
 9          |        |         |
10          |        |         |
11          |        |         |
12          |        |         |
13          |        |         |
14          |        |         |
15          |        |         |
16          |        |         |
17          |        |         |
18          |        |         |
19          |        |         |
20          |        |         |
21          |        |         |
22          |        |         |
23          |        |         |
24          |        |         |
25          |        |         |
```

                              25 (Pages 97 to 100)

Jeff Bennentt

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 101

1          WITNESS SIGNATURE PAGE
2
3          I, ERIKA ROBBINS, the witness, hereby certify that
4      I have thoroughly read the transcript of my deposition
5      taken on the 2nd day of March, 2020, and have made any
6      necessary changes or corrections to make the transcript
7      a true and accurate accounting of my testimony given on
8      that day.
9
10
11                    Signature
12
                      Date
13
       *******************************
14
       STATE OF          *
15                       * ss.
       COUNTY OF         *
16
17         SUBSCRIBED AND SWORN TO before me, a Notary Public
18     in and for          County,          .
19     Given under my hand and seal of office on this      day
20     of          , 2020.
21
22
23
24     My commission expires              .
25

Page 102

1          REPORTER'S CERTIFICATION OF CERTIFIED COPY
2
3          I, JEFF BENNETT, LS No. 19, Certified Court
4      Reporter in the State of Arkansas, certify that the
5      foregoing pages 1 through 98 constitute a true and
6      correct copy of the original deposition of ERIKA ROBBINS
7      taken on March 2, 2020.
8          I declare under penalty of perjury under the laws
9      of the State of Arkansas that the foregoing is true and
10     correct.
11         Dated this 9th day of April, 2020.
12
13     _Jeff Bennett_____
       Jeff Bennett, CCR, LS No. 19, Notary
14     Public in and for Saline County, Arkansas
15     My Commission expires November 29, 2020.
16
17
18
19
20
21
22
23
24
25

                              26 (Pages 101 to 102)

                        Jeff Bennentt
Bushman Court Reporting                        501-372-5115

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 103

**A**

**a.m** 2:24 4:8 5:3
  30:10,13 55:1
  55:4 76:20,23
**A/K/A** 1:9
**ability** 99:9
**able** 13:14 28:20
  82:6 92:14
**absence** 95:14
**Absolutely**
  76:18
**accepted** 65:7
**accident** 10:25
**accompany**
  24:12
**account** 10:2,3
**accounting**
  101:7
**accurate** 99:8
  101:7
**acknowledge**
  87:4
**act** 49:4 51:11
  52:10,10 53:10
  53:17,22 54:4
  54:9 86:1,2,5
  97:4,14
**action** 50:7 51:7
  74:22 75:14,16
  99:13,14,15,18
**actions** 50:3,3
**activity** 47:13
  48:19 94:19
**actual** 17:24
**address** 57:15
**adult** 54:12
**adversely** 95:6
**affect** 92:25 95:6
  99:16
**affiliated** 90:6
**affiliating** 90:3
**affiliation** 90:11
**affirmative**
  95:12,20
**affirmed** 4:17
**aforesaid** 99:4
**Agnostic** 16:11

**ago** 6:18 75:8
**agree** 48:23 49:2
  50:9 57:21,23
  79:14,19 80:25
**AGREED** 4:10
**ahead** 9:4 25:16
  48:4 49:15
  54:22 70:24
**ailment** 53:6,9
  53:16
**al** 5:10,11
**Alabama** 44:2
**alcohol** 8:13
**aliases** 6:23
**allegations** 52:5
**alleged** 52:11
**allow** 83:4
**allowed** 52:18
**Alltel** 10:1,3,6
**Amendment**
  74:7
**American** 1:5
  38:7,23 39:3
**Anne** 1:5 5:9
  26:13
**Annie** 26:13
**answer** 7:17 8:1
  14:21,23 43:17
  49:13,15,15
  97:12
**answered** 50:1
  55:22
**answering** 7:16
**answers** 4:1 7:5
  7:10
**Antifa** 73:3
**anybody** 24:15
  24:20,22 91:19
**anymore** 49:22
  83:15
**anyone's** 26:4,17
  26:19
**anyway** 40:6
**appear** 36:24
  76:1
**appearance**
  50:13

**APPEARAN...**
  1:16 2:1
**appearing** 5:21
**application** 21:8
  66:25 68:10
  93:3
**applied** 10:22
**appreciate** 10:5
**appropriate**
  54:11
**approval** 52:13
**approved** 52:17
  83:12 92:14
  97:9
**April** 99:20
  102:11
**archaic** 40:13
**area** 9:22 27:10
  27:13 35:3
**Arkansas** 1:1,6
  1:12,19,23 2:3
  2:4,23,23,24
  4:6,6,8 5:4,6
  5:12 6:1 9:20
  10:10 12:17
  20:8,10,13,18
  25:5,9,11
  38:23 42:14
  43:25 50:19,21
  51:8,11 52:8
  68:11,14 71:4
  71:12 72:1,16
  73:8,22,23
  74:2 82:7
  84:14,15,24,25
  91:5,9 99:2,22
  102:4,9,14
**Arkansas'** 44:23
  73:24
**arrange** 46:9
**arrested** 86:13
  86:20
**artists** 12:13,22
  12:24
**Arts** 25:11,12
  46:25 52:8
  58:9,18 59:7

67:22
**ashes** 66:11
**aside** 21:7 25:17
  68:23
**asked** 7:25 48:12
  48:14 74:12
  84:7
**asking** 7:17,25
  13:7 17:4
  25:21 53:5
  55:23 85:14,15
  92:10
**aspects** 37:4
  45:17
**Assembly** 52:8
**assist** 68:9
**associated** 12:3
**association** 1:5
  12:6
**assume** 37:9,15
**Atheist** 16:11
  18:10,19,21
  77:5,9,13
  95:11
**Atheistism** 95:9
  96:1
**attempt** 49:18
  86:13 92:8
**attempted** 92:4
  92:11
**attend** 8:25 9:8
  63:17 67:23
  83:3
**attended** 21:7,11
  21:13 22:5
  58:11 60:17,20
  60:21,21 68:5
  97:1
**attested** 99:6
**attorney** 2:3,24
  4:7 5:4 6:1,18
  14:13 53:4
  99:13,17
**attorney/client**
  14:17,23 15:1
**attorneys** 99:15
**attribute** 37:3,6

**auto** 10:14,23
**available** 99:18
**average** 87:18
  87:21 88:1,3,6
**aware** 43:13,24
  44:19 45:6,10
  45:18,20,20
  46:23 47:8,11
  47:13 48:19
  51:4,8 69:23
  71:3,17 72:8
  72:13 83:13
  97:4,7,9,13
**awful** 25:23

**B**

**back** 9:20,25
  18:16 20:16,16
  27:21 30:12,15
  43:9 46:3
  48:24 55:3,6
  62:4 66:6 71:2
  75:25 76:11,22
  76:25 81:2
**background**
  8:19
**bad** 23:16
**badger** 17:21
  26:15
**Baker** 1:21,22
  5:22,22 47:2
**ban** 23:1
**Baphomet** 49:7
  52:17 68:10
  86:8 92:8,11
**baptism** 64:3
  66:13
**based** 55:22 74:1
**basis** 29:10
  87:15 88:5
**bear** 64:22
**becoming** 59:21
**began** 10:13
  11:21 18:22
**beginning** 20:17
  20:17 50:5
**behalf** 5:21,22

Erika Robbins 3/2/2020 — Donna Cave, et al. v. Anne Orsi, et al.

**beings** 17:25
**belief** 16:8 55:19
  55:21 65:12
  77:9 89:24
  95:14
**beliefs** 16:7,25
  17:4 18:6,8,9
  55:10 66:7
  94:18
**believe** 14:10
  16:20,25 17:3
  17:14,23,24
  19:14 22:2,6
  26:9 32:19
  34:4 38:21
  41:7 50:10,14
  50:18,21 52:10
  56:8 57:14
  65:7,12,15,16
  68:15 70:25
  74:21 77:5
  81:17 82:23
  89:17 91:17,18
  91:20 94:17
  97:1 98:6
**believes** 39:16
  39:17
**believing** 18:22
**Bell** 79:4,7,8
**bench** 33:24
**benefit** 52:2
  94:14
**Bennett** 2:22 4:4
  5:15 99:4,22
  102:3,13
**Bentonville** 1:19
**best** 7:14,22
  20:24 99:8
**better** 41:1
  65:13
**beyond** 40:8
**Bible** 40:16,17
**Biblical** 37:10
**bill** 75:2
**billing** 10:20,21
**bird** 38:7,9
  89:22

**birth** 6:20 96:10
**Biscayne** 1:23
**bit** 10:24 11:12
  30:20 34:5
  49:8 94:13
  96:6
**blaming** 94:19
**blanket** 27:8
**bottom** 24:1
  38:12 89:18
**boulders** 79:5
**bound** 66:3
**Brasher** 83:2,13
**break** 7:23 8:2
  30:3,5 54:22
  76:16
**brief** 72:19
  73:25 84:14
**briefly** 73:15
**bring** 30:4 95:25
**brings** 93:24
**broad** 37:4
**broke** 43:9
  54:21 85:5
**building** 20:11
  23:2,8 24:8
  28:6 31:3,15
  31:18
**bunch** 94:16
**burn** 65:20
**burning** 43:11
**bush** 43:7,11
**Bushman** 2:22
**business** 12:20
  75:1,2,5,7,11
  75:17 81:20,25
  87:5
**button** 70:10
**buy** 64:24

———————
**C**
**C** 99:1,1
**call** 10:2 16:24
  46:11,12
**called** 12:3 24:7
  46:13 66:18
  69:17 74:6

**Cantrell** 2:2 3:4
  3:6 5:19,24,25
  6:7,13,17
  14:20,25 15:5
  15:8,11,14,16
  15:17 30:2,8
  30:14 47:5
  51:20,23 52:1
  52:3 54:20
  55:5 76:24
  85:9 90:7,16
  95:23 96:22,25
  98:6
**Capacity** 1:12
  5:13
**Capitol** 20:8,10
  20:11,14,19,25
  21:2,5 22:9,9
  22:20 23:25
  24:10,13 25:4
  26:18,22 27:9
  27:20,21,22,24
  27:25 28:1,6,9
  28:11,12 29:1
  29:5,8 30:17
  30:21,22,24,25
  31:3,11,15
  32:18 33:4
  34:25 35:12,17
  35:18 42:14,24
  44:1 46:7,15
  50:16 52:8,18
  58:18 59:7
  66:25 67:22
  68:11 78:22,24
  81:2,5 91:6
**captured** 48:2
**car** 35:17
**card** 70:18
**care** 11:10,13
**career** 11:7
**carried** 43:8
**case** 1:11 5:7
  14:4 51:14
  88:24
**cause** 4:3
**caused** 51:8 58:1

**causes** 50:11,14
**cautioned** 4:17
**Cave** 1:4 5:8
**CCR** 99:22
  102:13
**Cecil** 42:2,16
  45:14
**celebrations**
  94:1
**center** 2:3,24 4:7
  5:5 10:2 89:18
**Central** 1:2 79:3
**ceremonies** 34:7
  47:8
**ceremony** 34:9
  34:10 48:7
**certain** 52:7
  67:5 81:1
**Certificate** 2:22
  3:23 4:5
**CERTIFICA...**
  102:1
**certified** 2:22
  4:4 99:4,17
  102:1,3
**certify** 99:5,12
  101:3 102:4
**chance** 51:13
  83:23
**change** 11:7
**changed** 52:6,12
  80:22
**changes** 101:6
**chapter** 73:8,11
  73:13,14,16
**chapters** 68:24
  69:11,15,16,23
  70:5
**characterize**
  16:5,6,8
**check** 56:25 57:9
  86:17
**cheering** 47:18
  48:16
**child** 41:17 42:9
**CHIP** 1:21
**chosen** 31:20

**Chris** 60:8
**Christ** 38:18,20
**Christian** 16:11
  37:24 38:1
  42:1 66:12
**Christianity**
  90:11
**Christina** 84:17
  84:20,25
**church** 42:24
**circled** 37:20
**circumstances**
  59:20 92:7
  93:7
**Circus** 25:5,9,11
  25:12
**citizens** 91:22
**Civil** 4:13 6:16
  99:10
**claim** 10:13
**claiming** 86:17
**clarify** 39:15
  51:7 80:18
**class** 92:2
**classes** 91:21,25
**clear** 7:9 87:12
**client** 15:3,7,8
  15:12
**clinic** 11:11,14
**clip** 59:9 76:8
**close** 32:20 33:4
  34:4 35:10
  88:17
**closed** 75:1,2
**closest** 25:20
**clout** 92:22
**co-op** 12:16,19
**co-own** 13:8
**co-owner** 12:7,8
  12:10,14 13:2
  13:6,13
**code** 77:11 95:17
**codes** 10:20,20
**coding** 10:13
**coerced** 50:23
  51:1,4,9
**coffee** 76:16

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 30 of 46

Erika Robbins 3/2/2020                                    Donna Cave, et al. v. Anne Orsi, et al.

Page 105

cofounders 68:22 69:10,25 70:6,9
coincidence 93:12
cold 86:6,7
college 8:20,25 9:8,14,18
Colorado 9:1,1 9:5
come 7:11 12:24 45:21 46:12 66:10 74:9
comes 97:17
coming 18:9
command 40:3
commanded 39:11 80:10 91:18
commanding 80:25
commandment 19:14 39:10 80:10,12,19 90:21
commandments 19:2,5,9,18 20:4 31:25 32:4,6 33:11 34:21 35:9 36:25 39:6,7 39:18 40:20,24 41:8,16,21 42:3,8,17,22 43:1,3,13,24 45:7,21 46:1,4 46:17 47:9 50:11,11,15,17 50:24 51:2,5,9 53:7,20,25 54:7 58:12,14 58:20,24 59:6 59:9,10 67:3 78:8,9 79:23 80:3,17 86:12 88:15 90:13
commands

19:14 50:19
commencing 2:24
comment 48:11 48:15 83:3,10
commentary 46:24
comments 48:7 85:22,23,24 86:16
commission 46:15,18,21,25 52:9 58:9,19 59:7 67:23 92:14 99:23 101:24 102:15
committee 56:9 59:22 74:17 76:9
committing 80:20
common 96:7
communication 57:16
community 77:13 95:18
competing 92:4
complaint 51:14 51:18 52:2,5 52:11
complete 8:11
concerned 73:3 97:17
concluded 98:12 98:13
conclusion 48:9
conducted 6:15 97:24
confirm 57:10
confirmation 57:13
connected 90:25
connection 58:8 61:11 67:4 87:5,7 94:23
consider 18:24 36:14 39:24

52:19 54:11 88:9 95:20
considered 18:5 18:10,20 73:15 73:23,24 84:14 84:15 96:14
consignment 12:21,23
consisted 66:23
consistent 22:10
Consolidated 1:8 5:10
constitute 102:5
construct 17:16 17:17,18
consulting 52:2
CONT 52:3 90:9
contacted 67:2
contained 55:15 99:6
context 41:18 80:3
continue 66:8
CONTINUED 2:1
continuing 50:7 90:17 95:23
contract 99:15
control 43:10 99:16
conversation 7:9
conversations 14:19 15:2,19 36:11
copies 99:17
copy 102:1,6
core 72:20
correct 7:6 17:6 17:15 18:4 19:1 22:16,17 28:14 31:16 32:13 33:12,21 34:22 35:13 37:18 42:21 45:16 49:1 57:5 58:10,13 58:17 59:15

62:19 64:7 69:22 70:4 74:4 76:2,14 77:7 82:11,13 83:22 84:9 87:3 88:13 89:3,13,16 91:12 92:6 95:15 97:3 102:6,10
CORRECTION 100:3
corrections 101:6
cost 64:22 65:2,4
council 68:24,25 69:1,3,6,11,14 69:19,24 70:6 70:9
counsel 4:11 5:16 47:4 99:12,14
counseling 53:25 54:4
counting 29:11
country 41:25 45:13
county 4:6 99:3 99:4,22 101:15 101:18 102:14
couple 32:18 82:14
court 1:1 2:22 2:22 4:4 5:15 7:8 45:24 83:6 99:4 102:3
courtside 27:9
cover 41:13 77:4
covered 67:10 67:11 77:4
crab 21:5
created 94:17
creating 91:21
creation 84:23
crowd 76:3 88:16,18
current 18:9

currently 66:6 96:19
curved 37:5
custodial 99:17
cut 7:15 62:15

___

**D**

D 3:1
Darryl 1:21 5:22
date 5:2 6:20 101:12
Dated 102:11
dates 22:1
David 38:15
day 4:3 23:16,20 26:20 32:7,16 32:22 33:2,7 33:19,23 34:20 35:4,20,21 46:3 47:15 82:23 86:6,7 86:20 87:23 88:3 99:20 101:5,8,19 102:11
day-to-day 10:17 87:15
de 78:14
decided 12:15 72:23
declare 102:8
Defendant 1:13 2:7 4:2 5:25 6:3,5,19
Defendants 5:10
definitely 73:6 91:23
degree 9:12
deities 91:7
delivered 99:17
DeMille 42:2 45:15
DeMille's 42:17
demonized 94:18
dental 10:14
Department

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 31 of 46

Erika Robbins 3/2/2020                                    Donna Cave, et al. v. Anne Orsi, et al.

Page 106

74:23 75:15
**depending** 12:22
**depicted** 46:1
**deponent** 99:11
**deposed** 6:25
**deposition** 1:15
4:1,12 5:3 6:15
7:21 13:20
15:21 30:4,19
36:21 78:12
81:4 82:16
84:11 98:11,13
99:17 101:4
102:6
**depositions**
13:23,24 14:3
14:6 20:9 22:6
26:8 30:18
**derive** 13:2
82:10 88:12
**describe** 12:18
12:20 20:25
36:12 48:20
**describing** 12:19
**design** 75:6
81:20 92:14
**designated** 4:13
**destruction**
63:14,18 65:8
**detain** 86:19
**determined**
73:19
**diagnosis** 10:20
11:24
**DIETZ** 1:6
**difference** 80:5
80:16
**different** 21:19
36:3 37:15
41:4,5,12
45:25 49:8
62:1 63:1,15
80:8,11 84:1
87:8 93:21
94:18 95:9,16
**difficult** 7:20
**dinner** 62:2

64:11,12 65:1
70:19,21
**direct** 35:1
**direction** 99:7
**disappointing**
65:14
**discuss** 95:18
**discussing** 84:19
**discussion** 72:8
**display** 45:7
**displayed** 72:18
**dissolved** 74:7
75:17
**distinguishes**
77:8
**DISTRICT** 1:1
1:1
**DIVISION** 1:2
**divisive** 49:4,9
49:16,20,22,24
50:2,8
**doing** 10:25
**donated** 39:3
70:17
**donation** 70:10
70:19
**donations** 65:7
70:8,14
**Donna** 1:4 5:8
**Doug** 1:9 34:14
46:5,10,14
48:11,14 60:3
68:5 74:18
78:14 82:24
86:20
**downstairs**
23:25
**draw** 13:13
**drive** 1:23 27:10
**driving** 35:11,17
**due** 53:19,22
**duly** 4:16 99:5

**E**

**E** 1:21 3:1 99:1,1
**eagle** 38:3,7
**Eagles** 45:11

**earlier** 34:5
58:23 88:11
95:8
**early** 28:19
34:16 94:17
**east** 28:7
**EASTERN** 1:1
**eat** 21:5,6 26:23
27:6 29:1,15
29:19,22
**education** 9:22
58:3
**educational** 8:19
**effect** 66:13,14
**eighties** 94:18
**either** 7:12
13:13 38:13,21
46:11 62:5
65:14 71:16
**elaborate** 40:1
**elementary**
18:23
**email** 56:25 57:9
57:10,13,15
**employed** 99:12
99:14
**employee** 99:13
**employment**
96:12
**empty** 35:5
**encountered**
42:22
**ended** 10:13
74:24
**English** 40:12
**enjoy** 31:22
77:16
**enterprise** 82:1
82:3,5
**entire** 88:2
**entirety** 50:2
**entitled** 5:8
**entity** 16:21
**equally** 44:22
**erect** 83:4,6
**erected** 35:23
**Erika** 1:9,15 3:2

4:1,12,15 5:14
6:22 75:6
85:20 99:5
100:1 101:3
102:6
**Erikanicolero...**
57:17
**ERRATA** 100:1
**ERROR** 100:3
**ESQ** 1:18,21,22
2:2,2,5
**estimate** 29:9
**et** 5:10,11
**ethical** 40:20,25
41:8
**ethics** 77:11
95:17
**EUGENE** 1:6
**event** 21:17
23:11,13 24:16
25:3 26:7 48:1
61:12 76:6
**events** 21:18
22:19 24:21
26:5,18 52:7
60:18,20 61:24
64:25 66:15
67:13,13 69:17
93:15,17,19
**evolving** 55:13
**exact** 22:1
**exactly** 9:16
11:5 14:1 24:1
26:14,23 34:8
44:5 46:20
57:23 62:14
**Examination**
3:4,5 6:12
85:18
**example** 50:20
72:10
**excludes** 91:19
**exclusionary**
91:13
**excuse** 35:20
**exhibit** 3:13,14
3:15,16 30:16

30:19 36:20,21
51:19 82:15,16
82:17 84:11,12
89:4
**EXHIBITS** 3:12
**existence** 16:20
**existing** 17:1
**exists** 17:24
72:13
**expires** 99:23
101:24 102:15
**explain** 16:16
45:23 65:13
72:5 77:8 92:9
**expressed** 40:11
**expunged** 75:16
**extent** 77:23
**eye** 37:19,21,24
38:2 89:8,14

**F**

**F** 99:1
**Facebook** 72:7
72:10 86:6
**faces** 26:3
**facing** 24:10
27:23 28:9,10
**fact** 41:7 57:10
97:10
**fair** 8:2 9:18
69:13
**faiths** 45:25 46:2
**fall** 27:2 28:15
61:9,10
**familiar** 19:2
26:3 41:22
42:2 44:16
51:11 52:12
85:20
**families** 68:3
97:2
**family** 65:14
96:13 97:14
**far** 9:6 10:23,24
46:25 65:12
97:16
**father** 9:5 50:20

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 32 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 107

89:11
**fault** 10:25
**favorite** 21:3
  79:2
**Federal** 4:13
  6:16
**feel** 28:20 39:10
  50:1,1 53:13
  79:18 91:13,19
  91:21,24
**feeling** 96:3
**felt** 23:15 53:12
  73:5
**fictional** 17:16
  17:19 18:3
**field** 9:10
**fifties** 80:24
**figure** 9:16,17
  11:23
**file** 49:10
**filed** 51:14 52:5
  66:25
**filing** 49:3
**fill** 57:7
**filled** 67:1
**film** 42:18,18
**films** 97:18
**finally** 11:24
**Finance** 74:23
  75:15
**financially**
  99:14
**find** 49:16,22
**finish** 7:17,25
**fire** 79:3
**Firefighters**
  79:3
**firmly** 17:3
**first** 2:5 6:2
  10:19 19:5,9
  19:14,19,24,25
  20:21 26:1
  32:7 39:10,25
  40:9 41:15
  58:7 61:14,17
  62:8 63:8
  64:13 68:4,5

74:6 84:5
  90:21
**fit** 73:20
**five** 14:10 29:11
**flag** 38:4,7,8,10
  89:22
**Flame** 33:3 79:2
**flew** 64:16,17
**flights** 64:22
**Flint** 71:16
  83:18 84:3,4
**Flynn** 71:16
  83:18 84:3,4
**follow** 17:5 41:8
  85:3
**follows** 4:19
  17:2
**food** 34:25
**force** 50:12,15
  51:1
**foregoing** 99:8
  102:5,9
**foreign** 37:11
**forever** 74:25
**form** 43:21 57:7
  99:7
**forms** 23:23
  40:13
**forum** 72:8
**foundation** 1:6
  38:24 39:4
  51:24 93:3
**founders** 84:22
**four** 29:11 32:21
  61:22 68:22
**frame** 18:18
  20:22,23 48:7
  62:18
**Fraternal** 45:11
**Freckled** 12:4
  12:11,18 13:3
  13:8 75:9 82:4
  82:12 86:25
  87:2,16 88:7
  88:12
**Freedom** 1:5
  73:18 93:3

**FREETHINK...**
  1:6
**friends** 24:17
  25:20 65:15
  73:15 84:15
**Frog** 12:4,11,18
  13:3,8 75:9
  82:4,12 86:25
  87:2,16 88:7
  88:12
**front** 22:9,12,13
  22:14 27:20,22
  27:23 28:9,10
  31:12,14 34:10
  89:4
**full** 8:10 71:10
  91:2
**full-time** 11:13
  81:15,16,17
**funding** 69:24
  70:3,5
**further** 92:18
  98:8,10 99:12
  99:13

---

**G**
**GALE** 1:6
**Gary** 2:2 6:4
**general** 5:4 52:8
  72:10 77:23
  95:19
**General's** 2:3,24
  4:7 6:1,18
**generally** 25:17
  25:23 27:5
  35:5 93:19
  96:14
**generate** 13:9,10
**geographically**
  71:23
**Gerry** 1:22
  85:12
**getting** 72:22
  87:12
**ghost** 89:11
**Gibraltar** 10:9
  10:12 11:2

**girl** 60:8
**give** 7:9 8:10
  18:18 53:5
  71:14 96:22
**given** 21:19 43:7
  88:5 99:8,19
  101:7,19
**gives** 50:13
  65:19
**giveth** 40:12
**glad** 84:7
**go** 8:21 9:4
  12:25 20:5,9
  20:16,16 21:4
  21:4 22:19,22
  23:23 24:6,15
  25:16,20 27:5
  28:19,20 29:15
  29:15,17,19
  31:25 33:1
  34:24 35:4,7
  43:9 48:3
  49:15 54:22
  65:20 66:4,5,8
  70:14,24 71:2
  78:12,13 86:5
  92:17
**goal** 53:13 92:16
  92:20
**God** 19:15 37:24
  38:1 39:7,12
  40:2,2,5 79:17
  79:20,21 80:1
  80:6,6,9,11,16
  80:19,20,21
  90:24 91:3,17
  91:19,20 96:4
**Gods** 39:22
  80:10 90:22
  91:4,10
**goes** 7:21 23:8
  31:10,12 35:9
  65:14 69:19
  70:11 77:11
  93:25
**going** 7:6 18:16
  19:22 20:5

30:16 34:1
  36:14,19 46:3
  46:16,17 47:14
  47:18 48:20
  49:23 50:5
  51:6,17 76:19
  82:14 84:10
  85:3,13 90:7
  90:16 96:11,12
**Gold** 68:2 97:2,5
  97:13
**good** 12:15 28:7
  73:20 83:8
**gotten** 97:10
**government**
  44:10
**graceful** 29:22
**graduate** 8:23
**gravestone** 37:7
**Greaves** 1:9
  68:22 86:13
**Greek** 38:21
**GRIDER** 1:7
**grounds** 19:10
  20:8,10,11,14
  20:19,25 21:2
  21:5 22:20
  26:22 29:5
  30:17,22,22
  32:3,17 34:25
  35:12,17,18
  40:21 44:1
  46:15,25 50:16
  50:22 52:9,18
  56:9 58:9,19
  59:7 67:1,22
  68:11 78:24
  81:2,5 91:6
  92:13
**group** 25:5,10
  35:24 47:22
  72:9,17 73:15
  73:24 84:16
**groups** 47:20
  93:6
**guess** 43:15
  58:22 82:15

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

guidelines 85:3
guiding 40:20,25
  41:8 77:24
  78:3,5,6
guilt 65:14

_____

**H**

H 1:7
Haan 78:14
Hadrienne
  71:16 83:18,25
  84:3,4
Hail 75:22
half 9:7,15
Hall 8:22 21:4
  28:23
Halloween
  61:14,16 94:6
hand 30:16
  36:19 99:19
  101:19
hands 66:3
happen 93:8
happened 48:17
  61:25 86:15
  92:11,19 93:15
happy 47:21
hard 37:12
  80:15
Hargett 2:10
  6:10,10 34:19
  34:20
harmed 54:6,9
head 21:10 53:3
  59:2 63:16
  67:15 77:18
  79:5
headquarters
  61:2 94:8
health 10:14
hear 16:19 66:4
  68:3 74:15
heard 19:22
  20:3 41:21
  58:24
hearing 13:7
  23:1 24:2 58:9

58:11,19 97:2
hearings 83:3,9
held 22:8,14
  26:18 34:10
  47:9 67:2,16
hell 51:6 86:6,7
help 11:24 13:5
  41:11 81:19
helped 73:18
hereinbefore
  4:16
hereto 99:14
Heritage 38:24
  39:4
high 8:20,21,22
  18:21 79:3
higher 18:22
hill 35:9
history 9:24
  11:1 12:1 13:7
  38:23 39:3
  42:25 43:2,2,4
  45:6,17 92:10
  93:25
hobby 12:12
  81:21
holding 66:6
holiday 61:12
  94:4
holy 89:11
honest 80:16
honestly 24:19
  25:6 28:18
  87:1
honor 50:20
hour 54:21 88:8
hours 33:23
huh-uh 7:10
HUMANIST
  1:5

_____

**I**

icon 17:9
idea 12:15 20:3
  43:18 58:22
  74:15
ideas 55:15

identify 77:12
identifying 6:9
ignore 48:16
image 84:10
immediate 95:3
immediately
  19:10 31:3
impact 94:21
  96:12,12
impartiality
  99:16
importance
  55:12,13 66:5
important 66:8
  74:11
impose 43:11
imposed 52:23
impression 85:2
inaudible 83:5
  89:18
include 20:11
included 80:23
income 13:2,9
  13:10
indicate 90:2
indicating 59:1
individual 70:8
individuals
  83:17
indoctrination
  54:15
inevidentably
  73:5
information
  97:18,21
initials 38:18,19
inside 20:11
installation
  33:14,20 34:10
  35:21 46:4
installed 32:7,9
  32:10,11 33:8
  33:10 34:1,2
  34:21
instance 45:24
insurance 10:9
  10:16 82:8

intended 66:12
  82:3,4,6
interest 99:15
interested 99:14
interesting 16:3
  79:6
Internal 33:3
  79:2
internet 98:2,3
interrupt 25:16
  70:24
Intervenors
  1:10 5:11
introduce 5:16
  25:24,25
introduced
  77:15
involved 74:19
  75:19,25 76:12
  84:23
involvement
  58:15 75:21
  88:6
issue 51:24
issued 86:24
issues 16:3
items 13:14,15

_____

**J**

J.G 1:22
James 40:16,17
January 20:18
Jarry 68:23
Jason 85:20
Jeff 2:22 4:4
  5:15 99:4,22
  102:3,13
Jeremy 82:24
  83:1,2,13
Jesus 38:18,20
  47:17 48:17
jewelry 12:12
  75:6 81:20
JOAN 1:6
jobs 11:18
John 1:12 5:12
  6:19

join 36:17 60:11
joined 34:16
joining 77:5,25
joy 95:25
Judith 1:4 5:8
jump 34:23
justice 16:9,18

_____

**K**

Kay 21:4 28:23
keep 82:8
Kentucky 44:3
Kezhaya 1:18,18
  3:5 5:20,20
  14:17,22 15:4
  15:7,10,13,15
  43:16,21 48:3
  49:5,12,14,21
  49:25 51:17,21
  51:24 69:7
  85:12,17,19
  90:9,19,20
  96:20 98:8
KGB/BD 5:7
kind 12:16 28:8
  93:14
King 40:16,17
knee-jerk 95:4,5
knew 24:14
know 7:24 8:4
  18:21 20:9
  24:17,19 25:2
  25:5,18,23
  26:11,12 28:18
  36:1 38:19
  42:25 43:6,23
  44:2,4,5 46:1
  46:14 47:22,24
  48:17 51:21,25
  59:13 60:9
  67:11 68:13,15
  68:17,18,25
  69:1,2,4,5,8,9
  70:16 71:7,9
  71:10,11,13,15
  71:23 72:14,14

Case 4:18-cv-00342-KGB    Document 260-51    Filed 03/06/23    Page 34 of 46

Erika Robbins 3/2/2020                          Donna Cave, et al. v. Anne Orsi, et al.

Page 109

72:22 76:16
77:14 83:15,20
83:23,24 84:16
84:18 86:2
92:7,10,13,19
94:25 96:18
**knowledge** 16:9
16:17 17:12
55:12 66:9
70:1,2,7,11,15
77:19 86:23,24
89:23 93:1,2
97:17

---

**L**

**L** 4:9
**label** 16:16
**labels** 16:10
**landscaping**
31:22
**language** 37:16
39:6 40:11,13
40:16
**Lansky** 1:4 5:8
**lapses** 60:14
**large** 69:17
**late** 94:11
**Latin** 38:21
**law** 1:18 39:18
45:21 50:12,15
50:19 51:1
52:6,12,15,22
53:1 86:16
**lawmakers**
45:25
**lawn** 21:6
**laws** 41:13 43:7
43:11 102:8
**lawsuit** 48:25
49:3,10 74:10
74:16,20 75:18
**Lea** 2:5 6:2
**leaders** 68:21
**leadership** 67:17
68:18
**leading** 90:8,17
95:24

**learn** 19:5 36:5
41:15 58:7
71:25
**learned** 19:9,19
**learning** 58:3,4
**leave** 22:25
**leaving** 47:3
**lecture** 62:8,11
62:13
**left** 11:10 27:9
27:24 34:6
**legal** 53:5 74:20
75:18
**legislation** 19:23
52:19 59:10
92:21,25 97:4
97:8,11
**legislative** 23:1
24:2
**legislator** 92:17
**legislature** 52:24
92:23
**legs** 21:5
**leisure** 21:3
**let's** 7:22 20:16
20:16,17 30:3
30:5 43:4
65:13 86:25
**letting** 66:5
**LEVY** 1:7
**liability** 10:14
10:23
**Liberty** 2:5 6:3
66:19 67:4
79:4,7,8
**lien** 74:24
**life** 25:1 41:15
66:9 77:24
94:1 95:25
**lights** 82:9
**line** 28:19,20
65:16 100:3
**lines** 81:19
**lining** 10:21
**literal** 17:14
**litigation** 15:22
44:20

**little** 1:23 2:4,23
2:24 4:8 5:5
8:22 10:24
11:12 25:1
28:16 30:3,5
30:20 34:5
37:20 49:8
94:13 96:6
**live** 80:4
**lived** 9:5 25:1
73:25
**lives** 94:21
**local** 70:5
**located** 71:23
**long** 11:2,12,23
18:5,10,12
27:16 31:14
33:22 40:21
45:2 75:8
81:14 83:16
**longer** 10:7
65:12,15 73:17
85:13
**look** 14:9 31:25
32:2,4,5 59:6
**looked** 78:25
89:1 97:22
**looking** 27:9
39:5 51:25
**looks** 38:17
**Lord** 39:7,11,14
40:2 47:17
48:18 80:6,9
90:24 91:3,18
**lot** 12:12 24:19
25:2 35:6
41:25 47:16,17
48:16 56:13,13
96:10
**loud** 36:15
**LS** 2:22 4:4
99:22 102:3,13
**Lucien** 1:9 68:22
86:13

---

**M**

**Mac** 23:2 24:7

**machine** 99:7
**major** 9:10
**majority** 88:20
**making** 10:21
75:21,25 76:13
**Malcolm** 68:23
**man** 43:7
**manager** 10:2,3
**managing** 10:14
**mandates** 55:25
**manicured** 21:6
**map** 30:17 32:20
35:1,2
**march** 2:23 4:3
5:2 6:22 21:14
21:14,15,16,16
21:20,22,23
22:12,14 23:13
23:16,19 25:7
25:7 101:5
102:7
**marches** 21:7,11
21:13 22:5
23:5
**mark** 84:12
**marked** 30:16
30:19 36:19,21
82:16,17 84:11
**married** 81:8,10
**Mason** 2:10 6:10
14:15,16 15:7
15:8,19 34:16
34:18,20 60:3
60:4 68:7,8,15
68:17 72:22
74:18 78:14
82:24 85:8
**Massachusetts**
61:2
**Matt** 5:20
**matters** 99:6
**Matthew** 1:18
78:14
**mature** 54:12
**McClain** 1:19
**mean** 17:21
19:13 20:10

25:16 26:15
33:10 34:9,23
38:10 40:1
45:23 51:6
62:15 69:21
70:24 78:18
89:10
**meaning** 31:10
95:12
**means** 7:4 16:16
16:17 17:12
**meant** 18:21
**mechanically**
92:19
**media** 72:10
85:22,23
**median** 27:13,18
27:19
**medical** 10:20
10:21 11:1
**medication** 8:15
**meet** 46:7
**meeting** 25:8
46:9,16,19,22
56:9 59:7,22
59:23 60:2
67:20 68:5
74:17 76:9
**meetings** 67:22
**Megan** 84:16,20
84:25
**member** 6:11
56:3,6,12,14
56:15,21,22
57:19 58:1
59:21 60:4,9
67:18 68:15
73:21,23 83:14
**members** 55:25
56:10 59:22
68:13 70:8
71:3,11,18,23
72:1 73:18
**membership**
60:14 70:18
**Memorial** 79:3
**memory** 26:10

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 35 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 110

mentioned
64:11 77:19
79:7 83:17
merged 85:2
Meridian 86:18
message 50:21
69:20 79:13,16
95:21
met 12:12 26:13
26:14 46:6,15
56:9 60:2,7
68:5 74:17
84:18
metaphorical
17:11,13,17,18
17:23
Michael 2:2 5:24
6:17
middle 27:11
38:16 40:12
mind 6:8 37:23
38:6,14 39:2
40:8,14 80:8
94:23
mine 95:2
minute 6:17
71:2 96:22
minutes 30:6
87:17,21,22,25
88:2
Misicko 1:9
34:14 46:5,10
46:14 68:5
missed 23:18
missing 77:14
Mississippi
86:18
money 13:11
70:6 82:8
month 61:15
73:17
monument 19:3
19:6,9,18,24
20:2,4 31:25
32:4,6,15,24
33:11 34:11
35:4,9,23

36:25 37:5
39:2,6 40:4,15
44:17,23,23
46:17 47:9,14
47:15,21 48:21
48:22 49:4,6
49:11,16,19,23
50:5,11 52:17
52:24 53:7,20
53:25 54:7
58:12,15,20,25
59:6,9,11,18
67:3,7 78:8,9
78:12 79:23
80:17 82:24
83:11 86:8
88:15,22,22,25
89:2,2,25 90:5
91:9,11,13,21
92:3,5,8,11,16
97:5,7,9,14
monuments
33:1,5 43:2,25
44:7 45:7,12
78:23 91:6
morning 34:5,16
Moses 37:10
46:2
mother 11:8
50:20 81:18
motto 79:14
80:1,22
mountain 43:9
mounting 33:15
moved 53:13
92:16,20
movie 42:2,5,8
42:17 45:11,14
45:15 60:21,23
60:23 61:23,25
62:6,9,22,23
62:25 63:2
75:22 76:1,3
76:13
movies 63:3
Murphy 1:22

## N

N 3:1 4:9
name 5:24 6:17
6:20 24:18
26:1,14,19
60:8 63:15
78:17 83:24
84:2,4,5,5,17
84:18 96:11
named 4:16
names 14:1
25:22,24 26:4
26:17 71:7,10
71:11,14 83:23
narrow 27:16
national 10:9
68:23,25 69:1
69:2,6,11,14
69:18,24 70:6
70:9 79:14
80:1,22
nature 88:19
NE 1:19
near 86:17
necessarily 49:6
77:13 79:14,19
necessary 101:6
need 7:23 8:7
12:24 65:17
69:18
needed 11:24,25
43:11
negates 19:17
40:9
neither 99:12
never 86:24
94:20
new 52:23 77:21
news 19:7 20:3
59:9
newsletter 56:19
56:23 57:2,4
nice 21:6
night 15:13,14
15:19
Nine 79:3
NIXON 1:7

nodding 59:2
nonbeliever
18:25
normally 35:16
Notary 4:5 99:4
99:22 101:17
102:13
notes 99:7
November 28:17
99:23 102:15
Nuffer 12:14
Number 5:7
numbered 4:3
90:13
numerous 24:17
85:23 98:4

## O

O 4:9
oath 7:2 26:16
55:7 77:1
obey 50:24 51:2
51:5,9
object 14:17
43:16,21 46:16
48:3 49:5,12
49:21,25 51:17
69:7 90:7
objection 14:22
45:2 51:22
90:17 95:23
occupy 9:19
October 28:17
61:15 62:5,17
62:18 63:12
64:5,6,9 93:11
93:12,19,23
94:4,10
offended 19:11
19:12 20:1,4
42:8,10,11,15
42:16 44:9,22
45:1,5 58:24
79:22
office 2:3,24 4:7
5:4 6:1,5,18
23:25 99:19

101:19
offices 4:6
official 1:12 5:13
60:9
officially 66:11
81:15
officials 86:16
oh 29:11 76:7
84:3
okay 5:19 8:4,10
8:18,21,23 9:6
9:18,21 10:8
10:16 11:2,6,6
11:9,14,18,20
12:1,6,10 13:2
13:5,12,17,18
13:24 14:6,9
14:16,21 15:11
15:16,18,24
16:4,10,15,19
16:20,23 17:4
17:7,10,11,13
17:19,21 18:2
18:5,8,12,24
19:2,8,18,21
19:24 20:1,7
20:24 21:11,19
21:20,23 22:2
22:5,12,19,22
22:24 23:4,10
23:21,24 24:2
24:9,12,16,25
25:3,14,19
26:8,12,15,21
27:6,20,23
28:3,5,9,12,15
28:22,25 29:4
29:18,21,23
30:7 31:2,6,9
31:13,17,20,23
32:5,8,10,15
32:23 33:1,9
33:13,17,19,25
34:3,13,23
35:16,20,24
36:2,10,12,17
36:19,24 37:2

Erika Robbins 3/2/2020                           Donna Cave, et al. v. Anne Orsi, et al.

Page 111

| | | | | |
|---|---|---|---|---|
| 37:8,11,19,25 | 80:5,8,11,15 | 72:18 | 63:20 66:21 | 54:11 70:21,25 |
| 38:3,9,12,22 | 81:2,5,8,14,19 | **Orsi** 1:5,24 5:10 | 74:12 75:24 | 77:23 78:18 |
| 39:5,13,19 | 81:22,25 82:3 | 5:23 | 93:16 | **personal** 17:4 |
| 40:4,7,11,23 | 82:10,14,19 | **others'** 50:3 | **participated** | **personally** 45:3 |
| 41:7,11,15 | 83:17,25 84:3 | **out-Satanist** | 66:16 67:14 | 68:16,17 71:9 |
| 42:11,19,22,25 | 84:7,20 85:4,7 | 96:15 | **participation** | 83:20 86:10 |
| 43:6,24 44:6 | 85:9,17 86:5 | **outcome** 99:14 | 66:23 | **persons** 99:15 |
| 44:12,16,19,22 | 86:10,25 87:10 | **outlines** 37:4 | **particular** 17:8 | **philosophy** |
| 45:6,17 46:3,7 | 87:14 88:1,5,9 | **outside** 20:12 | 25:3 26:6,6,19 | 40:20,25 41:9 |
| 46:9,14,18 | 88:11,18,21 | 27:2 56:1 | 31:24 32:2 | **phone** 46:11,12 |
| 47:1,13,19,22 | 89:4,7 90:10 | 95:19 | **parties** 4:11 | **photograph** |
| 48:10,19,23 | 90:13 91:13 | **outstanding** | 99:12,14,15,18 | 36:24 82:20 |
| 49:2 50:5,10 | 92:4,22 93:5,7 | 86:23 | **party** 14:18 | **photographs** |
| 50:14,18,23 | 93:19,23 94:7 | **overheard** 36:11 | 99:11 | 82:15 |
| 51:7,13,16,23 | 94:13 95:1,8 | **overtly** 80:3 | **pass** 85:11 96:20 | **phrase** 63:6 |
| 52:15,21 53:1 | 97:12,16,21 | **owned** 75:11 | **passed** 20:5 | **physical** 53:6,9 |
| 53:9,12 55:6 | 98:5 | **owner** 87:5 | 52:22 71:13 | 53:16 |
| 55:15,18,22 | **Oklahoma** 44:3 | | 83:4 92:21 | **Piazza** 1:4 5:9 |
| 56:3,11,22 | **old** 40:13 43:13 | **P** | **Pat** 1:4 5:8 | **pick** 23:23,24 |
| 57:3,6,9,12,15 | **older** 43:19 | **P** 4:9 38:17 | **Patterson** 1:22 | **picked** 21:8 |
| 58:1,11,18,22 | **once** 26:14 64:10 | **p.m** 98:12,14 | 2:5 6:2,2 | 92:15 |
| 59:4,13,16,20 | **one's** 55:12 | **page** 3:3 72:7 | **pay** 75:14 | **picking** 68:1 |
| 59:25 60:4,11 | **ones** 31:7 37:13 | 100:3 101:1 | **peer** 54:17 | **picnic** 35:7 |
| 60:23 61:11,17 | 44:5 67:14 | **pages** 102:5 | **penalty** 50:24 | **picture** 37:12 |
| 61:19 62:3,15 | 79:1,4 92:3 | **paid** 13:1,15 | 102:8 | 58:19 59:5,8 |
| 62:17,22,25 | **online** 59:23 | 70:21,25 82:8 | **people** 10:24 | 59:12,13,14,17 |
| 63:3,4,8,10,17 | 70:20,22 71:19 | 82:8 | 12:16 24:14,19 | **pictures** 67:9 |
| 63:20 64:11,14 | 71:20,22 97:25 | **panic** 60:25 | 25:2,17,23 | **pieces** 65:10,20 |
| 64:17 65:2,6,8 | **opinion** 53:5 | 62:12 63:6,7 | 26:10,11 27:18 | **place** 4:13 5:3 |
| 65:18,21 66:12 | **oppose** 58:12 | 94:14,15,16,24 | 35:22,25 36:1 | 12:13 21:25 |
| 66:15,18,21,23 | **opposed** 88:21 | 97:16,17 | 36:3,5,13,13 | 35:10 41:1,3 |
| 67:16,20,25 | 88:22 | **paper** 65:10,20 | 36:16 38:23 | 41:13 46:21 |
| 68:4,9,18 69:5 | **opposition** 35:22 | **paperwork** 67:1 | 40:24 41:7,25 | 47:4 48:6 49:7 |
| 69:13,23 70:2 | 58:14 | **park** 27:11 35:3 | 43:10 47:24 | 52:7 65:8 |
| 70:5,8,11,13 | **ORAL** 1:15 | **parked** 32:18,22 | 48:23 49:2,2 | 68:10 90:18 |
| 70:17,20,22 | **orchestrator** | 35:4 | 50:19 71:7,15 | **placed** 53:20 |
| 71:2,6,11,14 | 65:19,22 66:4 | **parking** 32:19 | 72:2,23 77:15 | 54:1,7 |
| 71:22,25 72:3 | **order** 45:11 52:7 | 32:21 35:6,10 | 80:23 82:6 | **places** 32:19,21 |
| 72:5,8,13,16 | 52:13 56:11,14 | 35:11 | 84:1 88:15,21 | 74:9 |
| 73:1,21 74:5,9 | 57:19 58:12 | **Parkway** 2:6 | 95:3,6 96:10 | **plaintiff** 48:25 |
| 74:12,15,19 | **organization** | **part** 23:10 38:22 | **people's** 94:21 | 74:9 |
| 75:3,7,11,18 | 59:24 | 72:12,18 | **perimeter** 31:3 | **plaintiffs** 1:4,8 |
| 76:4,6,10,12 | **organize** 69:18 | **part-time** 11:10 | **period** 60:25 | 1:20,24 5:9,21 |
| 76:15,25 77:3 | **organized** 69:10 | 11:16 | 72:19 84:14 | 5:23 14:7 22:7 |
| 77:17,25 78:18 | **original** 49:22 | **participants** | **perjury** 102:8 | 22:8 26:12 |
| 78:20 79:9,10 | 99:16 102:6 | 63:22,24 | **permit** 67:2 | **plan** 10:22 85:14 |
| 79:16,18,22,25 | **originally** 72:17 | **participate** | **person** 6:8 48:16 | 85:15 |
| | | | | **plane** 64:17,20 |

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 37 of 46

Erika Robbins 3/2/2020                                    Donna Cave, et al. v. Anne Orsi, et al.

Page 112

planning 46:25
  85:1
Plano 2:6,6
plans 58:25
please 5:16
  17:10 90:21
  91:2 92:9
  96:23
plus 45:24
point 12:25 35:1
  42:10 44:13,25
  76:3 85:1,16
policies 10:15
political 92:22
position 10:12
  10:19
positions 10:18
  67:16
possible 76:17
possibly 10:7
  11:5 23:1
  56:25
post 53:13 92:16
  92:20
posts 72:4,6
power 18:22
praise 47:17,17
praising 48:17
preceded 58:15
precursor 73:16
predominantly
  88:19
prefer 17:20
preference
  91:24
preferred 92:2
preparation
  13:20
prepare 14:14
  15:24
prescribe 55:11
prescribed
  55:19,21
prescribes 55:25
present 2:9 15:6
  92:15
Presented 38:22

pressure 54:18
pretty 35:5
  87:12
prevent 8:16
previous 22:6
  59:8,18 64:8
previously 46:14
principle 77:24
  78:5,6
prior 23:2 99:5
private 15:1
privilege 14:18
  14:23 15:1
probably 26:23
  27:2 41:19
  88:17
problem 40:19
  44:15
Procedure 4:14
  6:16 99:10
proceeding
  74:20 75:18
  99:13
process 59:16
produce 13:14
produced 4:2
production
  45:12
profit 82:1,2,3,5
  82:10 87:4,7
profits 87:11,12
  88:12
promising 7:5
property 39:9
  42:13,20 44:10
  44:11 80:4
  83:5
protest 35:20,21
  36:12,15,17
protests 73:5
proved 74:24
  75:17
proven 94:20
provide 99:18
providence
  37:21 38:2
  89:8,14

pseudonym 84:8
pseudonyms
  96:6,7
public 4:5 19:10
  32:19,21 35:6
  40:21 42:13,19
  46:24 83:2,9
  83:10 99:4,22
  101:17 102:14
pulling 10:25
  11:1
pumped 94:2
purchase 64:17
purchased 70:18
purpose 31:18
  33:7 34:20
pursuant 4:13
pursuit 16:8,9
  16:17 17:12
  55:12 66:9,9
  77:19
put 12:15 45:12
  58:25 59:11
  92:4,8,11,15
putting 50:22
pyramid 37:19

---

**Q**

question 7:16,17
  7:25 8:1,5
  14:21 38:5,25
  48:14 49:8,18
  50:1 55:23
  57:24 68:20
  69:12 83:8
  97:12,13
questions 7:5
  13:17 29:23
  47:6 48:12
  54:23 77:3
  85:10,14,16
  90:8 95:24
  96:21 98:7,8
  98:10
quite 34:2 71:1
  81:24
quote 86:7

---

**R**

R 99:1
RABBI 1:6
raise 14:25
rallies 30:23
rally 21:8 23:21
  23:23 66:18
  67:2,4 73:18
  74:6 76:7
  84:19
Rapert 47:16
  48:15 85:20
  86:5,12
Rapert's 48:9
  78:11 81:4
re-erected 82:24
Re-Examinati...
  3:6 96:24
reaction 95:4,5
read 20:8 26:9
  40:17 51:20
  90:21 91:2
  101:4
reading 26:8
  51:18 56:14
  59:23
real 7:11 83:24
  84:17,18
realize 45:1
realized 30:4
  72:20 85:5
really 11:22
  17:22 29:2
  60:1 77:16
reason 7:23 8:10
  31:20 100:3
rebuilt 19:25
recall 20:21
  21:25 22:6
  23:10,13 24:16
  25:4 26:25
  29:6,7 32:16
  33:6,13 34:3,6
  46:18,21 58:21
  59:4,5 62:3
  63:24 64:1,4
  65:21,24 71:13

79:1,4 81:6
receive 9:12
  56:23 69:24
  70:2
received 13:11
  57:12 97:18
recess 30:11
  55:2 76:21
recognize 36:22
  82:20 84:12
  88:18
recollection
  20:24 22:10
reconvene 30:6
record 5:1,17
  6:7,14,21 7:12
  30:8,9,13,15
  47:2 54:24,25
  55:4,6 76:20
  76:23,25 94:14
  99:8
rectangles 37:20
red 80:23
reduced 99:7
refer 39:13,19
  86:2
referencing
  31:13,13
referred 65:9,21
referring 34:18
  45:14 48:8
  52:9,23 85:7
reflect 47:2
reflected 48:2
regarding 48:12
regardless 88:25
registration
  21:8 23:21
regular 88:3
reimbursed
  64:20
related 85:24
  99:12
relation 17:7
  75:5,9,14
relationship
  69:14 74:2,7

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 38 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 113

relative 99:13
release 65:17
relevant 41:14
religion 1:6 17:2
  39:16,17 90:3
  93:3
religions 44:14
religious 16:7,8
  18:8 42:18,18
  47:8,13,17,20
  48:20 54:15
  66:19 67:4
  73:18 80:3
  84:19 88:19,23
  89:2,12,14,20
  89:22,25 91:6
relinquish 99:16
remains 44:4
remember 11:5
  14:1 22:1 24:1
  24:4,18,20,22
  25:6,8,22 26:2
  26:4,13,16,19
  26:23 27:3,7
  27:18 33:9
  34:8 41:18
  46:13,20 57:23
  57:24 60:8
  61:7,11 62:9
  62:14 63:10
  65:2 67:6,8,8
  71:1 75:20
  78:17,21 83:8
  84:17 95:9
remembered
  78:11
removal 49:10
remove 49:3,6
  49:19
removed 59:9
rent 82:8
rephrase 68:20
replace 96:3
reporter 2:22
  4:4 5:15 7:8
  83:6 99:4
  102:4

REPORTER'S
  102:1
Reporting 2:23
reports 11:1
represent 5:25
  6:19 22:7 52:4
represented
  22:8 44:14
  45:25 92:3
representing
  44:13
represents 37:25
  44:25
Reproductive
  21:14,16,20,22
  22:13 23:15,19
  25:7 76:7
request 4:2
requested 99:10
required 52:20
  57:18,21 92:16
requirement
  52:23
requires 55:25
  99:16,18
requiring 92:21
research 10:24
  56:13 97:23,24
resinated 60:1
respect 52:7
respective 4:11
responsibility
  67:17
rest 19:17 40:7,9
restaurant
  34:24
result 44:20 53:6
  53:10,17,25
  54:4 56:24
REV 1:7
reveal 96:10
review 13:19,22
  14:11 51:13
  99:10
reviewed 13:23
ribbon 66:3
rid 65:11

RIDDICK 1:7
right 6:14 8:7
  16:2 18:5
  24:10 27:17,25
  28:1,7,13 29:4
  32:22 33:24
  35:7,8 38:3
  39:5 48:25
  49:24 55:23
  57:13 59:14
  62:20 67:11,16
  71:8 81:25
  82:17 83:21
  85:10 89:20,21
  91:11 92:5
  97:2,14,19
Rights 21:22
  22:13 25:7
  84:19
ritual 63:14,18
  64:2,13 65:9
rituals 60:22
  62:1
Road 1:19
roadway 27:15
Robbins 1:9,15
  3:2 4:1,12,15
  5:14 6:22
  15:18 30:15
  52:4 55:7 75:6
  97:1 99:5
  100:1 101:3
  102:6
Rock 1:23 2:4
  2:23,24 4:8 5:5
  8:22 25:1
roughly 11:4
route 32:16
  35:16
row 89:18
Rule 99:10
Rules 4:13 6:16
  99:10
run 32:10 69:18
  76:17 93:20
runs 72:9
Russell 1:4 5:9

S

S 4:9,9
Sadie 12:14
salary 13:13
Salem 61:2,22
  64:14,15 93:8
  93:14,25 94:6
  94:7,24
Saline 4:5 99:3
  99:22 102:14
sat 27:8,11
Satan 16:21,25
  17:1,8,9,11,11
  17:12,13,14,16
  17:24 18:2
  75:22 94:19
Satanic 1:9,20
  5:11,21 6:11
  16:12,14,15,15
  16:19 17:2,5
  18:6 52:6 55:9
  55:10,19,24
  56:3,6,9,12
  57:4,19 58:2,4
  58:8,15 59:21
  60:4,15,17,24
  62:12 63:6,7
  66:15 67:13,17
  68:10,14,19,21
  69:9,21 70:12
  70:13,17 71:3
  71:12,18 72:4
  72:6,9,16,19
  73:8,8,14,21
  73:23 74:2,2
  77:6,10,25
  83:14 84:13,15
  84:16,22,23,25
  94:13,15,16,19
  94:24 97:16,17
  97:19,20
Saturday 21:4
Saturdays 28:18
  35:5
saw 19:25 24:14
  24:21 26:5,17
  26:20 42:9,11

59:14 67:9,9
saying 28:4
  32:11 39:9
  52:21 58:4
  79:20 80:16,19
says 38:22 39:6
  39:22 91:9,17
scare 80:23
school 8:20,21
  8:22 18:22,23
  41:19
Schulze 1:22,22
  47:3 85:15
  96:21 98:10
Science 21:15,23
  22:14
screaming 36:16
screened 63:2
screening 62:6
  62:10,22,24
screenings 60:21
  60:23 61:23,25
script 37:11
seafood 21:4,6
  26:24 27:6
  28:21,22 29:1
  29:11,15,19
  34:24
seal 99:19
  101:19
season 94:10
second 32:9
  88:14
Secretary 1:12
  5:12 6:5
security 78:16
  78:18,18
see 19:24 25:21
  32:14,15 33:1
  33:8,10,14
  34:21 35:4
  37:12 40:4
  48:13 49:3
  59:12 65:13
  78:7,9,23 84:5
  86:10,18 89:8
  95:2,19

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 114

seeing 24:16
25:4,22 80:17
seen 19:18 20:2
26:10 42:5
58:19 59:5,8
59:17 72:2,3
self 55:13
sell 12:13,16,23
13:14 82:6
sells 13:1,15
senator 47:16
48:9,14,15
78:11 81:4
send 70:5,5
sending 50:22
sense 13:6 16:23
16:24 18:2,6
72:23 96:3
sent 70:8 75:1
sentence 39:25
separate 21:18
separation 93:4
service 99:18
set 17:2 95:18
settings 42:23
seven 55:15,18
56:1 57:22
77:12
seventies 94:17
shalt 39:22
40:12 80:9
90:22 91:3,10
SHEET 100:1
short 32:24
72:23
shorthand 99:7
shortly 56:8
73:19 74:6
show 82:14,17
84:10
showed 76:8
showing 42:13
42:16
shown 42:19
shows 12:24
shrimp 21:5
sick 11:8,21

81:18
side 27:15,17,22
28:11 31:7,9
33:3 38:13
sidewalk 23:8
30:24 31:2,14
sign 56:16 57:6
Signature 3:24
101:1,11
signed 56:15,18
significance
37:3,5,22 38:6
38:13 39:1,8
39:23 40:8,15
significant 39:24
signing 56:19,20
56:24
signs 36:13
similar 66:2
sit 21:5 35:2
site 72:10
sitting 28:2,3,6
39:9 50:16
76:11 80:4
situation 66:2
six 14:10
six-point 38:13
slogan 80:13,14
80:24
so-called 97:16
social 72:10
85:22,23
society 1:6 40:25
41:11
sold 13:11
somebody 25:24
40:19
somebody's
39:11
Somewhat 36:9
44:18
son 89:11
Sons 21:4 28:23
soon 33:13 85:5
sorry 16:13
21:20 23:18
32:1 83:6

84:23
sort 18:18 62:8
66:7 94:4
sorts 40:12
sought 53:24
54:3
sounds 64:8
sources 97:21
98:1,3
space 92:15
speak 14:13
speakers 67:2
special 93:23
specialization
9:10
specialized 9:21
specific 13:25
28:16 57:24
specifically
15:21 20:23
24:20,22 26:2
30:21 32:3
35:19 63:17
70:13 71:24
94:8 98:3
specifying 25:3
speculation
43:16,22 48:3
49:5,12,21,25
69:7
speech 47:16
48:9 65:19
speil 20:9
spend 87:15,20
spent 87:19
spikes 33:16
spoke 15:24 36:8
83:2,9
spoken 78:10
83:15
sponsor 52:20
52:24 92:17,21
97:6
sponsorship
92:23
spots 52:19
spring 61:7

62:23 64:10
93:11
Springs 9:1
ss 99:2 101:15
stamina 81:24
stand 28:20
stand-alone
44:13
standing 36:13
44:24 51:21
star 38:15 68:3
97:2,5,13
stars 38:13
started 49:16
84:25
state 1:12 5:12
6:20 9:2 20:8
20:10,13,19
36:4,6 39:9
42:14 43:25
44:10 50:12,15
50:16,19,21,22
51:1,8 57:21
59:18 66:25
68:11,16,24
69:11,14,16,23
71:24 72:2
80:4 90:2,6,11
91:5,9 99:2,4
101:14 102:4,9
State's 6:5
stated 72:3
statement 40:8,9
statements 48:2
States 1:1 38:10
45:8
statue 68:11
stayed 45:1
stenographic
7:11
steps 22:9,13,13
22:14
STEWART 1:6
sticker 51:19
stickers 30:5
stigma 96:14
STIPULATED

4:10
stone 41:14
stones 43:8
stop 25:9
store 12:3,21,22
13:14,16
stores 94:19
stories 94:16,21
story 37:10 43:3
43:4,6 87:8
straight 31:14
street 2:3,23,24
4:7 5:5 31:8,9
31:10
stress 53:11,12
strip 27:16
strongly 77:12
Stu 78:14
studies 9:6
study 9:17
stuff 12:24 83:4
styled 4:3
subject 44:20
SUBSCRIBED
101:17
subsequently
63:10
substantial
99:16
sudden 76:17
suffered 53:6,9
53:16
Suite 2:3,6,23,24
4:7 5:5
Sullivan 2:2 6:4
6:4
summer 61:8
Sunday 41:19
sunny 27:4
28:19
supernatural
17:24
superstitious
66:7
supervision 99:8
support 60:10
72:19,24 73:1

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 40 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 115

**supported** 73:4
**supposed** 40:6
**Supreme** 45:24
**sure** 7:9 10:22
24:3 25:25
29:25 45:4
47:7 48:5
51:15 55:23
68:21 69:19
77:3 90:19
**surprised** 41:20
**Susan** 1:4 5:9
**susceptible**
54:14,17
**switch** 47:6
**sworn** 3:2 4:17
5:18 6:6 99:5
101:17
**symbol** 38:16
45:21 89:12,14
**symbols** 38:9

—————— **T** ——————
**T** 4:9,9 99:1,1
**T-shirt** 70:18
**tables** 35:7
**tablets** 37:9,10
37:12
**take** 7:23,24 8:1
11:10 17:14
30:3,5 31:18
34:25 35:16
39:8,13,19,23
48:6 54:22
85:13 88:1,7
**taken** 2:22 4:2,6
4:12 11:23
14:3 47:3 99:6
99:13 101:5
102:7
**talk** 14:16 16:2
86:25 87:13
**talked** 36:7 43:7
67:14 93:7
94:13 96:6,17
**talking** 59:10
86:3 89:7 95:8

**tax** 74:24 75:1
**taxes** 75:14
**tell** 4:17 9:24
10:17 23:21
30:2 35:24
40:3 43:6
51:12 54:20
57:1 66:1,23
69:9 82:22
**telling** 39:11
40:4 80:4
**Temple** 1:9 5:11
6:11 17:2,5
52:6 55:9,10
55:20,24 56:4
56:7,10,12
57:4,19 58:2,5
58:8,16 59:21
60:4,15 66:15
67:13,17 68:14
68:19,21 69:10
69:21 70:12,13
70:17 71:3,12
71:18 72:4,6,9
72:19 73:9,14
74:3 77:6,10
77:25 83:14
84:16,22 97:19
97:20
**Temple's** 60:17
68:10
**Ten** 19:2,5,8,18
20:4 31:25
33:10 34:21
35:8 36:25
39:6,7,18
40:19,24 41:8
41:16,21 42:2
42:8,17,22,25
43:3,13,24
45:7,20 46:1,3
46:16 47:9
50:10,24 51:2
51:5,9 53:7,19
53:25 54:6
58:12,14,20,24
59:6,8,10 67:3

78:8,9 79:23
80:17 86:12
88:14 90:13
**tendency** 99:16
**tenets** 17:3,5
55:16,19 56:1
57:22 77:12
**TERESA** 1:7
**term** 18:21
**terms** 87:21
**testified** 4:18
58:23 77:4
86:1 88:11
89:17
**testifying** 8:16
87:1
**testimony** 8:11
26:16 59:4
71:6 83:20
99:5,6,8 101:7
**Texas** 2:6 44:4
44:16,22
**thank** 6:23 7:15
7:20 8:7,9 10:5
48:17
**theme** 93:20
**therapy** 53:24
54:3
**thereto** 99:11
**thing** 21:3 29:2
29:22 37:15
39:10 77:14,15
78:3
**things** 12:14,17
12:22 13:11
56:22 65:11,12
65:15,16,16
66:5,8 72:25
73:4,5 81:1
82:7 94:19
**think** 19:8 21:10
24:7 28:3
37:25 40:24
41:3,4,5 43:19
46:11 50:2
53:3 66:17
67:15 68:1,14

69:5 77:18
80:2,24 81:7
85:9 87:11
96:18,19 97:12
**third** 2:23 68:1
**third-party** 15:5
**thoroughly**
101:4
**thou** 39:22 40:12
80:9 90:22
91:3,10
**thought** 34:1
59:16 79:6
83:10
**threat** 50:23
**three** 10:7 11:4
21:19 32:21
64:8 67:24,25
93:11,13
**Thurston** 1:12
5:12 6:19
**thy** 39:7,11 40:2
80:6,9 90:24
91:3,18
**ticket** 70:19,21
**tickets** 64:18,20
64:24
**time** 4:12 5:2
11:18,23 18:11
18:12,18 19:19
20:19,21,23
21:1 25:24
26:21 27:1,8
29:4,7 32:1,7,9
34:3,6,8 35:3
48:7 60:5 61:7
61:14 62:18
67:7,10 75:8
81:17 83:16
84:13,14 87:13
87:15 88:6
93:9,14,16,22
94:2,10
**times** 21:2 29:8
29:9,13 42:9
61:22 76:8
**today** 8:11,13

13:20 14:14
15:25 26:9,16
42:12 74:1
96:18
**told** 48:15 51:6
**top** 21:10 37:5,9
37:13 53:3
67:15 77:18
79:5
**topics** 47:6
**tourist** 94:10
**town** 94:2,7,9
**training** 9:21
**transcribe** 7:8
**transcript** 99:8
99:10,17,17
101:4,6
**travel** 61:5
**treatment** 53:24
54:3
**trees** 27:10,12
**trials** 94:1,24
**trigger** 26:9
**triggers** 94:5
**trinity** 37:21
89:7,10,12
**trip** 61:13 93:10
**true** 7:6 94:20
99:8 101:7
102:5,9
**trust** 79:17,20
79:21 80:1,6
80:11,17,20
**trusting** 80:21
**truth** 4:17,18,18
66:9 99:6
**try** 7:15
**trying** 40:3
**TST** 69:21 70:19
73:24 77:11
85:3,24 92:4
92:11,22 95:8
95:16,25 96:3
96:7 98:9
**TST's** 69:19
92:7 94:23
**tunnel** 31:11

Case 4:18-cv-00342-KGB   Document 260-51   Filed 03/06/23   Page 41 of 46

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 116

turned 28:10
Twitter 72:7,11
two 21:18 23:17
  23:20 38:13
  61:25 62:1
  63:8 65:10
  67:24,25 68:22
  69:10 76:8
  78:20,21 83:25
  85:12 88:8
  90:25
typewritten 99:7

**U**

U 4:9
uh-huh 7:10
  10:4 15:4,10
  15:15 25:13
  71:21 87:24
unable 53:19,22
  93:6
unbaptism 66:1
  66:2
unbaptized
  66:11
unbinding 64:2
underneath
  27:12
understand 7:2
  7:4,21 8:4 13:5
  17:22 28:4
  41:11 49:9,18
  49:19 50:18
  52:1,21 53:4
  55:7 58:7
  69:12 71:6
  77:1 80:15
  81:19 87:6,7
  90:19,25 95:3
understanding
  52:15,22,25
  53:2 55:10,13
  69:16 74:1,5
  99:9
undue 66:12
United 1:1 38:10

45:8
University 9:1
unofficial 73:11
  73:13
unquote 86:7
untie 66:10
unveiled 47:15
unveiling 86:12
  88:14
use 16:10 57:15
usually 29:15,17
Usurping 86:2,5

**V**

values 72:20
vaping 23:1 24:2
various 37:3,4
  85:22
version 32:14
  91:20
versus 5:11
veterinarian
  11:14
veterinary 11:11
VICTOR 1:7
video 7:12 48:1
  48:2
VIDEOGRAP...
  5:1 30:9,12
  54:25 55:3
  76:19,22 98:11
view 44:13,25
Vino's 84:18
violent 73:6
visit 20:21 32:14
  33:7,17 34:13
  44:6 62:5
  63:11 64:1
  67:3 78:12
visited 21:2
  61:22
visits 20:7,25
  23:4 24:13
  25:4 29:24
  30:21 63:8
  64:14 78:7,9
  81:5

volunteered
  74:14
voter 21:8 23:21
vs 1:11

**W**

wake 28:19
walk 23:7,19
  31:17,18,19
  32:24
walked 22:23
  23:4 30:23
  31:4 32:23
  66:3 78:25
walkway 31:11
wall 93:4
WALTER 1:7
want 13:19
  17:22 30:20
  37:2 49:6,7
  55:9,22 58:1
  72:23 73:4
  82:7 87:12
  96:10
wanted 9:16,17
  65:11 68:3
  77:4 81:23
  86:17 93:15
wanting 72:18
warm 27:1,3,3
  28:16
warrant 86:18
  86:22,24
wasn't 19:20
  23:23 34:1
  36:15 42:10
  73:20
watching 27:18
  36:13
way 8:18 13:10
  23:8 27:11
  28:10 29:19
  49:9 54:6,9
  55:22 59:12
  69:9 71:22
  95:18,18,25
we'll 7:24 30:6

47:6 85:10
we're 30:8,9,12
  51:6,6 52:23
  54:23,25 55:6
  73:6 76:19,22
  76:25 80:19
we've 30:17
  67:14 68:16
weather 27:4
  28:16
website 56:17,18
  57:7 70:10
week 88:6,7
weekend 64:13
weekly 88:5
went 9:20,25
  10:1,19 22:25
  27:6,7,8 28:25
  31:25 32:2,3,5
  32:15 33:14
  35:4 58:18
  62:9 63:17
  64:12 68:2,3
  78:12,22 92:13
  93:12
weren't 36:16
  57:21 65:4
  85:5
west 2:6,23 28:7
witch 94:1,24
witness 3:2 4:1
  4:16 5:14,17
  6:6 59:1 85:11
  96:20 99:5,6
  101:1,3
Witness' 3:24
witnessed 47:10
  47:11
Women's 21:14
  21:16,20 22:12
  25:7
wonder 16:20
word 17:19
  50:17
work 5:25 6:18
  9:20,24,25
  10:1,17 12:1

13:6,7,8 53:19
  53:22 81:16
worked 10:1,16
  11:10,14,21
  81:17
working 81:12
  81:14,15 87:2
  88:9
world 55:14
  95:19,19
worried 96:11
worse 41:3
worship 39:14
wouldn't 36:14
  41:12 44:14
written 37:17
  43:8
wrong 74:25
wrote 65:11

**X**

X 3:1 38:17

**Y**

yeah 24:4 26:2
  39:1 51:23
  71:1 79:11
  82:2 87:9
year 8:23 9:7
  11:12 24:4
  29:12,13 61:7
  75:2 88:2 93:9
  93:14,16,17,22
  94:3,10
yearly 29:10
years 9:15 10:6
  11:4,22 18:12
  18:13,14 43:19
  43:19,20 64:9
  93:11,13
yelling 36:15
young 41:17
  42:9

**Z**

**0**

Erika Robbins 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 117

---

**1**

**1** 3:13 20:18
30:16,19 102:5
**1,000** 43:20
**10** 6:22 29:12,13
32:4,6
**10:02** 30:13
**10:46** 55:1
**100** 3:24 43:19
**11:03** 55:4
**11:42** 76:20
**11:54** 76:23
**12:23** 98:12,14
**1202** 1:19
**15** 45:24
**150** 88:17
**1600** 2:6
**17** 61:4
**19** 2:22 4:5
99:22 102:3,13
**1978** 6:22
**1996** 8:24

**2**

**2** 2:23 3:14 5:2
36:20,21 89:4
102:7
**200** 2:3,24 4:7
5:5
**2001** 2:6
**2006** 11:3,6,6
81:17
**2008** 75:8 81:15
81:16
**2009** 75:8
**2015** 18:7,16
20:16,17,18
22:3 23:3 24:3
29:10 56:8
**2016** 61:4 62:6
**2017** 51:11
52:10,22 62:6
86:1
**2018** 63:12
**2019** 64:6
**2020** 2:23 4:3
5:2 99:20,23

101:5,20 102:7
102:11,15
**21** 32:20
**23** 32:20,20
**2311** 1:23
**274** 51:11 52:10
53:10,17,22
54:4,9 86:1
97:4,14
**29** 99:23 102:15
**2nd** 4:3 101:5

**3**

**3** 3:15 82:16,18
**30** 3:13 87:17,21
87:22,25
**30(e)** 99:10
**300** 1:23
**302** 2:23
**323** 2:3,24 4:7
5:4
**36** 3:14

**4**

**4** 3:16 84:11,12
**4:18-CV-00342**
5:7
**4:18-CV-0034...**
1:11

**5**

**5** 88:2
**50** 65:3
**500** 43:19

**6**

**6** 3:4
**620** 2:23
**6th** 33:4

**7**

**7:30** 34:4
**72201** 2:4,23
**72227** 1:23
**72712** 1:19
**75075** 2:6

**8**

**82** 3:15
**84** 3:16
**85** 3:5
**86** 3:6

**9**

**9:07** 2:24 4:8 5:2
**9:43** 30:10
**98** 102:5
**99** 3:23
**9th** 99:20 102:11

---

Jeff Bennentt







the Ten Commandments

I AM the LORD thy God.

Thou shalt have no other gods before me.
Thou shalt not make to thyself any graven images.
Thou shalt not take the Name of the Lord thy God in vain.
Remember the Sabbath day, to keep it holy.
Honor thy father and thy mother that thy days may be long upon the land which the Lord thy God giveth thee.
Thou shalt not kill.
Thou shalt not commit adultery.
Thou shalt not steal.
Thou shalt not bear false witness against thy neighbor.
Thou shalt not covet thy neighbor's house.
Thou shalt not covet thy neighbor's wife, nor his manservant nor his maidservant, nor his cattle, nor anything that is thy neighbors.

PRESENTED TO THE
PEOPLE OF ARKANSAS
BY THE AMERICAN HISTORY
AND
HERITAGE FOUNDATION

EXHIBIT
2







PENGAD 800-631-6989

EXHIBIT
4