Transcript of the Testimony of

# Mason Hargett

**Date:** March 2, 2020

**Case:** Donna Cave, et al. v. Anne Orsi, et al.

**Bushman Court Reporting**
Jeff Bennentt
Phone:  (501) 372-5115
Fax: (501) 378-0077

Mason Hargett 3/2/2020          Donna Cave, et al. v. Anne Orsi, et al.

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, JUDITH LANSKY, PAT PIAZZA AND SUSAN RUSSELL
    Plaintiffs,

ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM
RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF
FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE
LEVY, REV. VICTOR H. NIXON, TERESA GRIDER AND WALTER
RIDDICK
    Consolidated Plaintiffs
THE SATANIC TEMPLE, DOUG MISICKO A/K/A "LUCIEN GREAVES"
AND ERIKA ROBBINS.
    Intervenors
vs.    Case No. 4:18-CV-00342KGB
JOHN THURSTON, ARKANSAS SECRETARY OF STATE, IN HIS
OFFICIAL CAPACITY.
    Defendant.

ORAL DEPOSITION OF MASON HARGETT

APPEARANCES:

    MR. MATTHEW KEZHAYA, ESQ.
    MS. SONIA A. KEZHAYA, ESQ.
        Kezhaya Law
        1202 NE McClain Road
        Bentonville, Arkansas 72712
        *** For the Satanic Plaintiffs ***
    MR. J.G. "GERRY" SCHULZE, ESQ.
        Baker, Schulze, Murphy & Patterson
        2311 Biscayne Drive, No. 300
        Little Rock, Arkansas 72227

    *** For the Orsi Plaintiffs ***

---

**Page 2**

1    APPEARANCES (CONTINUED):
2    MR. MICHAEL A. CANTRELL, ESQ.
     MR. GARY SULLIVAN, ESQ.
3     Arkansas Attorney General's Office
     323 Center Street, Suite 200
4     Little Rock, Arkansas 72201; and
5    MS. LEA PATTERSON, ESQ.
     First Liberty
6     2001 West Plano Parkway, Suite 1600
     Plano, Texas 75075
7
     *** For the Defendant ***
8
9
    ALSO PRESENT:
10     Erika Robbins
11
12
13
14
15
16
17
18
19
20
21
22    TAKEN BEFORE Jeff Bennett, Certified Court
    Reporter, LS Certificate No. 19, Bushman Court
23    Reporting, 620 West Third Street, Suite 302, Little
    Rock, Arkansas 72201 on March 2, 2020 at the Arkansas
24    Attorney General's Office, 323 Center Street, Suite 200,
    Little Rock, Arkansas commencing at 1:22 p.m.
25

---

**Page 3**

1              I N D E X
2    WITNESS SWORN: MASON HARGETT
3               Page
4    Examination by Mr. Cantrell      6
5    Examination by Mr. Kezhaya      65
6    Re-Examination by Mr. Schulze    73
7    Re-Examination by Mr. Cantrell    74
8
9
10
11
12           EXHIBITS
13    Exhibit 1           13
14    Exhibit 2           35
15    Exhibit 3           40
16    Exhibit 4           41
17    Exhibit 5           45
18    Exhibit 6           60
19
20
21
22
23    Certificate          78
24    Witness' Signature      79
25

---

**Page 4**

1    ANSWERS AND DEPOSITION OF MASON HARGETT, a witness
2  produced at the request of Defendant, taken in the above
3  styled and numbered cause on the 2nd day of March, 2020,
4  before Jeff Bennett, Certified Court Reporter, LS
5  Certificate No. 19, a Notary Public in and for Saline
6  County, Arkansas, taken at the offices of the Arkansas
7  Attorney General's Office, 323 Center Street, Suite 200,
8  Little Rock, Arkansas at 1:22 p.m.
9        S T I P U L A T I O N S
10    IT IS STIPULATED and AGREED by and between the
11  parties through their respective counsel that the
12  deposition of MASON HARGETT may be taken at the time and
13  place designated pursuant to the Federal Rules of Civil
14  Procedure.
15        MASON HARGETT
16    The witness hereinbefore named, having been duly
17  cautioned and sworn or affirmed to tell the truth, the
18  whole truth, and nothing but the truth, testified as
19  follows:
20
21
22
23
24
25

---

1 (Pages 1 to 4)

Jeff Bennentt

Bushman Court Reporting
Def.'s Ex. 34 - Page 2 of 64
        501-372-5115

Mason Hargett 3/2/2020                     Donna Cave, et al. v. Anne Orsi, et al.

| Page 5 |
| --- |

1        THE VIDEOGRAPHER:  We are on the record.
2   The date is March 2nd, 2020.  The time is
3   1:22 p.m.
4        This deposition is taking place at the
5   Office of the Arkansas Attorney General, 323
6   Center Street, Suite 200, Little Rock,
7   Arkansas.
8        This is Case Number 4:18-CV-00342 KGB/BD
9   entitled, "Donna Cave, Judith Lansky, Pat
10  Piazza and Susan Russell, Plaintiffs, Anne
11  Orsi, et.al, Consolidated Plaintiffs, the
12  Satanic Temple, et al., Intervenors versus
13  John Thurston, Arkansas Secretary of State, in
14  his Official Capacity."
15       The witness is Mason Hargett.
16       Our court reporter is Jeff Bennett.
17       Counsel will please introduce themselves
18  for the record, the witness will be sworn in?
19       MR. KEZHAYA:  This is Matt Kezhaya
20  appearing on behalf of the Satanic Temple,
21  Intervenors.
22       MR. SCHULZE:  This is Gerry Schulze on
23  behalf of the Orsi Plaintiffs.
24       MR. KEZHAYA:  I'm joined by Sonia
25  Kezhaya.  This is Matt Kezhaya joined by Sonia

| Page 6 |
| --- |

1   Kezhaya for the Satanic Temple.
2        MR. CANTRELL:  Michael Cantrell for the
3   Attorney General's Office for the Defendant.
4        MS. PATTERSON:  Lea Patterson with First
5   Library Institute, Defendant.
6        MR. SULLIVAN:  Gary Sullivan from the
7   Secretary of State's Office for the Defendant.
8        (The witness was sworn.)
9             EXAMINATION
10  BY MR. CANTRELL:
11  Q.  We are on the record.  For the record, I also want
12  to indicate that Erika Robbins is with us in the room as
13  well.
14       This deposition is being conducted under the
15  Federal Rules of Civil Procedure.  And again, my name is
16  Michael Cantrell.  I work for the Attorney General's
17  Office.  I represent the Defendant, John Thurston in
18  this case.
19       Can you state your name and date of birth for the
20  record?
21  A.  Yes.  Mason Hargett, April 10, 1981.
22  Q.  Have you ever been deposed before?
23  A.  No.
24  Q.  Do you understand that you're under oath?
25  A.  Yes.

| Page 7 |
| --- |

1   Q.  Do you understand that that means you're promising
2   all of your answers to my questions are true and
3   correct?
4   A.  Yes.
5   Q.  And the court reporter has transcribed our
6   conversation.  You were here with us in Ms. Robbins'
7   deposition?
8   A.  Yes.
9   Q.  So you've heard me say all this before?
10  A.  No uh-huhs.
11  Q.  Yeah, that's right, no uh-huhs, no huh-uhs.
12  A.  Uh-huh.
13  Q.  And we'll try not to cut each other off.
14  A.  Okay.
15  Q.  And let me know if you don't understand something
16  that I ask you.  Is there anything you need before we
17  start?
18  A.  I don't think so.  I'm good.
19  Q.  Okay.  And is there any reason why you can't give
20  full and complete testimony today?
21  A.  No.
22  Q.  No medications that would affect your testimony or
23  alcohol or anything?
24  A.  No.
25  Q.  Okay.  And you were present for the entirety of

| Page 8 |
| --- |

1   Ms. Robbins' deposition, correct?
2   A.  Correct, yes.
3   Q.  Okay.  And you heard all of her answers to all of
4   the questions that were asked?
5   A.  Yes.
6   Q.  Okay.  And you were -- you are represented by an
7   attorney, I understand?
8   A.  Yes.
9   Q.  Okay.  And that occurred last night.  You became
10  represented by counsel last night?
11  A.  Yes.
12  Q.  Okay.  And your counsel is present with us?
13  A.  Yes.
14  Q.  Matt Kezhaya.
15       Okay.  Let's go into your educational background?
16  A.  Okay.  I graduated high school in Bryant High
17  School in 1999.  I have a bachelor's degree in sociology
18  from the University of Arkansas at Little Rock.  I
19  dotted around at a few more colleges in between there.
20  And then most recently I was enrolled at University of
21  Central Arkansas in their master's in mental health
22  counseling program.  I have not currently finished that
23  program.
24  Q.  Okay.  And what other universities or colleges did
25  you attend for your bachelor of arts degree?

2  (Pages 5 to 8)

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 9

1   A.  I started at University of Central Arkansas in the
2   fall of '99.  I went there for one semester.  I then
3   went to Pulaski Technical College in North Little Rock
4   for a semester.  I then went to Harding University in
5   Searcy, Arkansas for I believe a year and a half.  I did
6   one semester at the Northwest Arkansas Community College
7   in Bentonville, Arkansas.  I then returned to Little
8   Rock and went to University of Arkansas at Little Rock,
9   where I received my bachelor's.  And then the stint I
10  did at University of Central Arkansas in the master's
11  program.
12  Q.  Okay.
13  A.  Have a great higher education system here.  I've
14  seen a lot of it.
15  Q.  You moved around quite a bit.
16  A.  Yeah.
17  Q.  Any particular reason for all the moves?
18  A.  I moved to northwest Arkansas on a whim.  I went
19  with a friend who was kind of chasing a girl.  Move to
20  Fayetteville.  I thought why not.  And I've been a
21  bartender/restaurant worker my whole life.  So of course
22  moving is easy.  Easy to find work.
23      And I went up there and went to school for a
24  semester and started bartending.  Figured out how much
25  money I was making bartending.  I thought school can

Page 10

1   wait a little while longer.  So yeah.
2   Q.  Okay.  All right.  Your BA was in sociology?
3   A.  Yes.
4   Q.  Did you have any area of concentration within
5   sociology or --
6   A.  Not necessarily.  I was very -- I was very
7   interested in sort of the fields on like deviants and
8   things like that, and gender studies and things like
9   that.  People in general.  I'm a people person.  I find
10  the way we all interact fascinating.
11  Q.  Okay.  Did you have any kind of Capstone course
12  or --
13  A.  We did a -- I did a Capstone -- we did a project
14  on the -- it was a -- sort of a public safety measure
15  they were trying to get put in.  I believe it was called
16  the green dot program.  I can't be certain on that.  It
17  was about self-reporting and things like that, reporting
18  of say you saw an instance of someone being bullied or
19  perhaps sexual harassment, something like that.  It was
20  a program that would teach the students to be more
21  active in reporting things that they saw on campus.
22  Q.  Okay.  And your master's is in -- you're working
23  on your master's at this point?
24  A.  I put a pause on it.  I can't honestly say if I'll
25  go back or not.  It's a master's in mental health

Page 11

1   counseling.  I was about probably a little over
2   three-quarters of the way done.  I currently work for a
3   wholesale wine and spirits distributor.  And I've kind
4   of found that's more of my calling.
5   Q.  Okay.  I can see the connection with the
6   bartending and mental health counseling.
7   A.  I was a mental health counselor for years.  I just
8   didn't realize it.
9   Q.  All right.  Any other specialized training or
10  education in any area?
11  A.  I am -- I don't know if this is even relevant.
12  I'm a W Set Level 3 certified.  It's the wine and
13  spirits education trust.  I'm a certified wine
14  professional.
15  Q.  Okay.
16  A.  So wine sales, wine education, wine history,
17  things like that.
18  Q.  Okay.  And give me a rundown of your work history?
19  A.  All right.  It's not like the universities.  I've
20  been in the restaurant business most of my life prior to
21  my current position.  I worked at the Faded Rose in
22  Little Rock for approximately 10 years.  Before that I
23  just worked at a lot of random spots up in Fayetteville
24  northwest Arkansas, bars on Dixon and places like that.
25      Other than that, I've been in the distribution

Page 12

1   field now for a little over three years, I guess.
2       I worked for Southern Glazers Wine and Spirits.
3   And now I currently work for Central Distributors here
4   in Little Rock.
5   Q.  Okay.  Any other work outside of the wine or
6   bartending business?
7   A.  Nothing of note.  I have a -- nothing I would
8   consider major occupations in life.
9   Q.  Okay.  Did you review anything in preparation for
10  this deposition?
11  A.  Same as Erika, I read the depositions from the
12  other individuals who were deposed.
13  Q.  Do you remember the names of any of the people
14  whose depositions you read?
15  A.  I believe I read them all.  Donna, Anne, is there
16  Henry in there.  I'm not sure.
17  Q.  Okay.  Do you know either of the two individuals
18  you just mentioned?
19  A.  I know Anne Orsi.
20  Q.  Okay.  In what capacity do you know Anne Orsi?
21  A.  I was a member of the Arkansas Society of Free
22  Thinkers in the past.  I knew Anne in that capacity.
23  Q.  Okay.  When about would you have been a member?
24  A.  It was probably 2012 or '13, '14, '15, kind of in
25  that area.

                                    3 (Pages 9 to 12)

Mason Hargett 3/2/2020                     Donna Cave, et al. v. Anne Orsi, et al.

Page 13

1  Q.  Okay.  Anything else that you reviewed for today?
2  A.  Nothing really specifically for this.  Just sort
3  of reading those depositions to kind of get a feel of
4  how this is going to go.
5  Q.  Okay.  Did you speak with anyone else in
6  preparation for today?
7  A.  Outside of my attorney, no.
8  Q.  Okay.  You had a subpoena.  I will go ahead and
9  make an exhibit.
10         (Deposition Exhibit 1 was marked.)
11  Q.  Make this Exhibit 1.  And just take a look at this
12  to confirm that that is a copy of the subpoena you
13  received?
14         MR. KEZHAYA:  Mike, I sent you an email
15         earlier this morning with the documents.  Did
16         you receive that?
17         MR. CANTRELL:  Yeah.
18         MR. KEZHAYA:  Okay.  Good.
19  A.  Yes, this is the one.
20  BY MR. CANTRELL:
21  Q.  Okay.  And so I asked you to bring with you to the
22  deposition all correspondence with Arkansas officials
23  concerning the Baphomet statue.  And your attorney
24  provided me with some documents.
25  A.  Yes.

Page 14

1  Q.  Is all the correspondence with Arkansas officials
2  concerning the Baphomet statue in your possession, were
3  those included?
4  A.  Yeah.  Any email correspondence that I made was in
5  that cash of files, yeah.
6  Q.  Okay.  And the same second thing we requested
7  was, let's do it this way, 2A, All records of whatever
8  kind concerning the Satanic Temple's efforts to place
9  the Baphomet statue in Arkansas?
10  A.  Yes.  I personally don't have any sort of
11  documents pertaining to the entire process in any
12  possession.
13  Q.  Okay.  Pertaining to the entire process?
14  A.  Yeah.  I guess are you talking about with the Arts
15  and Grounds Commission and stuff like that?
16  Q.  Yeah, really any aspect of the Baphomet statue.
17  A.  Anything I had at all of any relevance.  I felt
18  like the pictures might have been stretching it a little
19  bit.  I had everything I could think of that was even
20  relevant.
21  Q.  You included that?
22  A.  Yeah.
23  Q.  August 2018 Rally for the First Amendment?
24  A.  Yeah.  I had no part in organizing that
25  whatsoever.  Honestly, I was merely a spectator that

Page 15

1  day.
2  Q.  Okay.  And then 2C, The making of the film Hail
3  Satan?
4  A.  Yeah.  I was in no way a part of making the film
5  in any way.  I appear in it, but that's it.
6  Q.  Okay.  And then finally all records whatever kind
7  concerning your personal interaction with the Ten
8  Commandments monument?
9  A.  I sent a couple of photos of me around it.  But
10  that's pretty much it, yeah.
11  Q.  And so you've produced every document in your
12  possession for all of those categories?
13  A.  Yes.
14  Q.  Okay.
15  A.  Yes.
16  Q.  Okay.  All right.  Are you a member of the Satanic
17  Temple?
18  A.  Yes.
19  Q.  When did you become a member?
20  A.  Around 2015, perhaps a little before the year
21  2015.  Sorry.  I'm not good with an exact date of that
22  far back.  It was one of those.  2015 probably works.
23  Q.  Okay.  And what were you required to do in order
24  to become a member of the Satanic Temple?
25  A.  I believe I was a member of their newsletter.

Page 16

1  Sort of sent in.  You had to -- you put in your email
2  and show you're a real person and that kind of stuff.
3  And confirm and you get the newsletter.  There wasn't
4  any sort of like a, I don't know if you'd call it an
5  initiation or nothing like that.
6  Q.  Okay.  So there wasn't any kind of initiation
7  you're saying?
8  A.  Not like any sort of like a formal initiation, no.
9  Q.  Okay.  Do you specifically recall affirming that
10  you agreed to the seven tenets?
11  A.  Yes.
12  Q.  Was that the process at that time, do you
13  specifically recall that?
14  A.  I can't specifically recall that one way or the
15  other.
16  Q.  Okay.
17  A.  I believe it's sort of understood as a member that
18  of course you follow the guidelines of the seven tenets,
19  and you believe in the seven tenets, yes.
20  Q.  Okay.  And what was it, what was the occasion for
21  you becoming a member of the Satanic Temple?
22  A.  I think before I was actually officially a member
23  of the Satanic Temple I believe I was -- I want to word
24  this correctly.  I felt a lot of the same ways and had a
25  lot of the same beliefs as the members of the Satanic

4 (Pages 13 to 16)

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 17

1    Temple. I don't think I just had a word to call it.
2           I would say that I was a Satanist even before
3    that, I just didn't understand that the -- I didn't
4    realize the term Satanist really sort of hit home with
5    what I believed in and things like that. And then I had
6    a chance meeting with Doug and got to chat and sort of
7    it all kind of came together.
8    Q.   Okay. When was that chance meeting with Doug
9    Misicko?
10   A.   Yes. It was at the American Atheist National
11   Conference. It was Easter weekend of 2015. I don't
12   know the exact dates on that.
13   Q.   Okay.
14   A.   He gave a presentation on the Satanic Temple to
15   the conference. And I afterwards found him in the lobby
16   just by chance, and we ended up having drinks and
17   chatting and just talking about a lot of stuff. And
18   then we continued to correspond since then.
19   Q.   Okay. So you became a member after that?
20   A.   Yes.
21   Q.   Okay. Before you became a member, did you know
22   any other person that they were a member of the Satanic
23   Temple?
24   A.   No, I did not.
25   Q.   Okay. Did anyone else join the Satanic Temple

Page 18

1    along with you?
2    A.   No, it was just me.
3    Q.   Okay. And have you had any lapses in membership?
4    A.   No.
5    Q.   Have you attended any of the Satanic Temple's
6    events?
7    A.   I attended the Religious Liberty Rally, the First
8    Amendment Rally, the one that was here with the Baphomet
9    statue in Little Rock. That's the only official rally
10   that I've ever been to. I've never been to -- I've not
11   been to Salem.
12   Q.   Okay. Did you do you anything to prepare for that
13   First Amendment Rally that you're referring to?
14   A.   I didn't. I was pretty heavily involved with a
15   work project at the time. I probably would have been
16   involved more if I wouldn't have had that going on.
17          But I literally slipped out, came to the rally for
18   about an hour or so on my lunch break. Don't tell my
19   boss. And I came and saw some friends there, of course.
20   Watched a few of the speakers. And I actually had to
21   dip out before the speakers were even finished.
22   Q.   Okay. You mentioned some friends. Who were the
23   friends that you saw at the rally?
24   A.   I stood with Jeremy Brasher. I believe his name
25   was brought up in the previous deposition. I stood and

Page 19

1    sort of kind of stood from afar and just kind of watched
2    with him everything that was going on between all the
3    spectacles and whatnot.
4    Q.   You stood from afar?
5    A.   I say from afar. Probably there was the big group
6    of folks right there in front, down front. We probably
7    stood 15 to 20 feet back.
8    Q.   Okay.
9    A.   Just kind of taking it all in.
10   Q.   Okay. Was there anyone else you saw there, any
11   other friends?
12   A.   I saw some, I say friends, I can remember a couple
13   of faces, hey, good to see you, shaking hands.
14   Q.   Any acquaintances?
15   A.   No like close friends or anything like that.
16   Q.   Okay.
17   A.   Of course, I saw Erika there and whatnot. I think
18   that's sort of already known, because she was there.
19   Q.   Okay. Any others, any other people that you
20   recognized there?
21   A.   Not really, not like a close associate or anything
22   like that or a friend that I can remember being there.
23   I remember a lot of the local media being there and
24   things like that and folks like that, but yeah.
25   Q.   Okay. Do you have acquaintances in the media?

Page 20

1    A.   I don't.
2    Q.   Okay. Or anyone involved in filmmaking?
3    A.   I've become somewhat friends with the filmmakers
4    of Hail Satan through the whole process. I say friends,
5    you know, Facebook friends, commenting on one another's
6    posts from time-to-time. That's about the long and
7    short of it.
8    Q.   And what is the name of that person?
9    A.   Penny Lane.
10   Q.   Okay. So when you say, "filmmakers," is that more
11   than one person or are there others?
12   A.   There was the producer. His name is -- his name
13   is -- not coming to my mind right now.
14   Q.   Okay.
15   A.   He's the producer on the credits to the movie. I
16   just can't think of his name right now.
17   Q.   Okay. Did you meet up with anyone before or after
18   that rally?
19   A.   After the rally there was a benefit concert at
20   Vino's. A lot of the folks who came to the rally came
21   to that concert.
22   Q.   Okay. Do you remember what happened at that
23   rally; like were there speakers or were there --
24   A.   At the rally itself?
25   Q.   No, at Vino's.

5 (Pages 17 to 20)

Jeff Bennentt

| Page 21 |
|---|

1   A.  Oh, at Vino's.  There was three or four bands
2   played.  I think Doug got up and made a statement
3   thanking everyone for coming.  Because there were --
4   goodness, there were people from New York, Chicago,
5   Detroit, L.A., Seattle, Arizona that all came to the
6   event.
7   Q.  Okay.  And was there any other -- did you meet up
8   with others before or after the rally or before or after
9   going to Vino's for any other event?
10  A.  No.  It was a work night.  Not a late night.
11  Q.  Yeah.  What about the night before the event?
12  A.  The night before the event there was -- they had a
13  little sort of security meeting.  Kind of give some
14  folks some protocols for the next day.  Because there
15  were fair viable threats that had been put out there
16  from some individuals.
17  Q.  Okay.  And who all was at that meeting?
18  A.  There were members from all over the country.  I
19  didn't know them.  I knew our local crew.  I believe
20  Megan's name was brought up before from the Satanic
21  Arkansas group.  I know she was there.  And then Doug
22  and the folks that came in that kind of gave the rally.
23  Then the filmmaking crew was there too.
24  Q.  What is Megan's last name?
25  A.  I cannot honestly tell you that.  I believe the

| Page 22 |
|---|

1   name -- she always gave a name Ivey, but I'm about 99
2   percent sure that's a pseudonym.
3   Q.  Okay.  Anybody else local was who at that meeting?
4   A.  I think off the top of my head it was just me.  I
5   don't even believe Erika was there at that meeting.  I
6   believe I was the only person from Little Rock there.
7   Q.  Okay.  Did you visit the Ten Commandments monument
8   in connection with the Religious Liberty Rally that you
9   were referring to?
10  A.  No, I didn't.  I didn't go around the Capitol that
11  day.
12  Q.  Okay.
13  A.  I think it was covered anyway, if I remember
14  correctly, for cleaning or something of that nature.
15  Q.  Okay.  And Ms. Robbins testified that the day of
16  the rally the monument had been covered up?
17  A.  I think it was -- I think they said it was for
18  cleaning, even though I think the paint was still wet on
19  it.
20  Q.  Okay.
21  A.  It was covered up that day, had a tarp over it and
22  everything.  I think I saw a picture.  I didn't
23  personally see it myself.
24  Q.  Okay.  So you don't know who would have covered it
25  up like that?

| Page 23 |
|---|

1   A.  I'm assuming the state did.  I believe, if I read
2   in the paper correctly or the local news, that it was
3   covered for scheduled cleaning and maintenance.
4   Q.  Okay.  And have you held any positions of
5   leadership or responsibility with the Satanic Temple
6   other than being a member?
7   A.  No.
8   Q.  And did you do anything to assist with the Satanic
9   Temple's application to place the Baphomet statue on the
10  Arkansas State Capitol grounds?
11  A.  Yes.
12  Q.  Okay.  Tell me about what you did?
13  A.  I -- obviously the document you have, I sent the
14  emails out to -- I made it a point to send them to every
15  member of both Senate and House asking to sponsor a bill
16  in our name.  I went and printed some of the schematics
17  like at Kinko's or wherever it was.  We took to the Arts
18  and Grounds Commission with all the specs for the statue
19  and the base and things like that.
20  Q.  Anything else that you did to assist with the
21  application to place the statue?
22  A.  Not to my recollection.  I don't remember.  I
23  don't think I filed any of the actual paperwork myself.
24  Q.  Okay.  Were you compensated for any of your work?
25  A.  No.

| Page 24 |
|---|

1   Q.  So it was volunteer work?
2   A.  Oh, yeah.
3   Q.  Do you know any other members of the Satanic
4   Temple other than Ms. Robbins in Arkansas?
5   A.  I know Hadrienne, I believe Erika discussed also,
6   which is a pseudonym.  I'm not sure of any real names.
7   I'm honestly not sure of any real names outside of --
8   it's my understanding that myself and Erika are the only
9   two in this state that don't use pseudonyms.
10  Q.  Okay.
11  A.  So it's hard.  I think that's their whole purpose
12  with the protection of anonymity.
13  Q.  So this individual who claims Hadrienne is their
14  name?
15  A.  Uh-huh.
16  Q.  You've never met?
17  A.  I met in person one time.
18  Q.  You met one time?
19  A.  Yes.
20  Q.  And when was that?
21  A.  A few weeks ago.
22  Q.  What were the circumstances?
23  A.  We met at a local bar to sort of a social
24  gathering for Arkansas members who were members of TST
25  at large and members of our unofficial sort of friends

6 (Pages 21 to 24)

Mason Hargett 3/2/2020                                     Donna Cave, et al. v. Anne Orsi, et al.

| Page 25 | Page 27 |
|---|---|

**Page 25**

1  of group.
2  Q.   Okay.  What do you know about the leadership of
3  the Satanic Temple?
4  A.   I know we have our two founders; Doug and Malcolm.
5  And then there's the national council that presides over
6  all the official state chapters.
7  Q.   Okay.  And do you know individuals who are on the
8  national council?
9  A.   I do.  I've had correspondence.  If that's what
10 you're asking.  I don't really have like a deep,
11 personal relationship with anyone at the national
12 council.  I've had correspondence before.
13 Q.   Okay.  Tell me if you can their names or
14 pseudonyms they go by or both?
15 A.   There's a Chalice, a Sadie.
16 Q.   How do you pronounce that?
17 A.   Chalice, C-H-A-L-I-C-E.
18 Q.   Okay.
19 A.   These are all pseudonyms.
20 Q.   Okay.
21 A.   Chalice, there's a Sadie, and Amber.  Those are
22 the three that I've had -- I've had, you know, little
23 correspondences with before.
24 Q.   Okay.  Do they have last names or --
25 A.   They do, but it's -- I'm not even sure, which

**Page 26**

1  their pseudonyms change all the time.  I guess that's
2  part of it all.
3  Q.   Okay.  Are these three different individuals?
4  A.   Yes.
5  Q.   Okay.  And are they female each of them?
6  A.   Identifying as female, yes.
7  Q.   Okay.  And so, to your knowledge, they identify as
8  female, are some of them trans-female?
9  A.   Possibly.  I'm not at library to say.
10 Q.   Okay.
11 A.   I don't want to say something I'm not completely
12 sure of.
13 Q.   That's fine.  Okay.  These three you mentioned are
14 members of the national council?
15 A.   Yes.
16 Q.   Okay.  In what capacity have you had
17 correspondence with them?
18 A.   I believe probably just questions about, you know,
19 the national council is sort of what you go through if
20 you're working to become an official chapter.  If you're
21 going to have any sort of an event in the official
22 capacity or any kind of speaking in the official
23 capacity of TST.  It's just sort of like any
24 other church, you got to go through your elders usually
25 to do things.

**Page 27**

1  Q.   Okay.  So is there an official Satanic Temple
2  chapter in Arkansas?
3  A.   There's not, no.
4  Q.   Is there what you've called Friends of Satanic
5  Temple?
6  A.   Yeah.  There's an unofficial friends of group here
7  in the state, yes.
8  Q.   And is that the same or different than the
9  Satanic Temple?  Excuse me.
10     Is that Friends of Satanic Temple group same or
11 different than Satanic Arkansas?
12 A.   Completely different.
13 Q.   Okay.
14 A.   Satanic Arkansas is a complete independent entity
15 all of its own.
16 Q.   Okay.  And how many members does the Friends of
17 Satanic Temple group have?
18 A.   Our Facebook group has probably got around 250,
19 some of which don't live in the state.  If you want
20 numbers of recent social gatherings, we've had I'd say
21 around we've had upwards of 25, 30 people at recent
22 events.
23 Q.   Okay.  Would all of those 25 to 30 people, would
24 they consider themselves members of the Arkansas group
25 or those are just people who would show up?

**Page 28**

1      MR. KEZHAYA:  Object to speculation and
2  also form.
3  A.   I would say they're all members of TST at large.
4  Being a friends of group is really sort of a loose
5  organization.  It's not anything in the official TST
6  capacity.  So I would say all of the members who come to
7  these gatherings would consider themselves TST members.
8  I can't 100 percent speak for every single person that's
9  come to every gathering or social engagement, but for
10 the most part, yes.
11 Q.   How many members of the Satanic Temple are there
12 currently in Arkansas?
13 A.   I couldn't answer that honestly.
14 Q.   Okay.  How many members are you familiar with in
15 Arkansas?
16 A.   I couldn't give you an exact direct number.
17 Between the people who come to our events and whatnot, I
18 would say 30 or 40, probably more honestly.  There's
19 folks on the outskirts of the state and stuff like that
20 that don't have the physical means to come say to a
21 social gathering in Little Rock, Arkansas.  So, of
22 course, there could easily be more out there that I'm
23 not completely aware of.
24 Q.   Okay.  I guess let me ask this a little more
25 pointedly.  How many members of the Satanic Temple do

7 (Pages 25 to 28)

Jeff Bennentt

Mason Hargett 3/2/2020                          Donna Cave, et al. v. Anne Orsi, et al.

Page 29

1  you know who are also people who live in Arkansas?
2  A.  Again tough to give a direct, you know, an exact
3  number.  I speak with obviously Erika, myself,
4  Hadrienne, there's a few other individuals that I speak
5  with on a pretty regular basis on Facebook groups and
6  things of that nature.  I would say I keep going back to
7  about that 25 to 30 number.  But again, I want to
8  reiterate that I don't know with full certainty, because
9  there's members of TST who aren't associated with our
10  friends of group and things like that.
11  Q.  Okay.  And I'm not trying to badger you.  I'm just
12  asking you for people who you know are Satanic Temple
13  members that you know of?
14  A.  Yeah.
15  Q.  Who are also Arkansas citizens?
16  A.  Okay.
17  Q.  Can you count how many you know?
18  A.  I don't want to give an exact number because I
19  don't want to be lying.  But I know of at least 15 or
20  20.  If I really put my brain to it and like looked at
21  our list of folks that have been at events and stuff
22  like that, 25 to 30 at least who live in the State of
23  Arkansas who consider themselves TST members.
24  Q.  Okay.  And these would be people who have become
25  official members with the Satanic Temple?

Page 30

1  A.  Yeah.  Come to our social events and things like
2  that.  And I've been active in the message boards and
3  sharing of information and things like that.
4  Q.  Okay.  So we talked about the Hail Satan movie.
5  A.  Uh-huh.
6  Q.  Were you involved with the filmmakers during the
7  process of applying for the Baphomet statue's placement
8  on the Capitol grounds?
9  A.  Sort of I guess I can explain that process.
10  Whenever we started the whole process of filing the
11  paperwork and things like that, Doug would say, I think
12  a documentary crew might be showing up today.  I'm not
13  sure.  That was all I knew of it.  I didn't know what
14  was going to be the subject of the documentary and
15  things like that.
16      It was mostly just the filmmakers had hired like a
17  local guy with just a little camera out and
18  just filming some stuff.  And then I met the filmmaker.
19  I believe like the second time I think she came down.
20  Again I wasn't 100 percent sure what the movie -- what
21  their goal was or their purpose.
22      And then they were there at the Baphomet rally
23  here in Little Rock.  And the long and short of me
24  involved in that movie was the following day, she was
25  like, Hey, would you mind coming down to a studio we've

Page 31

1  got here and just giving some comments for us.  We could
2  film you, you know, just do a little interview.
3  Q.  Okay.
4  A.  And that was really my -- that was it.
5  Q.  Okay.
6  A.  I didn't realize once the film came out that
7  bow-tie boy was going to be all in the documentary,
8  yeah.
9  Q.  Okay.  So were you involved with communications
10  between Doug Misicko and the filmmakers?
11  A.  No.  No.
12  Q.  Were you involved with email correspondence that
13  involved the filmmakers?
14  A.  Not that I can recall.  Nothing -- if there was
15  anything, it was nothing substantial.  It might have
16  been like, hey, can you meet me here today.  Sure.  You
17  know, like for an interview.  But other than that, no.
18  With the making of the film and everything I wasn't
19  involved in any way.
20  Q.  Okay.  The Friends of the Satanic Temple group,
21  this is an unofficial chapter of the Satanic Temple,
22  right?
23  A.  I wouldn't even say the word chapter.  I would
24  just say it's an unofficial group of people that are in
25  a geographic area, Arkansas in this instance, who are

Page 32

1  members of the Satanic Temple, who would like in time to
2  become a chapter, an official chapter.
3  Q.  And when did this group form?
4  A.  I guess it was about that time, a little time
5  before the -- before the -- before the Baphomet Rally.
6  Called the Baphomet Rally.  I know it's been called
7  other things.  I think I'd be kind of repeating what
8  Erika said.  Her, myself and Jeremy were kind of
9  assuming we were just the only ones at the time.  And
10  then we found this other group and sort of merged.  Then
11  we sort of worked with the TST folks coming in and doing
12  the rally.
13      And then it became really clear that the members
14  of the group who are now Satanic Arkansas didn't share
15  the same values as we did.  So they decided to go their
16  own way and we decided to continue on as members of the
17  Satanic Temple.
18  Q.  Okay.  And so is it true that at one point the
19  Friends of Satanic Temple group was the same
20  organization as the Satanic Arkansas group?
21  A.  The members, yeah, we had the same members, I
22  guess you could say, yeah.
23  Q.  Okay.  And then I guess there was you and Erika
24  and Jeremy split?
25  A.  It was really just myself and Erika.  I think

8 (Pages 29 to 32)

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 33

1   Jeremy kind of was sort of -- I think at that point he
2   was just kind of like, You guys, I'm not making a choice
3   on this at all. I'll be around. You guys go do your
4   thing.
5   Q.   Okay.
6   A.   Call me if something fun happens, you know, and
7   I'll show up. But that was about it.
8   Q.   Okay. Does the Friends of the Satanic Temple
9   group, the unofficial group, does it have any officers?
10  A.   The term -- we don't use the term officers.
11  Organizers would be the term, myself and Erika.
12  Q.   Okay. Any other organizers?
13  A.   Our friend Hadrienne is helping a little bit with
14  a few things. You could put him in there as an
15  organizer too.
16  Q.   Okay. Is there any agreement between, any sort of
17  agreement between the unofficial group and the Satanic
18  Temple? You said it's not a chapter.
19  A.   Uh-huh.
20  Q.   Is there any kind of association agreement or any
21  kind of agreement that would connect the two groups?
22  A.   It's considered an unofficial sort of grouping. I
23  think it's because they don't want, you know, folks
24  going out on their own and doing something crazy. Just
25  like any religious organization would not want someone

Page 34

1   going out there and performing a terroristic act or
2   something like that and saying we're with this group,
3   you know. And that's sort of you're not actually with
4   us and things like that.
5   Q.   Okay.
6   A.   I think it's more to -- it's more sort of a
7   vetting process I would say for the folks, you know, who
8   are officially with TST and the national council to make
9   sure that these folks are organizing these groups, for
10  lack of a better term, have it together and things like
11  that.
12  Q.   Okay. And does the friends of group, does it
13  receive any funding from the Satanic Temple?
14  A.   No.
15  Q.   Okay. Does the friends of group send any money to
16  the Satanic Temple?
17  A.   No.
18  Q.   Do individual members make donations to the
19  Satanic Temple?
20  A.   They can if they want to. There's no -- there's
21  no forcing of any kind.
22  Q.   Okay.
23  A.   You can donate on their page, like Erika said,
24  sell T-shirts, sweat shirts, coffee mugs, things like
25  that.

Page 35

1   Q.   Okay. Have you made any donation to the Satanic
2   Temple?
3   A.   Oh, yeah. I bought a sweat shirt. I wear it all
4   the time. I love it.
5   Q.   Okay. And did you attend, to the Ten Commandments
6   monument, did you attend the unveiling of the Ten
7   Commandments monument?
8   A.   Yes. The second unveiling, yes.
9   Q.   Okay. Did you go with anyone to that event?
10  A.   I traveled to the event by myself. If that's what
11  you're asking.
12  Q.   Okay. And sorry to jump back and forth, but back
13  on the Baphomet statue.
14  A.   Uh-huh.
15  Q.   You sent emails to members of the General
16  Assembly?
17  A.   Yes.
18  Q.   Okay.
19       (Deposition Exhibit 2 was marked.)
20  Q.   I'm showing you a copy of email correspondence.
21  And see if you can identify that?
22  A.   Yes.
23  Q.   Okay. Tell me what that is?
24  A.   It was one of the emails sent to one of our local
25  legislators, actually my legislator, Joyce Elliott.

Page 36

1   Q.   Okay. Do you know Joyce Elliott?
2   A.   I don't know her in a personal sense, no. I've
3   actually never formally met her, no.
4   Q.   Okay. And this was sent from your email address?
5   A.   Yes, correct.
6   Q.   And it's signed?
7   A.   It is, yes. It's signed by Doug, yes.
8   Q.   So you were sending this on his behalf?
9   A.   Yes. I sort of felt as if by my sending it also,
10  my co-sign on this, yeah.
11  Q.   Okay. All right. And Ms. Elliott responded; is
12  that right?
13  A.   She did quite nicely, yes.
14  Q.   Okay.
15  A.   Not many people did respond, so yeah.
16  Q.   Okay. And this was -- what was the time frame
17  when you sent this email?
18  A.   The time on here?
19  Q.   Yeah, when you sent the email. I'm asking you
20  when you sent the emails to the General Assembly?
21  A.   This was -- let's see if we can get this right.
22  This was -- I guess we had done our initial stuff and
23  everything. And then we had the usurping and all that
24  sort of stuff, to use his terminology, that we needed, I
25  needed legislative approval to go forward.

9 (Pages 33 to 36)

Jeff Bennentt

Mason Hargett 3/2/2020                        Donna Cave, et al. v. Anne Orsi, et al.

---

Page 37

1      And so at that point we decided that it would only
2  be right if we literally asked every single sitting
3  member of our legislative body, give them an opportunity
4  to sponsor the bill.
5  Q.  Okay.  And this was during one of the legislative
6  sessions?
7  A.  Yes.  The session was -- I know we tried to get it
8  out as quick as we could, because I think the
9  legislative session didn't have much longer left in the
10  session.  And we knew that, of course, if we didn't get
11  it then we would have to wait until the next go-around.
12  Q.  Okay.  And which legislative session was that?
13  A.  I'm not sure.
14  Q.  Do you know the year?
15  A.  It's dated 2017.  So it would have -- I believe it
16  wasn't like the -- what is there, the fiscal
17  assembly and the general one, correct, the budget one
18  and then I think --
19  Q.  So it looks like it was dated Monday, February 27,
20  2017; is that right?
21  A.  Yes.
22  Q.  Okay.  Did you -- so you sent basically the same
23  email or the identical email --
24  A.  Yes.
25  Q.  -- to every state senator, every state

---

Page 38

1  representative?
2  A.  Yes, correct.
3  Q.  All members of the General Assembly at that time?
4  A.  Yes.
5  Q.  Did you try -- and this was in February of 2017.
6  Did you make any other attempts before or after that?
7  A.  After that I believe Doug sent a followup email.
8  I, at the time again with work, it just wasn't in my --
9  free time was such a critical minimum, that I didn't
10  have time to sit down, because it took a while to go
11  through every single person.
12  Q.  Okay.
13  A.  I believe he sent a followup email.
14  Q.  Okay.
15  A.  Because I think you'll see, and I put in the
16  documents, we got a few responses from some folks, some
17  hell nos and things like that, so yeah.
18  Q.  Okay.  Would Doug's email, would that have been a
19  few weeks later or --
20  A.  Yeah, it wasn't long at all.  We knew we had -- of
21  course, we were under that time crunch for the assembly
22  to be over.  So it was quick, yeah.
23  Q.  Okay.  All right.
24      MR. CANTRELL:  Why don't we take a little
25  break and we'll come back.

---

Page 39

1  A.  Yeah.
2      MR. CANTRELL:  And I won't have a lot
3  more, at least I don't anticipate having a
4  whole lot more.
5  A.  Okay.
6      MR. CANTRELL:  We'll take a break.
7  A.  Okay.
8      THE VIDEOGRAPHER:  We're going off the
9  record at 2:10 p.m.
10  (A recess was had.)
11      THE VIDEOGRAPHER:  We're back on the
12  record at 2:28 p.m.
13  Q.  Okay.  Mr. Hargett.
14  A.  Yes.
15  Q.  You understand you're still under oath?
16  A.  Yes.
17  Q.  Okay.  And I believe you mentioned earlier that
18  you don't use pseudonyms?
19  A.  No.  I've always just used my full name.
20  Q.  Okay.  All right.  And we were talking earlier
21  about the email correspondence with Doug Misicko --
22  A.  Yes.
23  Q.  -- and the filmmakers.  And I want to -- I just
24  want to but this in front of you.  This was something
25  that has previously been produced by the Intervenors.

---

Page 40

1      (Deposition Exhibit 3 was marked.)
2  Q.  I've got -- there's other email chains.  But I
3  just want you to take a look at that, and authenticate
4  that that is part of an email chain that you were
5  involved in with Doug and with the filmmakers concerning
6  the Baphomet statue?
7  A.  Yes.  Oh, yeah.  Yeah.  That was just, I guess,
8  when we had one of the hearings.  And I was going to
9  have to go out of town for work.  Of course, looing
10  back, I'm like foolish boy.  Hey, you got somebody to
11  change your whole schedule just for me.  It was one of
12  those.  I was invested and part of it and things like
13  that with the case and everything, so yeah.
14  Q.  Okay.  And so this was -- was this a routine way
15  that you would communicate with Doug and with the
16  filmmakers about what was going on?
17  A.  Doug and I would email some.  I think usually it
18  was probably more phone call than anything.  But between
19  the filmmakers, yeah, I -- I guess, yeah, he's on here.
20  Gabriel, that's his name, the producer.
21  Q.  Okay.
22  A.  But yeah.  Your question is would this be my
23  normal correspondence with them?
24  Q.  Yeah.
25  A.  I guess, yes.  I think this is about the long and

---

10  (Pages 37 to 40)

Mason Hargett 3/2/2020                                    Donna Cave, et al. v. Anne Orsi, et al.

---

Page 41

1  short of it.
2  Q.  Okay.  And for the record, I marked it as Exhibit
3  3.
4  A.  Uh-huh.
5  Q.  I don't remember if I said that.  It's Exhibit 3
6  and it's three pages.  And you recognize Penny Lane and
7  Gabriel Sedwick as being filmmakers?
8  A.  Yes.
9  Q.  Okay.  And Doug Mesner is a pseudonym for Doug
10  Misicko; is that right?
11  A.  Yes, correct.
12  Q.  Okay.  And you see his name on there as well?
13  A.  Yes.
14  Q.  And now I'm going to ask you about some social
15  media.
16  A.  All right.
17  Q.  We're not going to spend a whole lot of time on
18  it.  I'm marking this.  I've got so there's 17 pages.
19  I'm going to make this all one exhibit.
20      (Deposition Exhibit 4 was marked.)
21  Q.  And I have marked each individual page with a
22  number in the lower left-hand corner.  So the first page
23  is 1 circled.  The second page is 2 circled.  And I'm
24  going to mark page 1 as Exhibit 4 over on the right-hand
25  side.  So we'll go through those kind of one by one.

---

Page 42

1  And I've got copies.
2      MR. KEZHAYA:  Oh, you have copies.
3      MR. CANTRELL:  Yeah, I've got some
4  copies.
5      MR. KEZHAYA:  Do you have a copy for
6  Jeremy?
7      MR. CANTRELL:  Yeah, I do.
8      MR. KEZHAYA:  Okay.
9  BY MR. CANTRELL:
10  Q.  All right.  So take a look at that first page.
11  A.  Uh-huh.
12  Q.  And I want to ask you about that.  Do you
13  recognize that?
14  A.  Yeah.  It's my Twitter profile.
15  Q.  Okay.  And it says Mason@mason underscore selby,
16  Organizer for all things TST in Arkansas.
17      Did I read that correctly?
18  A.  Yes.
19  Q.  Okay.  So organizer for all things TST Arkansas,
20  tell me what that means?
21  A.  I take that to mean that our friends of group
22  here, which is sort of the only thing in an even
23  semiofficial capacity that we have.  That's what I
24  organize.  I'm part of the organizer for that.
25  Q.  Okay.  And you said that it's an informal group

---

Page 43

1  and there's no officers?
2  A.  Yes.
3  Q.  Organizer essentially means you function as the
4  leader of the group?
5  A.  I guess in a sense, yes.  Myself, Erika and to a
6  smaller extent Hadrienne are the ones that organize.
7  Q.  Okay.
8  A.  And by organize I just mean, you know, pick a spot
9  for a social gathering and things like that, kind of
10  decide what topics we're going to talk about that day,
11  things like that.
12  Q.  Okay.  And then it looks like you've got a link on
13  there.  It's to thesatanictemple.com/products/ looks
14  like donation?
15  A.  Yeah.  It's a -- that's a link to their website
16  where you can purchase all sorts of different items and
17  things like that.  Of course, they've got like spots on
18  there where you can donate to their reproductive rights
19  campaign and things like that too.
20  Q.  Why do you have that particular thing on here?
21  A.  I have that link on there because it would filter
22  someone to the Satanic Temple's official website.  But
23  also I think it's good if people are so inclined to
24  donate to a cause, I think it's a cause worth donating
25  to.

---

Page 44

1  Q.  Okay.  And so you direct them to the donations
2  page as opposed to just thesatanictemple.com?
3  A.  You click on that you're going to get the whole
4  thing.  That just happens to be one of the headings
5  under their official web page.
6  Q.  Okay.  Take a look at page 2 of that.  About the
7  middle of the page it says, Frankie Hollywood, and then
8  it says, Replying to @mason underscore Selby?
9  A.  Uh-huh.
10  Q.  Breaking news:  Happy Halloween.  Our next guest
11  on Melted is Mason Selby.  And this part seems
12  ungrammatical to me.  But the head organizers for the
13  Friends of the Satanic Temple.
14  A.  I actually had him correct that actually.
15  Q.  What's going on there?  What's that referring to?
16  A.  This in general?
17  Q.  Yeah.  I'm trying to understand what it means that
18  it says, Head organizers for the Friends of the Satanic
19  Temple?
20  A.  He's a member of the Satanic Temple.  He lives up
21  in Boston.  They have a big radio show.  When he first
22  put this out and I called him up and kind of gave him
23  the correct nomenclature to use for the wording and
24  stuff like that.
25  Q.  Okay.

---

11 (Pages 41 to 44)

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

---

Page 45

1    A.   Kind of let him know that I think at first he had
2    posted something like, you know, he made it sound like I
3    was some official president of an official chapter of
4    Satanic Temple.  And I kind of said, Hold on.  I'm an
5    organizer for a friends of group.
6    Q.   Okay.  So you don't hold any official position
7    with the Satanic Temple?
8    A.   No.
9    Q.   Okay.  And you're only an organizer for the
10   Arkansas group?
11   A.   Yes.  Yes.
12   Q.   Okay.  And then page 3 is -- well, let me ask do
13   you recognize page 3?
14   A.   Yes.
15   Q.   Okay.  What is this?
16   A.   That was our first day at the Arts and Grounds
17   Commission.
18   Q.   Okay.  The first meeting for the Arts and Grounds
19   Commission?
20   A.   Yes.  When they had the panel over there, the
21   three person panel and everything and Mr. Bryant and
22   everyone.
23        (Deposition Exhibit 5 was marked.)
24   Q.   I'm going to show you a -- well, I'll ask you if
25   you can identify that?

---

Page 46

1    A.   Yeah.  That's from that day, yeah.
2    Q.   Is that an image from the same meeting?
3    A.   I think so, yes.
4    Q.   Okay.
5    A.   It's got to be, yeah.
6    Q.   Why do you say, "it's got to be?"
7    A.   I'm just assuming from where I was sitting and
8    everything, angles and whatnot like that, yeah.
9    Q.   Okay.  It looks like that's facing the opposite
10   end of the room?
11   A.   Actually it's got to be that one.  Because the
12   second meeting I sat up.  There wasn't anywhere to sit,
13   so I sat up in another area kind of off to the side of
14   that room, yeah.
15   Q.   Okay.  So you recognize yourself in that photo,
16   Exhibit 5, I just gave you?
17   A.   Yes.
18   Q.   Okay.  Who else do you recognize in that
19   photograph?
20   A.   I recognize Doug, Erika, our friend Jeremy, fine
21   gentleman right there, Mr. Schulze.
22   Q.   Okay.  And where is -- you mentioned Doug?
23   A.   Uh-huh.
24   Q.   Who else?
25   A.   Erika.

---

Page 47

1    Q.   Okay.  Where is Erika?
2    A.   With purple hair right there.
3    Q.   Okay.  Sitting in the second row?
4    A.   Yes.
5    Q.   Okay.  Who else?
6    A.   That's Jeremy Brasher to her left.
7    Q.   Okay.  And then who else?
8    A.   Mr. Schulze.
9    Q.   Yeah.  Okay.  Anyone else you recognize there?
10   A.   That woman to my left, her name is Karen Seale.  I
11   know her.  The other three individuals, I do not know
12   their names.
13   Q.   Karen how do you spell her last name?
14   A.   S-E-A-L-E, I would assume, Seale.
15   Q.   Okay.  What capacity do you know her?
16   A.   She was a member of the Arkansas Society of Free
17   Thinkers.  I believe that day, I can't say with any
18   certainty, she was just kind of coming to witness the
19   proceedings and everything.
20   Q.   Okay.  And then back to the previous exhibit,
21   Exhibit 4, page 3.
22   A.   Uh-huh.
23   Q.   It looks like you said, Fun day advocating
24   #Baphomet.  And then it looks like, thanks
25   @LucienGreaves for letting me dress up like a lawyer and

---

Page 48

1    act official.
2    A.   Yeah.  That's all in gest, yeah.
3    Q.   Okay.  Well, I have to ask.  Did you dress up like
4    a lawyer and act official?
5    A.   Only to the extent I put a tie on that day.  And I
6    put a tie on that day and took notes.  So I was kind of
7    we joking said afterwards, It's almost like I was your
8    lawyer in there, you know.  Yeah, no official capacity.
9    I was just there.
10   Q.   Okay.
11   A.   Are we removing on?
12   Q.   Yeah.  Looking at page 4 of Exhibit 4.
13   A.   Yes.
14   Q.   Do you recognize this?
15   A.   Yes.  Same meeting.
16   Q.   Okay.  Looks like the same meeting.  And this
17   appears to be a tweet.
18   A.   It was from Senator Rapert.  That's who it was,
19   yes.
20   Q.   Okay.  All right.  And then if you look at the
21   next page, page 5.
22   A.   Okay.
23   Q.   If I'm not mistaken, this is all part of the same
24   post?
25   A.   I believe so, yes.

---

                              12 (Pages 45 to 48)

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

---

Page 49

1  Q.  That you made.  So page 4 and 5 are part of the
2  same post, just different --
3  A.  Yeah.
4  Q.  -- different parts of it?
5  A.  Uh-huh.
6  Q.  So this was something you posted on April 27,
7  2019; is that right?
8  A.  Correct, yes.
9  Q.  Okay.
10  A.  You need to know who the person was that said, Why
11  are we even considering this evil?  That was I believe
12  Tony was his name.  He was one of the official members
13  of the three person committee who was judge and jury --
14  the monument was up to code.  He was the architect.
15  He's from Fort Smith, I believe.
16  Q.  Okay.
17  A.  He stopped the proceedings.  I believe his exact
18  statement was, I might get in trouble for this, but I
19  have to ask why are we even considering this evil today?
20  Q.  Okay.  All right.  And it looks like, if I'm not
21  mistaken, it looks like the picture was taken, looks
22  like there was a pledge of allegiance and some people
23  were standing and some weren't?
24  A.  Yeah.  Senator Rapert took that photo, yes.
25  Q.  Okay.  And then the man with the video camera, was

---

Page 50

1  he part of the film crew?
2  A.  I believe so, yes.  I believe he was -- he was
3  a -- I can't remember his name.  Really nice guy.  He
4  was a local guy that I believe they contracted out to
5  just go and film any of the proceedings that were going
6  along with the Arts and Grounds.
7  Q.  All right.  And let me just be clear.
8  A.  Okay.
9  Q.  So he was -- he was part of the film crew with
10  Penny Lane and Gabriel Sedwick?
11  A.  Yes.
12  Q.  Okay.
13  A.  I say I guess in an official sense.  He lived here
14  in Little Rock.  And he was someone that they I guess
15  hired to --
16  Q.  Okay.
17  A.  Because they couldn't get here for every single
18  event.  So he would show up from time-to-time and shoot
19  footage.
20  Q.  Okay.  Gotcha.  Moving on to page 6.  Do you
21  recognize page 6?
22  A.  Absolutely, yeah, and the following picture, yeah.
23  Same one, yeah.
24  Q.  Yeah, the following picture is --
25  A.  I think I supplied that one probably.

---

Page 51

1  Q.  I believe that's right.
2  A.  Okay.
3  Q.  And so this is -- you identify this as quote
4  unquote, "The unholy team."  Who are these folks?
5  A.  I only know, in this photo I know Doug, Erika,
6  Jeremy, myself, that's that woman again, Karen Seale,
7  who came down just to see.  The man on the top far left
8  and the woman on the top far right, his name I believe
9  is Chris, and that was his wife.  They are members of
10  TST here in Arkansas.  They came down from Russellville
11  to see the unveiling.  The other three individuals, the
12  older gentlemen were all there in their own capacity in
13  opposition to the monument.  And we just happened to
14  strike up a conversation with all of them before the
15  event got going.  We said, Hey, would you guys like to
16  take a picture with us, you know, since we're kind of
17  all here for some of the same reasons.
18  Q.  Okay.
19  A.  I don't know what the sign said.  I can't tell
20  you.
21  Q.  Okay.  So that's a sign that --
22  A.  Yeah, he's got a sign that's flipped over.  I wish
23  I could remember.  It was something cute.  But I can't
24  remember what it says.
25  Q.  So these were all people who were protesting?

---

Page 52

1  A.  Yeah.  They were there just in opposite on their
2  own accord.
3  Q.  Okay.  And then take a look at page 8.  Do you
4  recognize this?
5  A.  I do.  These are all the pictures I brought today.
6  Q.  What is this?
7  A.  This was a picture after the monument was
8  installed and everyone was heading out.  We kind of
9  called ourselves the OG/TST club, because Jeremy and
10  Erika and myself are kind of the ones that started it
11  here.  I'm referring to I said hello to Senator Rapert
12  and put my hand out to shake his hand, but he refused
13  and turned the other way, so.
14  Q.  Okay.  And the OG, what does the OG stand for?
15  A.  The OG, kind of it's a term like old school like
16  the originals.
17  Q.  Okay.  So it's essentially saying the original TST
18  Little Rock?
19  A.  Sort of, yeah.  We were sort of the three that got
20  it going, so yeah.
21  Q.  Okay.  Take a look at page 9.  Do you recognize
22  this?
23  A.  I do.  This is one of my many bike rides I take
24  through the Capitol grounds.
25  Q.  Okay.  And so this appears to have been on June 9,

---

13 (Pages 49 to 52)

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

---

Page 53

1    2018?
2    A.   Correct, yes.
3    Q.   And you're on -- it looks like you're on a bike
4    ride through the Capitol grounds?
5    A.   Yeah.  My bike's not in the photo, but yes.
6    Q.   Okay.  Why did you stop to take a picture?
7    A.   We ride around there a lot, that little back loop.
8    I don't know if we're going to get to the whole map of
9    the Capitol or not.  It's a nice like little back
10   circle.  You can ride around the building.  And we
11   stopped there that day, because by the date the monument
12   hadn't been up that long.  And some folks we were riding
13   with hadn't seen it yet.  So showed them where it was.
14   And we took the photo with thumbs down showing my
15   disapproval of the monument being there.
16   Q.   Okay.
17   A.   Of course, obviously in gest.  My little bicycle
18   is not going to take that monument down.
19   Q.   So you -- I think it's fair to say you went
20   intentionally to the monument to see it?
21   A.   Yes.  We rode that loop back behind the building
22   there.  With it being right there on the road, yeah,
23   since we're there, stopped and took a photo.
24   Q.   Did you stop to look at any other monuments?
25   A.   Not that day, no.

Page 54

1    Q.   Okay.  Who was with you?
2    A.   Who was with me that day.  It was a couple of guys
3    with me that day.  The man who took the photo, his name
4    is Tyler, a guy I ride bikes with from time-to-time.
5    Q.   Take a look at number 10, page 10.  Again I think
6    page 10 and 11 go together.  It appears to me, you tell
7    me if this is correct, it appears to me that you're
8    commenting on something that Senator Rapert had to say;
9    is that correct?
10   A.   I believe so, yes.
11   Q.   You say, There is drinking your chosen religion's
12   Kool-Aid and then there is Rapert-style butt chugging
13   the Kool-Aid.  My goodness what hot garage.  I cannot
14   wait to toast his demise.  I'll bring the bubbles for us
15   all.
16       Did I read that correctly?
17   A.   I think so.
18   Q.   Page 12.  This looks like a comment on, I think
19   that's Father Frank Pavone, but I'm not entirely sure.
20   Anyway, he's talking about looks like thanking
21   Donald Trump for standing firm against looks like -- it
22   looks like he's opposed to the Democratic Party.
23       Do you recognize this as a Tweet that you --
24   A.   I believe so, yeah.  I believe he was referring to
25   the migrant caravans that were coming up from Central

Page 55

1    America, Mexico.
2    Q.   Okay.  And it says, Reason number whatever why I
3    will never be a follower of any religion ever again.
4       Did I read that correctly?
5    A.   I believe so, yes.
6    Q.   And that was your comment?
7    A.   Yes.
8    Q.   Okay.  Page 13, do you recognize this?
9    A.   I do.
10   Q.   Okay.  Tell me about this?
11   A.   This was a meeting that we had when we were --
12   this is I believe Erika and myself were still involved
13   with the Satanic Arkansas group.  Wow, I believe this
14   was -- could have been the day before the split-up,
15   maybe two days before.  But yes, this was when I was
16   still under the assumption that the folks that were in
17   this group were wanting to continue to follow the tenets
18   of the Satanic Temple and be a part of the Satanic
19   Temple.  And it was very, very soon after this we found
20   out that that was not the case.
21   Q.   Okay.  And so was this -- was this posted on
22   February 10, 2019?
23   A.   Yes, I believe so.
24   Q.   Is that the same day that the event here portrayed
25   would have taken place?

Page 56

1    A.   The event in the picture?
2    Q.   Yes.
3    A.   Yes.  I believe so, yes.
4    Q.   Okay.  And so your testimony is that you and
5    Erika's split with Satanic Arkansas occurred shortly
6    after February 10, 2019?
7    A.   I would believe so, yes.
8    Q.   Okay.  Take a look at 14.  Can you tell me if you
9    recognize this?
10   A.   I do very much so, yes.
11   Q.   And it appears that Senator Rapert's face has been
12   photo-shopped into an image; is that right?
13   A.   Yes.  I actually had his face made into a large
14   corrugated piece, sort of like an image you see at
15   college basketball games and stuff, people holding the
16   big faces.  You can do that with anyone's face.
17   Q.   Okay.  And if you look at the next page, that is
18   actually the photograph?
19   A.   That is indeed, yes.
20   Q.   Okay.  So I guess my assumption was that this was
21   a photo-shopped photo.  But you're telling me that you
22   actually have a --
23   A.   I did for a very short period of time.  It was
24   flimsy and he didn't hold together, so I tossed it.
25   Q.   Okay.  So this is -- this was like a corrugated

                                    14 (Pages 53 to 56)

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 57

1  piece of cardboard?
2  A.  Yes.
3  Q.  But it's a very large version of the senator's
4  face?
5  A.  Correct. I have a couple of them at home made of
6  friends' faces and stuff like that, yeah.
7  Q.  Okay. So then this picture is not photo-shopped?
8  A.  No, it's not. That was actually propped up on my
9  couch, yes.
10  Q.  Okay.
11  A.  But yeah, again, the quality is not good on those
12  things. They don't last long. So sadly it's no longer
13  in my possession.
14  Q.  Okay. All right. 16.
15  A.  Okay.
16  Q.  Let's see. Did I skip on. No. Yeah, page 16.
17     Do you recognize this?
18  A.  I do.
19  Q.  And the reference, Don't stare at me, Lady, do you
20  know where that came from?
21  A.  I do actually. I believe that was from the
22  deposition of Senator Jason Rapert. I believe he was
23  not happy with someone, a female lawyer, he thought she
24  was staring at him somewhat during his deposition. He
25  used the words, Don't stare at me, Lady.

Page 58

1  Q.  Okay. All right. And then 17. Do you recognize
2  this?
3  A.  I do, yes.
4  Q.  Okay. Is this -- this is Twitter, I guess?
5  A.  Yes.
6  Q.  Okay. A photograph you posted on Twitter, I
7  believe?
8  A.  Uh-huh.
9  Q.  And you're saying, This is for our second EP "No
10  Graven Images."
11  A.  Yeah. Kind of humor.
12  Q.  And both 16 and 17 include the same individuals;
13  is that right?
14  A.  Correct, yes.
15  Q.  Okay. Who are those individuals?
16  A.  That's Doug, of course, and then myself and Stu
17  and Hollow is his name, but that's a pseudonym. I don't
18  know his real name.
19  Q.  Okay.
20     MR. CANTRELL: I'm going to need to take
21  a very short break.
22  A.  No problem. Absolutely, that's great.
23     THE VIDEOGRAPHER: We're going off the
24  record at 2:55 p.m.
25     (A recess was had.)

Page 59

1     THE VIDEOGRAPHER: We're back on the
2  record at 3:02 p.m.
3  BY MR. CANTRELL:
4  Q.  Okay. We're back on the record.
5  A.  Yes.
6  Q.  And you're still under oath. You understand that?
7  A.  Yes.
8  Q.  Okay. I wanted to ask you about the Satanic
9  Arkansas social media.
10  A.  Okay.
11  Q.  Whenever you were involved with the Satanic
12  Arkansas group, who was responsible for social media?
13  A.  That was Megan.
14  Q.  Megan?
15  A.  Megan Ivey.
16  Q.  Megan Ivey?
17  A.  Yeah.
18  Q.  Okay. And did Satanic Arkansas engage in any
19  political activity?
20  A.  Define political?
21  Q.  Did the Satanic Temple support candidates or
22  parties for political office?
23  A.  There's only been one instance of that I can ever
24  think of. It wasn't in the State of Arkansas though.
25  Q.  What is the instance that you can think of?

Page 60

1  A.  I believe there was a gentleman in California who
2  was a member of the Satanic Temple running for a local
3  office. So of course the Satanic Temple said, hey, we
4  support this guy. He's a member of our organization.
5  He's running for office. That was the long and short of
6  it.
7  Q.  Okay. And I'm going to show you what I've marked
8  as Exhibit 6.
9     (Deposition Exhibit 6 was marked.)
10  A.  Okay.
11  Q.  So if I'm not mistaken, this is a photograph that
12  was on Instagram.
13  A.  Okay.
14  Q.  For Satanic Arkansas. And I'll ask you if you can
15  identify this as the Satanic Arkansas Instagram?
16  A.  I believe so, yes.
17  Q.  Okay.
18  A.  I'm honestly not familiar with this one. But
19  again, I wasn't the one doing any of the social media
20  posting for Satanic Arkansas.
21  Q.  It says, Vote blue and Hail Satan this coming, it
22  looks like the date is November 6, 2018; is that right?
23  A.  Uh-huh.
24  Q.  And blue generally refers to the Democratic Party,
25  I believe; is that right?

Jeff Bennett
Bushman Court Reporting                                          501-372-5115
Def.'s Ex. 34 - Page 16 of 64

Mason Hargett 3/2/2020                                    Donna Cave, et al. v. Anne Orsi, et al.

| Page 61 | Page 63 |
|---|---|

**Page 61**

1   A.   Are you asking me?
2   Q.   Yes.
3   A.   I believe so, yes.
4   Q.   Okay.  All right.  Are you aware of any -- well,
5   let me ask.  Are you aware of the political persuasions
6   of individuals who are part of Satanic Arkansas or who
7   were a part of it at that time?
8   A.   I remember meeting people.  I remember hearing
9   discussions with folks from sort of all walks, you know,
10  liberals, libertarians, people, I wouldn't say it was
11  any kind of we're all in one little, tiny lane
12  politically, I wouldn't think.
13  Q.   Okay.  Would it -- would it seem -- would it
14  surprise you if, you said Megan Ivey, would it surprise
15  you if Megan had posted something like this on the
16  Satanic Arkansas Twitter?
17  A.   It probably wouldn't have surprised me.  I would
18  assume obviously she had to have posted this.  She was
19  the one running the account, so.
20  Q.   Okay.  And I believe I said Twitter, I think I
21  should have said Instagram.
22  A.   Yeah.  I think this is Instagram, yeah.
23  Q.   Okay.  All right.  We talked just a little bit
24  about your visits to the Capitol grounds.
25  A.   Yes.

**Page 62**

1   Q.   And we looked at some pictures of you with the
2   monument.
3   A.   Yeah.
4   Q.   In looking at those, for instance, looking back at
5   Exhibit 5, page 17, you're with the other individuals
6   you identified?
7   A.   Yes.
8   Q.   And you guys are smiling.  Looks like you're
9   having a pretty good time; is that right?
10  A.   I would say, yeah.  I hadn't got to see those guys
11  in person in a while.  So that was probably the
12  happiness in my smile, was seeing some friends that you
13  hadn't got to see in person in a little while.
14  Q.   And you all went to see the Ten Commandments
15  monument together?
16  A.   We did.  We went to the grounds.  We saw the Ten
17  Commandments.  We toured the Supreme Court chambers and
18  everything else.
19  Q.   Okay.  How many other -- well, let me ask another
20  question.
21      Have you been to the Capitol grounds to see the
22  Ten Commandments monument on other occasions?
23  A.   I've ridden my bike by a few times.
24  Q.   Okay.  And that's your -- let me ask have you done
25  that since filing this lawsuit?

**Page 63**

1   A.   Yes.
2   Q.   Okay.  When was the last time you did that?
3   A.   It's been a little while now with the weather.  It
4   was when it was still warm out.
5   Q.   Okay.  Have you been on the Capitol grounds for
6   any other purpose in the past few years?
7   A.   I went to the -- I went to the one march, the one
8   day after Trump was elected.  I believe it was the
9   Women's Rights March, the one that everyone went to.
10  Q.   Okay.  Did you see the monument at that time?
11  A.   I did not see it that day, no.
12  Q.   Okay.
13  A.   We parked down towards downtown more and walked up
14  that way.  So we didn't have a reason to go around to
15  the other side.
16  Q.   Okay.  So you walked from the east toward the
17  front of the building?
18  A.   Yes.  Like down Capitol, yeah.
19  Q.   Okay.
20  A.   Went back that way, too.
21  Q.   Okay.  Any other times you've been to the Capitol
22  grounds?
23  A.   At all?
24  Q.   In the past few years?
25  A.   Oh, in the past few years?

**Page 64**

1   Q.   Yeah.  So since 2015 we'll say?
2   A.   Other than our times going to the Arts and Grounds
3   Commission and my bike rides that those pictures show,
4   not that I can think of, no.
5   Q.   All right.  Have you been involved any other
6   lawsuit or legal proceeding?
7   A.   No.
8   Q.   Okay.  Were you ever cited for driving without
9   tags?
10      MR. KEZHAYA:  Object to relevance.
11  Q.   August 21, '01?
12  A.   2001?
13  Q.   2001, yeah.
14  A.   There's a distinct possibility, yes.
15  Q.   That's a relatively minor traffic violation.
16  A.   Uh-huh.
17  Q.   Were you ever cited for a DWI?
18  A.   Yes.
19  Q.   Okay.  When was that?
20  A.   Tough to say again.  Every bit of 10, 11 or 12
21  years ago.
22  Q.   Okay.  What was the disposition of that charge?
23  A.   What do you mean by disposition?
24  Q.   Did you plead guilty or were you found guilty?
25  A.   Yeah.  Yes.  Pled guilty, yes.

                                                    16  (Pages 61 to 64)

Mason Hargett 3/2/2020                           Donna Cave, et al. v. Anne Orsi, et al.

Page 65

1    Q.   Okay.  And were you cited for careless and
2    prohibitive driving?
3    A.   I believe I think that goes along with being
4    charged with DWI.  I think that lumps in together.
5    Q.   Okay.  Did you have a suspended license?
6    A.   I did, yes.
7    Q.   How long was that for?
8    A.   It was for two years.
9    Q.   Did you pay a fine?
10   A.   Oh, yes.
11   Q.   Do you know how much?
12   A.   I don't.  You could probably put down a lot.
13   Q.   A lot?
14   A.   Yeah.  It was a lot, yeah.
15   Q.   Okay.  Any other lawsuits or legal proceedings you
16   can think of?
17   A.   I can't.
18        MR. CANTRELL:  Okay.  I believe that's
19   all the questions.  I'll pass the witness.
20            EXAMINATION
21   BY MR. KEZHAYA:
22   Q.   I want to turn your attention to that Joyce
23   Elliott email.
24   A.   Okay.
25   Q.   I believe it was Exhibit 1.  Do you have that in

Page 66

1    front of you?
2    A.   Absolutely.
3    Q.   Exhibit 2.
4    A.   Okay.
5    Q.   She indicates that she could not get the statute
6    passed; is that right?
7    A.   Correct.
8    Q.   What do you take that to mean?
9    A.   What I take that to mean is Joyce is a Democrat.
10   And she's stating that she's a very minority party in
11   the legislature, which would mean that the legislature
12   is a majority Republicans.  And her saying that the
13   majority of the members of the legislature would not
14   approve of the Baphomet monument.
15   Q.   Why do you think they would not approve of the
16   Baphomet monument?
17   A.   I think it's obvious that most of our state
18   governing body is of the Christian faith.  And a lot of
19   these people are very devout Christians.  And the idea
20   of this monument -- well, I think, A, they wouldn't want
21   it because it's against what they believe in
22   religiously, but I think also they would probably fall
23   back to their constituents.  And they would probably
24   think their constituents wouldn't want this on the
25   grounds.  And so that probably comes into play too.

Page 67

1    Q.   Why do you think the constituents would not want
2    this monument on the  grounds?
3    A.   Because I think they would believe it to be
4    Satanic in nature.  And since most of them are also
5    Christian, obviously the myth of a literal Satan within
6    Christian methodology is one that's been sort of given
7    the status of evil and things like that.
8        Of course, folks would assume that there was some
9    sort of evil, evil thing on the grounds.
10   Q.   Is it fair to characterize the objection to the
11   Baphomet monument is religious in nature though?
12        MR. CANTRELL:  Object to leading.
13   A.   I believe that's the case.  I believe there's
14   other emails that say, of course, I don't support Satan.
15   Hell, no.  You can quote me on that.  I think using the,
16   Hell, No.  I think Senator Rapert's own talking about
17   being a cold day in Hell definitely has a religious
18   undertone to it, not a history and heritage undertone.
19   Q.   You were at the second unveiling of the Ten
20   Commandments monument, weren't you?
21   A.   Correct.
22   Q.   Did you hear Erika's testimony about that?
23   A.   I did, yes.
24   Q.   Would you agree with her testimony that the crowd
25   was predominantly religious?

Page 68

1        MR. CANTRELL:  Object to leading.
2    A.   I would agree as well, yes.
3    Q.   Okay.  Is it true that there were a number of
4    chanting religious-loaded language at that event from
5    the crowd?
6        MR. CANTRELL:  Continued objection to
7        leading.
8    A.   Yes, there was.  They were actually standing right
9    behind me.  It was a large group of male and female
10   individuals.  They chanted, Hallelujah, praise Jesus,
11   praise God, praise God, especially when they took the
12   wrapping off, there was a lot of that.  A lot of praise
13   God, praise Jesus, hallelujah.  I believe it's quoted in
14   I can't remember which media outlet, their article on
15   the day they actually quote those exact words from the
16   people themselves.
17   Q.   Did you hear anyone shouting historical language
18   from the crowd?
19   A.   I did not, no.
20   Q.   Anyone talking about the importance of the Ten
21   Commandments to the legal background of this country?
22   A.   I did not.
23   Q.   Okay.  Earlier we were talking about the objection
24   to the Baphomet monument being religious in nature.  You
25   indicated in one of your Twitter posts that someone

17 (Pages 65 to 68)

Mason Hargett 3/2/2020                     Donna Cave, et al. v. Anne Orsi, et al.

Page 69

1    said, Why are we even considering this evil?  Do you
2    remember that?
3         A.  I do very clearly.  It was Tony.  I can't --
4    Tony's last name starts with an L.  It's the architect
5    from Fort Smith.  He stopped someone mid sentence and
6    said, You know, I know I'm going to get in trouble for
7    saying this, but I believe it was something to the
8    effect of, As a Catholic, why are we even considering
9    this evil, placing this evil?
10        Of course, coincidentally, that's why at the same
11   time there was a large religious Catholic group outside
12   of the Arts and Grounds Commission's office with a large
13   protest going on, chanting religious things, holding
14   signs up about Mary, Queen Mother of the angles, and
15   they were doing the rosary and things like that.
16        It was a little unnerving when our small group
17   left to leave.  We had to go through these people.  They
18   were all chanting very loudly and carrying the large
19   flags and things like that.
20        Q.  Was TST's Baphomet monument the only subject of
21   that hearing that you're talking about right now?
22        A.  The day of the first hearing, no.  It was split
23   between the Ten Commandments and the Baphomet statue.
24   This was that hearing was more or less just about dirt
25   work, schematics, measurements, you know, how tall the

Page 70

1    base would be and things like that, the weight of the
2    base.  And the group for the Ten Commandments, I believe
3    it was Mr. Travis Storey, they went first and then we
4    went after them.
5         Q.  The group outside, this Catholic group protesting,
6    do you know if they took position of the Ten
7    Commandments monument?
8         A.  I can't say honestly one way or the other if they
9    did or not.
10        Q.  Were they taking a position on the Baphomet
11   monument.
12        A.  Absolutely.  They were there in full opposition.
13   They believed it was -- they believed it was against --
14   against their whole religious practice as Catholics.
15   That they believed that this was something of religious
16   in nature.  And so they were there to protest it.
17        Q.  How do you know that they were protesting against
18   the Baphomet monument and not the Ten Commandments
19   monument?
20        A.  I guess I don't know that honestly.
21        Q.  Were there signs of any sort?
22        A.  They all had signs.  A lot of the signs said
23   things like, you know, Mary, Mother of God, crush the
24   head of Satan.  Actually someone had a sign that said,
25   Govenor Fallin, please stop this.  As you know, Govenor

Page 71

1    Fallin is the Govenor of the State of Oklahoma.  These
2    are the same people protesting in Oklahoma.  They just
3    brought their same signs and held them up.
4         Q.  What bearing does Oklahoma have on the Arkansas
5    Ten Commandments monument?
6         A.  I believe Oklahoma placed a Ten Commandments
7    monument on their state grounds.  TST filed to have the
8    Baphomet placed there in contrast.  And the Ten
9    Commandments monument was taken down by order of the
10   State Supreme Court.
11        Q.  Did you interpret the signs to the effect of
12   strike down Satan to be adverse to the Baphomet
13   monument?
14             MR. CANTRELL:  Continued objection to the
15             leading.
16        A.  I would think so, yes.
17        Q.  Okay.  I'm going to turn your attention to page 12
18   of these Twitter posts.
19        A.  Okay.
20        Q.  I believe it's Exhibit Number 4.  Exhibit Number
21   5.
22        A.  Okay.
23        Q.  Which exhibit is that?
24        A.  I messed all these up.  Exhibit 4.
25             MR. CANTRELL:  Which page are we looking

Page 72

1    at?
2             MR. KEZHAYA:  We're looking at page 12.
3    BY MR. KEZHAYA:
4         Q.  In it you indicated that, This is why I will never
5    be a follower of any religion ever again.
6         Did you mean to suggest that TST is not a real
7    religion?
8         A.  No, not at all.  I'm referring to this Christian
9    pastor.
10        Q.  You were also examined on you smiling in some
11   photographs.  I'm guessing the Ten Commandments monument
12   was in the background.  Do you remember that?
13        A.  I do, yes.
14        Q.  Is it customary to smile in photographs?
15        A.  I pretty much smile 90 percent of my life.  So to
16   be smiling in a situation, that's just me.
17        Q.  Is it mutually exclusive of you smiling with you
18   being offended at the nature of the monument?
19        A.  Absolutely.  I can be smiling at something and
20   still be white hot offended at it.
21        Q.  Last you were asked some questions about whether
22   you had been a party to legal proceedings.  Do you
23   remember that testimony?
24        A.  Yes.
25        Q.  Did you understand legal proceedings in that

                                18  (Pages 69 to 72)

Mason Hargett 3/2/2020                          Donna Cave, et al. v. Anne Orsi, et al.

Page 73

1   context to include a misdemeanor ticket from about 19
2   years ago and a DWI ticket from about 15 years ago?
3   A.   No.  I thought we were assuming like lawsuits like
4   things of this nature.
5   Q.   So did you intend in any way to deceive or
6   otherwise withhold information about something that you
7   were literally part of but --
8   A.   No, goodness no.
9   Q.   All right.
10        MR. KEZHAYA:  If I could have a moment to
11   confer.  Pass the witness.
12              EXAMINATION
13  BY MR. SCHULZE:
14  Q.   Just one series of questions.  I'd like for you to
15  look at the Twitter exhibit, the first page.
16  A.   Uh-huh.
17  Q.   I noticed that several individuals are making a
18  hand gesture pointing I think the index finger and the
19  pinky finger upwards?
20  A.   Yes.
21  Q.   I wouldn't want anyone to take any unnecessary
22  offense.  So I just want to make it clear.  This is not
23  the hook 'em horns sign from the University of Texas, is
24  it?
25  A.   That's correct.  No, we do not support the

Page 74

1   University of Texas in any capacity.
2        MR. SCHULZE:  That's all I have.
3              RE-EXAMINATION
4   BY MR. CANTRELL:
5   Q.   I've got a couple of questions for you.
6   A.   Okay.
7   Q.   Looking at the Joyce Elliott email.
8   A.   Yes.
9   Q.   And this is -- do you have that in front of you?
10  A.   Right there.
11  Q.   Exhibit 2; is that right?
12  A.   Yes.
13  Q.   Okay.  Looking at that last sentence of her email
14  to you.  Doesn't she also say, Also I don't want to add
15  to the crowding of statues on the Capitol grounds, even
16  though I understand the point it would make?
17  A.   Uh-huh.
18  Q.   Did I read that correctly?
19  A.   I believe so, yes.
20  Q.   Okay.  And so she gives that as a reason she
21  doesn't want to crowd the Capitol grounds, I take it.
22  Is that what you understand her to be saying there?
23  A.   What I take that to -- I take it as if there's
24  going to be a religious monument on the Capitol grounds,
25  that all different religions practiced by members of the

Page 75

1   State of Arkansas should have an equal opportunity at a
2   monument.  That's what I take that as.
3   Q.   Do you see the word religious used there anywhere?
4   A.   I don't.
5   Q.   And do you see the word Republican used in Ms.
6   Elliott's email anywhere?
7   A.   I do not.
8   Q.   Okay.  And you referred to a Commission member
9   allegedly making a statement, Why are we even
10  considering this evil?
11  A.   Yes.
12  Q.   But isn't true that the Arkansas --
13        MR. KEZHAYA:  Object to leading.
14        MR. CANTRELL:  He's your witness
15   essentially.  So I can lead.
16        MR. KEZHAYA:  So we're not allowed to
17   have colloquy.  This is a nonspeaking
18   objection.
19        MR. CANTRELL:  Okay.  That's fine.
20  BY MR. CANTRELL:
21  Q.   Let me start over --
22  A.   Okay.
23  Q.   -- with my question.  So the Capitol Arts and
24  Grounds Commission was not the body -- was not a body
25  that made a decision that in any way stopped the

Page 76

1   progress of the Baphomet statue application; is that
2   correct?
3   A.   Yes, they didn't say no.
4   Q.   Okay.  And so your statement was that they were
5   concerned with dirt work, schematics and that sort of
6   thing?
7   A.   Yes.
8   Q.   They did not reject any of the proposals for the
9   dirt work and the schematics and all that?
10  A.   No.
11  Q.   Is that correct?
12  A.   That's correct.
13  Q.   Okay.  And then looking at Exhibit, I believe it's
14   Exhibit 5, the social media page.
15  A.   Okay.
16  Q.   Page 12.  You said you were referring to this
17   Christian pastor, but your language there is, Reason
18   number whatever why I will never be a follower of any
19   religion ever again.
20        You used the words "any religion?"
21  A.   Uh-huh.
22  Q.   Okay.  And so this was not a moment when you were
23   sitting there thinking about the Satanic Temple?
24  A.   No, no.  I can -- full transparency.  Sometimes I
25   have caught myself before saying like using this brand

19  (Pages 73 to 76)

Case 4:18-cv-00342-KGB   Document 260-52   Filed 03/06/23   Page 21 of 64

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 77

1    of conservative Christianity, you know, and sort of
2    being like, you know, this religion is the worst.  And I
3    can all but certainly say that's where I was coming from
4    in this statement.
5    Q.   Okay.  And so essentially this was an unguarded
6    moment when you were just talking about your lack of
7    desire to be a member of any religion, correct?
8    A.   To not be a member of this religion of the one
9    that Frank is speaking of here?
10   Q.   Well, you used the words, "any religion?"
11   A.   I did use any, yeah.
12           MR. CANTRELL:  Okay.  I think that's all
13   the questions I have.  Nothing further.
14           MR. KEZHAYA:  Nothing further from TST.
15           MR. SCHULZE:  Nothing further.
16           THE VIDEOGRAPHER:  The deposition is
17   concluded at 3:27 p.m.
18           (WHEREUPON, the deposition was concluded
19   at 3:27 p.m.)
20
21
22
23
24
25

Page 78

1           C E R T I F I C A T E
2    STATE OF ARKANSAS*
                     ss   *
3    COUNTY OF SALINE  *
4        I, JEFF BENNETT, Certified Court Reporter, a
     Notary Public in and for the aforesaid county and state,
5    do hereby certify that the witness, MASON HARGETT, was
     duly sworn by me prior to the taking of testimony as to
6    the truth of the matters attested to and contained
     therein; that the testimony of said witness was taken by
7    me in machine shorthand notes and was thereafter reduced
     to typewritten form by me or under my direction and
8    supervision; that the foregoing transcript is a true and
     accurate record of the testimony given to the best of my
9    understanding and ability.
10       In accordance with Rule 30(e) of the Rules of
     Civil Procedure, review of the transcript was requested
11   by the deponent or a party thereto.
12       I FURTHER CERTIFY that I am neither counsel for,
     related to, nor employed by any of the parties to the
13   action in which this proceeding was taken; and, further,
     that I am not a relative or employee of any attorney or
14   counsel employed by the parties hereto, nor financially
     interested, or otherwise, in the outcome of this action;
15   and that I have no contract with the parties, attorneys,
     or persons with an interest in the action that affects
16   or has a substantial tendency to affect impartiality,
     that requires me to relinquish control of an original
17   deposition transcript or copies of the transcript before
     it is certified and delivered to the custodial attorney,
18   or that requires me to provide any service not made
     available to all parties to the action.
19
         GIVEN UNDER MY HAND and SEAL OF OFFICE on this
20   9th day of April, 2020.
21
22       _____
         Jeff Bennett, CCR, LS No. 19, Notary
23       Public in and for Saline County, Arkansas

     My Commission expires November 29, 2020.
24
25

Page 79

1           ERRATA SHEET OF MASON HARGETT
2
3    PAGE # | LINE # |    ERROR    | CORRECTION & REASON
4       |   |    |
5       |   |    |
6       |   |    |
7       |   |    |
8       |   |    |
9       |   |    |
10      |   |    |
11      |   |    |
12      |   |    |
13      |   |    |
14      |   |    |
15      |   |    |
16      |   |    |
17      |   |    |
18      |   |    |
19      |   |    |
20      |   |    |
21      |   |    |
22      |   |    |
23      |   |    |
24      |   |    |
25      |   |    |

Page 80

1           WITNESS SIGNATURE PAGE
2
3        I, MASON HARGETT, the witness, hereby certify that
4    I have thoroughly read the transcript of my deposition
5    taken on the 2nd day of March, 2020, and have made any
6    necessary changes or corrections to make the transcript
7    a true and accurate accounting of my testimony given on
8    that day.
9
10
11           Signature
12
             Date
13
     *********************************
14
     STATE OF          *
15                      * ss.
     COUNTY OF          *
16
17       SUBSCRIBED AND SWORN TO before me, a Notary Public
18   in and for          County,         .
19   Given under my hand and seal of office on this      day
20   of         , 2020.
21
22
23
24   My commission expires               .
25

20  (Pages 77 to 80)

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 81

1        REPORTER'S CERTIFICATION OF CERTIFIED COPY

2

3        I, JEFF BENNETT, LS No. 19, Certified Court

4   Reporter in the State of Arkansas, certify that the

5   foregoing pages 1 through 77 constitute a true and

6   correct copy of the original deposition of MASON HARGETT

7   taken on March 2, 2020.

8        I declare under penalty of perjury under the laws

9   of the State of Arkansas that the foregoing is true and

10  correct.

11       Dated this 9th day of April, 2020.

12

13   _____

     Jeff Bennett, CCR, LS No. 19, Notary

14       Public in and for Saline County, Arkansas

15  My Commission expires November 29, 2020.

16

17

18

19

20

21

22

23

24

25

                                           21 (Page 81)

                        Jeff Bennett

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 82

**A**

A/K/A 1:9
ability 78:9
Absolutely
 50:22 58:22
 66:2 70:12
 72:19
accord 52:2
account 61:19
accounting 80:7
accurate 78:8
 80:7
acquaintanan...
 19:14,25
act 34:1 48:1,4
action 78:13,14
 78:15,18
active 10:21
 30:2
activity 59:19
actual 23:23
add 74:14
address 36:4
adverse 71:12
advocating
 47:23
afar 19:1,4,5
affect 7:22 78:16
affirmed 4:17
affirming 16:9
aforesaid 78:4
ago 24:21 64:21
 73:2,2
agree 67:24 68:2
agreed 4:10
 16:10
agreement
 33:16,17,20,21
ahead 13:8
al 5:12
alcohol 7:23
allegedly 75:9
allegiance 49:22
allowed 75:16
Amber 25:21
Amendment
 14:23 18:8,13

America 55:1
American 1:5
 17:10
angles 46:8
 69:14
Anne 1:5 5:10
 12:15,19,20,22
anonymity
 24:12
another's 20:5
answer 28:13
answers 4:1 7:2
 8:3
anticipate 39:3
Anybody 22:3
anyone's 56:16
anyway 22:13
 54:20
appear 15:5
APPEARAN...
 1:16 2:1
appearing 5:20
appears 48:17
 52:25 54:6,7
 56:11
application 23:9
 23:21 76:1
applying 30:7
approval 36:25
approve 66:14
 66:15
approximately
 11:22
April 6:21 49:6
 78:20 81:11
architect 49:14
 69:4
area 10:4 11:10
 12:25 31:25
 46:13
Arizona 21:5
Arkansas 1:1,6
 1:12,20,23 2:3
 2:4,23,23,24
 4:6,6,8 5:5,7
 5:13 8:18,21
 9:1,5,6,7,8,10

9:18 11:24
 12:21 13:22
 14:1,9 21:21
 23:10 24:4,24
 27:2,11,14,24
 28:12,15,21
 29:1,15,23
 31:25 32:14,20
 42:16,19 45:10
 47:16 51:10
 55:13 56:5
 59:9,12,18,24
 60:14,15,20
 61:6,16 71:4
 75:1,12 78:2
 78:22 81:4,9
 81:14
article 68:14
arts 8:25 14:14
 23:17 45:16,18
 50:6 64:2
 69:12 75:23
asked 8:4 13:21
 37:2 72:21
asking 23:15
 25:10 29:12
 35:11 36:19
 61:1
aspect 14:16
assembly 35:16
 36:20 37:17
 38:3,21
assist 23:8,20
associate 19:21
associated 29:9
association 1:5
 33:20
assume 47:14
 61:18 67:8
assuming 23:1
 32:9 46:7 73:3
assumption
 55:16 56:20
Atheist 17:10
attempts 38:6
attend 8:25 35:5
 35:6

attended 18:5,7
attention 65:22
 71:17
attested 78:6
attorney 2:3,24
 4:7 5:5 6:3,16
 8:7 13:7,23
 78:13,17
attorneys 78:15
August 14:23
 64:11
authenticate
 40:3
available 78:18
aware 28:23
 61:4,5

**B**

BA 10:2
bachelor 8:25
bachelor's 8:17
 9:9
back 10:25
 15:22 19:7
 29:6 35:12,12
 38:25 39:11
 40:10 47:20
 53:7,9,21 59:1
 59:4 62:4
 63:20 66:23
background
 8:15 68:21
 72:12
badger 29:11
Baker 1:22
bands 21:1
Baphomet 13:23
 14:2,9,16 18:8
 23:9 30:7,22
 32:5,6 35:13
 40:6 47:24
 66:14,16 67:11
 68:24 69:20,23
 70:10,18 71:8
 71:12 76:1
bar 24:23
bars 11:24

bartender/rest...
 9:21
bartending 9:24
 9:25 11:6 12:6
base 23:19 70:1
 70:2
basically 37:22
basis 29:5
basketball 56:15
bearing 71:4
becoming 16:21
behalf 5:20,23
 36:8
beliefs 16:25
believe 9:5 10:15
 12:15 15:25
 16:17,19,23
 18:24 21:19,25
 22:5,6 23:1
 24:5 26:18
 30:19 37:15
 38:7,13 39:17
 47:17 48:25
 49:11,15,17
 50:2,2,4 51:1,8
 55:5,12,13,23
 56:3,7 57:21
 57:22 58:7
 60:1,16,25
 61:3,20 63:8
 65:3,18,25
 66:21 67:3,13
 67:13 68:13
 69:7 70:2 71:6
 71:20 74:19
 76:13
believed 17:5
 70:13,13,15
benefit 20:19
Bennett 2:22 4:4
 5:16 78:4,22
 81:3,13
Bentonville 1:20
 9:7
best 78:8
better 34:10

Case 4:18-cv-00342-KGB   Document 260-52   Filed 03/06/23   Page 24 of 64

Mason Hargett 3/2/2020                           Donna Cave, et al. v. Anne Orsi, et al.

Page 83

bicycle 53:17
big 19:5 44:21
  56:16
bike 52:23 53:3
  62:23 64:3
bike's 53:5
bikes 54:4
bill 23:15 37:4
birth 6:19
Biscayne 1:23
bit 9:15 14:19
  33:13 61:23
  64:20
blue 60:21,24
boards 30:2
body 37:3 66:18
  75:24,24
boss 18:19
Boston 44:21
bought 35:3
bow-tie 31:7
boy 31:7 40:10
brain 29:20
brand 76:25
Brasher 18:24
  47:6
break 18:18
  38:25 39:6
  58:21
Breaking 44:10
bring 13:21
  54:14
brought 18:25
  21:20 52:5
  71:3
Bryant 8:16
  45:21
bubbles 54:14
budget 37:17
building 53:10
  53:21 63:17
bullied 10:18
Bushman 2:22
business 11:20
  12:6
butt 54:12

### C

C 78:1,1
C-H-A-L-I-C-E
  25:17
California 60:1
call 16:4 17:1
  33:6 40:18
called 10:15
  27:4 32:6,6
  44:22 52:9
calling 11:4
camera 30:17
  49:25
campaign 43:19
campus 10:21
candidates
  59:21
Cantrell 2:2 3:4
  3:7 6:2,2,10,16
  13:17,20 38:24
  39:2,6 42:3,7,9
  58:20 59:3
  65:18 67:12
  68:1,6 71:14
  71:25 74:4
  75:14,19,20
  77:12
capacity 1:12
  5:14 12:20,22
  26:16,22,23
  28:6 42:23
  47:15 48:8
  51:12 74:1
Capitol 22:10
  23:10 30:8
  52:24 53:4,9
  61:24 62:21
  63:5,18,21
  74:15,21,24
  75:23
Capstone 10:11
  10:13
caravans 54:25
cardboard 57:1
careless 65:1
carrying 69:18
case 1:11 5:8

6:18 40:13
  55:20 67:13
cash 14:5
categories 15:12
Catholic 69:8,11
  70:5
Catholics 70:14
caught 76:25
cause 4:3 43:24
  43:24
cautioned 4:17
Cave 1:4 5:9
CCR 78:22
  81:13
Center 2:3,24
  4:7 5:6
Central 1:2 8:21
  9:1,10 12:3
  54:25
certain 10:16
certainly 77:3
certainty 29:8
  47:18
Certificate 2:22
  3:23 4:5
CERTIFICA...
  81:1
certified 2:22
  4:4 11:12,13
  78:4,17 81:1,3
certify 78:5,12
  80:3 81:4
chain 40:4
chains 40:2
Chalice 25:15,17
  25:21
chambers 62:17
chance 17:6,8,16
change 26:1
  40:11
changes 80:6
chanted 68:10
chanting 68:4
  69:13,18
chapter 26:20
  27:2 31:21,23
  32:2,2 33:18

45:3
chapters 25:6
characterize
  67:10
charge 64:22
charged 65:4
chasing 9:19
chat 17:6
chatting 17:17
Chicago 21:4
choice 33:2
chosen 54:11
Chris 51:9
Christian 66:18
  67:5,6 72:8
  76:17
Christianity
  77:1
Christians 66:19
chugging 54:12
church 26:24
circle 53:10
circled 41:23,23
circumstances
  24:22
cited 64:8,17
  65:1
citizens 29:15
Civil 4:13 6:15
  78:10
claims 24:13
cleaning 22:14
  22:18 23:3
clear 32:13 50:7
  73:22
clearly 69:3
click 44:3
close 19:15,21
club 52:9
co-sign 36:10
code 49:14
coffee 34:24
coincidentally
  69:10
cold 67:17
college 9:3,6
  56:15

colleges 8:19,24
colloquy 75:17
come 28:6,9,17
  28:20 30:1
  38:25
comes 66:25
coming 20:13
  21:3 30:17,25
  32:11 47:18
  54:25 60:21
  77:3
Commandme...
  15:8 22:7 35:5
  35:7 62:14,17
  62:22 67:20
  68:21 69:23
  70:2,7,18 71:5
  71:6,9 72:11
commencing
  2:24
comment 54:18
  55:6
commenting
  20:5 54:8
comments 31:1
commission
  14:15 23:18
  45:17,19 64:3
  75:8,24 78:23
  80:24 81:15
Commission's
  69:12
committee 49:13
communicate
  40:15
communicatio...
  31:9
Community 9:6
compensated
  23:24
complete 7:20
  27:14
completely
  26:11 27:12
  28:23
concentration
  10:4

Case 4:18-cv-00342-KGB  Document 260-52  Filed 03/06/23  Page 25 of 64

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 84

concerned 76:5
concerning
  13:23 14:2,8
  15:7 40:5
concert 20:19,21
concluded 77:17
  77:18
conducted 6:14
confer 73:11
conference
  17:11,15
confirm 13:12
  16:3
connect 33:21
connection 11:5
  22:8
conservative
  77:1
consider 12:8
  27:24 28:7
  29:23
considered
  33:22
considering
  49:11,19 69:1
  69:8 75:10
Consolidated
  1:8 5:11
constituents
  66:23,24 67:1
constitute 81:5
contained 78:6
context 73:1
continue 32:16
  55:17
continued 2:1
  17:18 68:6
  71:14
contract 78:15
contracted 50:4
contrast 71:8
control 78:16
conversation 7:6
  51:14
copies 42:1,2,4
  78:17
copy 13:12

35:20 42:5
  81:1,6
corner 41:22
correct 7:3 8:1,2
  36:5 37:17
  38:2 41:11
  44:14,23 49:8
  53:2 54:7,9
  57:5 58:14
  66:7 67:21
  73:25 76:2,11
  76:12 77:7
  81:6,10
CORRECTION
  79:3
corrections 80:6
correctly 16:24
  22:14 23:2
  42:17 54:16
  55:4 74:18
correspond
  17:18
correspondence
  13:22 14:1,4
  25:9,12 26:17
  31:12 35:20
  39:21 40:23
corresponden...
  25:23
corrugated
  56:14,25
couch 57:9
council 25:5,8
  25:12 26:14,19
  34:8
counsel 4:11
  5:17 8:10,12
  78:12,14
counseling 8:22
  11:1,6
counselor 11:7
count 29:17
country 21:18
  68:21
county 4:6 78:3
  78:4,22 80:15
  80:18 81:14

couple 15:9
  19:12 54:2
  57:5 74:5
course 9:21
  10:11 16:18
  18:19 19:17
  28:22 37:10
  38:21 40:9
  43:17 53:17
  58:16 60:3
  67:8,14 69:10
court 1:1 2:22
  2:22 4:4 5:16
  7:5 62:17
  71:10 78:4
  81:3
covered 22:13
  22:16,21,24
  23:3
crazy 33:24
credits 20:15
crew 21:19,23
  30:12 50:1,9
critical 38:9
crowd 67:24
  68:5,18 74:21
crowding 74:15
crunch 38:21
crush 70:23
current 11:21
currently 8:22
  11:2 12:3
  28:12
custodial 78:17
customary
  72:14
cut 7:13
cute 51:23

_____
        D
_____
D 3:1
date 5:2 6:19
  15:21 53:11
  60:22 80:12
dated 37:15,19
  81:11
dates 17:12

day 4:3 15:1
  21:14 22:11,15
  22:21 30:24
  43:10 45:16
  46:1 47:17,23
  48:5,6 53:11
  53:25 54:2,3
  55:14,24 63:8
  63:11 67:17
  68:15 69:22
  78:20 80:5,8
  80:19 81:11
days 55:15
deceive 73:5
decide 43:10
decided 32:15
  32:16 37:1
decision 75:25
declare 81:8
deep 25:10
Defendant 1:13
  2:7 4:2 6:3,5,7
  6:17
Define 59:20
definitely 67:17
degree 8:17,25
delivered 78:17
demise 54:14
Democrat 66:9
Democratic
  54:22 60:24
deponent 78:11
deposed 6:22
  12:12
deposition 1:15
  4:1,12 5:4 6:14
  7:7 8:1 12:10
  13:10,22 18:25
  35:19 40:1
  41:20 45:23
  57:22,24 60:9
  77:16,18 78:17
  80:4 81:6
depositions
  12:11,14 13:3
designated 4:13
desire 77:7

Detroit 21:5
deviants 10:7
devout 66:19
DIETZ 1:6
different 26:3
  27:8,11,12
  43:16 49:2,4
  74:25
dip 18:21
direct 28:16
  29:2 44:1
direction 78:7
dirt 69:24 76:5,9
disapproval
  53:15
discussed 24:5
discussions 61:9
disposition
  64:22,23
distinct 64:14
distribution
  11:25
distributor 11:3
Distributors
  12:3
DISTRICT 1:1
  1:1
DIVISION 1:2
Dixon 11:24
document 15:11
  23:13
documentary
  30:12,14 31:7
documents
  13:15,24 14:11
  38:16
doing 32:11
  33:24 60:19
  69:15
Donald 54:21
donate 34:23
  43:18,24
donating 43:24
donation 35:1
  43:14
donations 34:18
  44:1

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

**Donna** 1:4 5:9
  12:15
**dot** 10:16
**dotted** 8:19
**Doug** 1:9 17:6,8
  21:2,21 25:4
  30:11 31:10
  36:7 38:7
  39:21 40:5,15
  40:17 41:9,9
  46:20,22 51:5
  58:16
**Doug's** 38:18
**downtown** 63:13
**dress** 47:25 48:3
**drinking** 54:11
**drinks** 17:16
**Drive** 1:23
**driving** 64:8
  65:2
**duly** 4:16 78:5
**DWI** 64:17 65:4
  73:2

&mdash;&mdash;&mdash; E &mdash;&mdash;&mdash;
**E** 3:1 78:1,1
**earlier** 13:15
  39:17,20 68:23
**easily** 28:22
**east** 63:16
**Easter** 17:11
**EASTERN** 1:1
**easy** 9:22,22
**education** 9:13
  11:10,13,16
**educational** 8:15
**effect** 69:8 71:11
**efforts** 14:8
**either** 12:17
**elders** 26:24
**elected** 63:8
**Elliott** 35:25
  36:1,11 65:23
  74:7
**Elliott's** 75:6
**em** 73:23
**email** 13:14 14:4

16:1 31:12
  35:20 36:4,17
  36:19 37:23,23
  38:7,13,18
  39:21 40:2,4
  40:17 65:23
  74:7,13 75:6
**emails** 23:14
  35:15,24 36:20
  67:14
**employed** 78:12
  78:14
**employee** 78:13
**ended** 17:16
**engage** 59:18
**engagement**
  28:9
**enrolled** 8:20
**entire** 14:11,13
**entirely** 54:19
**entirety** 7:25
**entitled** 5:9
**entity** 27:14
**EP** 58:9
**equal** 75:1
**Erika** 1:9 2:10
  6:12 12:11
  19:17 22:5
  24:5,8 29:3
  32:8,23,25
  33:11 34:23
  43:5 46:20,25
  47:1 51:5
  52:10 55:12
**Erika's** 56:5
  67:22
**ERRATA** 79:1
**ERROR** 79:3
**especially** 68:11
**ESQ** 1:18,18,22
  2:2,2,5
**essentially** 43:3
  52:17 75:15
  77:5
**et** 5:12
**et.al** 5:11
**EUGENE** 1:6

**event** 21:6,9,11
  21:12 26:21
  35:9,10 50:18
  51:15 55:24
  56:1 68:4
**events** 18:6
  27:22 28:17
  29:21 30:1
**evil** 49:11,19
  67:7,9,9 69:1,9
  69:9 75:10
**exact** 15:21
  17:12 28:16
  29:2,18 49:17
  68:15
**Examination**
  3:4,5 6:9 65:20
  73:12
**examined** 72:10
**exclusive** 72:17
**Excuse** 27:9
**exhibit** 3:13,14
  3:15,16,17,18
  13:9,10,11
  35:19 40:1
  41:2,5,19,20
  41:24 45:23
  46:16 47:20,21
  48:12 60:8,9
  62:5 65:25
  66:3 71:20,20
  71:23,24 73:15
  74:11 76:13,14
**EXHIBITS** 3:12
**expires** 78:23
  80:24 81:15
**explain** 30:9
**extent** 43:6 48:5

&mdash;&mdash;&mdash; F &mdash;&mdash;&mdash;
**F** 78:1
**face** 56:11,13,16
  57:4
**Facebook** 20:5
  27:18 29:5
**faces** 19:13
  56:16 57:6

**facing** 46:9
**Faded** 11:21
**fair** 21:15 53:19
  67:10
**faith** 66:18
**fall** 9:2 66:22
**Fallin** 70:25
  71:1
**familiar** 28:14
  60:18
**far** 15:22 51:7,8
**fascinating**
  10:10
**Father** 54:19
**Fayetteville** 9:20
  11:23
**February** 37:19
  38:5 55:22
  56:6
**Federal** 4:13
  6:15
**feel** 13:3
**feet** 19:7
**felt** 14:17 16:24
  36:9
**female** 26:5,6,8
  57:23 68:9
**field** 12:1
**fields** 10:7
**Figured** 9:24
**filed** 23:23 71:7
**files** 14:5
**filing** 30:10
  62:25
**film** 15:2,4 31:2
  31:6,18 50:1,5
  50:9
**filming** 30:18
**filmmaker**
  30:18
**filmmakers** 20:3
  20:10 30:6,16
  31:10,13 39:23
  40:5,16,19
  41:7
**filmmaking** 20:2
  21:23

**filter** 43:21
**finally** 15:6
**financially**
  78:14
**find** 9:22 10:9
**fine** 26:13 46:20
  65:9 75:19
**finger** 73:18,19
**finished** 8:22
  18:21
**firm** 54:21
**first** 2:5 6:4
  14:23 18:7,13
  41:22 42:10
  44:21 45:1,16
  45:18 69:22
  70:3 73:15
**fiscal** 37:16
**flags** 69:19
**flimsy** 56:24
**flipped** 51:22
**folks** 19:6,24
  20:20 21:14,22
  28:19 29:21
  32:11 33:23
  34:7,9 38:16
  51:4 53:12
  55:16 61:9
  67:8
**follow** 16:18
  55:17
**follower** 55:3
  72:5 76:18
**following** 30:24
  50:22,24
**follows** 4:19
**followup** 38:7,13
**foolish** 40:10
**footage** 50:19
**forcing** 34:21
**foregoing** 78:8
  81:5,9
**form** 28:2 32:3
  78:7
**formal** 16:8
**formally** 36:3
**Fort** 49:15 69:5

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

**forth** 35:12
**forward** 36:25
**found** 11:4
  17:15 32:10
  55:19 64:24
**FOUNDATION**
  1:6
**founders** 25:4
**four** 21:1
**frame** 36:16
**Frank** 54:19
  77:9
**Frankie** 44:7
**free** 12:21 38:9
  47:16
**FREEDOM** 1:5
**FREETHINK...**
  1:6
**friend** 9:19
  19:22 33:13
  46:20
**friends** 18:19,22
  18:23 19:11,12
  19:15 20:3,4,5
  24:25 27:4,6
  27:10,16 28:4
  29:10 31:20
  32:19 33:8
  34:12,15 42:21
  44:13,18 45:5
  62:12
**friends'** 57:6
**front** 19:6,6
  39:24 63:17
  66:1 74:9
**full** 7:20 29:8
  39:19 70:12
  76:24
**fun** 33:6 47:23
**function** 43:3
**funding** 34:13
**further** 77:13,14
  77:15 78:12,13

─────── **G** ───────
**Gabriel** 40:20
  41:7 50:10

**GALE** 1:6
**games** 56:15
**garage** 54:13
**Gary** 2:2 6:6
**gathering** 24:24
  28:9,21 43:9
**gatherings**
  27:20 28:7
**gender** 10:8
**general** 5:5 10:9
  35:15 36:20
  37:17 38:3
  44:16
**General's** 2:3,24
  4:7 6:3,16
**generally** 60:24
**gentleman** 46:21
  60:1
**gentlemen** 51:12
**geographic**
  31:25
**Gerry** 1:22 5:22
**gest** 48:2 53:17
**gesture** 73:18
**girl** 9:19
**give** 7:19 11:18
  21:13 28:16
  29:2,18 37:3
**given** 67:6 78:8
  78:19 80:7,19
**gives** 74:20
**giving** 31:1
**Glazers** 12:2
**go** 8:15 10:25
  13:4,8 22:10
  25:14 26:19,24
  32:15 33:3
  35:9 36:25
  38:10 40:9
  41:25 50:5
  54:6 63:14
  69:17
**go-around** 37:11
**goal** 30:21
**God** 68:11,11,13
  70:23
**goes** 65:3

**going** 13:4 18:16
  19:2 21:9
  26:21 29:6
  30:14 31:7
  33:24 34:1
  39:8 40:8,16
  41:14,17,19,24
  43:10 44:3,15
  45:24 50:5
  51:15 52:20
  53:8,18 58:20
  58:23 60:7
  64:2 69:6,13
  71:17 74:24
**good** 7:18 13:18
  15:21 19:13
  43:23 57:11
  62:9
**goodness** 21:4
  54:13 73:8
**Gotcha** 50:20
**Govenor** 70:25
  70:25 71:1
**governing** 66:18
**graduated** 8:16
**Graven** 58:10
**great** 9:13 58:22
**GREAVES** 1:9
**green** 10:16
**GRIDER** 1:7
**grounds** 14:15
  23:10,18 30:8
  45:16,18 50:6
  52:24 53:4
  61:24 62:16,21
  63:5,22 64:2
  66:25 67:2,9
  69:12 71:7
  74:15,21,24
  75:24
**group** 19:5
  21:21 25:1
  27:6,10,17,18
  27:24 28:4
  29:10 31:20,24
  32:3,10,14,19
  32:20 33:9,9

33:17 34:2,12
  34:15 42:21,25
  43:4 45:5,10
  55:13,17 59:12
  68:9 69:11,16
  70:2,5,5
**grouping** 33:22
**groups** 29:5
  33:21 34:9
**guess** 12:1 14:14
  26:1 28:24
  30:9 32:4,22
  32:23 36:22
  40:7,19,25
  43:5 50:13,14
  56:20 58:4
  70:20
**guessing** 72:11
**guest** 44:10
**guidelines** 16:18
**guilty** 64:24,24
  64:25
**guy** 30:17 50:3,4
  54:4 60:4
**guys** 33:2,3
  51:15 54:2
  62:8,10

─────── **H** ───────
**H** 1:7
**Hadrienne** 24:5
  24:13 29:4
  33:13 43:6
**Hail** 15:2 20:4
  30:4 60:21
**hair** 47:2
**half** 9:5
**hallelujah** 68:10
  68:13
**Halloween**
  44:10
**hand** 52:12,12
  73:18 78:19
  80:19
**hands** 19:13
**happened** 20:22
  51:13

**happens** 33:6
  44:4
**happiness** 62:12
**happy** 44:10
  57:23
**harassment**
  10:19
**hard** 24:11
**Harding** 9:4
**Hargett** 1:15 3:2
  4:1,12,15 5:15
  6:21 39:13
  78:5 79:1 80:3
  81:6
**head** 22:4 44:12
  44:18 70:24
**heading** 52:8
**headings** 44:4
**health** 8:21
  10:25 11:6,7
**hear** 67:22 68:17
**heard** 7:9 8:3
**hearing** 61:8
  69:21,22,24
**hearings** 40:8
**heavily** 18:14
**held** 23:4 71:3
**hell** 38:17 67:15
  67:16,17
**hello** 52:11
**helping** 33:13
**Henry** 12:16
**hereinbefore**
  4:16
**hereto** 78:14
**heritage** 67:18
**hey** 19:13 30:25
  31:16 40:10
  51:15 60:3
**high** 8:16,16
**higher** 9:13
**hired** 30:16
  50:15
**historical** 68:17
**history** 11:16,18
  67:18
**hit** 17:4

Case 4:18-cv-00342-KGB  Document 260-52  Filed 03/06/23  Page 28 of 64

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 87

**hold** 45:4,6
  56:24
**holding** 56:15
  69:13
**Hollow** 58:17
**Hollywood** 44:7
**home** 17:4 57:5
**honestly** 10:24
  14:25 21:25
  24:7 28:13,18
  60:18 70:8,20
**hook** 73:23
**horns** 73:23
**hot** 54:13 72:20
**hour** 18:18
**House** 23:15
**huh-uhs** 7:11
**HUMANIST**
  1:5
**humor** 58:11

**I**

**idea** 66:19
**identical** 37:23
**identified** 62:6
**identify** 26:7
  35:21 45:25
  51:3 60:15
**Identifying** 26:6
**image** 46:2
  56:12,14
**Images** 58:10
**impartiality**
  78:16
**importance**
  68:20
**inclined** 43:23
**include** 58:12
  73:1
**included** 14:3,21
**independent**
  27:14
**index** 73:18
**indicate** 6:12
**indicated** 68:25
  72:4
**indicates** 66:5

**individual** 24:13
  34:18 41:21
**individuals**
  12:12,17 21:16
  25:7 26:3 29:4
  47:11 51:11
  58:12,15 61:6
  62:5 68:10
  73:17
**informal** 42:25
**information**
  30:3 73:6
**initial** 36:22
**initiation** 16:5,6
  16:8
**Instagram** 60:12
  60:15 61:21,22
**installed** 52:8
**instance** 10:18
  31:25 59:23,25
  62:4
**Institute** 6:5
**intend** 73:5
**intentionally**
  53:20
**interact** 10:10
**interaction** 15:7
**interest** 78:15
**interested** 10:7
  78:14
**interpret** 71:11
**Intervenors**
  1:10 5:12,21
  39:25
**interview** 31:2
  31:17
**introduce** 5:17
**invested** 40:12
**involved** 18:14
  18:16 20:2
  30:6,24 31:9
  31:12,13,19
  40:5 55:12
  59:11 64:5
**items** 43:16
**Ivey** 22:1 59:15
  59:16 61:14

**J**

**J.G** 1:22
**Jason** 57:22
**Jeff** 2:22 4:4
  5:16 78:4,22
  81:3,13
**Jeremy** 18:24
  32:8,24 33:1
  42:6 46:20
  47:6 51:6 52:9
**Jesus** 68:10,13
**JOAN** 1:6
**John** 1:12 5:13
  6:17
**join** 17:25
**joined** 5:24,25
**joking** 48:7
**Joyce** 35:25 36:1
  65:22 66:9
  74:7
**judge** 49:13
**Judith** 1:4 5:9
**jump** 35:12
**June** 52:25
**jury** 49:13

**K**

**Karen** 47:10,13
  51:6
**keep** 29:6
**Kezhaya** 1:18,18
  1:19 3:5 5:19
  5:19,24,25,25
  6:1 8:14 13:14
  13:18 28:1
  42:2,5,8 64:10
  65:21 72:2,3
  73:10 75:13,16
  77:14
**KGB/BD** 5:8
**kind** 9:19 10:11
  11:3 12:24
  13:3 14:8 15:6
  16:2,6 17:7
  19:1,1,9 21:13
  21:22 26:22
  32:7,8 33:1,2

33:20,21 34:21
  41:25 43:9
  44:22 45:1,4
  46:13 47:18
  48:6 51:16
  52:8,10,15
  58:11 61:11
**Kinko's** 23:17
**knew** 12:22
  21:19 30:13
  37:10 38:20
**know** 7:15 11:11
  12:17,19,20
  16:4 17:12,21
  20:5 21:19,21
  22:24 24:3,5
  25:2,4,7,22
  26:18 29:1,2,8
  29:12,13,17,19
  30:13 31:2,17
  32:6 33:6,23
  34:3,7 36:1,2
  37:7,14 43:8
  45:1,2 47:11
  47:11,15 48:8
  49:10 51:5,5
  51:16,19 53:8
  57:20 58:18
  61:9 65:11
  69:6,6,25 70:6
  70:17,20,23,25
  77:1,2
**knowledge** 26:7
**known** 19:18
**Kool-Aid** 54:12
  54:13

**L**

**L** 4:9 69:4
**L.A** 21:5
**lack** 34:10 77:6
**Lady** 57:19,25
**lane** 20:9 41:6
  50:10 61:11
**language** 68:4
  68:17 76:17
**Lansky** 1:4 5:9

**lapses** 18:3
**large** 24:25 28:3
  56:13 57:3
  68:9 69:11,12
  69:18
**late** 21:10
**Law** 1:19
**laws** 81:8
**lawsuit** 62:25
  64:6
**lawsuits** 65:15
  73:3
**lawyer** 47:25
  48:4,8 57:23
**Lea** 2:5 6:4
**lead** 75:15
**leader** 43:4
**leadership** 23:5
  25:2
**leading** 67:12
  68:1,7 71:15
  75:13
**leave** 69:17
**left** 37:9 47:6,10
  51:7 69:17
**left-hand** 41:22
**legal** 64:6 65:15
  68:21 72:22,25
**legislative** 36:25
  37:3,5,9,12
**legislator** 35:25
**legislators** 35:25
**legislature** 66:11
  66:11,13
**let's** 8:15 14:7
  36:21 57:16
**letting** 47:25
**Level** 11:12
**LEVY** 1:7
**liberals** 61:10
**libertarians**
  61:10
**Liberty** 2:5 18:7
  22:8
**library** 6:5 26:9
**license** 65:5
**life** 9:21 11:20

Case 4:18-cv-00342-KGB   Document 260-52   Filed 03/06/23   Page 29 of 64

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 88

12:8 72:15
**LINE** 79:3
**link** 43:12,15,21
**list** 29:21
**literal** 67:5
**literally** 18:17
37:2 73:7
**little** 1:23 2:4,23
2:24 4:8 5:6
8:18 9:3,7,8
10:1 11:1,22
12:1,4 14:18
15:20 18:9
21:13 22:6
25:22 28:21,24
30:17,23 31:2
32:4 33:13
38:24 50:14
52:18 53:7,9
53:17 61:11,23
62:13 63:3
69:16
**live** 27:19 29:1
29:22
**lived** 50:13
**lives** 44:20
**lobby** 17:15
**local** 19:23
21:19 22:3
23:2 24:23
30:17 35:24
50:4 60:2
**long** 20:6 30:23
38:20 40:25
53:12 57:12
60:5 65:7
**longer** 10:1 37:9
57:12
**looing** 40:9
**look** 13:11 40:3
42:10 44:6
48:20 52:3,21
53:24 54:5
56:8,17 73:15
**looked** 29:20
62:1
**looking** 48:12

62:4,4 71:25
72:2 74:7,13
76:13
**looks** 37:19
43:12,13 46:9
47:23,24 48:16
49:20,21,21
53:3 54:18,20
54:21,22 60:22
62:8
**loop** 53:7,21
**loose** 28:4
**lot** 9:14 11:23
16:24,25 17:17
19:23 20:20
39:2,4 41:17
53:7 65:12,13
65:14 66:18
68:12,12 70:22
**loudly** 69:18
**love** 35:4
**lower** 41:22
**LS** 2:22 4:4
78:22 81:3,13
**LUCIEN** 1:9
**LucienGreaves**
47:25
**lumps** 65:4
**lunch** 18:18
**lying** 29:19

———————
**M**
———————
**machine** 78:7
**maintenance**
23:3
**major** 12:8
**majority** 66:12
66:13
**making** 9:25
15:2,4 31:18
33:2 73:17
75:9
**Malcolm** 25:4
**male** 68:9
**man** 49:25 51:7
54:3
**map** 53:8

**march** 2:23 4:3
5:2 63:7,9 80:5
81:7
**mark** 41:24
**marked** 13:10
35:19 40:1
41:2,20,21
45:23 60:7,9
**marking** 41:18
**Mary** 69:14
70:23
**mason** 1:15 3:2
4:1,12,15 5:15
6:21 44:8,11
78:5 79:1 80:3
81:6
**Mason@mason**
42:15
**master's** 8:21
9:10 10:22,23
10:25
**Matt** 5:19,25
8:14
**matters** 78:6
**MATTHEW**
1:18
**McClain** 1:19
**mean** 42:21 43:8
64:23 66:8,9
66:11 72:6
**means** 7:1 28:20
42:20 43:3
44:17
**measure** 10:14
**measurements**
69:25
**media** 19:23,25
41:15 59:9,12
60:19 68:14
76:14
**medications**
7:22
**meet** 20:17 21:7
31:16
**meeting** 17:6,8
21:13,17 22:3
22:5 45:18

46:2,12 48:15
48:16 55:11
61:8
**Megan** 59:13,14
59:15,16 61:14
61:15
**Megan's** 21:20
21:24
**Melted** 44:11
**member** 12:21
12:23 15:16,19
15:24,25 16:17
16:21,22 17:19
17:21,22 23:6
23:15 37:3
44:20 47:16
60:2,4 75:8
77:7,8
**members** 16:25
21:18 24:3,24
24:24,25 26:14
27:16,24 28:3
28:6,7,11,14
28:25 29:9,13
29:23,25 32:1
32:13,16,21,21
34:18 35:15
38:3 49:12
51:9 66:13
74:25
**membership**
18:3
**mental** 8:21
10:25 11:6,7
**mentioned**
12:18 18:22
26:13 39:17
46:22
**merely** 14:25
**merged** 32:10
**Mesner** 41:9
**message** 30:2
**messed** 71:24
**met** 24:16,17,18
24:23 30:18
36:3
**methodology**

67:6
**Mexico** 55:1
**Michael** 2:2 6:2
6:16
**mid** 69:5
**middle** 44:7
**migrant** 54:25
**Mike** 13:14
**mind** 20:13
30:25
**minimum** 38:9
**minor** 64:15
**minority** 66:10
**misdemeanor**
73:1
**Misicko** 1:9 17:9
31:10 39:21
41:10
**mistaken** 48:23
49:21 60:11
**moment** 73:10
76:22 77:6
**Monday** 37:19
**money** 9:25
34:15
**monument** 15:8
22:7,16 35:6,7
49:14 51:13
52:7 53:11,15
53:18,20 62:2
62:15,22 63:10
66:14,16,20
67:2,11,20
68:24 69:20
70:7,11,18,19
71:5,7,9,13
72:11,18 74:24
75:2
**monuments**
53:24
**morning** 13:15
**Mother** 69:14
70:23
**Move** 9:19
**moved** 9:15,18
**moves** 9:17
**movie** 20:15

Case 4:18-cv-00342-KGB   Document 260-52   Filed 03/06/23   Page 30 of 64

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 89

30:4,20,24
moving 9:22
  50:20
mugs 34:24
Murphy 1:22
mutually 72:17
myth 67:5

**N**

N 3:1 4:9
name 6:15,19
  18:24 20:8,12
  20:12,16 21:20
  21:24 22:1,1
  23:16 24:14
  39:19 40:20
  41:12 47:10,13
  49:12 50:3
  51:8 54:3
  58:17,18 69:4
named 4:16
names 12:13
  24:6,7 25:13
  25:24 47:12
national 17:10
  25:5,8,11
  26:14,19 34:8
nature 22:14
  29:6 67:4,11
  68:24 70:16
  72:18 73:4
NE 1:19
necessarily 10:6
necessary 80:6
need 7:16 49:10
  58:20
needed 36:24,25
neither 78:12
never 18:10
  24:16 36:3
  55:3 72:4
  76:18
New 21:4
news 23:2 44:10
newsletter 15:25
  16:3
nice 50:3 53:9

nicely 36:13
night 8:9,10
  21:10,10,11,12
NIXON 1:7
nomenclature
  44:23
nonspeaking
  75:17
normal 40:23
North 9:3
northwest 9:6
  9:18 11:24
nos 38:17
Notary 4:5 78:4
  78:22 80:17
  81:13
note 12:7
notes 48:6 78:7
noticed 73:17
November 60:22
  78:23 81:15
number 5:8
  28:16 29:3,7
  29:18 41:22
  54:5 55:2 68:3
  71:20,20 76:18
numbered 4:3
numbers 27:20

**O**

O 4:9
oath 6:24 39:15
  59:6
Object 28:1
  64:10 67:12
  68:1 75:13
objection 67:10
  68:6,23 71:14
  75:18
obvious 66:17
obviously 23:13
  29:3 53:17
  61:18 67:5
occasion 16:20
occasions 62:22
occupations
  12:8

occurred 8:9
  56:5
offended 72:18
  72:20
offense 73:22
office 2:3,24 4:7
  5:5 6:3,7,17
  59:22 60:3,5
  69:12 78:19
  80:19
officers 33:9,10
  43:1
offices 4:6
official 1:12 5:14
  18:9 25:6
  26:20,21,22
  27:1 28:5
  29:25 32:2
  43:22 44:5
  45:3,3,6 48:1,4
  48:8 49:12
  50:13
officially 16:22
  34:8
officials 13:22
  14:1
OG 52:14,14,15
OG/TST 52:9
Oh 21:1 24:2
  35:3 40:7 42:2
  63:25 65:10
Okay 7:14,19,25
  8:3,6,9,12,15
  8:16,24 9:12
  10:2,11,22
  11:5,15,18
  12:5,9,17,20
  12:23 13:1,5,8
  13:18,21 14:6
  14:13 15:2,6
  15:14,16,23
  16:6,9,16,20
  17:8,13,19,21
  17:25 18:3,12
  18:22 19:8,10
  19:16,19,25
  20:2,10,14,17

20:22 21:7,17
  22:3,7,12,15
  22:20,24 23:4
  23:12,24 24:10
  25:2,7,13,18
  25:20,24 26:3
  26:5,7,10,13
  26:16 27:1,13
  27:16,23 28:14
  28:24 29:11,16
  29:24 30:4
  31:3,5,9,20
  32:18,23 33:5
  33:8,12,16
  34:5,12,15,22
  35:1,5,9,12,18
  35:23 36:1,4
  36:11,14,16
  37:5,12,22
  38:12,14,18,23
  39:5,7,13,17
  39:20 40:14,21
  41:2,9,12 42:8
  42:15,19,25
  43:7,12 44:1,6
  44:25 45:6,9
  45:12,15,18
  46:4,9,15,18
  46:22 47:1,3,5
  47:7,9,15,20
  48:3,10,16,20
  48:22 49:9,16
  49:20,25 50:8
  50:12,16,20
  51:2,18,21
  52:3,14,17,21
  52:25 53:6,16
  53:19 54:1
  55:2,8,10,21
  56:4,8,17,20
  56:25 57:7,10
  57:14,15 58:1
  58:4,6,15,19
  59:4,8,10,18
  60:7,10,13,17
  61:4,13,20,23
  62:19,24 63:2

63:5,10,12,16
  63:19,21 64:8
  64:19,22 65:1
  65:5,15,18,24
  66:4 68:3,23
  71:17,19,22
  74:6,13,20
  75:8,19,22
  76:4,13,15,22
  77:5,12
Oklahoma 71:1
  71:2,4,6
old 52:15
older 51:12
once 31:6
ones 32:9 43:6
  52:10
opportunity
  37:3 75:1
opposed 44:2
  54:22
opposite 46:9
  52:1
opposition 51:13
  70:12
ORAL 1:15
order 15:23 71:9
organization
  28:5 32:20
  33:25 60:4
organize 42:24
  43:6,8
organizer 33:15
  42:16,19,24
  43:3 45:5,9
organizers
  33:11,12 44:12
  44:18
organizing
  14:24 34:9
original 52:17
  78:16 81:6
originals 52:16
Orsi 1:5,24 5:11
  5:23 12:19,20
outcome 78:14
outlet 68:14

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 90

outside 12:5
  13:7 24:7
  69:11 70:5
outskirts 28:19

**P**

P 4:9
p.m 2:24 4:8 5:3
  39:9,12 58:24
  59:2 77:17,19
page 3:3 34:23
  41:21,22,23,24
  42:10 44:2,5,6
  44:7 45:12,13
  47:21 48:12,21
  48:21 49:1
  50:20,21 52:3
  52:21 54:5,6
  54:18 55:8
  56:17 57:16
  62:5 71:17,25
  72:2 73:15
  76:14,16 79:3
  80:1
pages 41:6,18
  81:5
paint 22:18
panel 45:20,21
paper 23:2
paperwork
  23:23 30:11
parked 63:13
Parkway 2:6
part 14:24 15:4
  26:2 28:10
  40:4,12 42:24
  44:11 48:23
  49:1 50:1,9
  55:18 61:6,7
  73:7
particular 9:17
  43:20
parties 4:11
  59:22 78:12,14
  78:15,18
parts 49:4
party 54:22

60:24 66:10
  72:22 78:11
pass 65:19 73:11
passed 66:6
pastor 72:9
  76:17
Pat 1:4 5:9
Patterson 1:22
  2:5 6:4,4
pause 10:24
Pavone 54:19
pay 65:9
penalty 81:8
Penny 20:9 41:6
  50:10
people 10:9,9
  12:13 19:19
  21:4 27:21,23
  27:25 28:17
  29:1,12,24
  31:24 36:15
  43:23 49:22
  51:25 56:15
  61:8,10 66:19
  68:16 69:17
  71:2
percent 22:2
  28:8 30:20
  72:15
performing 34:1
period 56:23
perjury 81:8
person 10:9 16:2
  17:22 20:8,11
  22:6 24:17
  28:8 38:11
  45:21 49:10,13
  62:11,13
personal 15:7
  25:11 36:2
personally 14:10
  22:23
persons 78:15
persuasions
  61:5
pertaining 14:11
  14:13

phone 40:18
photo 46:15
  49:24 51:5
  53:5,14,23
  54:3 56:21
photo-shopped
  56:12,21 57:7
photograph
  46:19 56:18
  58:6 60:11
photographs
  72:11,14
photos 15:9
physical 28:20
Piazza 1:4 5:10
pick 43:8
picture 22:22
  49:21 50:22,24
  51:16 52:7
  53:6 56:1 57:7
pictures 14:18
  52:5 62:1 64:3
piece 56:14 57:1
pinky 73:19
place 4:13 5:4
  14:8 23:9,21
  55:25
placed 71:6,8
placement 30:7
places 11:24
placing 69:9
Plaintiffs 1:4,8
  1:21,24 5:10
  5:11,23
Plano 2:6,6
play 66:25
played 21:2
plead 64:24
please 5:17
  70:25
Pled 64:25
pledge 49:22
point 10:23
  23:14 32:18
  33:1 37:1
  74:16
pointedly 28:25

pointing 73:18
political 59:19
  59:20,22 61:5
politically 61:12
portrayed 55:24
position 11:21
  45:6 70:6,10
positions 23:4
possession 14:2
  14:12 15:12
  57:13
possibility 64:14
Possibly 26:9
post 48:24 49:2
posted 45:2 49:6
  55:21 58:6
  61:15,18
posting 60:20
posts 20:6 68:25
  71:18
practice 70:14
practiced 74:25
praise 68:10,11
  68:11,12,13
predominantly
  67:25
preparation
  12:9 13:6
prepare 18:12
present 2:9 7:25
  8:12
presentation
  17:14
president 45:3
presides 25:5
pretty 15:10
  18:14 29:5
  62:9 72:15
previous 18:25
  47:20
previously 39:25
printed 23:16
prior 11:20 78:5
probably 11:1
  12:24 15:22
  18:15 19:5,6
  26:18 27:18

28:18 40:18
  50:25 61:17
  62:11 65:12
  66:22,23,25
problem 58:22
Procedure 4:14
  6:15 78:10
proceeding 64:6
  78:13
proceedings
  47:19 49:17
  50:5 65:15
  72:22,25
process 14:11,13
  16:12 20:4
  30:7,9,10 34:7
produced 4:2
  15:11 39:25
producer 20:12
  20:15 40:20
professional
  11:14
profile 42:14
program 8:22
  8:23 9:11
  10:16,20
progress 76:1
prohibitive 65:2
project 10:13
  18:15
promising 7:1
pronounce
  25:16
proposals 76:8
propped 57:8
protection 24:12
protest 69:13
  70:16
protesting 51:25
  70:5,17 71:2
protocols 21:14
provide 78:18
provided 13:24
pseudonym 22:2
  24:6 41:9
  58:17
pseudonyms

Case 4:18-cv-00342-KGB   Document 260-52   Filed 03/06/23   Page 32 of 64

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 91

24:9 25:14,19
26:1 39:18
**public** 4:5 10:14
78:4,22 80:17
81:14
**Pulaski** 9:3
**purchase** 43:16
**purple** 47:2
**purpose** 24:11
30:21 63:6
**pursuant** 4:13
**put** 10:15,24
16:1 21:15
29:20 33:14
38:15 44:22
48:5,6 52:12
65:12

**Q**

**quality** 57:11
**Queen** 69:14
**question** 40:22
62:20 75:23
**questions** 7:2
8:4 26:18
65:19 72:21
73:14 74:5
77:13
**quick** 37:8 38:22
**quite** 9:15 36:13
**quote** 51:3 67:15
68:15
**quoted** 68:13

**R**

**R** 78:1
**RABBI** 1:6
**radio** 44:21
**rally** 14:23 18:7
18:8,9,13,17
18:23 20:18,19
20:20,23,24
21:8,22 22:8
22:16 30:22
32:5,6,12
**random** 11:23
**Rapert** 48:18

49:24 52:11
54:8 57:22
**Rapert's** 56:11
67:16
**Rapert-style**
54:12
**Re-Examinati...**
3:6,7 74:3
**read** 12:11,14,15
23:1 42:17
54:16 55:4
74:18 80:4
**reading** 13:3
**real** 16:2 24:6,7
58:18 72:6
**realize** 11:8 17:4
31:6
**really** 13:2 14:16
17:4 19:21
25:10 28:4
29:20 31:4
32:13,25 50:3
**reason** 7:19 9:17
55:2 63:14
74:20 76:17
79:3
**reasons** 51:17
**recall** 16:9,13,14
31:14
**receive** 13:16
34:13
**received** 9:9
13:13
**recess** 39:10
58:25
**recognize** 41:6
42:13 45:13
46:15,18,20
47:9 48:14
50:21 52:4,21
54:23 55:8
56:9 57:17
58:1
**recognized**
19:20
**recollection**
23:22

**record** 5:1,18
6:11,11,20
39:9,12 41:2
58:24 59:2,4
78:8
**records** 14:7
15:6
**reduced** 78:7
**reference** 57:19
**referred** 75:8
**referring** 18:13
22:9 44:15
52:11 54:24
72:8 76:16
**refers** 60:24
**refused** 52:12
**regular** 29:5
**reiterate** 29:8
**reject** 76:8
**related** 78:12
**relationship**
25:11
**relative** 78:13
**relatively** 64:15
**relevance** 14:17
64:10
**relevant** 11:11
14:20
**religion** 1:6 55:3
72:5,7 76:19
76:20 77:2,7,8
77:10
**religion's** 54:11
**religions** 74:25
**religious** 18:7
22:8 33:25
67:11,17,25
68:24 69:11,13
70:14,15 74:24
75:3
**religious-loaded**
68:4
**religiously** 66:22
**relinquish** 78:16
**remember** 12:13
19:12,22,23
20:22 22:13

23:22 41:5
50:3 51:23,24
61:8,8 68:14
69:2 72:12,23
**removing** 48:11
**repeating** 32:7
**Replying** 44:8
**reporter** 2:22
4:4 5:16 7:5
78:4 81:4
**REPORTER'S**
81:1
**reporting** 2:23
10:17,21
**represent** 6:17
**representative**
38:1
**represented** 8:6
8:10
**reproductive**
43:18
**Republican** 75:5
**Republicans**
66:12
**request** 4:2
**requested** 14:6
78:10
**required** 15:23
**requires** 78:16
78:18
**respective** 4:11
**respond** 36:15
**responded** 36:11
**responses** 38:16
**responsibility**
23:5
**responsible**
59:12
**restaurant**
11:20
**returned** 9:7
**REV** 1:7
**review** 12:9
78:10
**reviewed** 13:1
**ridden** 62:23
**RIDDICK** 1:7

**ride** 53:4,7,10
54:4
**rides** 52:23 64:3
**riding** 53:12
**right** 7:11 10:2
11:9,19 15:16
19:6 20:13,16
31:22 36:11,12
36:21 37:2,20
38:23 39:20
41:10,16 42:10
46:21 47:2
48:20 49:7,20
50:7 51:1,8
53:22 56:12
57:14 58:1,13
60:22,25 61:4
61:23 62:9
64:5 66:6 68:8
69:21 73:9
74:10,11
**right-hand**
41:24
**rights** 43:18
63:9
**road** 1:19 53:22
**Robbins** 1:9
2:10 6:12
22:15 24:4
**Robbins'** 7:6 8:1
**Rock** 1:23 2:4
2:23,24 4:8 5:6
8:18 9:3,8,8
11:22 12:4
18:9 22:6
28:21 30:23
50:14 52:18
**rode** 53:21
**room** 6:12 46:10
46:14
**rosary** 69:15
**Rose** 11:21
**routine** 40:14
**row** 47:3
**Rule** 78:10
**Rules** 4:13 6:15
78:10

Case 4:18-cv-00342-KGB   Document 260-52   Filed 03/06/23   Page 33 of 64

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 92

rundown 11:18
running 60:2,5
  61:19
Russell 1:4 5:10
Russellville
  51:10

**S**

S 4:9,9
S-E-A-L-E
  47:14
Sadie 25:15,21
sadly 57:12
safety 10:14
Salem 18:11
sales 11:16
Saline 4:5 78:3
  78:22 81:14
sat 46:12,13
Satan 15:3 20:4
  30:4 60:21
  67:5,14 70:24
  71:12
Satanic 1:9,21
  5:12,20 6:1
  14:8 15:16,24
  16:21,23,25
  17:14,22,25
  18:5 21:20
  23:5,8 24:3
  25:3 27:1,4,9
  27:10,11,14,17
  28:11,25 29:12
  29:25 31:20,21
  32:1,14,17,19
  32:20 33:8,17
  34:13,16,19
  35:1 43:22
  44:13,18,20
  45:4,7 55:13
  55:18,18 56:5
  59:8,11,18,21
  60:2,3,14,15
  60:20 61:6,16
  67:4 76:23
Satanist 17:2,4
saw 10:18,21

18:19,23 19:10
  19:12,17 22:22
  62:16
saying 16:7 34:2
  52:17 58:9
  66:12 69:7
  74:22 76:25
says 42:15 44:7
  44:8,18 51:24
  55:2 60:21
schedule 40:11
scheduled 23:3
schematics
  23:16 69:25
  76:5,9
school 8:16,17
  9:23,25 52:15
Schulze 1:22,22
  3:6 5:22,22
  46:21 47:8
  73:13 74:2
  77:15
seal 78:19 80:19
Seale 47:10,14
  51:6
Searcy 9:5
Seattle 21:5
second 14:6
  30:19 35:8
  41:23 46:12
  47:3 58:9
  67:19
Secretary 1:12
  5:13 6:7
security 21:13
Sedwick 41:7
  50:10
see 11:5 19:13
  22:23 35:21
  36:21 38:15
  41:12 51:7,11
  53:20 56:14
  57:16 62:10,13
  62:14,21 63:10
  63:11 75:3,5
seeing 62:12
seen 9:14 53:13

selby 42:15 44:8
  44:11
self-reporting
  10:17
sell 34:24
semester 9:2,4,6
  9:24
semiofficial
  42:23
Senate 23:15
senator 37:25
  48:18 49:24
  52:11 54:8
  56:11 57:22
  67:16
senator's 57:3
send 23:14 34:15
sending 36:8,9
sense 36:2 43:5
  50:13
sent 13:14 15:9
  16:1 23:13
  35:15,24 36:4
  36:17,19,20
  37:22 38:7,13
sentence 69:5
  74:13
series 73:14
service 78:18
session 37:7,9,10
  37:12
sessions 37:6
Set 11:12
seven 16:10,18
  16:19
sexual 10:19
shake 52:12
shaking 19:13
share 32:14
sharing 30:3
SHEET 79:1
shirt 35:3
shirts 34:24
shoot 50:18
short 20:7 30:23
  41:1 56:23
  58:21 60:5

shorthand 78:7
shortly 56:5
shouting 68:17
show 16:2 27:25
  33:7 44:21
  45:24 50:18
  60:7 64:3
showed 53:13
showing 30:12
  35:20 53:14
side 41:25 46:13
  63:15
sign 51:19,21,22
  70:24 73:23
Signature 3:24
  80:1,11
signed 36:6,7
signs 69:14
  70:21,22,22
  71:3,11
single 28:8 37:2
  38:11 50:17
sit 38:10 46:12
sitting 37:2 46:7
  47:3 76:23
situation 72:16
skip 57:16
slipped 18:17
small 69:16
smaller 43:6
smile 62:12
  72:14,15
smiling 62:8
  72:10,16,17,19
Smith 49:15
  69:5
social 24:23
  27:20 28:9,21
  30:1 41:14
  43:9 59:9,12
  60:19 76:14
Society 1:6
  12:21 47:16
sociology 8:17
  10:2,5
somebody 40:10
somewhat 20:3

57:24
Sonia 1:18 5:24
  5:25
soon 55:19
sorry 15:21
  35:12
sort 10:7,14 13:2
  14:10 16:1,4,8
  16:17 17:4,6
  19:1,18 21:13
  24:23,25 26:19
  26:21,23 28:4
  30:9 32:10,11
  33:1,16,22
  34:3,6 36:9,24
  42:22 52:19,19
  56:14 61:9
  67:6,9 70:21
  76:5 77:1
sorts 43:16
sound 45:2
Southern 12:2
speak 13:5 28:8
  29:3,4
speakers 18:20
  18:21 20:23
speaking 26:22
  77:9
specialized 11:9
specifically 13:2
  16:9,13,14
specs 23:18
spectacles 19:3
spectator 14:25
speculation 28:1
spell 47:13
spend 41:17
spirits 11:3,13
  12:2
split 32:24 56:5
  69:22
split-up 55:14
sponsor 23:15
  37:4
spot 43:8
spots 11:23
  43:17

Case 4:18-cv-00342-KGB   Document 260-52   Filed 03/06/23   Page 34 of 64

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

Page 93

ss 78:2 80:15
stand 52:14
standing 49:23
  54:21 68:8
stare 57:19,25
staring 57:24
start 7:17 75:21
started 9:1,24
  30:10 52:10
starts 69:4
state 1:12 5:13
  6:19 23:1,10
  24:9 25:6 27:7
  27:19 28:19
  29:22 37:25,25
  59:24 66:17
  71:1,7,10 75:1
  78:2,4 80:14
  81:4,9
State's 6:7
statement 21:2
  49:18 75:9
  76:4 77:4
STATES 1:1
stating 66:10
statue 13:23
  14:2,9,16 18:9
  23:9,18,21
  35:13 40:6
  69:23 76:1
statue's 30:7
statues 74:15
status 67:7
statute 66:5
STEWART 1:6
stint 9:9
STIPULATED
  4:10
stood 18:24,25
  19:1,4,7
stop 53:6,24
  70:25
stopped 49:17
  53:11,23 69:5
  75:25
Storey 70:3
Street 2:3,23,24

4:7 5:6
stretching 14:18
strike 51:14
  71:12
Stu 58:16
students 10:20
studies 10:8
studio 30:25
stuff 14:15 16:2
  17:17 28:19
  29:21 30:18
  36:22,24 44:24
  56:15 57:6
styled 4:3
subject 30:14
  69:20
subpoena 13:8
  13:12
SUBSCRIBED
  80:17
substantial
  31:15 78:16
suggest 72:6
Suite 2:3,6,23,24
  4:7 5:6
Sullivan 2:2 6:6
  6:6
supervision 78:8
supplied 50:25
support 59:21
  60:4 67:14
  73:25
Supreme 62:17
  71:10
sure 12:16 22:2
  24:6,7 25:25
  26:12 30:13,20
  31:16 34:9
  37:13 54:19
surprise 61:14
  61:14
surprised 61:17
Susan 1:4 5:10
suspended 65:5
sweat 34:24 35:3
sworn 3:2 4:17
  5:18 6:8 78:5

80:17
system 9:13

_____

T

T 4:9,9 78:1,1
T-shirts 34:24
tags 64:9
take 13:11 38:24
  39:6 40:3
  42:10,21 44:6
  51:16 52:3,21
  52:23 53:6,18
  54:5 56:8
  58:20 66:8,9
  73:21 74:21,23
  74:23 75:2
taken 2:22 4:2,6
  4:12 49:21
  55:25 71:9
  78:6,13 80:5
  81:7
talk 43:10
talked 30:4
  61:23
talking 14:14
  17:17 39:20
  54:20 67:16
  68:20,23 69:21
  77:6
tall 69:25
tarp 22:21
teach 10:20
team 51:4
Technical 9:3
tell 4:17 18:18
  21:25 23:12
  25:13 35:23
  42:20 51:19
  54:6 55:10
  56:8
telling 56:21
Temple 1:9 5:12
  5:20 6:1 15:17
  15:24 16:21,23
  17:1,14,23,25
  23:5 24:4 25:3
  27:1,5,9,10,17

28:11,25 29:12
  29:25 31:20,21
  32:1,17,19
  33:8,18 34:13
  34:16,19 35:2
  44:13,19,20
  45:4,7 55:18
  55:19 59:21
  60:2,3 76:23
Temple's 14:8
  18:5 23:9
  43:22
Ten 15:7 22:7
  35:5,6 62:14
  62:16,22 67:19
  68:20 69:23
  70:2,6,18 71:5
  71:6,8 72:11
tendency 78:16
tenets 16:10,18
  16:19 55:17
TERESA 1:7
term 17:4 33:10
  33:10,11 34:10
  52:15
terminology
  36:24
terroristic 34:1
testified 4:18
  22:15
testimony 7:20
  7:22 56:4
  67:22,24 72:23
  78:5,6,8 80:7
Texas 2:6 73:22
  74:1
thanking 21:3
  54:20
thanks 47:24
thereto 78:11
thesatanictem...
  44:2
thesatanictem...
  43:13
thing 14:6 33:4
  42:22 43:20
  44:4 67:9 76:6

things 10:8,8,17
  10:21 11:17
  17:5 19:24
  23:19 26:25
  29:6,10 30:1,3
  30:11,15 32:7
  33:14 34:4,10
  34:24 38:17
  40:12 42:16,19
  43:9,11,17,19
  57:12 67:7
  69:13,15,19
  70:1,23 73:4
think 7:18 14:19
  16:22 17:1
  19:17 20:16
  21:2 22:4,13
  22:17,17,18,22
  23:23 24:11
  30:11,19 32:7
  32:25 33:1,23
  34:6 37:8,18
  38:15 40:17,25
  43:23,24 45:1
  46:3 50:25
  53:19 54:5,17
  54:18 59:24,25
  61:12,20,22
  64:4 65:3,4,16
  66:15,17,20,22
  66:24 67:1,3
  67:15,16 71:16
  73:18 77:12
Thinkers 12:22
  47:17
thinking 76:23
Third 2:23
thoroughly 80:4
thought 9:20,25
  57:23 73:3
threats 21:15
three 12:1 21:1
  25:22 26:3,13
  41:6 45:21
  47:11 49:13
  51:11 52:19
three-quarters

Mason Hargett 3/2/2020                    Donna Cave, et al. v. Anne Orsi, et al.

11:2
**thumbs** 53:14
**Thurston** 1:12
  5:13 6:17
**ticket** 73:1,2
**tie** 48:5,6
**time** 4:12 5:2
  16:12 18:15
  24:17,18 26:1
  30:19 32:1,4,4
  32:9 35:4
  36:16,18 38:3
  38:8,9,10,21
  41:17 56:23
  61:7 62:9 63:2
  63:10 69:11
**time-to-time**
  20:6 50:18
  54:4
**times** 62:23
  63:21 64:2
**tiny** 61:11
**toast** 54:14
**today** 7:20 13:1
  13:6 30:12
  31:16 49:19
  52:5
**Tony** 49:12 69:3
**Tony's** 69:4
**top** 22:4 51:7,8
**topics** 43:10
**tossed** 56:24
**tough** 29:2 64:20
**toured** 62:17
**town** 40:9
**traffic** 64:15
**training** 11:9
**trans-female**
  26:8
**transcribed** 7:5
**transcript** 78:8
  78:10,17,17
  80:4,6
**transparency**
  76:24
**traveled** 35:10
**Travis** 70:3

**tried** 37:7
**trouble** 49:18
  69:6
**true** 7:2 32:18
  68:3 75:12
  78:8 80:7 81:5
  81:9
**Trump** 54:21
  63:8
**trust** 11:13
**truth** 4:17,18,18
  78:6
**try** 7:13 38:5
**trying** 10:15
  29:11 44:17
**TST** 24:24 26:23
  28:3,5,7 29:9
  29:23 32:11
  34:8 42:16,19
  51:10 52:17
  71:7 72:6
  77:14
**TST's** 69:20
**turn** 65:22 71:17
**turned** 52:13
**tweet** 48:17
  54:23
**Twitter** 42:14
  58:4,6 61:16
  61:20 68:25
  71:18 73:15
**two** 12:17 24:9
  25:4 33:21
  55:15 65:8
**Tyler** 54:4
**typewritten** 78:7

**U**

**U** 4:9
**Uh-huh** 7:12
  24:15 30:5
  33:19 35:14
  41:4 42:11
  44:9 46:23
  47:22 49:5
  58:8 60:23
  64:16 73:16

74:17 76:21
**uh-huhs** 7:10,11
**underscore**
  42:15 44:8
**understand** 6:24
  7:1,15 8:7 17:3
  39:15 44:17
  59:6 72:25
  74:16,22
**understanding**
  24:8 78:9
**understood**
  16:17
**undertone** 67:18
  67:18
**ungrammatical**
  44:12
**unguarded** 77:5
**unholy** 51:4
**UNITED** 1:1
**universities** 8:24
  11:19
**University** 8:18
  8:20 9:1,4,8,10
  73:23 74:1
**unnecessary**
  73:21
**unnerving** 69:16
**unofficial** 24:25
  27:6 31:21,24
  33:9,17,22
**unquote** 51:4
**unveiling** 35:6,8
  51:11 67:19
**upwards** 27:21
  73:19
**use** 24:9 33:10
  36:24 39:18
  44:23 77:11
**usually** 26:24
  40:17
**usurping** 36:23

**V**

**values** 32:15
**version** 57:3
**versus** 5:12

**vetting** 34:7
**viable** 21:15
**VICTOR** 1:7
**video** 49:25
**VIDEOGRAP...**
  5:1 39:8,11
  58:23 59:1
  77:16
**Vino's** 20:20,25
  21:1,9
**violation** 64:15
**visit** 22:7
**visits** 61:24
**volunteer** 24:1
**Vote** 60:21
**vs** 1:11

**W**

**W** 11:12
**wait** 10:1 37:11
  54:14
**walked** 63:13,16
**walks** 61:9
**WALTER** 1:7
**want** 6:11 16:23
  26:11 27:19
  29:7,18,19
  33:23,25 34:20
  39:23,24 40:3
  42:12 65:22
  66:20,24 67:1
  73:21,22 74:14
  74:21
**wanted** 59:8
**wanting** 55:17
**warm** 63:4
**wasn't** 16:3,6
  30:20 31:18
  37:16 38:8,20
  46:12 59:24
  60:19
**watched** 18:20
  19:1
**way** 10:10 11:2
  14:7 15:4,5
  16:14 31:19
  32:16 40:14

52:13 63:14,20
  70:8 73:5
  75:25
**ways** 16:24
**we'll** 7:13 38:25
  39:6 41:25
  64:1
**we're** 34:2 39:8
  39:11 41:17
  43:10 51:16
  53:8,23 58:23
  59:1,4 61:11
  72:2 75:16
**we've** 27:20,21
  30:25
**wear** 35:3
**weather** 63:3
**web** 44:5
**website** 43:15,22
**weekend** 17:11
**weeks** 24:21
  38:19
**weight** 70:1
**went** 9:2,3,4,8
  9:18,23,23
  23:16 53:19
  62:14,16 63:7
  63:7,9,20 70:3
  70:4
**weren't** 49:23
  67:20
**West** 2:6,23
**wet** 22:18
**whatnot** 19:3,17
  28:17 46:8
**whatsoever**
  14:25
**whim** 9:18
**white** 72:20
**wholesale** 11:3
**wife** 51:9
**wine** 11:3,12,13
  11:16,16,16
  12:2,5
**wish** 51:22
**withhold** 73:6
**witness** 3:2 4:1

4:16 5:15,18
6:8 47:18
65:19 73:11
75:14 78:5,6
80:1,3
**Witness'** 3:24
**woman** 47:10
51:6,8
**Women's** 63:9
**word** 16:23 17:1
31:23 75:3,5
**wording** 44:23
**words** 57:25
68:15 76:20
77:10
**work** 6:16 9:22
11:2,18 12:3,5
18:15 21:10
23:24 24:1
38:8 40:9
69:25 76:5,9
**worked** 11:21,23
12:2 32:11
**worker** 9:21
**working** 10:22
26:20
**works** 15:22
**worst** 77:2
**worth** 43:24
**wouldn't** 18:16
31:23 61:10,12
61:17 66:20,24
73:21
**Wow** 55:13
**wrapping** 68:12

**X**

**X** 3:1

**Y**

**yeah** 7:11 9:16
10:1 13:17
14:4,5,14,16
14:22,24 15:4
15:10 19:24
21:11 24:2
27:6 29:14

30:1 31:8
32:21,22 35:3
36:10,15,19
38:17,20,22
39:1 40:7,7,13
40:19,19,22,24
42:3,7,14
43:15 44:17
46:1,1,5,8,14
47:9 48:2,2,8
48:12 49:3,24
50:22,22,23,24
51:22 52:1,19
52:20 53:5,22
54:24 57:6,11
57:16 58:11
59:17 61:22,22
62:3,10 63:18
64:1,13,25
65:14,14 77:11
**year** 9:5 15:20
37:14
**years** 11:7,22
12:1 63:6,24
63:25 64:21
65:8 73:2,2
**York** 21:4

**Z**

**0**

**01** 64:11

**1**

**1** 3:13 13:10,11
41:23,24 65:25
81:5
**1:22** 2:24 4:8 5:3
**10** 6:21 11:22
54:5,5,6 55:22
56:6 64:20
**100** 28:8 30:20
**11** 54:6 64:20
**12** 54:18 64:20
71:17 72:2
76:16
**1202** 1:19

**13** 3:13 12:24
55:8
**14** 12:24 56:8
**15** 12:24 19:7
29:19 73:2
**16** 57:14,16
58:12
**1600** 2:6
**17** 41:18 58:1,12
62:5
**19** 2:22 4:5 73:1
78:22 81:3,13
**1981** 6:21
**1999** 8:17

**2**

**2** 2:23 3:14
35:19 41:23
44:6 66:3
74:11 81:7
**2:10** 39:9
**2:28** 39:12
**2:55** 58:24
**20** 19:7 29:20
**200** 2:3,24 4:7
5:6
**2001** 2:6 64:12
64:13
**2012** 12:24
**2015** 15:20,21
15:22 17:11
64:1
**2017** 37:15,20
38:5
**2018** 14:23 53:1
60:22
**2019** 49:7 55:22
56:6
**2020** 2:23 4:3
5:2 78:20,23
80:5,20 81:7
81:11,15
**21** 64:11
**2311** 1:23
**25** 27:21,23 29:7
29:22
**250** 27:18

**27** 37:19 49:6
**29** 78:23 81:15
**2A** 14:7
**2C** 15:2
**2nd** 4:3 5:2 80:5

**3**

**3** 3:15 11:12
40:1 41:3,5
45:12,13 47:21
**3:02** 59:2
**3:27** 77:17,19
**30** 27:21,23
28:18 29:7,22
**30(e)** 78:10
**300** 1:23
**302** 2:23
**323** 2:3,24 4:7
5:5
**35** 3:14

**4**

**4** 3:16 41:20,24
47:21 48:12,12
49:1 71:20,24
**4:18-CV-00342**
5:8
**4:18-CV-0034...**
1:11
**40** 3:15 28:18
**41** 3:16
**45** 3:17

**5**

**5** 3:17 45:23
46:16 48:21
49:1 62:5
71:21 76:14

**6**

**6** 3:4,18 50:20
50:21 60:8,9
60:22
**60** 3:18
**620** 2:23
**65** 3:5

**7**

**72201** 2:4,23
**72227** 1:23
**72712** 1:20
**73** 3:6
**74** 3:7
**75075** 2:6
**77** 81:5
**78** 3:23
**79** 3:24

**8**

**8** 52:3

**9**

**9** 52:21,25
**90** 72:15
**99** 9:2 22:1
**9th** 78:20 81:11

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

| | | |
|---|---|---|
| Donna Cave, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:18CV342 |
| John Thurston | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                           Mason Hargett

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Arkansas Attorney General's Office, 323 Center St, Suite 200, Little Rock, AR 72201 | Date and Time: 03/02/2020 12:00 pm |
|---|---|---|

The deposition will be recorded by this method:     stenograph, audio, and video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: (1) All correspondence with Arkansas officials concerning the Baphomet statue. (2) All records of whatever kind concerning (a) TST's efforts to place the Baphomet statue in Arkansas, (b) the August 2018 Rally for the First Amendment, and (c) the making of the film Hail Satan!. (3) All records of whatever kind concerning your personal interactions with the Ten Commandments monument.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     02/04/2020

|           *CLERK OF COURT* | | |
|---|---|---|
| | OR | /s/ Michael Cantrell |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     John Thurston
, who issues or requests this subpoena, are:

Michael Cantrell, Michael.Cantrell@ArkansasAG.gov, 501-682-2401

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on whom it is directed. Fed. R. Civ. P. 45(a)(4).

PENGAD 800-631-6989

**EXHIBIT**

1

Hargett

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
     (i) is a party or a party's officer; or
     (ii) is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***

  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

     (i) fails to allow a reasonable time to comply;
     (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
     (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

     (i) disclosing a trade secret or other confidential research, development, or commercial information; or
     (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

     (i) expressly make the claim; and
     (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

AO 88A (Rev 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 4:18CV342

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

❐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____ _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc.:

From: **Elliott, Joyce** Joyce.Elliott@senate.ar.gov
Subject: RE: Baphomet Statue Bill Sponsorship
Date: February 28, 2017 at 12:54 PM
To: Mason Hargett



I could not get it passed. I would just spend what little political capital I have as a member of the
very minority Party in the legislature. Also, I don't want to add to the crowding of statues on the
Capitol grounds even though I understand the point it would make.

**From:** Mason Hargett [mailto:
**Sent:** Monday, February 27, 2017 2:26 PM
**To:** Elliott, Joyce
**Subject:** Baphomet Statue Bill Sponsorship

Dear Senator Elliott,

On behalf of The Satanic Temple, I am reaching out to offer you the opportunity to
sponsor our monument for placement on the State Capitol Grounds in Little Rock. Our
monument request is in response to the imminent erection of a 10 Commandments
monument on the Arkansas Capitol grounds and pays homage to American pluralism as
well as the Constitutional First Amendment values of Free Speech and Religious Liberty.

By erecting a privately-sponsored monument of overt religious significance on Capitol
Grounds, Arkansas has thereby established those grounds as a "limited public forum"
and neither the Legislature, the Senate, the Judiciary, the Arkansas Governor's Office, or
the Federal Government is at liberty to preference one form of religious expression to the
exclusion of others. This is one of the most basic founding principles of our American
Democracy.

While Sen. Rapert has argued that the 10 Commandments are not religious, but rather
historical, he has provided ample public commentary to undermine that claim (see, for
example, this fundraising link for his ministry where he uses an image of his 10
Commandments monument to illustrate his mission to "influence our nation to honor God
through Biblical values" http://campaign.r20.constantcontact.com/render?
m=1102026466280&ca=abc59604-b41f-4f4c-970b-bbad89dbe857)

As a matter of procedure, Arkansas requires monuments receive legislative approval
before being erected on Capitol grounds. While The Satanic Temple's Baphomet
monument may constitute "unpopular speech," it is nonetheless protected speech, and
the legislature's failure to approve the Baphomet monument will likely result in costly
litigation at the taxpayer's expense. In addition, by selectively deciding which religious
monuments are approved, the legislature would be blatantly engaging in the
unconstitutional practice of viewpoint discrimination. I trust you are aware of this fact.

We thank you for your consideration, and request that you contact us before the end of
the current Legislative session as to whether you wish to sponsor our monument
proposal or not.

Love,



**EXHIBIT**

2

Lucien Greaves
The Satanic Temple



6/27/2019

Gmail - Fwd: Satanic Temple Proposal Public Hearing

# Gmail

Doug Mesner <

## Fwd: Satanic Temple Proposal Public Hearing
6 messages

**Mason Hargett <**
To: Doug Mesner <
Cc: Malcolm Jarry <

Fri, Feb 10, 2017 at 8:43 AM

Question for you both.  I am going to be out of the state on May 9th-May 16th.  Would it be in the realm of possibilities to ask Mr. Boyd to perhaps go one week later and schedule the hearing on the 18th?  I understand if the date cannot be moved but I would really like to be there if at all possible.

Mason

Begin forwarded message:

> **From:** Kelly Boyd <kelly.boyd@sos.arkansas.gov>
> **Subject: Satanic Temple Proposal Public Hearing**
> **Date:** February 10, 2017 at 6:28:26 AM CST
> **To:** Malcolm Jarry <
> **Cc:** "Stuart de Haan, Esq." <            >, Mason Hargett <
>
> Mr. Greaves,
>
> On January 25, 2017, At the conclusions of your presentation before Subcommittee Two of the State Capitol Arts and Grounds Commission, your organization's proposal to place a permanent monument on the grounds of the Arkansas State Capitol was found "sufficient" for advancement to the next phase of the process, the public hearing.  At that time, I informed you that it would be a "couple weeks" before I would be able to provide a date for the public hearing, but could state at that time it would not occur before the end of the ongoing session of the General Assembly.
>
> While I do not know for sure when the General Assembly will recess, going by sessions past, I feel confident we will see them go into recess sometime in April.  Therefore, I am prepared to provide a date for your proposal's public hearing.  Although still tentative at this time, I feel confident the date for the public hearing is beyond the latest date on which they might enter recess.
>
> This email is official notice to you a public hearing will be scheduled to allow representatives of the Satanic Temple to present their proposal to place a permanent monument on the grounds of the Arkansas State Capitol to the public on Thursday, May 11, 2017.  This presentation will include an opportunity for public comment.
>
> No later than the first of May, I will issue a public notice of this event, including time and location.  At that time, I will also send email notification to you via this email address, advising you of the time and location as well.  The date is set for Thursday, May 11, 2017.  Again, while

EXHIBIT
3

PENGAD-800-631-6989

Def.'s Ex. 34 - Page 42 of 64

Case 4:18-cv-00342-KGB  Document 260-52  Filed 03/06/23  Page 43 of 64

this is a tentative date, it is firm enough to allow me to provide you with notification at this time.  If for any reason this date does not work for you, feel free to contact me and request an alternative date.

Currently, there are four proposals in front of the State Capitol Arts and Grounds Commission.  All four proposals are under the same timeline in that no one will have a presentation, whether before one of the subcommittees or the full commission, until the recess of the General Assembly at the earliest.

Please let me know if you have questions or need additional information.

Regards,

Kelly Boyd
Chief Deputy Secretary of State



**Doug Mesner** <　　　　　　　　　　　　>, Gabriel Sedgwick <　　　　　　　>
To: Penny Lane <　　　　　　　　>

[Quoted text hidden]

Fri, Feb 10, 2017 at 6:35 PM

**Penny Lane** <　　　　　　　　>, Gabriel Sedgwick <
To: Doug Mesner <　　　　　　>

May 11!! Very good.
[Quoted text hidden]

Fri, Feb 10, 2017 at 6:37 PM

**Doug Mesner** <
To: Penny Lane <
Cc: Gabriel Sedgwick <

Quite a show, I reckon
[Quoted text hidden]

Fri, Feb 10, 2017 at 8:13 PM

**Malcolm Jarry** <
To: Mason Hargett <
Cc: Doug Mesner <

Mason,

We obviously really want you to be there, but I would be incredibly fearful of requesting a reschedule after they set the date given the drama surrounding the event and the possibility that they could use such a request as a means to indefinitely postpone our hearing.

Fri, Feb 10, 2017 at 11:20 PM

Def.'s Ex. 34 - Page 43 of 64

Gmail - Fwd: Satanic Temple Proposal Public Hearing

I am guessing whatever conflicts you have cannot be changed.

Malcolm
[Quoted text hidden]

**Mason Hargett** <
To: Malcolm Jarry <
Cc: Doug Mesner <

Fri, Feb 10, 2017 at 11:26 PM

I totally understand and share your sentiment about changing the date with all that has happened.  Yeah my plans can't be altered.  If I can't make it just raise hell in my stead.  I noticed he did say tentative in the email.  Maybe they will change the date for some reason.  We shall see.

Mason
[Quoted text hidden]

Def.'s Ex. 34 - Page 44 of 64



## Mason

Organizer for all things TST in Arkansas.  Human being on a spinning rock just trying to figure it all out.

◎ Little Rock   ℰ thesatanictemple.com/products/donat...

▦ Joined December 2010



EXHIBIT
4
PENGAD 800-831-6989



**Mason** [redacted] · Oct 24, 2019

Frankie give us some details so people can tune in and listen to the shit show that is me talking Satanism and other assorted topics of interest.

> 🌐 **Frankie Hollywood** [redacted] · Oct 24, 2019
>
> Breaking News: Happy Halloween. Our next guest on Melted is Mason Selby the "Head organizers for the Friends of The Satanic Temple Arkansas" He played a major role in the documentary "Hail Satan?" We are excited to... instagram.com/p/B4BCBtbAKpq/...

♡ 1          ↻ 1          ♡ 23          ↑

**Frankie Hollywood**
[redacted]

Replying to [redacted]

Breaking News: Happy Halloween. Our next guest on Melted is Mason Selby the "Head organizers for the Friends of The Satanic Temple. Tune In To Melted At player.live365.com/a09297?l
Melted Podcast
LIVE
Boston Free Radio
Wednesday
10/30
7-8pmEST

Melted LIVE Wednesdays at 7pmEST.



Boston Free Radio
Web player
🔗 player.live365.com

7:28 PM · Oct 24, 2019 · Twitter for Android





**Mason** · Oct 12, 2016

Fun day advocating #Baphomet. Thnks @LucienGreaves for letting me dress up like a lawyer and act official. @LucienGreaves @satanicpsalms



Def.'s Ex. 34 - Page 48 of 64




**Mason**   · Apr 27, 2019

Found this old pic from Stanley Rapert's twitter. He wasn't happy at our apparent lack of patriotism. That was a fun day. I remember the one man asking, "why are we even considering this evil?" @LucienGreaves #hailsatan

Tweet

@THV11 @KARK4News @KATVNews @FOX16News

Lucien Greaves & Satanic Temple members refuse to stand for American Pledge of Allegiance









**Mason** · Apr 26, 2018

Stanley wasn't happy to see us. The OG TST Little Rock club. Wouldn't even chat with me. Oh well. @satanicpsalms @LucienGreaves #ARNews

**Mason** ████ · Jun 9, 2018

Well. It's still here for now. @LucienGreaves Not that crowded today bud. Did see a security guard back on the hill watching us closely. Don't think my bike has the power to take her down. #baphomet #StanleyJasonRapert





○ 7    ⟲ 3    ♡ 38    ←



Mason @mason_selby · Aug 5, 2018

There is drinking your chosen religion's Kool-Aid and then there is Rapert-style butt chugging the Kool-Aid. My goodness what hot garbage. I cannot wait to toast his demise. I'll bring the bubbles for us all. @satanicpsalms @LucienGreaves @satanicarkansas

AT&T Wi-Fi 🛜          7:22 PM          ⚡ 77%

**Tweet**

🐕 @satanicpsalms @LucienGreaves
#satanicsolidaity #EqualRights

**Hitesh Patel** · 2h
Replying to @jasonrapert
What happens if other religious groups



**Mason** · Jan 18, 2019

Reason number whatever why I will never be a follower of any religion ever again.

**Fr. Frank Pavone** @frfrankpavone · Jan 15, 2019

Honest to God, I am really getting sick and tired of these caravans. What in the world is this? Just come and push your way into the country? And all of this just happening by itself? Thank you, @realDonaldTrump for standing firm against the un-American #Democrat party. #MAGA

♡ 1



**Mason** ▮▮▮▮ · Feb 10, 2019

Hey @RapertSenate, your boycott isn't working. Full house tonight. @satanicarkansas making some big plans tonight. Thanks to @VinosBrewPubLR for the beer n pizza. #hailsatan #jasonraperteatsbabies



**Mason**

· Feb 15, 2019

Next season on Fox. Look for the series premiere of "Mason and Jason". A sitcom about a geeky satanist and a baby-eating, evangelical state senator. Watch to see what shenanigans they both get into!! @RapertSenate

#masonandjason @satanic_temple_

⟵

♡ 10

⇄

◯





**Mason** · Sep 13, 2019

The Devil's Boys came down to Arkansas. Our band "The Depositions" should be releasing our first EP soon. Look out for our first single, "Don't Stare at me Lady!" soon. @LucienGreaves #deposernotposer



 Mason

Hey @NightTimePod do you magic. This is for our second EP "No Graven Images". @LucienGreaves #damnHollowIdontknowyourname



7:40 PM · Sep 14, 2019 · Twitter for iPhone





EXHIBIT

PENGAD 800-631-6989

satanicarkansas • Follow

satanicarkansas There's still time to get to the polls!! #satanism #sataniccommunity #satanist #satanicarkansas #

40w

106 likes

NOVEMBER 6, 2018

Add a comment…







satanicarkansas • Follow

satanicarkansas There's still time to get to the polls!! #satanism #sataniccommunity #satanist #satanicarkansas #

40w

106 likes

NOVEMBER 6, 2018

Add a comment...