# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                              **PLAINTIFFS**,

**ANNE ORSI**, *et al.*,                                                          **CONSOLIDATED PLAINTIFFS**,

**THE SATANIC TEMPLE**, *et al.*,                                             **INTERVENORS**,

v.                       No. 4:18CV00342 KGB/BD

**JOHN THURSTON**, Arkansas Secretary of State,
in his official capacity,                                                           **DEFENDANT**.

## NOTICE OF DEFENDANT'S EXHIBITS 45 THROUGH 49

On March 6, 2023, a DVD containing the following exhibits were delivered to the Court and served on the parties.[1]

1. Defendant's Exhibit 45, the Mock Governor Scott Rally Video.
2. Defendant's Exhibit 46, the After School Satan Mock Promotional Video.
3. Defendant's Exhibit 47, the Baphomet Unveiling 1 Video.
4. Defendant's Exhibit 48, the Baphomet Unveiling 2 Video.
5. Defendant's Exhibit 49, the Ten Commandments Monument Installation Video.

---

[1] These exhibits have also been made available to the parties via electronic file download.

Submitted: March 6, 2023

Respectfully,

TIM GRIFFIN
  Attorney General of Arkansas
NICHOLAS J. BRONNI (2016097)
  Solicitor General
DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
MICHAEL A. CANTRELL (2012287)
  Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Main:   (501) 682-2007
Michael.Cantrell@ArkansasAG.gov

Hiram S. Sasser, III
Michael D. Berry
Lea E. Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Counsel for Secretary of State John Thurston*