# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                                  **PLAINTIFFS**,

**ANNE ORSI**, *et al.*,                                                                                    **CONSOLIDATED PLAINTIFFS**,

**THE SATANIC TEMPLE**, *et al*.,                                                                                **INTERVENORS**,

v.                                            No. 4:18CV00342 KGB/BD

**JOHN THURSTON**, Arkansas Secretary of State,
in his official capacity,                                                                                                    **DEFENDANT.**

### SECRETARY THURSTON'S MOTION TO EXCLUDE DR. GREEN'S OPINIONS

Secretary Thurston states for his motion to exclude Dr. Green's opinions as follows:

1. Dr. Green's report impermissibly seeks to educate this Court concerning how it should conduct its legal analysis—and uses obsolete legal standards at that. His opinions are neither relevant nor reliable, and the Court must exclude them under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 508 U.S. 579 (1993).

2. In support of this motion, Secretary Thurston relies upon the contemporaneously filed brief in support.

### CONCLUSION

Secretary Thurston respectfully requests that the Court exclude Dr. Green's opinions.

Submitted: March 6, 2023

Respectfully,

TIM GRIFFIN
  Attorney General of Arkansas
NICHOLAS J. BRONNI (2016097)
  Solicitor General
DYLAN L. JACOBS (2016167)
  Deputy Solicitor General
MICHAEL A. CANTRELL (2012287)
  Assistant Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
Main:  (501) 682-2007
Michael.Cantrell@ArkansasAG.gov

Hiram S. Sasser, III
Michael D. Berry
Lea E. Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel:  (972) 941-6162
Fax:  (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Counsel for Secretary of State John Thurston*