# 4:18-CV-342

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Donna Cave; Anne Orsi, The Satanic Temple, *et al.*
*Plaintiffs*,

*v.*

John Thurston, in his official capacity
*Defendant*.

## TST'S MOTION FOR SUMMARY JUDGMENT



**Matt Kezhaya**
Ark. # 2014161
Minn. # 0402193

matt@crown.law
direct: (479) 431-6112
general: (612) 276-2216

100 S. Fifth St., Suite 1900, Minneapolis, MN 55402

**COMES NOW** TST, by and through counsel of record, on motion for summary judgment pursuant to FRCP 56.

1. There is no genuine issue of material fact as to whether Thurston's ongoing enforcement of the Display Act (Act 1231 of 2015) and the Usurping Act (Act 274 of 2017) is an Equal Protection Clause violation. The Court should grant TST summary judgment.

2. There is no genuine issue of material fact as to whether Thurston's ongoing enforcement of the Display Act (Act 1231 of 2015) is an Establishment Clause violation. The Court should grant TST summary judgment.

**WHEREFORE** the Court should enter fact findings consistent with the separately-filed statement of facts and should enter conclusions of law consistent with the separately-filed brief in support.

Respectfully submitted on March 6, 2023 by,



| **Matt Kezhaya** | matt@crown.law |
|---|---|
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0402193 | general: (612) 276-2216 |

100 S. Fifth St., Ste. 1900, Minneapolis, MN 55402

## Certificate of service

NOTICE IS GIVEN that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on March 6, 2023, which sends service to registered users, including all other counsel of record in this cause. *s/ Matt Kezhaya*