IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, JUDITH LANSKY,** <br> **PAT PIAZZA, and SUSAN RUSSELL** | **PLAINTIFFS** |
| **ANNE ORSI, AMERICAN HUMANIST** <br> **ASSOCIATION, FREEDOM FROM** <br> **RELIGION FOUNDATION, INC.,** <br> **ARKANSAS SOCIETY OF FREETHINKERS,** <br> **GALE STEWART, RABBI EUGENE LEVY,** <br> **and TERESA GRIDER,** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, DOUG MISICKO** <br> Aka "LUCIEN GREAVES," and, **ERIKA** <br> **ROBBINS** | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON, Arkansas Secretary of State,** <br> in his Official Capacity | **DEFENDANT** |

### *ORSI* CONSOLIDATED PLAINTIFFS'
### RESPONSE TO SECRETARY THURSTON'S MOTION TO EXCLUDE
### DR. GREEN'S OPINIONS

Anne Orsi, Gale Stewart, Eugene Levy, Teresa Grider, the American Humanist Association, the Freedom from Religion Foundation, and the Arkansas Society of Freethinkers (the Orsi Plaintiffs) respond to the Defendant John Thurston, Arkansas Secretary of State's Motion to Exclude the opinions of Dr. Steven Green and in support of the motion state:

1. Dr. Green's report and the testimony that Dr. Green will give are relevant, reliable, and not subject to exclusion under *Daubert v. Merrell Dow Pharmaceuticals*, 508 U.S. 579 (1993).

2. The Orsi Plaintiffs file a brief in support of this response.

1

3. In support of this response, the Orsi Plaintiffs also provide the affidavit of Dr. Green outlining his methodology (Exhibit A to the Response).

WHEREFORE, The Secretary of State's *Daubert* motion is without merit and should be denied.

        Respectfully Submitted

        Katherine McKerall
        Virginia State Bar: #95400
        AMERICAN HUMANIST ASSOCIATION
        1821 Jefferson Place, NW
        Washington, D.C. 20036
        Attorney for Plaintiffs
        Telephone: (202) 238-9088
        Facsimile: (202) 238-9003
        Email:  kmckerall@americanhumanist.org

        Patrick C. Elliott
        Senior Counsel
        WI Bar No. 1074300
        Sam Grover
        Associate Counsel
        FREEDOM FROM RELIGION FOUNDATION
        PO Box 750
        Madison, WI 53701
        (608) 230-8443

        BAKER SCHULZE AND MURPHY
        2311 Biscayne Drive
        Suite 300
        Little Rock, AR 72227
        Telephone: (501) 537-1000
        Facsimile: (501) 537-1001
        www.bsm.law

        *Gerry Schulze*
        J.G. "Gerry" Schulze
        Attorney at Law
        Ark. Bar No. 83156
        gschulze@bsm.law