# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL | PLAINTIFFS |
| ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, GALE STEWART, RABBI EUGENE LEVY, and TERESA GRIDER | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, DOUG MISICKO Aka "LUCIEN GREAVES," and, ERIKA ROBBINS | INTERVENORS |
| v.  Case No. 4:18-cv-00342-KGB | |
| JOHN THURSTON, Arkansas Secretary of State, in his Official Capacity | DEFENDANT |

## AFFIDAVIT OF STEVEN K. GREEN

I, Steven K. Green, state under oath the following:

1. I prepared an expert report for the Orsi Plaintiffs in the above captioned matter.

2. In preparing my report, I relied on the standard and well-accepted methodology for historians.

3. In doing so, I reviewed both primary and secondary sources.

1

4. Primary sources are the actual writings created by a witness or a participant in an event.

5. I referred to numerous primary sources in my report.

6. Analysis of a primary source involves reviewing the source, determining how reliable the source is, and how consistent it is with other evidence.

7. I considered the conditions under which each source originated. I considered where the source was produced, by whom it was produced, when it was produced, and the circumstances at the time it was produced.

8. I considered the extent to which each source is consistent with other sources, and the extent to which sources complement each other.

9. I also considered how the plain language of the source would have been interpreted at the time of its writing, and avoided applying modern interpretations to documents that were centuries old.

10. I reviewed the sources that exist, selecting the most persuasive and appropriate sources.

11. I considered the conditions under which each source was produced and the intentions of the author. For instance, in reviewing the Federalist Papers (See page 20 of my report) I continued to bear in mind the purposes of the authors of the Federalist Papers.

12. I also consider the historical context in which each source was produced.

13. I was careful not to select only those sources that supported my opinion, but I dealt with all sources on the basis of their reliability and validity.

14. While perfect certainty is often not achievable, there are degrees of plausibility even in the absence of certainty. I sought to rely on sources that were highly plausible. In the context of American history at the relevant time, there is an abundance of plausible and reliable documentation.

15. As to secondary sources, I relied on books and articles about the relevant topics and considered their analysis of the primary sources. I considered the perspectives of the authors, the information available to them, and any motivations they may have had to distort their interpretations in any way.

16. In reliance on all sources, I sought to provide a basis for a reliable narrative about the past.

17. I applied the same degree of rigor to my work in this case as I apply in teaching the courses that I teach, and in preparing my books and scholarly articles for publication.

18. The methodology I have described here is consistent with the methodology ordinarily expected of historians.

19. Proper historical analysis is necessarily analytical. As a historian, I seek to provide context to historical writings and events.

20. As a historian, I have expertise in what constitutes proper and improper use of history, and what conclusions can properly be drawn from historical writings and events.

21. In my expert report, I sought to advise the Court on how a historian would properly analyze the evidence put forth in Dr. Hall's report, and the conclusions that he drew from that evidence. At all points where I wrote what a court "should" do with that evidence, what I intended to communicate—what I was stating implicitly—was what a historian would do, based on my experience and expertise.

FURTHER AFFIANT SAYS NOTHING.

## VERIFICATION

I, Steven K. Green, affiant herein, hereby state under oath that I have read the statements contained in the foregoing Affidavit and they are true and correct to the best of my knowledge and belief.

_____
Steven K. Green, J.D., Ph.D.

## ACKNOWLEDGEMENT

STATE OF Oregon
ss.
COUNTY OF Marion

On this the 20th day of March, before me, Margaret A. Schue the undersigned Notary Public, personally appeared Steven K. Green, satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes and consideration therein contained.

In witness whereof I hereunto set my hand and official seal.

OFFICIAL STAMP
MARGARET ANTOINETTE SCHUE
NOTARY PUBLIC - OREGON
COMMISSION NO. 993199
MY COMMISSION EXPIRES OCTOBER 24, 2023

_____
Notary Public

My Commission Expires: 10/24/23