# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DONNA CAVE, *et al.*,                                    PLAINTIFFS,

ANNE ORSI, *et al.*,                            CONSOLIDATED PLAINTIFFS,

THE SATANIC TEMPLE, *et al.*,                            INTERVENORS,

v.                        No. 4:18CV00342 KGB/BD

JOHN THURSTON, Arkansas Secretary of State,
in his official capacity,                                DEFENDANT.

### RESPONSE TO SECRETARY THURSTON'S MOTION FOR SUMMARY JUDGMENT

The Consolidated Plaintiffs respectfully submit the following response to Secretary Thurston's Motion for Summary Judgment and in support of their response state:

1. Defendant John Thurston, Secretary of State of the State of Arkansas's Motion for summary judgment is without merit and must be denied.

2. The Consolidated Plaintiffs file a brief herewith in support of their response.

3. The Consolidated Plaintiffs submit the following exhibits to this response

    a. Exhibit M.  Excerpts from the Deposition of Rabbi Eugene Levy;

    b. Exhibit N.  Excerpts from the Deposition of Gale Stewart;

    c. Exhibit O.  Second Affidavit of Anne Orsi.

Wherefore, the Court should deny summary judgment to Secretary Thurston.

Respectfully Submitted,

Katherine McKerall
Virginia State Bar: #95400
AMERICAN HUMANIST ASSOCIATION
1821 Jefferson Place, NW
Washington, D.C. 20036
Attorney for Plaintiffs

Telephone: (202) 238-9088
Facsimile: (202) 238-9003
Email: kmckerall@americanhumanist.org


Patrick C. Elliott
WI Bar No. 1074300
Samuel T. Grover
WI Bar No. 1096047
FREEDOM FROM RELIGION FOUNDATION
PO Box 750
Madison, WI 53701
(608) 256-8900


BAKER SCHULZE AND MURPHY
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsm.law

*Gerry Schulze*
J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsm.law