IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, et al.,                                                                PLAINTIFFS,

ANNE ORSI, et al.,                                                  CONSOLIDATED PLAINTIFFS,

THE SATANIC TEMPLE, et al.,                                                     INTERVENORS,

v.                                                                        No. 4:18CV00342 KGB/BD

JOHN THURSTON, Arkansas Secretary of State,
in his official capacity,                                                                DEFENDANT.

**PLAINTIFFS' EXHIBITS TO THE RESPONSE TO DEFENDANT JOHN THURSTON'S MOTION FOR SUMMARY JUDGMENT**

| Document Description | Exhibit |
|---|---|
| Excerpts from Deposition of Rabbi Eugene Levy | M |
| Excerpts from Deposition of Gale Stewart | N |
| Second Affidavit of Anne Orsi | O |

1  A.   Okay.  Let's see.  There's the Capitol, Justice
2  Building.  I think it was somewhere in -- I don't know what
3  these different numbers are, but I remember parking
4  somewhere over in -- let's see.  Here's the Capitol here.
5  The Justice Building is here.  Somewhere in here.  I'm not
6  sure.  I want to guess somewhere in one of these buildings
7  in here.
8  Q.   Okay.
9  A.   Or maybe back here.
10 Q.   Okay.  So -- so we've got the Arkansas State Capitol
11 building, we've got the Big Mac building?
12 A.   Uh-huh.
13 Q.   And then we've got the Arch Ford building here and the
14 Justice Building.  That's kind of going counterclockwise.
15 A.   Uh-huh.
16 Q.   Up here in the northeast corner, we've got the Capitol
17 Hill Apartments?
18 A.   Right, yes.
19 Q.   And I believe --
20 A.   Oh, yes.
21 Q.   I believe this is the Arkansas education --
22 A.   Yes.  There were --
23 Q.   -- building but --
24 A.   -- a number of times -- when the -- when Interfaith
25 Arkansas would have it's annual meeting, we met here.

Case 4:18-cv-00342-KGB   Document 278-2   Filed 04/10/23   Page 3 of 17

Eugene Henry Levy 8/9/2019                    Ann Orsi, et al. v. The Satanic Temple, et al.

Page 51

1   Q.   Okay.
2   A.   Most of the time.  And because it was convenient to --
3   for the legislators, whoever was on the program, to come
4   over and speak to us.  And then in the afternoon, we would
5   go over -- if we had couple of issues we'd -- you know,
6   after 1:30 when they reconvene, we would speak to our -- you
7   know, hometown legislator or senator about issue A, B, or C.
8   Q.   Okay.
9   A.   Okay.  That was -- but in terms of the education --
10  Q.   Uh-huh.
11  A.   -- meetings, again I'm not positive; but it was
12  somewhere in this area.
13  Q.   Yeah.
14       And now I'll represent to you that the Department of
15  Education does have offices in Arch Ford.
16  A.   Maybe it's here then.  Maybe it's here.
17  Q.   And I'm not asking you to base your testimony on my
18  reputation.
19  A.   Yeah.
20       I didn't know that that's what the name of the building
21  was, but -- if it said "Education Building," I would have
22  said it was probably here.
23  Q.   Okay.
24  A.   But I knew it was somewhere in this area.
25  Q.   Okay.  So to the best of your recollection, the

Case 4:18-cv-00342-KGB   Document 278-2   Filed 04/10/23   Page 4 of 17

Eugene Henry Levy 8/9/2019                           Ann Orsi, et al. v. The Satanic Temple, et al.

Page 52

1  meetings where you attended the State Board of Education
2  meetings on the Civic Advisory Committee --
3  A.   Uh-huh.
4  Q.   Okay.  Were held in the Arch Ford building?  Is that --
5  A.   Right.  If that's the education building, then that's
6  where we were for -- yes.
7  Q.   Okay.  Okay.  And how many of those meetings were
8  there?
9  A.   You mean how many did I go to?  Or how many were there
10 altogether?
11 Q.   Yeah.  That --
12 A.   Because they met monthly and then the -- and then I
13 think every -- then the Charter School Board also met there
14 maybe also monthly.  I'm not positive.  So I would go to a
15 couple of the charter school meetings and a couple of the
16 school board meetings.
17 Q.   Okay.
18 A.   So I'm sure in the year that I was on the Civic
19 Advisory Committee, I must have gone 10 times.  Maybe 8 or
20 10 times.
21 Q.   Okay.  And all of those meetings were held in the same
22 building?
23 A.   I believe so.  Yes, uh-huh.
24 Q.   Okay.  And whenever you would go -- actually, let me
25 back up.

Case 4:18-cv-00342-KGB   Document 278-2   Filed 04/10/23   Page 5 of 17

Eugene Henry Levy 8/9/2019                    Ann Orsi, et al. v. The Satanic Temple, et al.

Page 67

1  Q.   Of the Capitol building --
2  A.   Right.
3  Q.   -- where the --
4  A.   They gathered, yeah.
5  Q.   And that was the progun group that was gathering?
6  A.   Yes.
7  Q.   Okay.  And that was simultaneous with the rally?
8  A.   Uh-huh.
9  Q.   That you attended on the front steps?
10 A.   Correct.
11 Q.   Okay.  And you parked to the south of West Seventh?
12 A.   But -- yeah, I think I parked over here that time.
13 Q.   Okay.  And you walked up -- up I guess --
14 A.   To -- to avoid that other rally, yeah.
15 Q.   Yeah, okay.
16 A.   So I was somewhere up in this area over here.
17 Q.   Okay.  So you walked up --
18 A.   But that's been a while.  That's been -- I don't
19 remember.  That's probably been seven, eight years ago or
20 six or seven years ago.  I'm not sure when.
21 Q.   Okay.
22 A.   But you had asked me if there was any other kind of
23 rally I had gone to, and that was . . .
24 Q.   Okay.  I appreciate it.
25      Let's see.  Give me one second.

Case 4:18-cv-00342-KGB   Document 278-2   Filed 04/10/23   Page 6 of 17

Eugene Henry Levy 8/9/2019                                Ann Orsi, et al. v. The Satanic Temple, et al.

Page 80

1  thyself any graven images."
2  A.  Right.
3  Q.  How about that one?
4  A.  Of which this is one of them.  It says don't do this,
5  and we did this.
6  Q.  And so you're referring to the Ten Commandments
7  monument itself?
8  A.  Right.
9      So it's -- well, either that or a graven image of God.
10 Q.  Uh-huh.
11 A.  But here, you know, since some of that was left off,
12 "You shall make to thyself any graven images," this is a
13 graven image.
14 Q.  Huh.
15 A.  So you're saying here's a monument that says -- here's
16 a -- here's a graven image that says don't make a graven
17 image.
18 Q.  Uh-huh.
19 A.  Don't do what I do; do what I say.
20 Q.  Okay.  And then:  "Thou shall shalt not take the name
21 of the Lord thy God in vain."
22 A.  Yeah, which is a mistranslation also.  It's do not
23 swear falsely by the name of God.  Often we're learn -- we
24 learn in Sunday school that this is don't cuss.  You know,
25 that's not what it means at all.

Case 4:18-cv-00342-KGB   Document 278-2   Filed 04/10/23   Page 7 of 17

Eugene Henry Levy 8/9/2019                    Ann Orsi, et al. v. The Satanic Temple, et al.

Page 81

1  Q.  Huh.
2  A.  It means don't say something like, "God knows that I
3  love liver," when everybody knows that I hate liver.
4  Q.  Huh.
5  A.  But you're trying to prove it, and so you use God's
6  name in a -- in a false -- false way.
7  Q.  Okay.  Okay.  And what significance do you attribute to
8  the fact that language is in this older form of English,
9  using "thou shalt" and "giveth"?
10 A.  Because that's the way I think it's in the King James
11 Bible, which is -- which is one translation out of many of
12 the commandments.
13 Q.  Okay.
14 A.  So why that was picked, you know . . .
15 Q.  Uh-huh.
16 A.  If you pick one, you're saying that the others are
17 wrong or the others are incomplete.  So that's another jab
18 to me of saying that this is a religious document; that
19 you've -- you've picked the translation from a specific
20 Bible.
21 Q.  Okay.  And as a -- as a reform Jewish rabbi --
22 A.  Uh-huh.
23 Q.  -- you accept the Ten Commandments as a guide to life;
24 is that correct?
25 A.  As a guide, not the guide.

Case 4:18-cv-00342-KGB   Document 278-2   Filed 04/10/23   Page 8 of 17

Eugene Henry Levy 8/9/2019                                  Ann Orsi, et al. v. The Satanic Temple, et al.

Page 82

1  Q.   Okay.
2  A.   As a guide.
3  Q.   Okay.
4  A.   One of many.
5  Q.   Okay.  Would you -- would you say that it's I guess
6  a -- an ethical standard that people should abide by?
7  A.   It's -- yeah.  It's one of -- one of many, sure.
8  Q.   Okay.
9  A.   Although I -- I have a -- I don't know if we're -- are
10 we going to go through any of the other commandments?
11 Q.   No.
12 A.   No.
13 Q.   I wasn't planning to.
14      Did you have something you would to add about the
15 others?
16 A.   Well, I just thought it was ironic that, you know, you
17 have the "Thou shalt not kill" and this was erected during
18 the time that eight people were on death row from the --
19 from the State right during that same period.
20 Q.   Uh-huh.
21 A.   So the question is:  What does that mean?
22 Q.   Huh.
23 A.   How can you say, "Thou shalt not kill," and we're
24 getting ready to kill eight people.
25 Q.   Okay.

1   held?
2   A.   They were held on the front steps of the State Capitol,
3   which is another issue; because you no longer can get in.
4   Well, maybe it's this door you can't come in.  Anyway --
5   yeah, I think you can come in there, the front door here and
6   this one here but not in these two.  They were here.
7   Q.   Okay.
8   A.   B and C.
9   Q.   Okay.  And so the protests you're referring to then are
10  different from your visits to the Arch Ford Building?
11  A.   Oh, yeah.
12  Q.   Okay.
13  A.   These were different.
14       I have been to the State Capitol so many times that I
15  cannot recall each one.
16  Q.   Uh-huh.
17  A.   Because my husband used to work for the -- not the
18  Secretary of State's Office, but the state auditor at one
19  time.
20       So I've been over, you know, in the Capitol Hill
21  Building.
22       I've been in Big Mac to do historical and family
23  research.
24       And I've been all through this building and through
25  this building.

Case 4:18-cv-00342-KGB   Document 278-2   Filed 04/10/23   Page 10 of 17

Gale Stewart 8/8/2019                           Ann Orsi, et al. v. The Satanic Temple, et al.

Page 39

1    I've had three surgeries most recently.  But beginning
2    five years ago, I had my back operated on.  And two years
3    later I had my hip, and a year ago I had my knee operated
4    on.
5    Q.   Okay.
6    A.   So I've had -- it was 2015 I believe.  I can look all
7    that up.
8    Q.   Okay.  So -- so you'd had back surgery?
9    A.   I've had back surgery, hip surgery, and knee surgery.
10   Q.   Knee surgery.  Okay.
11        And, but in any case, your husband had dropped you off
12   there at the Arch Ford Building?
13   A.   Right.
14   Q.   And what was your -- the purpose of your visit that
15   day?
16   A.   I went to a public hearing.
17   Q.   Okay.  Public hearing at the Arch Ford Building?
18   A.   (Witness nods head.)
19   Q.   Okay.
20   A.   And we had a little protest out front.
21   Q.   A protest out front on the Arkansas State Capitol steps
22   there?
23   A.   No.  We were out here.
24   Q.   Oh, okay.  Okay.  So there was a protest to the north
25   of the Arch Ford Building?

Case 4:18-cv-00342-KGB Document 278-2 Filed 04/10/23 Page 11 of 17

Gale Stewart 8/8/2019                                    Ann Orsi, et al. v. The Satanic Temple, et al.

Page 57

1  Q.   Okay.  And Mark 12:28 through 31 is a passage that you
2  accept as a Christian; is that right?
3  A.   Yes, I do.
4  Q.   Okay.  How about the next one, "Thou shalt not make to
5  thyself any graven images"?  What do you take that to
6  signify?
7  A.   Well, that means to me is that it is a violation of the
8  Ten Commandments itself to prepare this monument and give it
9  special significance.  It's a graven image; that you
10 would -- we should not worship idols; that we should --
11 should worship the concept of loving God as creator and
12 loving our neighbor as ourselves.
13 Q.   But then I'll ask you about the next one, "Thou shalt
14 not take the name of the Lord thy God in vain."
15      What do you take that to signify?
16 A.   I think that that is a prohibition against blasphemy,
17 and that the prohibition against blasphemy means that we
18 should not try to take the Creator's role for ourselves and
19 to -- to try to take credit for creation of the universe or
20 the damnation of other people for things that we don't agree
21 with.  I -- I think that's the ultimate blasphemy, is to try
22 to play God.
23 Q.   Okay.  And this is written in -- it's not written in
24 modern English, and I guess I've heard it called Elizabethan
25 or King James English or Middle English maybe.

Case 4:18-cv-00342-KGB   Document 278-2   Filed 04/10/23   Page 12 of 17

Gale Stewart 8/8/2019                                    Ann Orsi, et al. v. The Satanic Temple, et al.

Page 62

1  second Ten Commandments monument, did you?
2  A.  No, I did not.
3  Q.  Okay.  Are you aware of any religious ceremonies being
4  held at the Ten Commandments monument?
5  A.  No, I -- I have no such awareness.
6  Q.  Okay.  And you're not aware of any religious activity
7  going on at the Ten Commandments monument?
8  A.  No.
9  Q.  Have you publicly expressed opposition to the Ten
10 Commandments monument other than this lawsuit?
11 A.  I have made a comment or two probably on Facebook, but
12 not of any significance, no.
13 Q.  Okay.  And I'm going to ask you just for the record:
14     Do you believe that the monument causes the Ten
15 Commandments to have the force of state law?
16 A.  No.
17 Q.  Okay.  And so the Ten Commandments monument, I believe
18 your testimony was that you accept it as a guide to how --
19 how you should live; is that right?
20 A.  As a Christian, yes.  Although superceded by Mark 12:28
21 to 31.
22 Q.  Okay.  And so -- so then you don't feel that your
23 beliefs are excluded by the Ten Commandments monument; is
24 that right?
25 A.  My personal religious beliefs, no.  My constitutional

Case 4:18-cv-00342-KGB Document 278-2 Filed 04/10/23 Page 13 of 17

Gale Stewart 8/8/2019                                    Ann Orsi, et al. v. The Satanic Temple, et al.

Page 63

1  rights as a citizen of the State and the U.S., yes.
2  Q.   Okay.  Would you consider -- let's say that there's a
3  sign or -- or, actually, the State, like our money has "In
4  God we trust on it."
5       How do you feel about that?
6  A.   I have no strong feelings about it.  If I were making
7  the decision, I would leave it off.
8  Q.   Okay.  If -- if we -- you know, the State put a -- a
9  granite monument that said, "In God we trust," would you
10 find that ill advised?
11 A.   I suspect the State has such monuments, but I wouldn't
12 chisel them off.
13 Q.   Okay.  So -- so if there are -- if the State put up
14 a -- something like the Ten Commandments monument except it
15 didn't have the Ten Commandments or any of that -- the
16 symbolism on the Ten Commandments monument, it just had "In
17 God we trust," would you find that ill advised?
18 A.   Yes.
19 Q.   Okay.  Have you been coerced by any threat of penalty
20 to obey the Ten Commandments?
21 A.   Have I been coerced?  Probably not since my mother
22 spanked me for lying.
23 Q.   Okay.  So the State's not coerced you to obey the Ten
24 Commandments?
25 A.   No.  But my mother had such powers.

Case 4:18-cv-00342-KGB Document 278-2 Filed 04/10/23 Page 14 of 17

Gale Stewart 8/8/2019                                    Ann Orsi, et al. v. The Satanic Temple, et al.

Page 64

1  Q.   Okay.  And so the State -- slightly different question.
2       Has the State coerced you by force of state law to obey
3  the Ten Commandments?
4  A.   No.
5  Q.   Okay.  Are you aware of anybody who's been coerced by
6  the State to obey the Ten Commandments?
7  A.   No.
8  Q.   Okay.  And now I just want to ask you a few questions
9  about the effect of the Ten Commandments monument --
10 A.   Okay.
11 Q.   -- on you.
12      Have you suffered any physical ailment as a result of
13 the monument?
14 A.   No.
15 Q.   Have you ever suffered any emotional ailment --
16 A.   No.
17 Q.   -- as a result of the monument?
18 A.   No.
19 Q.   That was a no.  Okay.
20      Have you sought any treatment or therapy or counseling
21 as a result of monument?
22 A.   No.
23 Q.   Have you been harmed in any other way?
24 A.   I am harmed every single minute of every single day
25 when the -- my constitutional rights are violated.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL | PLAINTIFFS |
| ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, DOUG MISICKO Aka "LUCIEN GREAVES," and, ERIKA ROBBINS | INTERVENORS |
| v.      Case No. 4:18-cv-00342-KGB | |
| JOHN THURSTON, Arkansas Secretary of State in his Official Capacity | DEFENDANT |

### SECOND AFFIDAVIT OF ANNE ORSI

I, Anne Orsi, do hereby state the following under oath:

1) I am one of the Consolidated Plaintiffs in this lawsuit.

2) I am an agnostic atheist. I do not subscribe to any religious beliefs.

3) I do not believe that the various biblical versions of the Ten Commandments are sacred obligations that I must follow.

4) Similarly, I am bothered by the Ten Commandments monument at the Arkansas State Capitol, as it conflicts with my personal beliefs as an agnostic atheist.

5) I understand the particular language on the Ten Commandments monument to be consistent with the King James Bible. I do not believe that the King James Bible is authoritative holy scripture that I must follow.

6) The monument signals to me that I do not have the right religion in the eyes of the state.

7) The Ten Commandments monument has negatively impacted me, by causing me to feel upset, outraged, angry, marginalized, and to feel that I am excluded by my state government.

8) I view the Ten Commandments monument as making atheists, agnostics, and other freethinkers as second class citizens, and to place Christians as favored citizens.

9) I am particularly outraged by the fact that I have had to fight discrimination against my beliefs in the state legislature and on the State Capitol grounds. Iit was necessary for the Arkansas Society of Freethinkers to file an action in federal court (*The Arkansas Society of Freethinkers v. Daniels*, No. 4:09-CV-00925 (E.D. Ark., 2009)) to get access equal to that granted to Christians to place a temporary holiday display on the State Capitol Grounds. At the time, the Christian religion was given preferred access to the State Capitol Grounds to place a holiday display. The Freethinkers lawsuit secured a right for equal access to non-Christians and a non-Christian tradition which has been affronted by the passage of the state law that allowed the erection of this monument.

10) I view the Ten Commandments monument as being designed to promote and show preference for the Christian religion, which excludes me and other freethinkers.

## VERIFICATION

STATE OF ARKANSAS   )
                    )ss
COUNTY OF PULASKI   )

    I, Anne Orsi, state under oath that the matters set forth in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

_____
Anne Orsi

SUBSCRIBED AND SWORN to before me this __10th__ day of April, 2023.

_____
Notary Public

My Commission Expires:

HELENA M. SCHULZE
No. 12396136
PULASKI COUNTY
My Commission Expires 10-4-2023

3