# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE, et al.,**                                              **PLAINTIFFS**

**ANNE ORSI, et al.,**                        **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE, et al.,**                              **INTERVENORS**

v.                    Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary**
**of State, in his official capacity**                                  **DEFENDANT**

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT HEARING

All parties having completed briefing on the pending cross motions for summary judgment, all plaintiffs move that the Court schedule a hearing on these motions for the purpose of oral argument.

The Arkansas Secretary of State takes no position on this motion.

Respectfully submitted,

LAVEY AND BURNETT

By: _*John L. Burnett*_                                    .
          John L. Burnett (Arkansas Bar No. 77021)
904 West 2nd Street
Little Rock, AR 72201
Telephone:  (501) 376-2269
Facsimile:  (501) 372-1134
E-mail:     jburnett@laveyandburnett.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

1

GREEN & GILLISPIE

By:  *Joshua D. Gillispie*                              .
     Joshua D. Gillispie (Arkansas Bar No. 2010131)
1 Riverfront Place, Suite 605
North Little Rock, AR 72114
Telephone:  (501) 244-0700
Facsimile:   (501) 244-2020
E-mail:       josh@greenandgillispie.com
*On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:  *Andrew G. Schultz*                              .
     Andrew G. Schultz (*admitted pro hac vice*)
     NM State Bar No. 3090
     Melanie B. Stambaugh (*admitted pro hac vice*)
     NM State Bar No. 142699
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:  (505) 765-5900
Facsimile:   (505) 768-7395
E-mail:       aschultz@rodey.com
              mstambaugh@rodey.com

*On behalf of the Arkansas Civil Liberties Union Foundation*
*Attorneys for Plaintiffs Donna Cave and Pat Piazza*

Baker Schulze and Murphy
2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsm.law

 J.G. "Gerry" Schulze
 J.G. "Gerry Schulze
Ark. Bar No. 83156

2

gschulze@bsm.law

*Attorney for Consolidated Plainitffs*


Matthew A. Kezhaya
By: *Matthew A. Kezhaya*
100 S. Fifth St., Ste. 1900
Minneapolis, MN 55402
Telephone: (479) 431-6112
Facsimile: (479) 282-2892
E-mail: matt@crown.law

*Attorneys for Intervenors The Satanic Temple, Doug Misicko, aka "Lucien Greaves" and Erika Robbins*