IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                                   **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                          **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                                **INTERVENORS**

v.                                          Case No. 4:18-cv-00342-KGB

**JOHN THURSTON**, Arkansas Secretary
of State, in his official capacity                                                                            **DEFENDANT**

## ORDER

Before the Court is plaintiffs' motion for summary judgment hearing requesting oral argument on the pending cross motions for summary judgment (Dkt. No. 297). The Court grants plaintiffs' motion for summary judgment hearing (Dkt. No. 297). The Court will hold a hearing on the pending cross motions for summary judgment on Friday, July 7, 2023, at 10:00 a.m. CST. At the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas 72201, Courtroom 4D.

So ordered this the 20th day of June, 2023.

_____
Kristine G. Baker
United States District Judge