IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, *et al.*, | PLAINTIFFS, |
| ANNE ORSI, *et al.*, | CONSOLIDATED PLAINTIFFS, |
| THE SATANIC TEMPLE, *et al.*, | INTERVENORS, |
| v. | No. 4:18CV00342 KGB/BD |
| JOHN THURSTON, Arkansas Secretary of State, in his official capacity, | DEFENDANT. |

### DECLARATION OF DR. MARK DAVID HALL

Pursuant to 28 U.S.C. 1746, I declare:

1. I am over 18 years of age and competent to testify in this matter.

2. I submitted a report in this litigation dated November 18, 2019, filed of record at docket entry 260-3, and a reply report dated January 24, 2020, filed of record at docket entry 260-49. Those reports truly and accurately set forth both my qualifications as of those dates and my opinions concerning issues in this litigation. If called to testify, I can and would testify to all of the matters contained in those reports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2023.

_____
Mark David Hall, Ph.D.