**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONNA CAVE**, *et al.*                                                                                          **PLAINTIFF**

**v.**                                      **Case No. 4:18-cv-00342 KGB**

**JOHN THURSTON**                                                                                              **DEFENDANTS**

**ORDER**

**COURTROOM AND MEDIA PROTOCOL**

The purpose of this Order is to address issues that may arise during the hearing on the pending motions scheduled for July 7, 2023, and to ensure that this proceeding is open to the public to the extent possible in the light of space limitations in the courtroom (Dkt. No. 298). To do so, the following will be in effect during the hearing:

1. As a courtesy to counsel and the parties, with the Court's express permission granted in advance, the Court will permit counsel and the parties only to participate remotely during this hearing. Counsel and the parties seeking to participate remotely in this hearing who have not already done so must provide the Courtroom Deputy with an email address by 5:00 p.m. CST today.

2. Individuals who are not counsel of record or parties to the lawsuit are not permitted to attend the hearing remotely or by video but may do so by coming to Courtroom 4D in the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas.

3. Except for court personnel and as stated below, no one will bring into the courtroom or utilize from a remote location while participating remotely during this hearing any laptop computers, beepers, walkie-talkies, cellular telephones, electronic transmitting equipment, or any other noise-generating electronic or mechanical devices.

4. Attorneys and their staff may bring into the courtroom or utilize from a remote location while participating remotely during this hearing electronic devices pursuant to and subject to the restrictions in General Order No. 54.

5. All individuals who attend the hearing by coming to Courtroom 4D in the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas, and counsel and the parties who participate from a remote location with the express permission of the Court must abide by Local Rule 83.2 of the Eastern District of Arkansas.

6. In accordance with the Local Rules of the Eastern District of Arkansas, duly identified and authorized representatives of the media may discreetly make audiotapes during the hearing in open court solely for the purpose of assuring the accuracy of reports. *See* Local Rule 83.2(d), Rules of United States District Court for the Eastern and Western Districts of Arkansas. A violation of this rule likely will result in the revocation of this exception for the violating party.

7. Everyone must be seated before Court is opened. Seating arrangements will be open. No spectator standing will be allowed during Court sessions.

8. All media questions should be directed to the Clerk of Court. Please do not call the Judge's chambers for information.

9. The parties should make one copy of each exhibit for the media. This copy will be given to the Courtroom Deputy. Members of the media may access this copy of exhibits from the Courtroom Deputy, and the members of the media will then arrange among themselves for mutual access to these exhibits.

10.     Although circumstances may require departures from time to time, the following schedule is planned:

| | |
|---|---|
| Court Convenes: | 10:00 a.m. |
| Lunch Recess: | 12:15 to 1:15 p.m. |
| Afternoon Recess: | 3:15 p.m. (15 minute recess) |
| Court Adjourns: | 5:15 p.m. |

It may be necessary to depart from this schedule to ensure all counsel and parties are able to present argument on the pending motions at this hearing.

It is so ordered this 6th day of July 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge