**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DONNA CAVE,** *et al.*                                                                                                   **PLAINTIFF**

**v.**                                                     **Case No.  4:18-cv-00342 KGB**

**JOHN THURSTON**                                                                                     **DEFENDANTS**

**<u>ORDER</u>**

Andrew Schultz and Melanie Stambaugh, counsel for plaintiffs, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse in Little Rock, Arkansas, on Friday, July 7, 2023, for a hearing in this matter, and continuing each day thereafter until the hearing concludes, subject to the following rules:

(a)     This Order grants permission for those individuals identified in this Order to bring a cell phone, laptop computer, or personal digital assistant into the courthouse for their personal use, not to bring in such devices possessed by or for use by other individuals not identified in this Order.

(b)     The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(c)     Cell phones must be turned off and put away when in the courtroom.

(d)     Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(e)     Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel.  This examination includes, but is not limited to placing the device

through electronic screening machines and requiring the person possessing the

device to turn the power to the device off and on.

(f) The United States Marshals Service may further restrict electronic devices from

entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), (c), or (d) may result in seizure of the electronic device,

withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.

A violation of the prohibition on recording, photographing, or filming anyone or anything inside

the courthouse may be punished as contempt of court.

It is so dated this the 6th day of July, 2023.


Kristine G. Baker
_____
Kristine G. Baker
United States District Judge