IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, et al.,** | **PLAINTIFFS** |
| **ANNE ORSI, et al.,** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE, et al.,** | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON, Arkansas Secretary of State, in his official capacity** | **DEFENDANT** |

## PARTIES' STATUS REPORT

As required by this Court's Third Amended Final Scheduling Order [Doc 246] entered January 27, 2023, the parties submit the following Status Report.

## Date and Results of any Settlement Conference

No settlement conference presently is scheduled. Under this Court's Third Amended Final Scheduling Order, the parties have until September 1, 2023 in which to make a request for a settlement conference.

## Settlement Prospects

After conferring in good faith, counsel for all parties believe that the prospect of settlement in this case is poor.

1

**Estimate of the Length of Trial**

After conferring in good faith, counsel for all parties estimate that the trial of this matter should require no more than five (5) trial days.

                Respectfully submitted,

                LAVEY AND BURNETT

                By: *John L. Burnett*  .
                    John L. Burnett (Arkansas Bar No. 77021)
                904 West 2nd Street
                Little Rock, AR 72201
                Telephone: (501) 376-2269
                Facsimile: (501) 372-1134
                E-mail: jburnett@laveyandburnett.com
                *On behalf of the Arkansas Civil Liberties Union Foundation*

                GREEN & GILLISPIE

                By: *Joshua D. Gillispie*  .
                    Joshua D. Gillispie (Arkansas Bar No. 2010131)
                1 Riverfront Place, Suite 605
                North Little Rock, AR 72114
                Telephone: (501) 244-0700
                Facsimile: (501) 244-2020
                E-mail: josh@greenandgillispie.com
                *On behalf of the Arkansas Civil Liberties Union Foundation*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *Andrew G. Schultz*                              .
      Andrew G. Schultz (*admitted pro hac vice*)
      NM State Bar No. 3090
      Melanie B. Stambaugh (*admitted pro hac vice*)
      NM State Bar No. 142699
P.O. Box 1888
Albuquerque, NM 87103-1888
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
E-mail:  aschultz@rodey.com
         mstambaugh@rodey.com

*On behalf of the Arkansas Civil Liberties Union Foundation*
*Attorneys for Plaintiffs Donna Cave and Pat Piazza*

**APPROVED:**

  *Electronically Approved 08/14/2023* .
J.G. "Gerry" Schulze
Ark. Bar No. 83156
BAKER SCHULZE& MURPHY
2311 Biscayne Drive - Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
Email: gschulze@b-s-m-law

  *Electronically Approved 08/14/2023* .
Samuel T. Grover
   Associate Counsel
   WI Bar No. 1096047
   sgrover@ffrf.org

Patrick C. Elliott
   Senior Counsel
   WI Bar No. 1074300
   pelliorr@ffrf.org

Freedom from Religion Foundation
P.O. Box 750
Madison, WI  53701
(608) 230-8443

Katherine McKerall
American Humanist Association
1777 T Street, NW
Washington, DC  20009
Telephone:  (202) 238-9088
Facsimile:   (202) 238-9004
Email:  kmckerall@americanhumanist.org

*Attorneys for the Orsi Plaintiffs*

  *Electronically Approved per Michael A. Cantrell 08/14/2023    .*
TIM GRIFFIN
Attorney General of Arkansas

Nicholas J. Bronni (2016097)
  Solicitor General
Dylan L. Jacobs (2016167)
  Deputy Solicitor General
Michael A. Cantrell (2012287)
   Assistant Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Main:   (501) 682-2007
Fax:    (501) 682-2591
Michael.Cantrell@ArkansasAG.gov

Hiram S. Sasser, III
Michael D. Berry
Lea E. Patterson
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*
*lepatterson@firstliberty.org*

*Attorneys for Secretary of State John Thurston*

  <u>*Electronically Approved 08/13/2023*</u>  .
Matthew A. Kezhaya
Ark. Bar No.  2014161
100 S. Fifth Street – Suite 1900
Minneapolis, MN 55402
phone (479) 431-6112
fax (479) 282-2892
email matt@crown.law

*On behalf of Intervenors The Satanic Temple, et al.*