IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*                                                     **PLAINTIFF**

v.                                  Case No. 4:18-cv-00342 KGB

**JOHN THURSTON**                                              **DEFENDANTS**

## ORDER

Before the Court are the parties' pending cross motions for summary judgment (Dkt. Nos. 254, 257, 264, 268). Secretary Thurston addresses the Orsi plaintiffs' state constitutional claim in his summary judgment motion and brief (Dkt. Nos. 257, 258). In his motion for summary judgment and supporting brief, Secretary Thurston asserts that plaintiffs' claims are "barred by sovereign immunity." (Dkt. Nos. 257, ¶ 2, 20; 258, at 22, n.14). The Orsi plaintiffs did not address Secretary Thurston's sovereign immunity argument related to their state constitutional claim in their response to Secretary Thurston's motion for summary judgment. The Orsi plaintiffs shall have 21 days from the date of entry of this Order to file a supplemental brief, should they choose to file one, responding to Secretary Thurston's sovereign immunity argument as it relates to the state constitutional claim.

It is so ordered this the 12th day of September, 2023.

_____
Kristine G. Baker
United States District Judge