IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,     **PLAINTIFFS**,

**ANNE ORSI**, *et al.*,     **CONSOLIDATED PLAINTIFFS**,

**THE SATANIC TEMPLE**, *et al*.,     **INTERVENORS**,

v.     No. 4:18CV00342 KGB/BD

**JOHN THURSTON**, **Arkansas Secretary of State**,
in his official capacity,     **DEFENDANT**.

**DEFENDANT'S MOTION TO CONTINUE**

This case is set for what the Parties have noted will be an up-to-5-day bench trial beginning the week of October 16, 2023. Docs. 246, 307. Pretrial deadlines begin in less than two weeks, with trial briefs, pretrial disclosures, and deposition designations due Monday, September 25. Doc. 246. Given this schedule, Defendant will devote a great deal of time and resources to preparing for trial over the coming days.

The Plaintiffs, Consolidated Plaintiffs, Intervenors, and Defendant each briefed and argued their respective motions for summary judgment. Docs. 254, 257, 264, 268. Those motions remain pending. The Court has also requested supplemental briefing from the Orsi Plaintiffs concerning Defendants' sovereign-immunity defense. Doc. 308. The Court ordered the Orsi Plaintiffs to file their brief by October 3, 2023, and it's therefore unlikely this Court could resolve the dueling summary-judgment motions before that time.

That warrants continuation of the current trial date and existing pretrial deadlines. First, trial briefs are currently due September 25, with responses due October 2. That means Defendant will not have an opportunity to respond to the Orsi Plaintiffs' supplemental brief in his trial brief or response, and the Court will lack the benefit of any response. And second, having time

to digest the Court's ruling on all of the issues presented in the various summary-judgment motions before beginning any trial preparation would materially assist defense counsel in the best use of their, and their clients', time and resources.

Therefore, for good cause shown, Defendant respectfully requests that the Court continue the trial setting to afford Defendant a full opportunity to understand the Court's rulings on the motions for summary judgment, and, if necessary, have sufficient time for preparing legal argument for trial briefing and other matters. Defendant has conferred with counsel for the other Parties, who state that that they are opposed to this motion.

## CONCLUSION

Therefore, Defendant respectfully requests that the Court grant his motion to continue.

Submitted: September 13, 2023

Respectfully,

TIM GRIFFIN
  Attorney General of Arkansas
CHRISTINE CRYER (2001082)
  Senior Assistant Attorney General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2029
Christine.Cryer@arkansasag.gov

*Counsel for Secretary of State John Thurston*