IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## ORDER

Before the Court is the motion for release from further participation by a nonparty witness in ongoing litigation of American History and Heritage Foundation Inc. ("AHHF") (Dkt. No. 238). In support of its motion, AHHF states that it is a non-party witness in the underlying case and has had limited participation to resolve discovery issues between the true parties at interest (*Id*., ¶ 1). AHHF asserts that, in the Court's Order of September 30, 2022, the Court ended consideration of all remaining issues with respect to subpoenas directed to AHHF (*Id*.).  Additionally, AHHF contends the Court granted its motion to quash the last subpoena issued by The Satanic Temple and further declined to consider and therefore denied as moot any further issues regarding any subpoena issued to AHHF ("TST") (*Id*., ¶ 2).  According to AHHF, its further participation as it relates to outstanding discovery issues in the pending litigation should no longer be required (*Id*., ¶ 3).  None of the parties in this litigation have responded to AHHF's motion, and the time for doing so has passed.  Accordingly, the Court grants AHHF's motion for release from further participation as a nonparty witness in this litigation (Dkt. No. 238).

So ordered this the 18th day of September, 2023.

_____
Kristine G. Baker
United States District Judge