IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.,* **PLAINTIFFS**

**ANNE ORSI**, *et al.,* **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.,* **INTERVENORS**

v.   CASE NO. 4:18-cv-342 KGB

**JOHN THURSTON, ARKANSAS SECRETARY
OF STATE IN HIS OFFICIAL CAPACITY**   **DEFENDANT**

## NOTICE OF APPEARANCE

Deputy Attorney General John Payne hereby enters his appearance as counsel for Defendant John Thurston, Arkansas Secretary of State in His Official Capacity, and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:   John Payne
Ark. Bar No. 97097
Deputy Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Phone: (501) 682-3663
Fax:    (501) 682-2591
Email: john.payne@arkansasag.gov

*Attorneys for Defendant*