IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE,** *et al.*,                                                                                    **PLAINTIFFS**

**EUGENE LEVY,** *et al.*,                                                            **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE,** *et al.*,                                                                     **INTERVENORS**

v.                                      Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                                          **DEFENDANT**

## ORDER

Before the Court is defendant Arkansas Secretary of State John Thurston's motion to continue (Dkt. No. 309). Secretary Thurston states that the case is set for what the parties have said will be up to a five-day bench trial beginning the week of October 16, 2023 (*Id.*, at 1). Secretary Thurston notes that he, plaintiffs, consolidated plaintiffs, and intervenors have each briefed and argued their respective motions for summary judgment, and the motions remain pending (*Id.*). Secretary Thurston emphasizes that the Court recently requested supplemental briefing from the *Orsi* plaintffs regarding Secretary Thurston's sovereign-immunity defense (*Id.*). Secretary Thurston moves to continue the trial to afford him the opportunity to understand the Court's rulings on the motions for summary judgment and to prepare legal argument and trial briefing (*Id.*, at 2).

The Cave plaintiffs respond and oppose defendant's motion to continue (Dkt. No. 313). The Cave plaintiffs assert that Secretary Thurston did not assert good cause for a continuance because he never cited pertinent factors for the Court to consider in reviewing his motion (*Id.*, at 4). The Cave plaintiffs contend that Secretary Thurston has had adequate time for trial preparation because the case has been pending for more than five years. According to the Cave plaintiffs,

Secretary Thurston has not pointed to anything plaintiffs have done to hinder his ability to prepare for trial, and all parties are in the same position with respect to preparing for trial without knowing the Court's ruling on the parties' motions for summary judgment (*Id.*, at 5-7).  The Cave plaintiffs assert that, because Secretary Thurston no longer needs additional time to respond to the *Orsi* plaintiffs' supplemental brief because the *Orsi* plaintiffs responded quickly to the Court's Order, there are no unforeseen circumstances to prevent Secretary Thurston from being fully prepared for trial (*Id.*, at 7).

The Court finds that Secretary Thurston has shown good cause based on the parties' pending motions for summary judgment and the supplemental briefing requested and received by the Court, and the Court grants Secretary Thurston's motion to continue (Dkt. No. 309). Accordingly, the Court removes the case from the trial calendar for the week of October 16, 2023, and suspends all pre-trial deadlines in the Court's Third Amended Final Scheduling Order (Dkt. No. 246).  If necessary, after deciding the parties' motions for summary judgment, the Court will reset this matter for a bench trial by separate order.

So ordered this the 21st day of September, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge