# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DONNA CAVE,** *et al.*                                                                                   **PLAINTIFF**

v.                              **Case No. 4:18-cv-00342 KGB**

**JOHN THURSTON**                                                                                **DEFENDANTS**

## ORDER

Before the Court are the parties' pending cross motions for summary judgment (Dkt. Nos. 254, 257, 264, 268). The Orsi plaintiffs have injected as an issue into this case whether Act 1231, the Ten Commandments Monument Display Act ("the Act"), violates Article 2, Section 24 of the Arkansas Constitution—the provision dealing with separation of church and state. *Orsi et al. v. Martin*, Case No. 4:18-cv-343-KGB (Dkt. No. 1, ¶ 49). The Orsi plaintiffs also claim the Act violates the Establishment Clause of the First Amendment to the United States Constitution. *Orsi et al. v. Martin*, Case No. 4:18-cv-343-KGB (Dkt. No. 1, ¶ 48). In the light of the state and federal constitutional claims, a threshold question arises as to whether the Court should abstain and allow the Arkansas Supreme Court to consider certain issues concerning the Act. The Court would appreciate additional briefing from the Orsi plaintiffs and Secretary Thurston regarding whether potential grounds for abstention are presented by this case. *See Lendall v. Cook*, 432 F. Supp. 971, 975 (E.D. Ark. 1977) (determining that "[a]bstention may be proper where a resolution of the state constitutional claim might obviate the need to resolve the federal constitutional claim and the state constitutional provision does not mirror a similar provision in the federal constitution" and further determining that Arkansas's then-current constitutional provision addressing the separation of church and state and the federal constitution's establishment clause were "substantially different").

The Orsi plaintiffs and Secretary Thurston shall have until November 15, 2023, to file additional briefing on the issue of abstention should they choose to do so and shall have until December 6, 2023, to respond to each other's briefing should they choose to do so.

It is so ordered this the 23rd day of October, 2023.

_____
Kristine G. Baker
United States District Judge