IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| DONNA CAVE, JUDITH LANSKY, PAT PIAZZA, and SUSAN RUSSELL | PLAINTIFFS |
| ANNE ORSI, AMERICAN HUMANIST ASSOCIATION, FREEDOM FROM RELIGION FOUNDATION, INC., ARKANSAS SOCIETY OF FREETHINKERS, JOAN DIETZ, GALE STEWART, RABBI EUGENE LEVY, REV. VICTOR H. NIXON, TERESA GRIDER, and WALTER RIDDICK | CONSOLIDATED PLAINTIFFS |
| THE SATANIC TEMPLE, DOUG MISICKO Aka "LUCIEN GREAVES," and, ERIKA ROBBINS | INTERVENORS |
| v.   Case No. 4:18-cv-00342-KGB | |
| JOHN THURSTON, Arkansas Secretary of State, in his Official Capacity | DEFENDANT |

### *ORSI* CONSOLIDATED PLAINTIFFS' UNOPPOSED MOTION TO DISMISS CLAIM BASED IN STATE LAW

The Consolidated Plaintiffs, by and through their attorneys, hereby move to dismiss their claim premised on the Arkansas Constitution and to go forward only with their claims under the First and Fourteenth Amendment and federal law.

The Consolidated Plaintiffs move to dismiss their state-law claim pursuant to Rule 15 of the Federal Rules of Civil Procedure. After the window to amend

1

pleadings as a matter of course has expired, Rule 15 permits a party to amend their pleadings "only with the opposing party's written consent or the court's leave," and further counsels, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. Pro. 15(a)(2).

The Consolidated Plaintiffs have spoken to counsel for the Defendant, who indicates, in writing, that the Defendant does not oppose Consolidated Plaintiffs' dismissal of their claim premised on the Arkansas Constitution.

Furthermore, the Court should exercise its leave to grant this motion in the interest of justice, for, in the instant case, while the Consolidated Plaintiffs did include a claim based in state-law in their initial Complaint, the parties' subsequent briefing on summary judgment has focused primarily, and almost exclusively, on the Plaintiffs' federal constitutional claims. *See*, *e.g.*, Br. in Supp. of *Orsi* Pls.' Mot. for Summ. J. (Dkt. 256) (referencing the federal Constitution and Establishment Clause throughout); D.'s Opp. Br. on Summ. J. (Dkt. 285) (addressing Plaintiffs' claims based in the federal Constitution).

Finally, the Consolidated Plaintiffs and Defendant jointly assert and agree that in the event that this motion is granted, the issue of abstention raised in this Court's October 23, 2023 Order (Dkt. 315) would become moot, in light of the dismissal of the only state-law claim asserted in this case.

WHEREFORE, this Court should grant Consolidated Plaintiffs' motion to withdraw their claim based in state law and proceed solely on their claims based in federal law.

Dated: November 2, 2023

Respectfully submitted,

Samuel T. Grover
Associate Counsel
WI Bar No. 1096047
sgrover@ffrf.org

Patrick C. Elliott
Senior Counsel
WI Bar No. 1074300
pelliott@ffrf.org

Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443

Katherine McKerall
American Humanist Association
1777 T Street N.W.
Washington, D.C. 20009
Telephone: (202) 238-9088
Facsimile: (202) 238-9003
Email: kmckerall@americanhumanist.org

Baker Schulze and Murphy

3

2311 Biscayne Drive
Suite 300
Little Rock, AR 72227
Telephone: (501) 537-1000
Facsimile: (501) 537-1001
www.bsm.law

J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
gschulze@bsm.law