IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## ORDER

Before the Court is Michael D. Berry's motion to withdraw as counsel for Secretary of State John Thurston (Dkt. No. 318). Mr. Berry states that as of March 15, 2024, he will no longer be employed by First Liberty Institute (*Id*.). For good cause shown, the Court grants Mr. Berry's motion to withdraw as counsel for Secretary Thurston (Dkt. No. 318). The Court directs the Clerk of the Court to terminate Mr. Berry as counsel of record for Secretary Thurston.

So ordered this the 12th day of March, 2024.

Kristine G. Baker
Chief United States District Judge