IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE,** *et al.,* | **PLAINTIFFS** |
| **ANNE ORSI,** *et al.,* | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE,** *et al.,* | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON, Arkansas Secretary of State** in his Official Capacity | **DEFENDANT** |

## MOTION TO WITHDRAW AS COUNSEL

Consolidated Plaintiffs move for leave for Attorney Katherine McKerall to withdraw as counsel for Consolidated Plaintiffs in the above-captioned matter. The basis for this withdrawal is that Ms. McKerall is no longer employed with the American Humanist Association. The undersigned attorney, Samuel Grover, and Patrick Elliott will continue to represent all Consolidated Plaintiffs in this matter, including the American Humanist Association.

Dated this 29th of April 2024.

Respectfully submitted,

/s/ J.G. "Gerry" Schulze
J.G. "Gerry" Schulze
AR Bar No.: 83156
Baker Schulze Murphy & Patterson
2311 Biscayne Drive, Suite 300
Little Rock, AR 72227
gerrysch@b-s-m-law.com

Samuel T. Grover
WI Bar No. 1096047
sgrover@ffrf.org
Patrick C. Elliott
WI Bar No. 1074300
pelliott@ffrf.org
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 230-8443