IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, et al.,**<br><br>       Plaintiffs,<br><br>**ANNE ORSI, et al.,**<br><br>       Consolidated Plaintiffs,<br><br>**THE SATANTIC TEMPLE, et al.**<br><br>       Intervenors<br><br>v.<br><br>**JOHN THURSTON, Arkansas Secretary of State, in his official capacity**,<br><br>       Defendant. | Case No. 4:18-cv-00342-KGB |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Lea E. Patterson, undersigned counsel of record for Defendant Secretary of State John Thurston.  Pursuant to this Court's Local Rule 83.5(f), counsel moves to be withdrawn as an attorney of record in this matter, and, in support, thereof, states as follows:

1.      The basis for this withdrawal is that as of August 16, 2024, Ms. Patterson will no longer be employed by First Liberty Institute.

2.      Hiram S. Sasser will continue to represent Secretary Thurston in this matter. Undersigned's withdrawal will not prejudice any party in this matter.

WHEREFORE, the undersigned respectfully requests this Court to grant this Motion to Withdrawal as counsel.

Respectfully submitted,

By:     */s/ Lea E.* Patterson
Texas Bar No. 24102338
Hiram S. Sasser
Texas Bar No. 24039157
FIRST LIBERTY INSTITUTE
1600 W. Plano Parkway, Suite 1600
Plano, Texas 75075
Phone: 972/941-4444
Fax: 972/941-4457

*Attorneys for Defendant Thurston*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically filed the foregoing through the Court's CM/ECF, thereby effecting service on all Plaintiffs.

By:     */s/ Lea E.* Patterson
Lea E. Patterson