IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE,** *et al.,* | **PLAINTIFFS** |
| **EUGENE LEVY,** *et al.,* | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE,** *et al.,* | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON,** Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## DECLARATION OF ROGER BYRON IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*

I, Roger Byron, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. My office is located at First Liberty Institute, 2001 W. Plano Parkway, Suite 1600, Plano, Texas 75075, and my phone number is 972-941-4444. My email address is rbyron@firstliberty.org.

2. I am licensed to practice law by and a member in good standing of the State Bar of Texas (Bar no. 24062643, admitted 5/2/2008) and the Kentucky Bar Association (Bar no. 91937, admitted 10/25/2007).

3. I am presently admitted to, in good standing with and eligible to practice in the following federal courts:

| | |
|---|---|
| United States Supreme Court | Admitted: 2/27/2019 |
| United States Court of Appeals for the Fourth Circuit | Admitted: 1/6/2016 |
| United States Court of Appeals for the Fifth Circuit | Admitted: 10/25/2023 |
| United States Court of Appeals for the Sixth Circuit | Admitted: 4/25/2014 |
| United States Court of Appeals for the Eleventh Circuit | Admitted: 12/6/2017 |
| United States District Court for the Western District of Texas | Admitted: 7/31/2008 |

| | |
|---|---|
| United States District Court for the Northern District of Texas | Admitted: 5/16/2008 |
| United States District Court for the Eastern District of Texas | Admitted: 7/18/2008 |
| United States District Court for the Southern District of Texas | Admitted: 8/22/2008 |
| United States District Court for the District of Nebraska | Admitted: 6/20/2018 |
| United States District Court for the Western District of Kentucky | Admitted: 5/8/2020 |
| United States District Court for the Eastern District of Kentucky | Admitted: 6/29/2020 |
| United States District Court for the Western District of Michigan | Admitted: 1/30/2023 |
| United States District Court for the District of Colorado | Admitted: 5/25/2023 |

4. I am not currently suspended in, nor have I been disbarred in, any jurisdiction.

5. I have never been denied admission to any court. I am not the subject of any previously imposed or pending disciplinary matters and have no prior felony or misdemeanor criminal convictions.

6. My *pro hac vice* status has never been denied or revoked in any court.

7. I have read and will abide by the Local Rules of the U.S. District Court for the Eastern District of Arkansas and submit to the jurisdiction of the Court in matters of discipline.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of August, 2024.

_____
Roger Byron