IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE,** *et al.***,**                                                                                                **PLAINTIFFS**

**EUGENE LEVY,** *et al.***,**                                                              **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE,** *et al.***,**                                                                    **INTERVENORS**

v.                               Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                                                **DEFENDANT**

## ORDER

Before the Court is Katherine McKerall's motion to withdraw as counsel for consolidated plaintiffs Eugene Levy, *et al*. in this matter (Dkt. No. 320).  Ms. McKerall states that she is no longer employed with the American Humanist Association and the consolidated plaintiffs will continue to be represented by other counsel of record (*Id*.).  For good cause shown, the Court grants Ms. McKerall's motion to withdraw as counsel for the consolidated plaintiffs (Dkt. No. 320).  The Court directs the Clerk of the Court to terminate Ms. McKerall as counsel of record for the consolidated plaintiffs.

So ordered this the 5th day of September, 2024.

Kristine G. Baker
Chief United States District Judge