AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

DONNA CAVE, et al.

*Plaintiff*

v.

JOHN THURSTON, in his official capacity as Arkansas Secretary of State

*Defendant*

)
)
)
)
)
)

Case No. 4:18-cv-00342-KGB

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendant John Thurston, in his official capacity as Arkansas Secretary of State

Date: December 12, 2024

Drew Bydalek, Ark. Bar No. 2024125
*Attorney's printed name and bar number*

323 Center St., Ste. 200, Little Rock, AR 72201
*Address*

drew.bydalek@arkansasag.gov
*E-mail address*

501-682-2007
*Telephone number*

501-682-2591
*FAX number*