IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE, et al.,**                                                                  **Plaintiffs,**

**ANNE ORSI, et al.,**                                                      **Consolidated Plaintiffs,**

**THE SATANIC TEMPLE, et al.,**                                          **Intervenors,**

v.                 Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary of State,**
**in his official capacity**                                             **Defendant.**

## MOTION TO WITHDRAW

Nicholas J. Bronni, counsel for Defendant, respectfully moves to withdraw as an attorney of record in this matter. Mr. Bronni will be leaving the employment of the Office of the Arkansas Attorney General effective December 31, 2024, to begin service as an Associate Justice of the Arkansas Supreme Court. Defendant will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Dated: December 27, 2024

Respectfully,

TIM GRIFFIN
Arkansas Attorney General

Nicholas J. Bronni (2016097)
Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov