# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **EUGENE LEVY**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON**, Arkansas Secretary of State, in his official capacity | **DEFENDANT** |

## ORDER

Before the Court is Nicholas J. Bronni's motion to withdraw as counsel for defendant Secretary of State John Thurston in this matter (Dkt. No. 332). Mr. Bronni states that he will no longer be employed by the Arkansas Attorney General's Office, and Secretary Thurston will continue to be represented by other counsel of record (*Id.*). For good cause shown, the Court grants Mr. Bronni's motion to withdraw as counsel for Secretary Thurston (Dkt. No. 332). The Court directs the Clerk of Court to terminate Mr. Bronni as counsel of record for Secretary Thurston.

It is so ordered this the 30th day of December, 2024.

Kristine G. Baker
Chief United States District Judge