IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE, et al.,** | **Plaintiffs,** |
| **ANNE ORSI, et al.,** | **Consolidated Plaintiffs,** |
| **THE SATANIC TEMPLE, et al.,** | **Intervenors,** |
| v. | Case No. 4:18-cv-00342-KGB |
| **JOHN THURSTON, Arkansas Secretary of State,** in his official capacity | **Defendant.** |

### MOTION TO WITHDRAW

David Andrew Bydalek, counsel for Defendant, respectfully moves to withdraw as an attorney of record in this matter. Mr. Bydalek is leaving the Office of the Arkansas Attorney General effective January 3, 2025. Defendant will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Dated: January 3, 2025

Respectfully,

TIM GRIFFIN
Arkansas Attorney General

David Andrew Bydalek (2024125)
Solicitor General Fellow
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 295-7962
david.bydalek@arkansasag.gov