IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONNA CAVE, *et al.,*     PLAINTIFFS

ANNE ORSI, *et al.,*     CONSOLIDATED PLAINTIFFS

THE SATANIC TEMPLE, *et al.,*     INTERVENORS

v.     Case No. 4:18-CV-00342-KGB

COLE JESTER, ARKANSAS SECRETARY     DEFENDANT
OF STATE, in his official capacity[1]

### NOTICE OF APPEARANCE

Deputy Solicitor General Noah P. Watson hereby enters his appearance as counsel for Defendant Cole Jester, Arkansas Secretary of State, in his official capacity, and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

TIM GRIFFIN
 Attorney General

NOAH P. WATSON (Ark. Bar No. 2020251)
 Deputy Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-1019
(501) 682-2591 fax
noah.watson@arkansasag.gov

*Counsel for Defendant*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary Jester, in his official capacity, is automatically substituted as the successor to former-Secretary John Thurston, in his official capacity.