# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                              **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                               **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                   **INTERVENORS**

**v.**                                          **Case No. 4:18-cv-00342-KGB**

**COLE JESTER,[1] Arkansas Secretary**
**of State, in his official capacity**                              **DEFENDANT**

## ORDER

Before the Court is Andrew Bydalek's motion to withdraw as counsel for defendant Secretary of State Cole Jester in this matter (Dkt. No. 334). Mr. Bydalek states that he is leaving the Arkansas Attorney General's Office, and Secretary Jester will continue to be represented by other counsel of record (*Id.*). For good cause shown, the Court grants Mr. Bydalek's motion to withdraw as counsel for Secretary Jester (*Id.*). The Court directs the Clerk of Court to terminate Mr. Bydalek as counsel of record for Secretary Jester.

It is so ordered this the 29th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge

---

[1]    Cole Jester was appointed Arkansas Secretary of State on January 1, 2025, and is automatically substituted for Mr. Thurston as his successor. Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity . . . ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").