IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DONNA CAVE**, *et al.*, | **PLAINTIFFS** |
| **ANNE ORSI**, *et al.*, | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.*, | **INTERVENORS** |

Case No. 4:18-cv-00342-KGB

v.

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                    **DEFENDANT**

## MOTION TO APPEAR *PRO HAC VICE*

COMES NOW attorney Amitai Heller, by and through J.G. "Gerry" Schulze, counsel for the consolidated plaintiffs Anne Orsi, *et al.*, pursuant to Local Rule 83.5 moves this honorable Court for permission to appear pro hac vice in this matter on behalf of plaintiffs Donna Cave, et al. and consolidated plaintiffs Anne Orsi, *et al.,* and in support of this motion states as follows:

1. Gerry Schulze is a member in good standing in the Bar of this Court.

2. The plaintiffs are represented in this matter by Gerry Schulze, which maintains an office in Arkansas for the practice of law with whom the court and opposing counsel do and may regularly communicate regarding the conduct of the case. Pursuant to local rule 83.5, the complete address for the local counsel of record is as follows:

    J.G. "Gerry" Schulze, Ark. Bar No. 83156
    J.G. "Gerry" Schulze, P.A.
    8317 Ascension Road
    Little Rock, AR 72204
    Telephone: (501) 413-7574

3. A declaration by Amitai Heller in support of this motion is attached.

WHEREFORE, movant respectfully requests this Court grant this motion to appear pro hac vice in this matter on behalf of the plaintiffs and consolidated plaintiffs and such other and further relief as may be just and reasonable, together with counsel of record.

Dated: September 26, 2025

Respectfully Submitted,

*/s/ Gerry Schulze*
J.G. "Gerry" Schulze
Attorney at Law
Ark. Bar No. 83156
(501) 413-7574
gschulze@b-s-m-law.com

*/s/ Amitai Heller*
Amitai Heller
Attorney at Law
AMERICAN HUMANIST ASSOCIATION
1821 Jefferson Place NW
Washington, DC 20036
(202) 238-9088
aheller@americanhumanist.org