IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DONNA CAVE**, *et al.*,                                                                           **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                                          **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                           **INTERVENORS**

v.                                       Case No. 4:18-cv-00342-KGB

**JOHN THURSTON, Arkansas Secretary
of State, in his official capacity**                                                                **DEFENDANT**

## ORDER

Before the Court is the motion to appear *pro hac vice* of attorney Amitai Heller, of American Humanist Association, who seeks admission to represent plaintiffs and consolidated plaintiffs in this matter (Dkt. No. 343).  Pursuant to the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court grants the motion to admit Heller *pro hac vice* (*Id.*).  Local Rule 83.5(d) of the United States District Court for the Eastern and Western Districts of Arkansas.  Heller shall appear as counsel of record for plaintiffs and consolidated plaintiffs in this matter.

So ordered this the 9th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge