**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONNA CAVE**, *et al.*,                                                                 **PLAINTIFFS**

**EUGENE LEVY**, *et al.*,                                          **CONSOLIDATED PLAINTIFFS**

**THE SATANIC TEMPLE**, *et al.*,                                                **INTERVENORS**

**v.**                                          **Case No. 4:18-cv-00342-KGB**

**COLE JESTER, Arkansas Secretary**
**of State, in his official capacity**                                             **DEFENDANT**

## ORDER

Before the Court is the unopposed joint motion to extend time to file motion for attorneys' fees and costs under 42 U.S.C. § 1988 and Rule 54(d) (Dkt. No. 347) filed by plaintiffs Anne Orsi, Gale Stewart, Eugene Levy, Teresa Grider, the American Humanist Association, the Freedom from Religion Foundation, the Arkansas Society of Freethinkers, Donna Cave, Pat Piazza, and intervenor plaintiffs Erika Robbins, Doug Misicko, and the Satanic Temple (collectively "Plaintiffs"). Plaintiffs state that the current deadline for Plaintiffs to file a motion for attorneys' fees and costs is April 14, 2026 (*Id*., ¶ 1). Plaintiffs state that defendant Cole Jester, Arkansas Secretary of State, in his official capacity, has indicated that he will file an appeal, and it may impact their request for attorneys' fees (*Id*., ¶ 2). Accordingly, Plaintiffs request an extension of time to 30 days following issuance of the mandate in any appeal before the United States Court of Appeals for the Eighth Circuit  (*Id*., ¶ 5). Plaintiffs state that Jester does not oppose their motion (*Id*., ¶ 4). For good cause shown, the motion is granted (*Id*.). Plaintiffs' deadline to file a motion for attorneys' fees and costs is extended to 30 days following the issuance of the mandate from any appeal before the Eighth Circuit in this matter.

So ordered this the 9th day of April, 2026.

_____
Kristine G. Baker
Chief United States District Judge

2