# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

DONNA CAVE, et al.,

*Plaintiffs*,

ANNE ORSI, et al.,

*Consolidated Plaintiffs*,

THE SATANIC TEMPLE, et al.,

*Intervenors*,

v.

COLE JESTER, in his official capacity as Arkansas Secretary of State,

*Defendant*.

No. 4:18-cv-342

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Secretary Jester files this notice of appeal to the United States Court of Appeals for the Eighth Circuit from the district court's order granting Plaintiffs', Consolidated Plaintiffs', and Intervenors' summary-judgment motions and denying the Secretary's summary-judgment motion, ECF No. 345, and judgment, ECF No. 346, entered on March 31, 2026.

Respectfully submitted,

Tim Griffin
Attorney General

By:   Noah P. Watson
Ark. Bar No. 2020251
Deputy Solicitor General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-1019
(501) 682-2591 fax
noah.watson@arkansasag.gov

*Counsel for Defendant*

2