# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

4:18-cv-00342-KGB

April 30, 2026

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Apr 30, 2026

Tammy H. Downs, Clerk
By: JohnHibbs D.C.
                    DEP CLERK
```

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

RE:  26-1829  Donna Cave, et al v. Cole Jester

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

RDB

Enclosure(s)

cc:     John Lindsay Burnett
        Roger Byron
        Clerk, U.S. District Court, Eastern District of Arkansas
        Christine Ann Cryer
        Stuart P. De Haan
        Patrick C. Elliott
        Valarie Flora
        Joshua D. Gillispie
        Amitai Heller
        Elaine M Hinson
        Dylan L. Jacobs
        Matthew A. Kezhaya
        John Otho Payne
        Hiram S. Sasser III
        Andrew G. Schultz
        James Gerard Schulze
        Melanie B. Stambaugh

        District Court/Agency Case Number(s):   4:18-cv-00342-KGB

**Caption For Case Number:   26-1829**

Donna Cave; Pat Piazza; Eugene Levy, Rabbi; Gale Booth Stewart; Anne Orsi; Teresa Grider; Arkansas Society of Freethinkers; Freedom From Religion Foundation; American Humanist Association

        Plaintiffs - Appellees

The Satanic Temple; Doug Misicko, also known as Lucien Greaves; Erika Robbins

        Intervenors - Appellees

v.

Cole Jester, Arkansas Secretary of State, in his official capacity (originally named as Mark Martin and John Thurston)

        Defendant - Appellant

**Addresses For Case Participants:   26-1829**

Noah P. Watson
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

John Lindsay Burnett
LAVEY & BURNETT
904 W. Second Street
P.O. Box 2657
Little Rock, AR  72203-2657

Roger Byron
FIRST LIBERTY INSTITUTE
Suite 1600
2001 W. Plano Parkway
Plano, TX  75075

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Christine Ann Cryer
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Stuart P. De Haan
DE HAAN LAW FIRM, PLLC
Suite 512
100 N. Stone Avenue
Tucson, AZ  85701

Patrick C. Elliott
FREEDOM FROM RELIGION FOUNDATION, INC.
10 N. Henry Street
Madison, WI  53703

Valarie Flora
RICHARD SHEPPARD ARNOLD U.S. COURTHOUSE
Room C-118
500 W. Capitol Avenue
Little Rock, AR  72201

Joshua D. Gillispie
GILLISPIE LAW FIRM
Suite 605
One Riverfront Place
North Little Rock, AR  72114

Amitai Heller
AMERICAN HUMANIST ASSOCIATION
1821 Jefferson Place N.W.
Washington, DC  20036

Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Dylan L. Jacobs
KING STREET LEGAL, PLLC.
Suite 300
800 Connecticut Avenue, N.W.
Washington, DC  20006

Matthew A. Kezhaya
KEZHAYA LAW PLC
Suite 1850
150 S. Fifth Street
Minneapolis, MN  55402

John Otho Payne
ATTORNEY GENERAL'S OFFICE
101 W. Capitol Avenue
Little Rock, AR  72201-0000

Hiram S. Sasser III
FIRST LIBERTY INSTITUTE
Suite 1600
2001 W. Plano Parkway
Plano, TX  75075

Andrew G. Schultz
RODEY & DICKASON
P.O. Box 1888
Albuquerque, NM  87103-0000

James Gerard Schulze
J.G. GERRY SCHULZE, P.A.
8317 Ascension Road
Little Rock, AR  72204

Melanie B. Stambaugh
RODEY & DICKASON
P.O. Box 1888
Albuquerque, NM  87103-0000

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### APPEAL BRIEFING SCHEDULE ORDER

Appeal No.      26-1829   Donna Cave, et al v. Cole Jester

Date:            April 30, 2026

### APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at: www.ca8.uscourts.gov/appeal-preparation-information .

### GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
### FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **14 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **06/09/2026**
   **( Valarie Flora )**
Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **06/09/2026**
   **( Elaine M Hinson )**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **06/22/2026**
   **( Cole Jester )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **06/22/2026**
   **( Cole Jester )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
**the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues**
**the Notice of Docket Activity filing the brief.**

### ALL BRIEFS AND APPENDICES SHOULD BE
### FILED WITH THE ST. LOUIS OFFICE