IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **DONNA CAVE**, *et al.* | | **PLAINTIFFS** |
| **ANNE ORSI**, *et al.*, and | **CASE NUMBER:** | **CONSOLIDATED PLAINTIFFS** |
| **THE SATANIC TEMPLE**, *et al.* | **4:18-CV-00342** | **INTERVENORS** |
| *V.* | | |
| **COLE JESTER**, as Arkansas Secretary of State, in his official capacity | | **DEFENDANT** |

**NOTICE OF CROSS-APPEAL**

**PLEASE TAKE NOTICE** that, pursuant to 28 USC § 1291 and FRAP 3, Intervenors The Satanic Temple, Doug Misicko, and Erika Robbins, by and through counsel of record, cross-appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's order (Doc. 345, dated March 31, 2026) and judgment (Doc. 346, dated March 31, 2026) which denied Intervenors' request for a mandatory injunction that the Arkansas Secretary of State shall emplace the Baphomet Monument on Arkansas State Capitol grounds for a period of time equal to the time in which the Ten Commandments Monument was emplaced.

This notice of cross-appeal issued eight days after Defendant's notice of appeal (Doc. 349, dated April 29, 2026). See FRAP 4(a)(3) (14-day deadline).

Respectfully submitted on May 7, 2026,

By:  *s/ Matt Kezhaya*

Matt Kezhaya (ABA # 2014161)
**KEZHAYA LAW PLC**
150 S. Fifth St., Suite 1850
Minneapolis, MN  55402
phone:  (612) 276-2216
email:  matt@kezhaya.law
*Counsel for Intervenors*

– 1 –